IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         )   SS:
COUNTY OF NEW CASTLE     )

Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Banco Inbursa, SA Institución de Banca Múltiple, Grupo Financiero Inbursa and Control Empresarial de Capitales, S.A. De C.V. as pre-petition first lien lenders and debtor-in-possession lender, respectively, in the above-captioned cases, and that on the 31st day of October, 2017, he caused a copy of the following document(s) to be served upon the parties identified on the attached service list in the manner indicated:

• **Notice of Entry of Appearance and Request for Service of Papers [Docket No. 36]**

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me on this 1st day of November, 2017.

MARLENE J. MAISTA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 30, 2019

_____
Notary Public

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

01:22518668.1

## Service List

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Joseph M. Mulvihill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899
*Hand Delivery*

Carl E. Black, Esq.
Jones Day
901 Lakeside Avenue
Cleveland, OH 4414
*First Class Mail*

David R. Jury, Esq.
Nathan Kilbert, Esq.
United Steelworkers
60 Boulevard of the Allies, Room 807
Pittsburgh, PA 15222
*First Class Mail*

Richard M. Seltzer, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
*First Class Mail*

Courtney L. Morgan, Esq.
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 2005
*First Class Mail*

Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market St., 16th Floor
Wilmington, DE 19801
*Hand Delivery*

Eric R. Perkins, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
40 West Ridgewood Ave.
Ridgewood, NJ 07450
*First Class Mail*

Scott J. Greenberg, Esq.
Stacey L. Corr-Irvine, Esq.
Jones Day
250 Vesey Street
New York, NY 10281
*First Class Mail*

Hannah M. McCollum, Esq.
Office of the United States Trustee
U.S. Department of Justice
844 King Street, Suite 2207
Lockbox #15
Wilmington, DE 19801
*Hand Delivery*

Susan E. Kaufman, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
*Hand Delivery*

Karen C. Bifferato, Esq.
Jeffrey C. Wisler, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
*Hand Delivery*

Alfredo R. Perez, Esq.
Chris M. Lopez, Esq.
Weil, Gotshal & Manges, LLP
700 Louisiana, Suite 1700
Houston, TX 77002
*First Class Mail*

Gary D. Bressler, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
300 Delaware Avenue, Suite 770
Wilmington, DE 19801
*Hand Delivery*