IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 185 |

**ORDER GRANTING MOTION TO SHORTEN
NOTICE AND SCHEDULING HEARING WITH RESPECT TO DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THEM
TO EMPLOY AND RETAIN ROTHSCHILD INC. AND ROTHSCHILD S.P.A.
AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS
EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE, (II) APPROVING
THE TERMS OF THE ENGAGEMENT LETTER, (III) WAIVING CERTAIN
TIME-KEEPING REQUIREMENTS AND (IV) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice of the Application filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not defined herein shall have the meanings attributed in the Motion to Shorten or Application, as applicable.

DOCS_DE:216220.1 54032/001

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing to consider the Application shall be held on December 1, 2017, at 10:00 a.m. prevailing Eastern Time.

3. Objections or responses to the Application, if any, must be made on or before November 28, 2017, at 4:00 p.m. prevailing Eastern Time.

4. Within one business day after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Application in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: November 17, 2017
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE