**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket Nos. 14 & 62** |

**NOTICE OF FILING OF (A) PROPOSED FINAL ORDER GRANTING
DEBTOR'S MOTION TO (1) AUTHORIZE CERTAIN DEBTORS IN POSSESSION TO
OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C §§ 105, 362, 363
AND 364; (2) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE
CLAIMS TO DIP LENDER PURSUANT TO 11 U.S.C. §§ 364 AND 507; (3) PROVIDE
ADEQUATE PROTECTION TO THE PRE-PETITION FIRST LIEN LENDER
AND THE PRE-PETITION SECOND LIEN SECURED PARTY; (4) MODIFY
AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 361, 362, 363, 364 AND 507;
(5) SCHEDULE A FINAL HEARING PURSUANT TO BANKRUPTCY RULES
4001(b) AND (c) AND LOCAL RULE 4001-2; AND (6) GRANT RELATED RELIEF;
AND (B) FORM OF (1) DIP LOAN AGREEMENT AND (2) SECURITY AGREEMENT**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On October 31, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Entry of Interim and Final Orders to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C §§ 105, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule a*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

*Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief* [Docket No. 14] (the "DIP Motion").

2. On October 31, 2017, the Debtors also filed the *Declaration of Neil A. Augustine In Support of Motion for Entry of Interim and Final Orders to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C §§ 105, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief* [Docket No. 51] and the *Notice of Revised DIP Budget* [Docket No. 52] in support of the DIP Motion.

3. On November 1, 2017, the Court entered the *Interim Order Granting Debtors' Motion to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C §§ 105, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief* [Docket No. 62] (the "Interim Order").

4. Attached hereto as **Exhibit A-1** is the proposed *Final Order Granting Debtors' Motion to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C §§ 105, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507;*

*(3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief* (the "Proposed Final Order").

5. Attached hereto as **Exhibit A-2** is a blackline of the Proposed Final Order, showing changes made from the Interim Order.

6. Attached hereto as **Exhibit B** is the form of *Super-Priority Senior Secured Debtor in Possession Term Loan Agreement* (the "DIP Loan Agreement").

7. Attached hereto as **Exhibit C** is the form of *Pledge and Security Agreement* (the "Security Agreement").

8. The Debtors intend to seek entry of the Proposed Final DIP Order at the hearing scheduled for December 1, 2017, at 10:00 a.m. (Eastern Time) (the "Hearing") before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

9. The Debtors reserve the right to modify the Proposed Final Order, the DIP Loan Agreement and the Security Agreement prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: November 18, 2017                     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:         ljones@pszjlaw.com
                joneill@pszjlaw.com
                jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:   (212) 326-3939
Facsimile:    (212) 755-7306
Email:         sgreenberg@jonesday.com
                scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:   (216) 586-7035
Facsimile:    (216) 579-0212
Email:         ceblack@jonesday.com

Proposed Co-Counsel for the Debtors and Debtors in Possession