# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Case No. 17-12307 (BLS) |
| | § | |
| M & G USA Corporation, *et al.*, | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## JOINDER OF AC PLASTIQUES USA, LLC IN "MOTION OF THE CONSTRUCTION LIENHOLDER GROUP FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF CONSTRUCTION LIENHOLDERS"

AC Plastiques USA, LLC ("***Plastiques***"), creditor, joins in the "Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders" (docket #246) (the "***Motion***"), and would respectfully show this honorable Court as follows:

1. Plastiques incorporates by reference the Motion in its entirety.

2. Plastiques holds a valid statutory and Constitutional Mechanics' and Materialman's lien under Texas law against the realty held by debtor M&G Resins USA, LLC, securing Plastiques' claim of $142,529.15 (the "***Claim***") for work in connection with construction of the debtors' plant in Corpus Christi, Texas.

3. Although Plastiques' Claim is not for an insignificant amount, the likely cost to Plastiques for legal representation to fully protect its rights in this consolidated case — including the need to respond to motions already filed or to be filed in the future by the debtors, priority secured creditors, and the Official Unsecured Creditors Committee — will be economically unfeasible in relation to the amount of its Claim unless the Court appoints an Official Construction Lienholder Creditors' Committee (the "***Lienholder Committee***"), as requested by

{00021740. }

Motion. Without the appointment of a Lienholder Committee, Plastiques will have to respond to each motion at a great cost, which will eventually likely eat up any recovery by Plastiques in the debtors' cases. Therefore, Plastiques will have the unenviable choice of either standing by and allowing the debtors' train roll down the tracks unimpeded, or spending significant funds on attorneys' fees to protect its rights in this consolidated case — fees that it will not be able to recover.

**WHEREFORE**, AC Plastiques USA, LLC respectfully requests that the ad hoc construction lienholders Motion be granted, and further requests such additional or alternative relief to which it may be justly entitled.

Dated: November 27, 2017

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE No. 3995)
Jason A. Gibson (DE No. 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email: gibson@teamrosner.com

and

**MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**

Jeffrey G. Tinkham, Of Counsel
Texas Bar No. 20056300
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
Email: tinkham@mdjwlaw.com

*Counsel for AC Plastiques USA, LLC*