# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>**Hearing Date: December 11, 2017 at 1:00 pm** |

## JOINDER IN MOTION OF THE CONSTRUCTION LIENHOLDER GROUP FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF CONSTRUCTION LIENHOLDERS

ARC ENERGY SERVICES, INC. ("ARC") hereby joins in the *Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders* [Docket No. 246] (the "Lienholder Committee Motion"), as follows:[2]

1. ARC is a specialty welding contractor with its principal place of business in Rock Hill, South Carolina.

2. ARC provided services on the Debtors' project commonly known as the Jumbo Polyethylene Perephthalate and Terephthalic Acid project located on Joe Fulton Corridor in Corpus Christi, Texas (the "Project").

3. Prior to October 30, 2017 (the "Filing Date"), ARC filed the following liens against the Project to secure amounts due for services under the Subcontract (together, the "Lien"):

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.a r.1. (1270), M&G Chemicals S.A. (NIA), M&G Capital S.a r.I. (7812), M & GUSA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and lndo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Pursuant to Local Rule 9010-1, undersigned counsel will associate with a member of the Bar of the District Court within thirty (30) days of filing of this Joinder.

a) Affidavit for Mechanic's and Materialman's Lien in the amount of $1,886,305.68 filed with the County Clerk of Nueces County, Texas on December 15, 2016 at Document Number 2016052174.

b) Affidavit for Mechanic's and Materialman's Lien in the amount of $1,886,305.68 filed with the County Clerk of Nueces County, Texas on March 14, 2017 at Document Number 2017009787.

4. The Lien is properly perfected pursuant to Chapter 53 of the Texas Property Code, Tex. Const. art. XVI, § 37, and all other applicable law.

5. As of the Filing Date, the amount due and owing ARC for labor, material, and equipment in connection with the Project is $3,689,686.97, exclusive of accrued and accruing interest, attorneys' fees, and other charges recoverable under applicable law.

6. ARC joins in the Lienholder Committee Motion and supports the appointment of an official committee of construction lienholders. The Debtors are seeking expedited relief regarding the Project and liens against the Project that may have significant repercussions on the substantive rights of lienholders. Without limitation, an official committee of construction lienholders is necessary to adequately represent the interests of all lienholders. A committee that can negotiate on behalf of lienholders with a single voice will serve judicial economy, preserve estate assets, and promote a global resolution of any disputes regarding the interests of lienholders.

7. ARC further agrees that time is of the essence for the appointment of an official committee of construction lienholders.

8. For the reasons set forth in the Lienholder Committee Motion, formation of an official committee of construction lienholders is necessary and appropriate under the circumstances.

9. ARC files this Joinder without limitation or waiver of all rights, claims, and defenses against the Debtors and their respective estates.

Dated: November 29, 2017    By:     */s/ Jay Bender*
BRADLEY ARANT BOULT CUMMINGS LLP
Jay Bender
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Email: jbender@bradley.com

*Counsel to ARC ENERGY SERVICES, INC.*

CERTIFICATE OF SERVICE

        I hereby certify that on November 29, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Laura Davis Jones | Scott J. Greenberg |
| James E. O'Neill | Stacey L. Corr-Irvine |
| Joseph M. Mulvihill | JONES DAY |
| 919 N. Market Street, 17th Floor | 250 Vesey Street |
| P.O. Box 8705 | New York, NY 10281 |
| Wilmington, DE 19899-8705 | Telephone: (212) 326-3939 |
| ljones@pszjlaw.com | sgreenberg@jonesday.com |
| joneill@pszjlaw.com | scorririvine@jonesday.com |
| jmulvihill@pszjlaw.com | |

Carl E. Black
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
ceblack@jonesday.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| M & G Resins USA, LLC | Chemtex International Inc. |
| 450 Gears Road, Suite 240 | 450 Gears Road, Suite 240 |
| Houston, Texas 77067 | Houston, Texas 77067 |

                              */s/ Jay R. Bender*
                                  OF COUNSEL