# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 184** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THEM TO EMPLOY AND RETAIN ROTHSCHILD INC. AND ROTHSCHILD S.P.A. AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE, (II) APPROVING THE TERMS OF THE ENGAGEMENT LETTER, (III) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS AND (IV) GRANTING RELATED RELIEF

The undersigned hereby certifies that:

1. On November 16, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.P.A. as Financial Advisors and Investment Bankers to the Debtors Effective Nunc Pro Tunc to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements and (IV) Granting Related Relief* [Docket No. 184] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

2. Pursuant to the Notice of Application [Docket No. 197], objections to the Application were to be filed and served no later than November 28, 2017, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

3. The Debtors received informal comments to the Application from the U.S. Trustee and the Official Committee of Unsecured Creditors (the "Committee").

4. Attached hereto as Exhibit A is a revised proposed order (the "Revised Proposed Order"), which resolves the informal comments of the U.S. Trustee and the Committee.

5. Prior to filing this Certification of Counsel, the Debtors circulated the Revised Proposed Order to the U.S. Trustee and the Committee. The U.S. Trustee and the Committee do not object to the entry of the Revised Proposed Order.

6. Attached hereto as Exhibit B is a blackline of the Revised Proposed Order, showing changes made from the proposed order filed with the Application.

7. The Debtors respectfully request entry of the Revised Proposed Order attached as Exhibit A at the Court's convenience.

Dated: November 30, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Proposed Co-Counsel for the Debtors and Debtors in Possession