# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 140 |

**SUPPLEMENTAL DECLARATION OF DENNIS STOGSDILL IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THEM TO EMPLOY AND RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL FOR THE DEBTORS <u>NUNC PRO TUNC</u> TO THE PETITION DATE**

Under 28 U.S.C. § 1746, I, Dennis Stogsdill, declare as follows under penalty of perjury:

1.  I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, ("A&M")), a restructuring advisory services firm with numerous offices throughout the country. I submit this declaration on behalf of A&M in support of the Debtors' Application for an Order Authorizing them to Employ And Retain Alvarez & Marsal North America, LLC to Provide a Chief Restructuring Officer And Additional Personnel for the Debtors <u>Nunc Pro Tunc</u> to the Petition Date (the "Application") on the terms and conditions set forth in the Application and the engagement letter between Debtors and A&M attached to the Application as Exhibit 1 (the

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

NAI-1503213179v3

"Engagement Letter"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. On October 30, 2017, the Debtors commenced these cases by filing petitions for relief under Chapter 11 of the United States Bankruptcy Code.

3. On November 10, 2017, the Debtors filed the Application and in support of the application, A&M filed a declaration executed by the undersigned on behalf of A&M in accordance with the applicable sections of the Bankruptcy Code (the "Original Declaration").

4. I am submitting this declaration (this "Supplemental Declaration") to supplement the Original Declaration with the disclosures described below.

5. Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Original Declaration.

6. In the Application, A&M disclosed its intent to continue to provide financial restructuring support services for the benefit of the Debtors' non-Debtor affiliates, M&G Brazil and M&G Mexico. It is now intended that, M&G Brazil and M&G Mexico will separately engage A&M's affiliate entities in Brazil and Mexico, effective as of the Petition Date, to provide those financial restructuring support services ("Non-Debtor Affiliate Engagements"). In any event, (i) certain A&M Engagement Personnel will continue to perform shared operational and administrative services, including but not limited to, providing support to the Debtors', M&G Brazil's and M&G Mexico's treasury and accounting functions (the "Shared Services"); (ii) I will continue to provide oversight and otherwise contribute to the Shared Services as my CRO role requires, however, I have not, and will not, act as the CRO of M&G Brazil or M&G Mexico during these Chapter 11 Cases; (iii) other than as set forth in (i) and (ii), A&M will not from and after the date of this declaration, use the same personnel to perform services for both

the Debtors and M&G Brazil or M&G Mexico; and (iv) fees for Engagement Personnel, related to Shared Services for the benefit of M&G Brazil and M&G Mexico shall be billed to M&G Mexico and M&G Brazil and not to the Debtors.

7. Though M&G Mexico and M&G Brazil may seek to assert certain claims against the Debtors in these Chapter 11 Cases, the Non-Debtor Affiliate Engagements will expressly exclude supporting or advising on matters related to such claims or any other disputes or adverse interest with respect to the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| Dated: November 30, 2017 | By: | */s/ Dennis Stogsdill* |
| --- | --- | --- |
| | | Dennis Stogsdill |
| | | Managing Director |
| | | Alvarez & Marsal North America, LLC |