# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 141** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

The undersigned hereby certifies that:

1. On November 10, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 141] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 24, 2017, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The Debtors granted an extension of the Objection Deadline to the U.S. Trustee to November 27, 2017.

3. The Debtors received informal comments to the Motion from the U.S. Trustee and the Official Committee of Unsecured Creditors (the "Committee").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

4. Attached hereto as Exhibit A is a revised proposed order (the "Revised Proposed Order"), which resolves the informal comments of the U.S. Trustee and the Committee.

5. Prior to filing this Certification of Counsel, the Debtors circulated the Revised Proposed Order to the U.S. Trustee, the Committee and the DIP Lender.

6. Attached hereto as Exhibit B is a blackline of the Revised Proposed Order, showing changes made from the proposed order filed with the Motion.

7. The Debtors respectfully request entry of the Revised Proposed Order attached as Exhibit A at the Court's convenience.

Dated: November 30, 2017

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Joseph M. Mulvihill
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Proposed Co-Counsel for the Debtors and
Debtors in Possession