# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 140 & 286** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION TO EMPLOY AND RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

The undersigned hereby certifies that:

1. On November 10, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 140] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On November 30, 2017, the Debtors filed the Supplemental Declaration of Dennis Stogsdill in Support of *Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 286].

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 24, 2017, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The Debtors granted an extension of the Objection Deadline to the U.S. Trustee to November 27, 2017.

3. The Debtors received informal comments to the Application from the U.S. Trustee.

4. Attached hereto as Exhibit A is a revised proposed order (the "Revised Proposed Order"), which resolves the informal comments of the U.S. Trustee.

5. Attached hereto as Exhibit B is a blackline of the Revised Proposed Order, showing changes made from the proposed order filed with the Application.

6. The Debtors respectfully request entry of the Revised Proposed Order attached as Exhibit A at the Court's convenience.

Dated: November 30, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Proposed Co-Counsel for the Debtors and Debtors in Possession