# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** § <br> § <br> **M & G USA Corporation,**[1] § <br> § <br> **Debtors.** § <br> § <br> § | Chapter 11 <br><br> Case No. 17-12307 <br><br> (BLS) (Jointly Administered) <br><br> Hearing Date: Dec 11, 2017 at 1:00pm |

## JOINDER IN MOTION OF THE CONSTRUCTION
## LIENHOLDER GROUP FOR APPOINTMENT OF AN
## OFFICIAL COMMITTEE OF CONSTRUCTION LIENHOLDERS

Service Steel Warehouse Co LP[2] ("Service Steel") hereby joins in the *Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders* [Docket No. 246] (the "Lienholder Committee Motion"), as follows:

1. Service Steel is a structural steel supplier with its principal place of business in Houston, Texas. It supplied structural steel to a steel fabricator who cut, welded and fabricated the steel into members necessary to construct the Debtors' project commonly known as the Jumbo Polyethylene Perephthalate and Terephthalic Acid project located on Joe Fulton Corridor in Corpus Christi, Texas (the "Project").

2. Prior to October 30, 2017 (the "Filing Date"), Service Steel recorded and perfected a Mechanic's and Materialmen's Lien under Document Number 2017005681 in the Real Property Records of Nueces County, Texas to secure amounts due for materials supplied to and fabricated

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.a r.l. (1270), M&G Chemicals S.A. (NIA), M&G Capital S.a r.I. (7812), M & GUSA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and lndo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Submission of this Pleading is conditioned upon the Court's approval of Travis G. Newport's Motion for Admission *Pro Hac Vice* (Docket No. 314).

for the Project (together, the "Lien").

3.  The Lien is properly perfected pursuant to Chapter 53 of the Texas Property Code and creates a statutory security interest in the Debtor's real property and the removables which may be taken from the property following foreclosure of the lien.

4.  As of the Filing Date, the amount due and owing Service Steel for labor, material, and equipment in connection with the Project is $45,590.40, exclusive of accrued and accruing interest, attorneys' fees, and other charges recoverable under applicable law.

5.  Service Steel joins in the Lienholder Committee Motion and supports the appointment of an official committee of construction lienholders. The Debtors are seeking expedited relief regarding the Project and liens against the Project that may have significant repercussions on the substantive rights of lienholders. Without limitation, an official committee of construction lienholders is necessary to adequately represent the interests of all lienholders. A committee that can negotiate on behalf of lienholders with a single voice will serve judicial economy, preserve estate assets, and promote a global resolution of any disputes regarding the interests of lienholders.

6.  Service Steel further agrees that time is of the essence for the appointment of an official committee of construction lienholders.

7.  For the reasons set forth in the Lienholder Committee Motion, formation of an official committee of construction lienholders is necessary and appropriate under the circumstance.

8.  Service Steel files this Joinder without limitation or waiver of all rights, claims, and defenses against the Debtors and their respective estates.

Date: December 1, 2017

/s/ Travis G. Newport
Travis G. Newport
Texas State Bar No. 24027693
8415 Clinton Dr
Houston, TX 77029
Tel: 713-457-6133
Fax: 713-583-0907
tnewport@servicesteel.org

General Counsel for
Service Steel Warehouse Co LP

# CERTIFICATE OF SERVICE

        I hereby certify that on December 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Laura Davis Jones<br>James E. O'Neill<br>Joseph M. Mulvihill<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com | Scott J. Greenberg<br>Stacey L. Corr-Irvine<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>sgreenberg@jonesday.com<br>scorririvine@jonesday.com |

Carl E. Black
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
ceblack@jonesday.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| M & G Resins USA,LLC<br>450 Gears Road, Suite240<br>Houston, Texas 77067 | Chemtex International Inc.<br>450 Gears Road, Suite 240<br>Houston, Texas 77067 |

                                               */s/ TRAVIS G. NEWPORT*
                                               Travis G. Newport
                                               General Counsel
                                               Service Steel Warehouse Co LP