IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. Nos. 214, 322, 326 & 341** |

## JOINDER OF ATLANTIC DOORS AND HARDWARE, INC. TO CERTAIN OBJECTIONS TO THE DEBTORS' MOTION FOR LIEN IDENTIFICATION PROCEDURES

Atlantic Doors and Hardware, Inc. ("Atlantic Doors") hereby joins in support of the Objection of the United States Trustee [D.I. No. 322] (the "OUST Objection") to the Debtors' Motion for Lien Identification Procedures (the "Motion"), Service Steel Warehouse L.P.'s Limited Objection to the Motion [D.I. No. 326] (the "Service Steel Objection") and the Objection of the Construction Lienholder Group to the Motion [D.I. No. 341] (together, with the OUST Objection and the Service Steel Objection, the "Objections"). For the reasons set forth in the Objections, Atlantic Doors joins in, adopts and incorporates by reference such arguments in the Objections as if fully set forth herein. Atlantic Doors further joins in any other objections to the Motion, to the extent not inconsistent with the relief sought by Atlantic Doors.

WHEREFORE, for all of the reasons set forth in the Objections, Atlantic Doors respectfully requests that the Court enter an order denying the Motion as submitted by the Debtors.

*[Signature Page to Follow]*

Dated: December 4, 2017

O'KELLY ERNST & JOYCE, LLC

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
901 N. Market Street, 10th Floor
Wilmington, DE 19801
Phone: (302) 778-4000, Ext. 4
Direct Dial: (302) 778-4003
Facsimile: (302) 295-2873
mjoyce@oelegal.com

- and -

EMALFARB, SWAN AND BAIN

Hal Emalfarb, Esquire
440 Central Ave.
Highland Park, Illinois 60035
P: 847.432.6900
F: 847.432.8950
hal@esb-law.com

*Counsel to Atlantic Doors and Hardware, Inc.*