# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA Corporation,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: Dec 11, 2017 at 1:00pm (ET) |

## JOINDER IN OBJECTION OF THE CONSTRUCTION LIENHOLDER GROUP TO THE DEBTORS' MOTION TO ESTABLISH LIEN IDENTIFICATION PROCEDURES

Sunbelt Rentals ("Sunbelt") joins in the *Objection of the Construction Lienholder Group to the Debtors' Motion to Establish Lien Identification Procedures* [Docket No. 341] (the "Objection"), and respectfully states as follows:

1. Sunbelt provides scaffolding equipment to the Debtors. In connection therewith, Sunbelt has previously filed a lien in the amount of $145,107.94 and it may file additional liens.

2. Sunbelt joins in and adopts the legal arguments made by the Construction Lienholder Group in the Objection [Docket No. 341] and all other lienholders and the Office of the United States Trustee [Docket No. 322] in their objections to the Debtors' Lien Identification Procedures Motion [Docket No. 214].

3. Sunbelt reserves all of its rights with respect to its claims and liens, including the right to supplement this Joinder.

{00021813.}

WHEREFORE, Sunbelt respectfully requests that the Court sustain the objections, direct the Debtors to modify the Lien Identification Procedures order, and grant Sunbelt such other and further relief as is just and proper.

Dated: December 4, 2017
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (DE 3885)
Scott J. Leonhardt (DE 4995)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: 302-651-7700
Email: gibson@teamrosner.com

-and-

ASK LLP
Edward E. Neiger, Esq.
Jennifer A. Christian, Esq.
151 West 46th Street, 4th Floor
New York, New York 10036
Tel: 212.267.7342
Fax: 212.918.3427
eneiger@askllp.com
jchristian@askllp.com