# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Re: D.I. Nos. 214, 322, 326 & 341 |

## JOINDER OF M.I. HVAC AND PLUMBING, LLC, G.P. TRANSPORT, INC. AND DUCT-MEX HVAC TO CERTAIN OBJECTIONS TO THE DEBTORS' MOTION FOR LIEN IDENTIFICATION PROCEDURES

M.I. HVAC and Plumbing LLC d/b/a Mechanical Innovation, G.P. Transport, Inc. and Duct-Mex HVAC (collectively, the "Lien Claimants") hereby join in support of the Objection of the United States Trustee [D.I. No. 322] (the "OUST Objection") to the Debtors' Motion for Lien Identification Procedures (the "Motion"), Service Steel Warehouse L.P.'s Limited Objection to the Motion [D.I. No. 326] (the "Service Steel Objection") and the Objection of the Construction Lienholder Group to the Motion [D.I. No. 341] (together, with the OUST Objection and the Service Steel Objection, the "Objections"). For the reasons set forth in the Objections, the Lien Claimants join in, adopt and incorporate by reference such arguments in the Objections as if fully set forth herein. The Lien Claimants further join in any other objections to the Motion, to the extent not inconsistent with the relief sought by Lien Claimants.

WHEREFORE, for all of the reasons set forth in the Objections, Lien Claimants respectfully request that the Court enter an order denying the Motion as submitted by the Debtors.

*[Signature Page to Follow]*

Dated: December 5, 2017

                        O'KELLY ERNST & JOYCE, LLC

                        */s/ Michael J. Joyce*
                        Michael J. Joyce (No. 4563)
                        901 N. Market Street, 10th Floor
                        Wilmington, DE 19801
                        Phone: (302) 778-4000, Ext. 4
                        Direct Dial: (302) 778-4003
                        Facsimile: (302) 295-2873
                        mjoyce@oelegal.com

                        - and -

                        EMALFARB, SWAN AND BAIN

                        Hal Emalfarb, Esquire
                        440 Central Ave.
                        Highland Park, Illinois 60035
                        P: 847.432.6900
                        F: 847.432.8950
                        hal@esb-law.com

                        *Counsel to M.I. HVAC and Plumbing LLC, d/b/a Mechanical Innovation, G.P. Transport, Inc. and Duct-Mex HVAC*