**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **M & G USA Corporation,** | Case No. 17-12307 (BLS) |
| **Debtors.** | (Jointly Administered) |
| | **Hearing Date: Dec 11, 2017 at 1:00pm (ET)** |

### AC PLASTIQUES USA, LLC'S JOINDER IN THE OBJECTION OF THE CONSTRUCTION LIENHOLDER GROUP TO THE DEBTORS' MOTION TO ESTABLISH LIEN IDENTIFICATION PROCEDURES

AC Plastiques USA, LLC ("Plastiques") joins in the *Objection of the Construction Lienholder Group to the Debtors' Motion to Establish Lien Identification Procedures* [Docket No. 341] (the "Objection"), and respectfully states as follows:

1. Plastiques incorporates by reference the Objection in its entirety.

2. Plastiques holds a valid statutory and Mechanics' and Materialman's lien under Texas law, as well as a Constitutional lien, against the realty held by Debtor M&G Resins USA, LLC, securing Plastiques' claim of $142,529.15 (the "***Claim***") for work in connection with construction of the Debtors' plant in Corpus Christi, Texas. Plastiques lien affidavit and Claim was filed in Nueces County, Texas on January 13, 2017. Therefore, Debtors already have all necessary information relating to Plastiques' Claim.

3. Given the foregoing and Debtors' certain knowledge of the details of vast majority of the other lien claims, including the vast majority of the total amount of the mechanic's and materialman's lien claims, it is clear that Debtors' motion is a thinly disguised attempt to avoid legitimate lien claims by requiring onerous and unnecessary procedures for lien claimants in the hope that the lien claimants will not be able to make it through the gauntlet laid

{00021834.}

down by the Debtors. Further, as pointed out in the objection, the order sought by Debtors violates the normal rule that liens pass through bankruptcy unaffected. Clearly, the Debtors are feigning a need for information solely to try to strip creditors of their rights for no legitimate purpose.

4. Accordingly, Plastiques requests that the Court deny the Debtors' motion.

WHEREFORE, Plastiques respectfully requests that the Court sustain the Objection, direct the Debtors to modify the Lien Identification Procedures order, and grant Plastique such other and further relief as is just and proper.

Dated: December 5, 2017
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE No. 3995)
Jason A. Gibson (DE No. 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel: (302) 777-1111
Email: gibson@teamrosner.com

and

**MARTIN, DISIERE, JEFFERSON & WISDOM, LLP**

Jeffrey G. Tinkham, Of Counsel
Texas Bar No. 20056300
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
Email: tinkham@mdjwlaw.com

*Counsel for AC Plastiques USA, LLC*