**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| M&G USA CORPORATION, *et al.*, | Case No. 17-12307 (BLS) |
| Debtors[1]. | (Jointly Administered) |
| | Related to Docket No. 214 |
| | Hearing Date: December 11, 2017 at 1:00 p.m. |

**FLUOR ENTERPRISES, INC.'S JOINDER TO OBJECTIONS AND LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING LIEN IDENTIFICATION PROCEDURES AND (II) GRANTING RELATED RELIEF**

Fluor Enterprises, Inc. ("Fluor") hereby joins the objections filed at Docket Nos. 326 and 341 and further files this Limited Objection to the *Debtors' Motion for Entry of An Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief* ("Motion") (D.I. 214) filed by the Debtors and Debtors-in-Possession (collectively, the "Debtors") in the above-styled jointly-administered Chapter 11 bankruptcy cases (the "Bankruptcy Cases") and would show the Court the following:

### I.  BACKGROUND FACTS

1. Fluor provided labor, equipment, materials, and construction services pursuant to two contracts: (1) a March 31, 2017 Personnel Services Agreement (the "PSA") between Fluor and M&G Resins USA, LLC ("M&G"), and (2) a June 8, 2017 Construction Services Agreement ("CSA") between Fluor and Chemtex International, Inc.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Page 1

2. Under the PSA and CSA, Fluor delivered and provided labor, services, and materials for improvement and construction of a Plant located at 7001 Joe Fulton International Trade Corridor, Corpus Christi, Texas 78409 (the "Property"). The amount owing to Fluor under the CSA is at least $4,985,351.17, exclusive of accruing interest, attorneys' fees, and other charges. The amount owing to Fluor under the PSA is at least $213,468.54, also exclusive of accruing interest, attorneys' fees, and other charges. On December 1, 2017 Fluor filed its *Notice of Perfection of Mechanic's Liens Under 11 U.S.C. § 546(b)(2) of Fluor Enterprises, Inc.* (D.I. 313).

3. On November 20, 2017, Debtors filed the Motion. Among other things, the Motion requests (a) entry of an order establishing procedures for asserting mechanics' and materialmen's liens on the Corpus Christ Plant; (b) approval of a "Statement of Lien Form;" and (c) approval of the form and manner of notice for implementing the procedures and circulating the "Statement of Lien Form."

## II. LIMITED OBJECTION

4. As an initial matter, Fluor points this Court to the arguments contained at D.I. 326, the Limited Objection to Motion of Service Steel, with regard to the truncating of the processes set out under Texas law.

5. Further, the Statement of Lien Form contains requests for information which are legal matters and which should be addressed through adversary process. For instance, item 4 requests details as to the date you assert your lien arose and item 5 requests "on what date did you commence the work …." Item 7 indicates "Do you assert that your Lien has priority over any liens held by Debtors' secured lenders" and asks for a description of the legal and factual basis. There are several other items such as 10, 13, 15 and 16 that also implicate legal concerns.

6. Beyond the Statement of Lien Form, the proposed order contains a disallowance and subordination process which is contrary to law. The order states "… every Lienholder shall be required to submit all the information required by the Lien Indemnification Procedures …" which includes the legal aspects of items 4, 5, 10, 13 15, 16 among others.

7. To compound matters, the process and order is one-sided as both the Motion and the proposed Order provides that they shall not be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtor's and/or (b) constitute a waiver of the Debtors' rights to dispute any claim.

### III. A PROPER PROCESS SHOULD BE IMPLEMENTED

8. It is apparent that a Construction Lienholders Committee should be formed, including for the reasons set forth in Fluor's Joinder to the motion seeking appointment of such a committee, filed this date and attached hereto as Exhibit 1. In addition, an evenhanded adversary process should be developed to address, at a minimum, the common issues of:

1. The date of commencement of work at the Corpus Christi Plant;
2. The priority mechanics' and materialmen's liens have with regard to any other secured liens asserted against Debtors with regard to the Corpus Christ Plant.

Basic due process needs to be preserved. The Debtors attempt to circumvent same through this Motion.

### III. RESERVATION OF RIGHTS

9. Fluor reserves the right to further amend, modify, or supplement this Objection at any time and also reserve all their rights, if any, as a creditor in these Bankruptcy Cases,

Page 3

including in connection with any proof of claim it may file, any sale motion, its lien rights, and any plan of reorganization or liquidation in these Bankruptcy Cases.

WHEREFORE, Fluor Enterprises, Inc. asks this Court to (i) sustain its objections to the Motion, and (ii) grant Fluor such other and further relief to which it may be justly entitled.

Dated:  December 5, 2017                               **STEVENS & LEE, P.C.**

   */s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone:  (302) 425-3308
Fax:     (610) 371-8515
jdd@stevenslee.com

Philip G. Eisenberg
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas  77002
Phone:  (713) 226-1489
Fax:  (713) 229-2536
peisenberg@lockelord.com

Bradley C. Knapp
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Fax: (504) 910-6847
bknapp@lockelord.com

***Attorneys for Fluor Enterprises, Inc.***