# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M&G USA CORPORATION, *et al.*, | ) | Case No. 17-12307 (BLS) |
| | ) | |
| Debtors[1]. | ) | (Jointly Administered) |
| | ) | |
| | | Related to Docket No. 246 |
| | | Hearing Date: December 11, 2017 at 1:00 p.m. |

### JOINDER IN MOTION OF THE CONSTRUCTION LIENHOLDER GROUP FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF CONSTRUCTION LIENHOLDERS

Fluor Enterprises, Inc. ("Fluor") hereby joins in the *Motion of the Construction Lienholder Group of Appointment of an Official Committee of Construction Lienholders* (D.I. 246) (the "Lienholder Committee Motion"), as follows:

1. Fluor provided the Debtors with labor, equipment, materials, and construction services pursuant to two contracts: (1) a March 31, 2017 Personnel Services Agreement (the "PSA") between Fluor and M&G Resins USA, LLC ("M&G"), and (2) a June 8, 2017 Construction Services Agreement ("CSA") between Fluor and Chemtex International, Inc.

2. Under the PSA and CSA, Fluor delivered and provided labor, services, and materials for improvement and construction of a Plant located at 7001 Joe Fulton International Trade Corridor, Corpus Christi, Texas 78409 (the "Property"). The amount owing to Fluor under the CSA is at least $4,985,351.17, exclusive of accruing interest, attorneys' fees, and other

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

12/05/2017 SL1 1498279v1 111519.00001

charges. The amount owing to Fluor under the PSA is at least $213,468.54, also exclusive of accruing interest, attorneys' fees, and other charges. After providing any and all requisite notices, Fluor timely filed two Affidavits of Claim for Mechanic's and Materialmen's Lien with the County Clerk of Nueces County, Texas, the county where the Property is located. Fluor's lien rights are set forth in more detail in its notice filed pursuant to section 546(b) of the Bankruptcy Code. (D.I. 313).

3. Fluor joins in the Lienholder Committee Motion and supports the appointment of an official committee of construction lienholders. The Debtors are seeking expedited relief regarding the Project and liens against the Project that may have significant repercussions on the substantive rights of lienholders, including Fluor. These substantive issues include, but are not limited to:

- Debtors have requested debtor-in-possession financing that may interfere with the rights and priority of construction lienholders. (*See* D.I. 14).

- Debtors have proposed bid and sale procedures related to the Property that ignore the rights of construction lienholders. (*See* D.I. 173).

- Under Texas law, construction lienholders likely have higher priority than the so-called second lienholders and further may have priority over the first lienholders with respect to some or all of the collateral.[2] These rights should be protected in a coordinated fashion to preserve judicial economy and avoid duplication of effort.

- Debtors have proposed treating the construction lienholders as a group by submitting a motion to establish procedures for asserting construction lien rights.

---

[2] *See* D.I. 326, the Limited Objection to Motion for Entry of an Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief. *See* further D.I. 3 at page 4, "In April 2013, the Company began construction on a vertically integrated PTA/PET plan in Corpus Christi, Texas" (the "Corpus Christi Plan"). Under Texas law, the time of inception of a mechanic's lien is, among other things, the commencement of construction of improvements or delivery of materials. *See* TEX. PROP. CODE §53.124(a).

-2-

12/05/2017 SL1 1498279v1 111519.00001

(D.I. 214). Under the same rationale, a committee should be formed to scrutinize these procedures.

- Debtors contemplate a credit bid process that benefits the second lienholders with apparently no consideration of construction lienholder rights. Currently the Official Committee of Unsecured Creditors does not appear to be addressing these issues. A construction lienholders committee would have sufficient standing and interest to focus on these rights.

4. For these reasons and those reasons set forth in the Lienholder Committee Motion, formation of an official committee of construction lienholders is necessary and appropriate under the circumstances. Fluor files this Joinder without limitation or waiver of all rights, claims, and defenses against the Debtors and their respective estates.

**WHEREFORE**, Fluor prays that the Court grant the Lienholder Committee Motion and for such other relief as may be just and proper.

Dated: December 5, 2017 **STEVENS & LEE, P.C.**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3308
Fax: (610) 371-8515
Email: jdd@stevenslee.com

Philip G. Eisenberg
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Phone: (713) 226-1489
Fax: (713) 229-2536
peisenberg@lockelord.com

Bradley C. Knapp
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Fax: (504) 910-6847
bknapp@lockelord.com

Attorneys for Fluor Enterprises, Inc.