# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |

Objection Deadline: December 27, 2018 at 4:00 p.m. (ET)
Hearing Date: To be scheduled if response filed.

## NOTICE OF FILING OF FIRST MONTHLY APPLICATION OF JONES DAY FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH NOVEMBER 30, 2017

**PLEASE TAKE NOTICE** that on December 5, 2017, Jones Day, counsel to the above-captioned debtors (the "Debtors") filed and served the *First Monthly Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period From October 31, 2017 Through November 30, 2017* (the "Application"), seeking compensation for the reasonable and necessary services rendered to the Debtors in the amount of $1,575,370.00 (80% of 1,969,212.50), and reimbursement for actual and necessary expenses in the amount of $10,310.08.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, on or before **December 27, 2017, at 4:00 p.m. Prevailing Eastern Time.**

The Application is submitted pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on December 1, 2017 [Docket No. 308] (the "Administrative Order").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors, (a) Jones Day, 250 Vesey Street, New York, NY 10025 (Attn: Scott J. Greenberg, Esq.), sgreenberg@jonesday.com, and (b) Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones, Esq.), ljones@pszjlaw.com; (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Hannah M. McCollum, Esq.), Hannah.mccollum@usdoj.gov; (iii) counsel for the Pre-Petition First Lien Lender, (a) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: Lisa M. Schweitzer, Esq.), lschweitzer@cgsh.com, and (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801 (Attn: Pauline K. Morgan, Esq.), pmorgan@ycst.com; (iv) counsel to the Pre-Petition Second Lien Secured Party, (a) Weil, Gotshal & Manges LLP, 700 Louisiana, Suite 1700, Houston, TX 77002 (Attn: Alfredo R. Perez, Esq.) alfredo.perez@weil.com, and (b) Morris, Nichols, Arsht and Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, DE 19801 (Attn: Curtis S. Miller, Esq.), cmiller@mnat.com; (v) counsel to Comerica Bank (a) Miller, Canfield, Paddock and Stone, P.L.C., 150 West Jefferson, Suite 2500, Detroit, MI 48226 (Attn: Jonathan S. Green, Esq.) greenj@millercanfield.com, and (b) Connolly Gallagher LLP, 1000 West Street, Suite 1400, Wilmington, DE 19801, (Attn: Karen C. Bifferato, Esq.)

kbifferato@connollygallagher.com; and (vi) proposed counsel to the Official Committee of Unsecured Creditors, (a) Milbank Tweed Hadley & McCoy LLP, 28 Liberty Street, New York, New York 10005-1413 (Attn: Dennis F. Dunne), ddunne@milbank.com, and (b) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: J. Kate Stickles), kstickles@coleschotz.com.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, THEN PAYMENT WILL BE MADE ACCORDING TO THE PROCEDURES SET FORTH IN THE ADMINISTRATIVE ORDER.

A HEARING ON THE APPLICATION WILL BE HELD ONLY IF OBJECTIONS OR RESPONSES ARE TIMELY FILED.

| | |
|---|---|
| Dated: December 5, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Joseph M. Mulvihill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jmulvihill@pszjlaw.com |
| | and |

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Email:  sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:  (216) 586-7035
Facsimile:  (216) 579-0212
Email:  ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession