**EXHIBIT B**

# JONES DAY

M&G Resins USA, LLC, et al.

**DISBURSEMENT SUMMARY - November 30, 2017**

| | |
|---|---:|
| Conference Charges | 16.59 |
| Court Costs | 249.00 |
| Document Reproduction Charges | 122.30 |
| Travel - Air Fare | 2,190.20 |
| Travel - Food and Beverage Expenses | 412.95 |
| Travel - Hotel Charges | 3,332.40 |
| Travel - Other Costs | 128.00 |
| Travel - Taxi Charges | 916.64 |
| Travel - Train Fare | 2,942.00 |

**TOTAL**                                         **USD      10,310.08** **

** = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 412.95

Case Administration

## DISBURSEMENT DETAIL - November 30, 2017

| Date | Timekeeper Name | Location | Amount |
|------|-----------------|----------|--------|

**AIR FARE**

| 11/30/17 | D J MERRETT | ATL | 664.40 |
|----------|-------------|-----|--------|

Airfare - Round trip airfare to/from Atlanta and Philadelphia for first-day hearing 10/31-11/2/17 (Delta Airlines - economy class)

| 11/30/17 | C E BLACK | CLE | 1,525.80 |
|----------|-----------|-----|----------|

Airfare - Round trip airfare to/from Cleveland and Philadelphia for first-day hearing 10/31-11/1/17 (American Airlines - economy class)

|  | **Air Fare Subtotal** |  | **2,190.20** |
|--|-----------------------|--|--------------|

**CONFERENCE CHARGES**

| 11/09/17 | S L CORR-IRVINE | NYC | 4.25 |
|----------|-----------------|-----|------|

Conference charges - Call regarding preparation for first day hearing 10/31/17

| 11/16/17 | A M BOMBERGER | CLE | 3.29 |
|----------|---------------|-----|------|

Conference charges - Discussion of APA 10/31/17

| 11/30/17 | C E BLACK | CLE | 1.47 |
|----------|-----------|-----|------|

Conference charges - Call with counsel to Comerica regarding form of order and related issues 10/31/17

| 11/30/17 | C E BLACK | CLE | 5.89 |
|----------|-----------|-----|------|

Conference charges - Call with counsel to Comerica regarding form of order and related issues 10/31/17

| 11/30/17 | C E BLACK | CLE | 1.69 |
|----------|-----------|-----|------|

Conference charges - Call with counsel to Comerica regarding form of order and related issues 10/31/17

|  | **Conference Charges Subtotal** |  | **16.59** |
|--|----------------------------------|--|-----------|

**COURT COSTS**

| 11/09/17 | M J COHEN | NYC | 128.00 |
|----------|-----------|-----|--------|

Court costs - CourtCall - telephonic attendance at first-day hearing 11/1/17

| 11/16/17 | G L GHAUL | NYC | 121.00 |
|----------|-----------|-----|--------|

Court costs - CourtCall - telephonic attendance at first-day hearing 11/1/17

|  | **Court costs Subtotal** |  | **249.00** |
|--|--------------------------|--|------------|

**DUPLICATION CHARGES**

| 11/16/17 | NYC ACCOUNTING | NYC | 122.30 |
|----------|----------------|-----|--------|

Duplication charges through 11/16/2017 - 1,223 @ .10/pg

|  | **Duplication charges Subtotal** |  | **122.30** |
|--|-----------------------------------|--|------------|

**FOOD AND BEVERAGE EXPENSES**

| 11/09/17 | R H DA SILVA ASHLEY | NYC | 25.00 |
|----------|---------------------|-----|-------|

Food and beverage expenses - Travel to Wilmington, Delaware for first-day hearing 11/1/17 (breakfast)

| 11/09/17 | R H DA SILVA ASHLEY | NYC | 50.00 |
|----------|---------------------|-----|-------|

Food and beverage expenses - Travel to Wilmington, Delaware for first-day hearing 10/31/17 (dinner)

| 11/09/17 | R H DA SILVA ASHLEY | NYC | 38.00 |
|----------|---------------------|-----|-------|

Food and beverage expenses - Travel to Wilmington, Delaware for first-day hearing 11/1/17 (lunch with S. Corr-Irvine and P. Saba)

| 11/09/17 | P SABA | NYC | 47.00 |
|----------|--------|-----|-------|

Food and beverage expenses - Travel to Wilmington, Delaware for first day hearing 10/31/17 (dinner)

# JONES DAY

M&G Resins USA, LLC, et al.                                                      Page 2

| 11/09/17 | N J MORIN | NYC | 14.00 |
|---|---|---|---|

Food and beverage expenses - Travel to Wilmington, Delaware for first-day hearing 11/1/17 (breakfast)

| 11/09/17 | N J MORIN | NYC | 8.00 |
|---|---|---|---|

Food and beverage expenses - Travel to Wilmington, Delaware for first-day hearing filing 11/1/17 (in-room minibar)

| 11/09/17 | N J MORIN | NYC | 9.00 |
|---|---|---|---|

Food and beverage expenses - Travel to Wilmington, Delaware for first-day hearing filing 11/1/17 (in-room minibar)

| 11/16/17 | M J COHEN | NYC | 3.90 |
|---|---|---|---|

Food and beverage expenses - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/13/17 (breakfast)

| 11/16/17 | S J GREENBERG | NYC | 12.40 |
|---|---|---|---|

Food and beverage expenses - Travel to Wilmington, Delaware for initial debtor interview/Unsecured Creditors Committee formation meeting 11/13/17 (breakfast)

| 11/22/17 | M J COHEN | NYC | 22.40 |
|---|---|---|---|

Food and beverage expenses - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/12/17 (dinner - in-room service)

| 11/22/17 | M J COHEN | NYC | 25.00 |
|---|---|---|---|

Food and beverage expenses - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/13/17 (breakfast - in-room service)

**Food and beverage expenses Subtotal**                                        **254.70**

## HOTEL CHARGES

| 11/09/17 | R H DA SILVA ASHLEY | NYC | 295.90 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for first-day hearing 10/31-11/1/17 (1 night at Hotel DuPont)

| 11/09/17 | P SABA | NYC | 295.90 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for first day hearing 10/31-11/1/17 (1 night at Hotel DuPont)

| 11/09/17 | N J MORIN | NYC | 295.90 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for first-day hearing 10/31-11/1/17 (1 night at Hotel DuPont)

| 11/09/17 | S L CORR-IRVINE | NYC | 295.90 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for first-day hearing 10/31-11/1/17 (1 night at Hotel DuPont)

| 11/16/17 | S J GREENBERG | NYC | 295.90 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware to attend initial debtor interview/Unsecured Creditors Committee formation meeting - 11/12-13/17 (1 night at Hotel DuPont)

| 11/16/17 | S L CORR-IRVINE | NYC | 295.90 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/12-13/17 (1 night at Hotel DuPont)

| 11/22/17 | C E BLACK | CLE | 295.90 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for first day hearing 10/31-11/1/17 (1 night at Hotel DuPont)

| 11/22/17 | M J COHEN | NYC | 350.00 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/12-13/17 (1 night at Hotel Dupont)

| 11/22/17 | S J GREENBERG | NYC | 319.30 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for first-day hearing 10/31-11/1/17 (charge for duplicate 1 night reservation at Hotel DuPont which was canceled too late to avoid charge)

| 11/30/17 | D J MERRETT | ATL | 591.80 |
|---|---|---|---|

Hotel charges - Travel to Wilmington, Delaware for first-day hearing 10/31-11/2/17 (2 nights at Hotel DuPont)

**Hotel charges Subtotal**                                                     **3,332.40**

# JONES DAY

M&G Resins USA, LLC, et al.                                                    Page 3

## LATE WORK MEAL

| | | | |
|---|---|---|---|
| 11/16/17 | F SIDDIQUI | NYC | 20.00 |

Late work meal - research whether bonus agreement made pre-petition comported with 11 U.S.C. 503(c) requirements 11/13/17 (dinner)

| | | | |
|---|---|---|---|
| 11/16/17 | L M BUONOME | NYC | 20.00 |

Late Work Meal - review and revise sale motion, bid procedures, proposed bid procedures and sale orders, related notices and declaration 11/14/17 (dinner)

| | | | |
|---|---|---|---|
| 11/16/17 | M J COHEN | NYC | 9.42 |

Late Work Meal - review and comment on sale motion, sale order, bid procedures, bid procedures order, motion, declaration and notices 11/12/17 (dinner)

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 11.00 |

Late Work Meal - review and revise professional retention application for Alvarez & Marsal, Prime Clerk and Jones Day 11/7/17 (dinner)

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 20.00 |

Late Work Meal - review and revise professional retention applications for Alvarez & Marsal, Prime Clerk and Jones Day; review and revise bar date motion 11/8/17 (dinner)

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 12.25 |

Late Work Meal - review and revise professional retention applications for Alvarez & Marsal, Prime Clerk and Jones Day 11/9/17 (dinner)

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 20.00 |

Late Work Meal - research motion to establish lienholder bar date and begin drafting same 11/13/17 (dinner)

| | | | |
|---|---|---|---|
| 11/22/17 | P SABA | NYC | 13.25 |

Late Work Meal - review and revise lienholder procedures motion, proposed order, notice and forms 11/16/17 (dinner)

| | | | |
|---|---|---|---|
| 11/22/17 | N J MORIN | NYC | 20.00 |

Late Work Meal - update shipper/warehousemen and critical vendor payment sheets for circulation to client and A&M; revise shippers/warehousemen order and critical vendor order to incorporate committee comments 11/18/17 (Saturday work - dinner)

| | | | |
|---|---|---|---|
| 11/22/17 | N J MORIN | NYC | 12.33 |

Late Work Meal - conduct research in connection with reply to DIP objections and draft argument regarding same 11/19/17 (Sunday work - lunch)

|  | **Late Work Meal Subtotal** | | **158.25** |
|---|---|---|---|

## LATE WORK TAXI

| | | | |
|---|---|---|---|
| 11/16/17 | G L GHAUL | NYC | 32.16 |

Late Work Taxi - from JD office to home while working late 11/2/17

| | | | |
|---|---|---|---|
| 11/16/17 | S L CORR-IRVINE | NYC | 40.70 |

Late Work Taxi - from JD office to home while working late 11/1/17

| | | | |
|---|---|---|---|
| 11/16/17 | S L CORR-IRVINE | NYC | 23.16 |

Late Work Taxi - from JD office to home while working late 11/8/17

| | | | |
|---|---|---|---|
| 11/16/17 | S L CORR-IRVINE | NYC | 19.55 |

Late Work Taxi - from JD office to home while working late 11/6/17

| | | | |
|---|---|---|---|
| 11/16/17 | S L CORR-IRVINE | NYC | 23.15 |

Late Work Taxi - from JD office to home while working late 11/6/17

| | | | |
|---|---|---|---|
| 11/16/17 | S L CORR-IRVINE | NYC | 19.75 |

Late Work Taxi - from JD office to home while working late 11/13/17

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 16.30 |

Late Work Taxi - from JD office to home while working late 11/6/17

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 12.25 |

Late Work Taxi - from JD office to home while working late 11/7/17

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 18.50 |

Late Work Taxi - from JD office to home while working late 11/8/17

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 20.16 |

Late Work Taxi - from JD office to home while working late 11/9/17

| | | | |
|---|---|---|---|
| 11/16/17 | P SABA | NYC | 15.38 |

Late Work Taxi - from JD office to home while working late 11/10/17

| 11/16/17 | P SABA | NYC | 34.56 |
|---|---|---|---|
| | Late Work Taxi - from JD office to home while working late 11/13/17 | | |
| 11/22/17 | G L GHAUL | NYC | 34.56 |
| | Late Work Taxi - from JD office to home while working late 11/15/17 | | |
| 11/22/17 | G L GHAUL | NYC | 33.35 |
| | Late Work Taxi - from JD office to home while working late 11/14/17 | | |
| 11/22/17 | G L GHAUL | NYC | 25.70 |
| | Late Work Taxi - from JD office to home while working late 11/16/17 | | |
| 11/22/17 | M J COHEN | NYC | 13.00 |
| | Late Work Taxi - from JD office to home while working late 11/16/17 | | |
| 11/22/17 | M J COHEN | NYC | 19.30 |
| | Late Work Taxi - from JD office to home while working late 11/15/17 | | |
| 11/22/17 | K N MANCINI | NYC | 23.76 |
| | Late Work Taxi - from JD office to home while working late 11/14/17 | | |
| 11/22/17 | K N MANCINI | NYC | 26.15 |
| | Late Work Taxi - from JD office to home while working late 11/15/17 | | |
| 11/22/17 | K N MANCINI | NYC | 26.16 |
| | Late Work Taxi - from JD office to home while working late 11/9/17 | | |
| 11/22/17 | K N MANCINI | NYC | 24.36 |
| | Late Work Taxi - from JD office to home while working late 11/10/17 | | |
| 11/22/17 | K N MANCINI | NYC | 23.15 |
| | Late Work Taxi - from JD office to home while working late 11/14/17 | | |
| 11/22/17 | N J MORIN | NYC | 21.96 |
| | Late Work Taxi - from JD office to home while working late 11/10/17 | | |
| 11/22/17 | N J MORIN | NYC | 24.96 |
| | Late Work Taxi - from JD office to home while working late 11/13/17 | | |
| 11/22/17 | N J MORIN | NYC | 24.35 |
| | Late Work Taxi - from JD office to home while working late 11/18/17 | | |
| 11/22/17 | N J MORIN | NYC | 22.56 |
| | Late Work Taxi - from JD office to home while working late 11/17/17 | | |
| 11/22/17 | P SABA | NYC | 19.56 |
| | Late Work Taxi - from JD office to home while working late 11/15/17 | | |
| 11/22/17 | P SABA | NYC | 16.56 |
| | Late Work Taxi - from JD office to home while working late 11/16/17 | | |
| 11/30/17 | K N MANCINI | NYC | 22.55 |
| | Late Work Taxi - from JD office to home while working late 11/17/17 | | |
| 11/30/17 | K N MANCINI | NYC | 24.96 |
| | Late Work Taxi - from JD office to home while working late 11/18/17 | | |
| 11/30/17 | M J COHEN | NYC | 21.62 |
| | Late Work Taxi - from JD office to home while working late 11/28/17 | | |
| | **Late Work Taxi Subtotal** | | **724.19** |

### LOCAL TAXI CHARGES

| 11/09/17 | M J COHEN | NYC | 29.08 |
|---|---|---|---|
| | Local taxi fare - meeting with Cleary Gottlieb, FTI and Rothschild regarding various case matters 11/7/17 (from Cleary Gottlieb office to JD office) | | |
| 11/22/17 | M J COHEN | NYC | 15.46 |
| | Local taxi fare - from home to JD office for the purpose of taking calls while enroute 11/16/17 | | |
| | **Local taxi charges Subtotal** | | **44.54** |

### PARKING EXPENSES

| 11/16/17 | M J COHEN | NYC | 37.00 |
|---|---|---|---|
| | Parking expenses - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/12-13/17 (at New York airport) | | |
| 11/22/17 | C E BLACK | CLE | 55.00 |
| | Parking expenses - Travel to Wilmington, Delaware for first-day hearing 10/31-11/1/17 (at Cleveland airport) | | |

# JONES DAY

11/22/17     C E BLACK                 CLE     30.00
Parking expenses - Travel to New York for Unsecured Creditors Committee meeting 11/15/17 (at Cleveland airport)
**Parking expenses Subtotal**        **122.00**

**TAXI FARE**

11/09/17     P SABA                 NYC     14.69
Taxi fare - Travel to Wilmington, Delaware for first-day hearing 10/31/17 (from JD office to Penn Station)
11/09/17     P SABA                 NYC     20.00
Taxi fare - Travel to Wilmington, Delaware for first-day hearing 10/31/17 (from train station to Hotel DuPont)
11/09/17     P SABA                 NYC     20.00
Taxi fare - Travel to Wilmington, Delaware for first-day hearing 11/1/17 (from Hotel DuPont to Amtrak station)
11/16/17     S J GREENBERG        NYC     15.55
Taxi fare - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/12/17 (from home to Penn Station)
11/16/17     S J GREENBERG        NYC     24.12
Taxi fare - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/13/17 (from Penn Station to JD office)
11/16/17     M J COHEN           NYC     13.87
Taxi fare - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/13/17 (from New York airport to JD office)
11/16/17     S L CORR-IRVINE       NYC     13.45
Taxi fare - Travel to Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/12/17 (from home to Penn Station)
11/22/17     M J COHEN           NYC     5.00
Taxi fare - meeting with professionals for Unsecured Creditors Committee regarding case status 11/15/17 (returning from meeting - Uber cancellation fee)
11/22/17     M J COHEN           NYC     21.23
Taxi fare - meeting with professionals for Unsecured Creditors Committee regarding case status 11/15/17 (from West End Avenue to JD office)
**Taxi Fare Subtotal**        **147.91**

**TRAIN FARE**

11/16/17     S J GREENBERG        NYC     500.00
Train fare from Wilmington, Delaware to New York City, New York following first-day hearing 11/1/17
11/22/17     M J COHEN           NYC     422.00
Train fare from New York City, New York and Wilmington, Delaware for initial debtor inter iew and Unsecured Creditors Committee formation meeting 11/12/17
11/22/17     M J COHEN           NYC     286.00
Train fare from Wilmington, Delaware to New York City, New York following initial debtor interview and Unsecured Creditors Committee formation meeting 11/13/17
11/22/17     N J MORIN           NYC     367.00
Roundtrip train fare to/from New York City, New York and Wilmington, Delaware for first-day hearing 10/31-11/1/17
11/22/17     P SABA                 NYC     367.00
Roundtrip train fare to/from New York City, New York and Wilmington, Delaware for first-day hearing 10/31-11/1/17
11/30/17     R H DA SILVA ASHLEY    NYC     367.00
Round trip train fare to/from New York City, New York and Wilmington, Delaware for first-day hearing 10/31-11/1/17
11/30/17     S L CORR-IRVINE       NYC     367.00
Round trip train fare to/from New York City, New York and Wilmington, Delaware for first-day hearing 10/31-11/1/17

| | | | |
|---|---|---|---|
| 11/30/17 | S L CORR-IRVINE | NYC | 266.00 |

Round trip train fare to/from New York City, New York and Wilmington, Delaware for initial debtor interview and Unsecured Creditors Committee formation meeting 11/12-13/17

| | |
|---|---|
| **Train Fare Subtotal** | **2,942.00** |

## TRAVEL-OTHER COSTS

| | | | |
|---|---|---|---|
| 11/22/17 | C E BLACK | CLE | 6.00 |

Travel-other costs - Travel to New York for Unsecured Creditors Committee meeting 11/15/17 (ferry)

| | |
|---|---|
| **Travel-other costs Subtotal** | **6.00** |
| **Total** | **USD  10,310.08 \*\*** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 412.95

| | |
|---|---|
| **Grand Total** | **USD  10,310.08 \*\*** |

\*\* = Food, beverage and entertainment expense as defined by I.R.C. Sect. 274(n), included in this amount is USD 412.95