# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*[1] | : | Case No. 17- 12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## UNPAID WAGE CLAIMANTS' JOINDER TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF THE CONSTRUCTION LIENHOLDER GROUP TO APPOINT AN OFFICIAL COMMITTEE OF CONSTRUCTION LIENHOLDERS

Sergio Lazo and Robert Mejia for themselves and over 600 similarly-situated former workers (the "Unpaid Wage Claimants") at the Debtors' under-construction Corpus Christi, Texas project (the "Project"), by and through the undersigned counsel, hereby submit this joinder ("Joinder") to the *Objection of the Official Committee of Unsecured Creditors to Motion of the Construction Lienholder Group to Appoint an Official Committee of Construction Lienholders* (Docket No. 340) (the "Objection") filed by the Official Committee of Unsecured Creditors in these Cases (the "Committee") objecting to the *Motion to Appoint an Official Committee of Construction Lienholders* (Docket No. (Docket No. 246) filed by a group of 15 purported holders of construction liens (the "Motion"), and respectfully state as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

1

## Joinder

1. The Unpaid Wage Claimants have bankruptcy claims upon Debtors Chemtex International Inc. ("Chemtex"), M&G USA Corporation ("USA"), and M&G Resins USA, LLC ("Resins") because those Debtors, and certain non-debtors, violated wage and hour law at the Project, which in gave rise to that certain lawsuit pending the US District Court for the Southern District of Texas under the caption *Sergio Lazo and Robert Mejia, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, vs. M&G USA Corporation [], M&G Resins USA, LLC, Chemtex[] International, Inc. [], Integrity Mechanical Specialists LLC D/B/A IMS - Integrity Mechanical Specialists LLC, Richard Bryant and Kenneth Middleton* (16-cv-00523). Chemtex for itself and for USA and Resins on May 30, 2017 entered into a Memorandum of Understanding with the Unpaid Wage Claimants which bound such Debtors to confidential financial terms of settlement, which were not fulfilled as of the petition date of these cases.

2. The Unpaid Wage Claimants agree with the Committee that the Motion represents an attempt of the Construction Lienholder Group to have their fees paid by the Estates, without serving any necessity of, or furnishing any expected benefit to, the Estates or the administration of these cases, to say the least of the extraordinary benefit which applicable law requires to appoint a Official Committees other than of unsecured creditors generally, to say the least of Official Committees of single, small (in number) and well-organized group of secured creditors, while all other creditors with claim to collateral in Corpus Christi assets are content to participate in these cases at their own current expense.

4. Accordingly, for the reasons set forth herein and in the Objection, the Unpaid Wage Claimants respectfully request the Court to deny the relief sought in the Motion.

5. The Unpaid Wage Claimants expressly reserve the right to supplement, modify and amend this joinder in writing or orally at any hearing on the Motion or relating to the composition,

budget or professional appointments proposed by an Official Committee of Construction Lienholders if one were to be appointed at the direction of the Court or otherwise.

        Respectfully submitted,

        **ANDERSON2X, PLLC**

By:    /s/ *Clif Alexander*
        **Clif Alexander**
        Federal I.D. No. 1138436
        Texas Bar No. 24064805
        clif@a2xlaw.com
        **Austin W. Anderson**
        Federal I.D. No. 777114
        Texas Bar No. 24045189
        austin@a2xlaw.com
        819 N. Upper Broadway
        Corpus Christi, Texas 78401
        Telephone: (361) 452-1279
        Facsimile: (361) 452-1284

        ***Attorneys for Unpaid Wage Claimants***

**Certificate of Service**

I, Austin Anderson, certify that I am not less than 18 years of age, and that service of the foregoing UNPAID WAGE CLAIMANTS' JOINDER TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF THE CONSTRUCTION LIENHOLDER GROUP TO APPOINT AN OFFICIAL COMMITTEE OF CONSTRUCTION LIENHOLDERS was caused to be made on December 4, 2017, by electronic mail, fax number or US Mail address indicated on the attached service list in the column "delivery."

*/s/ Austin Anderson*
[Austin Anderson]

In re: M & G USA Corporation, *et al.*
Master Service List
Case No. 17-12307 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Air Products and Chemicals, Inc. | Air Products and Chemicals, Inc. | Attn: Thomas L. Kenyon, Esq. | 7201 Hamilton Boulevard | | Allentown | PA | 18195-1501 | | 610-481-8544 | 610-481-8223 | kenyontl@airproducts.com |
| Counsel to Sergio Lazo | Anderson2X, PLLC | Attn: Clif Alexander, Austin W. Anderson | 819 N. Upper Broadway | | Corpus Christi | TX | 78401 | | 361-452-1279 | 361-452-1284 | clif@a2xlaw.com austin@a2xlaw.com |
| Counsel to Macquarie Investments US Inc. | Ashby & Geddes, P.A. | Attn: Gregory A. Taylor | 500 Delaware Avenue, 8th Floor | P.O. Box 1150 | Wilmington | DE | 19899-1150 | | 302-654-1888 | 302-654-2067 | gtaylor@ashbygeddes.com |
| Banca Monte dei Paschi di Siena S.p.A. | Banca Monte dei Paschi di Siena S.p.A. | Attn: Nicolas Kanaris - FVP & Deputy General Manager | 55 East 59th Street | | New York | NY | 10022 | | 212-891-3600 | 212-891-3661 | nicolas.kanaris@banca.mps.it |
| Banco do Brasil, S.A. | Banco do Brasil, S.A. | Attn: Jose M. Yepez, Tulio Batista, Francisco Porta, Jack Grbic, Amy G. Dulin | 535 Madison Avenue | 34th Floor | New York | NY | 10022 | | 646-845-3740 | 646-845-3902 | JMYEPEZ@BB.COM.BR tuliobatista@bb.com.br fporta@bb.com.br jackgrbic@bb.com.br amy.dulin@hugheshubbard.com nykstructured@bb.com.br bborlando.loans@bb.com.br |
| Banco do Brasil, S.A. | Banco do Brasil, S.A. | Attn: President or General Counsel | SBS QD. 01 Bloco C - Edificio Sede III, 24th Floor | | Brazilia | | 70073-901 | Brazil | 55-61-3310-5920 | | |
| Banco Ibursa S.A., Institución De Banca Multiple, Grupo Financiero Ibursa | Banco Ibursa S.A., Institución De Banca Multiple, Grupo Financiero Ibursa | Attn: Luis Roberto Frias Humphrey | Paseo de las Palmas 736 | Col. Lomas de Chapultepec | Mexico | | DF 11000 | Mexico | 52-55-5325-0505 | 52-55-5447-8000 | |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o Ricoh USA Program f/d/b/a IKON Financial Services | Bankruptcy Administration | Attn: Christine R. Etheridge | 1738 Bass Road | | Macon | GA | 31210 | | 800-480-6513 | | |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o Ricoh USA Program f/d/b/a IKON Financial Services | Bankruptcy Administration | Attn: Christine R. Etheridge | P.O. Box 13708 | | Macon | GA | 31208-3708 | | 800-480-6513 | | |
| Counsel to Direct Energy Business Marketing, LLC and Direct Energy Business, LLC | Barnes & Thornburg LLP | Attn: David M. Powlen, Kevin G. Collins | 1000 N. West Street | Suite 1500 | Wilmington | DE | 19801 | | 302-300-3434 | 302-300-3456 | david.powlen@btlaw.com kevin.collins@btlaw.com |
| Counsel to Air Products and Chemicals, Inc. | Blank Rome LLP | Attn: Michael B. Schaedle, Esq. | One Logan Square | 130 North 18th Street | Philadelphia | PA | 19103-6998 | | 215-569-5762 | 215-832-5762 | Schaedle@BlankRome.com |
| Counsel to Air Products and Chemicals, Inc. | Blank Rome LLP | Attn: Victoria A. Guilfoyle, Esq. | 1201 N. Market Street | Suite 800 | Wilmington | DE | 19801 | | 302-425-6404 | 302-425-6464 | Guilfoyle@BlankRome.com |
| Counsel to Flex Films (USA), Inc. | CKR Law LLP | Attn: Edward L. Schnitzer | 1330 Avenue of the Americas | 14th Floor | New York | NY | 10022 | | 212-259-7300 | | eschnitzer@ckrlaw.com |
| Counsel for Banco Inbursa, SA Institución de Banca Múltiple, Grupo Financiero Inbursa and Control Empresarial de Capitales, S.A. De C.V. | Cleary Gottlieb Steen & Hamilton LLP | Attn: Lisa M. Schweitzer, Kara A. Hailey, Philip A. Cantwell, Chelsey Rosenbloom | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | lschweitzer@cgsh.com khailey@cgsh.com pcantwell@cgsh.com crosenbloom@cgsh.com |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer | 330 West 42nd Street | | New York | NY | 10036 | | 212-563-4100 | 212-563-6527 | rseltzer@cwsny.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of M & G USA Corporation, et al. | Cole Schotz P.C. | Attn: J. Kate Stickles, David R. Hurst | 500 Delaware Avenue, Suite 1410 | | Wilmington | DE | 19801 | | 302-652-3131 | 302-652-3117 | kstickles@coleschotz.com dhurst@coleschotz.com |
| Comerica Bank | Comerica Bank | Attn: Aurora Battaglia | 411 W Lafayette Blvd | | Detroit | MI | 48226 | | | | |
| Counsel to Comptroller of Public Accounts of the State of Texas | Comptroller of Public Accounts of the State of Texas | Attn: Courtney J. Hull | Bankruptcy & Collections Division MC 008 | P.O. Box 12548 | Austin | TX | 78711-2548 | | 512-475-4862 | 512-936-1409 | courtney.hull@oag.texas.gov |
| Counsel to Comerica Bank | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Jeffrey C. Wisler, Kelly M. Conlan | 1000 West Street | Suite 1400 | Wilmington | DE | 19801 | | 302-757-7300 | 302-757-7299 | kbifferato@connollygallagher.com jwisler@connollygallagher.com kconlan@connollygallagher.com |
| DAK Americas LLC | DAK Americas LLC | Attn: President/Legal Department | 7621 Little Ave | Suite 500 | Charlotte | NC | 28226 | | 704-940-7500; 704-940-7595 | 704-940-7560;704-940-7501 | jyoung@dakamericas.com jill.tracy@alpekpolyester.com |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Building | 820 N. French Street, 6th Floor | Wilmington | DE | 19801 | | 302-577-8400 | 302-577-6630 | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton | 820 N. French Street | | Wilmington | DE | 19801 | | 302-577-8461 | 302-577-8632 | FASNotify@state.de.us |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | P.O. Box 898 | | Dover | DE | 19903 | | 302-739-3073 | 302-739-5831 | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Boulevard | Suite 100 | Dover | DE | 19904 | | 302-672-6700 | 302-739-5635 | statetreasurer@state.de.us |
| Delta Lloyd Levensverzekering N.V. and Delta Lloyd Life N.V. | Delta Lloyd Levensverzekering N.V. and Delta Lloyd Life N.V. | Attn: Tamer Fawaz | Spaklerweg 4 | | Amsterdam | | 1096 BA | Netherlands | 31-20-594-3028 | 31-20-693-7968 | TAMER_FAWAZ@DELTALLOYD.NL |
| Counsel to Sinopec Engineering Group America, LLC, and Sinopec Engineering (Group) Co., Ltd. | DLA Piper LLP (US) | Attn: R. Craig Martin | 1201 North Market Street, Suite 2100 | | Wilmington | DE | 19801 | | 302-468-5700 | 302-394-2341 | craig.martin@dlapiper.com |
| Counsel to Direct Energy Business Marketing, LLC and Direct Energy Business, LLC | Edison, McDowell & Hetherington LLP | Attn: Randy J. Duncan | 1001 Fannin Street | Suite 2700 | Houston | TX | 77002 | | 713-337-5580 | 713-337-8850 | randy.duncan@emhllp.com |
| Counsel to Atlantic Doors and Hardware, Inc. | Emalfarb, Swan and Bain | Attn: Hal Emalfarb | 400 Central Ave | | Highland Park | IL | 60035 | | 847-432-6900 | 847-432-8950 | hal@esb-law.com |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Department | 1650 Arch Street | | Philadelphia | PA | 19103-2029 | | 215-814-5000 | 215-814-5103 | |
| Counsel to Flex Films (USA), Inc. | Flex Films (USA), Inc. | Attn: Rex Chatterjee | 2115 Linwood Avenue | Suite 410 | Fort Lee | NJ | 07024 | | 201-308-8927 | | rex.chatterjee@flexfilm.com |
| Counsel for Amcor Group GmbH | Foley & Lardner LLP | Attn: John A. Simon, Esq. | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | 313-234-2800 | jsimon@foley.com |
| Counsel to Pepsi-Cola Advertising and Marketing, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | 325 North LaSalle Street | Suite 625 | Chicago | IL | 60654 | | 312-276-1400 | 312-276-0035 | jfrank@fgllp.com jkleinman@fgllp.com |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| Co-Counsel to Debtor | Jones Day | Attn: Carl E. Black | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-7035 | 216-579-0212 | ceblack@jonesday.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Co-Counsel to Debtor | Jones Day | Attn: Scott J. Greenberg, Michael J. Cohen, Stacey L. Corr-Irvine, Peter Saba, Nicholas J. Morin | 250 Vesey Street | | New York | NY | 10281 | | 212-326-3939 | 212-755-7306 | sgreenberg@jonesday.com<br>mcohen@jonesday.com<br>scorrirvine@jonesday.com<br>psaba@jonesday.com<br>nmorin@jonesday.com |
| Counsel to TPG Sixth Street Partners, LLC and Magnate S.a r.l. | Kirkland & Ellis LLP | Attn: Joshua Sussberg, Jeremy David Evans | 601 Lexington Ave | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | joshua.sussberg@kirkland.com<br>jeremy.evans@kirkland.com |
| Counsel to TPG Sixth Street Partners, LLC and Magnate S.a r.l. | Kirkland & Ellis LLP | Attn: Marc Kieselstein | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | marc.kieselstein@kirkland.com |
| Counsel to Magnate S.a.r.l. | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market Street, Suite 1000 | | Wilmington | DE | 19801-3062 | | 302-426-1189 | 302-426-9193 | dpacitti@klehr.com |
| Counsel to Magnate S.a.r.l. | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market Street | | Philadelphia | PA | 19103 | | 215-569-2700 | 215-568-6603 | mbranzburg@klehr.com |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | Law Office of Susan E. Kaufman, LLC | Attn: Susan E. Kaufman | 919 N. Market Street | Suite 460 | Wilmington | DE | 19801 | | 302-472-7420 | 302-792-7420 | skaufman@skaufmanlaw.com |
| Counsel to Nueces County, Harris County, Hopkins County, Sulphur Springs ISD, and City of Sulphur Springs | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | |
| Counsel to Nueces County, Harris County, Hopkins County, Sulphur Springs ISD, and City of Sulphur Springs | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Freeway | Suite 1000 | Dallas | TX | 75207 | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com |
| Counsel to Nueces County, Harris County, Hopkins County, Sulphur Springs ISD, and City of Sulphur Springs | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to Sculptor Investments IV S.a r.l. | Linklaters LLP | Attn: Robert H. Trust, Christopher J. Hunker | 1345 Avenue of the Americas | | New York | NY | 10105 | | 212-903-9000 | 212-903-9100 | robert.trust@linklaters.com<br>christopher.hunker@linklaters.com |
| Counsel to Fluor Corp. | Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street, Suite 2660 | | New Orleans | LA | 70130-6036 | | 504-558-5210 | 504-910-6847 | bknapp@lockelord.com |
| Counsel to Fluor Corp. | Locke Lord LLP | Attn: Philip G. Eisenberg | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | 713-226-1489 | 713-229-2536 | peisenberg@lockelord.com |
| Counsel to Indorama Ventures Montreal L.P. | Lowenstein Sandler LLP | Attn: Paul Kizel, Nicole Fulfree | One Lowenstein Drive | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2479 | pkizel@lowenstein.com<br>nfulfree@lowenstein.com |
| Debtors | M & G USA Corporation | Attn: President or General Counsel | 27610 Huntington Road | | Apple Grove | WV | 25502 | | | | |
| Macquarie Investments US Inc. | Macquarie Investments US Inc. | Attn: President or General Counsel | Ropemaker Place 28 Ropemaker Street | | London | | EC2Y 9HD | United Kingdom | (44) 20 3037 2000 | | FICC.NOTICES@MACQUARIE.COM |
| Magnate S.a r.l. | Magnate S.a r.l. | Attn: President or General Counsel | 5 Rue Eugene Ruppert | | Luxembourg | | L-1855 | Luxembourg | | | |
| Counsel to Banca Monte dei Paschi di Siena S.p.A., New York Branch | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Eric R. Perkins | 40 West Ridgewood Ave. | | Ridgewood | NJ | 07450 | | 201-445-6722 | 201-445-5376 | eperkins@mdmc-law.com |
| Counsel to Banca Monte dei Paschi di Siena S.p.A., New York Branch | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Gary D. Bressler | 300 Delaware Avenue | Suite 770 | Wilmington | DE | 19801 | | 302-300-4515 | 302-654-4031 | gbressler@mdmc-law.com |
| Counsel to Meitec, inc. | Meitec, Inc. | The Chapman Firm | Attn: Rebecca Moss | 3410 Far West Blvd, Suite 210 | Austin | TX | 78731 | | 512-872-3840 | 512-879-9033 | Rebecca@chapmanfirmtx.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors of M & G USA Corporation, et al. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Abhilash M. Raval, Lauren C. Doyle | 28 Liberty Street | | New York | NY | 10005-1413 | | 212-530-5000 | 212-530-5219 | ddunne@milbank.com<br>araval@milbank.com<br>ldoyle@milbank.com |
| Counsel to Comerica Bank | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Jonathan S. Green, Steven A. Roach, Marc N. Swanson, Stephen S. LaPlante | 150 West Jefferson | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | 313-496-7500 | greenj@millercanfield.com<br>roach@millercanfield.com<br>swansonm@millercanfield.com<br>laplante@millercanfield.com |
| Counsel to M&G Mexico Holdings S.A. de C.V., M&Ghisolfi de Mexico S.A. de C.V., M&G Polimeros Mexico S.A. de C.V., and Servicios Tamaulipas, S.A. de C.V. | Morgan, Lewis & Bockius LLP | Attn: Jody C. Barillare, Esq. | The Nemours Building | 1007 North Orange Street, Suite 501 | Wilmington | DE | 19801 | | 302-574-3000 | 302-574-3001 | jody.barillare@morganlewis.com |
| Counsel to M&G Mexico Holdings S.A. de C.V., M&Ghisolfi de Mexico S.A. de C.V., M&G Polimeros Mexico S.A. de C.V., and Servicios Tamaulipas, S.A. de C.V. | Morgan, Lewis & Bockius LLP | Attn: Timothy B. DeSieno, Esq., Melissa Y. Boey, Esq. | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | timothy.desieno@morganlewis.com<br>melissa.boey@morganlewis.com |
| Counsel to DAK Americas LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller | 1201 North Market St., 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | cmiller@mnat.com |
| Counsel to LPL Italia S.R.L. | Moses & Singer LLP | Attn: Francesco Di Pietro | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-554-7635 | 212-377-6053 | fdipietro@mosessinger.com |
| United States Trustee District of Delaware | Office of the United States Trustee | Attn: Hannah Mufson McCollum | 844 King Street | Suite 2207 | Wilmington | DE | 19801 | | 302-573-6491 | 302-573-6497 | hannah.mccollum@usdoj.gov |
| Counsel to Atlantic Doors and Hardware, Inc. | O'Kelly Ernst & Joyce, LLC | Attn: Michael J. Joyce | 901 N. Market Street, 10th Floor | | Wilmington | DE | 19801 | | 302-778-4003 | | mjoyce@oelegal.com |
| Co-Counsel to Debtor | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Joseph M. Mulvihill, James O'Neill | 919 North Market Street, 17th Floor | PO Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | 302-652-4400 | ljones@pszjlaw.com<br>jo'neill@pszjlaw.com<br>jmulvihill@pszjlaw.com |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan, Lori A. Butler | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020 ext 3738 | 202-326-4112 | morgan.courtney@pbgc.gov<br>efile@pbgc.gov<br>butler.lori@pbgc.gov |
| Counsel to Sculptor Investments IV S.a r.l. and Nestle Waters North America, Inc. | Pepper Hamilton LLP | Attn: David B. Stratton, John H. Schanne, II | Hercules Plaza, Suite 5100 | 1313 N. Market Street | Wilmington | DE | 19899 | | 302-777-6500 | 302-421-8390 | strattond@pepperlaw.com<br>schannej@pepperlaw.com |
| Counsel to Sculptor Investments IV S.a r.l. and Nestle Waters North America, Inc. | Pepper Hamilton LLP | Attn: Robert S. Hertzberg, Kay Standridge Kress | 4000 Town Center | Suite 1800 | Southfield | MI | 48075-1505 | | 248-359-7300 | 248-359-7700 | hertzber@pepperlaw.com<br>kressk@pepperlaw.com |

In re: M & G USA Corporation, *et al.*
Master Service List
Case No. 17-12307 (BLS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Butting Canada, Ltd. | Porter Hedges LLP | Attn: Aaron J. Power | 1000 Main Street, 36th Floor | | Houston | TX | 77002 | | 713-226-6000 | 713-226-6231 | apower@porterhedges.com |
| Counsel to Norfolk Southern Railway Company | Potter Anderson & Corroon LLP | Attn: David J. Baldwin, R. Stephen McNeill, D. Ryan Slaugh | 1313 North Market Street, Sixth Floor | P.O. Box 951 | Wilmington | DE | 19899 | | 302-984-6000 | 302-658-1192 | dbaldwin@potteranderson.com rmcneill@potteranderson.com rslaugh@potteranderson.com |
| Claims Agent | Prime Clerk LLC | Attn: Josh Karotkin | 830 3rd Avenue | 9th Floor | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | serviceqa@primeclerk.com m&gteam@primeclerk.com |
| Co-Counsel to Indorama Ventures Montreal L.P. | Richards, Layton & Finger, P.A. | Attn: John H. Knight & David T. Queroli | One Rodney Square | 920 North King Street | Wilmington | DE | 19801 | | 302-651-7700 | 302-651-7701 | knight@rlf.com queroli@rlf.com |
| Sculptor Investments IV S.a r.l. | Sculptor Investments IV S.a r.l. | Attn: President or General Counsel | 6D, Route De Treves | | Senningerberg | | 2633 | Luxembourg | | | |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department | One Penn Center | 1617 JFK Boulevard, Suite 520 | Philadelphia | PA | 19103 | | 215-597-3100 | | secbankruptcy@sec.gov |
| Counsel to Macquarie Investments US Inc. | Sidley Austin LLP | Attn: David E. Kronenberg | 1501 K Street, N.W. | | Washington | DC | 20005 | | 202-736-8043 | 202-736-8711 | dkronenberg@sidley.com |
| Counsel to Macquarie Investments US Inc. | Sidley Austin LLP | Attn: Duston McFaul | 1000 Louisiana Street | Suite 6000 | Houston | TX | 77002 | | 713-495-4516 | 713-495-7799 | dmcfaul@sidley.com |
| Counsel to Fluor Corp. | Stevens & Lee, P. C. | Attn: John D. Demmy | 919 North Market Street | Suite 1300 | Wilmington | DE | 19801 | | 302-425-3308 | 610-371-8515 | jdd@stevenslee.com |
| PRA Receivables Management, LLC, as authorized agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | | Norfolk | VA | 23541 | | 877-829-8298 | 757-351-3257 | claims@recoverycorp.com |
| Counsel to The Union Tank Car Company | Thompson Coburn LLP | Attn: Francis X. Buckley, Jr. | 55 East Monroe Street, 37th Floor | | Chicago | IL | 60603 | | 312-580-2210 | 312-782-1040 | fxbuckleyjr@ThompsonCoburn.com |
| TPG Sixth Street Partners, LLC | TPG Sixth Street Partners, LLC | Attn: Legal Department | 888 Seventh Avenue, 34th Floor | | New York | NY | 10106 | | 212-601-4700 | 212-601-4701 | |
| TPG Sixth Street Partners, LLC | TPG Special Situation Partners | Attn: Jennifer Mello | 345 California Street, Suite 3300 | | San Francisco | CA | 94104 | | 415-743-1534 | 817-871-4001 | jmello@tpg.com |
| Counsel to Union Pacific Railroad Company | Union Pacific Railroad Company | Attn: Mary Ann Kilgore, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | 402-544-4195 | | mkilgore@up.com lilahowe@up.com |
| Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union ("United Steelworkers") | United Steelworkers | Attn: David R. Jury, Nathan Kilbert | 60 Boulevard of the Allies | Room 807 | Pittsburgh | PA | 15222 | | 412-562-2545 | 412-562-2429 | djury@usw.org nkilbert@usw.org |
| United States Attorneys Office for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange Street, Suite 700 | P.O. Box 2046 | Wilmington | DE | 19899-2046 | | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov |
| Counsel to DAK Americas LLC | Weil, Gotshal & Manges LLP | Attn: Alfredo Perez, Chris Lopez | 700 Louisiana, Suite 1700 | | Houston | TX | 77002-2755 | | 713-546-5000 | 713-224-9511 | alfredo.perez@weil.com chris.lopez@weil.com |
| Counsel for Amcor Group GmbH | Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis, Aaron H. Stulman | The Renaissance Centre | 405 North King Street, Suite 500 | Wilmington | DE | 19801 | | 302-357-4144 | 302-357-7950 | csamis@wtplaw.com astulman@wtplaw.com |
| Counsel to The Union Tank Car Company | Womble Bond Dickinson (US) LLP | Attn: Matthew P. Ward | 222 Delaware Avenue, Suite 1501 | | Wilmington | DE | 19801 | | 302-252-4320 | 302-252-4330 | matthew.ward@wbd-us.com |
| Counsel for Banco Inbursa, SA Institución de Banca Múltiple, Grupo Financiero Inbursa and Control Empresarial de Capitales, S.A. De C.V. | Young, Conaway Stargatt & Taylor, LLP | Attn: Joel A. Waite, Pauline K. Morgan, Ian J. Bambrick, Allison S. Mielke | 1000 North King Street | | Wilmington | DE | 19801 | | 302-571-6600 | 302-571-1253 | jwaite@ycst.com pmorgan@ycst.com ibambrick@ycst.com amielke@ycst.com |