# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: </br></br> M&G USA CORPORATION, et al., </br></br> Debtors[1]. | Chapter 11 </br></br> Case No. 17-12307 (BLS) </br></br> (Jointly Administered) </br></br> Related to Docket No. 173 </br></br> Hearing Date: December 11, 2017 at 1:00 p.m. |

**FLUOR ENTERPRISES, INC.'S (1) JOINDER IN CONSTRUCTION LIENHOLDER GROUP'S LIMITED OBJECTION TO, AND (2) LIMITED OBJECTION TO, MOTION OF THE DEBTORS FOR ENTRY OF ORDERS (I)(A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ASSETS, (B) AUTHORIZING THE DEBTORS TO ENTER INTO ONE OR MORE STALKING HORSE PURCHASE AGREEMENTS AND TO PROVIDE BID PROTECTIONS THEREUNDER, (C) SCHEDULING AN AUCTION AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES AND (E) SCHEDULING A SALE HEARING AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF; (II)(A) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

Fluor Enterprises, Inc. ("Fluor") files this Joinder to the Limited Objection of the Construction Lienholder Group (D.I. 381), and this Limited Objection, to the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E)*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

*Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* ("Motion") (D.I. 173) filed by the Debtors and Debtors-in-Possession (collectively, the "Debtors") in the above-styled jointly-administered Chapter 11 bankruptcy cases (the "Bankruptcy Cases") and would show the Court the following:

## I.   BACKGROUND FACTS

1. Fluor provided labor, equipment, materials, and construction services pursuant to two contracts: (1) a March 31, 2017 Personnel Services Agreement (the "PSA") between Fluor and M&G Resins USA, LLC ("M&G"), and (2) a June 8, 2017 Construction Services Agreement ("CSA") between Fluor and Chemtex International, Inc.

2. Under the PSA and CSA, Fluor delivered and provided labor, services, and materials for improvement and construction of a Plant located at 7001 Joe Fulton International Trade Corridor, Corpus Christi, Texas 78409 (the "Property"). The amount owing to Fluor under the CSA is at least $4,985,351.17, exclusive of accruing interest, attorneys' fees, and other charges. The amount owing to Fluor under the PSA is at least $213,468.54, also exclusive of accruing interest, attorneys' fees, and other charges. On December 1, 2017 Fluor filed its *Notice of Perfection of Mechanic's Liens Under 11 U.S.C. § 546(b)(2) of Fluor Enterprises, Inc.* (D.I. 313)

3. On November 16, 2017, Debtors filed the Motion. Contained with the normal bidding procedures, the Motion requests the Court to approve:

(a)   Credit Bid procedures;
(b)   distribution procedures; and

(c) a process to wipe out mechanics' and materialmen's liens without addressing how they will be satisfied.

Particularly, the Motion is inextricably tied to the Final DIP Order and the Distribution and Credit Bid Procedures contained in the Final DIP Motion.

## II. LIMITED OBJECTION

4. The Bid Procedures Motion purports to memorialize aspects of the proposed Final DIP Order as to distribution of proceeds and credit bidding. These aspects should be denied as part of the relief sought in the Final DIP Order and in connection with the Bid Procedures Motion. Neither the DIP Order nor the Bid Procedures Order should proscribe how credit bidding works. It is chilling, including to the rights of the holders of mechanics' and materialmen's liens (*See* paragraph 5 of page 10 of the Bidding Procedures). To the extent the mechanics' and materialmen's liens are ahead in priority of the second liens (or first liens), mandating credit bidding without an adversary process cuts off the rights of mechanics' and materialmen's lienholders. This is particularly objectionable because the Bid Procedures state that the sale is free and clear of mechanics' and materialmen's liens without any process for making payments or distributions to such lienholders based on their respective priority and also do not contain a requirement that credit bids be allocated amongst the various different assets being sold.

5. The fact that so much effort was put into insinuating the Distribution and Credit Bid Procedures into the Final DIP Order is telling that an effort is being made to attempt to cut off the rights of parties other than the so-called first and second lienholders. The Bid Procedures Motion should not be utilized in such a fashion.

Page 3

### III. RESERVATION OF RIGHTS

6.      Fluor reserves the right to further amend, modify, or supplement this Objection at any time and also reserve all their rights, if any, as a creditor in these Bankruptcy Cases, including in connection with any proof of claim it may file, any sale motion, its lien rights, and any plan of reorganization or liquidation in these Bankruptcy Cases.

WHEREFORE, Fluor Enterprises, Inc. asks this Court to (i) sustain its objections to the Motion, and (ii) grant Fluor such other and further relief to which it may be justly entitled.

Dated:  December 6, 2017              **STEVENS & LEE, P.C.**

  */s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
919 North Market Street, Suite 1300
Wilmington, DE 19801
Telephone:  (302) 425-3308
Fax:     (610) 371-8515
jdd@stevenslee.com

Philip G. Eisenberg
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas  77002
Phone:  (713) 226-1489
Fax:  (713) 229-2536
peisenberg@lockelord.com

Bradley C. Knapp
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Fax: (504) 910-6847
bknapp@lockelord.com

*Attorneys for Fluor Enterprises, Inc.*

**CERTIFICATE OF SERVICE**

       I certify that, on December 6, 2017, a true and correct copy of the foregoing *Fluor Enterprises, Inc.'s (1) Joinder In Construction Lienholder Group's Limited Objection To, And (2) Limited Objection To, Motion Of The Debtors For Entry Of Orders (I)(A) Approving Bidding Procedures For The Sale Of Certain Of The Debtors' Assets, (B) Authorizing The Debtors To Enter Into One Or More Stalking Horse Purchase Agreements And To Provide Bid Protections Thereunder, (C) Scheduling An Auction And Approving The Form And Manner Of Notice Thereof, (D) Approving Assumption And Assignment Procedures And (E) Scheduling A Sale Hearing And Approving The Form And Manner Of Notice Thereof; (II)(A) Approving The Sale Of Certain Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests And Encumbrances And (B) Approving The Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (III) Granting Related Relief* was served via ECF on all parties receiving electronic notice and on the following by first class United States mail delivery:

Laura Davis Jones
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street - 17th Floor
Wilmington, DE 19801

Scott J. Greenberg
Jones Day
250 Vesey Street
New York, NY 10025

Hannah M. McCollum
Office of the United States Trustee
844 Kind Street – Suite 2207
Wilmington, DE 19801

Pauline K. Morgan
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Curtis S. Miller
Morris, Nichols, Arsht and Tunnell LLP
1201 North Market Street – 16th Floor
Wilmington, DE 19801

Alfredo R. Perez
Weil Gotshal & Manges LLP
700 Louisiana – Suite 1700
Houston, TX 77002

J. Kate Stickles
Cole Schotz P.C.
500 Delaware Avenue – Suite 1410
Wilmington, DE 19801

Dennis F. Dunne
Milbank Tweed Hadley & McCoy LLP
28 Liberty Street
New York, NY 10005-1413

*/s/ John D. Demmy*
John D. Demmy