## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| M & G USA CORPORATION, *et al.*, | Case No. 17-12307 (BLS) |
| Debtors. | Jointly Administered |
| | **Related to ECF Nos. 386, 390 and 393** |

## DECLARATION OF JAMES W. BURKE

I, James W. Burke, being duly sworn, hereby depose and say as follows:

1. I am an associate at the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, attorneys for the Official Committee of Unsecured Creditors of M & G USA Corporation, et al., in the above-captioned chapter 11 cases. I respectfully submit this declaration in support of the:

- Objection of the Official Committee of Unsecured Creditors to (I) DIP Financing Motion and (II) Cash Collateral Motion; and

- Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of an email dated October 31, 2017, Bates Nos. JD0036840-JD0036843. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of an email dated October 5, 2017, Bates Nos. JD0035829-JD0035833. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of an email dated October 17, 2017, Bates Nos. JD0018340-JD0018341. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of an email dated October 7, 2017, Bates Nos. JD0006917-JD0009621. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of an email dated October 13, 2017, Bates Nos. JD0018682-JD0018683. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of an email dated October 20, 2017, Bates Nos. JD0037493-JD0037497. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of an email dated November 3, 2017, Bates Nos. JD0025485-JD0025487. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of an email dated September 23, 2017, Bates Nos. R0000984-R0000987. The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of a September 5, 2017 presentation by Rothschild & Co. and Jones Day titled "M&G Chemicals – Joint creditor

meeting," Bates Nos. R0008444-R0008510.  The Debtors produced this document in discovery in connection with these cases and designated it as confidential.

11.     Attached hereto as <u>Exhibit J</u> is a true and correct copy of an email communication dated September 14, 2017, Bates Nos. INBURSA00004477-INBURSA00004483.  Banco Inbursa, S.A., Institución de Banca Múltiple, Grupo Financiero Inbursa ("<u>Inbursa</u>") produced this email in discovery in connection with these cases and designated it as confidential.

12.     Attached hereto as <u>Exhibit K</u> is a true and correct copy of an email communication dated September 13, 2017, Bates Nos. INBURSA00004272-INBURSA00004276.  Inbursa produced this email in discovery in connection with these cases and designated it as confidential.

13.     Attached hereto as <u>Exhibit L</u> is a true and correct copy of an email dated November 3, 2017, Bates Nos. JD0025448-JD0025449.  The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

14.     Attached hereto as <u>Exhibit M</u> is a true and correct copy of the M&G Chemicals' DIP Cash Flow Forecast through March 30, 2018.  The Debtors provided this confidential forecast to the Committee's advisors in connection with these cases.

15.     Attached hereto as <u>Exhibit N</u> is a true and correct copy of an email communication dated September 26, 2017, Bates Nos. A0006154-A0006156.  The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

16.     Attached hereto as <u>Exhibit O</u> is a true and correct copy of an email dated October 7, 2017, Bates Nos. JD0035731-JD0035739.  The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

17.     Attached hereto as <u>Exhibit P</u> is a true and correct copy of an email dated October 5, 2017, Bates Nos. JD0035817-JD0035818.  The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

18.     Attached hereto as <u>Exhibit Q</u> is a true and correct copy of an email dated October 3, 2017, Bates Nos. JD0037782-JD0037785.  The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

19.     Attached hereto as <u>Exhibit R</u> is a true and correct copy of an October 16, 2017 press release, issued by Alpek, S.A.B. de C.V. ("<u>Alpek</u>"), titled "Alpek reports 3Q17 EBITDA of U.S. $3 million, including a U.S. -$113 million provision covering the full amount of M&G accounts receivable."

20.     Attached hereto as <u>Exhibit S</u> are excerpts from the transcript of the December 4, 2017 deposition of Neil Augustine.  These Deposition excerpts are treated as confidential.

21.     Attached hereto as <u>Exhibit T</u> are excerpts from the transcript of the November 1, 2017 hearing before the Court in these cases.

22.     Attached hereto as <u>Exhibit U</u> are excerpts from the transcript of the November 3, 2014 hearing in <u>In re Energy Future Holdings Corp.</u>, Case No. 14-10979 (Bankr. D. Del.).

23.     Attached hereto as <u>Exhibit V</u> is an excerpt from the transcript of the September 30, 2010 hearing in <u>In re Am. Safety Razor Co., LLC</u>, Case No. 10-12351 (Bankr. D. Del).

24. Attached hereto as <u>Exhibit W</u> is an excerpt from the transcript of the September 24, 2012 hearing in <u>In re Digital Domain Media Grp.</u>, Case No. 12-12568 (Bankr. D. Del.).

25. Attached hereto as <u>Exhibit X</u> is an excerpt from the transcript of the April 13, 2015 hearing in <u>In re Standard Register Co.</u>, Case No. 15-10541 (CSS) (Bankr. D. Del.).

26. Attached hereto as <u>Exhibit Y</u> is an excerpt from the transcript of the February 25, 2015 hearing in <u>In re RadioShack Corp.</u>, Case No. 15-10197 (Bankr. D. Del.).

27. Attached hereto as <u>Exhibit Z</u> is an excerpt from the transcript of the August 24, 2012 hearing in <u>In re AFA Inv., Inc.</u>, Case No. 12-11127 (Bank. D. Del.).

28. Attached hereto as <u>Exhibit AA</u> is an excerpt from the transcript of the July 13, 2010 hearing in <u>In re NEC Holdings Corp.</u>, Case No. 10-10890-PJW (Bankr. D. Del.).

29. Attached hereto as <u>Exhibit BB</u> is an excerpt from the transcript of the April 14, 2015 hearing in <u>In re Family Christian, LLC</u>, Case No. 15-00643 (JTG) (Bankr. W.D. Mich.).

30. Attached hereto as <u>Exhibit CC</u> are excerpts from the transcript of the December 5, 2017 deposition of John Singh. This transcript has been designated as confidential by DAK Americas, LLC.

31. Attached hereto as <u>Exhibit DD</u> is a true and correct copy of an email dated September 9, 2017, Bates Nos. INBURSA00001891-INBURSA00001894. Inbursa produced this email in discovery in connection with these cases and designated it as confidential.

32. Attached hereto as <u>Exhibit EE</u> is a true and correct copy of an email dated September 14, 2017, Bates Nos. INBURSA00004551-INBURSA00004558. Inbursa produced this email in discovery in connection with these cases and designated it as confidential.

33.     Attached hereto as <u>Exhibit FF</u> is a true and correct copy of an email dated September 14, 2017, Bates Nos. JD0037731-JD0037732.  The Debtors produced this email in discovery in connection with these cases and designated it as confidential.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  December 6, 2017                    _____/s/ *James W. Burke*_____
                                                                    James W. Burke