# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17- 12307 (BLS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: Docket No. 173** |
| | : | |

## NOTICE OF FILING OF BLACKLINE OF BIDDING PROCEDURES

1. On November 16, 2017, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures; and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 173] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

NAI-1503248964v1

2. Attached to the Motion as Exhibit A is the proposed *Order (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* (the "Proposed Bidding Procedures Order").

3. The following documents were attached to the Proposed Bidding Procedures Order:

    (a) as Exhibit 1, the proposed Bidding Procedures;

    (b) as Exhibit 2, the proposed Assumption and Assignment Notice; and

    (c) as Exhibit 3, the proposed Sale Notice.

4. Attached hereto as **Exhibit A-1** are revised proposed Bidding Procedures (the "Revised Bidding Procedures "). Attached hereto as **Exhibit A-2** is a blackline comparing the proposed Bidding Procedures to the Revised Bidding Procedures.

5. The Revised Bidding Procedures reflect (a) the resolution of certain informal responses received from various parties and (b) the clarification of certain points and necessary ministerial revisions. In addition, due to existing funding constraints at Debtor M&G Polymers USA, LLC ("M&G Polymers"), the Revised Bidding Procedures establish an alternative sale timeline with respect to the assets owned by M&G Polymers and certain related assets. As contemplated in the Bidding Procedures, the Debtors reserved their rights to seek expedited approval of, or proceed on an alternative sale timeline with respect to, a sale of M&G Polymers' assets. *See* Bidding Procedures at 2, § IX.

6. The Debtors intend to file revised versions of the Proposed Bidding Procedures Order (the "<u>Revised Proposed Bidding Procedures Order</u>"), the proposed Assumption and Assignment Notice (the "<u>Revised Assumption and Assignment Notice</u>") and the proposed Sale Notice (the "<u>Revised Proposed Sale Notice</u>") in advance of the hearing before the Court on December 11, 2017 at 1:00 p.m. (prevailing Eastern Time).

7. THE DEBTORS INTEND TO SEEK ENTRY OF THE REVISED PROPOSED BIDDING PROCEDURES ORDER APPROVING THE REVISED BIDDING PROCEDURES, THE REVISED ASSUMPTION AND ASSIGNMENT NOTICE AND THE REVISED SALE NOTICE AT A HEARING ON **DECEMBER 11, 2017 AT 1:00 P.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE.

| | |
|---|---|
| Dated: December 6, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Joseph M. Mulvihill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jmulvihill@pszjlaw.com |
| | and |
| | JONES DAY |
| | Scott J. Greenberg |
| | Stacey L. Corr-Irvine |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Telephone: (212) 326-3939 |
| | Facsimile: (212) 755-7306 |
| | Email: sgreenberg@jonesday.com |
| | scorrirvine@jonesday.com |
| | and |
| | Carl E. Black |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| | Telephone: (216) 586-7035 |
| | Facsimile: (216) 579-0212 |
| | Email: ceblack@jonesday.com |
| | *Co-Counsel for the Debtors and Debtors in Possession* |