# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 11, 66** |

## CERTIFICATION OF COUNSEL REGARDING MOTION FOR INTERIM AND FINAL ORDERS ESTABLISHING ADEQUATE ASSURANCE PROCEDURES WITH RESPECT TO DEBTORS' UTILITY PROVIDERS

The undersigned hereby certifies that:

1. On October 31, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Interim and Final Orders Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers* [Docket No. 11] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). On November 1, 2017, the Court entered an *Interim Order Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers* [Docket No. 66] (the "Interim Order").

2. Pursuant to the Notice of Motion [Docket No. 98], objections to the Motion were to be filed and served no later than November 22, 2017, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The Debtors granted an extension of the Objection Deadline to the U.S. Trustee to November 27, 2017.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. On November 17, 2017, Appalachian Power Company d/b/a American Electric Power, filed an objection [Docket No. 187] to the Motion. The Debtors also received informal comments to the Motion from the Official Committee of Unsecured Creditors (the "Committee") and Direct Energy.

4. Attached hereto as Exhibit A is a final proposed order (the "Proposed Order"), which resolves the responses received to the Motion.

5. Attached hereto as Exhibit B is a blackline of the Proposed Order, showing changes made from the Interim Order.

6. The Debtors respectfully request entry of the Proposed Order attached as Exhibit A at the Court's convenience.

Dated: December 7, 2017

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Joseph M. Mulvihill
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Proposed Co-Counsel for the Debtors and
Debtors in Possession