# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR DECEMBER 11, 2017 AT 11:30 A.M. (PREVAILING EASTERN TIME)[3]

**The Hearing will take place before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801**

**PLEASE NOTE CHANGE OF HEARING TIME FROM 1:00 P.M. TO 11:30 A.M.**

## UNCONTESTED MATTERS UNDER CERTIFICATION OF COUNSEL:

1. Motion for Interim and Final Orders Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers [Filed 10/31/17] (Docket No. 11)

    Response Deadline: November 22, 2017 at 4:00 p.m. Extended for the U.S. Trustee to November 27, 2017

    Responses Received:

    A. Informal response of Direct Energy

    B. Informal response of the Official Committee of Unsecured Creditors

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] **Amended to reflect time change of hearing from 1:00 p.m. to 11:30 a.m. Amended items noted in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

1

C. Objection of Appalachian Power Company d/b/a American Electric Power to the Motion For Interim And Final Order Establishing Adequate Assurance Procedures With Respect To Debtors Utility Providers [Filed 11/17/17] (Docket No. 187)

Related Documents:

A. [Signed] Interim Order Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers [Filed 11/1/17] (Docket No. 66)

B. Certification of Counsel Regarding Motion for Interim and Final Orders Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers [Filed 12/7/17] (Docket No. 404)

C. **[Signed] Final Order Establishing Adequate Assurance Procedures With Respect to Debtors' Utility Providers [Filed 12/7/17] (Docket No. 410)**

Status: **The Court has entered the order on this matter.** This matter is resolved.

2. Application of the Debtors for an Order Authorizing Them to Retain and Employ Crain Caton & James, P.C. as Special Counsel, *Nunc Pro Tunc* as of the Petition Date [Filed 11/20/17] (Docket No. 215)

Response Deadline: December 4, 2017 at 4:00 p.m.

Responses Received:

A. Informal response of U.S. Trustee

Related Documents:

A. Certification of Counsel Regarding Application of the Debtors for an Order Authorizing Them to Retain and Employ Crain Caton & James, P.C. as Special Counsel, *Nunc Pro Tunc* as of the Petition Date [Filed 12/17/17] (Docket No. 406)
B. **[Signed] Order Authorizing the Debtors to Retain and Employ Crain Caton & James, P.C. as Special Counsel, *Nunc Pro Tunc* as of the Petition Date [Filed 12/7/17] (Docket No. 409)**

Status: **The Court has entered the order on this matter.** This matter is resolved.

## CONTESTED MATTERS GOING FORWARD:

3. Motion for Entry of Interim and Final Orders to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C §§ 105, 362, 363 and

364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief [Filed 10/31/17] (Docket No. 14)

<u>Response Deadline</u>: November 22, 2017 at 4:00 p.m. Extended for: (i) the U.S. Trustee to November 27, 2017; (ii) Macquarie Investments US Inc. to November 30, 2017; and to (iii) the Official Committee of Unsecured Creditors, Fagioli, Inc., MMR Constructors, Inc., TCI Business Capital, Construction Lienholder Group, Sinopec Engineering Group America, LLC and Sinopec Engineering (Group) Co., Ltd. to December 6, 2017

<u>Responses Received</u>:

A. Limited Objection of Macquarie Investments US Inc. to (I) Final Approval of Debtor in Possession Financing and (II) Approval of Sale Procedures [Filed 11/30/17] (Docket No. 301)

B. Objection of Construction Lienholder Group to the Debtors' Motion to Approve Debtor in Possession Financing [Filed 12/6/17] (Docket No. 380)

C. Objection of the Official Committee of Unsecured Creditors to (I) DIP Financing Motion and (II) Cash Collateral Motion [Filed 12/6/17] (Sealed Version, Docket No. 386; Redacted Version, Docket No. 398)

  i. [SEALED] Notice of Filing of Exhibit 1 to the Objection of the Official Committee of Unsecured Creditors to (I) DIP Financing Motion and (II) Cash Collateral Motion [Filed 12/6/17] (Docket No. 393)

D. Declaration of Leon Szlezinger in Support of Objection of Official Committee of Unsecured Creditors to the Debtors' DIP Financing Motion [Filed 12/6/17] (Sealed Version, Docket No. 388; Redacted Version, Docket No. 396)

E. Sinopec's Omnibus Response and Reservation of Rights With Respect to Debtors' Motion to Approve Post-Petition Financing [D.I. 14] and Debtors' Motion to Approve Sale Procedures [D.I. 173] Filed by Sinopec Engineering (Group) Co., Ltd., Sinopec Engineering Group America, LLC [Filed 12/6/17] (Docket No. 389)

F. Fluor Enterprises, Inc.'s (1) Joinder In Construction Lienholder Groups Limited Objection To, And (2) Limited Objection To, Motion For Entry Of Interim And Final Orders To (1) Authorize Certain Debtors In Possession To Obtain Post-Petition Financing Pursuant To 11 U.S.C. §§ 105, 362, 363 And 364; (2) Grant Liens And Superpriority Administrative Expense Claims To Dip Lender Pursuant To 11 U.S.C. §§ 364 And 507; (3) Provide Adequate

3

Protection To The Pre-Petition First Lien Lender And The Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant To 11 U.S.C. §§ 361, 362, 363, 364 And 507; (5) Schedule Final Hearing Pursuant To Bankruptcy Rules 4001(B) And (C) And Local Rule 4001-2; And (6) Grant Related Relief [Filed 12/6/17] (Docket No. 392)

G. United States Trustee's Objection to Final Approval of Debtors' Motion for Post-Petition Financing [Filed 12/7/17] (Docket No. 405)

Related Documents:

A. Declaration of Neil A. Augustine In Support of Motion for Entry of Interim and Final Orders to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C §§ 105, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief [Filed 10/31/17] (Docket No. 51)

B. Notice of Revised DIP Budget [Filed 10/31/17] (Docket No. 52)

C. [Signed] Interim Order Granting Debtors' Motion To (1) Authorize Certain Debtors In Possession To Obtain Post-Petition Financing; (2) Grant Liens And Superpriority Administrative Expense Claims To DIP Lender; (3) Provide Adequate Protection To The Pre-Petition First Lien Lender And The Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay; (5) Schedule Final Hearing; And (6) Grant Related Relief [Filed 11/1/17] (Docket No. 62)

D. Notice of Filing of (A) Proposed Final Order Granting Debtors Motion to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief; and (B) Form of (1) DIP Loan Agreement an (2) Security Agreement [Filed 11/18/17] (Docket No. 198)

Reply Deadline: December 8, 2017 at 4:00 p.m.

Status: This matter will go forward.

4.  Motion of M & G Polymers USA, LLC for Approval of Agreed Interim Order (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [Filed 11/1/17] (Docket No. 53)

    Response Deadline: November 22, 2017 at 4:00 p.m. Extended for: (i) the U.S. Trustee to November 27, 2017; (ii) Macquarie Investments US Inc. to November 30, 2017; and to (iii) the Official Committee of Unsecured Creditors, Fagioli, Inc., MMR Constructors, Inc., TCI Business Capital, Construction Lienholder Group, Sinopec Engineering Group America, LLC and Sinopec Engineering (Group) Co., Ltd. to December 6, 2017

    Responses Received:

    A. Informal Response of Amcor Group GmbH

    B. Objection of the Official Committee of Unsecured Creditors to (I) DIP Financing Motion and (II) Cash Collateral Motion [Filed 12/6/17] (Sealed Version, Docket No. 386; Redacted Version, Docket No. 398)

        i. [SEALED] Notice of Filing of Exhibit 1 to the Objection of the Official Committee of Unsecured Creditors to (I) DIP Financing Motion and (II) Cash Collateral Motion [Filed 12/6/17] (Docket No. 393)

    C. Declaration of James W. Burke in Support of Objections [Filed 12/6/17] (Sealed Version, Docket No. 394; Redacted Version, Docket No. 399)

    Related Documents:

    A. [Signed] Interim Order (1) Authorizing Use of Cash Collateral (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing [Filed 11/2/17] (Docket No. 91)

    Reply Deadline: December 8, 2017 at 4:00 p.m.

    Status: This matter will go forward.

5.  Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed 11/16/17] (Docket No. 173)

DOCS_DE:216694.2 54032/001

Response Deadline: November 30, 2017 at 4:00 p.m. Extended to the (i) U.S. Trustee to December 5, 2017 and to (ii) the Official Committee of Unsecured Creditors, Fagioli, Inc., MMR Constructors, Inc., TCI Business Capital, Construction Lienholder Group, Sinopec Engineering Group America, LLC and Sinopec Engineering (Group) Co., Ltd. to December 6, 2017

Responses Received:

A. Limited Objection of Macquarie Investments US Inc. to (I) Final Approval of Debtor in Possession Financing and (II) Approval of Sale Procedures [Filed 11/30/17] (Docket No. 301)

B. Limited Objection of Flex Films (USA), Inc. to the Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed 12/1/17] (Docket No. 318)

C. U.S. Trustee's Objection to the Debtors' Sale and Bidding Procedures Motion [Filed 12/5/17] (Docket No. 355)

D. Limited Objection of the Construction Lienholder Group to the Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed 12/6/17] (Docket No. 381)

E. Fluor Enterprises, Inc.'s (1) Joinder in Construction Lienholder Groups Limited Objection to, and (2) Limited Objection to, Motion of the Debtors for Entry of Orders (i)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections

Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (ii)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (iii) Granting Related Relief [Filed 12/6/17] (Docket No. 387)

F. Sinopec's Omnibus Response and Reservation of Rights With Respect to Debtors' Motion to Approve Post-Petition Financing [D.I. 14] and Debtors' Motion to Approve Sale Procedures [D.I. 173] Filed by Sinopec Engineering (Group) Co., Ltd., Sinopec Engineering Group America, LLC [Filed 12/6/17] (Docket No. 389)

G. Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed 12/6/17] (Sealed Version, Docket No. 390; Redacted Version, Docket No. 395)

H. Declaration of Leon Szlezinger in Support of Objection of Official Committee of Unsecured Creditors to the Debtors' Sale Motion [Filed 12/6/17] (Sealed Version, Docket No. 391; Redacted Version, Docket No. 396)

I. Declaration of James W. Burke in Support of Objections [Filed 12/6/17] (Sealed Version, Docket No. 394; Redacted Version, Docket No. 399)

Related Documents:

A. Notice of Filing of Blackline Bidding Procedures [Filed 12/6/17] (Docket No. 401)

Reply Deadline: December 8, 2017 at 4:00 p.m.

Status: This matter will go forward.

7

6. Debtors' Motion for Entry of an Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief [Filed 11/20/17] (Docket No. 214)

   <u>Response Deadline</u>: December 4, 2017 at 4:00 p.m.

   <u>Responses Received</u>:

   A. Objection of the United States Trustee to Debtors' Motion for Lien Identification Procedures [Filed 12/1/17] (Docket No. 322]

   B. Objection of the Construction Lienholder Group to the Debtors' Motion to Establish Lien Identification Procedures [Filed 12/4/17] (Docket No. 341)

   C. Joinder of Atlantic Doors and Hardware, Inc. to Certain Objections to the Debtors' Motion for Lien Identification Procedures [Filed 12/4/17] (Docket No. 345)

   D. Joinder in Objection of the Construction Lienholder Group to the Debtors' Motion to Establish Lien Identification Procedures [Filed 12/4/17] (Docket No. 346)

   E. Sinopec's Joinder in Objections to Debtors' Motion for Entry of an Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief [Filed 12/4/17] (Docket No. 347)

   F. Joinder of M.I. HVAC and Plumbing, LLC, G.P. Transport, Inc. and Duct-Mex HVAC to Certain Objections to the Debtors' Motion for Lien Identification Procedures [Filed 12/5/17] (Docket No. 349)

   G. AC Plastiques USA, LLC's Joinder in the Objection of the Construction Lienholder Group to the Debtors' Motion to Establish Lien Identification Procedure [Filed 12/5/17] (Docket No. 356)

   H. Fluor Enterprises, Inc.'s Joinder to Objections and Limited Objection to Debtors Motion For Entry of An Order (i) Establishing Lien Identification Procedures And (ii) Granting Related Relief [Filed 12/5/17] (Docket No. 359)

   <u>Related Documents</u>: None.

   <u>Replies Received</u>:

   A. Debtors' Omnibus Reply to Objections and Joinders to Debtors' Motion for Entry of an Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief [Filed 12/6/17] (Docket No. 385)

Status: This matter will go forward.

7. Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders [Filed 11/22/17] (Docket No. 246)

   Response Deadline: December 4, 2017 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection to Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders [Filed 12/4/17] (Docket No. 343)

   B. Response of the United States Trustee to the Construction Lienholder Group's Motion for an Official Committee of Construction Lienholders [Filed 12/1/7] (Docket No. 321)

   C. Objection of the Official Committee of Unsecured Creditors to Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders [Filed 12/4/17] (Docket No. 340)

   D. Objection DAK Americas LLC's Objection to Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders [Filed 12/4/17] (Docket No. 342)

   E. Objection and Joinder of DIP Lender and Inbursa to Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders [Filed 12/4/17] (Docket No. 344)

   F. Objection and Joinder to the Objection of the Official Committee of Unsecured Creditors to Motion of the Construction Lienholder Group to Appoint an Official Committee of Construction Lienholders Filed by Sergio Lazo [Filed 12/6/17] (Docket No. 370)

   Related Documents:

   A. Joinder of AC Plastiques USA, LLC in "Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders" [Filed 11/27/17] (Docket No. 264)

   B. Joinder in Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders Filed by ARC Energy Services, Inc. [Filed 11/29/17] (Docket No. 284)

C. Joinder in Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders Filed by Service Steel Warehouse Co LP [Filed 12/1/17] (Docket No. 315)

D. Joinder in Motion of the Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders Filed by Fluor Enterprises, Inc. [Filed 12/5/17] (Docket No. 360)

Status: This matter will go forward.

8. Motion of the Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, to Redact and File Under Seal Certain Portions of the Official Committee of Unsecured Creditors' Objections to (I) DIP Financing, (II) Cash Collateral Motion and (II) Sale Motion and Declaration Related Thereto [Filed 12/6/17] (Docket No. 400)

Response Deadline: At the hearing.

Responses Received: None at this time.

Related Documents:

A. Objection of the Official Committee of Unsecured Creditors to (I) DIP Financing Motion and (II) Cash Collateral Motion [Filed 12/6/17] (Sealed Version, Docket No. 386; Redacted Version, Docket No. 398)

B. Declaration of Leon Szlezinger in Support of Objection of Official Committee of Unsecured Creditors to the Debtors' DIP Financing Motion [Filed 12/6/17] (Sealed Version, Docket No. 388; Redacted Version, Docket No. 396)

C. Objection of Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed 12/6/17] (Sealed Version, Docket No. 390; Redacted Version, Docket No. 395)

D. Declaration of Leon Szlezinger in Support of Objection of Official Committee of Unsecured Creditors to the Debtors' Sale Motion [Filed 12/6/17] (Sealed Version, Docket No. 391; Redacted Version, Docket No. 396)

E. [SEALED] Notice of Filing of Exhibit 1 to the Objection of the Official Committee of Unsecured Creditors to (I) DIP Financing Motion and (II) Cash Collateral Motion [Filed 12/6/17] (Docket No. 393)

F. Declaration of James W. Burke in Support of Objections [Filed 12/6/17] (Sealed Version, Docket No. 394; Redacted Version, Docket No. 399)

Status: This matter will go forward.

Dated: December 7, 2017

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Joseph M. Mulvihill
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession