**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| M & G USA CORPORATION, *et al.*, | ) Case No. 17-12307 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Related to Docket Nos. 11 and 187 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF APPALACHIAN
POWER COMPANY d/b/a AMERICAN ELECTRIC POWER TO THE MOTION
FOR INTERIM AND FINAL ORDER ESTABLISHING ADEQUATE ASSURANCE
PROCEDURES WITH RESPECT TO DEBTORS' UTILITY PROVIDERS**

Appalachian Power Company d/b/a American Electric Power ("AEP"), by counsel, hereby withdraws its *Objection* (Docket No. 187) to the *Motion For Interim and Final Orders Establishing Adequate Assurance Procedures With Respect To Debtors' Utility Providers* (Docket No. 11), pursuant to a settlement between the Debtors and AEP.

Dated: December 8, 2017    STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy (Bar No. 2802)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 425-3308
E-mail: jdd@stevenslee.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive

Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
E-mail:
russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Counsel for Appalachian Power Company d/b/a American Electric Power*

2