# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 17-12307 (BLS) |
| M & G USA CORPORATION, *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF DEPOSITION OF LEON SZLEZINGER

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 26 and 30, made applicable to these proceedings by Fed. R. Bankr. P. 7026 and 7030, and 9014, and rules 7026-1, 7026-2, and 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, certain construction lien[2] claimants (collectively, the "Construction Lienholder Group"),[3] will take the deposition upon oral examination of **Leon Szlezinger** on **December 10, 2017, at 10:00 a.m.** (prevailing Eastern Time) concerning the subject matter described in **Schedule A**, at the offices of **MORRIS JAMES LLP**, 500 Delaware Avenue, Suite 1420 (Arbitration/Mediation Center), Wilmington, Delaware, 19801. The deposition will be conducted before a notary public or another person authorized to administer

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à.r.l. (1270), M&G Chemicals, S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062), and Indo American Investments Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] The term "construction lien" is intended to encompass all mechanic's, contractors' or materialman's liens arising under and pursuant to Texas property law.

[3] The members of the Construction Lienholder Group are (i) Apache Industrial, Services, Inc., (ii) Axis Industrial Services, LLC, (iii) Bay Ltd, (iv) Dawkins On-Site Concrete, LLC, (v) Fagioli, Inc., (vi) Garrett Mechanical, Inc. (vii) TCI Business Capital as assignee of Integrity Mechanical Specialists, (viii) Lexicon, Inc., (ix) MEITEC, Inc., (x) Mirage Industrial Group, LLC, (xi) MMR Constructors, Inc., (xii) Repcon, Inc., (xiii) SimplexGrinnell, LP, (xiv) TNT Crane & Rigging Inc., (xv) WFS Construction Company LLC, (xvi) Wholesale Electric Supply of Houston, Inc.

oaths in accordance with and for all purposes permissible under the Federal Rules of Civil Procedure and will be recorded by stenographic, audio, and/or videographic means.

Dated: December 8, 2017    **MORRIS JAMES LLP**

/s/ Eric J. Monzo
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brenna A. Dolphin (DE Bar No. 5604)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bdolphin@morrisjames.com

*Counsel to the Construction Lienholder Group*

## Schedule A

A. All facts arising from or relating to the matters that are the subject of the *Declaration of Leon Szlezinger in support of Objection of Official Committee of Unsecured Creditors to the Debtors' DIP Financing Motion* (Docket No. 388), including any exhibits thereto.

B. All facts arising from or relating to the matters that are the subject of the *Declaration of Leon Szlezinger in Support of Official Committee of Unsecured Creditors to the Debtors' Sale Motion* (Docket No. 396), including any exhibits thereto.

9889264/1