# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** <br><br> **M & G USA Corporation,** <br><br> **Debtors.** | Chapter 11 <br> Case No. 17-12307 (BLS) <br> Jointly Administered <br><br> **Related to ECF Nos. 246, 380, 381** <br><br> **Hearing Date: Dec 11, 2017 at 1:00pm** |

**JOINDER IN (1) OBJECTIONS OF CONSTRUCTION LIENHOLDER GROUP TO DEBTORS' (A) DIP FINANCING MOTION, AND (B) SALE MOTION, AND (2) MOTION OF CONSTRUCTION LIENHOLDER GROUP FOR APPOINTMENT OF AN OFFICIAL COMMITTEE OF CONSTRUCTION LIENHOLDERS**

Sunbelt Rentals, Inc. ("Sunbelt") joins in the *(1) Objections of Construction Lienholder Group to Debtors' (A) DIP Financing Motion, and (B) Sale Motion, and (2) Motion of Construction Lienholder Group for Appointment of an Official Committee of Construction Lienholders* [Docket Nos. 246, 380, 381] (the "Joinder"), and respectfully states as follows:

1. Sunbelt provides scaffolding equipment to the Debtors. In connection therewith, Sunbelt has previously filed a lien in the amount of $145,107.94 and it may file additional liens.

2. Sunbelt joins in and adopts the legal arguments made by the Construction Lienholder Group in each of the above-referenced objections and motions [Docket Nos. 246, 380 and 381], as well as the objections of any other similarly-situated construction lienholders.

3. Sunbelt reserves all of its rights with respect to its claims and liens, including the right to supplement this Joinder.

WHEREFORE, Sunbelt respectfully requests that the Court (1) sustain the objections at Docket Nos. 380 and 381, (2) grant the motion at Docket No. 246, and grant Sunbelt such other and further relief as is just and proper.

Dated: December 8, 2017
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: gibson@teamrosner.com

-and-

ASK LLP
Edward E. Neiger, Esq.
Jennifer A. Christian, Esq.
151 West 46th Street, 4th Floor
New York, New York 10036
Tel: 212.267.7342
Fax: 212.918.3427
eneiger@askllp.com
jchristian@askllp.com