

05 December 2017

RE: M&G USA Corporation, case number (17-12307)

To: United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

From: Oscar Toffoletto
Vice President
Montcalm USA, Inc.
dba Adler North American Services
1601 N. Lexington Blvd.
Corpus Christi, Texas 78409

Please consider this communication my statement of support for the Official Lien Holder Committee in direct regards to the above-mentioned case. As a representative of Montcalm USA, Inc. dba Adler North American Services, its officers, and management team, Montcalm USA, Inc. dba Adler North American Services agrees to work with the Committee while representing the interests of contractors, materialmen and mechanics.

Thank you for your time and attention regarding this matter.

Respectfully,

Oscar Toffoletto
Vice President
Montcalm USA, Inc.
dba Adler North American Services
361.563.5148
361.500.4082

---

1601 N Lexington Blvd. Corpus Christi, Texas – 78409

Office: (361) 500-4082 - adler@adlerscaffold.com

www.montcalm.com.br - www.adlerscaffold.com