

| N&A Project Management USA, Inc |
| Reference: |
| M&G USA Corporation, case number (17-12307) |

05 December 2017

RE: M&G USA Corporation, case number (17-12307)

To: United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

From: Leandro Parras Meleiro
VP of Operations
N&A Project Management USA, Inc.
1601 N. Lexington Blvd.
Corpus Christi, Texas 78409

Please consider this communication my statement of support for the Official Lien Holder Committee in direct regards to the above-mentioned case. As a representative for N&A Project Management USA, its officers, and management team, N&A Project Management USA agrees to work with the Committee while representing the interests of contractors, materialmen and mechanics.

Thank you for your time and attention regarding this matter.


Respectfully,

Leandro Parras Meleiro
VP Operations
N&A Project Management USA, Inc.
361.563.0293
leandro.meleiro@naconsult.com.br