# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17- 12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Re: Docket Nos. 214, 322, 326, 341 |
| | : | |

## DAK AMERICAS LLC'S JOINDER TO THE
## DEBTORS' OMNIBUS REPLY TO OBJECTIONS AND JOINDERS
## TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING
## LIEN IDENTIFICATION PROCEDURES AND (II) GRANTING RELATED RELIEF

DAK Americas LLC ("**DAK Americas**"), by and through its undersigned counsel, hereby submits this joinder ("**Joinder**") to the *Debtors' Omnibus Reply to Objections and Joinders to Debtors' Motion for Entry of an Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief* (Docket No. 385) (the "**Reply**") filed by the above-captioned debtors (the "**Debtors**") in reply to the objections (Docket Nos. 322, 326, and 341) and joinders (Docket Nos. 345, 346, 347, 349, 356, and 359) (collectively with the objections, the "**Objections**") objecting to the *Debtors' Motion for Entry of an Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief* (Docket No. 214) (the "**Motion**"),[2] and respectfully states as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Motion.

## Joinder

1. DAK Americas supports the establishment of lien identification procedures because they are integral to an orderly sale process in these chapter 11 cases. The bidding process will be ineffective if qualified bidders do not have certainty of the extent and amount of outstanding mechanics' and materialmen's liens held on the Corpus Christi Plant. Accordingly, DAK Americas respectfully requests that the Court overrule the Objections and grant the relief requested in the Motion.

2. DAK Americas expressly reserves the right to supplement, modify and amend this Joinder in writing or orally at any hearing on the Motion.

Dated: December 8, 2017
Wilmington, Delaware

/s/ *Curtis S. Miller*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 North Market Street, 16th Floor
Wilmington, DE 19899
Telephone: (302) 658-9200
Facsimile: (302) 425-4673

and-

WEIL, GOTSHAL & MANGES LLP
Alfredo R. Pérez
Christopher M. Lopez
700 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

*Counsel for DAK Americas LLC*