# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17- 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF DENNIS STOGSDILL
IN SUPPORT OF MOTION OF THE DEBTORS FOR ENTRY OF ORDERS
(I)(A) APPROVING BIDDING PROCEDURES FOR THE SALE OF CERTAIN OF THE DEBTORS' ASSETS, (B) AUTHORIZING THE DEBTORS TO ENTER INTO ONE OR MORE STALKING HORSE PURCHASE AGREEMENTS AND TO PROVIDE BID PROTECTIONS THEREUNDER, (C) SCHEDULING AN AUCTION AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF, (D) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES AND (E) SCHEDULING A SALE HEARING AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF;
(II)(A) APPROVING THE SALE OF CERTAIN OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND
(B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

I, Dennis Stogsdill, declare as follows:

1. I am the Chief Restructuring Officer ("CRO") of M&G Chemicals S.A. and certain of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), including M&G Polymers USA, LLC ("M&G Polymers"). In addition to serving as CRO of certain of the Debtors, I am a Managing Director at Alvarez & Marsal North America LLC ("A&M").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

2. I submit this Declaration in support of the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More the Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (Docket No. 173) (the "Motion").[2]

3. Except as otherwise indicated, all statements set forth in this Declaration are based upon: (a) my personal knowledge; (b) information supplied to me by other members of the Debtors' management, a team from A&M that supports me in carrying out my duties (the "A&M Team") or the Debtors' other professionals that I believe in good faith to be reliable; (c) my review of relevant documents and/or (d) my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration. The Debtors have authorized me to submit this Declaration.

## Qualifications

4. In my capacity as CRO, I have become familiar with the Debtors' businesses, operations and financial affairs. As part of my duties as CRO, I oversee the Debtors in their day-to-day operations, development of restructuring strategies, budgets, cash flows and financial

---

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

analysis, and I lead the A&M Team in, among other things, assisting the Debtors with forecasting their liquidity position, identifying and implementing cost-saving strategies, negotiating with key constituents, analyzing potential claims and preparing the filing of these Cases. Accordingly, I have knowledge of the Debtors' cash flow needs and projections. I also am familiar with the Debtors' assets and liabilities and the status of the Debtors' relationships with their various vendors, suppliers, service providers and customers.

5. I have over twenty years of financial restructuring and management consulting experience. My industry experience includes all aspects of the reorganization process, including the development and negotiation of complex capital structure solutions, valuation, developing and evaluating strategic business plans and recapitalization strategies, implementing liquidity conservation, and advising on mergers and acquisitions and in-court and out-of-court restructurings. I am recognized as an Accredited Valuation Analyst by the National Association of Certified Valuation Analysts. Additionally, I have a certification in Distressed Business Valuation issued by the Association of Insolvency & Restructuring Advisors. I earned my B.S. in accounting from Rutgers University.

## M&G Polymers' Liquidity and the Revised Sale Timeline

6. Debtor M&G Polymers owns, among other assets, both the Apple Grove Plant and a research and development facility located in Sharon Center, Ohio (the "Sharon Center Facility"). On October 22, 2017, M&G Polymers ceased production at the Apple Grove Plant and, since that date, the Apple Grove Plant has been in a "mothball" state. On October 24, 2017, Polymers commenced its chapter 11 bankruptcy case before this Court.

7. To maintain both the Apple Grove Plant and the Sharon Center Facility in a safe, environmentally stable and compliant state, M&G Polymers requires approximately $1.6 million

per month[3] plus professional fees.  The cash collateral order[4] that has provided funding for M&G Polymers' chapter 11 case to date will expire on December 29, 2017.  Currently, M&G Polymers does not have access to any alternative liquidity to fund its chapter 11 case past December 29, 2017.

8. Based on M&G Polymers' constrained liquidity, it has become apparent that M&G Polymers lacks the funds necessary to run a sale process under the timeline initially proposed in the Bidding Procedures.  As a result, the Debtors have revised the Bidding Procedures to establish an accelerated sale timeframe for M&G Polymers' assets.

9. Because the modified timeline set forth in the revised Bidding Procedures for M&G Polymers' assets continues beyond December 29, 2017, M&G Polymers' ability to complete a sale on such timeline is contingent on M&G Polymers obtaining additional sources of liquidity.  M&G Polymers is in active discussions with certain entities expressing potential interest in continuing to fund M&G Polymers' chapter 11 case and/or possibly acquiring M&G Polymers' assets.

10. The Debtors believe that establishing a concrete, defined timeline for the Apple Grove Plant and related assets in the revised Bidding Procedures will best position M&G Polymers to proceed efficiently upon its own sale process and enter into a value-maximizing going-concern sale of the Apple Grove Plant and related assets.

---

[3] This $1.6 million amount is comprised of approximately $550,000 in wages to continuing employees, $525,000 of administrative healthcare claims due terminated employees, $225,000 of utilities and $325,000 of operating expenses.

[4] *See Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507(1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing* (Docket No 91).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 8, 2017  
    New York, New York

*/s/ Dennis Stogsdill*  
Dennis Stogsdill  
Chief Restructuring Officer