# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br>(Jointly Administered)<br><br>**Re: Dkt. No. 523** |

## MOTION TO FILE UNREDACTED RECOUPMENT/SETOFF
## MOTION AND SUPPORTING EXHIBITS UNDER SEAL

Creditor Universal Resin Company Limited ("URC") hereby moves for leave to file under seal the unredacted version of its Motion for Relief from the Automatic Stay to Effect a Recoupment, or Alternatively Setoff (Dkt. No. 523, the "Recoupment/Setoff Motion") and certain of the exhibits supporting the Recoupment/Setoff Motion (the "Motion to Seal"). URC files this Motion to Seal under Section 107(b) of Title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. In support of its Motion to Seal, URC states as follows.

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and 1409.

### RELIEF REQUESTED

3. This Court's Order Approving Stipulation and Protective Order provides that the defined "Parties" to the Stipulation and Protective Order may file documents under seal without the necessity of filing a separate motion. (Dkt. No. 350, at ¶11.) Because URC is not strictly

speaking a "party" to the Stipulation and Protective Order, URC files this Motion to Seal to file an unredacted version of its Recoupment/Setoff Motion and certain supporting Exhibits under seal.

4. Section 107 of the Bankruptcy Code permits bankruptcy courts to issue orders that will protect entities from potential harm that could result from public disclosure of confidential commercial information. Commercial information is information that if disclosed would reasonably be expected to cause commercial injury to the entity and "'an unfair advantage to competitors by providing them information as to the commercial operations of the [entity].'" *In re Alterra Healthcare Corporation,* 353 B.R. 66, 75 (Bankr. D. Del. 2006), quoting *In re Orion Pictures Corp.,* 21 F.3d 24, 27-28 (2d Cir. 1994). The commercial information need not rise to the level of a trade secret. *See In re Orion*, 21 F.3d at 28.

5. Portions of the Recoupment/Setoff Motion and supporting exhibits contain URC's highly sensitive and confidential business information. This information includes pricing, pricing formulas, quantities, customer information, product allocations, and other confidential terms of URC's supply agreements and customer agreements. URC treats this information as confidential and reasonably believes its business interests would be harmed by public disclosure of its confidential business information. Indeed, M&G Polymers USA, LLC and M&G Resins USA, LLC agreed in the parties' supply agreement that in "any litigation relating to [the supply agreement], the parties shall request that the court enter an order directing that the terms of this [supply agreement] shall be treated as confidential in the litigation and limiting disclosure of the terms of the [supply agreement] to the extent allowed by applicable law." (Recoupment/Setoff Motion Ex. A, §17.3.)

6. In order to minimize any potential harm to the right to public access to information, URC has filed a redacted version of the Recoupment/Setoff Motion and redacted

2

versions of some of the exhibits supporting the Recoupment/Setoff Motion. URC has not filed redacted versions of other exhibits because the entirety of the document is confidential commercial information or the document would be incomprehensible once redacted.

7. Given the confidential nature of the financial and sensitive business information contained in the Recoupment/Setoff Motion and certain of the supporting exhibits, privacy concerns and preventing unfair competitive advantage warrant filing under seal. Specifically, URC requests leave to file the below documents under seal:

| Document | Description and Basis for Confidentiality |
| --- | --- |
| Unredacted Recoupment/Setoff Motion | Portions of the Recoupment/Setoff Motion were redacted in the publicly filed version of the motion because they contained confidential and sensitive commercial information including pricing, pricing formulas, quantity, and other contract terms with M&G Resins USA, LLC M&G Polymers USA, LLC, and alternative manufacturers, as well as confidential information regarding customer accounts and requirements. |
| Ex. A, Supply Agreement | Exhibit A to the Recoupment/Setoff Motion is the Supply Agreement between Universal Resin and Debtors M&G Polymers USA, LLC and M&G Resins USA, LLC. The terms of the Supply Agreement are commercial information that derives value from its secrecy and the disclosure of which would unfairly prejudice URC. |
| Ex. E, Invoices | Exhibit E to the Recoupment/Setoff Motion is a collection of invoices issued from M&G Resins USA, LLC to URC. The invoices contain sensitive confidential commercial information including pricing, quantity, and payment terms. |
| Unredacted Ex. G, Declaration of Conceicao Menezes | Exhibit G to the Recoupment/Setoff Motion is the declaration of Conceicao Menezes, a director of URC. Portions of the declaration were redacted in the publicly filed version of the motion because they contained confidential and sensitive commercial information similar to the commercial information contained in the Recoupment/Setoff Motion described above. |

8. Further, portions of the Unredacted Recoupment/Setoff Motion and Exhibit G thereto contain highly sensitive commercial information regarding URC's current suppliers and customers. Because the Debtors' business principals and other M&G employees are currently involved and are likely to continue to be involved in the same industry as URC, disclosure to

M&G of aspects of the Unredacted Recoupment/Setoff Motion and Exhibit G thereto would cause substantial prejudice to URC. Counsel for URC and counsel for the Debtors have therefore reached an interim agreement that the unredacted Recoupment/Setoff Motion and Exhibit G thereto shall remain "Professionals' Eyes Only," without prejudice to the Debtors' right to seek any further modification to that designation.

## CONCLUSION

WHERFORE, URC respectfully requests that this Court grant it leave to file under seal an unredacted version of the Recoupment/Setoff Motion and Exhibit A, Exhibit E, and Exhibit G thereto.

Dated: December 21, 2017　　　　　　　　　　BY: /s/ *David W. Carickhoff*

　　　　　　　　　　　　　　　　　　　　　　ARCHER & GREINER P.C.
　　　　　　　　　　　　　　　　　　　　　　David W. Carickhoff (DE No. 3715)
　　　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue; Suite 1100
　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 356-6621
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 777-4352
　　　　　　　　　　　　　　　　　　　　　　Email: dcarickhoff@archerlaw.com

Louis T. DeLucia　　　　　　　　　　　　　　Matthew F. Prewitt
SCHIFF HARDIN LLP　　　　　　　　　　　　Michael K. Molzberger
666 Fifth Avenue　　　　　　　　　　　　　　SCHIFF HARDIN LLP
New York, New York 10103　　　　　　　　　233 South Wacker Drive, Suite 7100
Telephone: (212) 753-5000　　　　　　　　　Chicago, Illinois 60606
Facsimile: (212) 753-5044　　　　　　　　　Telephone: (312) 258-5500
Email: ldelucia@schiffhardin.com　　　　　　Facsimile: (312) 258-5600
　　　　　　　　　　　　　　　　　　　　　　Email: mprewitt@schiffhardin.com
　　　　　　　　　　　　　　　　　　　　　　　　　　mmolzberger@schiffhardin.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR UNIVERSAL**
　　　　　　　　　　　　　　　　　　　　　　**RESIN COMPANY LIMITED**

213689852v1