# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-12307 (BLS) |
| M & G USA CORPORATION, *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: Docket No. 490** |
| | : | |

## NOTICE OF EXTENDED PROPOSAL DEADLINE FROM JANUARY 16, 2018 AT 5:00 P.M. (PREVAILING EASTERN TIME) TO JANUARY 30, 2018 AT 5:00 P.M. (PREVAILING EASTERN TIME)

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 14, 2017, the Court entered the *Order (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [Docket No. 490] (the "Bidding Procedures Order").[2]

2. The Bidding Procedures, attached as Exhibit 1 to the Bidding Procedures Order, request that prospective interested parties submit a Proposal for any assets other than the Apple

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order, including in the exhibits thereto.

Grove Assets at any time but by no later than **January 16, 2018 at 5:00 p.m. (prevailing Eastern Time)** (the "Proposal Deadline").

3. By this Notice, the Proposal Deadline is hereby **extended to January 30, 2018 at 5:00 p.m. (prevailing Eastern Time)** (the "Extended Proposal Deadline").

4. The submission of a Proposal by the Extended Proposal Deadline is not a prerequisite for a Prospective Bidder to be considered a Qualified Bidder (as such terms are defined in the Bidding Procedures). As such, the extension of the Proposal Deadline as set forth herein constitutes a non-material change to the Bidding Procedures. In accordance with Section IX of the Bidding Procedures, the Debtors have communicated such modification to the applicable Consultation Parties and will communicate this modification to the Sale Notice Parties and Prospective Bidders for the Debtors' Assets other than the Apple Grove Assets.

5. Prior to filing this Notice, the Debtors consulted with the Committee, the DIP Agent, the DIP Lender, the Pre-Petition First Lien Lender and Macquarie regarding the establishment of the Extended Proposal Deadline, and such parties affirmatively consented to or did not object to such modification.

6. Copies of the Bidding Procedures Order and the Bidding Procedures may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent and administrative advisor, Prime Clerk LLC (http://cases.primeclerk.com/mgusa) (the "Prime Clerk Website"). Copies of these documents are also available for inspection during regular business hours at the Office of the Clerk of the Court, located at 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and may be viewed for a fee on the internet at the Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

| | |
|---|---|
| Dated: December 28, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jmulvihill@pszjlaw.com |
| | |
| | and |
| | |
| | JONES DAY |
| | Scott J. Greenberg |
| | Stacey L. Corr-Irvine |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Telephone: (212) 326-3939 |
| | Facsimile: (212) 755-7306 |
| | Email: sgreenberg@jonesday.com |
| | scorrirvine@jonesday.com |
| | |
| | and |
| | |
| | Carl E. Black |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| | Telephone: (216) 586-7035 |
| | Facsimile: (216) 579-0212 |
| | Email: ceblack@jonesday.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |