# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket No. 362** |
| | : | |

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY APPLICATION OF JONES DAY FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH NOVEMBER 30, 2017

The undersigned hereby certifies that, as of the date hereof, other than as set forth below, he has received no answer, objection, or other responsive pleading to the *First Monthly Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period from October 31, 2017 Through November 30, 2017* (Docket No. 362) (the "Application") filed on December 5, 2017 with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

Pursuant to the Notice of the Application (Docket No. 362-1), objections to final approval of the Application were to be filed and served no later than December 27, 2017, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Application

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

appears thereon.

On December 27, 2017, Jones Day received informal comments on the Application from the Office of the United States Trustee (the "U.S. Trustee") and, as a result, has agreed to write-off expenses in the amount of $40.00. Additionally, the U.S. Trustee is seeking further information with respect to (a) time entries representing $16,765.00 in fees and (b) expenses totaling $3,666.19. Jones Day is continuing to review these time entries and expenses with the U.S. Trustee and has agreed not to seek payment of these fees and expenses as part of the Application.

In accordance with the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308), 80% of fees and 100% of the expenses requested in the Application that are not disputed may be paid without further hearing or order of the Court. A summary of the fees and expenses to be paid pursuant to the Application is attached hereto as **Exhibit 1**.

Dated: December 28, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:     ljones@pszjlaw.com
     joneill@pszjlaw.com
     jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:          sgreenberg@jonesday.com
                 scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:     (216) 586-7035
Facsimile:     (216) 579-0212
Email:          ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in
Possession

DOCS_DE:217088.1 54032/001

# EXHIBIT 1

|  | Amount Initially Requested in Application | Amount Subject to Further Review by U.S. Trustee | Amount to be Paid by Debtors |
|---|---|---|---|
| **Fees** | $1,575,370.00 (80% of $1,969,212.50) | $16,765.00 | $1,561,958.00 (80% of $1,952,447.50) |
| **Expenses** | $10,310.08 | $3,666.19 | $6,603.89[1] |

---

[1] Reflects $40.00 reduction agreed to between Jones Day and the U.S. Trustee.