IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br>**Re: Docket No. 537** |

## FAGIOLI, INC.'S OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT

Fagioli, Inc. ("Fagioli") by and through its undersigned counsel hereby files this objection (the "Objection") to the Debtors' *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* [D.I. 537] (the "Notice of Possible Assumption/Assignment")[2] and states as follows.

## BACKGROUND

1. Prepetition, Fagioli and the Debtor Chemtex International, Inc. executed that certain USA Downstream Master Service Agreement Effective as of November 21, 2014 (and collectively with the service orders, change orders, and other documents related thereto, the "Fagioli MSA").

2. Pursuant to the Fagioli MSA, Fagioli provided labor, equipment, and materials for the construction of the Debtors' vertically integrated PTA/PET manufacturing and processing facility located in Corpus Christi, Texas (the "Corpus Christi Plant").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.A. r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S. r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these Chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the same meaning given to them in the Notice of Possible Assumption/Assignment.

3. On December 21, 2017 the Debtors filed the Notice of Possible Assumption/Assignment and Schedule 1 attached thereto identified the Contracts that may be assumed and assigned with a Sale Transaction. The Fagioli MSA is one of the Contracts that may possibly be assumed and assigned by the Debtors. *See* Schedule 1, p. 6.

4. The Cure Costs proposed by the Debtors relating to the Fagioli MSA is $0.

5. Fagioli objects to the Debtors' proposed Cure Costs relating to the Fagioli MSA of $0.00. Fagioli submits that the correct Cure Costs related to the Fagioli MSA is at least $15,510,692.33 (the "Fagioli Cure") plus additional attorney's fees, interest, and costs.[3]

## OBJECTION TO PROPOSED CURE COSTS

6. Pursuant to Section 365(a) of the Bankruptcy Code a debtor is permitted to assume and assign an executory contract with approval of the Court. 11 U.S.C. § 365(a). However, if there has been a default in the executory contract a debtor seeks to assume, Section 365(b)(1)(A) obligates the debtor, "at the time of assumption", to cure or provide "adequate assurance" of a "prompt cure" of any pre-petition defaults. 11 U.S.C. § 365(b)(1)(A). Furthermore, Section 365(b)(1)(B) requires a debtor, "at the time of assumption... compensates, or provides adequate assurance that the [debtor] will promptly compensate... for any actual pecuniary loss to such party resulting from such default." 11 U.S.C. § 365(b)(1)(B).

7. As of the Debtors' bankruptcy filing on October 30, 2017 (the "Petition Date"), the amount due and payable to Fagioli for services, equipment, and materials provided was $15,445,692.33. Additionally, pursuant to Section 365(b)(1)(B), Fagioli submits that it is also entitled to recover interest, costs, and attorney's fees incurred pursuant to the terms of the Fagioli

---

[3] This amount includes attorney's fees estimated through December 31, 2017. Fagioli reserves the right to include additional attorney's fees, as well as interest and costs.

24228735.1 01/03/2018

MSA and applicable Texas law.[4] *See In re Crown Books Corp.*, 269 B.R. 12, 15 (Bankr. D. Del. 2001) (stating that a debtor's obligation to cure includes late or other charges that may include attorney's fees).

8. Attached hereto as **Exhibit A** is a spreadsheet summary (a) identifying all outstanding and unpaid invoices as of the Petition Date for services, equipment and materials provided by Fagioli from June 2016 to October, 2017, and (b) estimated amount of attorney's fees incurred through December 31, 2017, which amount is subject to further adjustment for additional interest, costs and additional attorney's fees further calculated, accrued and incurred.

9. Attached hereto as **Exhibit B** are true and correct copies of the invoices identified in Exhibit A.

10. Additionally, on November 27, 2017, Fagioli filed its *Notice of Perfection of Mechanic's Lien Pursuant to 11 U.S.C. §546(b)(2)* [D.I. 263] (the "Notice of Perfection of Lien"). Fagioli hereby incorporates by this reference its Notice of Perfection of Lien with the exhibits attached thereto in further support of this Objection.

11. Fagioli submits that in order for the Debtors to satisfy the requirements of Section 365(b) and (f), any order of the Court authorizing the assumption and assignment of the Fagioli MSA must require the immediate payment of the Fagioli Cure, plus interest, costs and attorney's fees calculated, accrued and incurred by Fagioli.

---

[4] Including, but not limited to Texas Property Code, Chapter 53, Section 53.156.

3

WHEREFORE, based upon the foregoing, to the extent the Debtors seek to assume and assign the Fagioli MSA pursuant to a Sale Transaction, Fagioli requests that the Court set the cure cost in the amount of the Fagioli Cure plus interest, costs, and attorney's fees Fagioli is entitled to, and direct the Debtors to immediately pay such amount to Fagioli pursuant to 11 U.S.C. §365(b), and for such other and further relief as the Court may deem just and proper.

Dated: November 20, 2017

/s/ Mark Minuti

Mark Minuti (DE Bar No. 2659)
Lucian B. Murley (DE Bar No. 4892)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
mark.minuti@saul.com
luke.murley@saul.com

and

Andrew A. Pidgirsky
TX State Bar No. 24013331
LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046
(713) 659-6767
(713) 759-6830 (fax)
andrew.pidgirsky@lewisbrisbois.com

Richard Lauter
State Bar No. 6182859
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West Adams Street, Suite 300
Chicago, IL 60661
(312) 345-1718
(312) 345-1778 (fax)
richard.lauter@lewisbrisbois.com

**ATTORNEYS FOR FAGIOLI, INC.**