# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION *et al.*, | ) | Case No. 17-12307 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: 2/01/18 @ 10:00 a.m. |
| | ) | Objections Due: 1/03/18 @ 4:00 p.m. |
| | ) | |
| | ) | Re: D.I. 537 |

## OBJECTION OF BRICKSTREET MUTUAL INSURANCE COMPANY
## TO POTENTIAL ASSUMPTION AND ASSIGNMENT OF INSURANCE CONTRACT

BrickStreet Mutual Insurance Company ("BrickStreet") hereby objects to the potential assumption and assignment of its insurance contract with the Debtors and represents as follows:

1. On October 30, 2017 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in this Court.

2. Prior to the Petition Date, BrickStreet and M&G Polymers USA, LLC entered into an insurance contract for workers' compensation insurance (the "Insurance Contract").

3. On November 16, 2017, the Debtors filed a motion proposing certain procedures in connection with assumption and assignment of contracts relating to the proposed sale of susbstantially all the Debtors' assets.

4. To that end, the Debtors served on BrickStreet a notice of possible assumption and assignment of certain executory contracts in connection with the sale (the "Notice"). The Notice lists the Insurance Contract with a proposed cure amount of $0.00.

5. The Insurance Contract provides for coverage through July 1, 2018. As suggested by the Notice, the annual premium for the Insurance Contract has been paid in full.

6. The Insurance Contract is no longer executory, therefore, because no material performance remains to be performed by the Debtors on the Insurance Contract. *See In re Surfside Resort and Suites, Inc.*, 344 B.R. 179, 186-87 (Bankr. M.D. Fla. 2006) (holding that insurance

contract was not executory because premium was fully paid); *In re Firearms Import and Export Corp.*, 131 B.R. 1009, 1014 (Bankr. S.D. Fla. 1991) (same).

7. BrickStreet objects to any proposed assumption and assignment of the Insurance Contract because it no longer is executory and therefore cannot be assumed and assigned.

WHEREFORE, BrickStreet respectfully requests that the Court deny any assumption and assignment of the Insurance Contract and grant to BrickStreet such other and further relief as is just.

Dated: January 3, 2018

                                    MACAULEY LLC

                                    /s/ Thomas G. Macauley
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Telephone: (302) 656-0100
Facsimile: (302) 654-4362

Attorneys for BrickStreet Mutual Insurance Company