# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x

In re:

M & G USA CORPORATION, *et al.*,

                Debtors.

Chapter 11

Case No. 17-12307 (BLS)

Re: Docket No. 537

------------------------------------------------ x

## OBJECTION OF FLEX FILMS (USA), INC. TO CURE AMOUNTS IDENTIFIED IN NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE

Flex Films (USA), Inc. ("Flex"), by and through its undersigned counsel, hereby files this limited objection (the "Cure Objection") to the two cure amounts relating to Flex contracts identified in the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* [Docket No. 537] (the "Assumption Notice"). In support of this Cure Objection, Flex respectfully states as follows:

## BACKGROUND

**Agreements**

1. The Assumption Notice identifies two Flex agreements: the April 1, 2015 purchase agreement (the "2015 Purchase Agreement") with Debtor M&G Polymers USA, LLC ("M&G Polymers") and the April 1, 2017 purchase agreement (the "2017 Purchase Agreement") with Debtor M&G Resins USA, LLC ("M&G Resins").

2. The 2015 Purchase Agreement requires M&G Polymers to supply, and Flex to purchase, certain resin as set forth in Exhibit A to the 2015 Purchase Agreement (the "2015 Required Resin"). The 2015 Purchase Agreement was executed by Fred J. Fournier, Executive Director, on behalf of M&G Polymers and covers the period of "April 01, 2015

and ending on December 31, 2017", unless terminated earlier. 2015 Purchase Agreement, Article 1.

3. M&G Polymers was required to provide the 2015 Required Resin for use at Flex's Elizabethtown, Kentucky plant (the "Flex Film Plant"), and Flex agreed to buy from M&G Polymers 100% of the resin used at the Flex Film Plant. While M&G Polymers was expected to provide the 2015 Required Resin from its Apple Grove, West Virginia facility (the "PET Production Facility")[1], M&G Polymers "reserve[d] the right to supply [such resin] from the production facilities of its affiliate in Mexico on identical terms." 2015 Purchase Agreement, § 3.4. M&G Polymers warranted that the resin supplied under the 2015 Purchase Agreement would meet the specifications as stated in the agreement's Exhibit A. *See* 2015 Purchase Agreement, § 9.1.

4. The 2017 Purchase Agreement requires M&G Resins to supply, and Flex to purchase, certain resin as set forth in the specifications in Exhibit A to the 2017 Purchase Agreement (the "2017 Required Resin"). The 2017 Purchase Agreement was executed by Fred Fournier, Vice President – Sales, on behalf of M&G Resins and covers the period "commencing on April 1, 2017 and ending on December 31, 2019", unless terminated earlier. 2017 Purchase Agreement, § 1.2. The 2017 Purchase Agreement terminated the 2015 Purchase Agreement "effective March 31, 2017." 2017 Purchase Agreement, § 1.1.

5. The 2017 Required Resin was for use at the Flex Film Plant. While M&G Resins was expected to provide the 2017 Required Resin from its PET Production Facility,

---

[1] The 2015 Purchase Agreement and the 2017 Purchase Agreement each state that the respective seller (M&G Polymers and M&G Resins) "has a polyethylene terephthalate ("PET") resin production facility located at Apple Grove, West Virginia (the "PET Production Facility")." Flex is investigating this issue and reserves all rights, defenses, claims, counterclaims, and arguments.

M&G Resins "reserve[d] the right to supply [such resin] from its plant in Corpus Christi, TX or from the production facilities of its affiliate in Mexico on identical terms." 2017 Purchase Agreement, § 3.4. M&G Resins warranted that the resin supplied under the 2017 Purchase Agreement met the specifications as stated in the agreement's Exhibit A. *See* 2017 Purchase Agreement, § 9.1. In the event M&G Resins failed to deliver 2017 Required Resin "within four (4) days of scheduled delivery date," Flex had the right to fill such order on the open market and "[s]hould the open market price exceed the order price" under the 2017 Purchase Agreement, M&G Resins is required to pay Flex "the difference in price" between the lower contract rate and the open market price. 2017 Purchase Agreement, § 4.2.

**Non-Conforming Resin Damages**

6. Between September 2016 and April 2017, M&G Polymers supplied resin ("Non-Conforming Resin") that did not meet the specifications as set forth in Exhibit A to the 2015 Purchase Agreement. For example, such resin exhibited a shift in molecular weight distribution which constituted a material deviation from the specifications set forth in Exhibit A.

7. M&G Polymers failed to inform Flex that it provided Non-Conforming Resin or that it had modified the manufacturing process. Instead, Flex learned of M&G Polymers' contract breach due to the problems that plagued Flex from receiving Non-Conforming Resin from M&G Polymers.

8. Flex utilized the 2015 Required Resin to produce Biaxially-Oriented Polyethylene Terephthalate ("BOPET") Film. In the production process, Flex utilizes the resin in an 8.7 meter-wide BOPET Film Line (the "Film Machine"). The Film Machine creates film from resin via a web. The provision by M&G Polymers of Non-Conforming

3

Resin caused the Film Machine to suffer an inordinate number of web-breaks. Web-breaks occur when the resin quality is deficient or not uniform. When a web-break occurs, the Film Machine needs to be restarted/reset.

9. In August 2017, after noticing an inordinate number of web-breaks, Flex conducted an investigation. Following its investigation, Flex confronted M&G about the Non-Conforming Resin and M&G representatives acknowledged that they had made a modification in their resin production process.

10. The Non-Conforming Resin caused Flex damages in an amount of not less than $709,784, which is calculated based on 238 hours of lost work as well as numerous hours and cash expenses incurred by Flex in investigating and researching the cause of the excessive web-breaks.

**Cover Damages**

11. Flex received its last delivery of Required Resin on or about October 12, 2017. The PET Production Facility was shut down in October 2017 and, as of the date of this Cure Objection, has not reopened. The Debtors have stated they have "no expectation of recommencing production in the near term."[2] While the Debtors had the right to supply the 2017 Required Resin from their plant in Corpus Christi or Mexico, the Debtors failed to do so.

12. The Debtors' breaches of the 2017 Purchase Agreement have damaged Flex and such damages increase each day. Due to the Debtors' failure to supply the 2017 Required Resin, Flex was forced to purchase nearly 6 million pounds of substitute resin on

---

[2] *Motion of M&G Polymers USA, LLC for Approval of Agreed Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing*, ¶ 18 [Docket No. 53].

the sport market between September 2017 and December 2017. Those purchases were at an increased cost relative to the pricing terms of the 2017 Purchase Agreement. As of December 22, 2017, Flex has suffered incremental damages of not less than $129,709.27.

13. Flex expects to incur additional damages of not less than between $66,000 to $150,000 to procure the resin it needed in December 2017. Furthermore, Flex anticipates incurring further damages of not less than between $122,000 to $275,000 per month for the six million pounds of resin Flex needs each month until the 2017 Purchase Agreement is assumed and assigned to a bidder who can produce the 2017 Required Resin and supply it to Flex as required under the 2017 Purchase Agreement.

**Debtors' Proposed Cure Amounts**

14. Pursuant to the Assumption Notice, the Debtors seek to potentially assume and assign the 2015 Purchase Agreement and the 2017 Purchase Agreement to a Successful Bidder(s) (as defined in the Assumption Notice). In the Assumption Notice, the Debtors have listed $0 as the "Total Cure Amount" for the 2015 Purchase Agreement and $0 as the "Total Cure Amount" for the 2017 Purchase Agreement.[3]

## RELIEF REQUESTED

**Correct Cure Amounts**

15. Both cure amounts identified in the Assumption Notice are incorrect and must be corrected to compensate Flex for the actual pecuniary losses it has suffered as a result of the Debtors' defaults under the 2015 Purchase Agreement and the 2017 Purchase Agreement.

---

[3] Prior to the Debtors filing the Assumption Notice, on November 29, 2017, Flex's counsel informed Debtors' counsel that Flex had already incurred damages of approximately $100,000 from having to purchase the 2017 Required Resin on the spot market due to the Debtors' breach of the 2017 Purchase Agreement and that such damages were continuing to grow.

*2015 Purchase Agreement Correct Cure Amount*[4]

16. As set forth above, the current outstanding monetary defaults arising under the 2015 Purchase Agreement are not less than $709,784. Those damages arise from M&G Polymers providing resin that did not meet the required specifications and thus constituted a breach of the 2015 Purchase Agreement. Furthermore, Flex is entitled to reimbursement of its legal fees on these damages pursuant to section 15.3 of the 2015 Purchase Agreement. As such, Flex submits that the correct cure amount for the 2015 Purchase Agreement is not less than $709,784 plus accrued and accruing interest and legal fees.

*2017 Purchase Agreement Correct Cure Amount*

17. As set forth above, as of December 22, 2017, the outstanding monetary defaults arising under the 2017 Purchase Agreement are not less than $129,709.27. Those damages arise from M&G Resins breaching the 2017 Purchase Agreement by failing to provide the 2017 Required Resin between September 2017 and December 2017.

18. As M&G Resins has ceased producing resin and has indicated that it has "no expectation of recommencing production in the near term," Flex will suffer further damages before the 2017 Purchase Agreement can be assumed and assigned. Even assuming a new bidder restarts supply of the 2017 Required Resin to Flex on March 1, 2018, Flex's additional cure damages will be not less than between $310,000 and $700,000 due to increased costs to purchase the 2017 Required Resin during the months of January and

---

[4] Flex questions whether such agreement is actually capable of being assumed and assigned in light of the fact that it was "terminated effective March 31, 2017" by the 2017 Purchase Agreement. 2017 Purchase Agreement, § 1.1.

{00187738.1 / 3913.001}
152055.01600/106479511v.1

February 2018. As such, Flex submits that the correct cure amount for the 2017 Purchase Agreement is not less than $829,709.27.[5]

## RESERVATION OF RIGHTS

19. In the event the 2017 Purchase Agreement is not assumed and/or all required cure payments are not made, Flex reserves the right to seek payment of its damages as administrative expense claims pursuant to section 503 of the Bankruptcy Code, setoff pursuant to section 553 of the Bankruptcy Code, and/or seek any other relief to which Flex may be entitled.

20. Additionally, Flex reserves its rights to object to any sale transaction that includes the assumption and assignment of any contract to which Flex is a party and/or file an adequate assurance objection.

21. If the 2015 Purchase Agreement and/or the 2017 Purchase Agreement is not assumed or assigned, Flex reserves its rights to assert any and all claims against M&G Polymers and/or M&G Resins, individually or collectively, arising from or in connection with the 2015 Purchase Agreement, the 2017 Purchase Agreement, and the respective breaches thereof.

---

[5] This amount consists of: (i) $129,709.27 of damages as of December 22, 2017, (ii) $150,000 of estimated damages for the remainder of resin being purchased in December 2017, (iii) $275,000 of estimated damages for January 2018 resin purchases, and (v) $275,000 of estimated damages for February 2018 resin purchases.

**WHEREFORE,** Flex requests that the Court (i) sustain the Cure Objection, (ii) require payment of the full cure amount(s) requested herein in connection with the assumption and assignment of the 2015 Purchase Agreement and/or the 2017 Purchase Agreement, and (iii) grant such other and further relief as the Court deems just and proper.

Dated: January 3, 2018
       Wilmington, Delaware

**BLANK ROME LLP**

By: */s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
1201 Market Street Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6425
Facsimile: (302) 428-5109
Email: bhall@blankrome.com

-and-

**CKR LAW LLP**
1330 Avenue of the Americas, 14th Floor
New York, New York 10019
Telephone: (212) 259-7300
Facsimile: (212) 259-8200
Attn: Edward L. Schnitzer, Esq.
Email: eschnitzer@ckrlaw.com

*Counsel for Flex Films (USA), Inc.*