# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION, *et al.*,[1] | ) | Case No. 17-12307 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## M&G POLIMEROS BRASIL S.A.'S LIMITED OBJECTION TO DEBTORS' NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH SALE

M&G POLIMEROS BRASIL S.A. ("Polimeros"), by and through the undersigned counsel, hereby files this limited objection ("Objection") to the Debtors' *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* [Docket No. 537] (the "Assumption Notice"), and in support thereof, respectfully states as follows:

### BACKGROUND

1. Polimeros and Debtor Mossi & Ghisolfi International S.à r.l. ("MGI") are parties to that certain PTA Supply Agreement effective as of August 9, 2008 (the "PTA Agreement"), which provides for the sale of purified terephialic acid ("PTA") by MGI to Polimeros.

2. In the ordinary course of dealing with respect to the PTA Agreement, Polimeros sometimes overpays for PTA under the PTA Agreement, resulting in a credit to its account with MGI that is offset by the application of discounts to future purchases by Polimeros.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. As of the filing of this Objection, Polimeros has made such overpayments in an amount equal to approximately $5,321,168.60, the detail of which is attached hereto as **Exhibit A**.

4. On December 21, 2017, the Debtors filed the Assumption Notice, which identifies the PTA Agreement for possible assumption and assignment in connection with the potential sale of some or all of the Debtors' assets (the "Sale").

5. The Assumption Notice incorrectly lists a cure amount of $0.00 for the PTA Agreement (the "Cure Amount").

## LIMITED OBJECTION

6. Section 365(b)(1) provides, in relevant part:

> If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee—(A) cures, or provides adequate assurance that the trustee will promptly cure, such default . . .; and (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1).

7. Polimeros objects to the Cure Amount proposed by the Debtors to cure defaults under the PTA Agreement. As described above, as of the filing of this Objection, Polimeros has overpaid for PTA under the PTA Agreement by approximately $5,321,168.60 (the "Overpayment"), which amount remains outstanding.

8. Accordingly, Polimeros files this limited objection to ensure that its rights are protected to the extent that the Debtors' decision to list the Cure Amount at $0.00 is in any way deemed to limit Polimeros' ability to be made whole for the Overpayment.

KE 49552830
PHIL1 6734749v.1

WHEREFORE, Polimeros respectfully requests that the Court enter an order: (a) denying the relief sought by the Debtors with respect to the assumption of the PTA Agreement to the extent that the Debtors' assumption of the PTA Agreement (i) fails to cure any outstanding defaults thereunder or (ii) limits Polimeros' right to be made whole for the Overpayment; and (b) for any further relief the Court deems proper.

*{Remainder of Page Intentionally Left Blank}*

KE 49552830
PHIL1 6734749v.1

| Dated: January 5, 2018 | */s/ Domenic E. Pacitti* |
| Wilmington, Delaware | **KLEHR HARRISON HARVEY BRANZBURG LLP** |

Domenic E. Pacitti, Esq. (DE Bar No. 3989)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com

-and-

Morton R. Branzburg, Esq. (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

-and-

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Jeremy David Evans, Esq. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsprayregen@kirkland.com
       jsussberg@kirkland.com
       jeremy.evans@kirkland.com

-and-

Marc Kieselstein, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: marc.kieselstein@kirkland.com

*Counsel to M&G Polimeros Brasil S.A.*