# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 362** |

## NOTICE OF FILING OF UNREDACTED PAGE OF FIRST MONTHLY APPLICATION OF JONES DAY FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH NOVEMBER 30, 2017

PLEASE TAKE NOTICE that on December 5, 2017, the above-captioned debtors and debtors in possession (the "Debtors") filed the *First Monthly Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period from October 31, 2017 Through November 30, 2017* (Docket No. 362) (the "Application") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that a time entry on one page of the Application was redacted to protect confidential information related to the Debtors' pending sale process. An unredacted version of that page of the Application, which has been revised to protect confidential information, is attached hereto as **Exhibit 1**.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

DOCS_DE:217266.1 54032/001

Dated: January 8, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306
Email:        sgreenberg@jonesday.com
              scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:    (216) 586-7035
Facsimile:    (216) 579-0212
Email:        ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession

# **Exhibit 1**

DOCS_DE:217266.1 54032/001

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 11/06/17 | J M HAYES | 1.30 | 585.00 |

Review environmental diligence information for key contamination and compliance concerns for assets sale of manufacturing locations (.80); prepare summary to of ssme for Hamilton (.30); communicate with Hamilton regarding same (.20).

| 11/06/17 | H A LIOU | 1.10 | 770.00 |

Prepare follow up questions to Richardson (M&G) regarding intellectual property developed and owned by M&G Polymers USA and other M&G entities.

| 11/06/17 | S J MILLER | 1.90 | 855.00 |

Communicate with Eschbach-Hall regarding drafting comments to the asset purchase agreement (.40); analyze the draft sale motion (.60), bidding procedures (.40) order and first day declaration documents (.50).

| 11/06/17 | R A PROFUSEK | 2.90 | 3,770.00 |

Review and revise sale motion (.50) and bid procedure drafts (.90); review Rothschild sale presentation (.80); communicate with JD team regarding antitrust issues (.70).

| 11/06/17 | R C THOMAS | 1.40 | 1,295.00 |

Review Declaration of Stogsdill (A&M) in support of first day pleadings for background information in connection with antitrust evaluation (.30); communicate with Cohen regarding antidumping petition and review background materials regarding same (.40); prepare for and participate in call with counsel to potential bidder regarding evaluation of potential transaction (.70).

| 11/07/17 | C E BLACK | 1.30 | 1,235.00 |

Conference with Stogsdill (A&M), Augustine (Rothschild) and Greenberg regarding indication of interest (.60); review and revise term sheet (.50); conference with counsel to interested party (.20).

| 11/07/17 | A M BOMBERGER | 1.30 | 715.00 |

Review and revise form APA for 363 asset sale (1.10); communicate with Liou regarding same (.20).

| 11/07/17 | L M BUONOME | 3.10 | 2,325.00 |

Communicate with Larin (A&M) and Ghaul regarding assumption and assignment notice of Corpus Christi sale (.60); prepare same (.30); communicate with Corr-Irvine, Morin and Saba regarding contracts related to same (.30); review sale timeline in connection with same (.50); review revised assumption and assignment notice (.50); communicate with Ghaul regarding same and sale notice (.20); communicate with Cohen regarding call with Larin on assumption and assignment notice (.30); review and revise bidding procedures order (.30); communicate with Ghaul regarding same (.10).

| 11/07/17 | M J COHEN | 2.00 | 1,900.00 |

Call with Yorcsz and Newell (Buchanan) and Greenberg regarding executive term sheet (.50); review material regarding certain assets for sales process (.50) and discuss same with Liou (.80); e-mails with Black and Brownstein (Rothschild) regarding same (.20).

| 11/07/17 | S L CORR-IRVINE | 0.30 | 232.50 |

Communicate with Brownstein (Rothschild) (.20) and Cohen (.10) regarding potential purchaser.

| 11/07/17 | P L ESCHBACH-HALL | 2.50 | 2,000.00 |

Review benefits provisions of purchase agreement (2.40); communicate with Miller regarding benefits provisions of purchase agreement (.10).

| 11/07/17 | G L GHAUL | 5.20 | 2,990.00 |

Revise bidding procedures order (1.80); revise exhibits to bidding procedures order (.90); call with Larin (A&M) and Buonome regarding Corpus Christi sale (.60); discuss next steps and bidding procedures order with Buonome to discuss contract notice (.20); further revise sale motion and bid procedures (1.50); circulate same to JD and Rothschild teams (.20).

| 11/07/17 | S J GREENBERG | 0.50 | 512.50 |

Call with Augustine (Rothschild), Stogsdill (A&M) and Black regarding potential bidder interest in Apple Grove and next steps.

| 11/07/17 | J M HAYES | 0.50 | 225.00 |

Communicate with Bomberger to address structure of assumed and retained liabilities in 363 sale (.20); review purchase agreement language related to assumed and retained liabilities (.20); e-mail Hamilton regarding same (.10).