UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| M&G USA CORPORATION, et al., | Case No. 17-12307 (BLS) |
| Debtors[1]. | (Jointly Administered) |
| | Related to Docket No. 568 |

**FLUOR ENTERPRISES, INC.'S LIMITED OBJECTION TO
DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING
LIENHOLDER CLAIM SETTLEMENT PROCEDURES**

Fluor Enterprises, Inc. ("Fluor") files this Limited Objection to the *Motion for Entry of an Order Establishing Lienholder Claim Settlement Procedures* ("Settlement Procedures Motion") (D.I. 568) filed by the Debtors and Debtors-in-Possession (collectively, the "Debtors") in the above-styled jointly-administered Chapter 11 bankruptcy cases (the "Bankruptcy Cases") and would show the Court the following:

### I. BACKGROUND FACTS

1. Fluor provided labor, equipment, materials, and construction services to the Debtors pursuant to two contracts: (1) a March 31, 2017 Personnel Services Agreement (the "PSA") between Fluor and M&G Resins USA, LLC ("M&G"), and (2) a June 8, 2017 Construction Services Agreement ("CSA") between Fluor and Chemtex International, Inc.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

2. Under the PSA and CSA, Fluor delivered and provided labor, services, and materials for improvement and construction of a Plant located at 7001 Joe Fulton International Trade Corridor, Corpus Christi, Texas 78409 (the "Property"). The amount owing to Fluor under the CSA is at least $4,985,351.17, exclusive of accruing contractual interest, attorneys' fees, and other charges. The amount owing to Fluor under the PSA is at least $213,468.54, also exclusive of accruing contractual interest, attorneys' fees, and other charges. The details regarding these amounts are more fully set forth in Fluor's Notice of Perfection of Mechanic's and Materialmen's Lien (D.I. 313) filed pursuant to section 546 of the Bankruptcy Code, which Fluor herein incorporates by reference along with its exhibits.

3. On December 21, 2017, Debtors filed a Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale ("Cure Notice") (D.I. 537). The Cure Notice lists a "Contact for subcontractors" and "Contract for subcontractors – Amendment" with Fluor. (D.I. 537, Sch. 1 at 6). Debtors list the cure amount for this contract as $0.00. (*Id.*). Debtors provide no other description of the contract at issue. Fluor objected to the Cure Notice on January 3, 2018. (D.I. 604).

4. Debtors filed the Settlement Procedures Motion on December 28, 2017. (D.I. 568). The Settlement Procedures Motion divides lien claims by size and provides for approval procedures for any settlement of the liens. While Fluor and other lienholders have sent comments to the Debtors and other key parties aimed at clarifying and resolving certain issues, Debtors have remained largely unresponsive. Therefore, Fluor files this Limited Objection as set forth below.

## II. LIMITED OBJECTION

5. Fluor is entirely in favor of settlement procedures. However, the pending Settlement Procedures Motion is little more than window dressing. The Settlement Procedures Motion does not establish any specific process for achieving settlements and only addresses what happens if a resolution of a lien claim is made. The proposed procedures are not designed to address or work consistently with the expedited sales process that has been ordered in this matter (*See* D.I. 490); notwithstanding that the need for an expedited process to resolve lien claims was discussed and recognized at the December 18, 2017 sale hearing by all – lienholders, the Debtors, and the Court – as being a fundamental part of any such expedited sale process.

6. Fluor and other lienholders have considered how to engage in a more meaningful process and have provided Debtors and other key parties comment that can be added to the procedures to bolster the settlement process in a meaningful way. This proposed process would (i) require Debtors and others to engage in a meaningful and confidential process; (ii) provide for payment of the undisputed portion of the liens; and (iii) provide necessary steps to allow for the actual resolution of lien claims.

7. In addition, Debtors' Settlement Procedures Motion does not address reserve requirements or lien priorities in a meaningful way to match Debtors' expedited sale process. Again, various lienholders have provided Debtors and other key parties with draft stipulations of fact and law that would facilitate the settlement and sale process. For the sale process to work, Debtors should establish settlement procedures resolving reserve requirements and lien priority issues.

8. Finally, the Settlement Procedures Motion, at page 8 in paragraph 6(c)-(d), indicates lienholders will be limited to an allowed claim against one Debtor in the event of a

settlement. However, various lienholders have claims based on guarantee agreements against other Debtors and therefore may have additional rights. Nothing in the settlement procedures should be viewed as impairing any of these guarantee claims in any fashion or otherwise limiting the scope of available resolutions that may be reached by the parties. .

9. Fluor anticipates continuing to work with Debtors toward a meaningful procedure and files this Limited Objection to preserve its rights.

### III. RESERVATION OF RIGHTS

10. Fluor reserves the right to further amend, modify, or supplement this Limited Objection at any time and also reserve all their rights, if any, as a creditor in these Bankruptcy Cases, including in connection with any proof of claim it may file, any sale motion, its lien rights, and any plan of reorganization or liquidation in these Bankruptcy Cases.

WHEREFORE, Fluor Enterprises, Inc. asks this Court to (i) sustain its objections to the Settlement Procedures Motion, and (ii) grant Fluor such other and further relief to which it may be justly entitled.

Dated: January 11, 2018             **STEVENS & LEE, P.C.**

                               */s/ John D. Demmy*
                               John D. Demmy (DE Bar No. 2802)
                               919 North Market Street, Suite 1300
                               Wilmington, DE 19801
                               Telephone: (302) 425-3308
                               Fax: (610) 371-8515
                               jdd@stevenslee.com

                               Philip G. Eisenberg
                               **LOCKE LORD LLP**
                               600 Travis Street, Suite 2800
                               Houston, Texas 77002
                               Phone: (713) 226-1489
                               Fax: (713) 229-2536
                               peisenberg@lockelord.com

Bradley C. Knapp
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Fax: (504) 910-6847
bknapp@lockelord.com

***Attorneys for Fluor Enterprises, Inc.***