# **EXHIBIT A**

**STATEMENT OF HOURS BY PROFESSIONAL BY PROJECT CATEGORY**

**Neil Augustine**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 10/31/2017 | 1.5 | Court hearings / filings | Work on first day affidavit |
| 10/31/2017 | 1.0 | Court hearings / filings | Review dip financing motion changes |
| 11/1/2017 | 3.5 | Court hearings / filings | Prepare for first day hearing |
| 11/1/2017 | 3.0 | Court hearings / filings | Court hearing |
| 11/1/2017 | 1.0 | Internal meetings | Internal discussion re 363 sale process |
| 11/3/2017 | 0.5 | Management and Co. advisor calls / meetings | Update call with Jones Day re sale process |
| 11/3/2017 | 1.5 | Board calls / meetings | M&G Chemicals Board call |
| 11/3/2017 | 0.5 | Management and Co. advisor calls / meetings | Review of executive agreement |
| 11/3/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with restructuring committee regarding executive agreement |
| 11/5/2017 | 0.5 | M&A related items | Review draft of US 363 teaser |
| 11/5/2017 | 0.5 | M&A related items | Review draft of US 363 script |
| 11/5/2017 | 0.5 | M&A related items | Review contact log |
| 11/6/2017 | 0.5 | M&A related items | Antitrust call with company professionals and potential bidders |
| 11/6/2017 | 0.5 | M&A related items | Review Apple Grove non-binding offer |
| 11/6/2017 | 0.5 | M&A related items | Review board materials on Apple Grove non-binding offer |
| 11/6/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day re 363 process |
| 11/6/2017 | 0.5 | DIP financing | Review deck for DIP lender meeting re 363 process |
| 11/7/2017 | 2.0 | Board calls / meetings | Board call |
| 11/7/2017 | 2.5 | Management and Co. advisor calls / meetings | Meeting with Inbursa's advisors re 363 process |
| 11/7/2017 | 0.5 | Management and Co. advisor calls / meetings | Review A&M MGI restructuring |
| 11/7/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with JD and A&M re Apple Grove offer |
| 11/7/2017 | 0.5 | M&A related items | Review updated USA 363 teaser |
| 11/7/2017 | 0.5 | M&A related items | Review updated USA 363 script |
| 11/8/2017 | 1.0 | M&A related items | Call with Apple Grove interested party |
| 11/8/2017 | 0.5 | M&A related items | Review markup of Apple Grove LOI |
| 11/8/2017 | 1.0 | Management and Co. advisor calls / meetings | Call with TPG re sale process update |
| 11/9/2017 | 0.5 | M&A related items | Call with Apple Grove interested party |
| 11/9/2017 | 4.0 | Board calls / meetings | Review bid procedures and motion |
| 11/9/2017 | 0.5 | Board calls / meetings | Review Mechanics Liens committee request letter |
| 11/9/2017 | 0.5 | Management and Co. advisor calls / meetings | Review revised resignation term sheet |
| 11/9/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with JD, A&M and restructuring committee re resignation term sheet |
| 11/9/2017 | 0.5 | M&A related items | Review revised non-binding offer for Apple Grove, Sharon and IP |
| 11/9/2017 | 1.0 | Board calls / meetings | Review board deck |
| 11/10/2017 | 2.0 | Board calls / meetings | Board call |
| 11/10/2017 | 1.0 | Creditor calls / meetings | Review draft of UCC deck and agenda |
| 11/11/2017 | 0.5 | Creditor calls / meetings | Review draft of UCC deck and agenda |
| 11/11/2017 | 1.0 | M&A related items | Call with bidder for AG, Sharon and IP |
| 11/11/2017 | 0.5 | M&A related items | Provide comments on AG, Sharon and IP non-binding LOI |
| 11/12/2017 | 1.5 | Court hearings / filings | Review revised bid procedures |
| 11/13/2017 | 0.5 | Court hearings / filings | Review bidding procedures declaration |
| 11/13/2017 | 0.5 | M&A related items | Review markup of non-binding LOI on AG, Sharon and IP |
| 11/13/2017 | 1.0 | Board calls / meetings | Review board deck |
| 11/13/2017 | 1.0 | Court hearings / filings | Review drafts of bid procedures |
| 11/14/2017 | 0.5 | Management and Co. advisor calls / meetings | Review A&M MGI cost analysis |
| 11/14/2017 | 2.5 | Court hearings / filings | Review drafts of bid procedures |
| 11/14/2017 | 0.5 | Court hearings / filings | Review assumption and assignment order |
| 11/14/2017 | 2.0 | Board calls / meetings | Board call |
| 11/14/2017 | 1.0 | Management and Co. advisor calls / meetings | Call with JD, A&M and UCC professionals |
| 11/14/2017 | 1.0 | M&A related items | Review markups of non-binding LOI on AG, Sharon and IP |
| 11/14/2017 | 2.0 | Management and Co. advisor calls / meetings | Call with JD and Cleary re bid procedures |
| 11/14/2017 | 2.0 | M&A related items | Meeting with potential Corpus and Apple Grove bidder with advisors |
| 11/15/2017 | 2.5 | Court hearings / filings | Review retention app |
| 11/15/2017 | 1.5 | Creditor calls / meetings | Review UCC presentation |
| 11/15/2017 | 2.5 | Court hearings / filings | Review various drafts of bid procedures |
| 11/15/2017 | 0.5 | Court hearings / filings | Review revised draft of bid procedures declaration |
| 11/15/2017 | 1.5 | Creditor calls / meetings | Call with DIP lenders advisors re bid procedures |
| 11/15/2017 | 0.5 | General presentations | Review market share data |

**Neil Augustine**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 11/15/2017 | 0.5 | Internal meetings | Internal discussion re UCC meeting |
| 11/15/2017 | 0.5 | M&A related items | Review revised non-binding LOI on AG, Sharon and IP |
| 11/16/2017 | 1.5 | Court hearings / filings | Review retention app |
| 11/16/2017 | 0.5 | M&A related items | Call with potential interested party in Polyprotect IP |
| 11/16/2017 | 1.0 | M&A related items | Review financial buyers contact log |
| 11/16/2017 | 1.0 | Board calls / meetings | Review board deck |
| 11/16/2017 | 0.5 | M&A related items | Review revised LOI from interested party on AG, Sharon and IP |
| 11/17/2017 | 1.0 | Board calls / meetings | Board call |
| 11/18/2017 | 0.5 | Court hearings / filings | Review UCC motion to extend final dip hearing and bid procedures hearing |
| 11/18/2017 | 0.5 | Court hearings / filings | Review debtor response to UCC motion |
| 11/19/2017 | 0.5 | Court hearings / filings | Review JD/Milbank communications re DIP and bid procedures hearing |
| 11/19/2017 | 0.5 | Management and Co. advisor calls / meetings | Communications with Inbursa, DAK and TPG advisors re executive agreement |
| 11/19/2017 | 0.5 | Management and Co. advisor calls / meetings | Status update call with CRO |
| 11/19/2017 | 0.5 | Management and Co. advisor calls / meetings | Communications with JD team re sale considerations relating to IP and regulatory issues |
| 11/19/2017 | 0.5 | Creditor calls / meetings | Call with Inbursa advisors re executive agreement |
| 11/19/2017 | 0.5 | M&A related items | Call with advisor to potential interested party for Polyprotect |
| 11/19/2017 | 0.5 | M&A related items | Call with advisor to potential interested party for AG, Sharon and Polyprotect |
| 11/19/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with TPG's advisors re executive agreement |
| 11/19/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with TPG re executive agreement |
| 11/19/2017 | 0.5 | Creditor calls / meetings | Call with Milbank re case status and history |
| 11/20/2017 | 0.5 | M&A related items | Call with potential interested party in polyprotect IP |
| 11/20/2017 | 1.0 | Management and Co. advisor calls / meetings | Case update with CEO |
| 11/20/2017 | 0.5 | M&A related items | Call with party to LOI for AG, Sharon and Polyprotect re next steps and documentation |
| 11/20/2017 | 1.0 | Management and Co. advisor calls / meetings | Call with JD re regulatory and IP issues |
| 11/20/2017 | 0.5 | Internal meetings | Internal call re retention issues |
| 11/20/2017 | 1.0 | Financial analysis | Review and comment on AG and Sharon winddown analysis |
| 11/21/2017 | 0.5 | Court hearings / filings | Court hearing |
| 11/21/2017 | 0.5 | Creditor calls / meetings | Update call with Jeffries re DIP financing and M&A process |
| 11/21/2017 | 1.0 | M&A related items | Call with interested party on CC assets |
| 11/22/2017 | 2.5 | Board calls / meetings | Board Meeting |
| 11/22/2017 | 1.0 | Creditor calls / meetings | Call with Jeffries re 363 contact log |
| 11/24/2017 | 0.5 | Financial analysis | Review winddown budget for Apple Grove |
| 11/24/2017 | 0.5 | M&A related items | Communication with bidder for Apple Grove |
| 11/24/2017 | 0.5 | Creditor calls / meetings | Call with UCC counsel re Rothschild retention |
| 11/24/2017 | 0.5 | Creditor calls / meetings | Call with Milbank re DIP financing |
| 11/24/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with JD re case status |
| 11/24/2017 | 2.0 | Court hearings / filings | Work on draft response to UCC retention app requests |
| 11/25/2017 | 0.5 | M&A related items | Communication with bidder for Apple Grove |
| 11/25/2017 | 0.5 | Creditor calls / meetings | Communication with UCC advisor re Apple Grove bidder |
| 11/25/2017 | 0.5 | Management and Co. advisor calls / meetings | Call with JD re case status |
| 11/25/2017 | 1.5 | Court hearings / filings | Work related to UCC retention app requests |
| 11/25/2017 | 0.5 | Court hearings / filings | Call with Debevoise re UCC retention app requests |
| 11/25/2017 | 0.5 | Creditor calls / meetings | Call with Milbank re Rothschild retention app |
| 11/26/2017 | 1.5 | Creditor calls / meetings | Work related to UCC retention app requests |
| 11/26/2017 | 0.5 | Court hearings / filings | Call with Debevoise re UCC retention app requests |
| 11/26/2017 | 0.5 | Creditor calls / meetings | Call with Jefferies re Rothschild retention app |
| 11/27/2017 | 0.5 | Court hearings / filings | Review response to UCC retention app requests |
| 11/27/2017 | 0.5 | Creditor calls / meetings | Calls with Jefferies re Rothschild retention app |
| 11/27/2017 | 0.5 | Creditor calls / meetings | Call with interested party |
| 11/27/2017 | 1.0 | Court hearings / filings | Meeting with JD and Debevoise re Rothschild retention app |
| 11/27/2017 | 1.0 | M&A related items | Call with CC interested party and UCC professionals |
| 11/27/2017 | 0.5 | Creditor calls / meetings | Review Milbank letter to board re joint bid |
| 11/27/2017 | 1.0 | Board calls / meetings | Review board deck |
| 11/28/2017 | 1.0 | Board calls / meetings | Prepare for board call reviewing 363 contact log and board materials |
| 11/28/2017 | 0.5 | Board calls / meetings | Review A&O board deck |
| 11/28/2017 | 2.0 | Board calls / meetings | Board call |
| 11/28/2017 | 1.0 | M&A related items | Call with CC interested party |
| 11/29/2017 | 0.5 | Creditor calls / meetings | Discussions with interested party |
| 11/29/2017 | 1.0 | M&A related items | Call with interested party re CC sale process |
| 11/29/2017 | 0.5 | M&A related items | Communications with interested party |
| 11/29/2017 | 0.5 | Court hearings / filings | Review revised Rothschild retention order |
| 11/30/2017 | 1.0 | Internal meetings | Internal discussion re waterfall analysis |
| 11/30/2017 | 0.5 | Management and Co. advisor calls / meetings | Update Call with Jones Day |

**Jonathan Brownstein**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 10/31/2017 | 1.0 | US | DIP financing | Review of / discussions regarding Augustine DIP declaration |
| 10/31/2017 | 0.5 | US | M&A related items | Potential buyer discussions |
| 10/31/2017 | 2.5 | US | Case administration | Review of first day filings |
| 10/31/2017 | 1.0 | US | Board calls / meetings | Internal discussions regarding filing / case status |
| 10/31/2017 | 2.0 | US | M&A related items | Review of marketing materials |
| 10/31/2017 | 0.5 | US | Case administration | Retention related items |
| 11/1/2017 | 1.5 | US | M&A related items | Discussion with potential interested parties |
| 11/1/2017 | 6.0 | US | M&A related items | Review of marketing materials |
| 11/2/2017 | 0.5 | US | Case administration | Retention related items |
| 11/2/2017 | 2.5 | US | M&A related items | Discussions with potential interested parties |
| 11/2/2017 | 1.0 | US | Case administration | Review of first day orders |
| 11/2/2017 | 2.0 | US | Financial analysis | Review of financial information |
| 11/2/2017 | 1.0 | US | Board calls / meetings | Bid procedures discussions |
| 11/3/2017 | 2.0 | US | Board calls / meetings | Board call |
| 11/3/2017 | 1.5 | US | M&A related items | Review of marketing materials |
| 11/3/2017 | 0.5 | US | Case administration | Retention related items |
| 11/3/2017 | 1.0 | US | M&A related items | Review of Apple Grove information |
| 11/3/2017 | 0.5 | US | M&A related items | Discussions with potential interested parties |
| 11/3/2017 | 1.0 | US | Creditor calls / meetings | Discussion with creditors |
| 11/4/2017 | 1.0 | US | M&A related items | Discussion with potential interested parties |
| 11/5/2017 | 1.0 | US | M&A related items | Review of marketing materials |
| 11/5/2017 | 1.0 | US | Due diligence | Review of IP information |
| 11/6/2017 | 1.0 | US | Management and Co. advisor calls / meetings | Discussion regarding sale process / anti-trust review |
| 11/6/2017 | 1.0 | US | Internal meetings | Contact log review |
| 11/6/2017 | 3.0 | US | Board calls / meetings | Preparation for board call |
| 11/6/2017 | 0.5 | US | Due diligence | Review of IP information |
| 11/6/2017 | 4.0 | US | Creditor calls / meetings | Preparation of materials / discussions for Cleary meeting |
| 11/6/2017 | 1.0 | US | Due diligence | Diligence requests |
| 11/6/2017 | 2.0 | US | Case administration | Retention related items |
| 11/7/2017 | 1.5 | US | Board calls / meetings | Board call |
| 11/7/2017 | 2.0 | US | Creditor calls / meetings | Meeting with Cleary regarding case status / sale process |
| 11/8/2017 | 1.0 | US | Internal meetings | Apple Grove discussions / review of information |
| 11/8/2017 | 1.0 | US | Case administration | Retention |
| 11/8/2017 | 2.5 | US | Court hearings / filings | Bidding procedures review |
| 11/8/2017 | 3.5 | US | M&A related items | Review of marketing materials |
| 11/9/2017 | 1.0 | US | M&A related items | Potential buyer discussions |
| 11/9/2017 | 1.5 | US | M&A related items | Potential buyer discussions |
| 11/9/2017 | 1.0 | US | Due diligence | IP review |
| 11/9/2017 | 2.5 | US | Case administration | Retention |
| 11/9/2017 | 2.0 | US | Financial analysis | Financial due diligence |
| 11/9/2017 | 0.5 | US | Management and Co. advisor calls / meetings | Call with Jones Day and Stroock |
| 11/9/2017 | 0.5 | US | Management and Co. advisor calls / meetings | Review of Apple Grove alternatives |
| 11/10/2017 | 2.0 | US | Board calls / meetings | Board meeting |
| 11/10/2017 | 1.0 | US | Court hearings / filings | Bidding procedures review |
| 11/10/2017 | 1.5 | US | M&A related items | Sale materials |
| 11/11/2017 | 1.0 | US | Due diligence | Call to discuss diligence requests |
| 11/12/2017 | 1.0 | US | Creditor calls / meetings | UCC advisor discussion materials |
| 11/12/2017 | 1.0 | US | Court hearings / filings | Review of bid procedures |
| 11/13/2017 | 2.0 | US | Court hearings / filings | Review / calls with Jones Day on bid procedures |
| 11/13/2017 | 0.5 | US | Due diligence | Review of financial data |
| 11/13/2017 | 1.0 | US | Court hearings / filings | Bid procedures and related filings |
| 11/13/2017 | 1.0 | US | Case administration | Retention |
| 11/13/2017 | 4.0 | US | Creditor calls / meetings | UCC advisor discussion materials |
| 11/13/2017 | 1.0 | US | M&A related items | Marketing materials |
| 11/13/2017 | 0.5 | US | M&A related items | Discussion with potential interested party |
| 11/13/2017 | 2.0 | US | Board calls / meetings | Review of board materials |
| 11/14/2017 | 0.5 | US | Court hearings / filings | Bidding procedures review |
| 11/14/2017 | 0.5 | US | Board calls / meetings | Review of board materials |
| 11/14/2017 | 2.0 | US | Board calls / meetings | Board call |
| 11/14/2017 | 1.0 | US | Creditor calls / meetings | Call with UCC professionals (BRG, Jefferies and Milbank) |
| 11/14/2017 | 2.0 | US | Creditor calls / meetings | Call w. Jones Day and Cleary to discuss Bidding Procedures |
| 11/15/2017 | 0.5 | US | M&A related items | Call with prospective purchaser |
| 11/15/2017 | 1.5 | US | Court hearings / filings | Bidding procedures review / calls |
| 11/16/2017 | 0.5 | US | M&A related items | Call with prospective purchaser |
| 11/16/2017 | 1.5 | US | Board calls / meetings | Preparation of board materials |
| 11/16/2017 | 1.0 | US | Internal meetings | Review of Apple Grove IOI |
| 11/16/2017 | 2.5 | US | M&A related items | Marketing materials |
| 11/16/2017 | 1.0 | US | Case administration | Retention |
| 11/17/2017 | 0.5 | US | M&A related items | Call with prospective purchaser |
| 11/17/2017 | 1.0 | US | Board calls / meetings | Board meeting attendance |
| 11/18/2017 | 1.0 | US | DIP financing | DIP credit agreement review |
| 11/19/2017 | 0.5 | US | Court hearings / filings | Review of response to UCC motion to adjourn DIP. Cash Collateral hearing |
| 11/19/2017 | 0.5 | US | Management and Co. advisor calls / meetings | Review of / calls regarding compensation issues |
| 11/19/2017 | 2.0 | US | M&A related items | Review of marketing materials |
| 11/20/2017 | 0.5 | US | Case administration | Retention |
| 11/20/2017 | 2.0 | US | M&A related items | Review of marketing materials |
| 11/20/2017 | 0.5 | US | Due diligence | Call regarding Apple Grove |
| 11/20/2017 | 1.0 | US | Due diligence | Call on IP and regulatory items |
| 11/21/2017 | 0.5 | US | Court hearings / filings | Court hearing attendance (telephonic) |
| 11/21/2017 | 0.5 | US | M&A related items | Call with prospective purchaser |
| 11/21/2017 | 0.5 | US | Creditor calls / meetings | Call with Jefferies - DIP, sales process |
| 11/21/2017 | 0.5 | US | Case administration | Discovery requests |
| 11/21/2017 | 0.5 | US | M&A related items | Call with prospective purchaser |
| 11/21/2017 | 1.5 | US | M&A related items | Marketing materials |

**Jonathan Brownstein**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 11/22/2017 | 2.0 | US | Board calls / meetings | M&G board call |
| 11/22/2017 | 0.5 | US | Creditor calls / meetings | Discussion with Jefferies - review of potential buyers contact log |
| 11/22/2017 | 0.5 | US | DIP financing | Discussion with Apollo |
| 11/22/2017 | 0.5 | US | Due diligence | Diligence requests |
| 11/22/2017 | 0.5 | US | M&A related items | Call with prospective purchaser, investors |
| 11/22/2017 | 0.5 | US | Internal meetings | Internal discussion / discussion w Carl Black re: sale process |
| 11/22/2017 | 2.5 | US | Case administration | Discovery |
| 11/24/2017 | 0.5 | US | Case administration | Call with Cole Schotz re: Rothschild retention |
| 11/24/2017 | 0.5 | US | M&A related items | Call with prospective purchaser |
| 11/25/2017 | 0.5 | US | Case administration | Call re: discovery |
| 11/26/2017 | 2.0 | US | Board calls / meetings | Development of board materials |
| 11/27/2017 | 2.0 | US | Financial analysis | Financial analysis |
| 11/27/2017 | 1.0 | US | Case administration | Retention discussions / internal search for document production |
| 11/27/2017 | 1.0 | US | Creditor calls / meetings | Call with UCC professionals re: sale process |
| 11/27/2017 | 3.0 | US | Management and Co. advisor calls / meetings | Meeting at Jones Day re with M. Ghisolfi and Gianni Origoni Grippo Cappelli re: intercompany claims |
| 11/27/2017 | 0.5 | US | Creditor calls / meetings | Call with PJT re: US sales process |
| 11/27/2017 | 2.0 | US | Board calls / meetings | Development of board materials |
| 11/28/2017 | 1.5 | US | Board calls / meetings | Development of board materials |
| 11/28/2017 | 1.5 | US | Board calls / meetings | Board meeting |
| 11/28/2017 | 0.5 | US | M&A related items | Call with M&G and prospective purchaser on intellectual property |
| 11/28/2017 | 0.5 | US | M&A related items | Call with prospective purchasers |
| 11/28/2017 | 0.5 | US | Internal meetings | Internal discussion regarding case status |
| 11/29/2017 | 1.5 | US | M&A related items | Call with prospective purchasers |
| 11/29/2017 | 2.5 | US | Financial analysis | Financial analysis |
| 11/29/2017 | 0.5 | US | Due diligence | Call regarding M&G Waters |
| 11/29/2017 | 0.5 | US | Due diligence | Discussion of IP related issues |
| 11/29/2017 | 0.5 | US | Case administration | Internal discussions re: discovery |
| 11/30/2017 | 2.5 | US | Financial analysis | Review of financial information |
| 11/30/2017 | 1.0 | US | M&A related items | Discussions with potential bidders |
| 11/30/2017 | 0.5 | US | Due diligence | IP review / diligence |

**Matt Guill**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 11/1/2017 | 2.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/1/2017 | 3.0 | US | General presentations | Preparing slides for due diligence purposes |
| 11/2/2017 | 2.0 | US | Due diligence | General due diligence responses and data room management |
| 11/2/2017 | 3.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/3/2017 | 1.0 | US | Board calls / meetings | Board call |
| 11/3/2017 | 2.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/4/2017 | 3.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/4/2017 | 1.5 | US | M&A related items | Data room management |
| 11/5/2017 | 1.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/6/2017 | 2.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/6/2017 | 1.5 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/7/2017 | 2.0 | US | Board calls / meetings | Board calls / meetings |
| 11/7/2017 | 2.0 | US | Creditor calls / meetings | Call with creditor advisors |
| 11/7/2017 | 1.0 | US | Management and Co. advisor calls / meetings | Call to discuss potential buyers |
| 11/8/2017 | 2.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/9/2017 | 1.0 | US | Management and Co. advisor calls / meetings | Call to discuss information memorandum progress |
| 11/9/2017 | 1.5 | US | M&A related items | Information memorandum drafting |
| 11/10/2017 | 1.5 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/11/2017 | 1.0 | US | Management and Co. advisor calls / meetings | Discussion of bid procedures |
| 11/11/2017 | 2.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/12/2017 | 1.0 | US | Creditor calls / meetings | Call with creditors to provide situation overview |
| 11/12/2017 | 0.5 | US | Creditor calls / meetings | Call with creditor to discuss various M&G entities' situations |
| 11/12/2017 | 2.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/12/2017 | 1.0 | US | Management and Co. advisor calls / meetings | Call to discuss bid procedures |
| 11/13/2017 | 3.0 | US | Board calls / meetings | Preparation of board call materials |
| 11/13/2017 | 1.5 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/14/2017 | 2.0 | US | Board calls / meetings | M&G Chemicals board call |
| 11/14/2017 | 1.0 | US | Creditor calls / meetings | Kick-off with UCC professionals |
| 11/14/2017 | 1.0 | US | Financial analysis | Various financial analysis and modeling |
| 11/14/2017 | 1.0 | US | Due diligence | Document collection, responding to 3rd party requests, data room management |
| 11/15/2017 | 0.5 | US | M&A related items | Call with potential buyer |
| 11/15/2017 | 2.0 | US | Creditor calls / meetings | UCC meeting attendance |
| 11/15/2017 | 1.0 | US | Management and Co. advisor calls / meetings | DIP procedures discussion |
| 11/15/2017 | 1.0 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/15/2017 | 1.0 | US | M&A related items | Information memorandum drafting |
| 11/16/2017 | 2.0 | US | M&A related items | Information memorandum drafting |
| 11/16/2017 | 1.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/16/2017 | 1.0 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/17/2017 | 2.0 | US | Board calls / meetings | Board call |
| 11/18/2017 | 1.5 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/18/2017 | 1.5 | US | Financial analysis | Various financial analysis |
| 11/19/2017 | 0.5 | US | Financial analysis | Various financial analysis |
| 11/19/2017 | 1.0 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/19/2017 | 0.5 | US | M&A related items | Data room management |
| 11/20/2017 | 0.5 | US | Management and Co. advisor calls / meetings | Call to discuss how intellectual property should be treated in sale process |
| 11/20/2017 | 1.0 | US | Management and Co. advisor calls / meetings | Call to discuss contracts |
| 11/20/2017 | 1.0 | US | M&A related items | Information memorandum drafting |
| 11/19/2017 | 0.5 | US | Financial analysis | Various financial analysis and modeling |
| 11/19/2017 | 1.0 | US | Case administration | UCC discovery information collection |
| 11/19/2017 | 1.0 | US | Management and Co. advisor calls / meetings | Intellectual property discussion |
| 11/19/2017 | 0.5 | US | Financial analysis | Various financial analysis and modeling |
| 11/20/2017 | 1.0 | US | Creditor calls / meetings | Call with UCC |
| 11/20/2017 | 0.5 | US | M&A related items | Data room management |
| 11/21/2017 | 1.0 | US | Creditor calls / meetings | Call with UCC to discuss buyer universe |
| 11/21/2017 | 0.5 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/22/2017 | 0.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/23/2017 | 0.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/24/2017 | 0.5 | US | M&A related items | Call with buyer financial advisor |
| 11/24/2017 | 1.0 | US | Management and Co. advisor calls / meetings | UCC discovery information collection |
| 11/24/2017 | 1.0 | US | Due diligence | Responding to buyer diligence requests and data room management |
| 11/24/2017 | 0.5 | US | Financial analysis | Various financial analysis and modeling |
| 11/25/2017 | 0.5 | US | Case administration | Developing fee comps |
| 11/25/2017 | 0.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/26/2017 | 0.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/26/2017 | 1.0 | US | Due diligence | Due diligence collection for buyer counsel |
| 11/26/2017 | 0.5 | US | Due diligence | Buyer visit coordination |
| 11/27/2017 | 0.5 | US | Creditor calls / meetings | Call with UCC |
| 11/27/2017 | 1.5 | US | Board calls / meetings | Preparation of board call materials |
| 11/27/2017 | 0.5 | US | Financial analysis | Various financial analysis and modeling |
| 11/28/2017 | 0.5 | US | Board calls / meetings | Board call |
| 11/28/2017 | 0.5 | US | M&A related items | Buyer diligence call |
| 11/28/2017 | 1.0 | US | M&A related items | Buyer diligence call |
| 11/28/2017 | 0.5 | US | Financial analysis | Various financial analysis and modeling |
| 11/29/2017 | 1.5 | US | M&A related items | Buyer calls |
| 11/29/2017 | 1.5 | US | M&A related items | Buyer follow-up discussions |
| 11/29/2017 | 0.5 | US | M&A related items | Data room management |
| 11/30/2017 | 0.5 | US | M&A related items | Data room management |
| 11/30/2017 | 0.5 | US | Financial analysis | Various financial analysis and modeling |
| 11/30/2017 | 1.0 | US | M&A related items | Buyer calls |
| 11/30/2017 | 1.0 | US | Due diligence | Responding to buyer due diligence requests |

**Phil Engel**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 10/31/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 10/31/2017 | 1.0 | US | M&A related items | Potential buyers' list |
| 10/31/2017 | 1.0 | US | Board calls / meetings | Board call |
| 11/1/2017 | 3.0 | US | M&A related items | CIM materials preparation |
| 11/3/2017 | 1.0 | US | M&A related items | Teaser / call script |
| 11/4/2017 | 1.0 | US | M&A related items | CIM materials preparation |

**Jonathan Freed**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 10/31/2017 | 1.0 | US | Creditor calls / meetings | Creditor call discussion |
| 11/1/2017 | 1.0 | US | M&A related items | Call with prospective bidder |
| 11/3/2017 | 2.0 | US | Board calls / meetings | Board call |
| 11/4/2017 | 5.0 | US | M&A related items | US CIM preparation |
| 11/5/2017 | 5.0 | US | M&A related items | US CIM preparation |
| 11/6/2017 | 8.0 | US | Internal meetings | Bid procedures review |
| 11/7/2017 | 2.0 | US | Board calls / meetings | Board call |
| 11/7/2017 | 1.0 | US | Internal meetings | Discuss offer |
| 11/8/2017 | 3.0 | US | General presentations | Working on CIM related items |
| 11/8/2017 | 3.0 | US | Due diligence | Due diligence related financial analysis |
| 11/9/2017 | 1.0 | US | Due diligence | Shared services call |
| 11/9/2017 | 7.0 | US | Financial analysis | Preparation for UCC meeting |
| 11/10/2017 | 2.0 | US | Board calls / meetings | Board call |
| 11/10/2017 | 6.0 | US | Financial analysis | Preparation for UCC meeting |
| 11/11/2017 | 1.0 | US | Due diligence | Meeting with Taylor Sherman call |
| 11/11/2017 | 8.0 | US | Financial analysis | Preparation for UCC meeting |
| 11/12/2017 | 1.0 | US | Internal meetings | Bid procedures |
| 11/12/2017 | 12.0 | US | Financial analysis | Preparation for UCC meeting |
| 11/13/2017 | 7.0 | US | Financial analysis | Preparation for board call |
| 11/13/2017 | 8.0 | US | Financial analysis | Preparation for UCC meeting |
| 11/14/2017 | 5.0 | US | Financial analysis | Various financial analysis |
| 11/14/2017 | 3.0 | US | Due diligence | Intercompany |
| 11/14/2017 | 2.0 | US | Board calls / meetings | Weekly board call |
| 11/15/2017 | 1.0 | US | General presentations | Materials for UCC presentation |
| 11/15/2017 | 5.0 | US | Internal meetings | Internal tracking for sales and review of company materials |
| 11/16/2017 | 8.0 | US | M&A related items | Board deck related to M&A activity |
| 11/16/2017 | 5.0 | US | Internal meetings | Prospective buyer internal discussion |
| 11/17/2017 | 2.0 | US | Board calls / meetings | Board meeting |
| 11/17/2017 | 7.0 | US | Financial analysis | Various financial analysis |
| 11/18/2017 | 10.0 | US | Financial analysis | Various financial analysis |
| 11/19/2017 | 6.0 | US | Financial analysis | Various financial analysis |
| 11/20/2017 | 2.0 | US | Financial analysis | Various financial analysis |
| 11/21/2017 | 6.0 | US | Financial analysis | Various financial analysis |
| 11/22/2017 | 4.0 | US | M&A related items | General M&A tracking / updating / email related |
| 11/24/2017 | 5.0 | US | Due diligence | Response to UCC requests |
| 11/25/2017 | 2.0 | US | Due diligence | Response to UCC requests |
| 11/25/2017 | 1.0 | US | M&A related items | Various financial analysis |
| 11/26/2017 | 4.0 | US | M&A related items | Various financial analysis |
| 11/27/2017 | 1.0 | US | Internal meetings | Internal meeting |
| 11/28/2017 | 4.0 | US | M&A related items | Various financial analysis |
| 11/28/2017 | 1.5 | US | Board calls / meetings | Board meeting |
| 11/29/2017 | 1.5 | US | M&A related items | Calls with potential buyers |
| 11/29/2017 | 2.5 | US | M&A related items | Buyer documents, follow up |
| 11/30/2017 | 5.0 | US | M&A related items | Sales process related tasks |

**Rasheeq Haq**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 10/31/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 10/31/2017 | 6.0 | US | M&A related items | Potential buyers list |
| 10/31/2017 | 1.0 | US | Board calls / meetings | Board call |
| 11/1/2017 | 1.0 | US | M&A related items | Teaser / call script |
| 11/1/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 11/1/2017 | 4.0 | US | Financial analysis | For CIM purposes |
| 11/2/2017 | 6.0 | US | M&A related items | Teaser / call script |
| 11/2/2017 | 6.0 | US | M&A related items | Potential buyers list |
| 11/2/2017 | 5.0 | US | Financial analysis | For CIM purposes |
| 11/3/2017 | 5.0 | US | M&A related items | Teaser / call script |
| 11/4/2017 | 1.0 | US | M&A related items | Potential buyers list |
| 11/4/2017 | 2.0 | US | M&A related items | CIM materials |
| 11/5/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 11/5/2017 | 1.0 | US | M&A related items | Potential buyers list |
| 11/5/2017 | 6.0 | US | M&A related items | CIM materials |
| 11/6/2017 | 6.0 | US | M&A related items | Teaser / call script |
| 11/7/2017 | 12.0 | US | DIP financing | Side by side comparison analysis |
| 11/8/2017 | 12.0 | US | Board calls / meetings | Board meeting |
| 11/9/2017 | 10.0 | US | Board calls / meetings | Board meeting |
| 11/10/2017 | 12.0 | US | M&A related items | Virtual data room management |
| 11/11/2017 | 6.0 | US | General presentations | UCC Discussion materials |
| 11/12/2017 | 6.0 | US | General presentations | CIM presentaions |
| 11/13/2017 | 16.0 | US | Board calls / meetings | Board deck materials |
| 11/14/2017 | 12.0 | US | General presentations | Financial analysis |
| 11/15/2017 | 13.0 | US | Creditor calls / meetings | UCC Creditor materials |
| 11/16/2017 | 12.0 | US | Creditor calls / meetings | UCC Creditor materials |
| 11/17/2017 | 14.0 | US | Board calls / meetings | Board discussion materials creation |
| 11/19/2017 | 2.0 | US | Due diligence | VDR posting and maintenance |
| 11/19/2017 | 2.0 | US | General presentations | GACC memo edits |
| 11/19/2017 | 5.0 | US | Board calls / meetings | Board discussion materials creation |
| 11/22/2017 | 14.0 | US | Board calls / meetings | Board deck materials |
| 11/26/2017 | 5.0 | US | Board calls / meetings | Board deck materials |
| 11/27/2017 | 17.0 | US | Board calls / meetings | Board deck materials |
| 11/28/2017 | 6.0 | US | Board calls / meetings | Board deck materials |
| 11/29/2017 | 10.0 | US | M&A related items | M&G Water CIM |
| 11/30/2017 | 10.0 | US | Board calls / meetings | Board deck materials |

**Victor Zhao**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 10/31/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 10/31/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 10/31/2017 | 1.0 | US | Board calls / meetings | Board call |
| 11/1/2017 | 3.0 | US | Due diligence | Preparing diligence responses |
| 11/1/2017 | 1.0 | US | M&A related items | Teaser / call script |
| 11/1/2017 | 1.0 | US | M&A related items | Potential buyers list |
| 11/1/2017 | 2.0 | US | Financial analysis | For CIM purposes |
| 11/2/2017 | 5.0 | US | Due diligence | Preparing diligence responses |
| 11/2/2017 | 1.0 | US | M&A related items | Teaser / call script |
| 11/2/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 11/2/2017 | 2.0 | US | Financial analysis | For CIM purposes |
| 11/3/2017 | 3.0 | US | Due diligence | Preparing diligence responses |
| 11/3/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 11/3/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 11/3/2017 | 2.0 | US | M&A related items | CIM materials |
| 11/4/2017 | 2.0 | US | Due diligence | Preparing diligence responses |
| 11/4/2017 | 1.0 | US | M&A related items | Teaser / call script |
| 11/4/2017 | 1.0 | US | M&A related items | Potential buyers list |
| 11/4/2017 | 2.0 | US | M&A related items | CIM materials preparation |
| 11/5/2017 | 2.0 | US | Due diligence | Preparing diligence responses |
| 11/5/2017 | 1.0 | US | M&A related items | Teaser / call script |
| 11/5/2017 | 1.0 | US | M&A related items | Potential buyers list |
| 11/5/2017 | 2.0 | US | M&A related items | CIM materials preparation |
| 11/6/2017 | 3.0 | US | Due diligence | Preparing diligence responses |
| 11/6/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 11/6/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 11/6/2017 | 2.0 | US | M&A related items | CIM materials preparation |
| 11/7/2017 | 3.0 | US | Due diligence | Preparing diligence responses |
| 11/7/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 11/7/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 11/7/2017 | 2.0 | US | M&A related items | CIM materials preparation |
| 11/8/2017 | 3.0 | US | Due diligence | Preparing diligence responses |
| 11/8/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 11/8/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 11/8/2017 | 2.0 | US | M&A related items | CIM materials preparation |
| 11/9/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/9/2017 | 1.0 | US | M&A related items | Teaser / call script |
| 11/9/2017 | 1.0 | US | M&A related items | Potential buyers list |
| 11/9/2017 | 2.0 | US | M&A related items | CIM materials preparation |
| 11/10/2017 | 1.0 | US | Due diligence | Preparing diligence responses |
| 11/10/2017 | 2.0 | US | M&A related items | Teaser / call script |
| 11/10/2017 | 2.0 | US | M&A related items | Potential buyers list |
| 11/11/2017 | 4.0 | US | General presentations | Preparing presentation materials |
| 11/12/2017 | 3.0 | US | General presentations | Preparing presentation materials |
| 11/12/2017 | 3.0 | US | Financial analysis | Capital structure |
| 11/13/2017 | 3.0 | US | M&A related items | CIM materials preparation |
| 11/13/2017 | 6.0 | US | General presentations | Preparing presentation materials |
| 11/14/2017 | 1.0 | US | Financial analysis | Various financial analysis |
| 11/14/2017 | 2.0 | US | Board calls / meetings | Board call |
| 11/15/2017 | 3.0 | US | General presentations | UCC meeting preparation |
| 11/15/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/16/2017 | 3.0 | US | Board calls / meetings | Board meeting materials |
| 11/16/2017 | 5.0 | US | Due diligence | DataRoom populating |
| 11/16/2017 | 2.0 | US | M&A related items | DataRoom populating |
| 11/17/2017 | 3.0 | US | Board calls / meetings | Board meeting materials |
| 11/17/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/18/2017 | 3.0 | US | Board calls / meetings | Board meeting materials |
| 11/18/2017 | 3.0 | US | Due diligence | DataRoom populating |
| 11/18/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/19/2017 | 3.0 | US | Board calls / meetings | Board meeting materials |
| 11/19/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/20/2017 | 4.0 | US | M&A related items | CIM materials preparation |
| 11/20/2017 | 3.0 | US | Due diligence | DataRoom populating |
| 11/20/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/20/2017 | 1.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |
| 11/21/2017 | 4.0 | US | Board calls / meetings | Board meeting materials |
| 11/21/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/21/2017 | 1.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |
| 11/22/2017 | 4.0 | US | Board calls / meetings | Board meeting materials |
| 11/22/2017 | 3.0 | US | Due diligence | DataRoom populating |
| 11/22/2017 | 2.0 | US | Financial analysis | Capital structure |
| 11/22/2017 | 1.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |
| 11/24/2017 | 4.0 | US | Board calls / meetings | Board meeting materials |
| 11/24/2017 | 3.0 | US | Case administration | Developing fee comparables |
| 11/24/2017 | 1.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |
| 11/25/2017 | 1.0 | US | Board calls / meetings | Board meeting materials |
| 11/26/2017 | 4.0 | US | Board calls / meetings | Board meeting materials |
| 11/27/2017 | 5.0 | US | Board calls / meetings | Board meeting materials |
| 11/27/2017 | 1.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |
| 11/28/2017 | 2.0 | US | Board calls / meetings | Board meeting |
| 11/28/2017 | 2.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |
| 11/28/2017 | 1.0 | US | M&A related items | DataRoom populating |
| 11/29/2017 | 2.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |
| 11/29/2017 | 2.0 | US | M&A related items | CIM materials preparation |
| 11/30/2017 | 3.0 | US | M&A related items | CIM materials preparation |
| 11/30/2017 | 2.0 | US | M&A related items | Contact potential buyers / maintain call log / data room |

**Antonio Cipparrone**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 10/31/2017 | 2.0 | US | Board calls / meetings | Board of directors call |
| 11/1/2017 | 0.5 | US | Due diligence | Finance & Tax DD call |
| 11/3/2017 | 2.0 | US | Board calls / meetings | Board of directors call |
| 11/4/2017 | 1.5 | US | Due diligence | Prospective purchaser discussion |
| 11/7/2017 | 0.5 | US | Due diligence | Prospective purchaser discussion |
| 11/7/2017 | 2.0 | US | Board calls / meetings | Board of directors call |
| 11/8/2017 | 1.5 | US | Due diligence | Prospective purchaser diligence request list |
| 11/10/2017 | 2.0 | US | Board calls / meetings | Board of directors call |
| 11/10/2017 | 1.5 | US | Due diligence | Prospective purchaser discussion |
| 11/12/2017 | 1.0 | US | Internal meetings | M&G Bid procedures review - call |
| 11/12/2017 | 0.5 | US | Internal meetings | Internal IP discussion |
| 11/14/2017 | 2.0 | US | Board calls / meetings | Board of directors call |
| 11/14/2017 | 0.5 | US | Financial analysis | Review of Corpus Christi budget |
| 11/20/2017 | 1.0 | US | Due diligence | IP related call |
| 11/22/2017 | 1.5 | US | Board calls / meetings | Board of directors call |
| 11/27/2017 | 0.5 | US | Internal meetings | Corpus Christi related research |
| 11/28/2017 | 1.5 | US | Board calls / meetings | Board of directors call |

**Federico Brambilla**

| Date | Hours | Deal category | Task category | Explanation |
|---|---|---|---|---|
| 10/31/2017 | 2.0 | US | Board calls / meetings | BoD conf call |
| 11/1/2017 | 0.5 | US | Due diligence | Finance & Tax DD Conf. call |
| 11/3/2017 | 2.0 | US | Board calls / meetings | BoD conf call |
| 11/4/2017 | 1.5 | US | Due diligence | Prospective purchaser diligence question discussion |
| 11/7/2017 | 0.5 | US | Due diligence | Prospective purchaser diligence question discussion follow up |
| 11/7/2017 | 2.0 | US | Board calls / meetings | BoD conf. call |
| 11/8/2017 | 1.5 | US | Due diligence | Prospective purchaser diligence request list conf. call |
| 11/10/2017 | 2.0 | US | Board calls / meetings | BoD conf. call |
| 11/10/2017 | 1.5 | US | Due diligence | Follow-up call with Prospective purchaser |
| 11/12/2017 | 1.0 | US | Internal meetings | M&G Bid procedures review - conf. call |
| 11/12/2017 | 0.5 | US | Internal meetings | Review of IPs materials |
| 11/14/2017 | 2.0 | US | Board calls / meetings | BoD conf. call |
| 11/14/2017 | 0.5 | US | Financial analysis | Review of Corpus Christi budget |
| 11/20/2017 | 1.0 | US | Due diligence | IP conf. call |
| 11/22/2017 | 1.5 | US | Board calls / meetings | BoD conf. call |
| 11/27/2017 | 0.5 | US | Internal meetings | Reaserch of materials on Corpus Christi |
| 11/28/2017 | 1.5 | US | Board calls / meetings | BoD conf. call |