# EXHIBIT B

**STATEMENT OF EXPENSES BY CATEGORY**

# SUMMARY OF OUT-OF-POCKET EXPENSES[1]

| | |
|---|---:|
| Travel | $155.00 |
| Taxis/Tolls/Parking | 273.14 |
| Hotel | 309.00 |
| Legal Fees | 71,770.00 |
| Miscellaneous | – |
| Meals | 1,118.63 |
| Copies | 192.00 |
| Research/Database | 550.00 |
| Telephone/Communications | – |
| Courier Services | – |
| **Total** | **$74,367.77** |

---

[1] The expenses included in this Monthly Fee Statement are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Monthly Fee Statement in subsequent monthly fee statements.

## M&G Chemicals S.A.

### Travel Expense Breakdown

| Date Incurred | Description | City | Cost[1] | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/01/17 | Round trip train ticket - NY/Wilmington/NY | New York, NY | $155.00 | Vendor | N. Augustine |
| **Total** | | | **$155.00** | | |

[1] Actual expense incurred was $564.00. Amount billed has been reduced to the cost of a round trip coach ticket.

# M&G Chemicals S.A.

### Taxi/Tolls/Parking Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/17 | From office to home | New York, NY | $10.14 | Vendor | R. Haq |
| 10/31/17 | From office to home | New York, NY | $18.96 | Vendor | J. Freed |
| 10/31/17 | Called back to office | New York, NY | $16.60 | Vendor | J. Freed |
| 10/31/17 | From office to home | New York, NY | $19.93 | Vendor | V. Zhao |
| 11/02/17 | From office to home | New York, NY | $13.56 | Vendor | J. Brownstein |
| 11/02/17 | From office to home | New York, NY | $14.16 | Vendor | J. Brownstein |
| 11/02/17 | From office to home | New York, NY | $15.38 | Vendor | J. Freed |
| 11/02/17 | From office to home | New York, NY | $17.25 | Vendor | V. Zhao |
| 11/04/17 | From office to home | New York, NY | $19.12 | Vendor | V. Zhao |
| 11/06/17 | From office to home | New York, NY | $12.95 | Vendor | J. Brownstein |
| 11/07/17 | From office to home | New York, NY | $15.34 | Vendor | J. Freed |
| 11/07/17 | From office to home | New York, NY | $16.62 | Vendor | V. Zhao |
| 11/07/17 | From office to home | New York, NY | $24.12 | Vendor | V. Zhao |
| 11/08/17 | From office to home | New York, NY | $12.35 | Vendor | J. Brownstein |
| 11/09/17 | From office to home | New York, NY | $16.62 | Vendor | J. Freed |
| 11/09/17 | From office to home | New York, NY | $14.04 | Vendor | J. Freed |
| 11/09/17 | From office to home | New York, NY | $16.00 | Vendor | V. Zhao |

**Total**          **$273.14**

## M&G Chemicals S.A.

### Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/17 | Ovation service charge - hotel booking | New York, NY | $10.00 | Vendor | N. Augustine |
| 11/01/17 | Hotel Du Pont 1 night | Wilmington, DE | $299.00 | Vendor | N. Augustine |
| **Total** | | | **$309.00** | | |

# M&G Chemicals S.A.

## Legal Fee Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/30/17 | Debevoise & Plimpton (11/1/17 - 11/30/17) | New York, NY | $71,770.00 | Vendor | Various |
| **Total** | | | **$71,770.00** | | |

# Debevoise
# & Plimpton

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

December 20, 2017

Invoice No. : 1381202

Client Matter: 21689.1128

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Homer Parkhill

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the period from November 1, 2017 through November 30, 2017 in connection with the M&G Chemicals matter.

| | |
|---|---:|
| Total Fees | $71,770.00 |
| Document Preparation, Communication, Other Charges and Disbursements | $0.00 |
| Total | $71,770.00 |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/20/17 | Kaluk, Nick S. | 0.80 | Call with F. London re UST comments to retention application (0.2); call with L. Davis, Jones Day, A&M and J. Brownstein re same (0.5); email with N. Augustine and F. London re same (0.1). |
| 11/21/17 | Kaluk, Nick S. | 0.50 | Update R. Hahn and W. Reilly on UST comments to retention app (0.2); email with F. London re revisions to engagement letters (0.3). |
| 11/21/17 | Reilly, Wendy B. | 0.10 | Email with N. Kaluk re: case status (.1) |
| 11/22/17 | Kaluk, Nick S. | 0.40 | Email with N. Augustine, F. London and H. McCollum re UST comments to retention application (0.4). |
| 11/23/17 | Kaluk, Nick S. | 0.30 | Email with W. Reilly, N. Augustine, F. London and Rothschild team re UCC comments to retention app (0.3). |
| 11/23/17 | Reilly, Wendy B. | 0.10 | Emails to & from N. Kaluk re: discussion with Committee (.1) |
| 11/24/17 | Reilly, Wendy B. | 1.00 | TCW N. Kaluk re: Committee discovery requests (.2); emails to & from N. Kaluk, M. Sorensen re: Committee discovery requests (.5); review Committee discovery requests (.3) |
| 11/24/17 | Kaluk, Nick S. | 2.20 | Call with Cole Schotz, N. Augustine and J. Brownstein re UCC comments to retention application (0.4); follow up call with D. Geoghan (0.1); calls and email with W. Reilly, N. Augustine, F. London and others at Rothschild re same and discovery requests (1.7). |
| 11/25/17 | Sorensen, Matthew J. | 6.40 | Call and email with N. Kaluk re: discovery requests propounded on Rothschild by UCC (0.5); drafted responses and objections to same requests and transmitted draft to W. Reilly and N. Kaluk for comments (5.4); conferred with N. Augustine, W. Reilly, N. Kaluk, L Jones, and Debtors' counsel re: UCC's document requests and 12/1 hearing on the retention application (0.5). |
| 11/25/17 | Kaluk, Nick S. | 3.30 | Call with F. London re responses to UCC discovery (0.4); call with M. Sorensen re same (0.3); review depo and document requests from UCC and email re same with Jones, Day, L. Jones, W. Reilly, M. Sorensen, N. Augustine and others at Rothschild re same (1.8); calls with N. Augustine, Jones Day, L Davis and others re same (0.5); debrief call with W. Reilly and M. Sorensen re same (0.3). |
| 11/25/17 | Reilly, Wendy B. | 1.40 | TCW Rothschild, Jones Day, Debevoise re: Committee discovery requests (.5); TCW N. Kaluk, M. Sorensen re: Committee discovery requests (.4); emails to & from Rothschild, Jones Day, Debevoise re: Committee discovery requests (.5) |
| 11/26/17 | Reilly, Wendy B. | 2.40 | TCW N. Kaluk, M. Sorensen re: update on negotiations, document review, & discovery responses (.7); emails to & from Rothschild, Jones Day, Debevoise re: discovery responses (.7); review document requests & deposition notices (.4); review & revise discovery responses (.6) |

| Date | Timekeeper | Hours | Narrative |
|---|---|---|---|
| 11/26/17 | Sorensen, Matthew J. | 2.10 | Reviewed N. Kaluk's comments on draft responses and objections to UCC's document requests and incorporated same into new draft (1.0); conferred with W. Reilly and N. Kaluk re: deposition and hearing next week (0.6); reviewed Rothschild-related documents being produced by Debtors' and summarized findings from same in email to W. Reilly and N. Kaluk (0.5). |
| 11/26/17 | Kaluk, Nick S. | 5.70 | Prepare for and have call with Cole Schotz re comments to retention application (0.9); email with N. Augustine and Rothschild team re same (0.3); call with F. London re same (0.5); call with N. Augustine re same (0.3); email with N. Augustine, F. London and Jones Day re discovery demands from UCC and review potential documents for production (2.9); call with W. Reilly and M. Sorensen re discovery, deposition planning and status generally (0.8). |
| 11/26/17 | Tomao, Marc J. | 3.60 | Review documents/emails to be produced to debtors' counsel (1.0); perform redactions on documents (2.0); confers and emails with N. Kaluk and W. Reilly re same (.60). |
| 11/27/17 | Barlow, William H. | 4.70 | Review M&G comps set against filed retention orders (4.7) |
| 11/27/17 | Hahn, Richard F. | 0.30 | CFW N. Kaluk re negotiations and emails re same (0.3). |
| 11/27/17 | Kaluk, Nick S. | 5.30 | Email and calls with B. Broadwater and W. Reilly re production of Rothschild documents (1.1); calls and email with UST, N. Augustine and F. London re UST comments to retention app (0.9); revise and circulate retention order to Rothschild (0.3); call with D. Geoghan re new settlement proposal (0.1); participate in depo negotiations by phone (1.2); call with F. London re same (0.3); debrief with W. Reilly re same, consider revised settlement proposal and update R. Hahn and J. Ball re same (1.0); contact local counsel for hearing on Friday (0.4). |
| 11/27/17 | Sorensen, Matthew J. | 0.60 | Reviewed Debtors' production and compiled deposition prep materials for W. Reilly (0.6). |
| 11/27/17 | Ball, Jasmine | 0.00 | Emails with Reilly and Kaluk on open issues from negotiation session. |
| 11/27/17 | Reilly, Wendy B. | 7.70 | Emails to & from Rothschild, Jones Day, Debevoise re: discovery (1.3); review & revise discovery responses (2.6); TCSW N. Kaluk re: discovery (.3); attend scheduled deposition of N. Augustine/settlement negotiations w/ Committee counsel, debtors' counsel, N. Augustine, N. Kaluk (2.4); emails to & from R. Hahn, J. Ball, N. Kaluk re: negotiations w/ Committee counsel (.8); draft potential settlement language (.3) |
| 11/28/17 | Reilly, Wendy B. | 2.20 | TCSW N. Kaluk re: negotiations w/ Committee (.6); CW Rothschild & Debevoise re: proposed settlement language (.3); review & revise proposed settlement language (.7); emails to & from Rothschild, Debtors' counsel, Committee counsel re: proposed settlement language (.6) |

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 11/28/17 | Kaluk, Nick S. | 3.10 | Discuss settlement proposal with R. Hahn, W. Reilly, F. London and N. Augustine (2.4); calls and email with D. Hurst re same (0.5); email with UST re revised form of order (0.2). |
| 11/29/17 | Reilly, Wendy B. | 1.30 | TCSW N. Kaluk re: Committee discussions & settlement (.4); emails to & from Rothschild, Jones Day, Pachulski, Cole Schotz, R. Hahn, J. Ball, N. Kaluk re: Committee discussions & settlement (.9) |
| 11/29/17 | Kaluk, Nick S. | 2.00 | Gather precedents for replies to retention objections (0.3); email with D. Hurst, W. Reilly, N. Augustine and F. London re settlement proposal and resolution (1.1); revise retention order and email re same with JD, D. Hurst and UST (0.6) |
| 11/30/17 | Kaluk, Nick S. | 0.20 | Email with UST and S. Corr-Irvine re CoC and retention hearing (0.2). |
|   | Hours: | 81.60 |   |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| RICHARD F. HAHN | 2.00 | 1,375.00 | 2,750.00 |
| JASMINE BALL | 0.00 | 0.00 | 0.00 |
| Total For PARTNER | 2.00 |  | 2,750.00 |
| WENDY B. REILLY | 16.30 | 1,025.00 | 16,707.50 |
| Total For COUNSEL | 16.30 |  | 16,707.50 |
| NICK S. KALUK | 42.60 | 930.00 | 39,618.00 |
| WILLIAM HOWARD BARLOW | 8.00 | 625.00 | 5,000.00 |
| MATTHEW J. SORENSEN | 9.10 | 715.00 | 6,506.50 |
| Total For ASSOCIATE | 59.70 |  | 51,124.50 |
| MARC J. TOMAO | 3.60 | 330.00 | 1,188.00 |
| Total For LEGAL ASSISTANT | 3.60 |  | 1,188.00 |
| MATTER TOTALS | 81.60 |  | 71,770.00 |

# M&G Chemicals S.A.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost[1] | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 10/31/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/01/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |
| 11/01/17 | Working dinner | New York, NY | $20.00 | Vendor | P. Engel |
| 11/01/17 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 11/01/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/01/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/02/17 | Working dinner | New York, NY | $18.68 | Vendor | M. Guill |
| 11/02/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/02/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/03/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/03/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/04/17 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/06/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/06/17 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 11/06/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/06/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |
| 11/06/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/07/17 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 11/07/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/07/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/08/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/08/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |
| 11/08/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/08/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/09/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/09/17 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 11/09/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/09/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/10/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/10/17 | Working dinner | New York, NY | $15.29 | Vendor | V. Zhao |
| 11/12/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/13/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |

[1] Meal costs billed are capped at $20.00 per meal.

# M&G Chemicals S.A.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost[1] | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/13/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/13/17 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 11/13/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/13/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/14/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/14/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/14/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/15/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |
| 11/15/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/15/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/15/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/16/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |
| 11/16/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/16/17 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 11/16/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/16/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/17/17 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 11/17/17 | Working dinner | New York, NY | $13.53 | Vendor | M. Guill |
| 11/17/17 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 11/17/17 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 11/18/17 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | J. Freed |
| 11/18/17 | Working dinner (wknd) | New York, NY | $15.56 | Vendor | R. Haq |
| 11/18/17 | Working dinner (wknd) | New York, NY | $15.57 | Vendor | V. Zhao |
| 11/19/17 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | J. Freed |
| **Total** | | | **$1,118.63** | | |

[1] Meal costs billed are capped at $20.00 per meal.

## M&G Chemicals S.A.

### Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Nov-17 | 240 Color copies | New York, NY | $192.00 | Black & white copies $0.10 per pg. Color copies $0.80 per pg. | Various |
| **Total** | | | **$192.00** | | |

# M&G Chemicals S.A.

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/16/17 | Research request for background information on potential bidder (Databases used: OneSource, Capital IQ, PrivCo, PitchBook) | New York, NY | $100.00 | Vendor | V. Zhao |
| 11/29/17 | Research request for background information on potential bidders (Databases used: OneSource, Factiva, Capital IQ, PrivCo, PitchBook) | New York, NY | $200.00 | Vendor | V. Zhao |
| 11/30/17 | Research request for public equity / industry research (Databases used: Thomson One, Capital IQ) | New York, NY | $150.00 | Vendor | R. Haq |
| 11/30/17 | Research request for public equity / industry research (Databases used: Thomson One, Capital IQ) | New York, NY | $100.00 | Vendor | V. Zhao |
| **Total** | | | **$550.00** | | |