IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
|  | Ref. Docket No. 665 † 666 |

**ORDER GRANTING MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING WITH RESPECT TO MOTION OF THE DEBTORS FOR ENTRY OF ORDERS (I) AUTHORIZING THE DEBTORS TO ENTER INTO A STALKING HORSE PURCHASE AGREEMENT AND TO PROVIDE EXPENSE REIMBURSEMENT THEREUNDER; (II)(A) APPROVING THE SALE OF CERTAIN ASSETS OF M & G POLYMERS USA, LLC FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES AND (B) APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (III)(A) AUTHORIZING POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362, 363, AND 364; (B) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS TO STALKING HORSE PURSUANT TO 11 U.S.C. §§ 364 AND 507; (C) PROVIDING ADEQUATE PROTECTION; (IV) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND (C) AND LOCAL RULE 4001-2; AND (V) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice of the Motion filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (b) the Motion to

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not defined herein shall have the meanings attributed in the Motion to Shorten or Motion, as applicable.

Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing to consider the Expedited Relief requested in the Motion shall be held on January 19, 2018, at 10:00 a.m. prevailing Eastern Time.

3. Objections or responses, if any, to the Expedited Relief requested in the Motion must be made at the hearing. ~~on or before January ____, 2018, at 4:00 p.m. prevailing Eastern Time~~.

4. Within one business day after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Motion in the manner described in the Motion to Shorten.

5. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: Jan. 16, 2018
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

2