# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| | (Jointly Administered) |
| Debtors. | |
| | **Ref. Docket No.** \_\_\_\_ |

**ORDER GRANTING MOTION OF THE CONSTRUCTION LIENHOLDER GROUP FOR ENTRY OF AN ORDER (I) GRANTING LEAVE, STANDING AND AUTHORITY TO COMMENCE, PROSECUTE, SETTLE AND RECOVER CERTAIN CAUSES OF ACTION AGAINST DAK AMERICAS LLC ON BEHALF OF DEBTORS' ESTATES TO CHALLENGE AND RECHARACTERIZE ALLEGED LIENS AND RELATED PAYMENTS AND (II) TO EXTEND TIME TO TAKE SUCH ACTION PURSUANT LOCAL BANKRUPTCY RULE 9006-2**

Upon consideration of the Motion (the "Motion") of the Construction Lienholder Group (the "Construction Lienholder Group") for entry of an order (i) granting leave, standing and authority to the Construction Lienholder Group to commence, prosecute, settle and recover certain causes of action against DAK Americas LLC on behalf of Debtors' estates to challenge and recharacterize alleged liens and related payments and (ii) to extend time to take such action pursuant Local Bankruptcy Rule 9006-2; this Court having found that it has jurisdiction to consider the Motion; after notice and an opportunity for hearing, and after; and the Court having found that good cause exists to grant the relief sought in the Motion, it is hereby

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à.r.l. (1270), M&G Chemicals, S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062), and Indo American Investments Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED THAT**, the Construction Lienholder Group has standing and authority to commence, prosecute, settle and recover amounts in connection with an action to avoid the liens of DAK Americas LLC as a fraudulent conveyance (the "Potential Avoidance Action"); and it is further

**ORDERED THAT**, the deadline for the Construction Lienholder Group to commence the Potential Avoidance Action shall be extended to seven (7) business days after the Official Committee of Unsecured Creditors' Challenge Deadline; and it is further

**ORDERED THAT**, this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2018
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge