# EXHIBIT 1

|  |  |  |
|---|---|---|
| Fees | $97,838.80 (80% of $122,423.50) | $92,099.80 [1] |
| Expenses | $40.70 | $40.70 |

---

[1] Reflects $5,739.00 reduction agreed to between Crain Caton & James and the U.S. Trustee