# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re Docket Nos. 538 & 651** |

## NOTICE OF ADJOURNED HEARING AND REVISED PROPOSED ORDER REGARDING DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THEM TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NUNC PRO TUNC TO THE REJECTION DATE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 21, 2017, the above captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' First Omnibus Motion for Entry of an Order Authorizing them to Reject Certain Executory Contracts and Unexpired Leases Nunc Pro Tunc to the Rejection Date* [Docket No. 538] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion was previously served on you. If you need a copy of the Motion, you may contact the Prime Clerk, LLC, the Debtors' claims and noticing agent at www.primeclerk.com/mgusa, or the undersigned counsel.

2. On January 9, 2018, the Debtors filed the *Certification of Counsel Regarding Debtors' First Omnibus Motion for Entry of an Order Authorizing them to Reject Certain Executory Contracts and Unexpired Leases Nunc Pro Tunc to the Rejection Date*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[Docket No. 639], which adjourned the Motion with respect to the executory contracts or unexpired leases of GATX Rail Locomotive Group, LLC, Rio Valley Switching Company, SMBC Rail Services / American Railcar, CIT Group Equipment Finance, Infinity Transportation Railcar Leasing and Wells Fargo Rail Corporation (collectively, the "Adjourned Parties") to the hearing scheduled for January 18, 2018.

3. On January 9, 2018, the Court entered the *First Omnibus Order Authorizing the Rejection of Certain Executory Contracts Nunc Pro Tunc to the Rejection Date* [Docket No. 641] (the "Order"), which approved the rejection of certain executory contracts and/or unexpired leases listed in the Motion.

4. With respect to the Adjourned Parties, a hearing on the Motion has been continued to February 1, 2018, at 10:00 a.m. (Eastern Time) before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 (the "Hearing"). At the Hearing, the Debtors intend to seek entry of a revised proposed order with respect to the Adjourned Parties (the "Supplemental Order"). A copy of the Supplemental Order is attached hereto as Exhibit A.

5. Attached hereto as Exhibit B is a blackline of the Supplemental Order, showing changes made from the order initially submitted with the Motion.

6. If the Debtors do not receive any responses regarding entry of the Supplemental Order, the Debtors may file a certification of counsel after January 30, 2018, at 4:00 p.m. (Eastern Time) and seek entry of the Supplemental Order.

Dated: January 19, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession