# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION, *et al.*, | ) | Case No. 17-12307 (BLS) |
| | ) | |
| Debtor. | ) | Re: DI 549, 645 and 667 |

## ORDER ADJOURNING HEARING ON MOTION OF WFS CONSTRUCTION SERVICES, LLC FOR MODIFICATION OF THE AUTOMATIC STAY TO PERMIT A PENDING ARBITRATION PROCEEDING TO CONTINUE TO DETERMINE THE VALIDITY AND AMOUNT OF FILED MECHANICS' LIENS

Before this Court came the Motion for Modification of the Automatic Stay to Permit a Pending Arbitration Proceeding to Continue to Determine the Validity and Amount of Filed Mechanics' Liens with Exhibits A – G [DI 549] (the "Motion") filed by WFS Construction Services, LLC ("WFS"). The Court having considered the Motion, the Objection to the Motion filed by the Debtors [DI 645] (the "Objection") together with the Declaration of Melinda M. Riseden attached as Exhibit A to the Objection (the "Riseden Declaration"), and the Reply of WFS in further support of the Motion [DI 667]; and the Court having considered the statements of counsel during the hearing on the Motion held on January 18, 2018 (the "Hearing"); and the Court having admitted into evidence Exhibits A through G to the Motion; and at the Hearing the Court having sustained the objection of WFS to the Debtors' request to admit the Riseden Declaration into evidence; and for the reasons stated by the Court on the record at the Hearing;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Hearing is adjourned to March 14, 2018.

Dated: January 16, 2018
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Court Judge