**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> M & G USA CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-12307 (BLS) <br><br> Jointly Administered |
| M&G Polimeros Brasil S.A., <br><br> Plaintiff, <br><br> vs. <br><br> M&G Polymers USA, LLC and Comerica Bank, <br><br> Defendants. | Adversary Case No. 18-50007 (BLS) |

**CERTIFICATION OF CONSEL REGARDING
STIPULATION REGARDING APPLICATION OF
CASH UNDER SECTION 8(b) OF THE FINAL CASH COLLATERAL ORDER**

The undersigned hereby certifies that on December 14, 2017, the Court entered the Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507 (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Granting Related Relief [Case No. 17-12307, Docket No. 487] (the "Cash Collateral Order").

The undersigned further certifies that pursuant to paragraph 8(b) of the Cash Collateral Order, Comerica is entitled, as more fully set forth in the Cash Collateral Order and subject to the full terms and conditions of the Cash Collateral Order, to apply funds in the Comerica Collateral Account.[1] "in each case, that is not subject of a Challenge, without further Court Order."

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Cash Collateral Order.

PHIL1 6777888v.1

The undersigned further certifies that on January 16, 2018, M&G Polimeros Brazil S.A. ("Polimeros") commenced a Challenge against Comerica by initiating Adversary Proceeding No. 18-50007 (BLS) (the "Adversary Proceeding").

The undersigned further certifies that Polimeros, the Debtors, and Comerica Bank have entered into a stipulation (the "Stipulation") attached as **Exhibit 1** to the proposed order attached hereto as **Exhibit A** that would allow Comerica Bank as more fully set forth and subject to the terms and conditions of the Stipulation, to apply funds in excess of $11,889,000.00 to the Prepetition Obligations even though the Challenge initiated by the Adversary Proceeding is still pending.

Accordingly, Polimeros requests that the Court enter the proposed order attached hereto as **Exhibit A** approving the Stipulation attached thereto as **Exhibit 1** at its earliest convenience.

*[Remainder of Page Intentionally Blank]*

| | |
|---|---|
| Dated: January 29, 2018<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti, Esq. (DE Bar No. 3989)<br>Michael W. Yurkewicz, Esq. (DE Bar No. 4165)<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801-3062<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193<br><br>-and-<br><br>Morton R. Branzburg, Esq. (admitted *pro hac vice*)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 569-2700<br>Facsimile: (215) 568-6603<br><br>-and-<br><br>**KIRKLAND & ELLIS LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Joshua Greenblatt (*pro hac vice* admission pending)<br>Jeremy David Evans, Esq. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel to M&G Polimeros Brasil S.A.* |