IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION, *et al.*[1], | ) | Case No. 17-12307 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 775** |

## N&A PROJECT MANAGEMENT USA, INC.'S AND MONTCALM USA, INC.'S LIMITED OBJECTION TO SECOND SUPPLEMENTAL NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

N&A PROJECT MANAGEMENT USA, INC. ("N&A"), and MONTCALM USA, INC. ("Montcalm"), by and through the undersigned counsel, hereby files this Limited Objection to the Debtors' Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 775], and in support thereof respectfully states as follows:

1. N&A and Montcalm, on the one hand, and Chemtex International, M&G Resins USA LLC, and Mossi & Ghisolfi International, on the other hand, are parties to various agreements (the "Contracts") related to the improvement and construction of the project known as the Jumbo Project, 7001 Joe Fulton International Corridor, Corpus Christi, Nueces County, Texas 78409, including the Construction Services Agreement.

2. On or about January 25, 2018, Debtors filed their Second Supplemental Notice of Possible Assumption and Assignment of the Contracts. The reason for filing this limited objection

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067

{00022278. }  1

relates solely to the cure amount owed to N&A and Montcalm under the Construction Services Agreement. The Debtors' assert a cure amount of $0.00. The cure amount proposed by the Debtors is incorrect. The actual cure amount is $720,778.50.

### Limited Objection

3. Section 365(b)(1) provides, in relevant part:

> If there has been a default in an executory contract or unexpired lease of the debtor, the trustee may not assume such contract or lease unless, at the time of assumption of such contract or lease, the trustee--(A) cures, or provides adequate assurance that the trustee will promptly cure, such default .... . . .; and (C) provides adequate assurance of future performance under such contract or lease.

11 U.S.C. § 365(b)(1).

4. The purpose of Section 365(b)(1) is to restore the debtor-creditor relationship to a pre-default condition and bring it back into compliance with the terms of the contract. *In re DBSI, Inc.*, 405 B.R. 698, 704 (Bankr. D. Del. 2009). In addition, N&A and Montcalm assert their rights to be reimbursed as part of the cure payment for all of their actual pecuniary losses, including, but not limited to, attorneys fees and costs expended with regard to enforcing their rights under the Contracts and applicable Texas state law in connection with the Debtors' bankruptcy proceedings. N&A and Montcalm further object to the extent that all cure amounts are not immediately paid in full upon assumption or assumption and assignment of the Contracts.

5. The correct cure amount owed to N&A and Montcalm on the contract is as follows:

| | |
|---|---:|
| N&A principal amount owed for construction services: | $417,070.19 |
| Interest and Attorneys Fees[2]: | $ 40,000.00 |
| TOTAL N&A CURE: | $457,070.19 |
| | |
| Montcalm USA, Inc., principal amount owed for construction services:[3] | $223,708.83 |
| Interest and Attorneys Fees: | $ 40,000.00 |
| TOTAL MONTCALM CURE: | $263,708.0 |

---

[2] Estimated Amount as of December 22, 2017, subject to additional charges.
[3] Cure amount does not include amount owed to Montcalm under the scaffolding rental agreement.

{00022278. } 2

6. In order to satisfy the requirements of section 365(b) and (f), any sale order or assignment of the Construction Services Contract must provide for immediate cure of the monetary default of $720,778.50.

WHEREFORE, N&A Project Management USA, Inc., and Montcalm USA, Inc., request that the sale and the assumption and assignment of the Construction Services Contract not be approved until the proper cure amounts have been identified, and that all other and further relief as the Court deems just and properly be awarded.

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (No. 4885)
Jason A. Gibson (No. 6091)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 319-6301
Email: leonhardt@teamrosner.com

**ANDREWS MYERS, PC**

*/s/ T. Josh Judd*
T. Josh Judd
Texas Bar No.: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com
*Admitted Pro Hac Vice*

*Counsel for N&A Project Management USA, Inc. and Montcalm USA, Inc.*