# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 17-12307 (BLS) |
| M & G USA CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 824** |

**MOTION OF CONSTRUCTION LIENHOLDER GROUP TO LIMIT NOTICE REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT NECESSARY, TO COMMENCE ACTIONS IN TEXAS TO DETERMINE THE RELATIVE PRIORITY OF CONSTRUCTION LIENS BETWEEN THE CONSTRUCTION LIENHOLDERS AND NON-DEBTORS, BANCO INBURSA, S.A., INSTITUCIÓN DE BANCO MÚLTIPLE, GRUPO FINANCIERO INBURSA AND DAK AMERICAS LLC**

Certain lien claimants[1] (collectively, "Construction Lienholder Group"), by and through their counsel, requests the Court enter an order approving a limitation of notice ("Motion to Limit Notice") regarding Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Non-Debtors, Banco Inbursa, S.A., Institución de Banco Múltiple, Grupo Financiero Inbursa and DAK Americas LLC ("Stay Relief Motion"), and in support hereof, Construction Lienholder Group states the following:

1. Substantially contemporaneously herewith, Construction Lienholder Group filed the Stay Relief Motion. In accordance with Rules 2002 and 4001 of the Federal Rules of Bankruptcy Procedure, and Rules 2002-1 and 4001-1 of the Local Rules of the Bankruptcy Court for the District of Delaware, the Stay Relief Motion would ordinarily be required to be served upon

---

[1] The term "construction lien" is intended to encompass all mechanic's, contractor's or materialman's liens arising under and pursuant to Texas property law.

counsel for the Debtors, United States Trustee, any Official Committee, and all parties requesting notices and all known parties having an interest in the subject property or relief requested.

2. The Construction Lienholder Group is serving the Lift Stay Motion and notice by overnight mail or hand delivery to the following (collectively, the "Core Notice Parties"): (i) the Office of the United States Trustee; (ii) the Debtors; (iii) Debtors' counsel; (iv) the Official Committee of Unsecured Creditors' counsel; (v) the Pre-Petition First Lien Lender's counsel; and (vi) the Pre-Petition Second Lien Lender's counsel, to provide these "core" parties in this case with the requisite notice in accordance with applicable rules. Further, each of the Core Notice Parties are getting a copy of the Stay Relief Motion and notice via electronic mail.

3. In this case, more than 100 parties have filed entries of appearance and requests for notice, all or substantially all of whom will receive notice by ECF. Serving a copy of the Lift Stay Motion by overnight mail or hand delivery upon all of those parties would be prohibitively expensive, particularly where none of the parties have any interest in the Stay Relief Motion.[2] Further, in the event that any party makes a request for a copy of the Stay Relief Motion, the undersigned counsel will send them a copy of the Stay Relief Motion by electronic mail. Accordingly, sufficient cause exists to limit notice of the Stay Relief Motion.

[*Remainder of Page Left Intentionally Blank*]

---

[2] In the event that the Court grants the Lift Stay Motion, counsel for the Construction Lienholder Group will serve a copy of the order upon all parties who entered their appearance.

WHEREFORE, Construction Lienholder Group respectfully requests entry of an order, attached hereto granting relief to limit notice regarding the Stay Relief Motion and granting such other relief as requested in this Motion to Limit Notice and as may be appropriate.

Dated: January 29, 2018

**MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brenna A. Dolphin (DE Bar No. 5604)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bdolphin@morrisjames.com

*Counsel to the Construction Lienholder Group*