# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| M&G USA CORPORATION, *et al.*, | ) Case No. 17-12307 (BLS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket No.: 820** |

## RESPONSE IN OPPOSITION TO STIPULATION
## FILED UNDER CERTIFICATION OF COUNSEL [D.I. 820]

M&G Mexico Holding S.A. de C.V., M&Ghisolfi de Mexico S.A. de C.V., M&G Polimeros Mexico S.A. de C.V., and Servicios Tamaulipas, S.A. de C.V. (collectively, the "M&G Mexican Entities") submit this response in opposition to the *Stipulation Regarding Application of Cash under Section 8(b) of the Final Cash Collateral Order* (the "Stipulation") [ECF No. 820] filed under certification of counsel to M&G Polimeros Brasil S.A. (the "M&G Brazilian Entity") in the above-captioned proceedings.

1. The M&G Mexican Entities have only recently determined they are in the same position as the M&G Brazilian Entity, whose rights are being protected by the $11.9 million holdback of funds provided under the Stipulation. The M&G Mexican Entities file this opposition in an effort to preserve their rights while they seek to increase this holdback to $20.1 million so as to additionally cover $8.2 million of funds which are held in trust for the M&G Mexican Entities' benefit. The M&G Mexican Entities were on the verge of filing an adversary proceeding on this subject when the potentially prejudicial Stipulation was filed, necessitating a more immediate response.

2. The M&G Mexican Entities, all non-debtor affiliates of the Debtors, produce polyethylene terephthalate ("PET") that is marketed and sold by Debtor M&G Polymers USA,

LLC ("M&G Polymers") on the M&G Mexican Entities' behalf in the United States. Based on the M&G Mexican Entities' ongoing investigation of M&G Polymers' accounts, the M&G Mexican Entities determined yesterday that up to $8.2 million received by M&G Polymers on behalf of the M&G Mexican Entities was deposited in the Debtors' accounts and transferred, at least in part, to the Comerica Collateral Account. Under this Court's *Final Order (1) Authorizing the Use of Cash Collateral; (2) Granting Adequate Protection; (3) Modifying the Automatic Stay; and (4) Granting Related Relief* (the "Final Cash Collateral Order") [ECF No. 487], "the mere depositing of any such funds into the Comerica Collateral Account shall not, in and of itself, prejudice the rights of any party to assert a superior interest in such cash." *See* Final Cash Collateral Order ¶ 4(a).

3. The M&G Mexican Entities intend in short order to file a complaint, similar to that filed by the M&G Brazilian Entity (Adv. Pro. 18-50007), asserting that approximately $8.2 million of funds held by M&G Polymers should be found to be held in trust for the M&G Mexican Entities. If the Stipulation is approved by the Court in its current form, it may be interpreted to authorize Comerica Bank to take funds held in trust for the M&G Mexican Entities' benefit, which funds are not property of the M&G Polymer's estate and are not Cash Collateral. *See*, *e.g.*, *Redrock Admin. Servs. LLC v. Magna Entm't Corp. (In re Magna Entm't Corp.)*, 438 B.R. 380, 386 (Bankr. D. Del. 2010) ("It is well-settled that debtors do not own an equitable interest in property they hold in trust for another, and that therefore funds held in trust are not property of the estate.") (internal citations omitted). Thus, the entry of the Stipulation in its current form could cause immediate and irreparable harm to the M&G Mexican Entities.[1]

---

[1] The M&G Mexican Entities acknowledge that the deadline to bring a Challenge, as that term is defined in the Final Cash Collateral Order, has passed. The M&G Mexican Entities do not object to the adequate protection provided in the Final Cash Collateral Order, however, so long as the M&G Mexican Entities' property is not used to provide that adequate protection.

4. Pending resolution of the foregoing adversary proceeding, the M&G Mexican Entities seek nothing more than the same interim protection that the M&G Brazilian Entity will enjoy under the Stipulation. Accordingly, the M&G Mexican Entities request that, absent a consensual resolution among the parties in interest, the hold-back in the Stipulation be increased to $20.1 million.

5. Counsel for the M&G Mexican Entities is prepared to work promptly with the other parties in interest to agree on a modified stipulation that protects the funds that are held in trust for the M&G Mexican Entities. Counsel for the M&G Entities is available at the Court's convenience to discuss this matter by telephone, or at the Court's hearing scheduled for February 1 at 1:00 p.m.

Dated: January 30, 2018

**BLANK ROME LLP**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: 302.425.6400
Facsimile: 302.428.5107
debaecke@blankrome.com

-and-

**MORGAN, LEWIS & BOCKIUS LLP**

Timothy B. DeSieno (admitted *pro hac vice*)
Joshua Dorchak (*pro hac* forthcoming)
101 Park Avenue
New York, New York 10178
Telephone: 212.309.6000
Facsimile: 212.309.6001
timothy.desieno@morganlewis.com
joshua.dorchak@morganlewis.com

*Attorneys for the M&G Mexican Entities*