# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 660 |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING AMENDED FIRST MONTHLY APPLICATION OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH NOVEMBER 30, 2017**

The undersigned counsel for the above captioned debtors (the "Debtors") hereby certifies that:

1. On January 11, 2018, Rothschild Inc. and Rothschild S.p.A. (collectively, "Rothschild") , as financial advisors and investment bankers to the above captioned debtors and debtors in possession (the "Debtors"), filed the *Amended First Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period From October 31, 2017 Through November 30, 2017* (Docket No. 660)[2] (the "Application") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] This Application amended the one previously filed on January 3, 2018 at Docket No. 617.

DOCS_DE:217566.2 54032/001

2. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than January 24, 2018, at 5:00 p.m. prevailing Eastern Time (the "Objection Deadline").

3. The undersigned further certifies that a review of the Court's docket in these cases shows no answer, objection, or other responsive pleading to the Application.

4. Pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on December 1, 2017 (Docket No. 308), the Debtors are authorized to pay Rothschild $560,000.00, which represents 80% of fees ($700,000.00)[3] and $74,367.77, which represents 100% of the expenses requested in the Application for the period October 31, 2017 through November 30, 2017, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: January 30, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

---

[3] Excludes $6,451.61 in requested fees that were paid prepetition and are not currently owed.

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession