# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref: Docket No. 770 |

## DEBTORS' RESERVATION OF RIGHTS WITH RESPECT TO MOTION FOR EXAMINATION OF M&G MEXICO HOLDING, S.A. DE C.V. AND M&G POLIMEROS MEXICO, S.A. DE C.V. PURSUANT TO BANKRUPTCY RULE 2004

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby file this reservation of rights (this "Reservation of Rights") to the *Motion for Examination of M&G Mexico Holdings, S.A. de C.V. and M&G Polimeros Mexico, S.A. de C.V. Pursuant to Bankruptcy Rule 2004* (Docket No. 770) (the "Motion")[2] filed by Banco Nacional de Comercio Exterior, S.N.C., Institucion de Banca de Dessarrollo ("Bancomext"). In support of this Reservation of Rights, the Debtors respectfully state as follows:

## RESERVATION OF RIGHTS

1. The sole purpose of the Motion appears to be to compel two non-Debtor entities—M&G Mexico Holding, S.A. de C.V. ("M&G Holding") and M&G Polimeros Mexico, S.A. de C.V. ("M&G Polimeros")—to comply with Bancomext's discovery requests.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to such terms in the Motion.

The Debtors take no position as to whether the relief sought in the Motion is appropriately before this Court at this time, but instead file this Reservation of Rights out of an abundance of caution to preserve their rights in the event that anything in the Motion or the proposed order attached thereto is construed to require the Debtors to take any action or otherwise comply with any document request.

2. As Bancomext acknowledges in the Motion, the Debtors have worked in good faith to provide Bancomext with access to documents and information on an informal basis and have granted Bancomext access to a data room the Debtors have set up to allow potential purchasers of the Debtors' assets to conduct diligence. The Debtors understand that Bancomext is currently in the process of reviewing the materials in the data room. Nonetheless, in the Motion, Bancomext reserved "all rights to propound additional document requests to the Debtors, if necessary." Motion, ¶ 22.

3. The Debtors' cooperation and decision not to file a formal objection to the Motion and insert themselves into a dispute between Bancomext and M&G Holding and M&G Polimeros should not be construed as the Debtors' agreement to comply with any future discovery requests, a waiver of any objection to such requests or otherwise prejudice the Debtors in any way.

4. The Debtors reserve the right to respond to, and/or object to, any document requests, whether from Bancomext, or any other party, now or in the future. Finally, the Debtors reserve the right to further respond to the Motion, to the extent necessary to protect their rights, at any hearing on the Motion.

| | |
|---|---|
| Dated: February 5, 2018 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com<br><br>and<br><br>JONES DAY<br>Scott J. Greenberg<br>Michael J. Cohen<br>Stacey L. Corr-Irvine<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: sgreenberg@jonesday.com<br>mcohen@jonesday.com<br>scorrirvine@jonesday.com<br><br>and<br><br>Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-7035<br>Facsimile: (216) 579-0212<br>Email: ceblack@jonesday.com<br><br>Co-Counsel for the Debtors and Debtors in Possession |