## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re : Chapter 11
: 
M & G USA CORPORATION, *et al.*, : Case No. 17-12307 (BLS)
: 
Debtors.[1] : Jointly Administered
: 
---------------------------------------------------------------- x **Related to Docket No. 819**

## NOTICE OF FILING OF AMENDED EXHIBIT A TO FIRST MONTHLY FEE STATEMENT OF GATTAI, MINOLI, AGOSTINELLI, PARTNERS FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM NOVEMBER 15, 2017 THROUGH AND INCLUDING NOVEMBER 30, 2017

**PLEASE TAKE NOTICE** that on January 29, 2018, Gattai, Minoli, Agostinelli, Partners, special counsel to the official committee of unsecured creditors in the above captioned chapter 11 cases, filed the *First Monthly Fee Statement of Gattai, Minoli, Agostinelli, Partners for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to Official Committee of Unsecured Creditors During Period From November 15, 2017 Through and Including November 30, 2017* [Docket No. 819] (the "Fee Statement").

**PLEASE TAKE FURTHER NOTICE** that certain time entries filed as Exhibit A to the Fee Statement were redacted to protect privileged and confidential information. Unredacted

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

versions of such time entries, which have been revised to protect privileged and confidential information, are contained in the amended Exhibit A attached hereto.

Dated: February 6, 2018

Respectfully submitted,

 /s/ J. Kate Stickles
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: kstickles@coleschotz.com
　　　　dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
28 Liberty St.
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
　　　　araval@milbank.com
　　　　ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*