**Exhibit A**

# Exhibit A

| Professional | Date | Description | Time |
|---|---|---|---|
| Agostinelli Riccardo | 16/11/2017 | Preparatory conference call and study of materials | 1.50 |
| Sgrò Riccardo | 17/11/2017 | Study and research regarding composition with creditors | 0.90 |
| Sgrò Riccardo | 19/11/2017 | Preparation of slides on Italian procedures/insolvency | 5.70 |
| Cupolo Cristina | 19/11/2017 | Research for preparation of slides on Italian procedures | 7.90 |
| Tropeano Federico | 19/11/2017 | Review of Review of the documentation related to M&G with a particular attention to the documents related to the opening of the Chapter 11 in the US. | 2.00 |
| Carrello Gaetano | 20/11/2017 | Review slides overview Italian procedures. Circulation to Millbank. Exam M&G S.p.A. financial statements | 3.50 |
| Cupolo Cristina | 20/11/2017 | Study and research with respect to the Composition with creditors procedure. according to Article 161 of the Italian Bankruptcy Law | 0.70 |
| Sgrò Riccardo | 20/11/2017 | Drafting of memo concerning bankruptcy proceedings | 2.80 |
| Tropeano Federico | 20/11/2017 | Drafting of Preparation of the slides related to the general overview of the insolvency proceedings in Italy + research on the status of filing with the Italian court made by the Italian companies. | 8.40 |
| Carrello Gaetano | 21/11/2017 | Call with Milbank. Follow up | 1.00 |
| Cupolo Cristina | 21/11/2017 | Study and research with respect to the Composition with creditors procedure. according to Article 161 of the Italian Bankruptcy Law | 3.00 |
| Sgrò Riccardo | 21/11/2017 | Telephone Call with Gaetano Carrello. Lauren Doyle and Mehta. Suhrud; | 1.20 |
| Sgrò Riccardo | 21/11/2017 | Review of memo and analysis and review of n. 8 petition of composition with creditors and others relevant documents regarding to M&G US | 2.50 |
| Tropeano Federico | 21/11/2017 | Telephone Call Conference call with Milbank in order to discuss about the slides re. the insolvency proceedings in Italy and update on the situation of the Italian companies. | 1.10 |
| Agostinelli Riccardo | 22/11/2017 | Review of documents; conference call | 1.00 |
| Carrello Gaetano | 22/11/2017 | Creditors Committee conf call | 2.20 |
| Cupolo Cristina | 22/11/2017 | Study and research Review of the report drafted by Berkeley Research Group and of our presentation on restructuring in Italy | 1.50 |
| Cupolo Cristina | 22/11/2017 | Telephone conference Meeting of official committee of unsecured creditors of M&G USA Corporation | 2.50 |
| Sgrò Riccardo | 22/11/2017 | Telephone call with Committees. | 1.80 |
| Sgrò Riccardo | 22/11/2017 | Study and research review and analysis of financial statement of M&G Spa. M&G Finanziaria; review of report and of file of US committees | 4.70 |
| Tropeano Federico | 22/11/2017 | Telephone conference Creditors' committee call | 2.00 |
| Carrello Gaetano | 29/11/2017 | Weekly call | 0.80 |
| Sgrò Riccardo | 29/11/2017 | Telephone Call with Milbank and review of petition | 2.00 |
| Carrello Gaetano | 30/11/2017 | Call with Milbank NY. Assignment re: insurance issue | 0.70 |
| Cupolo Cristina | 30/11/2017 | Translation of the Insurance policies | 2.80 |
| | | | **64.20** |

## Report

| Name | From | To | Time | Amount ($) | Hourly rate ($) | Amount $ |
|---|---|---|---|---|---|---|
| Agostinelli Riccardo | 16/11/2017 | 22/11/2017 | 2.50 | 2,150.00 | 860.00 | 2,150.00 |
| Carrello Gaetano | 20/11/2017 | 10/01/2018 | 8.20 | 6,560.00 | 800.00 | 6,560.00 |
| Cupolo Cristina | 20/11/2017 | 10/01/2018 | 18.40 | 4,048.00 | 220.00 | 4,048.00 |
| Sgrò Riccardo | 17/11/2017 | 12/01/2018 | 21.60 | 10,368.00 | 480.00 | 10,368.00 |
| Tropeano Federico | 19/11/2017 | 22/11/2017 | 13.50 | 4,320.00 | 320.00 | 4,320.00 |
| | | **TOTALS** | **64.20** | **27,446.00** | | **27,446.00** |