**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------X
:
In re : Chapter 11
: Case No. 17-12307 (BLS)
M & G USA Corporation, *et al.*[1] :
: Jointly Administered
Debtors. :
: **Objection Deadline: Feb. 27, 2018 at 4:00 p.m. (ET)**
: **Hearing Date: Scheduled only if necessary**
---------------------------------------------------------X

# FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM NOVEMBER 13, 2017 THROUGH NOVEMBER 30, 2017

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group LLC ("BRG") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | January 5, 2018 *nunc pro tunc* to November 13, 2017 |
| Period for which Compensation and reimbursement is sought: | November 13, 2017 through November 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $268,102.40 (80% of $335,128.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $45.00[2] |

This is an: __X__ monthly ___ interim ___ final application

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).

[2] The date listed for expenses contained in Exhibit B does not necessarily reflect the date on which the expense was actually incurred by Applicant.

The time expended for the preparation of the Applicant's first monthly fee application will be included in the Applicant's second monthly fee application.

**Attachment A - Prior Monthly Applications Filed:**

| Application | | Requested | | Approved | | CNO |
| --- | --- | --- | --- | --- | --- | --- |
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | Date Filed/ Docket No. |
| Dkt No. | N/A | $ N/A | $ N/A | $ N/A | $ N/A | Dkt No. |

# M & G USA Corporation, et al
## Berkeley Research Group, LLC
### Attachment B: Fees By Professional



For the Period 11/13/2017 through 11/30/2017

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Dianderas | Associate | $260.00 | 4.5 | $1,170.00 |
| B. Kullberg | Managing Director | $580.00 | 6.7 | $3,886.00 |
| B. Wolf | Managing Director | $350.00 | 5.0 | $1,750.00 |
| C. Kearns | Managing Director | $980.00 | 22.0 | $21,560.00 |
| D. Galfus | Managing Director | $980.00 | 78.2 | $76,636.00 |
| F. O'Connor | Managing Director | $920.00 | 19.0 | $17,480.00 |
| J. Dunn | Director | $705.00 | 1.2 | $846.00 |
| J. Emerson | Senior Managing Consultant | $475.00 | 93.0 | $44,175.00 |
| M. Dansky | Managing Director | $665.00 | 17.4 | $11,571.00 |
| M. Haverkamp | Case Assistant | $175.00 | 8.1 | $1,417.50 |
| R. Cohen | Associate | $270.00 | 3.7 | $999.00 |
| R. Fultineer | Managing Director | $350.00 | 13.0 | $4,550.00 |
| R. Wright | Managing Director | $710.00 | 150.3 | $106,713.00 |
| S. Ponniah | Managing Consultant | $275.00 | 31.4 | $8,635.00 |
| Z. Mainzer | Managing Consultant | $415.00 | 81.3 | $33,739.50 |
| **Total** | | | **534.8** | **$335,128.00** |
| **Blended Rate** | | | | **$626.64** |

# M & G USA Corporation, et al
## Berkeley Research Group, LLC
### Attachment C: Fees By Task Code



For the Period 11/13/2017 through 11/30/2017

| Task Code | Hours | Fees |
|---|---|---|
| 01. Asset Acquisition/Disposition | 7.6 | $5,243.00 |
| 04. DIP Financing | 30.7 | $22,045.50 |
| 05. Professional Retention/ Fee Application Preparation | 10.2 | $2,989.50 |
| 07. Interaction/Meetings with Debtors/Counsel | 31.9 | $27,625.50 |
| 08. Interaction/Meetings with Creditors | 42.9 | $37,869.00 |
| 09. Employee Issues/KEIP | 20.7 | $14,556.50 |
| 10. Recovery/SubCon/Lien Analysis | 69.7 | $40,270.00 |
| 13. Intercompany Transactions/Balances | 29.8 | $15,697.00 |
| 14. Executory Contracts/Leases | 3.0 | $2,488.00 |
| 17. Analysis of Historical Results | 148.7 | $84,218.50 |
| 19. Cash Flow/Cash Management Liquidity | 54.8 | $32,587.50 |
| 20. Projections/Business Plan/Other | 4.5 | $3,527.00 |
| 31. Planning | 33.2 | $20,096.50 |
| 32. Document Review | 18.8 | $8,597.50 |
| 33. Intellectual Property | 23.0 | $15,477.00 |
| 39. Overseas/Foreign Entity Proceedings | 5.3 | $1,840.00 |
| **Total** | **534.8** | **$335,128.00** |
| **Blended Rate** | | **$626.64** |

Berkeley Research Group, LLC

Invoice for the 11/13/2017 - 11/30/2017 Period

**M & G USA Corporation, et al**

**Berkeley Research Group, LLC**

**Attachment D: Expenses By Category**

For the Period 11/13/2017 through 11/30/2017



| Expense Category | Amount |
|---|---:|
| 07. Travel - Parking | $45.00 |
| **Total Expenses for the Period 11/13/2017 through 11/30/2017** | **$45.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
: 
In re                                             : Chapter 11
                                                  : Case No. 17-12307 (BLS)
M & G USA Corporation, *et al.*[1]                :
                                                  : Jointly Administered
                    Debtors.                      :
                                                  :
                                                  : **Objection Deadline: Feb. 27, 2018 at 4:00 p.m. (ET)**
                                                  : **Hearing Date: Scheduled only if necessary**
------------------------------------------------------X

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM NOVEMBER 13, 2017 THROUGH NOVEMBER 30, 2017**

Berkeley Research Group, LLC ("BRG") financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits its first monthly fee application (the "Application") for an order pursuant to sections 105(a), 330 and 331 chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "Local Rules"), the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order"), entered December 1, 2017, and the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).

1

Expenses filed under 11 U.S.C. § 330, effective January 30, 1996 (the "U.S. Trustee Guidelines") seeking (a) the allowance of reasonable compensation for professional services rendered by BRG to the Committee during the period November 13, 2017 through November 30, 2017 (the "Fee Period") and (b) reimbursement of actual and necessary charges and disbursements incurred by BRG during the Fee Period in the rendition of required professional services on behalf of the Committee. In support of this Application, BRG represents as follows:

## JURISDICTION

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over the Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The statutory bases for the relief requested herein are sections 105(a), 330, 331, and 503(b) of the Bankruptcy Code and Bankruptcy Rule 2016.

## BACKGROUND

3. On October 24, 2017 Debtor M & G Polymers USA, LLC ("M & G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and thereafter, on October 30, 2017 (the "Petition Date"), each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M & G Polymers, the "Cases"). The Debtors are authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On November 1, 2017, the Court entered an order (Dkt. No. 61) authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b). No trustee or examiner has been appointed in these cases.

4.      On November 13, 2017 (the "Formation Date"), the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed seven of the Debtors' unsecured creditors to serve as members of the Committee. The Committee is presently comprised of the following members: (i) Industrial and Commercial Bank of China Limited, (ii) UniCredit S.p.A., (iii) Banca Monte dei Pachi di Siena S.p.A., (iv) Pepsi-Cola Advertising and Marketing, Inc., (v) Amcor Group GmbH, (vi) United Steel Workers, and (vii) Pension Benefit Guarantee Corporation.

5.      On the Formation Date, the Committee selected BRG to serve as its financial advisor. The Committee has also selected Milbank, Tweed, Hadley & McCloy LLP and Cole Schotz P.C. (together, "Counsel") to serve as its counsel and Delaware counsel respectively, and Jefferies, LLC ("Jefferies") to serve as its investment banker. On January 5, 2018, this Court entered an order authorizing the retention of BRG as financial advisor to the Committee, nunc pro tunc to November 13, 2017.

## FEE PROCEDURES ORDER

6.      On December 1, 2017, this Court signed the Interim Compensation Order. Pursuant to the Interim Compensation Order, no earlier than the fifth (5) day of each full calendar month (the "Fee Filing Period") following the month for which compensation and reimbursement is sought (the "Compensation Period"), each Professional seeking interim compensation may file with the Court a monthly application (each a "Monthly Fee Application") pursuant to section 331 of the Bankruptcy Code for interim approval and allowance of compensation for services rendered and reimbursement of expenses during the Compensation Period. Each Notice Party shall have twenty-one (21) days after service of a Monthly Fee Application to review the Monthly Fee Application and object thereto (the "Objection Deadline"). Upon the expiration of the Objection Deadline: (i) if no objections have been filed, the Professional shall file a certificate of no objection

and the Debtors shall then be authorized and directed to pay such Professional eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Application (the "Maximum Payment") or (ii) if an objection to a Monthly Fee Application has been filed, the Professional shall be entitled to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses (the "Actual Payment") not subject to that objection.

## SUMMARY OF SERVICES RENDERED

7. BRG is a global strategic advisory and expert consulting firm that provides independent expert testimony, litigation and regulatory support, authoritative studies, strategic advice, advisory services relating to restructuring and turnaround, due diligence, valuation, and capital markets, and document and data analytics to major law firms, Fortune 500 corporations, government agencies, and regulatory bodies around the world.

8. Since being retained by the Committee, BRG has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. BRG respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

9. BRG submits that the interim fees applied for herein for professional services rendered in performing services for the Committee in this proceeding are fair and reasonable in view of the time spent, the extent of work performed, the nature of the Debtors' capitalization structure and financial condition, the Debtors' financial accounting resources and the results obtained. BRG's fees typically are based on the actual hours charged at BRG's standard hourly rates, which are in effect when the services are rendered.

10. BRG expended an aggregate of 534.8 hours, substantially all of which was expended by the professional staff of BRG. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

11. BRG believes that there has been no duplication of services between BRG and any other consultants or accountants to the bankruptcy estate.

12. BRG's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, BRG's per diem rates for professionals of comparable experience, are at or below those of firms we consider our competitors. We believe that the compensation in this Application is based on the customary compensation charged by comparably skilled professionals in cases other than cases under Title 11.

13. Because BRG's core staff consists of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of BRG's professionals, in many instances only three or fewer BRG representatives attended meetings, hearings, or conference calls or performed specific functions.

14. No agreement or understanding exists between BRG and any other person for the sharing of compensation received or to be received for services rendered in connection with the chapter 11 cases, except for internal agreements among employees of BRG regarding the sharing of revenue or compensation. Neither BRG nor any of its employees has entered into an agreement or understanding to share compensation with any entity as described in Bankruptcy Rule 2016.

15. BRG's travel time policy is to not charge such time to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

16. BRG's time records for the Fee Period are attached hereto as **Exhibit A**. These records include daily time logs describing the time spent by each BRG professional and administrative-level person in these cases.

17. BRG also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services. An itemized schedule of expenses within each category, including description, incurred in connection with the Cases and the amounts for which reimbursement is requested is annexed hereto as **Exhibit B**.

18. The general summary of the services rendered by BRG during the Fee Period based on tasks and number of hours is set forth below.

### Asset Acquisition/Disposition – Task Code 01

19. This task code includes time charges for BRG's review of proposed bid procedures and associated sales information developed for potential bidders for various planned asset sales, as well as communicated with Committee professionals thereon.

20. BRG has expended 7.6 hours on this category for a fee of $5,243.00.

### DIP Financing – Task Code 04

21. Time charged to this task code relates to BRG's analysis of the Debtors DIP forecast and preparation of related presentation for Counsel and the Committee in addition to assisting Counsel with their preparation of an objection to the proposed DIP facility.

22. BRG has expended 30.7 hours on this category for a fee of $22,045.50.

### Professional Retention/ Fee Application Preparation – Task Code 05

23. Time charged to this task code relates to BRG's preparation of its retention documents for filing with the court.

24. BRG has expended 10.2 hours on this category for a fee of $2,989.50.

### Interaction/ Meeting with Debtors/ Counsel – Task Code 07

25. Time charged to this task code relates to BRG's preparation for and attendance on calls and at meetings as well as other communications with the Debtors and their various professionals in order to obtain information on the Debtors operations and history as well as their case strategies which they intended to pursue.

26. BRG has expended 31.9 hours on this category for a fee of $27,625.50.

### Interaction/ Meetings with Creditors/ Counsel – Task Code 08

27. Time charged to this task code relates to BRG's interactions with the Committee, Committee Counsel, and the investment bank to the Committee in order to advise the Committee and develop strategies for a variety case matters, including developing presentations related thereto.

28. BRG has expended 42.9 hours on this category for a fee of $37,869.00.

### Employee Issues/ KEIP/ KERP – Task Code 09

29. Time charged to this task code relates to BRG's review and analysis of the Debtors' proposed key employee retention and incentive plans ("KERP" and "KEIP" respectively) and preparing reports and presentations for the Committee and Counsel thereon.

30. BRG has expended 20.7 hours on this category for a fee of $14,556.50.

### Recovery/ SubCon/ Lien Analysis – Task Code 10

31. Time charged to this task code relates to BRG's analysis of claims and development of preliminary recovery models, by Debtor, in order to advise the Committee regarding these matters and development of appropriate case strategies.

32. BRG has expended 69.7 hours on this category for a fee of $40,270.00.

### Intercompany Transactions/ Balances – Task Code 13

33. Time charged to this task code relates to BRG's analysis of intercompany claims amongst the Debtor and non-debtor entities, including development of an intercompany matrix and reporting to the Committee and Counsel thereon.

34. BRG has expended 29.8 hours on this category for a fee of $15,697.00.

### Executory Contracts/ Leases – Task Code 14

35. Time charged to this task code relates to BRG's analysis of supplier contracts and the lease rejection motion.

36. BRG has expended 3.0 hours on this category for a fee of $2,488.00.

### Analysis of Historical Results – Task Code 17

37. This task code relates to time spent by BRG investigating the Debtors historical operating performance and transactions including those related to construction activities.

38. Specific tasks performed in this category included (i) analysis of historical financial statements, (ii) review of construction records and reports, (iii) assessment of certain historical financing transactions and (iv) preparation of reports and presentations to the Committee and Counsel thereon.

39. BRG has expended 148.7 hours on this category for a fee of $84,218.50.

### Cash Flow/ Cash Management Liquidity – Task Code 19

40. This task code relates to time spent by BRG reviewing and analyzing matters impacting the Debtors' cash management processes and overall liquidity at the individual Debtor entities.

41. Specific tasks performed in this category included (i) analysis of cash collateral budget for Polymers, (ii) analysis of the Resins and the other Debtors' forecast under the DIP forecast, (iii) assessment of actual operating results against plans, (iv) review of the cash management motion, and (v) preparing reports for Counsel and the Committee based on our findings hereon.

42. BRG has expended 54.8 hours on this category for a fee of $32,587.50.

### Projections/ Business Plan/ Other – Task Code 20

43. This task code relates to time spent by BRG review and analysis of the Debtors business plan for certain Debtor entities.

44. BRG has expended 4.5 hours on this category for a fee of $3,527.00.

### Planning – Task Code 31

45. This task code relates to time spent by BRG preparing work plans to avoid duplication of efforts with other case professionals, establishing related staffing plans, and preparing certain data requests in addition to reviewing the Debtors financial professional retentions.

46. BRG has expended 33.2 hours on this category for a fee of $20,096.50.

### Document Review – Task Code 32

47. This task code relates to time spent by BRG reviewing certain of the Debtors motions/ and declarations filed in the case as well as information assembled by the Debtors in its data room.

48. BRG has expended 18.8 hours on this category for a fee of $8,597.50.

### Document Review – Task Code 33

49. This task code relates to time spent by BRG analyzing the Debtors' intellectual property assets in order to understand their value to and impact on the Debtors' operations.

50. BRG has expended 23.0 hours on this category for a fee of $15,477.00.

### Overseas/Foreign Entity Proceedings – Task Code 39

51. This task code relates to time spent by BRG analyzing the Debtors' foreign affiliates and their related operations and financial condition.

52. BRG has expended 5.3 hours on this category for a fee of $1,840.00.

### ACTUAL AND NECESSARY EXPENSES

53. BRG incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee as summarized above, in the sum of $45.00, for which BRG respectfully requests reimbursement in full.

54. The disbursements and expenses have been incurred in accordance with BRG's normal practice of charging clients for expenses clearly related to and required by particular matters. Such expenses were often incurred to enable BRG to devote time beyond normal office hours to matters, which imposed extraordinary time demands. BRG has endeavored to minimize these expenses to the fullest extent possible.

55. BRG's billing rates do not include charges for photocopying, telephone and facsimile charges, computerized research, travel expenses, "working meals," secretarial overtime, postage and certain other office services, because the needs of each client for such services differ. BRG believes that it is fairest to charge each client only for the services actually used in performing services for such client. BRG has endeavored to minimize these expenses to the fullest extent possible.

56. In providing a reimbursable service such as copying or telephone, BRG does not make a profit on that service. In charging for a particular service, BRG does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for service which BRG justifiably purchased or contracted for from a third party, BRG requests reimbursement only for the amount billed to BRG by such third party vendor and paid by BRG to that vendor.

## **NOTICE AND NO PRIOR APPLICATION**

57. Notice of this application has been given to (a) the Debtors; (b) counsel for the Debtors; (c) the Office of the U.S. Trustee; (d) counsel to Banco Inbursa S.A., Institución De Banca Multiple, Group Financiero Inbursa, and (e) counsel to the Commitee. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

58. With respect to these amounts, as of the date of the Application, BRG has received no payments, and no previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of this Page Intentionally Left Blank*]

**WHEREFORE**, BRG respectfully requests: (a) that it be allowed on an interim basis (i) fees in the amount of $335,128.00 for reasonable, actual and necessary services rendered by it on behalf of the Committee during the Fee Period and (ii) reimbursement of $45.00 for reasonable, actual and necessary expenses incurred during the Fee Period; (b) that the Debtors be authorized and directed to immediately pay to BRG the amount of $268,147.40 which is equal to the sum of 80% of BRG's fees and 100% of BRG's expenses incurred during the Fee Period, and (c) and granting such other and further relief as the Court may deem just and proper.

Dated: 2/5/18
Saddle Brook, NJ

**BERKELEY RESEARCH GROUP, LLC**

_/s/ David Galfus_
David Galfus
Managing Director
250 Pehle Avenue, Suite 301
Saddle Brook, NJ 07663
(201) 587-7117

Financial Advisor to the Official Committee of Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
                                                           :

In re                                       : Chapter 11
                                                    : Case No. 17-12307 (BLS)
M & G USA Corporation, *et al.*[1]             :
                                                    : Jointly Administered
                                  Debtors.      :
                                                    : **Objection Deadline: Feb. 27, 2018 at 4:00 p.m. (ET)**
                                                    : **Hearing Date: Scheduled only if necessary**
---------------------------------------------------------X

## **VERIFICATION**

STATE OF NEW JERSEY    )
                                         ) SS:
COUNTY OF BERGEN        )

        David Galfus, being duly sworn according to law, deposes and says:

        a)       I am a Managing Director at the applicant firm, Berkeley Research Group, LLC, ("BRG") and am authorized to submit this verification on behalf of BRG.

        b)       I have personally performed or supervised many of the professional services rendered by BRG as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") and am familiar with the work performed on behalf of the Committee by the professionals and other persons in the firm.

        c)       I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).

1

d) All services for which compensation is requested by BRG were professional services performed for and on behalf of the Committee and not on behalf of any other person.

e) I have reviewed the requirements of Local Rule 2016-2 and certify to the best of my information, knowledge and belief that this application complies with Local Rule 2016-2.

Executed on 2/5/18

_____
David Galfus

IDA C MOSCATELLO
ID # 2401877
NOTARY PUBLIC
STATE OF NEW JERSEY
Commission Expires November 1, 2020

*Ida C. Moscatello*