# M & G USA Corporation, et al

## Berkeley Research Group, LLC



## Exhibit A: Time Detail

For the Period 11/13/2017 through 11/30/2017



| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **01. Asset Acquisition/Disposition** | | | |
| 11/15/2017 | Z. Mainzer | 1.7 | Reviewed bid procedures motion. |
| 11/17/2017 | D. Galfus | 1.2 | Reviewed the draft bid procedures. |
| 11/17/2017 | F. O'Connor | 0.5 | Reviewed draft letter of intent for certain assets held for sale. |
| 11/17/2017 | F. O'Connor | 0.2 | Reviewed Debtors' teaser for asset sales from Debtors' banker, Rothschild. |
| 11/17/2017 | F. O'Connor | 0.1 | Reviewed potential buyers contact list from Debtors' banker, Rothschild. |
| 11/18/2017 | J. Emerson | 1.3 | Reviewed the draft bid procedures. |
| 11/19/2017 | R. Wright | 0.8 | Reviewed presentation from A&M re: sale process. |
| 11/21/2017 | R. Wright | 0.5 | Participated in a call with Jefferies (L. Szlezinger) re: sale process. |
| 11/27/2017 | D. Galfus | 1.0 | Participated in a call with Counsel (M. Price), Jefferies (L. Szlezinger) and a potential bidder. |
| 11/27/2017 | B. Wolf | 0.3 | Reviewed bid information for certain assets. |
| *Task Code Total Hours* | | *7.6* | |
| **04. DIP Financing** | | | |
| 11/13/2017 | R. Wright | 2.2 | Reviewed DIP budget. |
| 11/14/2017 | R. Wright | 1.8 | Reviewed DIP motion re: terms and conditions. |
| 11/16/2017 | D. Galfus | 1.3 | Analyzed the Debtors' DIP forecast in order to evaluate the liquidity provided |
| 11/16/2017 | J. Emerson | 0.5 | Analyzed the Debtors' DIP forecast. |
| 11/16/2017 | D. Galfus | 0.5 | Reviewed Counsel's draft document discovery request for the Debtors related to the DIP financing arrangement. |
| 11/16/2017 | F. O'Connor | 0.1 | Reviewed DIP professional fee budget. |
| 11/16/2017 | F. O'Connor | 0.1 | Reviewed email from L. Szlezinger of Jefferies regarding DIP. |

**04. DIP Financing**

| Date | Professional | Hours | Description |
|---|---|---|---|
| 11/16/2017 | F. O'Connor | 0.1 | Reviewed series of emails from UCC Counsel (P. Topper) and Jefferies (J. D'Amico) regarding discovery requests on DIP. |
| 11/17/2017 | J. Emerson | 1.7 | Analyzed the Debtors' DIP forecast. |
| 11/17/2017 | D. Galfus | 1.2 | Analyzed the Debtors' DIP forecast to understand risks and opportunities. |
| 11/17/2017 | R. Wright | 0.5 | Participated in a call with Jefferies (L. Szlezinger) re: DIP terms. |
| 11/17/2017 | D. Galfus | 0.5 | Reviewed the draft DIP objection. |
| 11/17/2017 | F. O'Connor | 0.4 | Reviewed UCC motion to adjourn DIP hearing. |
| 11/17/2017 | R. Wright | 0.3 | Participated in a call with Milbank (J. Burke) re: DIP liquidity. |
| 11/20/2017 | R. Wright | 1.4 | Prepared for meeting with A&M by reviewing DIP liquidity forecast. |
| 11/20/2017 | D. Galfus | 0.9 | Prepared BRG's report on the DIP forecast. |
| 11/20/2017 | D. Galfus | 0.7 | Analyzed the Debtors' DIP forecast for impact on the case. |
| 11/20/2017 | C. Kearns | 0.4 | Reviewed DIP budget and related analysis. |
| 11/20/2017 | C. Kearns | 0.1 | Emailed with Counsel re: status of alternate DIP search. |
| 11/20/2017 | F. O'Connor | 0.1 | Reviewed email from G. Kopacz of Milbank regarding DIP Adjournment & Memorandum on Second Day Motions. |
| 11/20/2017 | F. O'Connor | 0.1 | Reviewed emails from A. Raval regarding Debtors DIP. |
| 11/21/2017 | J. Emerson | 2.8 | Prepared DIP presentation to Unsecured Creditors Committee. |
| 11/21/2017 | J. Emerson | 2.6 | Revised DIP presentation to Unsecured Creditors Committee to reflect new information. |
| 11/21/2017 | J. Emerson | 2.4 | Continued to revise DIP presentation to Unsecured Creditors Committee. |
| 11/21/2017 | J. Emerson | 0.9 | Continued to revise DIP presentation to Unsecured Creditors Committee. |
| 11/21/2017 | C. Kearns | 0.4 | Reviewed report for the Committee re: DIP budget, liquidity and other issues. |
| 11/22/2017 | J. Emerson | 1.6 | Revised certain slides of weekly DIP presentation to the Unsecured Creditors Committee. |
| 11/22/2017 | D. Galfus | 0.6 | Reviewed DIP term sheet proposal. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **04. DIP Financing** | | | |
| 11/22/2017 | D. Galfus | 0.3 | Emailed Counsel related to comments to the DIP term sheet proposal. |
| 11/22/2017 | C. Kearns | 0.3 | Reviewed final draft of our report on DIP and other issues. |
| 11/22/2017 | C. Kearns | 0.3 | Reviewed key issues re: possible DIP objection. |
| 11/24/2017 | D. Galfus | 1.8 | Prepared outline for upcoming depositions re: the DIP financing. |
| 11/27/2017 | C. Kearns | 0.5 | Prepared memo for Counsel re: issues discussed with lenders advisors including DIP and sale process. |
| 11/27/2017 | C. Kearns | 0.5 | Reviewed status of term sheet and sizing estimate for alternative DIP. |
| 11/30/2017 | C. Kearns | 0.5 | Participated in a call with Milbank (L. Doyle) and Jefferies (L. Szlezinger) re: adequate protection issues and DIP objection. |
| 11/30/2017 | C. Kearns | 0.3 | Reviewed latest iteration of alternate DIP budget. |
| *Task Code Total Hours* | | *30.7* | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 11/14/2017 | M. Haverkamp | 0.4 | Prepared retention package. |
| 11/15/2017 | M. Haverkamp | 1.9 | Drafted retention package. |
| 11/16/2017 | D. Galfus | 0.3 | Prepared BRG's retention papers. |
| 11/16/2017 | M. Haverkamp | 0.2 | Prepared retention document package. |
| 11/29/2017 | M. Haverkamp | 1.9 | Drafted retention documents. |
| 11/30/2017 | M. Haverkamp | 2.1 | Prepared retention application. |
| 11/30/2017 | R. Wright | 1.8 | Prepared BRG retention documents. |
| 11/30/2017 | M. Haverkamp | 0.9 | Drafted affidavit. |
| 11/30/2017 | M. Haverkamp | 0.7 | Prepared draft order. |
| *Task Code Total Hours* | | *10.2* | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 11/14/2017 | D. Galfus | 0.9 | Held call with Counsel (A. Raval, L. Doyle), Jefferies (L. Szlezinger) and the Debtors (N. Augustine; D. Stogsdill) re: kick off meeting for case matters. |
| 11/14/2017 | M. Dansky | 0.9 | Held call with Counsel (L. Doyle) and Debtor (D. Stogsdill) re status of case matters. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 11/14/2017 | F. O'Connor | 0.9 | Participated in call with the Debtors (N. Augustine; D. Stogsdill) re: kick off for case matters. |
| 11/14/2017 | C. Kearns | 0.9 | Participated in initial status call with Rothschild, Jones Day and Committee advisor team. |
| 11/15/2017 | F. O'Connor | 2.6 | Participated in meeting with the Debtors' advisors (D. Stogsdill) Alvarez and Marsal and Jones Day and Milbank re operations and sale process. |
| 11/15/2017 | D. Galfus | 2.5 | Participated in a portion of meeting with Counsel (D. Dunne, L. Doyle, A. Raval), Jefferies (L. Szlezinger) and the Debtors' financial and legal advisors re: the state of the operations, sale process and other case matters. |
| 11/15/2017 | C. Kearns | 1.5 | Participated by phone in a portion of kickoff meeting with Jones Day, Alvarez & Marsal, Rothschild and Committee advisors re: case overview, DIP and sale process. |
| 11/15/2017 | F. O'Connor | 0.2 | Reviewed notes from M. Price of Milbank relating to call with Debtors' advisors and creditors' advisors. |
| 11/16/2017 | F. O'Connor | 0.7 | Prepared information and meeting request for A&M. |
| 11/16/2017 | F. O'Connor | 0.3 | Reviewed discovery request of the Debtors from UCC Counsel. |
| 11/16/2017 | C. Kearns | 0.2 | Reviewed draft initial discovery request. |
| 11/17/2017 | R. Wright | 0.8 | Prepared agenda for 11/20 meeting with A&M. |
| 11/17/2017 | F. O'Connor | 0.3 | Prepared list of follow up diligence items and emailed to D. Stogsdill of Alvarez & Marsal. |
| 11/17/2017 | F. O'Connor | 0.2 | Reviewed series of emails from D. Stogsdill (CRO) and B. Corio of Alvarez and Marsal re: initial case information. |
| 11/18/2017 | F. O'Connor | 0.5 | Commented on agenda for meeting with Debtors. |
| 11/18/2017 | R. Wright | 0.5 | Continued to prepare an agenda for 11/20 meeting with A&M. |
| 11/18/2017 | F. O'Connor | 0.1 | Reviewed emails regarding meeting with Debtors. |
| 11/19/2017 | F. O'Connor | 0.2 | Reviewed emails from D. Stogsdill of Alvarez & Marsal on agenda for proposed diligence meeting. |
| 11/20/2017 | F. O'Connor | 2.5 | Attended diligence meeting with D. Stogsdill of Alvarez & Marsal on DIP, cash management, intercompany transactions, costs to complete, historical operations and other areas. |
| 11/20/2017 | R. Wright | 2.5 | Participated in a meeting with A&M (D. Stogsdill) re: case overview and the DIP forecast |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 11/20/2017 | D. Galfus | 2.5 | Participated in a meeting with the Debtors (D. Stogsdill) in order to review the DIP forecast and various other financial matters. |
| 11/20/2017 | R. Wright | 1.2 | Continued to participate in a meeting with A&M (D. Stogsdill) re: case update. |
| 11/20/2017 | D. Galfus | 1.2 | Continued to participate in a meeting with the Debtors' advisors (D. Stogsdill) to understand the Debtors' financial information. |
| 11/20/2017 | F. O'Connor | 1.2 | Continued to participate in meeting with D. Stogsdill of Alvarez & Marsal on DIP, cash management, intercompany transactions, costs to complete, historical operations and other areas. |
| 11/20/2017 | F. O'Connor | 0.7 | Prepared for meeting with D. Stogsdill of Alvarez and Marsal on DIP, cash management, intercompany transactions, costs to complete, and historical operations. |
| 11/27/2017 | C. Kearns | 1.1 | Participated in call with Rothschild, Jones Day, Milbank, Jefferies and representatives of a potential bidder re: issues and process related to bid considerations. |
| 11/28/2017 | R. Wright | 1.0 | Participated in a call with A&M (B. Corio) re: restated financial information. |
| 11/28/2017 | Z. Mainzer | 1.0 | Participated in call with A&M (B. Corio) to discuss restated financial statements. |
| 11/28/2017 | D. Galfus | 0.4 | Held call with D. Stogsdill, CRO re: various case matters including construction issues. |
| 11/29/2017 | C. Kearns | 0.2 | Reviewed the BRG information request for DIP and other information. |
| 11/30/2017 | D. Galfus | 1.0 | Participated in a call with Jefferies (L. Szlezinger) and a potential alternative DIP lender and the Debtors (D. Stogsdill) to discuss the state of the plant in Corpus Christi. |
| 11/30/2017 | R. Wright | 0.7 | Prepared a follow up request list for A&M re: construction documents. |
| 11/30/2017 | R. Cohen | 0.5 | Drafted a request list to be sent to Debtors Counsel. |
| *Task Code Total Hours* | | *31.9* | |
| **08. Interaction/Meetings with Creditors** | | | |
| 11/13/2017 | F. O'Connor | 0.1 | Corresponded with L. Doyle, UCC Counsel, re: scheduling calls and meetings with the Debtors. |
| 11/14/2017 | D. Galfus | 0.5 | Participated in a call with Counsel (A. Stone) re: various litigation claims. |
| 11/14/2017 | F. O'Connor | 0.5 | Participated in call with UCC Counsel (A. Stone, L. Doyle) regarding various litigation claims. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **08. Interaction/Meetings with Creditors** |
| 11/14/2017 | F. O'Connor | 0.1 | Reviewed UCC call agenda from G. Kopacz. |
| 11/15/2017 | R. Wright | 1.0 | Participated in a call with Milbank (A. Raval; L. Doyle) re: prepetition transactions. |
| 11/15/2017 | C. Kearns | 1.0 | Participated in call with the Committee and counsel (L. Doyle) re: initial impressions of key issues in the case. |
| 11/15/2017 | D. Galfus | 0.8 | Participated in a portion of call with the Committee and Counsel (D. Dunne, L. Doyle, A. Raval) with regards to call with the Debtors from the prior day and next steps. |
| 11/15/2017 | F. O'Connor | 0.6 | Prepared talking points for UCC call on 11/16/17. |
| 11/15/2017 | F. O'Connor | 0.5 | Participated in a meeting with Jefferies team (L. Szlezinger) re: sale process. |
| 11/15/2017 | F. O'Connor | 0.5 | Participated in UCC update call re: case overview. |
| 11/16/2017 | D. Galfus | 1.1 | Prepared BRG's report on the recent meeting with the Debtors for the Committee call. |
| 11/16/2017 | D. Galfus | 0.9 | Participated in a call with the Committee and Counsel (D. Dunne, L. Doyle, A. Raval), Jefferies (L. Szlezinger) re: the recent meeting with the Debtors (D. Stogsdill) on the status of the case. |
| 11/16/2017 | R. Wright | 0.9 | Participated in a call with the Committee re: update on first day motions. |
| 11/16/2017 | C. Kearns | 0.9 | Participated in Committee call to debrief on kickoff meeting with Debtors' advisors. |
| 11/16/2017 | F. O'Connor | 0.9 | Participated in UCC update call re: first day motions. |
| 11/16/2017 | D. Galfus | 0.4 | Held call with A. Lee, Milbank re: the DIP discovery request. |
| 11/16/2017 | B. Wolf | 0.3 | Reviewed Committee advisors' meeting presentation for construction-related case information. |
| 11/16/2017 | D. Galfus | 0.2 | Held call with L. Szlezinger, Jefferies re: the DIP forecast and related diligence. |
| 11/17/2017 | D. Galfus | 0.5 | Held call with (M. Price) Milbank re: the DIP. |
| 11/17/2017 | C. Kearns | 0.5 | Participated in call re: alternate DIP scenarios with Jefferies (P. Topper) and Milbank (M. Price) team. |
| 11/17/2017 | D. Galfus | 0.3 | Held call with J. Burke, Milbank re: cash forecast matters. |
| 11/20/2017 | D. Galfus | 0.8 | Held call with Jefferies (L. Szlezinger) to review the meeting with the Debtors and other case matters. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |

## 08. Interaction/Meetings with Creditors

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/20/2017 | Z. Mainzer | 0.6 | Continued to develop slides for cash flow forecast presentation to Unsecured Creditors Committee. |
| 11/20/2017 | F. O'Connor | 0.5 | Reviewed memorandum from Milbank regarding Debtors' Second Day Motions. |
| 11/20/2017 | D. Galfus | 0.4 | Participated in a call with Jefferies (J. D'Amico) and Counsel (L. Doyle) re: the DIP and other case matters. |
| 11/20/2017 | D. Galfus | 0.3 | Prepared outline for BRG's report for upcoming Committee call. |
| 11/20/2017 | D. Galfus | 0.2 | Held call with J. D'Amico, Jefferies, re: various financial matters. |
| 11/20/2017 | D. Galfus | 0.2 | Held call with L. Doyle, Milbank to review status of second day motions and other matters. |
| 11/21/2017 | R. Wright | 1.0 | Participated in a call with Milbank (L. Doyle) re: cash collateral order. |
| 11/21/2017 | D. Galfus | 0.8 | Participated in a call with Counsel (A. Raval; L. Doyle) and Jefferies (L. Szlezinger) re: the upcoming Committee call and the recent court hearing. |
| 11/21/2017 | C. Kearns | 0.8 | Participated in call with Milbank (L. Doyle) and Jefferies (L. Szlezinger) teams to discuss scenarios for possible alternate DIP. |
| 11/21/2017 | F. O'Connor | 0.7 | Participated in call on DIP issues with Jefferies (L. Szlezinger)  and Milbank (A. Raval). |
| 11/21/2017 | D. Galfus | 0.5 | Reviewed memo from Counsel on second day motions. |
| 11/21/2017 | D. Galfus | 0.2 | Participated in a call with Jefferies (L. Szlezinger) re: various valuation matters. |
| 11/22/2017 | D. Galfus | 1.6 | Participated in a call with Counsel (A. Raval; L. Doyle), Jefferies (L. Szlezinger) and the Committee re: recent hearing, DIP and other case matters. |
| 11/22/2017 | R. Wright | 1.6 | Participated in a call with the Committee re: DIP financing. |
| 11/22/2017 | C. Kearns | 1.6 | Participated in call with the Committee and advisors to discuss DIP, liquidity, status of sale process, overview of Italian process and proposed retention of Alvarez and Rothschild. |
| 11/22/2017 | D. Galfus | 0.4 | Held call with Counsel (J. Burke) re: the Debtors' DIP and cash collateral budgets. |
| 11/22/2017 | D. Galfus | 0.4 | Prepared discussion outline for Committee call. |
| 11/22/2017 | C. Kearns | 0.2 | Participated in conference call with L. Szlezinger (Jefferies) re: Debtor advisor retentions and related issues. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **08. Interaction/Meetings with Creditors** |
| 11/24/2017 | D. Galfus | 0.7 | Participated in a call with Jefferies (L. Szlezinger) re: the sale process, alternatives to the DIP financing and other case matters. |
| 11/27/2017 | D. Galfus | 0.7 | Participated in a call with Counsel (M. Price; L. Doyle) and Jefferies (L. Szlezinger) re: various matters including the DIP and sales process. |
| 11/27/2017 | C. Kearns | 0.6 | Participated in conference call with D. Beckman (FTI – Imbursa advisor) re: DIP sizing, sale milestones and other issues. |
| 11/27/2017 | C. Kearns | 0.5 | Participated in portion of a call with Milbank (L. Doyle) and Jefferies (L. Szlezinger) re: sale process and DIP status. |
| 11/28/2017 | R. Wright | 1.2 | Drafted points for Counsel re: deposition preparation. |
| 11/28/2017 | D. Galfus | 0.4 | Held call with L. Szlezinger, Jefferies re: various valuation issues. |
| 11/28/2017 | D. Galfus | 0.3 | Held call with Milbank (M. Price) re: the Debtors' KEIP/ KERP plan. |
| 11/29/2017 | R. Wright | 1.5 | Participated in a call with the Committee re: DIP financing. |
| 11/29/2017 | D. Galfus | 1.5 | Participated in a call with the Committee, Counsel (L. Doyle), Jefferies (L. Szlezinger) re: status of various case matters including KEIP and DIP matters. |
| 11/29/2017 | C. Kearns | 1.5 | Participated in call with the Committee re: DIP, milestones and other issues. |
| 11/29/2017 | R. Wright | 1.0 | Drafted points for Counsel re: deposition preparation. |
| 11/29/2017 | D. Galfus | 1.0 | Participated in a call with Jefferies (L. Szlezinger) and Counsel (M. Price) re: DIP matters. |
| 11/29/2017 | R. Wright | 0.7 | Participated in a portion of a call with Jefferies (L. Szlezinger) re: valuation. |
| 11/29/2017 | C. Kearns | 0.7 | Participated in portion of a call with Milbank (M. Price, L. Doyle) and Jefferies (L. Szlezinger) re: ongoing search for alternate DIP and related issues. |
| 11/30/2017 | R. Wright | 2.1 | Participated in a call with Milbank (L. Doyle) re: deposition preparation. |
| 11/30/2017 | D. Galfus | 1.7 | Participated in a portion of call with Jefferies (L. Szlezinger) and Counsel (M. Price) re: depositions. |
| 11/30/2017 | J. Dunn | 1.2 | Participated in conference call with Counsel (M. Price) regarding valuation issues. |
| 11/30/2017 | R. Wright | 0.3 | Participated in a call with Cole Schotz (D. Geoghan) re: lien analysis. |
| **Task Code Total Hours** | | **42.9** | |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |

### 09. Employee Issues/KEIP

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/24/2017 | D. Galfus | 0.5 | Reviewed the Debtors KEIP/KERP proposal. |
| 11/27/2017 | D. Galfus | 1.2 | Analyzed the Debtors' KEIP/ KERP proposal and related information. |
| 11/27/2017 | D. Galfus | 0.9 | Participated in a call with the Debtors (D. Stogsdill) re: the KEIP/ KERP plan. |
| 11/27/2017 | R. Wright | 0.8 | Participated in a call with A&M (D. Stogsdill) re: proposed KERP/ KEIP. |
| 11/27/2017 | R. Wright | 0.7 | Reviewed presentation prepared by A&M re: KERP/ KEIP plan. |
| 11/28/2017 | J. Emerson | 2.9 | Prepared KEIP/ KERP presentation for Unsecured Creditors Committee. |
| 11/28/2017 | J. Emerson | 2.7 | Continued to prepare KEIP/ KERP presentation for Unsecured Creditors Committee. |
| 11/28/2017 | D. Galfus | 2.4 | Prepared BRG's report on the Debtors' proposed KEIP and KERP program. |
| 11/28/2017 | J. Emerson | 2.2 | Continued to prepare KEIP/ KERP presentation for Unsecured Creditors Committee. |
| 11/28/2017 | D. Galfus | 1.6 | Analyzed the Debtors' KEIP and KERP plan against comparables. |
| 11/28/2017 | J. Emerson | 1.3 | Analyzed Debtors KEIP/ KERP plans as compared to similar bankruptcy cases. |
| 11/28/2017 | R. Wright | 0.5 | Prepared a report for the Committee re: proposed KERP/ KEIP. |
| 11/28/2017 | D. Galfus | 0.4 | Participated in a call with the Debtors (S. Mandava) re: the KEIP/ KERP plan. |
| 11/28/2017 | C. Kearns | 0.3 | Reviewed Debtors' proposed KEIP and KERP programs. |
| 11/28/2017 | R. Cohen | 0.2 | Created an outline for the KERP presentation. |
| 11/28/2017 | D. Galfus | 0.2 | Held update call with (S. Mandava) of A&M re: the KEIP/ KERP plan. |
| 11/29/2017 | Z. Mainzer | 0.8 | Reviewed KERP analysis prior to update call with Committee. |
| 11/29/2017 | D. Galfus | 0.7 | Analyzed the Debtors' future potential employment arrangements. |
| 11/29/2017 | D. Galfus | 0.4 | Prepared outline for discussion with the Committee re: the KEIP/ KERP plan. |

| | | | |
|------|-------------|-------|-------------|
| *Task Code Total Hours* | | *20.7* | |

### 10. Recovery/SubCon/Lien Analysis

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **10. Recovery/SubCon/Lien Analysis** |
| 11/17/2017 | Z. Mainzer | 2.9 | Created debt summary capital table assessing guarantees at each level of the structure. |
| 11/17/2017 | Z. Mainzer | 1.4 | Continued to create debt summary capital table assessing guarantees at each level of the structure. |
| 11/19/2017 | J. Emerson | 1.2 | Analyzed gross intercompany payables and receivables for inclusion in waterfall analysis |
| 11/21/2017 | R. Wright | 2.5 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/21/2017 | D. Galfus | 0.9 | Prepared a simplified recovery model. |
| 11/21/2017 | C. Kearns | 0.5 | Reviewed overall case issues re: potential pockets of value. |
| 11/22/2017 | R. Wright | 2.9 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/22/2017 | Z. Mainzer | 2.9 | Created debt summary analysis, including details for all tranches, as requested by Counsel. |
| 11/22/2017 | J. Emerson | 2.8 | Prepared global capital structure model for potential waterfall analysis. |
| 11/22/2017 | J. Emerson | 2.7 | Continued to prepare global capital structure model for potential waterfall analysis. |
| 11/22/2017 | J. Emerson | 1.2 | Analyzed Debtors capital structure in preparation of creating a recovery waterfall. |
| 11/22/2017 | Z. Mainzer | 1.1 | Continued to create debt summary analysis, including details for all tranches, as requested by Counsel. |
| 11/22/2017 | C. Kearns | 0.3 | Reviewed key issues for recovery waterfall. |
| 11/22/2017 | C. Kearns | 0.1 | Emailed with Milbank re: potential pockets of value. |
| 11/23/2017 | R. Wright | 2.0 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/24/2017 | J. Emerson | 2.9 | Prepared hurdle analysis detailing debt among all entities. |
| 11/24/2017 | J. Emerson | 2.7 | Revised hurdle analysis detailing debt among all entities. |
| 11/24/2017 | R. Wright | 2.3 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/25/2017 | R. Wright | 1.5 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/26/2017 | J. Emerson | 2.3 | Continued to update hurdle analysis to reflect all guarantees among all entities. |
| 11/26/2017 | J. Emerson | 2.3 | Updated hurdle analysis to reflect all guarantees among all entities. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 11/26/2017 | R. Wright | 1.2 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/27/2017 | R. Wright | 2.9 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/27/2017 | J. Emerson | 2.8 | Revised hurdle analysis to reflect updated capital structures from the Debtors. |
| 11/28/2017 | R. Wright | 2.8 | Continued to prepare a hurdle analysis relative to claims by entity. |
| 11/28/2017 | R. Wright | 1.6 | Researched data room documents re: 2nd claim and related timing. |
| 11/28/2017 | C. Kearns | 1.2 | Reviewed preliminary claims analysis by entity re: potential issues for GUCC recoveries. |
| 11/29/2017 | R. Wright | 2.9 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/29/2017 | J. Emerson | 2.4 | Revised hurdle analysis to reflect updated capital structures from the Debtors. |
| 11/29/2017 | Z. Mainzer | 1.9 | Updated debt summary waterfall analysis to be presented to Committee. |
| 11/29/2017 | R. Wright | 1.4 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/29/2017 | J. Emerson | 1.4 | Revised hurdle analysis to reflect net intercompany transactions between Debtors and non-Debtors. |
| 11/29/2017 | Z. Mainzer | 0.7 | Reviewed plant product portfolio analysis in order to create lien value analysis. |
| 11/30/2017 | R. Wright | 2.1 | Continued to prepare a hurdle analysis re: claims by entity. |
| 11/30/2017 | J. Emerson | 1.8 | Updated global capital structure model for potential waterfall analysis. |
| 11/30/2017 | Z. Mainzer | 1.4 | Reviewed data room materials focusing on contractors & liens. |
| 11/30/2017 | R. Wright | 0.8 | Reviewed liens-filed listing prepared by A&M. |
| 11/30/2017 | R. Fultineer | 0.7 | Reviewed mechanic lien information related to the construction in progress. |
| 11/30/2017 | C. Kearns | 0.3 | Reviewed summary of mechanic liens. |
| ***Task Code Total Hours*** | | ***69.7*** | |
| **13. Intercompany Transactions/Balances** | | | |
| 11/15/2017 | Z. Mainzer | 1.4 | Updated organization chart for Committee presentation on intercompany claims. |
| 11/16/2017 | R. Wright | 1.9 | Analyzed data room documents re: intercompany transactions. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **13. Intercompany Transactions/Balances** | | | |
| 11/16/2017 | Z. Mainzer | 1.7 | Prepared intercompany matrix analysis. |
| 11/16/2017 | D. Galfus | 0.9 | Reviewed BRG's report on the interactions between the Debtors and certain affiliates. |
| 11/17/2017 | Z. Mainzer | 2.9 | Prepared analysis related to Debtor intercompany loans in order to determine available entity cash levels. |
| 11/17/2017 | D. Galfus | 0.9 | Analyzed the Debtors' intercompany data to understand their implications on the case. |
| 11/17/2017 | Z. Mainzer | 0.7 | Continued to prepare analysis related to Debtor intercompany loans in order to determine available entity cash levels. |
| 11/18/2017 | R. Wright | 0.9 | Reviewed data room documents re: intercompany transactions. |
| 11/19/2017 | J. Emerson | 2.0 | Prepared alternative intercompany matrix to determine gross payables and receivables. |
| 11/20/2017 | Z. Mainzer | 2.9 | Developed intercompany balances analysis to be included in weekly report to Committee. |
| 11/20/2017 | Z. Mainzer | 1.2 | Continued to develop intercompany balances analysis to be included in weekly report to Committee. |
| 11/27/2017 | R. Wright | 2.7 | Prepared a presentation for the Committee re: intercompany transactions. |
| 11/27/2017 | J. Emerson | 2.5 | Prepared global intercompany matrix detailing gross payables and receivables. |
| 11/27/2017 | Z. Mainzer | 1.7 | Updated intercompany schedule for Committee presentation. |
| 11/27/2017 | J. Emerson | 1.6 | Analyzed Debtors' intercompany transactions for potential inclusion in hurdle analysis. |
| 11/27/2017 | Z. Mainzer | 1.6 | Updated intercompany schedule slide to be inserted in Committee presentation. |
| 11/28/2017 | Z. Mainzer | 1.2 | Updated intercompany analysis with revised Debtor information. |
| 11/28/2017 | R. Wright | 1.1 | Prepared a presentation for the Committee re: intercompany transactions. |
| ***Task Code Total Hours*** | | ***29.8*** | |
| **14. Executory Contracts/Leases** | | | |
| 11/16/2017 | Z. Mainzer | 0.8 | Reviewed data room materials specifically executed supply contracts. |
| 11/16/2017 | D. Galfus | 0.7 | Analyzed the Debtors' license arrangement with certain suppliers. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **14. Executory Contracts/Leases** | | | |
| 11/17/2017 | D. Galfus | 1.1 | Assessed contracts for the Debtors for their implications on the case. |
| 11/20/2017 | D. Galfus | 0.4 | Analyzed the Debtors' lease rejection motion. |
| *Task Code Total Hours* | | **3.0** | |
| **17. Analysis of Historical Results** | | | |
| 11/13/2017 | R. Wright | 1.0 | Reviewed Stogsdill affidavit re: capital structure. |
| 11/14/2017 | Z. Mainzer | 2.9 | Developed timeline of Debtor subsidiary to be included in presentation to Committee. |
| 11/14/2017 | R. Wright | 2.7 | Reviewed DAK annual report re: relationship with M&G. |
| 11/14/2017 | R. Wright | 2.4 | Prepared DAK information for Counsel. |
| 11/14/2017 | Z. Mainzer | 1.9 | Continued to develop timeline of Debtor subsidiary to be included as slide in presentation to Committee. |
| 11/14/2017 | M. Dansky | 1.4 | Researched corporate history of the Debtors' operations. |
| 11/14/2017 | D. Galfus | 1.2 | Analyzed the Debtors' historical transactions with certain vendors. |
| 11/14/2017 | R. Wright | 1.0 | Reviewed Stogsdill affidavit re: capital structure. |
| 11/14/2017 | D. Galfus | 0.9 | Prepared an analysis for Counsel related to the historical transactions with certain lenders |
| 11/14/2017 | F. O'Connor | 0.5 | Reviewed debt by entity schedules. |
| 11/15/2017 | R. Wright | 2.9 | Prepared DAK information for Counsel. |
| 11/15/2017 | Z. Mainzer | 2.7 | Updated timeline of Debtor entity to be included in presentation to Committee. |
| 11/15/2017 | R. Fultineer | 1.0 | Prepared outline of information needed from the Debtors related to construction matters. |
| 11/15/2017 | D. Galfus | 0.8 | Prepared BRG's report on certain historical financing transactions. |
| 11/15/2017 | R. Wright | 0.8 | Reviewed Alpek Q3-17 earnings release. |
| 11/15/2017 | D. Galfus | 0.8 | Reviewed the Debtors' presentation for the advisors on state of operations and financial condition. |
| 11/16/2017 | S. Ponniah | 2.9 | Continued to review data room for Corpus Christi construction related content. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **17. Analysis of Historical Results** |
| 11/16/2017 | Z. Mainzer | 2.9 | Prepared timeline of key events leading to the filings to be included in presentation to Committee. |
| 11/16/2017 | J. Emerson | 2.8 | Analyzed data room materials re: historical financial statements. |
| 11/16/2017 | S. Ponniah | 2.1 | Reviewed data room for Corpus Christi construction related documents. |
| 11/16/2017 | R. Fultineer | 2.0 | Reviewed construction information related to the Debtors Texas plant |
| 11/16/2017 | R. Wright | 1.7 | Analyzed data room documents re: M&G Resins financials. |
| 11/16/2017 | R. Wright | 1.6 | Prepared DAK information for Counsel. |
| 11/16/2017 | R. Wright | 1.5 | Analyzed DAK financial statements. |
| 11/16/2017 | Z. Mainzer | 0.8 | Continued to prepare timeline of key events leading to the filing to be included in presentation to Committee. |
| 11/16/2017 | C. Kearns | 0.3 | Reviewed draft report on Debtors key historical financing transactions. |
| 11/17/2017 | R. Wright | 2.8 | Analyzed data room documents re: Corpus Christi construction. |
| 11/17/2017 | J. Emerson | 2.5 | Edited slide presentation on DAK for Counsel to reflect new information. |
| 11/17/2017 | S. Ponniah | 2.2 | Reviewed data room updates for Corpus Christi construction related documents. |
| 11/17/2017 | R. Wright | 2.0 | Prepared DAK information for Counsel. |
| 11/17/2017 | R. Fultineer | 2.0 | Reviewed report related to construction in the Debtors data room. |
| 11/17/2017 | D. Galfus | 1.7 | Analyzed historical financial statements related to the Debtors' operating results. |
| 11/17/2017 | M. Dansky | 1.0 | Reviewed corporate documents for the Debtors historical operations. |
| 11/17/2017 | B. Wolf | 0.8 | Reviewed the newly produced monthly report documents on the Jumbo construction project. |
| 11/17/2017 | F. O'Connor | 0.5 | Reviewed executive summary of Debtors report on the status of the Debtors' construction at Corpus Christi Plant. |
| 11/17/2017 | F. O'Connor | 0.5 | Reviewed report on the status of the Debtors' construction at Corpus Christi Plant. |
| 11/17/2017 | D. Galfus | 0.3 | Analyzed Chemtex historical operating results. |
| 11/18/2017 | R. Wright | 1.5 | Reviewed November BOD presentation prepared by A&M. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **17. Analysis of Historical Results** |
| 11/18/2017 | J. Emerson | 1.3 | Analyzed Debtors historical operating performance. |
| 11/19/2017 | R. Wright | 1.1 | Prepared for meeting with A&M by reviewing M&G financial statements. |
| 11/20/2017 | S. Ponniah | 2.9 | Reviewed data room content for Corpus Christi construction related documents. |
| 11/20/2017 | J. Emerson | 2.8 | Updated slides re: Alpek DAK overview presentation. |
| 11/20/2017 | S. Ponniah | 2.4 | Reviewed Estimate-to-Complete report on the Corpus Christi project. |
| 11/20/2017 | R. Fultineer | 2.0 | Assessed information related to the status of the Debtors' construction in progress |
| 11/20/2017 | M. Dansky | 1.8 | Reviewed documents included in the data room associated with the Debtors' operating history |
| 11/20/2017 | R. Wright | 1.4 | Prepared a presentation for the Committee re: key transaction timeline. |
| 11/20/2017 | C. Kearns | 0.6 | Reviewed report in data room re: construction status and estimate to complete for Corpus Christi plant. |
| 11/20/2017 | B. Wolf | 0.5 | Reviewed construction project documents needed for inclusion in diligence request. |
| 11/21/2017 | Z. Mainzer | 2.9 | Created analysis model for restated financials received from the Debtor. |
| 11/21/2017 | S. Ponniah | 2.8 | Continued to review data room content for Corpus Christi construction related documents. |
| 11/21/2017 | R. Wright | 2.4 | Prepared a presentation for the Committee re: key transaction timeline. |
| 11/21/2017 | S. Ponniah | 2.2 | Reviewed data room for updates to the Corpus Christi construction cost related docs. |
| 11/21/2017 | J. Emerson | 1.6 | Analyzed Debtors' restated financials for presentation to the Unsecured Creditors Committee |
| 11/21/2017 | Z. Mainzer | 1.5 | Created slide analyzing restated financial statements by the Debtors. |
| 11/21/2017 | S. Ponniah | 1.5 | Scanned the data room for updates related to historical construction activities |
| 11/21/2017 | D. Galfus | 1.3 | Analyzed the Debtors' historical construction activity. |
| 11/21/2017 | M. Dansky | 1.3 | Reviewed documents related to the construction history of the plant. |
| 11/21/2017 | B. Wolf | 0.5 | Reviewed the status of construction fees analysis for the Jumbo project. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **17. Analysis of Historical Results** |
| 11/21/2017 | S. Ponniah | 0.5 | Updated the construction index summary for updated docs. |
| 11/22/2017 | R. Wright | 2.1 | Reviewed key construction documents in data room. |
| 11/22/2017 | R. Wright | 1.4 | Reviewed M&G Chemicals financial statements. |
| 11/22/2017 | J. Emerson | 1.3 | Analyzed M&G Chemicals financial statements. |
| 11/22/2017 | D. Galfus | 1.1 | Analyzed the Debtors' historical construction costs. |
| 11/22/2017 | R. Wright | 1.0 | Reviewed M&G Resins financial statements. |
| 11/22/2017 | S. Ponniah | 1.0 | Reviewed the data room for updates to the Corpus Christi construction cost related documents. |
| 11/23/2017 | R. Wright | 0.5 | Reviewed M&G Resins financial statements. |
| 11/24/2017 | R. Wright | 2.2 | Analyzed M&G Resins 2016 financial statement re: key takeaways. |
| 11/24/2017 | D. Galfus | 1.9 | Analyzed the Debtors' historical financial statements. |
| 11/24/2017 | R. Wright | 1.5 | Reviewed M&G Chemicals financial statements. |
| 11/24/2017 | D. Galfus | 0.8 | Analyzed historical debt levels by Debtor. |
| 11/25/2017 | R. Wright | 1.0 | Analyzed M&G Chemicals 2016 financial statement. |
| 11/26/2017 | R. Wright | 2.2 | Analyzed M&G Resins 2016 financial statement. |
| 11/27/2017 | S. Ponniah | 2.9 | Reviewed new documents added to data room related to Corpus Christi construction project. |
| 11/27/2017 | J. Emerson | 2.4 | Analyzed Debtors' revised capital structures for potential inclusion in hurdle analysis. |
| 11/27/2017 | D. Galfus | 2.1 | Analyzed the Debtors' parent's financial statements translated for the Committee. |
| 11/27/2017 | Z. Mainzer | 2.1 | Prepared restated financials analysis to be included in presentation to Committee. |
| 11/27/2017 | R. Wright | 1.5 | Analyzed M&G Chemicals 2016 financial statements re: key takeaways. |
| 11/27/2017 | D. Galfus | 1.5 | Analyzed the Debtors' historical financing transactions. |
| 11/27/2017 | Z. Mainzer | 1.4 | Reviewed Company advisor-provided updated capitalization table for comparison to internal model. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| | | | **17. Analysis of Historical Results** |
| 11/27/2017 | Z. Mainzer | 1.4 | Updated slide of restated financials to be included in Committee presentation. |
| 11/27/2017 | R. Wright | 1.3 | Analyzed M&G Resins 2016 financial statement re: key takeaways. |
| 11/27/2017 | D. Galfus | 1.1 | Analyzed the Debtors' construction costs and related costs to complete. |
| 11/27/2017 | R. Fultineer | 1.0 | Prepared outline for additional information requests. |
| 11/28/2017 | R. Cohen | 2.8 | Investigated the issuance of the second lien on the Corpus Christi plant. |
| 11/28/2017 | R. Wright | 1.8 | Prepared a report for the Committee re: restated financial information for US, Mexico and Brazil. |
| 11/28/2017 | Z. Mainzer | 1.6 | Updated UCC presentation slides for restated financials received from Debtor. |
| 11/28/2017 | Z. Mainzer | 1.4 | Reviewed board meeting minutes to assess historical lien issuances. |
| 11/28/2017 | Z. Mainzer | 1.4 | Updated Committee presentation with slides for debt summary. |
| 11/28/2017 | Z. Mainzer | 0.9 | Updated model for Debtor restated financial statements. |
| 11/29/2017 | D. Galfus | 1.3 | Analyzed the construction cost to complete issues related to the Debtors operations. |
| 11/30/2017 | D. Galfus | 1.7 | Analyzed reports on construction costs for Corpus Christi. |
| 11/30/2017 | J. Emerson | 1.3 | Reviewed data room materials re: cost to complete/ construction documents. |
| 11/30/2017 | Z. Mainzer | 1.2 | Reviewed data room materials focusing on plant production. |
| *Task Code Total Hours* | | *148.7* | |
| | | | **19. Cash Flow/Cash Management Liquidity** |
| 11/13/2017 | R. Wright | 1.4 | Reviewed first day motions re: liquidity impact. |
| 11/14/2017 | R. Wright | 2.7 | Developed questions re: liquidity forecast. |
| 11/14/2017 | Z. Mainzer | 1.7 | Reviewed first day payment motions in order to compare to internal model. |
| 11/14/2017 | R. Wright | 1.0 | Analyzed cash management motion. |
| 11/15/2017 | R. Wright | 2.6 | Reviewed liquidity forecast. |
| 11/15/2017 | Z. Mainzer | 2.4 | Created cash flow forecast presentation for Unsecured Creditors Committee. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |

## 19. Cash Flow/Cash Management Liquidity

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 11/15/2017 | R. Wright | 2.3 | Analyzed cash collateral forecast re: liquidity at apple grove. |
| 11/15/2017 | R. Wright | 1.3 | Analyzed cash management motion. |
| 11/16/2017 | R. Wright | 2.3 | Prepared a presentation for the Committee re: liquidity forecast. |
| 11/16/2017 | Z. Mainzer | 1.6 | Reviewed Cash Collateral Budget in order to update internal model. |
| 11/16/2017 | F. O'Connor | 0.1 | Reviewed email from G. Kopacz, Milbank regarding Debtor Bank Accounts 15 day waiver. |
| 11/17/2017 | R. Wright | 2.8 | Prepared a presentation for the Committee re: liquidity forecast. |
| 11/17/2017 | D. Galfus | 0.9 | Prepared analysis of cash flow forecasts for Counsel. |
| 11/17/2017 | D. Galfus | 0.4 | Analyzed the headquarter budget prepared by the Debtors. |
| 11/20/2017 | Z. Mainzer | 2.9 | Continued to develop slides for cash flow forecast presentation to Unsecured Creditors Committee. |
| 11/20/2017 | Z. Mainzer | 2.9 | Developed slides for cash flow forecast presentation to Unsecured Creditors Committee. |
| 11/20/2017 | J. Emerson | 2.8 | Developed slides for weekly Unsecured Creditors Committee call. |
| 11/20/2017 | R. Wright | 1.9 | Prepared a presentation for the Committee re: cash collateral budget. |
| 11/20/2017 | R. Wright | 1.5 | Prepared a presentation for the Committee re: key liquidity variances. |
| 11/21/2017 | R. Wright | 2.4 | Prepared a presentation for the Committee re: cash collateral budget. |
| 11/21/2017 | Z. Mainzer | 2.3 | Updated cash flow forecast presentation for Unsecured Creditors Committee. |
| 11/21/2017 | R. Wright | 1.9 | Prepared a presentation for the Committee re: key liquidity variances. |
| 11/21/2017 | D. Galfus | 1.9 | Prepared BRG's report on the DIP forecast and cash collateral budget. |
| 11/21/2017 | J. Emerson | 1.3 | Analyzed Debtors' cash collateral budget. |
| 11/21/2017 | Z. Mainzer | 1.3 | Updated cash flow forecast presentation for Unsecured Creditors Committee. |
| 11/21/2017 | D. Galfus | 0.4 | Reviewed the Debtors' headquarter budget and related funding requirements. |
| 11/22/2017 | Z. Mainzer | 1.4 | Updated cash flow forecast presentation for Unsecured Creditors Committee. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 11/22/2017 | R. Wright | 0.8 | Reviewed Polymers liquidity variance report. |
| 11/27/2017 | C. Kearns | 0.3 | Reviewed cash management process re: movement of funds around the global enterprise and related funding of the Corpus Christi facility. |
| 11/29/2017 | Z. Mainzer | 2.2 | Developed cash collateral variance analysis in preparation for future comparisons to actual results |
| 11/29/2017 | Z. Mainzer | 1.4 | Updated cash flow forecast presentation for Unsecured Creditors Committee. |
| 11/30/2017 | Z. Mainzer | 1.7 | Developed 13-week cash flow forecast based on Debtors' most recent projections. |
| *Task Code Total Hours* | | *54.8* | |
| **20. Projections/Business Plan/Other** | | | |
| 11/30/2017 | D. Galfus | 1.6 | Analyzed the Debtors' latest business plan forecast. |
| 11/30/2017 | R. Wright | 1.4 | Reviewed Corpus Christi business plan. |
| 11/30/2017 | J. Emerson | 1.0 | Analyzed Debtors' draft business plan for Corpus Christi. |
| 11/30/2017 | C. Kearns | 0.5 | Reviewed Debtors' preliminary business plan for Corpus Christi. |
| *Task Code Total Hours* | | *4.5* | |
| **31. Planning** | | | |
| 11/13/2017 | F. O'Connor | 0.2 | Reviewed emails from D. Galfus regarding work plan. |
| 11/14/2017 | R. Wright | 1.5 | Prepared joint BRG/ Jefferies work plan. |
| 11/14/2017 | R. Wright | 0.4 | Reviewed ordinary course professionals motion. |
| 11/14/2017 | F. O'Connor | 0.3 | Developed outline draft of initial work plan. |
| 11/14/2017 | F. O'Connor | 0.3 | Reviewed work plan and proposed separation of duties between BRG and Jefferies. |
| 11/15/2017 | R. Wright | 1.2 | Prepared joint BRG/ Jefferies work plan. |
| 11/15/2017 | D. Galfus | 0.6 | Prepared BRG's work plan and related staffing. |
| 11/16/2017 | D. Galfus | 0.4 | Updated BRG's work plan and related staffing. |
| 11/17/2017 | J. Emerson | 2.8 | Prepared slide presentation on A&M retention. |
| 11/17/2017 | J. Emerson | 2.7 | Continued to prepare slide presentation on A&M retention. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **31. Planning** | | | |
| 11/17/2017 | R. Wright | 0.7 | Reviewed A&M retention application. |
| 11/17/2017 | D. Galfus | 0.6 | Reviewed discovery requests from Counsel. |
| 11/17/2017 | D. Galfus | 0.2 | Reviewed the draft Committee by-laws. |
| 11/18/2017 | R. Wright | 2.7 | Prepared a presentation for the Committee re: Debtor fee applications filed. |
| 11/19/2017 | R. Wright | 1.6 | Prepared BRG work plan. |
| 11/19/2017 | R. Wright | 1.3 | Prepared a presentation for the Committee re: A&M retention application. |
| 11/20/2017 | J. Emerson | 2.9 | Prepared slides re: Debtor professional fee retention. |
| 11/20/2017 | J. Emerson | 2.9 | Revised Debtor professional fee retention presentation to reflect new information. |
| 11/20/2017 | D. Galfus | 0.5 | Analyzed the Debtors' professional fee arrangements. |
| 11/20/2017 | R. Wright | 0.5 | Prepared BRG work plan. |
| 11/20/2017 | R. Cohen | 0.2 | Reviewed financial advisory retention documents for comparable cases. |
| 11/22/2017 | R. Fultineer | 2.0 | Edited information request list for BRG's investigation |
| 11/22/2017 | D. Galfus | 0.6 | Analyzed the Debtors' professional retention arrangement. |
| 11/22/2017 | B. Wolf | 0.3 | Reviewed Rothschild fee proposal summary received from Counsel. |
| 11/24/2017 | D. Galfus | 0.3 | Updated BRG's work plan and related staffing. |
| 11/28/2017 | B. Wolf | 0.7 | Developed work plan and related staffing to support a proposed site visit. |
| 11/28/2017 | B. Wolf | 0.6 | Reviewed the Jumbo project documents in order to plan the site visit. |
| 11/29/2017 | B. Wolf | 1.0 | Reviewed the Jumbo project documents to insure and effective and coordinated site visit. |
| 11/29/2017 | R. Wright | 0.8 | Coordinated team for visit to Corpus Christi plant. |
| 11/29/2017 | R. Wright | 0.7 | Prepared a follow up request list for A&M re: construction documents. |
| 11/30/2017 | R. Wright | 1.4 | Prepared an outline of key issues to the construction team re: visit to Corpus Christi plant. |
| 11/30/2017 | R. Fultineer | 0.3 | Developed plan for construction investigation. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **31. Planning** | | | |
| *Task Code Total Hours* | | *33.2* | |
| **32. Document Review** | | | |
| 11/14/2017 | D. Galfus | 0.6 | Analyzed the Debtors' motions requiring final approval including critical vendor. |
| 11/16/2017 | J. Emerson | 2.9 | Reviewed data room materials re: board minutes. |
| 11/16/2017 | S. Ponniah | 1.2 | Created an index to summarize data room contents. |
| 11/17/2017 | S. Ponniah | 2.9 | Developed index to summarize data room contents. |
| 11/17/2017 | S. Ponniah | 2.0 | Updated data room index to include most current updates. |
| 11/17/2017 | C. Kearns | 1.0 | Reviewed first day declarations. |
| 11/18/2017 | J. Emerson | 1.0 | Reviewed first day declarations. |
| 11/19/2017 | J. Emerson | 1.2 | Reviewed November board minutes and related presentation. |
| 11/20/2017 | S. Ponniah | 1.9 | Expanded the index summary to include data room updates. |
| 11/20/2017 | C. Kearns | 0.8 | Reviewed company presentation to creditors for background and additional information on corporate organization. |
| 11/21/2017 | R. Fultineer | 2.0 | Summarized observations related to BRG's data room search |
| 11/29/2017 | R. Wright | 1.3 | Identified key documents in data room for review by Counsel. |
| *Task Code Total Hours* | | *18.8* | |
| **33. Intellectual Property** | | | |
| 11/14/2017 | M. Dansky | 1.0 | Developed engagement plan for IP issues |
| 11/15/2017 | M. Dansky | 1.3 | Researched IP matters related to the Debtors operations. |
| 11/16/2017 | R. Wright | 1.9 | Analyzed data room documents re: intellectual property. |
| 11/16/2017 | M. Dansky | 0.6 | Prepared updated IP diligence plan. |
| 11/19/2017 | M. Dansky | 1.8 | Reviewed the Debtors' historical corporate documents in data room related to IP matters. |
| 11/19/2017 | M. Dansky | 1.2 | Continued to review the Debtors' historical corporate documents in data room related to IP matters. |
| 11/20/2017 | B. Kullberg | 2.5 | Reviewed IP-related documents in data room. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **33. Intellectual Property** | | | |
| 11/20/2017 | B. Kullberg | 1.8 | Performed research on IP and licensing issues to understand relationships of parties to IP agreements. |
| 11/21/2017 | B. Kullberg | 0.6 | Prepared IP-related document request. |
| 11/21/2017 | D. Galfus | 0.6 | Reviewed the IP related issues impacting the Debtors. |
| 11/22/2017 | R. Wright | 1.5 | Reviewed key IP documents in data room. |
| 11/22/2017 | M. Dansky | 1.4 | Reviewed IP documents for impact on the Debtors operations. |
| 11/22/2017 | B. Kullberg | 0.8 | Prepared summary of open IP issues. |
| 11/22/2017 | D. Galfus | 0.7 | Analyzed the Debtors' IP assets and related matters. |
| 11/22/2017 | M. Dansky | 0.6 | Developed updated work plan for IP matters |
| 11/22/2017 | M. Dansky | 0.3 | Developed issues list for follow up on the IP matters |
| 11/27/2017 | M. Dansky | 2.0 | Reviewed IP licenses for impact on the Debtors operations. |
| 11/27/2017 | B. Kullberg | 1.0 | Reviewed new IP-related agreements in data room. |
| 11/29/2017 | D. Galfus | 0.6 | Analyzed the Debtors' IP assets and related matters. |
| 11/29/2017 | M. Dansky | 0.3 | Developed action plan for next steps in the IP analyses. |
| 11/29/2017 | M. Dansky | 0.3 | Edited BRG's document request for IP matters |
| 11/29/2017 | M. Dansky | 0.2 | Prepared email of IP issues to be considered in the case |
| *Task Code Total Hours* | | *23.0* | |
| **39. Overseas/Foreign Entity Proceedings** | | | |
| 11/14/2017 | A. Dianderas | 2.5 | Prepared M&G's org chart to include Debtor entities, Brazilian entities, Mexican entities, and lending facilities |
| 11/14/2017 | A. Dianderas | 1.0 | Continued preparing M&G's org chart to include Debtor entities, Brazilian entities, Mexican entities, and lending facilities. |
| 11/14/2017 | A. Dianderas | 1.0 | Reproduced M&G's corporate timeline to include events of the Mexican and Brazilian entities only. |
| 11/16/2017 | F. O'Connor | 0.1 | Reviewed reorganization research article on Italian M&G proceeding. |
| 11/21/2017 | C. Kearns | 0.3 | Reviewed report by Italian Counsel re: overview of their in-country process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **39. Overseas/Foreign Entity Proceedings** | | | |
| 11/22/2017 | R. Wright | 0.4 | Reviewed a memo from Italian Counsel re: insolvency process. |
| *Task Code Total Hours* | | *5.3* | |

**Total Hours**  534.8

**M & G USA Corporation, et al**

**Berkeley Research Group, LLC**



**Exhibit B: Expense Detail**

For the Period 11/13/2017 through 11/30/2017

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **07. Travel - Parking** | | | |
| 11/20/2017 | D. Galfus | $45.00 | Parking in NY for M&G. |
| *Expense Category Total* | | *$45.00* | |
| **Total Expenses** | | **$45.00** | |