IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-12307 (BLS) |
| M & G USA CORPORATION, *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket No. 910, 911 |

**ORDER GRANTING MOTION TO SHORTEN PERIOD FOR NOTICE OF, AND
SCHEDULE HEARING ON, DEBTORS' MOTION FOR AN ORDER (I)
AUTHORIZING THE ASSUMPTION OF MODIFIED ADMINISTRATIVE
SERVICES AGREEMENT AND MASTER SERVICES AGREEMENT
WITH AETNA LIFE INSURANCE COMPANY, (II) APPROVING
THE PAYMENT OF A SPECIAL ADMINISTRATIVE FEE,
(III) AUTHORIZING THE ESTABLISHMENT AND FUNDING OF
A RESERVE FOR EMPLOYEE HEALTHCARE CLAIMS,
(IV) SUPPLEMENTING THE WAGE ORDER, (V) MODIFYING THE
AUTOMATIC STAY AND (VI) GRANTING CERTAIN RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") shortening the notice period of, and scheduling a hearing on the *Debtors' Motion for Entry of an Order (I) Authorizing the Assumption of Modified Administrative Services Agreement and Master Services Agreement with Aetna Life Insurance Company, (II) Approving the Payment of a Special Administrative Fee, (III) Authorizing the Establishment and Funding of a Reserve for Employee Healthcare Claims, (IV) Supplementing the Wage Order, (V) Modifying the Automatic Stay and (VI) Granting Certain Related Relief* (the "Motion"); and this Court having

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Shorten.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion to Shorten and opportunity for a hearing on the Motion to Shorten were appropriate and no other notice need be provided; and this Court having reviewed the Motion to Shorten and having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. The hearing on the Motion is scheduled for February 16, 2018 at 9:30 a.m. (Eastern Time).

3. Any objections or responses to the Motion are due to be filed on, or prior to, February \_\_\_\_, 2018 at \_\_\_\_\_:\_\_\_\_\_ \_\_\_.m. (Eastern Time).

4. Within one business day after the entry of this Order, the Debtors shall serve a copy of this Order and a notice for the Hearing on the Motion in the manner described in the Motion to Shorten.

5.  This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: February 7, 2018

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge