# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| M & G USA Corporation, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Related to Docket No. 697** |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY FEE APPLICATION OF COLE SCHOTZ P.C., DELAWARE CO-COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THEPERIOD FROM NOVEMBER 13, 2017 THROUGH NOVEMBER 30, 2017

The undersigned, Delaware co-counsel and conflicts counsel to the Official Committee of Unsecured Creditors in the above captioned cases (the "Committee"), hereby certifies as follows:

1. On January 17, 2018, the First Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 13, 2017 through November 30, 2017 (the "Application") (Docket No. 697) was filed with the Court.

2. Objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on February 6, 2018 (the "Objection Deadline").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. Prior to the Objection Deadline, the Office of the United States Trustee (the "U.S. Trustee") raised an informal objection to the Application. Applicant and the Trustee have resolved the issue and Applicant has agreed to a voluntary reduction in expenses in the amount of $44.00.

4. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

5. In accordance with the Court's December 1, 2018 Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 308], the Debtors are authorized to pay Cole Schotz P.C. 80% of the fees, $149,184.40 (80% of $186,480.50), and 100% of the expenses, $1,555.70,[2] as requested in the Application.

Dated: February 7, 2018

**COLE SCHOTZ P.C.**

 */s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

*Counsel for the Official Committee of Unsecured Creditors*

---

[2] In light of Applicant's voluntary reduction in expenses, in the amount of $44.00, the total amount of expenses sought by Applicant for November 2017 is $1,555.70.