# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 17-12307 (BLS) |
| M & G USA Corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related to Docket No. 818** |
| | : | |

**NOTICE OF FILING OF AMENDED EXHIBIT A TO SECOND MONTHLY FEE APPLICATION OF COLE SCHOTZ P.C., DELAWARE CO-COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017**

**PLEASE TAKE NOTICE** that on January 29, 2018, Cole Schotz P.C. ( "Cole Schotz"), Delaware co-counsel and conflicts counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above captioned chapter 11 cases, filed the *Second Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2017 Through December 31, 2017* [Docket No. 818] (the "Fee Application").

**PLEASE TAKE FURTHER NOTICE** that certain time entries filed in Exhibit A to the Fee Application were redacted to protect privileged and confidential

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

information. Unredacted versions of such time entries, which have been revised to protect privileged and confidential information, are contained in the amended Exhibit A attached hereto.

Dated: Wilmington, Delaware
February 9, 2018

**COLE SCHOTZ P.C.**

 */s/ David R. Hurst*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

*Counsel for the Official Committee of Unsecured Creditors*