# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17- 12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket Nos. 824, 936** |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (I) OBJECTION TO MOTION OF THE CONSTRUCTION LIENHOLDER GROUP FOR RELIEF FROM THE AUTOMATIC STAY AND (II) JOINDER IN THE DEBTORS' OBJECTION

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby submits this (I) Objection to the *Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Lienholders and Nondebtors, Banco Inbursa, S.A., Institucion de Banca Multiple, Grupo Financiero Inbursa and DAK Americas LLC* (Docket No. 824) (the "Motion")[2] and (II) Joinder in the Debtors' Objection to the Motion (Docket No. 936) (its "Objection and Joinder") and respectfully states as follows:

### Objection and Joinder

1. The Committee objects to the Motion in its entirety, as this Court, and not a state court in Texas, is the proper and most efficient venue to determine the core issue of the priority of liens asserted against property of the Debtors' estates. Further, any judicial review of the

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the Motion.

relative lien priorities would be premature in advance of the Corpus Christi sale process, which has the potential to moot the issue entirely. As such, the relief sought in the Motion would only add unnecessary cost and administrative burden that will harm the Debtors' estates and their unsecured creditors. Accordingly, the Committee fully joins in the Debtors' Objection and respectfully requests that the Court sustain the objections and deny the relief requested in the Motion.

2. The Committee expressly reserves the right to supplement, modify and amend this Objection and Joinder.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: February 9, 2018 | **COLE SCHOTZ P.C.**<br><br>/s/ David R. Hurst<br>J. Kate Stickles (No. 2917)<br>David R. Hurst (No. 3743)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone:   (302) 652-3131<br>Facsimile:   (302) 652-3117<br>Email:   kstickles@coleschotz.com<br>           dhurst@coleschotz.com<br><br>- and -<br><br>**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**<br>Dennis F. Dunne<br>Abhilash M. Raval<br>Lauren C. Doyle<br>28 Liberty Street<br>New York, New York 10005-1413<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>ddunne@milbank.com<br>araval@milbank.com<br>ldoyle@milbank.com<br><br>*Counsel to Official Committee of Unsecured Creditors of M & G USA Corporation, et al.* |