**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Ref. Docket No. 802** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION
FOR ENTRY OF AN ORDER APPROVING STIPULATION BY AND BETWEEN
THE DEBTORS, TRINITY INDUSTRIES LEASING COMPANY AND RIO
VALLEY SWITCHING COMPANY**

The undersigned hereby certifies that:

1. On January 26, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order Approving Stipulation By and Between the Debtors, Trinity Industries Leasing Company and Rio Valley Switching Company* [Docket No. 802] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 9, 2018, at 4:00 p.m. prevailing Eastern Time.

3. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

4. Accordingly, the Debtors respectfully request entry of the proposed order attached to the Motion at the Court's convenience.

| | |
|---|---|
| Dated: February 12, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession