**EXHIBIT A**

# CRAIN, CATON & JAMES

**A PROFESSIONAL CORPORATION**
**1401 MCKINNEY, 17TH FLOOR**
**FIVE HOUSTON CENTER**
**HOUSTON, TEXAS 77010-4035**
**(713) 658-2323**
**FAX (713) 658-1921**

---

February 12, 2018                                              Invoice 1186899


M&G Resins USA, LLC, et al
450 Gears Road, Suite 240
Houston, Texas 77067

For legal services rendered for the period January 1 through January 31, 2018

|  | Hours | Fees |
|---|---|---|
| Case Administration | 2.50 | 1,250.00 |
| Employment and Fee Application | 35.80 | 12,390.00 |
| Lienholder Claims | 350.40 | 175,169.00 |
| Litigation/Arbitration | 1.50 | 402.00 |
| Real Estate Agreements and Related Port and Construction Agreements | 8.30 | 4,565.00 |
| Nonworking Travel | 9.00 | 4,500.00 |
| Fee | | 198,276.00 |
| Less: 50% Non-Working Travel | | (2,250.00) |
| | | |
| Total | | |
| Fees | | 196,026.00 |
| Total Disbursements & Charges | | 2,242.25 |
| | | |
| **Total** | | **198,268.25** |

M&G Resins USA, LLC, et al.

FEE SUMMARY - January, 2018

| Timekeeper Name | Title | Bar Year | Billing Rate | Billed Hours | Total Fees |
|---|---|---|---|---|---|
| A. Beckham | SHAREHOLDER | 2005 | 500.00 | 14.50 | 7250.00 |
| J. Davis | SHAREHOLDER | 2002 | 550.00 | 156.20 | 85,910.00 |
| C. Kollenberg | SHAREHOLDER | 1976 | 560.00 | 56.70 | 31,752.00 |
| A. Kotch | SHAREHOLDER | 1981 | 500.00 | 7.10 | 3,550.00 |
| M. Riseden | SHAREHOLDER | 2003 | 500.00 | 114.70 | 57,350.00 |
| TOTAL | | | | 349.20 | 185,812.00 |
| D. Polsinelli | ASSOCIATE | 2013 | $380.00 | 1.30 | 494.00 |
| TOTAL | | | | 1.30 | 494.00 |
| M. Hartman | PARALEGAL | N/A | 210.00 | 57.00 | 11,970.00 |
| TOTAL | | | | 57.00 | 11,970.00 |
| Fees | | | | 407.50 | 198,276.00 |
| Less 50% Nonworking Travel | | | | | (2,250.00) |

**TOTAL FEES**            **USD**    **196,026.00**

Re: Case Administration - coordination and compliance activites with Jones Day

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/04/18 | MMR | Communications with S.Corr-Irvine (Jones Day) regarding CT Corp for M&G (.2). | 0.2 | 100.00 |
| 01/23/18 | ABK | Receipt and review of email from J. Davis concerning Debtor agreements and assets (.2); interoffice conference with J. Davis re same (.1); review of files re same (.7); prepare email to J. Davis re same (.3); receipt and review of notice from Illinois that annual report for Polymers is soon due (.1) | 1.4 | 700.00 |
| 01/24/18 | ABK | Communications with M. Riseden re ongoing reporting requirements for debtor entities (.1). | 0.1 | 50.00 |
| 01/25/18 | ABK | Prepare email to S. Corr-Irvine (Jones Day) re M&G Polymers' annual report in Illinois (.2). | 0.2 | 100.00 |
| 01/26/18 | ABK | Resend email to S. Corr-Irvine (Jones Day) re M&G Polymers annual report due in Illinois (.1); receipt and review of email from S. Corr-Irvine (Jones Day) | 0.2 | 100.00 |
| 01/31/18 | ABK | Receipt and review of email from Bankruptcy Court clerk re bidding on Apple Grove property (.2); prepare email to M. Hartman and M. Riseden re same (.1); receipt and review of email from M. Hartman re same (.1). | 0.4 | 200.00 |
| | | **Total Fees** | **2.5** | **1250.00** |

Re:        Employment and Fee Applications

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 01/02/18 | MH | Prepare draft Notice of Rate Change (.5). | 0.5 | 105.00 |
| 01/02/18 | MMR | Review draft certificate notice of no objection noting US Trustee's requested reduction (.2). | 0.2 | 100.00 |
| 01/03/18 | MH | Preliminary review of December time for needed adjustments (1.4); conference with M. Riseden to review notice of rate change and certificate of no objection to 1st monthly application (.6); conference with M. Riseden to review time entries for 2nd monthly application (2.0). | 4.0 | 840.00 |
| 01/03/18 | MMR | Review and clarify December time entries with M. Hartman (2.0); review draft notice of rate change and certificate of no objections with M. Hartman (.6); communications with accounting department at Crain Caton concerning fee applications (.2); email timekeepers at Crain Caton concerning US Trustee guidelines (.2). | 3.0 | 1500.00 |
| 01/04/18 | MH | Prepare time entries for second Crain Caton & James summary application (.6). | 0.6 | 126.00 |
| 01/04/18 | MMR | Communications with S. Corr-Irvine (Jones Day) and J. Mulvihill (Pachulski) concerning retention questions (.2); communications with Crain Caton timekeepers concerning billing (.1). | 0.3 | 150.00 |
| 01/05/18 | MH | Review December billing for Crain Caton & James 2nd Monthly Application (1.0). | 1.0 | 210.00 |
| 01/06/18 | MMR | Review supplemental disclosure from S. Corr-Irvine (Jones Day) (.1); instructions to M. Hartman to prepare a supplemental disclosure for me (.2). | 0.3 | 150.00 |
| 01/09/18 | ABK | Review and revise prebills to conform to US Trustee guidelines (.4). | 0.4 | 200.00 |
| 01/10/18 | MH | Prepare draft supplemental declaration (.5); review December billing for Crain Caton & James 2nd Monthly Application (.4). | 0.9 | 189.00 |
| 01/11/18 | MH | Prepare draft of Crain Caton & James 2nd Monthly Application (.3); review of December billing for Crain Caton & James 2nd Monthly Application (.2); meeting with M. Riseden regarding draft supplemental declaration (.4); meeting with M. Riseden regarding December billing (.5). | 1.4 | 294.00 |
| 01/11/18 | MMR | Review draft supplemental declaration with M. Hartman and make revisions to the same (.4); review December time entries with M. Hartman and make revisions to the same. (.5) | 0.9 | 450.00 |
| 01/11/18 | ABK | Receipt and review of communications from M. Hartman re December time entry (.2). | 0.2 | 100.00 |
| 01/12/18 | MH | Finalize supplemental declaration for filing (.5); finalize December time entries for Crain Caton & James 2nd Summary Application (.3); meeting with M. Riseden regarding filing and December time entries (.9); prepare draft of Crain Caton & James 2nd Summary Application (.6). | 2.3 | 483.00 |
| 01/12/18 | MMR | Review December time entries with M. Hartman (.9); finalize supplemental declaration (.3); send the supplemental declaration draft to S. Corr-Irvine (Jones Day) (.1). | 1.3 | 650.00 |
| 01/15/18 | MH | Prepare draft copy of the Crain Caton & James 2nd Summary Application (1.9); meeting with M. Riseden regarding changes to Certificate of No Objection Regarding First Monthly Application (.3); meeting with M. Riseden regarding changes to Crain Caton & James 2nd Summary Application (.9). | 3.1 | 651.00 |
| 01/15/18 | MMR | Review certificate of no objection draft with M. Hartman (.3); email the same to S. Corr-Irvine (Jones Day) and J. Mulvihill (Pachulski) (.2); review second fee application for Crain Caton with M. Hartman and make revisions to the same (.9). | 1.4 | 700.00 |
| 01/16/18 | MMR | Review, revise, and finalize Crain Caton's second monthly fee application (1.1); send the same to S.Corr-Irvine (Jones Day) and J. Mulvihill (Pachulski) (.2). | 1.3 | 650.00 |
| 01/16/18 | MH | Finalize Crain Caton & James 2nd Summary Application (2.1). | 2.1 | 441.00 |

| 01/16/18 | ABK | Review and revise December time for Fee Application (1.0); prepare email re same to M. Riseden and M. Hartman (.1). | 1.1 | 550.00 |
|---|---|---|---|---|
| 01/17/18 | MMR | Review time entries presented in Crain Caton's second fee application (.5); Communications with S. Corr-Irvine (Jones Day) and J. Mulvihill (Pachulski) concerning the same (.2). | 0.7 | 350.00 |
| 01/18/18 | MMR | Review certificate of no objection on Crain Caton's first monthly fee application (.3); email D. Stogsdill (A&M) concerning the same (.2). | 0.5 | 250.00 |
| 01/20/18 | ABK | Receipt and review of communication from M. Riseden re review of time entries (.1). | 0.1 | 50.00 |
| 01/24/18 | MMR | Review email from US Trustee's office (.2); email with S.Corr-Irvine (Jones Day) concerning the same (.2); obtained LEDES file from accounting and send the same to the US Trustee (.2); revise supplemental disclosure (.3); send the same to S.Corr-Irvine (Jones Day) (.1). | 1.0 | 500.00 |
| 01/25/18 | MMR | Communications with M. Hartman regarding January time entries and fee application (.1). | 0.1 | 50.00 |
| 01/26/18 | MH | Review of January billing entries in preparation of Crain Caton & James 3rd Summary Application (1.6). | 1.6 | 336.00 |
| 01/26/18 | ABK | Review and revise prebills (.7); prepare memo to M. Hartman (.1). | 0.8 | 400.00 |
| 01/28/18 | ABK | Receipt and review of email from M. Riseden re preparation of Crain Caton & Jones 3rd Summary Application (.1); prepare email to M. Riseden and M. Hartman re same (.1). | 0.2 | 100.00 |
| 01/30/18 | MMR | Review and revise supplemental declaration on behalf of Crain Caton (.3); review information concerning representation of Polimeros Mexico (.2). | 0.5 | 250.00 |
| 01/31/18 | MH | Meeting with M. Riseden for review of January time for 3rd Summary Application (1.5). | 1.5 | 315.00 |
| 01/31/18 | MMR | Revise supplemental declaration (.6); communications to J. Davis and H. Kollenberg concerning the same (.2); communications with S. Corr-Irvine (Jones Day) concerning the same (.2); review January time entries with M. Hartman in preparation of Crain Caton's third monthly fee application (1.5). | 2.5 | 1,250.00 |
| **Total Fees** | | | **35.8** | **12390.00** |

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| 01/02/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.5); compare liens and additional notices and letters previously received with lien log (.5). | 1.0 | 210.00 |
| 01/02/18 | MMR | Conference call with M. Cohen (Jones Day), C. Black (Jones Day), J. Sottile (Jones Day), and J. Davis on various lien issues (1.1); conference with J. Davis and A. Beckham on research with lien issues (.3); instructions to M. Hartman on lien analysis review documents (.2); conference call with J. Sottile (Jones Day), M. Fenoglio (Debtor), and J. Davis on particular lienholders (.4); follow-up with J. Sottile (Jones Day) and J. Davis on the same (.3); call with M. Fenoglio and J. Davis concerning lien issues (.3); work on revisions to lien summary request (.6); communications with J. Davis as to summary of lien disputes (.6); email the same to J. Sottile (Jones Day) (.4); emails with B.Stuart (Jones Day) about confidentiality and document production (.3); review lienholder correspondence and demands (1.1); communications with S. Corr-Irvine concerning scheduling a call (.2). | 5.8 | 2,900.00 |
| 01/02/18 | ATB | Review research related to lienholders' claims from J. Davis (.3); communications with M. Riseden and J. Davis regarding research on lienholders' claims (.3); research Texas state and federal cases and secondary sources on lienholder claims and procedures in resolving same (3.6); prepare a summary of the research (.9). | 5.1 | 2,550.00 |
| 01/02/18 | JLD | Telephone conference with M. Cohen, J. Sottile, C. Black (Jones Day), and M. Riseden to discuss various lienholder issues (1.1); telephone conference with A. Beckham and M. Riseden as to legal research (.3); telephone conference with M. Fenoglio (Debtor), J. Sottile (Jones Day) and M. Riseden as to particular lienholders & claims (.4); telephone conference with J. Sottile (Jones Day) and M. Riseden as to the same (.3); telephone conference with M. Fenoglio (Debtor) and M. Riseden as to lien dispute matters and summary (.3); communications with Jones Day team as to WFS (.4); communications with Jones Day team as to confidentiality and document production (.2); prepare summary as to particular claim issues and options (.6); analyze various agreements and amendments with Debtors and related parties (2.3); communications with M. Dehr (Debtor) as to certain contractor lien amounts (.4); communications with M. Riseden as to summary of lien disputes (.6); preparation of stipulation of interest instrument for lienholder settlements (1.3). | 8.2 | 4,510.00 |
| 01/03/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (1.1); receipt and review of liens/notices from client/subcontractors (1.3). | 2.4 | 504.00 |
| 01/03/18 | MMR | Communications to J. Sottile (Jones Day) concerning lien matters (.4); communications with A. Beckham concerning research (.3); prepare for call with Jones Day concerning recent motion to lift stay (.4); telephone conference with J. Davis, H. Kollenberg, S. Corr-Irvine (Jones Day), and O. Zeltner (Jones Day) concerning recent motion to lift the stay (.6); communication to O. Zeltner (Jones Day) and Jones Day team concerning requested items and additional detail concerning particular lienholder's arbitration (.4); telephone conference with B. Blackwell (IMS Counsel), J. Davis, and H. Kollenberg concerning IMS lien (.2); communications with H. Kollenberg concerning particular lien (.2); communications with H. Kollenberg concerning research (.2); telephone conference with J. Sottile (Jones Day), H. Kollenberg, and J. Davis concerning particular lienholder (.5); review recent | 3.9 | 1,950.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | bankruptcy pleadings concerning lienholders (.3); review correspondence from lienholders (.4). | | |
| 01/03/18 | ATB | Communications with M. Riseden concerning research (.3); research Texas law to address specific allegations by lienholders (2.1). | 2.4 | 1,200.00 |
| 01/03/18 | JLD | Telephone conference with T. Sherman (A&M) as to lien disputes and lower tier subcontractor issues (.2); telephone conference with O. Zeltner, S. Corr-Irvine (Jones Day), M. Riseden and H. Kollenberg as to relief of stay motion and objections (.6); telephone conference with J. Sottile (Jones Day), M. Riseden and H. Kollenberg (.5); telephone conference with B. Blackwell (TCI attorney) and M. Riseden and H. Kollenberg (.2); communications with T. Sherman (A&M) and M. Fenoglio (Debtor) as to lien disputes (.7); prepare and send out lien summary status (1.3); evaluate certain contractor lien claim amounts and prepare settlement objectives (2.4). | 5.9 | 3,245.00 |
| 01/03/18 | CHK | Prepare for call with Jones Day on lift stay motion (.4); communications with J. Davis, M. Riseden re: same (.5); telephone conference with O. Zeltner, S. Corr-Irvine (Jones Day), M. Riseden, and J. Davis re: WFS motion (.6); telephone conference with J. Sottile (Jones Day), M. Riseden and J. Davis re: lien issues (.5); telephone conference with B. Blackwell (TCI), M. Riseden and J. Davis re: claim (.2). | 2.2 | 1,232.00 |
| 01/03/18 | ABK | Review communications from M. Hartman re claims and liens received today (.2). | 0.2 | 100.00 |
| 01/04/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.6); receive and process documents regarding SEGA (.2); assist with research concerning WFS Construction Services Motion for Modification of Automatic Stay to Permit Pending Arbitration (2.9). | 3.7 | 777.00 |
| 01/04/18 | MMR | Telephone conference with J Sottile (Jones Day), J. Davis, H. Kollenberg, M. Fenoglio (Debtor), M. Sini (Debtor), and P. Losa (Debtor) concerning particular lienholder and liens filed (.8); communications with H. Kollenberg and J. Davis concerning the same (.2); prepare for research meeting (.2); meet with A. Beckham, H. Kollenberg, and J. Davis concerning research (1.0); telephone conference with H. Kollenberg and B. Andrews (Andrews Myers) concerning liens (.3); communication with J. Davis and H. Kollenberg concerning settlement of liens (.5); review incoming correspondence from lienholders (.6); send recently received notices and liens to Jones Day team (.2); prepare detailed email on a particular lienholders claims and defenses to the same (.7); send the same to O. Zeltner (Jones Day) (.2); communications with O. Zeltner concerning January 18th hearing (.2); review recently filed bankruptcy pleadings relating to lienholder issues (.3). | 5.2 | 2,600.00 |
| 01/04/18 | JLD | Telephone conference with J. Sottile (Jones Day), M. Fenoglio (Debtor), P. Losa (Debtor), M. Sini (Debtor), and H. Kollenberg and M. Riseden as to particular lienholder contracts and lien discussion (.8); receipt and analyze insurance documents and contracts between particular lienholder & Debtors (2.4); discussion with M. Riseden and H. Kollenberg as to lien matters and claim options (.2); meeting with A. Beckham, H. Kollenberg, and M. Riseden to discuss lien holder legal issues and case law (1.0); telephone conference with B. Andrews (Lexicon attorney) and H. Kollenberg and M. Riseden as to procedure (.3); discussion with M. Riseden and H. Kollenberg as to lienholder status, settlement matters, and construction contact cure amounts (.5); analyze particular lienholder claim and lien amounts (.6) and prepare settlement procedure summary (.9). | 6.7 | 3,685.00 |
| 01/04/18 | ATB | Prepare a response to research questions from M. Riseden regarding the | | |

|            |      |                                                                                                                                                                                                                                                                                                                                                      |      |          |
|------------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
|            |      | lienholders (.5); prepare for and attend a meeting with M. Riseden, H. Kollenberg, and J. Davis to discuss research and strategy (1.1).                                                                                                                                                                                                                | 1.6  | 800.00   |
| 01/04/18   | CHK  | Telephone conference with J. Sottile (Jones Day); M. Fenoglio (Debtors), M. Sini (Debtor), P. Losa (Debtor), M. Riseden & J. Davis re: lien issues (.8); review particular lienholder documents (.5); conference with A. Beckham, M. Riseden, J. Davis re: research issues and plan (1.0); conference with M. Riseden and J. Davis re: lienholder issues (.5); review lien settlement problems (.5). | 3.3  | 1,848.00 |
| 01/05/18   | MH   | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.5); review documents received regarding SEGA (1.); assist with research into WFS Construction Services Motion for Modification of Automatic Stay to Permit Pending Arbitration (.8); prepare listing of lienholders with amount of liens related to opposing counsel representation (.3); receipt and review of liens/notices from client/subcontractors, and update master lien log accordingly (.4). | 3.0  | 630.00   |
| 01/05/18   | MMR  | Prepare for meeting with B. Andrews (Andrews Myers) (.4); meeting with B. Andrews (Andrews Myers), K. Byrd (Andrews Myers), and H. Kollenberg concerning status and potential settlement process (2.7); communications with M. Cohen (Jones Day) and J. Sottile (Jones Day) about scheduling a call (.2); telephone conference with M. Cohen (Jones Day), J. Sottile (Jones Day), J. Davis, and H. Kollenberg concerning status and lienholders (1.0); conference with H. Kollenberg concerning the same (.2). | 4.5  | 2,250.00 |
| 01/05/18   | CHK  | Meeting with W. Andrews, K. Baird (Andrews Myers), M. Riseden re: lien settlement possibilities (2.7); telephone conference with M. Cohen, J. Sottile (Jones Day), J. Davis, and M. Riseden re: status and lienholder claims (1.0); conference with M. Riseden re: same (.2); review outstanding lien settlement problems (.6). | 4.5  | 2,520.00 |
| 01/05/18   | ABK  | Review communications from M. Hartman re claims and liens received today (.2).                                                                                                                                                                                                                                                                         | 0.2  | 100.00   |
| 01/05/18   | JLD  | Communications with P. Losa (Debtor) as to particular lienholder and M&G Resins matters (.6); telephone conference with M. Cohen, J. Sottile (Jones Day), and H. Kollenberg and M. Riseden to discuss lienholder group matters and lien priorities claims (1.0); analyze Chemtex and M&G Resins contracts and request invoices (.8); receipt and analyze payment documents and schedules involving particular lienholder (1.6); legal research as to lien issues (1.8). | 5.8  | 3,190.00 |
| 01/06/18   | MMR  | Send recent liens and notices to Jones Day team (.1); review recent bankruptcy pleadings concerning lienholders (.1).                                                                                                                                                                                                                                  | 0.2  | 100.00   |
| 01/08/18   | JLD  | Communications with Jones Day as to M&G discovery matters (.3) and obtain and send out recorded loan related documents (.5); analyze and prepare comments to objection to WFS lift of stay motion and declaration by M. Riseden (.8); preparation of summary of settlement amounts of particular lienholder claim (1.2); prepare updates to lien log to produce to lienholder group (2.2); communications with K. McCarren (Debtors) as to lien issues and invoicing (.4); analyze particular lienholder contracts and payment history (1.3); communication with M. Riseden and H. Kollenberg regarding status and lienholder issues (.5); communications with M. Riseden regarding lienholder settlements (.3). | 7.5  | 4,125.00 |
| 01/08/18   | MMR  | Telephone conference with B. Blackwell (TCI Counsel) (.3); work on Riseden affidavit for response to WFS motion to lift stay (1.3); review and comment on response to WFS motion to lift stay (1.1); communications with H. Kollenberg concerning settlement discussions with lienholders (.3); | 4.7  | 2,350.00 |

communications with H. Kollenberg regarding WFS response (.4);

communications with H. Kollenberg and J. Davis regarding status and lienholder issues (.5) ; telephone conference with J. Chau (Counsel for Momentum and Palacios Marine) (.3); communications with J. Davis regarding lienholder settlements (.3); communications with J. Sottile (Jones Day) about particular lienholder settlement discussions (.2).

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 01/08/18 | ABK | Receipt and review of email transmittal from CSC Services re service of lien affidavit by MMR Constructors on M&G Polymers and M&G Resins (.1); download and review document (.2); prepare email to M. Hartman transmitting same (.1). | 0.4 | 200.00 |
| 01/08/18 | CHK | Review draft WFS response (.6); conference with M. Riseden regarding same (.3); communications with M. Riseden and J. Davis regarding lienholder issues (.5); conference with M. Riseden regarding lienholder settlement discussions (.3). | 1.7 | 952.00 |
| 01/09/18 | JLD | Telephone conference with J. Sottile (Jones Day) as to lien matters (.2); communications with P. Losa (Debtor) as to M&G Resin matters and subcontractors (.8); telephone conference with M. Daher (Debtor) as to subcontractor lien issues and amounts (.6); analyze certain Chemtex invoicing matters with particular lienholder and M&G Resins (2.7); communications with Jones Day as to M&G Waters and liens (.3). | 4.6 | 2,530.00 |
| 01/09/18 | ATB | Research Texas and federal case law related to lienholders' specific claims (1.5); prepare a revised memorandum regarding same (2.5); prepare a summary of a key case (.5). | 4.5 | 2,250.00 |
| 01/09/18 | CHK | Review lien legal research issues (.6); review lien settlement status (.4). | 1.0 | 560.00 |
| 01/10/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.7); receipt and review of liens/notices from client/subcontractors, and update master lien log accordingly (.3); update lien log for Lienholder Group as requested by Jones Day (1.3); review 546 filings and information to lien log (.7). | 3.0 | 630.00 |
| 01/10/18 | MMR | Review and revise declaration and objection to WFS motion to lift stay (.9); communications with O. Zeltner (Jones Day) concerning the same (.2); review bankruptcy pleadings briefly as to lienholder issues (.3); telephone conference with J. Sottile (Jones Day) and H. Kollenberg concerning settlement related items (.6); telephone conference with M. Daher (Debtor) and J. Davis concerning lien related issues (.6); briefly review updated lien log from M. Hartman to send to Jones Day (.2); communications with A. Beckham concerning additional research (.2); review communications from T. Sherman (A&M) (.2); prepare and send requested arbitrator related information to J. Sottile (Jones Day) (.4); telephone conference with S. Corr-Irvine (Jones Day), T. Sherman (A&M), and J. Davis concerning lien matters (.9); review communications from M. Fenoglio (Debtor) (.2); communications with J. Davis concerning the same as well as lien settlements (.4); communications with H. Kollenberg regarding request from J. Sottile (Jones Day) (.2). | 5.3 | 2,650.00 |
| 01/10/18 | JLD | Telephone conference with P. Losa (Debtor) as to M&G Resins and particular lienholder matters (.3); telephone conference with K. McCarren (Debtor) as to Chemtex invoicing and particular lienholder matters and related agreements (.5); discussion with M. Riseden as to lien settlement procedures and communications from M. Fenoglio (Debtor) (.4); telephone conference with M. Daher (Debtor) and M. Riseden and H. Kollenberg as to contractor lien amounts and work performed (.6); negotiations with A. Pidgirsky (Fagioli attorney) as to Fagioli lien claim amount (.4); analyze particular lienholder claim amount, bankruptcy filing and settlement options (.3); telephone conference with T. Sherman (A&M), S. Corr-Irvine (Jones Day), and M. | 6.4 | 3,520.00 |

|       |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |     |          |
|-------|-----|---|-----|----------|
|       |     | Riseden as to lienholder settlement procedures (.9); prepare updates and comments to lien log for publication (.8); analyze prior lawsuit information for lienholder settlement (.3); analyze lienholder legal arguments (.7); prepare affidavit of mechanic's lien and send out (1.2). | | |
| 01/10/18 | CHK | Telephone conference with J. Sottile (Jones Day) and M. Riseden regarding resolution process issues (.6); review lien research (.5); communication with Jones Day on lien research (.3); telephone conference with M. Daher (Debtor), M. Riseden and J. Davis regarding lien claims (.6); communications with M. Riseden regarding request from J. Sottile (Jones Day) (.2). | 2.2 | 1,232.00 |
| 01/10/18 | ABK | Receipt and review of email from M. Hartman re MMR Constructors lien (.1). | 0.1 | 50.00 |
| 01/11/18 | MH  | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.4); receipt and review of liens/notices from client/subcontractors, and update master lien log accordingly (1.); communications with M. Riseden in preparing log regarding particular lienholder and Subcontractors as requested (1.1). | 2.5 | 525.00 |
| 01/11/18 | MMR | Communications with H. Kollenberg regarding lien settlement discussions (1.0); telephone conference with B. Andrews (Andrews Myers) and H. Kollenberg concerning lienholder settlement discussions (.5); communications with M. Hartman concerning updates to internal lien log (.4); communications with J. Sottile (Jones Day) (.4); work with M. Hartman on the particular lienholder spreadsheet (.7); review liens and related correspondence from particular lienholder and analyze the same (.6); review and analyze liens and correspondence from particular lienholder (.5); communications with J. Davis and H. Kollenberg concerning lienholder settlement procedures and status (.5); telephone conference with K. Andrews (counsel for Apache) (.3); review and analyze liens and correspondence served by particular lienholder (.4); telephone conference with A. Mesa (Blanchard counsel) (.3). | 5.6 | 2,800.00 |
| 01/11/18 | JLD | Communications with P. Losa (Debtor) and J. Sottile (Jones Day) as to claim matters (.7); communications with M. Riseden and H. Kollenberg as to lienholder settlement process (.5); preparation of analysis of particular lienholder contract and lien claim matters (1.9); analyze M&G Resins and Chemtex contracts and discuss with P. Losa (1.7). | 4.8 | 2,640.00 |
| 01/11/18 | CHK | Communications with J. Sottile regarding lienholder settlement process (.6); telephone conference with B. Andrews (Andrews Myers) and M. Riseden regarding resolution process (.5); conference with J. Davis, M. Riseden regarding lien settlement issues (.5); conference with M. Riseden regarding settlement of subcontractor claims (1.0). | 2.6 | 1,456.00 |
| 01/11/18 | ABK | Review communications from M. Hartman re liens and claims received (.2). | 0.2 | 100.00 |
| 01/12/18 | MH  | Downloaded, processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.4); conference with M. Riseden and J. Davis regarding lienholder and claims (.4); research lienholder parties (.3); research lien or 546 deadline (.1); finalize lienholder and subcontractor log regarding particular lienholder (.8). | 2.0 | 420.00 |
| 01/12/18 | MMR | Communications with O. Zeltner (Jones Day) and J. Sottile (Jones Day) concerning preparation for Jan. 18th hearing (.2); communications with J. Davis and M. Hartman regarding lienholder settlement issues (.4); communications with A. Beckham concerning research needed (.4); work on particular lienholder lien chart (.7); communications with H. Kollenberg concerning particular lienholder (.3); communications with H. Kollenberg and J. Davis concerning lienholder settlement discussions (.5); communications to J. Sottile, C. Black, and M. Cohen (all Jones Day) concerning particular lienholder and related issues (.3); update internal lien log with lienholder | 4.0 | 2,000.00 |

| | | | | |
|---|---|---|---|---|
| | | discussions (.6); communications to S. Corr-Irvine (Jones Day) concerning internal lien log (.2); send email with recent liens and notices received to Jones Day team (.2); contact MMR Constructors (.2). | | |
| 01/12/18 | CHK | Review claim information (.5); conference with M. Riseden on IMS (.3) conference with M. Riseden and J. Davis regarding claim issues and progress (.5). | 1.3 | 728.00 |
| 01/12/18 | ATB | Meeting with M. Riseden to discuss needed research (.4). | 0.4 | 200.00 |
| 01/12/18 | JLD | Discussion with M. Riseden and M. Hartman as to various lienholder settlement issues (.4); communications with J. Sottile (Jones Day) as to Chemtex lien matters (.3); communications with Fluor (.4) and analyze particular lienholder lien filings and notices (.6); analysis of particular lienholder agreement and lien filings (.8); analysis of another particular lienholder's agreement, lien, and lawsuit (.7); communications with Dawkins (.3); analysis of another particular lienholder claims (.8); communications with Orbital attorney (.3); prepare summary of lien claim settlement discussions (1.2); discussion with M. Riseden and H. Kollenberg as to lien settlement issues and subcontractors and related lawsuits (.5). | 6.3 | 3,465.00 |
| 01/14/18 | MMR | Review emails from S. Corr-Irvine (Jones Day) regarding draft response to objections to lienholder settlement motion (.1); reply to the same (.2). | 0.3 | 150.00 |
| 01/15/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.4); research particular lienholder subcontractors for accuracy of claim amounts (.2). | 0.6 | 126.00 |
| 01/15/18 | MMR | Review Debtors' draft reply to objections to Lienholder Claim Settlement Procedures (.4); communications with S. Corr-Irvine (Jones Day) concerning the same (.2); communications with H. Kollenberg concerning lien settlement procedures (.2); review bankruptcy pleadings pertaining to lienholders (.3); conference with H. Kollenberg and J. Davis concerning lienholder settlements and status (1.2); conference with J. Davis concerning settlements of liens (.2); conference with H. Kollenberg regarding WFS matter (.4). | 2.9 | 1,450.00 |
| 01/15/18 | JLD | Analysis of certain bankruptcy filings as to lienholder procedures and settlement and bidding matters (.4); discussions with M. Riseden and H. Kollenberg as to lienholder settlements (1.2); communications involving J. Sottile, S. Corr-Irvine and M. Cohn (all Jones Day) and M. Riseden as to a particular lienholder's lien settlement matters (.4); analysis of Chemtex aging report, invoices and objections to cost to cure as to a particular lienholder (.7); analysis as to a particular lienholder lawsuit, liens and contracts (1.3); prepare email for lien settlement procedures and options (.8); receipt and analysis WFS motion for relief of stay (.4); analysis of legal issues involving a particular lienholder (.7); conference with M. Riseden concerning settlements of liens (.2). | 6.1 | 3,355.00 |
| 01/15/18 | CHK | Conference with J. Davis and M. Riseden regarding lien settlement procedures and issues (1.2); review WFS reply (.3); review WFS file material with M. Riseden (.4); conference with M. Riseden concerning lien settlement procedures (.2). | 2.1 | 1,176.00 |
| 01/16/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.5); create log for A&M as requested (1.7). | 2.2 | 462.00 |
| 01/16/18 | MMR | Conference call with S.Corr-Irvine (Jones Day), O. Zeltner (Jones Day), and H. Kollenberg concerning upcoming hearing in Delaware and lift stay motion (.8); communications with H. Kollenberg concerning the same (.3); conference call with T. Sherman (A&M), S. Corr-Irvine (Jones Day), and J. Davis concerning lienholder settlements (.4); communications to M. Hartman | 3.8 | 1,900.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | concerning revised lien log (.4); communications with J. Davis concerning lien matters (.2); conference call with Counsel for MMR Constructors (.6); review revised draft lien log and send additional comments to M. Hartman (.4); review specific bankruptcy pleadings relating to lien matters (.3); email S. Corr-Irvine (Jones Day) concerning revised lien log (.2); review correspondence from S. Corr-Irvine (Jones Day) concerning revised lien log (.2). |  |  |
| 01/16/18 | JLD | Communications with Dawkins as to lien matters (.7); telephone conference with T. Sherman (A&M), S. Corr-Irvine (Jones Day) and Mindy Riseden as to lienholder settlement matters (.4); preparation of updates to settlement lien log (.6); analysis of particular lienholder lien claim matters and amounts (.8); receipt and analysis of lien perfection filings by particular lienholders (.5); communications with M. Riseden concerning lien matters (.2) | 3.2 | 1,760.00 |
| 01/16/18 | CHK | Telephone conference with O. Zeltner; S. Corr-Irvine (Jones Day), M. Riseden regarding WFS motion (.8); review upcoming hearing materials (4); telephone conference with M. Riseden regarding WFS hearing (.3); review WFS support documentation (.5). | 2.0 | 1,120.00 |
| 01/17/18 | MMR | Review communications with J.O'Neill (Pachulski) and C. Black (Jones Day) relating to hearing in Delaware on January 18, 2018 (.2); communications with M. Cohen (Jones Day) concerning lien log (.2); communication with O. Zeltner (Jones Day) concerning upcoming hearing on motion to lift stay (.2); review communications from C. Rosenbloom (Cleary) concerning upcoming call (.3); review prior emails and notes concerning WFS matter in preparation for hearing on motion to lift stay (1.7); communications with H. Kollenberg concerning liens, status, and upcoming hearing (.6). | 3.2 | 1,600.00 |
| 01/17/18 | JLD | Analysis of lienholder group motion granting leave of stay and challenge to DAK lien priority (.8); communications with M. Fenoglio (Debtor) as to particular lienholder contract and lien matters (.7); prepare comments and updates to lien log for settlement procedures (1.2); analysis of hearing agenda as to lienholder claims (.3); review communications involving M. Cohen (Jones Day) and M. Riseden as to lien log matters and settlements (.4). | 3.4 | 1,870.00 |
| 01/17/18 | CHK | Review WFS motion material (.2); telephone conference with M. Riseden regarding hearing issues (.6); review hearing materials (.2). | 1.0 | 560.00 |
| 01/18/18 | CHK | Telephone conference with M. Riseden pre-hearing regarding hearing issues (.3); attend hearing telephone call (2.5); review communications with J. Davis and M. Riseden regarding hearing issues (.5); legal research regarding lien issues (1.0); review communications with Jones Day post-hearing regarding lien settlement process (.5); telephone conference with J. Davis, M. Riseden post-hearing regarding lien settlement process (.6). | 5.4 | 3,024.00 |
| 01/18/18 | MMR | Review documents in preparation for hearing on WFS motion to lift stay (.6); telephone conference with H. Kollenberg concerning hearing on WFS motion (.3); communications with J. Sottile (Jones Day) concerning WFS hearing (.4); communications with O. Zeltner (Jones Day) on WFS hearing preparation (.5); review lienholder settlement notes and prepare discussion topics on the same (.7); email H. Kollenberg and J. Davis concerning the same (.2); attend bankruptcy court hearing on WFS motion to lift stay and lienholder settlement procedures (3.3); communications with J. Waxman (lienholder group) and M. Cohen (Jones Day) concerning lienholder issues (.3); review research memo prepared by A. Beckham on lienholder issues (.5); review bankruptcy pleadings related to lienholder issues (1.1); communications with C. Black (Jones Day) and M. Cohen (Jones Day) on lienholder settlement discussions | 9.7 | 4,850.00 |

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |     |          |
|----------|-----|----------------------|-----|----------|
|          |     | (.5); telephone conference with H. Kollenberg and J. Davis concerning hearing and related lienholder discussions (.6); telephone conference with J. Davis concerning additional lienholder matters (.1); review correspondence concerning research on additional lienholder issues (.4); review email communications with J. Davis and H. Kollenberg concerning matters discussed at the lienholder settlement procedure hearing (.2). |     |          |
| 01/18/18 | JLD | Telephonically attend lienholder settlement procedures hearing (2.4); communications to M. Riseden and H. Kollenberg as to site inspections and lien issues (.6); prepare site access waiver form for lienholder group inspections (.6); prepare conditional waiver and release as to lienholder settlement group and send out (.7); telephone conference with M. Riseden and H. Kollenberg as to lien settlement procedures motion order and path forward (.6); telephone conference with M. Riseden (.1); communications with M. Fenoglio (Debtor) as to lien matters (.3); prepare summary of matters related to lien filings (.9); analysis of research concerning lienholder claims (.6). | 6.8 | 3,740.00 |
| 01/19/18 | ATB | Research defenses against lienholders under Texas law. (5) | 0.5 | 250.00 |
| 01/19/18 | MMR | Conference with H. Kollenberg concerning lienholder settlements and negotiation (.7); review email communications concerning the same (.4); review bankruptcy pleading notifications concerning lienholder issues (.4); prepare for and contact counsel for TCI (.2); conference with J. Davis concerning lien log (.4). | 2.1 | 1,050.00 |
| 01/19/18 | CHK | Conference with M. Riseden regarding lien settlement issues (.7); legal research on lien issues (.9); conference with J. Davis regarding site inspection and lien issues (.4). | 2.0 | 1,120.00 |
| 01/19/18 | JLD | Discussion with H. Kollenberg as to site inspection (.4); discussions with M. Riseden as to lien log matters (.4); analysis of Order establishing lienholder claim settlement procedures (.4); communications with M. Fenoglio (Debtor) as to disputed lien claims and other matters (.7); analysis of bankruptcy filings as to perfected lien motions and amounts by various contractors (1.3); research involving a particular lienholder's claim involving the plant (1.1) and analysis of particular lienholder's contracts (.9). | 5.1 | 2,805.00 |
| 01/20/18 | CHK | Legal research on lien issues (.6). | 0.6 | 336.00 |
| 01/21/18 | MMR | Review bankruptcy pleadings related to lienholder matters (.2); work on lien settlement matters (1.1). | 1.3 | 650.00 |
| 01/22/18 | CHK | Conference with M. Riseden, J. Davis regarding lien settlement issues (1.2); legal research on lien issues (.7); prepare for conference call (.4); call with J. Sottile, C. Black, M. Cohen (Jones Day), L. Schweitzer, C. Rosenbloom (Cleary), FTI Counsel, Winstead Counsel, T. Sherman (A&M), M. Riseden and J. Davis regarding lien settlement issues (1.8); conference with M. Riseden, J. Davis after call on progress (.2); conference with M. Riseden concerning particular lienholder (.1). | 4.4 | 2,464.00 |
| 01/22/18 | MMR | Finalize chart for lienholder settlement discussions (.3); email the same to H. Kollenberg and J. Davis (.2); conference with H. Kollenberg concerning particular lienholder and liens (.1); telephone conference with B. Blackwell (TCI Counsel) (.1); review lienholder settlement procedures (.3); conference with H. Kollenberg and J. Davis concerning preparation for call concerning lienholder settlements (1.2); email J. Sottile, M. Cohen, C. Black (all Jones Day) concerning upcoming call and lienholder settlements (.3); conference call with J. Sottile, M. Cohen, C. Black (all Jones Day), L. Schweitzer, C. Rosenbloom (Cleary), FTI Counsel, Winstead Counsel, T. Sherman (A&M), J. | 4.7 | 2,350.00 |

| | | | | |
|---|---|---|---|---|
| | | Davis, and H. Kollenberg concerning liens (1.8); conference with J. Davis and H. Kollenberg concerning call (.2); email J. Sottile, M. Cohen, C. Black (all Jones Day) concerning scheduling call (.2). | | |
| 01/22/18 | JLD | Analysis of particular lienholder retainage claim and interest fees (.6); discussion with M. Riseden and H. Kollenberg as to lienholder settlement procedures and cost to cure amounts (1.2); communications with M. Fenoglio (Debtor) as to contractor cost to cure amounts (.3); telephone conference with M. Cohn, C. Black, J. Sottile (Jones Day), L. Schweitzer, C. Rosenbloom (Cleary), Winstead attorney, T. Sherman (A&M) and FTI, M. Riseden and H. Kollenberg as to construction lienholder settlement matters (1.8); discussion with M. Riseden and H. Kollenberg as to same (.2); communications with J. Sottile (Jones Day) and M. Fenoglio (Debtor) as to particular lienholder matters and contracts (.6); communications with Dawkins attorney (.3); analysis of lien amounts (.8); prepare list of essential contractors (.6) and communications with M. Daher (Debtor) as to particular lienholder issues and other contractors and lien filings (.7). | 7.1 | 3,905.00 |
| 01/23/18 | MMR | Review communications from J. Sottile (Jones Day) concerning particular lienholder issues (.3); telephone conference with J. Sottile (Jones Day) and J. Davis concerning the same (.3); conference with H. Kollenberg concerning lienholder settlements (.2); review lienholder notes (.2); conference call with C. Black, M. Cohen, J. Sottile, and D. Merritt (all Jones Day) and H. Kollenberg, J. Davis, and D. Polsinelli concerning liens (1.3); review email communications concerning liens with and Debtors (.3). | 2.6 | 1,300.00 |
| 01/23/18 | DAP | Conference call with C. Black, M. Cohen, J. Sottile and D. Merritt (Jones Day), M. Riseden, H. Kollenberg and J. Davis regarding settlement strategy for lienholders (1.3). | 1.3 | 494.00 |
| 01/23/18 | CHK | Conference with M. Riseden regarding lien issues (.2); legal research on lien issues (1.1); prepare for conference call (.5); telephone conference with C. Black, M. Cohen, J. Sottile and D. Merritt (Jones Day), M. Riseden, J. Davis and D. Polsinelli (1.3). | 3.1 | 1,736.00 |
| 01/23/18 | JLD | Communications with M. Fenoglio (Debtor) as to lien claim settlement amounts and safety (QA-QC) documents (.7); telephone call with J. Sottile (Jones Day) and M. Riseden as to particular lienholder claim (.3); communications with K. McKarren (Debtor) as to AP and aging reports (.6); analysis of M&G Resins AP vendor report and Chemtex AP report (1.8); communication with P. Losa (Debtor) as to Chemtex claims and amounts (.8); telephone conference with C. Black, M. Cohn, J. Sottile, D. Merrett (Jones Day) and M. Riseden, H. Kollenberg, and D. Polsinelli as to lienholder settlement matters (1.3); analysis and research of particular lienholder's lien claim matters and accounts payable (1.6); communications with Jones Day, A&M, and Debtor as to certain lienholder settlement amounts and negotiation terms (2.7). | 9.8 | 5,390.00 |
| 01/24/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.7); update perfection amounts claimed to chart (.2); receive, review and add Debtor information provided to lien log (1.9); receipt and review of additional lienholder info provided by A&M (.3); receipt and review of liens/notices from client/subcontractors and update lien logs (.7). | 3.8 | 798.00 |
| 01/24/18 | MMR | Communications with H. Kollenberg concerning settlements and lienholders (.3); send recently received demands and correspondence from lienholders to C. Black, S. Corr-Irvine, and M. Cohen (all Jones Day) (.2); review email communications with Debtors concerning lienholder settlements (.3). | 0.8 | 400.00 |
| 01/24/18 | CHK | Review lien log and settlement process (1.2); conference with J. Davis as lien settlement issues (.3); conference with M. Riseden regarding lien settlement | 1.8 | 1,008.00 |

issues (.3).

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/18 | JLD | Prepare for (.3) and participate in conference call with M. Fenoglio (Debtor), P. Losa (Debtor), M. Sini (Debtor), and K. McCarren (Debtor) as to particular lienholder claims (1.1); communications with D. Merrett (Jones Day), T. Sherman (A&M) and M. Fenoglio and P. Losa (Debtor) as to lien settlement procedures (1.8); receipt and analysis of Fagioli discovery request and prepare comments (.8); analysis of particular Debtor agreement (.6); communications with M. Fenoglio (Debtor) and K. McCarren (Debtor) as to M&G shares (.9), analysis of Chemtex updated Aging Report and AP (1.3); receipt and analysis of Lienholder Settlement information (1.8); communications with D. Merrett (Jones Day), T. Sherman (A&M) as to lienholder settlement issues (1.3); conference with H. Kollenberg as to lien settlement issues (.3). | 10.2 | 5,610.00 |
| 01/24/18 | ABK | Communication with M. Hartman re recently received liens and claims (.2); receipt and review of email from CSC Global re their receipt of service of an MML affidavit on behalf of M&G Polymers (.1); download and review affidavit from CSC website (.2). | 0.5 | 250.00 |
| 01/25/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.4); receipt and add additional information to the lienholder settlement analysis log (.8); create chart of lienholder and subcontractors (.2). | 1.4 | 294.00 |
| 01/25/18 | MMR | Communications with J. Brummond (WFS counsel) and H. Kollenberg concerning WFS liens (.3); communications with B. Andrews (Andrews Myers) and H. Kollenberg concerning lienholder settlements (.4); communications with B. Blackwell (TCI Counsel) concerning IMS lien (.4); communications with D. Merrett and J. Sottile (both Jones Day) concerning scheduling (.3); review particular lien and related subcontractors (.4); call counsel for the same (.3); email communication concerning settlements to M. Fenoglio (Debtors), P. Losa (Debtors), T. Sherman (A&M), D. Merrett (Jones Day), J. Sottile (Jones Day), H. Kollenberg, and J. Davis (.7); conference call with D. Merrett (Jones Day), H. Kollenberg, and J. Davis concerning lienholder issues (.6); communications with H. Kollenberg and J. Davis concerning lienholder settlements (.3); review correspondence from various lienholders (.6). | 4.3 | 2,150.00 |
| 01/25/18 | CHK | Conference with M. Riseden and J. Brummond (WFS counsel) regarding lien settlement issues (.3); telephone conference with M. Riseden and B. Andrews (Andrews Myers) regarding lienholder settlements (.4); review lien log and lien settlement issues (1.7); telephone conference with D. Merrett (Jones Day), M. Riseden, J. Davis regarding lien settlement procedures (.6); conference with M. Riseden, J. Davis regarding lien settlement process (.3); legal research on lien issues (.8); review communications regarding lien settlement progress and procedures (.8). | 4.9 | 2,744.00 |
| 01/25/18 | JLD | Analysis of particular lienholder invoicing and charging and work benchmarks (1.6); communications with K. McCarren (Debtor) as to free trade zone matters (.4); receipt and analysis of lienholder claim settlement summary with additional information from Debtors (1.8); negotiations with subcontractor lienholders and analysis of lien claim amounts (2.2); telephone conference with D. Merrett and J. Sottile (Jones Day) and M. Riseden and H. Kollenberg as to lienholder settlement issues (.6); discussion with M. Riseden and H. Kollenberg as to lienholder settlement amounts (.3) | 6.9 | 3,795.00 |
| 01/25/18 | ABK | Prepare email to M. Hartman transmitting copy of MML affidavit received | 0.1 | 50.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | from CSC Global (.1). | | |
| 01/26/18 | MMR | Review communications from T. Sherman (A&M) (.2); communications with J. Davis concerning the same (.1); review communications from M. Fenoglio (Debtor) (.1). | 0.4 | 200.00 |
| 01/26/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.8); update perfection of lien amounts on lien logs (.2). | 1.0 | 210.00 |
| 01/26/18 | ABK | Receipt and review of email from M. Hartman re MMR Constructors lien (.1). | 0.1 | 50.00 |
| 01/26/18 | CHK | Review emails regarding inspection (.4); telephone conference with D. Merrett (Jones Day), J. Davis regarding inspection (.4); telephone conference with potential expert (.4); communications with D. Merrett regarding same (.3); review instructions on lien settlement process (.2); review lien settlement status and plan (.4). | 2.1 | 1,176.00 |
| 01/26/18 | JLD | Communications with D. Merrett (Jones Day) and H. Kollenberg as to matters, experts, and lienholder settlement procedures (.4); review of communications with D. Merrett (Jones Day) concerning the same (1.1); analysis of loans and deeds of trust and prepare summary (1.4); analysis of expert matters and options (.8) communications with prospects (.6); receipt and analysis of updated information from A&M and prepare comments (1.2); communications with M. Riseden concerning the same (.1). | 5.6 | 3,080.00 |
| 01/27/18 | MMR | Review correspondence from Debtors on lienholder settlements (.5); conference call with J. Davis concerning liens (.5); conference call with J. Davis and H. Kollenberg concerning liens and status (.3); conference call with J. Davis and potential consultant concerning liens (.4); communications with D. Merritt (Jones Day) and J. Davis concerning liens and settlements (.5). | 2.2 | 1,100.00 |
| 01/27/18 | CHK | New communications concerning lien settlement procedures and parameters (.8); telephone conference with M. Riseden, J. Davis concerning lien settlement issues (.3). | 1.1 | 616.00 |
| 01/27/18 | JLD | Telephone conference with M. Riseden as to inspection matters and lienholder settlement issues (.5); telephone conference with H. Kollenberg and M. Riseden as to Jones Day lienholder settlement instructions (.3); telephone conference with D. Merrett (Jones Day) and M. Riseden as to lienholder settlements (.5); receipt and analysis of lienholder settlement information (2.2); telephone conference with potential consultant and M. Riseden (.4). | 3.9 | 2,145.00 |
| 01/28/18 | MMR | Telephone conference with potential consultant (.2); review correspondence from various lienholders concerning liens and demands (1.2); review email from M. Cohen (Jones Day) (.1); reply to the same (.2). | 1.7 | 850.00 |
| 01/29/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.6); work with J.Davis and M. Riseden regarding lienholder settlement issues (4.10). | 4.7 | 987.00 |
| 01/29/18 | MMR | Review A&M information on lienholder settlement information with J. Davis and M. Hartman in conjunction with the lien information and revise accordingly (4.6); review communications from D. Merrett (Jones Day) (.3); review bankruptcy pleadings related to lienholder issues (.5); conference call with D. Merrett (Jones Day) and H. Kollenberg concerning lienholder matters (.2); conference with H. Kollenberg concerning lienholder settlements (.5). | 6.1 | 3,050.00 |
| 01/29/18 | JLD | Analysis and work with M. Riseden and M. Hartman as to lienholder settlement matters (4.6); analysis of various liens (1.8); prepare comments to lien log and send out (3.9). | 10.3 | 5,665.00 |
| 01/29/18 | CHK | Telephone conference with D. Merrett (Jones Day) and M. Riseden concerning lienholder matters (.2); conference with M. Riseden regarding settlement process (.5); review updated lien information and lien settlement | 1.8 | 1,008.00 |

procedures (.8); review proposed stipulation (.3).

| | | | | |
|---|---|---|---|---|
| 01/30/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.8); prepare documents requested for attorney conference call (.3); review and compare lienholder information from A&M (.8); receipt and review of liens/notices from client/subcontractors and update lien log accordingly (1.5); telephone conference with D. Merrett and C. Black (Jones Day), M. Fenoglio and P. Losa (Debtors), D. Stogsdill (A&M), T. Sherman (A&M) and M. Riseden, H. Kollenberg and J. Davis to discuss lienholder claim matters (.5); discussion and analysis of lienholder claims with M. Riseden, H. Kollenberg, and J.Davis (.7); update lien log and listing of lien perfection amounts (.2). | 4.8 | 1,008.00 |
| 01/30/18 | MMR | Review email from MMR Constructors' Counsel and reply to the same (.2); review email from Accurate Welding's counsel and reply to the same (.2); telephone conference with D. Stogsdill (A&M), T. Sherman (A&M), C. Black (Jones Day), D. Merrett (Jones Day), P. Losa (Debtor), M. Fenoglio (Debtor), J. Davis, M. Hartman, and H. Kollenberg concerning lienholder settlements (.5); conference with H. Kollenberg, J. Davis, and M. Hartman concerning the same (.7); review email communications from D. Merrett (Jones Day) in working on lienholder settlement issues (.3); review settlement offer from particular lienholder and send to D. Merrett (Jones Day) (.2); emails to D. Merrett concerning lienholder group and particular lienholder issues (.3). | 2.4 | 1,200.00 |
| 01/30/18 | CHK | Review communications and updates of lien settlement procedures (1.1); telephone conference with C. Black (Jones Day), D. Merrett (Jones Day), D. Stogsdill (A&M), T. Sherman (A&M), P. Losa (Debtor) and M. Fenoglio (Debtor), M. Riseden, J. Davis and M. Hartman regarding lien settlement guidelines and procedures (.5); conference with M. Riseden, M. Hartman and J. Davis regarding lien settlement guidelines and procedures (.7); review communications regarding lien settlement discussions (.6); review lien claimant pleadings (.4). | 3.3 | 1,848.00 |
| 01/30/18 | JLD | Telephone conference with D. Merrett and C. Black (Jones Day), M. Fenoglio and P. Losa (Debtor), D. Stogsdill (A&M), T. Sherman (A&M) and M. Riseden, H. Kollenberg and M. Hartman to discuss lienholder claim matters (.5); discussion and analysis of lienholder claims with M. Riseden, H. Kollenberg, and M. Hartman (.7); receipt and analysis new lien filings (.9); prepare updates to lien log settlement summary and send out to Jones Day and A&M teams (3.2); analysis of lienholder filings and related information for various lienholders (1.8); analysis of lienholder stipulation (.7); receipt and analysis of bankruptcy filings as to lienholder relief from stay (.8); communications with D. Merrett (Jones Day) and T. Sheldon (A&M) as to lien settlement amounts (.6). | 9.2 | 5,060.00 |
| 01/30/18 | ABK | Review of claims and liens received and logged (.2). | 0.2 | 100.00 |
| 01/31/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.5); receipt and review of liens/notices from client/subcontractors and update lien log accordingly (.2). | 0.7 | 147.00 |
| 01/31/18 | MMR | Review settlement correspondence from a particular lienholder (.3); email D. Merrett (Jones Day) concerning the same (.3); communications with J. Davis concerning potential site visit (.2); telephone conference with J. Brummond (WFS Counsel) (.2); email to D. Merrett (Jones Day) concerning status of particular lienholder settlement (.2); briefly attend portion of conference call with J. Davis, M. Fenoglio (Debtors), and T. Sherman (A&M) (.4); conference call with S. Corr-Irvine, P. Saba (Jones Day), and H. Kollenberg | 3.5 | 1,750.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| | | concerning lienholder group matters (.6); conference with H. Kollenberg concerning research (.3); review revised information from T. Sherman (A&M) (.6); communications to T. Sherman (A&M), M. Fenoglio (Debtors), and D. Merrett (Jones Day) concerning issues with the same (.2); review bankruptcy pleadings and related correspondence concerning lienholder matters (.2). | | |
| 01/31/18 | CHK | Review revised lien log (.6); review lien claimant group motion (.4); telephone conference with S. Corr-Irvine, P. Saba (Jones Day), M. Riseden regarding same (.6); conference with M. Riseden re lien settlement issues and research (.3); communications regarding revised lien log (.4). | 2.3 | 1,288.00 |
| 01/31/18 | JLD | Telephone call with T. Sherman (A&M) and M. Fenoglio (Debtor) as to lienholder settlement information (.7); analysis of updated lien log settlement summary and prepare comments (1.2); analysis of certain lien settlement offers and cost to cure amounts (.8); analysis of certain construction contracts and backcharge issues (1.2); communications with M. Riseden concerning potential site visit (.2). | 4.1 | 2,255.00 |
| | **Total Fees** | | **350.4** | **2465.00** |

Re:        Litigation/Arbitrations

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| 01/02/18 | MH | Research status of pending litigation matters (.2). | 0.2 | 42.00 |
| 01/08/18 | MMR | Telephone conference with J. Lanza (Vethan Law Firm) concerning a state court case in Bexar County, Texas involving M&G Resins (.2). | 0.2 | 100.00 |
| 01/10/18 | MH | Research status of pending litigation matters (.3). | 0.3 | 63.00 |
| 01/16/18 | MH | Research status of pending litigation matters (.3). | 0.3 | 63.00 |
| 01/21/18 | MMR | Review notice from the AAA concerning payment for particular arbitration and email AAA administration concerning the same (.1). | 0.1 | 50.00 |
| 01/24/18 | MH | Research status of pending litigation matters (.2). | 0.2 | 42.00 |
| 01/30/18 | MH | Research status of pending litigation matters (.2). | 0.2 | 42.00 |
| **Total Fees** | | | **1.5** | **402.00** |

Re: Real Estate Agreements and Related Port and Construction Agreements

| Date | Atty | Description of Services | Hours | Amount |
|------|------|-------------------------|-------|--------|
| 01/03/18 | JLD | Communications with A. Meyer (Debtor) as to land matters (.8); analyze agreements and surveys (.9) prepare summary of matters concerning the land acreages (2.3); communications with Port (.6); analyze deed restrictions and particular agreement (.9). | 5.5 | 3,025.00 |
| 01/10/18 | JLD | Legal research as to lease/sublease issues (.9); review Corpus Christi office lease matters (.7); analyze free trade zone agreements (1.2). | 2.8 | 1,540.00 |
| | | **Total Fees** | **8.3** | **4,565.00** |

Re:        Non-Working Travel

| Date | Atty | Description of Services | Hours | Amount |
|------|------|------------------------|-------|--------|
| 01/17/18 | MMR | Travel to Wilmington, DE from Houston, TX (4.4). | 4.4 | 2,200.00 |
| 01/18/18 | MMR | Travel from Wilmington, DE to Houston, TX (4.6). | 4.6 | 2,300.00 |
| | | **Total Fees** | **9.0** | **4,500.00** |

# EXHIBIT B

M&G Resins USA, LLC, et al.

**DISBURSEMENT SUMMARY - January, 2018**

| | |
|---|---|
| Conference Charges | $48.67 |
| Courier Expenses | $245.30 |
| Document Reproduction Charges | $0.10 |
| Federal Express Charges | $28.41 |
| Filing Fees and Related | $2.00 |
| Travel - Air Fare | $1,410.60 |
| Travel - Food and Beverage Expenses | $40.78 |
| Travel - Hotel Charges | $295.90 |
| Travel - Transportation Services | $162.50 |
| Travel - Other Costs | $7.99 |
| **Total** | **$2,242.25** |

** - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 40.78

| Date | Description | Amount |
|---|---|---|
| **FEDERAL EXPRESS CHARGES** | | |
| 01/23/18 | Federal Express; 12/23 - Pedro Losa; Federal Express | 28.41 |
| | **Total** | **28.41** |
| **Date** | **Description** | **Amount** |
| **CONFERENCE CHARGES** | | |
| 01/01/18 | Long Distance Telephone Calls; 13027786406 | 0.40 |
| 01/01/18 | Long Distance Telephone Calls; 12123263450 | 0.20 |
| 01/01/18 | Long Distance Telephone Calls; 12022857055 | 1.40 |
| 01/01/18 | Long Distance Telephone Calls; 12144429603 | 0.20 |
| 01/01/18 | Long Distance Telephone Calls; 13144441339 | 2.20 |
| 01/02/18 | Long Distance Telephone Calls; 12034808025 | 5.00 |
| 01/02/18 | Long Distance Telephone Calls; 12123263450 | 3.20 |
| 01/03/18 | Long Distance Telephone Calls; 12123263450 | 5.60 |
| 01/03/18 | Long Distance Telephone Calls; 12144429603 | 1.60 |
| 01/08/18 | Long Distance Telephone Calls; 13614040999 | 1.80 |
| 01/09/18 | Teleconference Expense; 12/27; Global Conferencing Solutions LLC | 6.47 |
| 01/10/18 | Long Distance Telephone Calls; 19106163019 | 2.00 |
| 01/10/18 | Long Distance Telephone Calls; 12123263450 | 0.20 |
| 01/10/18 | Long Distance Telephone Calls; 19108599299 | 6.40 |
| 01/11/18 | Long Distance Telephone Calls; 12253760274 | 0.20 |
| 01/12/18 | Long Distance Telephone Calls; 14098534095 | 1.20 |
| 01/12/18 | Long Distance Telephone Calls; 12102250816 | 2.00 |
| 01/12/18 | Long Distance Telephone Calls; 12257565090 | 0.40 |
| 01/19/18 | Long Distance Telephone Calls; 12144429603 | 0.20 |
| 01/23/18 | Long Distance Telephone Calls; 12123263450 | 2.60 |
| 01/23/18 | Long Distance Telephone Calls; 14784052133 | 3.00 |
| 01/25/18 | Long Distance Telephone Calls; 13144441339 | 0.40 |
| 01/25/18 | Long Distance Telephone Calls; 12144429602 | 0.40 |
| 01/25/18 | Long Distance Telephone Calls; 13618831500 | 0.20 |
| 01/29/18 | Long Distance Telephone Calls; 12144429603 | 0.20 |
| 01/29/18 | Long Distance Telephone Calls; 14045818476 | 1.20 |
| | **Total** | **48.67** |
| **Date** | **Description** | **Amount** |
| **COURIER EXPENSES** | | |
| 01/09/18 | Delivery Service; 12/15; Mach 5 Couriers Inc. | 52.50 |
| 01/09/18 | Delivery Service; 12/18; Mach 5 Couriers Inc. | 52.50 |
| 01/09/18 | Delivery Service; 12/19; Mach 5 Couriers Inc. | 27.80 |
| 01/09/18 | Delivery Service; 12/22; Mach 5 Couriers Inc. | 112.50 |
| | **Total** | **245.30** |
| **Date** | **Description** | **Amount** |
| **DOCUMENT REPRODUCTION CHARGES** | | |
| 01/11/18 | Duplicating Expense | 0.10 |
| | **Total** | **0.10** |
| **Date** | **Description** | **Amount** |
| **FILING FEES AND RELATED** | | |
| 01/09/18 | Filing Fees, Secretary of State; Secretary of State Web Inquiries & Online Filings - December 2017; Secretary of State of Texas | 1.00 |
| 01/09/18 | Filing Fees, Secretary of State; Secretary of State Web Inquiries & Online Filings - December 2017; Secretary of State of Texas | 1.00 |
| | **Total** | **2.00** |
| **Date** | **Description** | **Amount** |

**TRAVEL - FOOD AND BEVERAGE EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 1/17/2018 | Travel Expenses; World Duty Free at Houston Bush Intercontinental Airport - dinner; Mindy Riseden | 10.38 |
| 1/18/2018 | Travel Expenses; Breakfast at Hotel DuPont; Mindy Riseden | 30.40 |
| | **Total** | **40.78** |
| **Date** | **Description** | **Amount** |

**TRAVEL - TRANSPORTATION SERVICES**

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/18 | Travel Expenses; Transportation to/from Houston Airport for travel to Wilmington, DE for bankruptcy court hearing on January 18, 2018; Mindy Riseden | 162.50 |
| | **Total** | **162.50** |
| **Date** | **Description** | **Amount** |

**TRAVEL - AIR FARE**

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/18 | Travel Expenses; United Airlines - round trip coach airfare to/ from Houston and Philadelphia for bankruptcy hearing on Jan. 18, 2018 in Wilmington, DE regarding WFS motion to lift stay; Mindy Riseden | 1,410.60 |
| | **Total** | **1,410.60** |
| **Date** | **Description** | **Amount** |

**TRAVEL - HOTEL CHARGES**

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/18 | Travel Expenses; Hotel DuPont - for travel to Wilmington, DE for bankruptcy hearing on Jan. 18, 2018; Mindy Riseden | 295.90 |
| | **Total** | **295.90** |
| **Date** | **Description** | **Amount** |

**TRAVEL - OTHER COSTS**

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/18 | Travel Expenses; Airplane WIFI for travel to Wilmington, DE for bankruptcy hearing on Jan. 18, 2018; Mindy Riseden | 7.99 |
| | **Total** | **7.99** |

**TOTAL**      **2,242.25**

\** - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 40.78

**GRAND TOTAL**      **2,242.25**

\** - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 40.78