**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| M & G USA Corporation, *et al.*,[1] | : Case No. 17-12307 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Related to Docket Nos. 726 and 907** |
| | : |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST MONTHLY
FEE STATEMENT OF MILBANK, TWEED, HADLEY & MCCLOY LLP FOR
INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL
TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING PERIOD FROM
NOVEMBER 13, 2017 THROUGH AND INCLUDING NOVEMBER 30, 2017**

The undersigned, Delaware co-counsel and conflicts counsel to the Official Committee of Unsecured Creditors in the above captioned cases (the "Committee"), hereby certifies as follows:

1. On January 19, 2018, the First Monthly Fee Statement of Milbank, Tweed, Hadley & McCloy LLP for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to Official Committee of Unsecured Creditors During Period From November 13, 2017 Through and Including November 30, 2017 (the "Application") (Docket No. 726) was filed with the Court.

2. On February 6, 2018, the Notice of Filing of Amended Exhibit A to First Monthly Fee Statement of Milbank, Tweed, Hadley & McCloy LLP for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to Official Committee of Unsecured Creditors During Period From November 13, 2017 Through and Including November 30, 2017 (Docket No. 907) was filed with the Court.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. Objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on February 8, 2018 (the "Objection Deadline").

4. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

5. In accordance with the Court's December 1, 2018 Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 308], the Debtors are authorized to pay Milbank, Tweed, Hadley & McCloy LLP 80% of the fees, $1,196,743.60 (80% of $1,495,929.50), and 100% of the expenses, $6,107.97, as requested in the Application.

Dated: February 16, 2018

**COLE SCHOTZ P.C.**

 */s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty St.
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*