IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 17-12307 (BLS) |
| M & G USA CORPORATION, *et al.*, | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 824 & 825** |

**ORDER GRANTING MOTION OF CONSTRUCTION LIENHOLDER GROUP TO LIMIT NOTICE REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT NECESSARY, TO COMMENCE ACTIONS IN TEXAS TO DETERMINE THE RELATIVE PRIORITY OF CONSTRUCTION LIENS BETWEEN THE CONSTRUCTION LIENHOLDERS AND NON-DEBTORS, BANCO INBURSA, S.A., INSTITUCIÓN DE BANCO MÚLTIPLE, GRUPO FINANCIERO INBURSA AND DAK AMERICAS LLC**

WHEREAS Certain lien claimants[1] (collectively, "Construction Lienholder Group"), filed a Motion to Limit Notice ("Motion to Limit Notice") Regarding Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Non-Debtors, Banco Inbursa, S.A., Institución de Banco Múltiple, Grupo Financiero Inbursa and DAK Americas LLC (the "Stay Relief Motion"), so that Construction Lienholder Group may limit the notice with respect to the Stay Relief Motion; this Court having found that it jurisdiction to consider the Motion to Limit Notice and the notice parties as identified in the Motion to Limit Notice are proper and sufficient and no further notice is

---

[1] The term "construction lien" is intended to encompass all mechanic's, contractor's or materialman's liens arising under and pursuant to Texas property law.

required; and the Court having found that the relief requested by the Construction Lienholder Group is reasonable and appropriate and the Motion to Limit Notice should be granted; it is hereby:

ORDERED THAT the Motion to Limit Notice is GRANTED; and it is further

ORDERED THAT the notice of the Stay Relief Motion shall be sufficient if served upon (i) the Office of the United States Trustee; (ii) the Debtors, (iii) the Debtors' counsel; (iv) the Official Committee of Unsecured Creditors' counsel; (v) the Pre-Petition First Lien Lender's counsel; and (vi) the Pre-Petition Second Lien Lenders; and it is further

ORDERED THAT, if any other party requests a copy of the Stay Relief Motion, counsel for the Construction Lienholder Group shall promptly provide a copy to any requesting party.

Dated: This 21st day of Feb., 2018

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge