# Exhibit A

| Date | Fee earner | Activity | Time |
|---|---|---|---|
| 01/12/2017 | Cupolo Cristina | Research as regard of Italian proceedings vs Chapter 11 | 2.30 |
| 01/12/2017 | Carrello Gaetano | Internal meeting on the matter with R. Sgrò | 1.60 |
| 01/12/2017 | Sgrò Riccardo | Internal meeting on the matter with Gaetano Carrello | 1.60 |
| 03/12/2017 | Sgrò Riccardo | Research regarding the Amministrazione Straordinaria and Italian Proceedings | 1.30 |
| 04/12/2017 | Cupolo Cristina | Review of fee application of Gattai, Minoli, Agostinelli | 3.70 |
| 04/12/2017 | Sgrò Riccardo | Research regarding the Amministrazione Straordinaria and Italian Proceedings | 0.90 |
| 05/12/2017 | Carrello Gaetano | Review of fee application of Gattai, Minoli, Agostinelli | 1.70 |
| 06/12/2017 | Cupolo Cristina | Review of fee application of Gattai, Minoli, Agostinelli | 3.50 |
| 06/12/2017 | Sgrò Riccardo | Review of fee application of Gattai, Minoli, Agostinelli | 0.90 |
| 12/12/2017 | Carrello Gaetano | Call with Jefferies (Leon Szlezinger) re: discovery items | 0.70 |
| 13/12/2017 | Carrello Gaetano | Weekly call with creditors' committee | 0.70 |
| 13/12/2017 | Cupolo Cristina | Weekly Telephone Call with creditors' committee | 0.70 |
| 13/12/2017 | Sgrò Riccardo | Weekly Telephone Call with creditors' committee | 0.70 |
| 20/12/2017 | Carrello Gaetano | Weekly call with creditors' committee | 1.20 |
| 20/12/2017 | Sgrò Riccardo | Weekly Telephone Call with creditors' committee | 1.20 |
| 21/12/2017 | Carrello Gaetano | Conf. with Unicredit and Milbank on process update and explanation of insolvency procedures. | 1.70 |
| 27/12/2017 | Carrello Gaetano | Meeting with Italian debtor at GOP. | 2.50 |
| 28/12/2017 | Sgrò Riccardo | Brief exam issues from GOP presentation. | 1.20 |
| 28/12/2017 | Carrello Gaetano | Brief exam issues from GOP presentation. | 2.90 |
| 28/12/2017 | Carrello Gaetano | Call with L. Szlezinger (Jefferies) and L. Doyle (Milbank) on Italian debtors presentation. | 0.80 |
| 29/12/2017 | Carrello Gaetano | Preliminary review of Italian debtors presentation. Internal assignment coordination. | 2.10 |
| | | | 33.90 |

## Report

| Fee earner | From | To | Time | Hourly rate ($) | Amount ($) |
|---|---|---|---|---|---|
| Carrello Gaetano | 01/12/2017 | 29/12/2017 | 15.90 | 800,00 | 12.720,00 |
| Cupolo Cristina | 01/12/2017 | 29/12/2017 | 10.20 | 220,00 | 2.244,00 |
| Sgrò Riccardo | 01/12/2017 | 29/12/2017 | 7.80 | 480,00 | 3.744,00 |
| | | **Totals** | **33.90** | | **18.708,00** |

**Exhibit B**

| DISBURSEMENTS | AMOUNT |
|---|---|
| Photocopies/Printing | $165.12 |
| Telephone | $164.80 |
| Cab fares/ local transportation | $ 42.80 |
| **TOTAL DISBURSEMENTS** | **$ 372.72** |