IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

## ORDER ADJOURNING THE MOTION OF THE CONSTRUCTION LIENHOLDER GROUP FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT NECESSARY, TO COMMENCE ACTIONS IN TEXAS TO DETERMINE THE RELATIVE PRIORITY OF CONSTRUCTION LIENS BETWEEN THE CONSTRUCTION LIENHOLDERS AND NONDEBTORS, BANCO INBURSA, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO INBURSA AND DAK AMERICAS LLC

Upon the Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Nondebtors, Banco Inbursa, S.A., Institución de Banca Múltiple, Grupo Financiero Inbursa and DAK Americas LLC [Docket No. 824] (the "Motion"); objections to the Motion having been filed by the above-captioned debtors [Docket No. 936], Banco Nacional de Comercio Exterior, S.N.C., Institucion de Banca de Dessarrollo [Docket No. 938], DAK Americas LLC [Docket No. 939]; Banco Inbursa, S.A., Institución de Banca Múltiple, Grupo Financiero Inbursa [Docket No. 941], and the official committee of unsecured creditors [Docket No. 942] (collectively, the "Objections"); the

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M & G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à.r.l. (1270), M & G Chemicals, S.A. (1022), M & G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062), and Indo American Investments Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Construction Lienholder Group having filed a reply in support of the Motion [Docket No. 995]; the Court having considered the Motion and Objections at a hearing on February 22, 2018; and for the reasons stated by the Court at the hearing, **IT IS HEREBY ORDERED THAT**

The Motion is adjourned and continued until the hearing in the above-captioned bankruptcy cases scheduled for March 23, 2018.

Dated: This 27th day of February 2018

Hon. Brendan L. Shannon