# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## MARCH 1, 2018 AT 10:30 A.M. (PREVAILING EASTERN TIME)

> **THE MATTERS LISTED BELOW HAVE EITHER BEEN RESOLVED OR
> ADJOURNED. THE COURT HAS CANCELLED THE HEARING.**

### ADJOURNED MATTER:

1.  Motion of the Official Committee of Unsecured Creditors to Recharacterize, Equitably Subordinate, and Avoid the Liens Securing the Claims of DAK Americas LLC [Filed 2/1/18] (SEALED Docket No. 874, Redacted Docket No. 955)

    Response Deadline: February 19, 2018 at 4:00 p.m. Extended for DAK Americas LLC to March 7, 2018 at 4:00 p.m.

    Responses Received: None at this time.

    Related Documents:

    A.  Declaration of Alexander B. Lees in Support of Motion of the Official Committee of Unsecured Creditors to Recharacterize, Equitably Subordinate, and Avoid the Liens Securing the Claims of DAK Americas LLC [Filed 2/1/18] (SEALED Docket No. 875, Redacted Docket No. 928)

---

[1]      The Debtors are the following twelve entities (the last four digits of their respective taxpayer  identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

<u>Status</u>: This matter is being adjourned to the hearing scheduled for March 14, 2018 at 10:00 a.m.

**<u>UNCONTESTED MATTER UNDER COC:</u>**

2.    Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Filed 2/8/18] (Docket No. 931)

<u>Response Deadline</u>: February 22, 2018 at 4:00 p.m.

<u>Responses Received</u>: Informal comments from the United States Trustee, the Construction Lienholder Group and the United Steelworkers.

<u>Related Documents</u>:

    A.    Certification of Counsel Regarding Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof [Filed 2/23/18] (Docket No. 1025)

<u>Status</u>: The Debtors have submitted a revised proposed order under certification of counsel and respectfully requests entry of the revised order. No hearing is necessary.

Dated:  February 27, 2018                         PACHULSKI STANG ZIEHL & JONES LLP

                                              */s/ Joseph M. Mulvihill*               
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              jmulvihill@pszjlaw.com

               and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:         sgreenberg@jonesday.com
               scorrirvine@jonesday.com
and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:     (216) 586-7035
Facsimile:     (216) 579-0212
Email:         ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in
Possession