IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| M&G USA CORPORATION, *et al.*, | ) Case No. 17-12307 (BLS) |
| Debtors. | ) Jointly Administered |
| | ) Ref. ECF No. 874 |

**ORDER APPROVING SCHEDULING STIPULATION
REGARDING THE CHALLENGE OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
TO THE CLAIMS OF DAK AMERICAS LLC**

Upon consideration of the *Scheduling Stipulation Regarding the Challenge of the Official Committee of Unsecured Creditors to the Claims of DAK Americas LLC* [D.I. 1056] dated February 27, 2018 (the "Stipulation"), by and among (i) the Official Committee of Unsecured Creditors (the "Committee"), (ii) M&G USA Corporation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), (iii) DAK America LLC's ("DAK"), and (iv) Banco Inbursa, S.A., Institución de Banca Múltiple, Grupo Financiero ("Inbursa," collectively with the Committee, Debtors, and DAK, the "Parties"):

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Upon agreement of each of the Parties, the Parties may modify the deadlines set forth in the Stipulation, other than with respect to paragraphs 7-9 of the Stipulation, without further order of the Court.

15535385

3. The Court shall retain jurisdiction with respect to all matters arising from and related to the implementation of this Order.

Dated: Feb 28, 2018
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

15535385v1