# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-12307 (BLS) |
| M & G USA CORPORATION, *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Re: Docket Nos. 490** |
| | : | |

## NOTICE OF CERTAIN MODIFICATIONS TO BIDDING PROCEDURES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 14, 2017, the Court entered the *Order (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [Docket No. 490] (the "Bidding Procedures Order").[2]

2. The Bidding Procedures, attached as Exhibit 1 to the Bidding Procedures Order, contain the following upcoming deadlines with respect to the Sale process for all Assets excluding the Apple Grove Assets (the "Deadlines"):

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Order, including in the exhibits thereto.

| **March 6, 2018, at 5:00 p.m. (prevailing Eastern Time)[3]** | Final Bid Deadline |
|---|---|
| **March 7, 2018, at 5:00 p.m. (prevailing Eastern Time)** | Deadline for objections to the applicable Sale Transaction(s) other than Cure Objections and Adequate Assurance Objections |
| **March 8, 2018, at 10:00 a.m. (prevailing Eastern Time)** | Auction, to be held at the offices of Jones Day, 250 Vesey Street, New York, New York 10281 |
| **March 12, 2018, at noon (prevailing Eastern Time)** | Deadline to file Adequate Assurance Objections |
| **March 13, 2018, at 5:00 p.m. (prevailing Eastern Time)** | Deadline to file the replies in connection with the applicable Sale Transaction(s) |
| **March 14, 2018, at 10:00 a.m. (prevailing Eastern Time)** | Proposed hearing to approve proposed Sale Transaction(s) |

3. At a hearing before the Court on February 22, 2018, counsel for, among others, the Debtors and the Committee conferenced with the Court regarding certain modifications to the Deadlines. At that hearing, the Court indicated that modification of the Deadlines, as set forth in this Notice, would be acceptable to the Court.

4. By this Notice, the Deadlines are hereby modified as follows:

| **March 6, 2018, at 5:00 p.m. (prevailing Eastern Time)[4]** | Final Bid Deadline |
|---|---|
| **March 9, 2018, at 5:00 p.m. (prevailing Eastern Time)** | Deadline for objections to the applicable Sale Transaction(s) other than Cure Objections and Adequate Assurance Objections |
| **March 19, 2018, at 10:00 a.m. (prevailing Eastern Time)** | Auction, to be held at the offices of Jones Day, 250 Vesey Street, New York, New York 10281 |
| **March 21, 2018, at noon (prevailing Eastern Time)** | Deadline to file Adequate Assurance Objections |
| **March 22, 2018, at 5:00 p.m. (prevailing Eastern Time)** | Deadline to file the replies in connection with the applicable Sale Transaction(s) |

---

[3] Subject to the Debtors' limited extension right set forth in Section V of the Bidding Procedures.

[4] Subject to the Debtors' limited extension right set forth in Section V of the Bidding Procedures.

| | |
|---|---|
| **March 23, 2018, at 9:30 a.m. (prevailing Eastern Time)** | Proposed hearing to approve proposed Sale Transaction(s) |

5. In accordance with Section IX of the Bidding Procedures, the Debtors (a) have communicated such modifications to the applicable Consultation Parties and (b) will communicate this modification to the Sale Notice Parties and Prospective Bidders for the Debtors' Assets other than the Apple Grove Assets by (i) filing this Notice on the docket for these Cases and (ii) serving this Notice on the Sale Notice Parties.

6. Prior to filing this Notice, the Debtors consulted with the Committee, the DIP Agent, the DIP Lender, the Pre-Petition First Lien Lender and Macquarie regarding the modifications of the Deadlines as set forth herein, and such parties affirmatively consented to or did not object to such modification.

7. Copies of the Bidding Procedures Order and the Bidding Procedures may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent and administrative advisor, Prime Clerk LLC (http://cases.primeclerk.com/mgusa) (the "Prime Clerk Website").  Copies of these documents are also available for inspection during regular business hours at the Office of the Clerk of the Court, located at 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and may be viewed for a fee on the internet at the Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

| | |
|---|---|
| Dated: March 1, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Joseph M. Mulvihill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jmulvihill@pszjlaw.com |

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

*Co-Counsel for the Debtors and Debtors in Possession*