# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION, *et al.*, | ) | Case No. 17-12307 (BLS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## RESERVATION OF RIGHTS OF SHELL CHEMICALS, LP RELATED TO SALE TRANSACTION
## (DOCKET NOS. 490 & 775)

Shell Chemicals, LP ("Shell") files this *Reservation of Rights* to the Debtors' *Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets et al.*, at Dkt. No. 173.

## I.
## RESERVATION OF RIGHTS

1. Shell and M&G Resins USA, LLC were parties to certain Sales Contracts for the provision of Diethylene Glycol and Monoethylene Glycol Fiber Grade to M&G Resins USA, LLC and its facility in Corpus Christi, Texas, with effective dates of April 1 and July 18, 2017, respectively (the "Sales Contracts"). The Sales Contracts were expressly designated as, and were in fact, "forward contracts" for the purchase, sale, or transfer of a commodity.[2]

2. Notwithstanding minimum purchase requirements set forth in the Sales Contracts, the Debtors failed to purchase any product from Shell under the Sales Contracts.

3. Shell terminated the Sales Contracts, effective November 27, 2017, pursuant to

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Sales Contracts, at Art. 3.

the terms of the Sales Contracts and Shell's rights under Bankruptcy Code sections 362(b)(6) and 556. Notices of termination of the Sales Contracts were provided to the Debtors on or about November 27, 2017.

4. Notwithstanding Shell's termination of the Sales Contracts, the Debtors listed the Sales Contracts on the *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* and supplements to the same, Dkt. Nos. 537, 538, & 775.[3]

5. The Debtors cannot assume or assign a terminated contract.[4]

6. Accordingly, to the extent that the Debtors seek to assume and assign the terminated Sales Contracts in connection with any sale of the Debtors' assets, Shell objects to such assumption and assignment and reserves all rights with respect to the same.[5]

---

[3] Shell and M&G Polymers USA, LLC were also parties to a supply contract providing for the provision of certain commodities to the Debtors' Apple Grove facility. The Shell and M&G Polymers contract was similarly terminated on November 27, 2017. Although the Debtors listed the M&G Polymers supply contract on the notice of contracts subject to possible assumption and assignment, the Debtors also scheduled the November 27, 2017 termination notice. In any event, the Debtors did not seek to assume and assign the M&G Polymers supply contract in connection with the sale of the Apple Grove assets. *See* Dkt. No. 843, Schedule 2.

[4] *See In re Triangle Laboratories, Inc.*, 663 F.2d 463, 467-68 (3d Cir. 1981) (terminated contract cannot be assumed under section 365); *In re B&K Hydraulic Co.*, 106 B.R. 131, 132-33 (Bankr. E.D. Mich. 1989) (an expired contract "does not require any further performance by either party and is therefore not an executory contract").

[5] Shell further reserves the right to make any additional objections to any proposed assumption and/or assignment of the Sales Contracts prior to or at any hearing considering a proposed assumption and/or assignment, including but not limited to insufficient adequate assurance of future performance and Shell's lack of consent to assumption and/or assignment.

| | |
|---|---|
| Dated: March 9, 2018 | **ASHBY & GEDDES, P.A.** |
| | */s/ Gregory A. Taylor* |
| | Gregory A. Taylor, Esq. (#4008) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, Delaware 19899-1150 |
| | Telephone: (302) 654-1888 |
| | Facsimile: (302) 654-2067 |
| | gtaylor@ashbygeddes.com |
| | |
| | -and- |
| | |
| | **NORTON ROSE FULBRIGHT US LLP** |
| | Ryan E. Manns, Esq. |
| | 2200 Ross Avenue, Suite 3600 |
| | Dallas, Texas 75201-7932 |
| | Telephone: (214) 855-8000 |
| | ryan.manns@nortonrosefulbright.com |
| | |
| | Bob Bruner, Esq. |
| | Fulbright Tower |
| | 1301 McKinney, Suite 5100 |
| | Houston, TX 77010-3095 |
| | Telephone: (713) 651-5151 |
| | bob.bruner@nortonrosefulbright.com |
| | |
| | *Counsel to Shell Chemicals, LP* |