**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br>Related to Docket Nos. 490, 1061 |

**FLUOR ENTERPRISES, INC.'S LIMITED
OBJECTION AND RESERVATION OF RIGHTS
TO DEBTORS' PROPOSED SALE TRANSACTION**

Fluor Enterprises, Inc. ("Fluor") files this Limited Objection and Reservation of Rights to the proposed sale transaction (the "Sale") pursuant to the Court's *Order (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* (D.I. 490) (the "Bidding Procedures Order") as amended by the *Notice of Certain Modifications to Bidding Procedures* (D.I. 1061) filed by the Debtors and Debtors-in-Possession (collectively, the "Debtors") in the above-styled jointly-administered Chapter 11 bankruptcy cases (the "Bankruptcy Cases") and would show the Court the following:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

# I. BACKGROUND FACTS

1. Fluor provided labor, equipment, materials, and construction services pursuant to two contracts: (1) a March 31, 2017 Personnel Services Agreement (the "PSA") between Fluor and M&G Resins USA, LLC ("M&G"), and (2) a June 8, 2017 Construction Services Agreement ("CSA") between Fluor and Chemtex International, Inc.

2. Under the PSA and CSA, Fluor delivered and provided labor, services, and materials for improvement and construction of a Plant located at 7001 Joe Fulton International Trade Corridor, Corpus Christi, Texas 78409 (the "Property"). The amount owing to Fluor under the CSA is at least $4,985,351.17, exclusive of accruing interest, attorneys' fees, and other charges. The amount owing to Fluor under the PSA is at least $213,468.54, also exclusive of accruing interest, attorneys' fees, and other charges.

3. On December 14, 2017, the Court entered the Bidding Procedures Order setting procedures for a sale process of substantially all of Debtors' assets, including, but not limited to, the Property subject to Fluor's liens. Under the Bidding Procedures Order, as modified on March 1, 2018, Debtors received bids on March 6, 2018, by 5:00 PM. (D.I. 1061 ¶ 4). Debtors plan to hold an auction on March 19, 2018, and seek approval of a proposed Sale Transaction on March 23, 2018. (*Id.*). Objections to the proposed Sale Transaction are due on March 9, 2018, despite the fact parties will not know the final sale structure or even the prevailing party at that time. Moreover, Debtors have not identified a stalking horse bidder at this time.

4. On March 2, 2018, Debtors filed a motion to establish a lien claim reserve of $350,179,728.43. (D.I. 1075). With respect to Fluor, Debtors propose reserving the base amount of Fluor's asserted liens without factoring interest and attorneys' fees available under the contracts and Texas law. (D.I. 1075, Ex. C).

5. Fluor files this limited objection to the proposed Sale Transaction based on the limited information available at this time.

## II. LIMITED OBJECTION

6. Fluor objects to the proposed Sale Transaction because of the uncertainty regarding the Sale Transaction structure at the present time. Debtors have not identified a stalking horse bidder, presented an asset purchase agreement, or otherwise identified the parameters of any Sale Transaction. While Debtors appear to be working toward a lien reserve process through other motion practice (*see* D.I. 1075), Debtors have not revealed sale terms that would fund a lien reserve or otherwise identified any credit bidding component of a sale that could threaten their reserve process.[2] Additionally, Debtors have yet to file anything setting out the allocation of sale proceeds arising from the sale process or specifically identified the contracts that will be assumed as part of any Sale Transaction.

7. While Debtors may address Fluor's concerns as the sale process moves forward, Fluor files this objection in light of the uncertainty regarding the sale status and the Debtors' ability to satisfy outstanding lien claims.

## III. RESERVATION OF RIGHTS

8. Fluor reserves the right to further amend, modify, or supplement this Limited Objection at any time and also reserve all their rights, if any, as a creditor in these Bankruptcy Cases, including in connection with any proof of claim it may file, the sale process, its lien rights, and any plan of reorganization or liquidation in these Bankruptcy Cases.

---

[2] While a response to the lien reserve motion is under review, the questions of reserving for interest and fees and what mechanisms will be provided for review and distribution remain for discussion.

WHEREFORE, Fluor Enterprises, Inc. asks this Court to (i) sustain its objections to the Sale Transaction, and (ii) grant Fluor such other and further relief to which it may be justly entitled.

Dated:  March 9, 2018       **SAUL EWING ARNSTEIN & LEHR LLP**

 */s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Telephone:  (302) 421-6848
Facsimile:  (302) 421-5881
john.demmy@saul.com

Philip G. Eisenberg
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas  77002
Telephone:  (713) 226-1489
Facsimile:  (713) 229-2536
peisenberg@lockelord.com

Bradley C. Knapp
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile:  (504) 910-6847
bknapp@lockelord.com

*Attorneys for Fluor Enterprises, Inc.*