**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 17-12307 (BLS)<br>Jointly Administered<br>Related to D.I. 173, 490, 1061<br>Hearing Date: March 23, 2018 at 9:30 a.m. |

**DECLARATION OF AARON COLODNY IN SUPPORT OF OBJECTION
OF BANCOMEXT TO THE SALE OF THE DEBTORS' CORPUS CHRISTI
ASSETS, DESALINATION ASSETS, AND OTHER ASSETS**

I, Aaron Colodny, pursuant to 28 U.S.C. § 1746, hereby state:

1. I am an employee of White & Case LLP, counsel of record in these proceedings to Banco Nacional de Comercio Exterior, S.N.C., Institución de Banca de Desarrollo ("**Bancomext**"). My business address is 555 South Flower Street, Suite 2700, Los Angeles, CA 90071. I am an attorney licensed to practice in the state of California and admitted to practice before this Court in this proceeding on a *pro hac vice* basis. I am over the age of 18 and, if called to testify, I would and could testify competently to the matters set forth herein.

2. I make this declaration in support of the *Objection of Bancomext to the Sale of the Debtors' Corpus Christi Assets, Desalination Assets, and Other Assets* (the "**Objection**") filed

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M&G USA Corporation (3449), M & G Resins USA, LLC (3236), M&G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M & G Waters USA, LLC (2195), Mossi & Ghisolfi International, S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

concurrently herewith. Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Objection.

3. A true and correct copy of the certified translation of the "Contrato de Apertura de Credito en Cuenta Corriente" (the "**M&G Holding Revolving Credit Agreement**") dated March 31, 2010, and made by and between Bancomext and M&G Mexico Holding, S.A. de C.V. ("**M&G Holding**") is attached hereto as **Exhibit A**.

4. A true and correct copy of the certified translation of the "Primer Convenio Modificatorio al Contrato de Apertura de Credito en Cuenta Corriente" (the "**First Amendment to the M&G Holding Revolving Credit Agreement**") dated February 27, 2012, and made by and between Bancomext and M&G Holding is attached hereto as **Exhibit B**.

5. A true and correct copy of the certified translation of the "Segundo Convenio Modificatorio al Contrato de Apertura de Credito en Cuenta Corriente" (the "**Second Amendment to the M&G Holding Revolving Credit Agreement**") dated October 10, 2013, and made by and between Bancomext and M&G Holding is attached hereto as **Exhibit C**.

6. A true and correct copy of the certified translation of the "Contrato de Apertura de Credito en Cuenta Corriente" (the "**M&G Polimeros Revolving Credit Agreement**") dated August 3, 2015, and made by and between Bancomext and M&G Polimeros Mexico, S.A. de C.V. ("**M&G Polimeros**") is attached hereto as **Exhibit D**.

7. A true and correct copy of the certified translation of that certain letter from Bancomext to Mossi & Ghisolfi International S.à. r.l. regarding the assignment of certain collection rights pursuant to the M&G Holding Revolving Credit and accompanying certificates of service dated October 20, 2017 is attached hereto as **Exhibit E**.

AMERICAS 94317279

2

concurrently herewith. Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Objection.

3. A true and correct copy of the certified translation of the "Contrato de Apertura de Credito en Cuenta Corriente" (the "**M&G Holding Revolving Credit Agreement**") dated March 31, 2010, and made by and between Bancomext and M&G Mexico Holding, S.A. de C.V. ("**M&G Holding**") is attached hereto as **Exhibit A**.

4. A true and correct copy of the certified translation of the "Primer Convenio Modificatorio al Contrato de Apertura de Credito en Cuenta Corriente" (the "**First Amendment to the M&G Holding Revolving Credit Agreement**") dated February 27, 2012, and made by and between Bancomext and M&G Holding is attached hereto as **Exhibit B**.

5. A true and correct copy of the certified translation of the "Segundo Convenio Modificatorio al Contrato de Apertura de Credito en Cuenta Corriente" (the "**Second Amendment to the M&G Holding Revolving Credit Agreement**") dated October 10, 2013, and made by and between Bancomext and M&G Holding is attached hereto as **Exhibit C**.

6. A true and correct copy of the certified translation of the "Contrato de Apertura de Credito en Cuenta Corriente" (the "**M&G Polimeros Revolving Credit Agreement**") dated August 3, 2015, and made by and between Bancomext and M&G Polimeros Mexico, S.A. de C.V. ("**M&G Polimeros**") is attached hereto as **Exhibit D**.

7. A true and correct copy of the certified translation of that certain letter from Bancomext to Mossi & Ghisolfi International S.à. r.l. regarding the assignment of certain collection rights pursuant to the M&G Holding Revolving Credit and accompanying certificates of service dated October 20, 2017 is attached hereto as **Exhibit E**.

8. A true and correct copy of that certain letter, dated September 29, 2017, from Bancomext to M&G Polymers USA, LLC regarding the assignment of certain collection rights under that certain Product Supply Agreement, dated February 1, 2004, by and between M&G Polymers USA, LLC and M&G Polimeros is attached hereto as **Exhibit F**.

Under penalty of perjury, I declare that the foregoing is true and correct:

Dated: March 9, 2018
       Los Angeles, California

_____
Aaron Colodny

AMERICAS 94317279