IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br>**Re: Docket No. 490 and 1061** |

### ACCURATE WELDING & INSPECTION, LLC'S
### LIMITED OBJECTION TO THE DEBTORS' SALE

Accurate Welding & Inspection, LLC ("Accurate Welding"), by and through its undersigned counsel, hereby files this limited objection (the "Objection") to the sale (the "Sale") pursuant to the Court's *Order (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [D.I. 490] (the "Bid Procedures Order"). In support of this Objection, Accurate Welding states as follows:

### BACKGROUND

1. Accurate Welding and the Debtors are parties to that certain construction contract dated May 28, 2018 (the "Accurate Welding Contract"), pursuant to which Accurate Welding was retained to perform certain "Work" (as defined in the Accurate Welding Contract) in connection

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.A. r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S. r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these Chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

with construction of a PTA/PET production plant located at 7001 Joe Fulton International Corridor, Corpus Christi, Texas, 78409 (the "Property").

2. The Debtors owe Accurate Welding at least $3,889,878.56 for labor and/or materials Accurate Welding furnished to the Property. On November 28, 2017, Accurate Welding timely filed an affidavit asserting a mechanic's lien under Texas state law with the County Clerk of Nueces County, Texas, the county where the Property is located. Since the Petition Date, Accurate Welding has (a) filed an objection to the Debtors' assumption and assignment of the Accurate Welding Contract [D.I. 620], (b) filed a notice of perfection of Accurate Welding's lien [D.I. 1022], and (c) filed a statement of lien form pursuant to this Court's *Order (I) Establishing Lien Identification Procedures and (II) Granting Related Relief* [D.I. 457]. Accordingly, Accurate Welding has timely perfected its rights as a lien holder under applicable law, and timely asserted its rights to cure as a counterparty to an executory contract.

3. On December 14, 2017, the Court entered the Bid Procedures Order setting procedures for approval of the Sale. Pursuant to the *Notice of Certain Modifications to Bidding Procedures* [D.I. 1061], the deadline to object to the Sale is March 9, 2018, and the auction is scheduled for March 19, 2018.

## **LIMITED OBJECTION**

4. As of the time of filing this Objection, Accurate Welding does not know the results of the Debtors' auction, the amount reserved for Accurate Welding's perfected lien in connection with the Sale, the allocation of proceeds relating to the Sale, or any other relevant information regarding the Sale and its effect on Accurate Welding's interests.

5. Accordingly, based on the uncertainty regarding the Sale at the time of filing this Objection, Accurate Welding hereby objects to the Debtors' Sale.

114764402.1 03/09/2018

## RESERVATION OF RIGHTS

6. Accurate Welding expressly reserves and preserves its right to supplement this Objection with respect to any issue relating to the Sale.

## JOINDER OF OTHER OBJECTIONS TO THE SALE

7. Accurate Welding hereby joins and incorporates herein the objections to the Sale filed by other mechanic's lien claimants or other parties in interest, to the extent that such objections are not inconsistent with this Objection.

WHEREFORE, based upon the foregoing, Accurate Welding respectfully requests that the Court sustain this Objection.

Dated: March 9, 2018

/s/ Lucian B. Murley
Lucian B. Murley (DE Bar No. 4892)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6898
luke.murley@saul.com

*Attorneys for Accurate Welding & Inspection, LLC*