# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Re: D.I. 173, 490, 1061, 1113 |

## CITAL US, LLC'S JOINDER TO PRELIMINARY OBJECTION AND RESERVATION OF RIGHTS TO DEBTORS' MOTION TO SELL SUBSTANTIALLY ALL OF THE DEBTORS' REMAINING ASSETS

Cital US, LLC ("Cital"), by and through its undersigned counsel, hereby submits this joinder (the "Joinder") to the *Preliminary Objection And Reservation Of Rights Of The Construction Lienholders Group To Debtors' Motion To Sell Substantially All Of The Debtors' Remaining Assets* [D.I. 1113] (the "Preliminary Objection") filed by certain construction lien claimants (the "Construction Lienholder Group") to the sale (the "Sale") pursuant to the Court's *Order (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II)*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à.r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

*Granting Related Relief* [D.I. 490] (the "Bid Procedures Order") and the *Notice of Certain Modifications to Bidding Procedures* [D.I. 1061], and respectfully states as follows:

## JOINDER

1. Cital has asserted a valid, timely, and properly perfected lien of at least $1,059,941.52, excluding interest, legal fees and expenses, against the Debtors' property in Corpus Christi for the repayment of overdue balances due to Cital related to the improvement and construction of the project known as the Jumbo Project, 7001 Joe Fulton International Corridor, Corpus Christi, Nueces County, Texas 78409.

2. To date, there has not been a determination as to the relative priority of the secured claims asserted by Cital and other holders of statutory and constitutional liens, Banco Inbursa, S.A., Institucion de Banca Multiple, Grupo Financiero Inbursa, and DAK Americas LLC.

3. As of the time of filing this Joinder, Cital does not know the results of the Debtors' auction, the amount reserved for Cital's perfected lien in connection with the Sale, the allocation of proceeds relating to the Sale, or any other relevant information regarding the Sale and its effect on Cital's interests.

4. Accordingly, based on the uncertainty regarding the Sale at the time of filing this Joinder, Cital joins in and incorporates herein the legal arguments made by the Construction Lienholder Group in its above-referenced Limited Objection, as well as the objections of any other similarly-situated mechanic's lien claimants or other parties in interest.

## RESERVATION OF RIGHTS

5. Cital expressly reserves and preserves its right to supplement this Joinder with respect to any issue arising from or relating to the Sale.

**WHEREFORE**, Cital US, LLC requests that the Court sustain the Limited Objection of the Construction Lienholders Group.

Respectfully submitted,

Dated: March 9, 2018  **DLA PIPER LLP (US)**
Wilmington, Delaware

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
E-mail: stuart.brown@dlapiper.com

*-and-*

Ileana M. Blanco, Esq.
**DLA PIPER US LLP**
Wells Fargo Plaza
1000 Louisiana Street, Suite 2800
Houston, Texas 77002-5005
Telephone: (713) 425-8435
Facsimile: (713) 300-6035
E-mail: ileana.blanco@dlapiper.com

*Counsel for Cital US, LLC*

# CERTIFICATE OF SERVICE

I, Stuart M. Brown, hereby certify that on the 9th day of March 2018, I caused a copy of the foregoing *Joinder To The Preliminary Objection And Reservation Of Rights Of The Construction Lienholders Group To Debtors' Motion To Sell Substantially All Of The Debtors' Remaining Assets* to be served on the parties listed below via first class mail or hand delivery on local counsel, and all parties registered for service via CM/ECF.

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)

*Via First Class Mail*
M & G USA Corporation
Attn: Dennis Stogsdill
450 Gears Road – Suite 240
Houston, TX 77067

*Via First Class Mail*
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*Via First Class Mail*
Carl E. Black, Esq.
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114

*Via Hand Delivery*
Pauline K. Morgan, Esq.
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE 19801

*Via First Class Mail*
Scott J. Greenberg, Esq.
Michael J. Cohen, Esq.
Stacey L. Corr-Irvine, Esq.
Jones Day
250 Vesey Street
New York, NY 10025

*Via First Class Mail*
Michael V. Blumenthal, Esq.
Thompson & Knight LLP
900 Third Avenue – 20th Floor
New York, NY 10022

*Via First Class Mail*
Alfredo R. Perez, Esq.
Weil Gotshal & Manges LLP
700 Louisiana – Suite 1700
Houston, TX 77002

*Via Hand Delivery*
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Joseph M. Mulvihill, Esq.
Pachuski Stang Ziehl & Jones, LLP
919 North Market Street - 17th Floor
Wilmington, DE 19801

*Via Hand Delivery*
Curtis S. Miller, Esq.
Morris, Nichols, Arsht and Tunnell LLP
1201 North Market Street – 16th Floor
Wilmington, DE 19801

WEST\280726841.1

*Via First Class Mail*
Dennis F. Dunne, Esq.
Abhilash M. Raval, Esq.
Lauren C. Doyle, Esq.
Milbank Tweed Hadley & McCoy LLP
28 Liberty Street
New York, NY  10005-1413

*Via Hand Delivery*
J. Kate Stickles, Esq.
David R. Hurst, Esq.
Cole Schotz P.C.
500 Delaware Avenue – Suite 1410
Wilmington, DE  19801

*Via Hand Delivery*
Hannah M. McCollum, Esq.
Office of the United States Trustee
844 Kind Street – Suite 2207
Wilmington, DE  19801