# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| M & G USA CORPORATION, *et al.*, | ) Case No. 17-12307 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## DECLARATION OF ALEXANDER B. LEES IN SUPPORT OF REPLY IN FURTHER SUPPORT OF THE MOTION TO RECHARACTERIZE, EQUITABLY SUBORDINATE, AND AVOID THE LIENS SECURING THE CLAIMS OF DAK AMERICAS LLC

I, Alexander B. Lees, being duly sworn, hereby depose and say as follows:

1. I am a special counsel at the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, attorneys for the Official Committee of Unsecured Creditors of M & G USA Corporation in the above-captioned chapter 11 cases. I respectfully submit this declaration in *Reply of the Official Committee of Unsecured Creditors to DAK's Opposition to the Motion to Recharacterize, Equitably Subordinate, and Avoid the Liens Securing the Claims of DAK Americas LLC.*

2. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. ███████████████████████████████████████████████████████████████████

4. ███████████████████████████████████████████████
████

5. ████████████████████████████████████

████████████████████████

6. ████████████████████████████████████

████████████████████████

7. ████████████████████████████████████

██████████████████████████

8. ████████████████████████████████████

████████████████████████████

9. ████████████████████████████████████

██████████████████████████████

10. Attached hereto as Exhibit 9 is a copy of *In re Liberty Brands*, Case No. 09-50956 (D.Del. Sep. 25, 2014) [Dkt. No. 226].

11. ████████████████████████████████

████████████████████████████████████

████████████████████████████

12. ████████████████████████████████████

██████████████████████████████

13. ████████████████████████████████████

██████████████████████████████

Dated: March 12, 2018                              /s/ Alexander B. Lees
                                                                   Alexander B. Lees