IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br>**Related to Docket Nos. 190, 191, 192 and 193** |

## ORDER GRANTING EASTMAN CHEMICAL COMPANY'S MOTION FOR EXPEDITED CONSIDERATION OF EASTMAN CHEMICAL COMPANY'S (A) LIFT-STAY MOTION AND (B) SEAL MOTION

Upon the motion (the "Motion for Expedited Consideration")[2] of Eastman seeking expedited consideration of the Motions,

IT IS HEREBY ORDERED THAT:

1. The Motion for Expedited Consideration is GRANTED.

2. The Court will consider the Motions on March 23, 2018 at 9:30 a.m.

3. Any objections to the Motions shall be filed and served on counsel for Eastman on or before March 23, 2018 at 9:30 a.m.

Dated: March 13, 2018
Wilmington, Delaware

_____
HONORABLE BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.A. r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S. r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these Chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion for Expedited Consideration.