IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br>**Re: Docket No. 1075** |

### FAGIOLI, INC.'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING A LIENHOLDER CLAIMS RESERVE RELATING TO PROPOSED RESERVE AMOUNT FOR FAGIOLI

Fagioli, Inc. ("Fagioli") by and through its undersigned counsel hereby files this objection (the "Objection") to the Debtors' *Motion for Entry of an Order Establishing a Lienholder Claims Reserve* [Docket No. 1075] (the "Lienholder Reserve Motion")[2] and states as follows.

## BACKGROUND

1. Prepetition, Fagioli and the Debtor Chemtex International, Inc. executed that certain USA Downstream Master Service Agreement Effective as of November 21, 2014 (and collectively with the service orders, change orders, and other documents related thereto, the "Fagioli MSA").

2. Pursuant to the Fagioli MSA, Fagioli provided labor, equipment, and materials for the construction of the Debtors' vertically integrated PTA/PET manufacturing and processing facility located in Corpus Christi, Texas (the "Corpus Christi Plant"). Fagioli also engaged

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.A. r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S. r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these Chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the same meaning given to them in the Lienholder Reserve Motion.

subcontractors to perform and furnish labor, services, and equipment relating to fulfilling its obligations under the Fagioli MSA.

3. On November 27, 2017, Fagioli filed its *Notice of Perfection of Mechanic's Lien Pursuant to 11 U.S.C. §546(b)(2)* [Docket No. 263] (the "Notice of Perfection of Lien"). Fagioli hereby incorporates by this reference its Notice of Perfection of Lien with the exhibits attached thereto in further support of this Objection.

4. Furthermore, Fagioli also timely filed a Statement of Lien on February 15, 2018 which was assigned the claim number 349, and filed an amended Statement of Lien to correct a typo on February 16, 2018 which was assigned the claim number 386.

5. Fagioli also recorded lien affidavits in the Nueces County real property records as follows: 2017047809; 2017014713; 2017019779; 2017020266; 0217025180; 2017031083; 2017037485; 2017039288; and 2017041615.

6. As of the Petition Date, Fagioli holds a secured mechanic's and materialman's lien claim against the Debtors in the amount of $12,533,288.28 exclusive of accruing interest and other charges.[3]

7. In the Lienholder Schedule (attached as Exhibit C to Lienholder Reserve Motion), the Debtors propose to establish a "Reserve Amount" for Fagioli in the amount of $11,902,385.70. Lienholder Schedule p.5

8. The difference between Fagioli's asserted amount of $12,533,288.28 and the Debtors' proposed Reserve Amount of $11,902,385.70 is $650,902.58. In the Lienholder Schedule, the $650,902.58 is allocated as proposed Reserve Amounts to subcontractors of Fagioli as follows:

---

[3] Fagioli reserves the right to seek payment of attorneys' fees, interest and costs

| Subcontractor to Fagioli | Debtors' Proposed Reserve Amount |
|---|---:|
| Ahern Rentals | $8,463.62 |
| Mirage Industrial Group | $10,476.25 |
| Mirage Industrial Group | $5,882.51 |
| RPS Composites | $15,497.20 |
| TNT Crane & Rigging, Inc. | $610,583.00 |

## **OBJECTION OF FAGIOLI TO PROPOSE RESERVE AMOUNT**

9. Fagioli objects to the proposed Reserve Amount to Fagioli of $11,902,385.70 because Fagioli either has already paid the relevant subcontractor in full, or the Debtors incorrectly calculated a Fagioli's subcontractor's Reserve Amount.

10. As explained in more detail below, the correct Reserve Amount for Fagioli, exclusive of interest, costs, and attorneys fees, should be $12,058.141.92 and the Lienholder Schedule as it relates to Fagioli and its subcontractors need be amended as follows:

| Entity | Correct Reserve Amount (exclusive of attorney's fees, interest and costs) | Comment |
|---|---:|---|
| Fagioli, Inc. | $12,058,222.00 | |
| Ahern Rentals | $0.00 | Paid in full by Fagioli |
| Mirage Industrial Group | $0.00 | Paid in full by Fagioli |
| Mirage Industrial Group | $0.00 | Paid in full by Fagioli |
| RPS Composites | $0.00 | Paid in full by Fagioli |
| TNT Crane & Rigging, Inc. | $495,066 | Debtors' proposed amount was incorrect. |

A. **TNT Crane & Rigging, Inc. ("TNT")**

11. The Debtors propose to reserve $610,583 for TNT as a subcontractor for Fagioli. This amount is incorrect because it incorrectly includes a claim TNT holds as the subcontractor for Lemartec.

12. TNT filed a Notice of Perfection of Mechanic's Lien on November 16, 2017 under Docket No. 182 ("TNT 546 Notice"). The TNT 546 Notice asserts a claim against the Debtors of "at least $610,583." A copy of the TNT 546 Notice is attached hereto as **Exhibit A**.

13. Attached to the TNT 546 Notice are two lien affidavits TNT recorded in the Nueces County real property records. The first TNT lien affidavit, assigned the document number 2017014633, asserts a claim pursuant to a contract between TNT and Lemartec Corporation and the claim amount asserted is $115,517.08. In the Lienholder Schedule, the Debtors are proposing a Reserve Amount of $115,517.08 for TNT as subcontractor of Lemartec – see Lienholder Schedule, p.9.

14. TNT's second lien affidavit attached to the TNT 546 Notice is assigned the document number 2017047627. In this lien affidavit, TNT asserts a claim pursuant to a contract between TNT and Fagioli, in which TNT asserts a claim in the amount of $495,066.28.

15. Thus, according to the TNT 546 Notice, TNT's claim arising as a subcontractor of Fagioli is $495,066.28 as set forth in its lien affidavit 4017047627 (and not $610,583, which amount includes TNT's claim as subcontractor for Lemartec). Accordingly, Fagioli requests that the Debtors correct the Lien Schedule and amend TNT's Reserve Amount as a subcontractor of Fagioli to $495,066.28, and correspondingly add back the amount of $115,517 to Fagioli's Reserve Amount.

**B.      Ahern Rentals ("Ahern")**

16.     Ahern has been paid in full by Fagioli.  Attached as **Exhibit B** is a copy of the Release of Lien recorded by Ahern in the Nueces County real property records under document number 2018000202.  By this Release of Lien, Ahern has released its lien claim of $8,463.62.

17.     Accordingly, the Reserve Amount of $8,463.62 proposed for Ahern should be reduced to $0 and the amount of $8,463.62 added back to Fagioli's Reserve Amount.

**C.      Mirage Industrial Group ("Mirage")**

18.     Mirage has also been paid in full by Fagioli.  Attached as **Exhibit C** is a copy of the relevant section of Fagioli's Vendor Ledger showing Fagioli's account with Mirage.  As set forth in the Vendor Ledger, all of Mirage's open invoices were paid by Fagioli by checks in April, 2017 and then September, 2017.

19.     Accordingly, the Reserve Amounts of $10,476.25 and $5,882.51 proposed for Mirage should each be reduced to $0 and the amounts of $10,476.25 and $5,822.51 added back to Fagioli's Reserve Amount.

20.     As of the filing of this objection, Fagioli is working with Mirage to obtain Releases of Lien by Mirage to be filed in the Nueces County real property records and will supplement such Releases of Lien to the Debtors once recorded.

**D.      RPS Composites ("RPS")**

21.     RPS has also been paid in full by Fagioli.  Attached as **Exhibit D** is a copy of the check from Fagioli to RPS and an Unconditional Waiver and Release on Payment signed by RPS acknowledging payment in full by Fagioli relating to labor, services, an equipment RPS furnished to Fagioli for the Corpus Christi Plant.

22. Accordingly, the Reserve Amount of $15,497.20 proposed for RPS should be reduced to $0 and the amount of $15,497.20 added back to Fagioli's Reserve Amount.

23. As of the filing of this objection, Fagioli is working with RPS to obtain a Release of Lien by RPS to be filed in the Nueces County real property records and will supplement such Release of Lien to the Debtors once it has been recorded.

**E.**     **Conclusion**

24. Based on the foregoing and the exhibits attached hereto, Fagioli requests that the Debtors amend the Lienholder Schedule to reflect the amounts set forth in the table under Paragraph 9 hereinabove.

Dated: March 15, 2018

      */s/ Lucian B. Murley*
Mark Minuti (DE Bar No. 2659)
Lucian B. Murley (DE Bar No. 4892)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6840
Facsimile: (302) 421-5873
mark.minuti@saul.com
luke.murley@saul.com

- and -

Andrew A. Pidgirsky
State Bar No. 24013331
LEWIS BRISBOIS BISGAARD & SMITH LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046
(713) 659-6767
(713) 759-6830 (fax)
andrew.pidgirsky@lewisbrisbois.com

Richard Lauter
State Bar No. 6182859
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL 60661
(312) 345-1718
(312) 345-1778 (fax)
richard.lauter@lewisbrisbois.com

**ATTORNEYS FOR FAGIOLI, INC.**