# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
::
In re : Chapter 11
:
M & G USA CORPORATION, *et al.*, : Case No. 17-12307 (BLS)
:
Debtors.[1] : (Jointly Administered)
:
: **Objection Deadline: April 5, 2018 at 4:00 p.m. (ET)**
: **Hearing Date: April 25, 2018 at 11:00 a.m. (ET)**
:
------------------------------------------------------------ x

## FIRST INTERIM APPLICATION OF GATTAI, MINOLI, AGOSTINELLI, PARTNERS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 15, 2017 THROUGH AND INCLUDING JANUARY 31, 2018

| | |
|---|---|
| Name of Applicant: | Gattai, Minoli, Agostinelli, Partners |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | December 28, 2017 *nunc pro tunc* to November 15, 2017 |
| Period for which compensation and reimbursement are sought: | November 15, 2017 through January 31, 2018 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 117,252.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $ 6,306.25 |

This is a(n): ____ monthly __X__ interim ____ final application

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

**Summary of Monthly Fee Applications for Interim Period:**

| Date Filed | Period | Requested | | Approved/ Pending Approval | | Holdback Fees (20%) Requested Fees |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (80%) | Expenses (100%) | |
| Docket Nos. 819,909 Date Filed: January 29, 2018 | 11/15/17 – 11/30/17 | $ 27,446.00 | $ 4,216.36 | $21,956.80 | $ 4,216.36 | $5,489.20 |
| Docket No. 1026 Date Filed: February 23, 2018 | 12/1/17 - 12/31/17 | $ 18,708.00 | $ 372.72 | $ 14,966.40 | $ 372.72 | $ 3,741.60 |
| Docket No. 1127 Date Filed: March 9, 2018 | 1/1/18 - 1/31/18 | $ 71,098.00 | $ 1,717.17 | $ 56,878.40 | $ 1,717.17 | $ 14,219.60 |
| **TOTALS:** | | **$117,252.00** | **$6,306.25** | **$93,801.60** | **$6,306.25** | **$23,450.40** |

**Summary of Any Objections to Monthly Fee Applications:** No formal objections to date.

PLEASE TAKE NOTICE that, Gattai, Minoli, Agostinelli, Partners (the "Applicant" or "Gattai"), Special Counsel to the Official Committee of Unsecured Creditors (the "Committee"), has today filed this *First Interim Application of Gattai, Minoli, Agostinelli, Partners for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to the Official Committee of Unsecured Creditors for the Period from November 15, 2017 through January 31, 2018* (the "Interim Fee Application") pursuant to this Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] entered in these chapter 11 cases on November 30, 2017 (the "Interim Compensation Order").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Interim Fee Application must be made in accordance with the Interim Compensation Order and must be filed with the Clerk of the Court and served upon and actually received by the following parties, on or before **April 5, 2018 at 4:00 p.m. (ET)** (the "Objection Deadline"): (i) the Debtors, c/o M & G USA Corporation, 450 Gears Road, Suite 240, Houston, Texas 77067 (Attn: Dennis Stogsdill); (ii) Debtors' Counsel, (A) Jones Day, 250 Vesey Street, New York, New York 10281 (Attn: Scott J. Greenberg, Esq. and Stacey L. Corr-Irvine, Esq.), and (B) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Laura Davis Jones, Esq., James E. O'Neill, Esq. and Joseph M. Mulvihill, Esq.); (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Hannah McCollum, Esq.); (iv) Counsel to Banco Inbursa S.A., Institucion De Banca Multiple, Grupo Financiero Inbursa, Cleary Gottlieb Steen & Hamilton LLP, 450 Park Ave., Fl. 28, New York, New York 10022 (Attn: Lisa M. Schweitzer, Esq., Kara A. Hailey, Esq., Philip A. Cantwell, Esq. and Chelsey Rosenbloom, Esq.); and (v) Counsel to the Official Committee of Unsecured Creditors, (A) Milbank, Tweed, Hadley & McCloy, LLP, 28 Liberty Street, New York, New York 10005-

1413 (Attn: Dennis F. Dunne, Esq.), and (B) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: J. Kate Stickles, Esq.). Only those objections that are timely filed with the Court and served on and actually received by the Notice Parties by the Objection Deadline will be considered by the Court.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE APPLICATION, IF NECESSARY, WILL BE HELD ON **APRIL 25, 2018 AT 11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE INTERIM FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

PLEASE TAKE FURTHER NOTICE that, in each case with regards to the period of November 15, 2017 through and including January 31, 2018, (i) attached hereto as **Exhibit A** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases, (ii) attached hereto as **Exhibit B** is a summary of compensation by project category, (iii) attached hereto as **Exhibit C** is an expense summary, (iv) attached hereto as **Exhibit D** are the Applicant's customary and comparable compensation disclosures, (v) attached hereto as **Exhibit E** is the *Budget for Gattai, Minoli, Agostinelli, Partners, Special Counsel to the Official Committee of Unsecured Creditors for the Period from November 15, 2017 through January 31, 2018* (the "Budget") and the *Staffing Plan for Gattai, Minoli,*

*Agostinelli, Partners, Special Counsel to the Official Committee of Unsecured Creditors for the Period from November 15, 2017 through January 31, 2018* (the "Staffing Plan"), (vi) attached hereto as **Exhibit F** is a summary of fees and hours budgeted compared to fees and hours billed, (vii) attached hereto as **Exhibit G** are certain additional disclosures related to the Interim Fee Application, and (viii) attached hereto as **Exhibit H** is a certification, wherein a member of Gattai certifies to certain matters addressed in the Interim Compensation Order.

Dated: March 15, 2018
      Milan, Italy

                Respectfully submitted,

                */s/ Gaetano Carrello*
                Gaetano Carrello

                Gattai, Minoli, Agostinelli, Partners
                Via Manzoni, 30
                20121, Milan (Italy)
                Telephone:  +39.02.30323232
                Facsimile:   +39.02.30323242
                E-mail:   GCarrello@gmaplex.it

                *Special Counsel for the Official Committee of Unsecured Creditors*