# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 5, 2018 at 4:00 p.m. (ET)** |

## SUMMARY OF FIRST INTERIM APPLICATION OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH JANUARY 31, 2018

| | |
|---|---|
| Name of Applicant: | Rothschild Inc. and Rothschild S.p.A. (collectively "Rothschild") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Period for which compensation and reimbursement are sought: | October 31, 2017 through January 31, 2018 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $1,106,451.61 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $87,652.54[2,3,4] |

---

[1]     The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2]     The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications.

[3]     Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and is seeking approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application.

[4]     Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee

| | |
|---|---|
| Petition Date: | October 30, 2017[5] |
| Date of Order Approving Retention: | December 1, 2017, *nunc pro tunc* to October 31, 2017 |
| Total Compensation Approved by Interim Order to Date: | N/A |
| Total Expenses Approved by Interim Order to Date: | N/A |
| Compensation Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $566,451.61 |
| Expenses Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $74,367.77 |

This is a(n): ____ monthly   __X__ interim   ___ final application

The total time expended for this fee application preparation is approximately 8 hours, with no corresponding compensation requested as Rothschild is compensated on a monthly, rather than an hourly, basis.

---

Application, and is seeking approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

[5]     On October 24, 2017, Debtor M & G Polymers USA, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  All other Debtors commenced their chapter 11 cases on October 30, 2017.

Prior Applications Filed:

| Date / Docket | Month Covered | Fees | Expenses |
|---|---|---|---|
| January 11, 2018 (Docket No. 660) Amended Monthly Fee Application[6] | October 31, 2017 – November 30, 2017 | $706,451.61 | $74,367.77 |
| February 26, 2018 (Docket No. 1042) Monthly Fee Application | December 1, 2017 – December 31, 2017 | $200,000.00 | $5,935.44[7] |
| March 12, 2018 (Docket No. 1143) Monthly Fee Application | January 1, 2018 – January 31, 2018 | $200,000.00 | $7,349.33[8] |

---

[6] Amended the monthly application filed previously on January 3, 2018 at Docket No. 617.

[7] Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and is seeking approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application.

[8] Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee Application, and is seeking approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

# SUMMARY OF HOURS AND FEES BY PROFESSIONAL

| | Neil Augustine | Jonathan Brownstein | Matt Guill | Phil Engel | Jonathan Freed | Rasheeq Haq | Victor Zhao | Antonio Cipparrone | Federico Brambilla | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Board calls / meetings | 48.5 | 48.5 | 90.5 | 1.0 | 51.5 | 173.5 | 68.0 | 28.5 | 28.5 | **538.5** |
| Case administration | 7.0 | 23.0 | 8.0 | – | – | – | 7.0 | – | – | **45.0** |
| Court hearings / filings | 79.0 | 57.0 | 35.5 | – | 20.0 | 36.0 | 25.0 | – | – | **252.5** |
| Creditor calls / meetings | 27.0 | 23.0 | 23.5 | – | 9.0 | 34.0 | 8.0 | – | – | **124.5** |
| DIP financing | 0.5 | 2.5 | – | – | – | 12.0 | – | – | – | **15.0** |
| Due diligence | – | 17.0 | 21.5 | – | 15.0 | 6.0 | 86.0 | 7.5 | 7.5 | **160.5** |
| Financial analysis | 1.5 | 18.0 | 8.5 | – | 118.5 | 26.5 | 58.0 | 0.5 | 0.5 | **232.0** |
| General presentations | 0.5 | 2.5 | 19.5 | – | 4.0 | 33.0 | 16.0 | – | – | **75.5** |
| Internal meetings | 14.5 | 7.0 | – | – | 26.5 | 16.0 | 3.0 | 3.5 | 3.5 | **74.0** |
| M&A related items | 120.5 | 138.5 | 274.5 | 8.0 | 222.0 | 209.0 | 306.0 | 5.5 | 5.5 | **1,289.5** |
| Exit financing | – | – | – | – | – | – | – | – | – | **-** |
| Management and Co. advisor calls / meetings | 29.0 | 13.5 | 14.0 | – | 7.0 | 3.0 | – | 1.5 | 1.5 | **69.5** |
| Travel time | – | 6.0 | 25.0 | – | – | – | – | – | – | **31.0** |
| Fee statements / monthly invoices | 1.5 | 3.0 | 1.0 | – | 4.5 | 7.0 | 0.5 | – | – | **17.5** |
| **Total** | **329.5** | **359.5** | **521.5** | **9.0** | **478.0** | **556.0** | **577.5** | **47.0** | **47.0** | **2,925.0** |

## SUMMARY OF OUT-OF-POCKET EXPENSES[9,10,11]

| | | |
|---|---|---|
| Travel | $ | 4,757.90 |
| Taxis/Tolls/Parking | | 4,309.16 |
| Hotel | | 1,129.54 |
| Legal Fees | | 71,770.00 |
| Miscellaneous | | 3.65 |
| Meals | | 3,595.61 |
| Presentation Center | | 274.16 |
| Copies | | 471.20 |
| Research/Database | | 1,290.60 |
| Telephone/Communications | | 50.72 |
| Courier Services | | - |
| **Total** | **$** | **87,652.54** |

---

[9] The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications.

[10] Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and is seeking approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application..

[11] Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee Application, and is seeking approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

## INFORMATION REGARDING PRIOR INTERIM FEE APPLICATIONS

### SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| Date Filed & Docket No. | Period Covered | Fees and Expenses Requested | | Fees and Expenses Approved | | Approved Fees and Expenses Paid | | Approved Fees and Expenses Remaining Unpaid | | Date(s) of Orders on Interim Compensation or Reimbursement of Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

### CUMULATIVE FEE AND EXPENSE TOTALS SINCE CASE INCEPTION

| Fees and Expenses Requested | | Fees and Expenses Approved | | Approved Fees and Expenses Paid | | Approved Fees and Expenses Remaining Unpaid | | Fees and Expenses Disallowed or Withdrawn | |
|---|---|---|---|---|---|---|---|---|---|
| Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: April 5, 2018 at 4:00 p.m. (ET) |

## FIRST INTERIM APPLICATION OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH JANUARY 31, 2018

Rothschild Inc. and Rothschild S.p.A. (collectively "Rothschild"), financial

advisors and investment bankers to the above-captioned debtors and debtors in possession

(collectively, the "Debtors"), make their first interim fee application (this "Interim Fee

Application") for allowance of compensation of $1,106,451.61 and reimbursement of expenses

of $87,652.54[2,3,4] for the period from October 31, 2017 through January 31, 2018

---

[1]     The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2]     The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications.

[3]     Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and is seeking approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application.

[4]     Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee

(the "Compensation Period"), in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308) (the "Interim Compensation Order").  In support of this Interim Fee Application, Rothschild respectfully represents as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      On October 24, 2017 (the "Polymers Petition Date"), Debtor M & G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and, thereafter, on October 30, 2017 (the "Petition Date"), each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M&G Polymers, the "Cases").  The Debtors are continuing in possession of their properties and are managing their businesses, as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      An Official Committee of Unsecured Creditors (the "Committee") was appointed in these Cases on November 13, 2017 (Docket No. 146).  Additional information regarding the Debtors and these Cases, including the Debtors' businesses, corporate structure and financial condition, is set forth in the *Declaration of Dennis Stogsdill in Support of First Day Pleadings* (Docket No. 3) (the "First Day Declaration"), filed on October 31, 2017 and incorporated herein by reference.

---

Application, and is seeking approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

## Rothschild's Retention

4.      On November 16, 2017, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A. as Financial Advisors and Investment Bankers to the Debtors effective <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waving Certain Time - Keeping Requirements and (IV) Granting Related Relief* (Docket No. 184) (the "<u>Retention Application</u>"), by which the Debtors sought to retain and employ Rothschild as their financial advisors and investment bankers in these Cases. On December 1, 2017, this Court entered the *Order Approving Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A. as Financial Advisors and Investment Bankers to the Debtors <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving certain Time-Keeping requirements and (IV) Granting Related Relief* (Docket No. 307) (the "Retention Order"), authorizing the retention of Rothschild as Debtors' financial advisors and investment bankers.

## The Interim Compensation Order

5.      On November 10, 2017, the Debtors filed the *Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Docket No. 141) (the "<u>Interim Compensation Procedures Motion</u>"), which sought to establish procedures for the compensation and reimbursement of professionals whose retentions are approved by the Court pursuant to sections 327 or 1103 of the Bankruptcy Code on a monthly basis and on terms comparable to the procedures established in other large chapter 11 cases.  On December 1, 2017, this Court entered the Interim Compensation Order, which approved the relief sought in the Interim Compensation Procedures Motion and authorized the implementation of the interim compensation procedures contemplated therein.

6.　　In relevant part, the Interim Compensation Order provides that "commencing with the period ending January 31, 2018, at each three-month intervals . . .each of the [p]rofessionals will file with the Court . . . an application pursuant to section 331 of the Bankruptcy Code for interim Court approval and allowance of the compensation and reimbursement of expenses sought by the [p]rofessional" in its monthly fee applications.  Interim Comp. Order., ¶ 2(f).  The Interim Compensation Order further provides that interim fee applications "must be filed on or before the 45th day after the end of the [i]nterim [f]ee [p]eriod . . . for which the application seeks allowance of fees and reimbursement of expenses" and that interim fee applications "must identify the [m]onthly [f]ee [a]pplications that are the subject of the request and any information requested by the Court and the Local Rules." *Id.*

### The Monthly Fee Applications

7.　　On January 3, 2018 Rothschild filed its *First Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from October 31, 2017 through November 30, 2017* (Docket No. 617) (the "First Monthly Fee Application").  Subsequent to filing the First Monthly Fee Application, Rothschild agreed to a voluntary reduction of $932.09 in expense reimbursement sought in the First Monthly Fee Application at the request of the Office of the United States Trustee (the "U.S. Trustee"). On January 11, 2018, Rothschild filed its *Amended First Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from October 31, 2017 to November 30, 2017* (Docket No. 660) (the "Amended First Monthly Fee Application").  No objections were received with respect to the Amended First Monthly Fee Application. Rothschild has received payment of $640,819.38 on account of the

Amended First Monthly Fee Application, representing 80% of the fees and 100% of the expenses sought thereunder.

8.      On February 26, 2018, Rothschild filed its *Second Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from December 1, 2017 to December 31, 2017* (Docket No. 1042) (the "<u>Second Monthly Fee Application</u>"). Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application. No objections have been received to date with respect to the Second Monthly Fee Application. The deadline to file objections with respect to the Second Monthly Fee Application is March 19, 2018. No payment has been received by Rothschild on account of the Second Monthly Fee Application.

9.      On March 12, 2018, Rothschild filed its *Third Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from January 1, 2018 to January 31, 2018* (Docket No. 1143) (the "<u>Third Monthly Fee Application</u>"). Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee Application. No objections have been received to date with respect to the Third Monthly Fee Application. The deadline to file objections with respect to the Third Monthly Fee Application is April 2, 2018. No payment has been received by Rothschild on account of the Third Monthly Fee Application.

# ROTHSCHILD'S APPLICATION FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Sources

10.     Rothschild has received no payment for services rendered in any capacity in connection with the matters covered in this Interim Fee Application, nor has it received any promises for payment for matters covered by this Interim Fee Application, from any source other than from the Debtors. Except as set forth in this paragraph and in the Antinelli Declaration (as defined below), there is no agreement or understanding between Rothschild and any other person for the sharing of compensation to be received for the services rendered during the Compensation Period. As previously disclosed in the *Declaration of Stephen Antinelli in Support of the Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A. as Financial Advisors and Investment Bankers to the Debtors Effective Nunc Pro Tunc to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements and (IV) Granting Related Relief* (Docket No. 845) (the "Antinelli Declaration"), Neil Augustine ("Augustine") is expected to depart from Rothschild on March 15, 2018. As set forth in the Antinelli Declaration, of the fees payable by the Debtors to Rothschild under the Retention Order, it is currently estimated that Rothschild Inc. will be allocated 80% (the "Rothschild Inc. Share") and Rothschild S.p.A. will be allocated 20%. Rothschild Inc. and Augustine have agreed that Augustine shall be entitled to 30% of the Rothschild Inc. Share (net of unreimbursed expenses, if any) earned after January 1, 2018 and paid by the Debtors pursuant to the Retention Order.

11.     As of the Petition Date, Rothschild held $25,000 as the balance of its prepetition expense reserve. Rothschild is continuing to settle its accounts with respect to such expenses and will apply this reserve against such expenses once complete, with any excess to be

credited against fees and expenses payable to Rothschild after the Petition Date. Rothschild will not apply any portion of the expense reserve to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by further order of this Court.

## Itemization of Services

## Rendered and Disbursements Incurred

12.     Attached hereto as <u>Exhibit A</u> are the time records of Rothschild, which provide a daily summary of the time spent by each Rothschild professional during the Compensation Period by project category. Rothschild does not bill its clients based on the number of hours expended by its professionals. It bills clients on a retainer basis (generally monthly), plus a transaction fee or fees based upon completion. Accordingly, Rothschild does not have hourly rates for its professionals and Rothschild's professionals generally do not maintain time records for the work performed for its clients. Consistent with the terms of the Retention Order, however, Rothschild has maintained a daily time log detailing the activities and services performed by Rothschild on behalf of the Debtors, in half hour increments, during the Compensation Period.

13.     Attached hereto as <u>Exhibit B</u> is a detailed itemization of expenses for which Rothschild seeks reimbursement. Rothschild has followed its general internal policies with respect to out-of-pocket expenses billed to the Debtors as set forth below, with any exceptions fully explained:

>   (a) Rothschild's general policy permits its employees to bill lunch or dinner meals to a client if the employee is required to provide services to the client during such mealtime due to extreme time constraints. Rothschild's employees are permitted to order meals in the office if Rothschild's employee is required to work after

8:00 p.m. on weekdays or more than five (5) consecutive hours on weekends or holidays. Meal expenses incurred during meetings which employees and other meeting participants are required to attend are billed at cost;

(b) Messengers and couriers are used by Rothschild to deliver hard copy documents relating to a client matter, which require receipt on an expedited basis; otherwise, Rothschild uses the regular postal system. Any charges for either messengers or couriers are billed to the client at cost;

(c) All airfare and other transportation charges incurred by Rothschild's employees directly in connection with services to the client are billed to the client at cost;

(d) The research/database category consists of the cost of using databases (e.g., Capital IQ, ThomsonOne, Factiva, etc.) to which Rothschild subscribes to search for and obtain information used in Rothschild's financial analyses. Rothschild pays the vendor's standard rate for such database services. In certain instances, Rothschild has determined that paying a flat annual or monthly fee for such services is less costly than contracting for such services on a per use basis. Such annual or monthly services are allocated to clients based on the use of each service on behalf of a client. The research category also consists of charges from outside services, which supply, for a fee, financial documents from regulatory agencies, which cannot be obtained from databases subscribed to by Rothschild;

(e) Rothschild bills photocopying charges at the rate of $0.10 per page for black and white copies and $0.80 per page for color copies;

(f) With respect to local travel, Rothschild's general policy enables employees to travel by taxi or, in certain circumstances, by private car service, to and from meetings while rendering services to a client on a client related matter, for which the client is charged. This policy is based on Rothschild's determination that travel by taxi or private car service is the most efficient use of a professional's time. Rothschild's employees are not permitted to charge personal commuting expenses to a client unless the employee is traveling after 9:00 p.m. and has been required to work late as a result of the time exigencies of that client's matters;

(g) Telephone expenses are charged based on Rothschild's actual cost of telephone charges with respect to client matters. Cellular phone charges are based on vendors' actual invoices; and

(h) Word processing and presentation charges represent actual costs incurred by Rothschild's in-house vendor and actual cost of overtime secretarial support in connection with client matters.

14.     Rothschild believes that the time entries set forth in the exhibit attached hereto are in compliance with the Retention Order.

### Total Fees and Expense
### Sought for the Compensation Period

15.     By this Interim Fee Application, Rothschild requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rothschild during the Compensation Period.  The total fees and reimbursement of expense are summarized in the following chart:

| | |
|---|---|
| *Monthly Fee – October 2017[5, 6]* | *$6,451.61* |
| *Monthly Fee – November 2017[5]* | *200,000.00* |
| *Monthly Fee – December 2017[5]* | *200,000.00* |
| *Monthly Fee – January 2018[5]* | *200,000.00* |
| *New Capital Fee[7]* | *500,000.00* |
| Total Fees | $1,106,451.61 |
| *Disbursements – First Monthly Application[8]* | *74,367.77* |
| *Disbursements – Second Monthly Application[8, 9]* | *5,935.44* |
| *Disbursements – Third Monthly Application[8, 10]* | *7,349.33* |

---

[5]     In accordance with the Retention Order approving the terms of Rothschild's engagement letter, Rothschild is to be paid a Monthly Fee of $200,000 per month.

[6]     Prior to the Petition Date, the Debtors paid Rothschild the Monthly Fee in advance according to the terms of Rothschild's engagement letter with the Debtors. As such, Rothschild was paid a Monthly Fee of $200,000 prior to the Petition Date for the month of October 2017. Rothschild has allocated $193,548.39 of the October 2017 Monthly Fee payment it received to the pre-petition period of October 1, 2017 through October 30, 2017 (30 days) and $6,451.61 to the post-petition period of October 31, 2017 (1 day). While Rothschild is seeking approval of $6,451.61 representing the October 2017 Monthly Fee earned for October 31, 2017, no payment for such amount is required from the Debtors.

[7]     Represents 1% of the $100,000,000 DIP facility approved in these Cases with a 50% reduction for the New Capital Fee Reduction (defined below). In accordance with the Retention Order approving the terms of Rothschild's engagement letter, Rothschild is to be paid a New Capital Fee equal to 1% of the face amount of any debtor-in possession financing raised payable upon the earlier of (i) the closing of the transaction by which the new capital is committed and (ii) the receipt by the Debtors of any new capital. The New Capital Fee shall be reduced (the "New Capital Fee Reduction") by 50% solely with respect to any portion of new capital raised from Grupo Financiero Inbursa, DAK Americas (or any subsidiary of Alfa S.A.B. de C.V.), TPG, Och-Ziff or any of their respective affiliates.

[8]     The expenses included in Rothschild's Monthly Fee Applications are only those that had been entered into Rothschild's accounting systems as of the filing date of such Monthly Fee Application and did not include all expenses incurred by Rothschild during the applicable compensation period. Rothschild reserved the right to seek allowance and payment for any expenses incurred for any monthly period in monthly fee applications for subsequent monthly periods. Rothschild included $1,581.49 for expense reimbursement in its Second Monthly Fee Application that was incurred in the period from November 1, 2017 through and including November 30, 2017, but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its First Monthly fee application. Rothschild included in its Third Monthly Fee Application $74.49 for expense reimbursement that was incurred in the period from November 1, 2017 through and including November 30, 2017 and $5,269.61 (after making previously described reductions) for expense reimbursement that was incurred in the period from December 1, 2017 through and including December 31, 2017, but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior First Monthly Fee Application and Second Monthly Fee Applications respectively

[9]     Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and is seeking approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application.

[10]    Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee Application, and is seeking approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

| Total Disbursements[11, 12] | $87,652.54 |
|---|---|
| **TOTAL** | **$1,194,104.15** |

## Compensation by Project Category

16.     The following summaries highlight certain key areas in which Rothschild provided essential services to the Debtors during the Compensation Period:

**A.     Board calls / meetings**

**Total time: 538.5 hours**

17.     This category includes time spent by Rothschild professionals with respect to preparation and participation in various meetings and calls, both on a weekly and an as-need basis, with the Board of Directors in order to keep directors informed of relevant developments in the Debtors' bankruptcy proceedings, including business performance, restructuring negotiations, the debtor-in-possession financing approval, and the Section 363 Sale Process, and to assist the Board in making key decisions and to discuss the progress towards certain restructuring and sale milestones.

**B.     Case administration**

**Total time: 45.0 hours**

---

[11]     As described in the Retention Application, the Debtors paid Rothschild prior to the Petition Date a $25,000 reserve on account of anticipated expenses. Rothschild is continuing to settle its accounts with respect to expenses incurred prior to the Petition Date and will apply this reserve against such expenses once complete, with any excess to be credited against fees and expenses payable to Rothschild after the Petition Date.

[12]     The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Application and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications. The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications.

18.     This category includes time spent by Rothschild professionals communicating with the Debtors and the Debtors' other advisors in reviewing and setting the critical dates calendar, communicating with the Debtors and their other advisors regarding case strategy and various other issues, and performing other miscellaneous administrative and supportive services, including preparing documents related to retention, compensation and expense reimbursement as required by the Bankruptcy Rules, the Local Rules and the Retention Order. The purpose of this time was also to ensure that all expenses charged were incurred in conjunction with time spent by Rothschild professionals working on projects related to the Debtors and ensuring that all of Rothschild's time records complied with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the orders of this Court.

## C.     Court hearings / filings

**Total time: 252.5 hours**

19.     This category includes time spent by professionals of Rothschild, in its capacity as the Debtors' financial advisors and investment bankers, at or listening in on Court hearings, as well as time spent engaged in research, performing various analyses and reviewing relevant documents in preparation for Court proceedings. Time in this category also includes time spent reviewing, researching and analyzing case information included in or in connection with court documents filed on behalf of the Debtors, as well as pleadings and other docket filings throughout the Chapter 11 Cases. This category also includes time spent on declarations related to the Sale Bidding Procedures, Interim and Final Orders for DIP financing, and other bankruptcy court related matters in addition to time spent in attendance and participating in court hearings.

**D.      Creditor calls / meetings**

**Total time: 124.5 hours**

20.      This category includes time spent by professionals of Rothschild, in its capacity as the Debtors' financial advisors and investment bankers, attending meetings, discussing key developments and negotiating with secured lenders, the Unsecured Creditor Committee ("UCC") and other creditor parties involved in the chapter 11 filing as well as their respective advisors. Creditor calls and meetings following the Petition Date included discussions regarding debtor-in-possession financing, general case and sale status updates, and claims treatment, among other items.  Rothschild professionals also provided responses to and helped fulfill due diligence requests of creditor parties. Additionally, Rothschild participated in and conducted calls to discuss business and performance updates and debtor-in-possession budget updates.

**E.      DIP financing**

**Total time: 15.0 hours**

21.      This category includes time spent by professionals of Rothschild, in its capacity as the Debtors' financial advisors and investment bankers, on the DIP financing for the chapter 11 case. Rothschild professionals spent time reviewing the Debtors DIP budget and liquidity forecasts, negotiating with various creditor constituencies and responding to requests, and preparing for court hearings, and potentially providing testimony, in connection with the Debtors' DIP financing.

**F.       Due diligence**

**Total time: 160.5 hours**

22.     This category includes time spent reviewing and becoming acquainted with the Debtor's business. It also includes time spent alongside Alvarez & Marsal ("A&M") and Jones Day in coordinating financial, operational and legal due diligence in connection with populating the virtual data room and better preparing Rothschild to respond to due diligence requests from various parties involved in the financing process and sale process of the Debtors.

**G.       Financial Analysis**

**Total time: 232.0 hours**

23.     This category includes coordination with the Debtors' management team and Debtors' other advisors in performing various financial analyses, including regarding the Debtors' current performance, liquidity situation and business plan.  The category also includes review and analysis of senior and / or priority claims estimates.  These analyses were used to help inform the Debtors' management, board, potential Section 363 bidders and / or the Debtors' advisors through the chapter 11 process.

**H.       General presentations**

**Total time: 75.5 hours**

24.     This category includes time spent by Rothschild professionals preparing various presentations and discussion materials for the Debtors' management and the various creditor groups together with their advisors in order to address a variety of issues and topics during the course of these cases. These presentations and discussion materials addressed various topics, including, but not limited to, the status of Debtors' chapter 11 cases, projected liquidity,

strategy recommendations, sale process updates, key dates and timelines as required by the DIP Order as well as the Sale Order.

**I.      Internal meetings**

**Total time: 74.0 hours**

25.      This category includes time spent by Rothschild professionals discussing relevant case developments and deliberating on case strategy. Discussions addressed, among other things, the Debtors' overall reorganization strategy, strategic alternatives, financial analysis, recommended next steps, timing of future actions and general preparation in advance of meetings with the Debtors and / or their advisors, board,  creditors and / or their advisors as well as bidders and / or their advisors.

**J.      M&A related items**

**Total time: 1,289.5 hours**

26.      This category includes time spent by Rothschild professionals coordinating and interacting with Bidders and their advisors to acquaint them with the Debtors' situation, management and assets and assisting them in their due diligence processes. This category also includes time spent by Rothschild preparing for and running the Section 363 sale process, assessing bids submissions and qualification. The category also includes time spent by Rothschild preparing marketing materials, populating and updating the virtual data room, and attending site visits and management meetings with bidders. It also includes time spent organizing, directing, consolidating and responding to potential buyer due diligence questions.

**K.      Management and Debtor advisor calls / meetings**

**Total time: 69.5 hours**

27. This category includes time spent by Rothschild professionals in meetings and calls with the Debtors' management and other advisors retained by the Debtors, including members of (i) Jones Day and (ii) Alvarez & Marsal. In general, given the complexity and nature of the Debtors' Chapter 11 Case, Rothschild professionals participated numerous times per week in such meetings and calls. These discussions were necessary in order to synchronize efforts and to determine agreed upon strategies and optimal courses of action with respect to maximizing value for the Debtors' stakeholders.

**L.    Travel time**

**Total time: 31.0 hours**

28. This category includes time spent by Rothschild professionals traveling to and from the Debtors' various US facilities (Corpus Christi, Texas or Apple Grove, West Virginia) for meetings with the Debtors, Debtors' advisors, and bidders and / or their advisors as part of the Section 363 sale process. This category also includes time spent travelling to the Court hearings in Wilmington, Delaware.

**M.    Fee Statements / monthly invoices**

**Total time: 17.5 hours**

29. This category includes time spent by Rothschild professionals putting together its monthly fee applications. This includes time spent creating and aggregating expenses, hours, and detailed exhibits to be included in each court filing.

## REQUESTED COMPENSATION SHOULD BE ALLOWED

30. Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 and 1103 of the Bankruptcy Code:

(A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

(B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1).  Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

(A)    the time spent on such services;

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)     with respect to a professional person, whether the person is board certified

or otherwise has demonstrated skill and experience in the bankruptcy field;

and

(F)     whether the compensation is reasonable based on the customary

compensation charged by comparably skilled practitioners in cases other

than cases under this title.

11 U.S.C. § 330(a)(3)(A).

31.     Rothschild respectfully submits that it has satisfied the requirements of

section 330 of the Bankruptcy Code for the allowance of compensation and reimbursement of

expenses sought herein.  The services described above were necessary to the administration of

these Cases and were beneficial to the Debtors and parties in interest.  Rothschild's services were

often performed in a minimum amount of time and commensurate with the complexity of the

matters facing the Debtors.  Further, the compensation sought by Rothschild is reasonable

because it is based on the customary compensation charged by comparably skilled practitioners

outside of bankruptcy.

## **<u>CONCLUSION</u>**

32.     Rothschild professionals expended a total of 2,925.0 hours in connection

with their representation of the Debtors during the Compensation Period.  During the

Compensation Period, Rothschild also incurred expenses of $87,652.54[13, 14, 15].  Pursuant to the

---

[13]     The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications.

[14]     Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S.

Interim Compensation Order, by this Interim Fee Application Rothschild seeks the final allowance of fees and expenses incurred during the Compensation Period in the sum of $1,194,104.15 (the "Requested Interim Payment").

33.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Rothschild respectfully submits that the amount requested in this Interim Fee Application is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services and (e) the cost of comparable services rendered in a case outside the Bankruptcy Code. Moreover, Rothschild has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Interim Fee Application complies with such Local Rule and Order.

## NOTICE

34.     Rothschild will service this Interim Fee Application in accordance with the Interim Compensation Order and the Local Rules.  Pursuant to the Interim Compensation Order, objections to this Interim Fee Application, if any, must be in writing and filed with the Court and served upon Rothschild so as to be received no later than April 5, 2018 (the "Objection Deadline").  If no objections to this Interim Fee Application are received by the Objection Deadline, Rothschild is authorized to receive the Requested Interim Payment upon entry of the Order.

---

Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and is seeking approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application.

[15]     Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee Application, and is seeking approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

## **NO PRIOR REQUEST**

35.     No prior request for the relief sought in this Interim Fee Application has

been made to this or any other court.

Dated: March 15, 2018               _ /s/ Jonathan Brownstein_
        New York, New York        Jonathan Brownstein
                                      Rothschild
                                        Director
                                        1251 Ave. of the Americas
                                        New York, NY 10020
                                        Telephone:    (212) 403-5531
                                        Email: jonathan.brownstein@rothschild.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF JONATHAN BROWNSTEIN

Jonathan Brownstein, under penalty of perjury, certifies as follows:

1.      I am a Director at Rothschild Inc. I make this certification in accordance with Local Rule 2016-2 regarding the contents of applications for compensation and expenses. I have read the Interim Fee Application and am familiar with the work performed on behalf of the Debtors by the professionals of Rothschild.

2.      The facts set forth in the foregoing Interim Fee Application are true and correct to my knowledge, information and belief. I have reviewed Local Rule 2016-2 and the Interim Compensation Order and submit that the Interim Fee Application substantially complies with such Local Rule and the Interim Compensation Order.

Dated:  March 15, 2018

    /s/ *Jonathan Brownstein*
    Jonathan Brownstein

---

[1]      The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.