**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| M&G USA CORPORATION, *et al.*, | Case No. 17-12307 (BLS) |
| Debtors[1]. | (Jointly Administered |
| | Related to Docket Nos. 1075 and 1190 |

**FLUOR ENTERPRISES, INC.'S LIMITED OBJECTION AND JOINDER TO SINOPEC'S OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER ESTABLISHING A LIENHOLDER CLAIM RESERVE AND GRANTING RELATED RELIEF**

Fluor Enterprises, Inc. ("Fluor") files this Limited Objection to, and Joinder to the objection [Docket No. 1190] of Sinopec Engineering Group America, LLC's ("Sinopec") to, the *Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief* (D.I. 1075) (the "Reserve Motion") filed by the Debtors and Debtors-in-Possession (collectively, the "Debtors") in the above-styled jointly-administered Chapter 11 bankruptcy cases (the "Bankruptcy Cases"); and would show the Court the following:

**I.     BACKGROUND FACTS**

1.     Fluor provided labor, equipment, materials, and construction services pursuant to two contracts: (1) a March 31, 2017 Personnel Services Agreement (the "PSA") between Fluor and M&G Resins USA, LLC ("M&G"), and (2) a June 8, 2017 Construction Services Agreement ("CSA") between Fluor and Chemtex International, Inc.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Page 1

2. Under the PSA and CSA, Fluor delivered and provided labor, services, and materials for improvement and construction of a Plant located at 7001 Joe Fulton International Trade Corridor, Corpus Christi, Texas 78409 (the "Property"). The amount owing to Fluor under the CSA is at least $4,985,351.17, exclusive of accruing interest, attorneys' fees, and other charges. The amount owing to Fluor under the PSA is at least $213,468.54, also exclusive of accruing interest, attorneys' fees, and other charges.

3. On March 2, 2018, Debtors filed the Reserve Motion proposing a lien claim reserve of $350,179,728.43. (D.I. 1075). With respect to Fluor, Debtors propose reserving the base amount of Fluor's asserted liens without factoring interest and attorneys' fees available under the contracts and Texas law. (D.I. 1075, Ex. C). Debtors further identify Fluor as a "Level 1 contractor" with respect to its $213,468.54 lien and "Level 2 contractor" with respect to its $4,985,351.17 lien. Debtors provide no explanation regarding the implications of the level designation. On March 16, 2018, Sinopec filed its Objection to the Reserve Motion.

## II. LIMITED OBJECTION AND JOINDER

4. Fluor joins the Sinopec Objection to the Reserve Motion. Fluor further reserves the right to join additional objections that may be asserted.

5. Fluor further objects to the Reserve Motion for the reasons set forth below:

(a) The Reserve Motion divides lien claimants into "levels." Fluor's lien claims are divided between "Level 1" and "Level 2." Debtors have provided no explanation regarding the significance of the levels or otherwise provided a distribution proposal for how funds will be distributed from the lien reserve.

(b) As noted in the Sinopec Objection, lien claimants have rights under section 507(b) of the Bankruptcy Code. Any order authorizing a lien reserve should

protect those rights by providing that the funds in the lien reserve can be used for no other purpose until lien claims are resolved in full.

(c) Finally, as discussed in the Sinopec Objection, the Reserve Motion fails to reserve for attorneys' fees, costs, and interest allowable by contract and under Texas law. Debtors should reserve $7,798,229.57 for Fluor's lien claims, which represents the amount necessary to bond a construction lien under Texas law.

## III. RESERVATION OF RIGHTS

6. Fluor reserves its right to further object to the Sale and the relief requested by the Reserve Motion by supplemental filings or orally at any hearing on the Sale Motion, to pursue its objections to Debtors' assumption and cure notices, or to submit additional evidence in support of this or any supplemental objection. Fluor also reserves the right to join in any arguments made by any other objector.

WHEREFORE, Fluor Enterprises, Inc. asks this Court to (i) sustain its objections to the Reserve Motion, and (ii) grant Fluor such other and further relief to which it may be justly entitled.

Dated: March 16, 2018

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19898
Telephone: (302) 421-6848
Fax: (302) 421-5881
john.demmy@saul.com

Philip G. Eisenberg
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Phone: (713) 226-1489
Fax: (713) 229-2536
peisenberg@lockelord.com

Bradley C. Knapp
**LOCKE LORD LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Fax: (504) 910-6847
bknapp@lockelord.com

*Attorneys for Fluor Enterprises, Inc.*

24408120.1 03/16/2018