# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION, *et al.*, | ) | Case No. 17-12307 (BLS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: March 13, 2018**[2] |
| | ) | **Related Docket Nos. 173, 490, 1061** |

## RESERVATION OF RIGHTS OF MACQUARIE INVESTMENTS US INC. TO DEBTORS' PROPOSED SALE TRANSACTION

Macquarie Investments US Inc. ("Macquarie"), by and through its undersigned counsel, hereby submits this reservation of rights (the "Reservation of Rights") to the Debtors' proposed sale transaction (the "Sale Transaction") pursuant to the *Order (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [Docket No. 490] (the "Bidding Procedures Order"), as amended by the *Notice of Certain Modifications to Bidding Procedures* [Docket No. 1061] filed by the above-captioned debtors (collectively, the "Debtors"). In support of its Reservation of Rights, Macquarie respectfully states as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] The deadline for Macquarie to object to the Sale Transaction was extended by the Debtors past March 13, 2018.

{01302320;v1 } 1

1. Macquarie serves as administrative and collateral agent for the lenders that are party to that certain Credit Agreement dated November 9, 2016, which provides a senior secured credit facility to debtor M&G Waters USA, Inc. ("M&G Waters"). M&G Waters was formed to purchase, install, and operate certain desalination equipment and boilers (the "Desalination Assets") in Corpus Christi, Texas. The purpose of the Macquarie Credit Facility was to finance the purchase, installation, and operation of the Desalination Assets. Although the Resins Plant in Corpus Christi has been left uncompleted and subject to construction liens, the M&G Waters project was substantially complete well before the filing of these Chapter 11 cases. M&G Waters' obligations under the Macquarie Credit Facility are secured by a first lien on all of M&G Waters' assets and M&G USA's 100% equity interest in M&G Waters (the "Macquarie Collateral"). As of the Petition Date, $56,306,316.56 was due and owing to Macquarie, and interest has continued to accrue thereafter daily. *See* January 18, 2018 Proof of Claims.

2. By letter dated October 19, 2017, Macquarie provided M&G Waters notice of (i) the occurrence and continuation of an Event of Default under the terms of the Credit Agreement, and (ii) Macquarie's acceleration of all principal, interest, and other amounts due and reservation of other remedies.

3. On October 24, 2017, Debtor M&G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Thereafter, on October 30, 2017, each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M&G Polymers, the "Chapter 11 Cases"). On October 27, 2017, the Debtors informed Macquarie by letter that the Macquarie Collateral is not at risk of a contractor lien because no unpaid services are associated with the Desalination Assets. After the filing of the Chapter 11 Cases, Macquarie learned that millions of dollars had been transferred before the

Petition Date from M&G Waters to fund affiliate Debtors in contravention of the Macquarie Credit Facility, and that these transfers have been booked as inter-company loans and receivables to M&G Waters

4. On November 16, 2017, the Debtors filed the *Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 173] seeking Court approval of certain procedures governing the Debtors' efforts to sell substantially all of their assets.

5. On December 14, 2017, the Court entered the Bidding Procedures Order, which set certain procedures for a sale of substantially all of the Debtors' assets, including, but not limited to, the Macquarie Collateral (*i.e.*, the Desalination Assets).

6. Macquarie, the Debtors and other parties have been working cooperatively to resolve any potential or outstanding issues involving Macquarie, but the identity of the bidder for the Desalination Assets and the terms of the proposed Sale Transaction are not known as of the date of the filing of this Reservation of Rights. Accordingly, Macquarie reserves its right to supplement this Reservation of Rights to include any and all objections that may arise from the sale process or the proposed Sale Transaction and to preserve all of its rights, claims, arguments, defenses, and objections with respect to the proposed Sale Transaction, including the right to

incorporate other objections or supplement or amend this Reservation of Rights in any fashion if its issues are not resolved.

Dated: March 16, 2018

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor, Esq. (#4008)
Stacy L. Newman, Esq. (#5044)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: gtaylor@ashbygeddes.com
Email: snewman@ashbygeddes.com

-and-

**SIDLEY AUSTIN LLP**
Duston K. McFaul, Esq.
1000 Louisiana Street
Suite 6000
Houston, TX 77002
Telephone: (713) 495-4516
Facsimile: (713) 495-7799
Email: dmcfaul@sidley.com

-and-

**SIDLEY AUSTIN LLP**
David E. Kronenberg, Esq.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8043
Facsimile: 202-736-8711
Email: dkronenberg@sidley.com

*Counsel to Macquarie Investments US Inc.*