# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| M & G USA CORPORATION, *et al.*[1], ) | Case No. 17-12307 (BLS) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Re: D.I. 1075, 1190 & 1199** |

**BABCOCK & WILCOX SPIG, INC. F/K/A SPIG USA, INC., COMPETENTIA US INC., MSI SUPPLY, INC., AND W.T. BYLER CO., INC.'S JOINDER IN (I) THE CONSTRUCTION LIENHOLDER GROUP'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING A LIENHOLDER CLAIMS RESERVE AND GRANTING RELATED RELIEF AND (II) SINOPEC'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING A LIENHOLDER CLAIM RESERVE AND GRANTING RELATED RELIEF**

Secured creditors and parties in interest, Babcock & Wilcox SPIG, Inc. f/k/a SPIG USA, Inc., Competentia US, Inc., MSI Supply, Inc., and W.T. Byler Co., Inc. (collectively, "Respondents") hereby file this joinder in (I) the Construction Lienholder Group's Objection to the Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief and (II) Sinpoec's Objection to the Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief in all respects.

1. Respondents provided labor, services, and materials for improvement and construction of a plant located at 7001 Joe Fulton International Trade Corridor, Corpus Christi, Texas 78409 (the "Property").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067

2. Babcock & Wilcox SPIG, Inc. holds a valid mechanic's and materialman's lien claim in an amount of at least $246,010.47.

3. Competentia US, Inc. holds a valid mechanic's and materialman's lien claim in an amount of at least $737,988.85.

4. MSI Supply, Inc. holds a valid mechanic's and materialman's lien claim in an amount of at least $20,854.48.

5. W. T. Byler Co., Inc. holds a valid mechanic's and materialman's lien claim in an amount of at least $300,000.00.

6. The amounts identified above are exclusive of accruing interest, attorneys' fees, and other charges.

7. The Respondents join the Objection to Reserve Motion filed by the Construction Lienholder Group and Sinopec.

8. The Respondents reserve its right to further object to the Sale and the relief requested by the Reserve Motion by supplemental filings or orally at any hearing on the Sale Motion, to pursue its objections to Debtors' assumption and cure notices, or to submit additional evidence in support of this or any supplemental objection. Respondents also reserves the right to join in any arguments made by any other objector.

WHEREFORE, Respondents ask this Court to sustain the objections to the Reserve Motion and grant the Respondents other and further relief to which they may be justly entitled.

Dated: March 16, 2018
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE #4885)
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
leonhardt@teamrosner.com

 &

ANDREWS MYERS, PC
T. Josh Judd
Texas State Bar No. 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com