# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 17-12307 (BLS) |
| M&G USA CORPORATION, et al.,[1] | (Jointly Administered) |
| Debtors. | **Ref. D.I. 173, 490** |
| | Hearing Date: March 23, 2018 at 9:30 a.m. |
| | Objections Due: March 19, 2018 |
| | (extended by agreement) |

## RESERVATION OF RIGHTS OF M&G MÉXICO REGARDING DEBTORS' MOTION TO SELL SUBSTANTIALLY ALL OF THEIR REMAINING ASSETS

M&G Polímeros México, S.A. de C.V. ("M&G Polímeros"), on behalf of itself and its affiliates M&G México Holding, S.A. de C.V., M&Ghisolfi de México S.A. de C.V., and Servicios Tamaulipas S.A. de C.V. (collectively with M&G Polímeros, "M&G México"), by and through its undersigned counsel, files this reservation of rights with respect to the Debtors' proposed sale of substantially all of their remaining assets, as follows:

## RESERVATION OF RIGHTS

1. On December 14, 2017, this Court entered its *Order (I) (A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof,*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M&G USA Corporation (3449), M & G Resins USA, LLC (3236), M&G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M & G Waters USA, LLC (2195), Mossi & Ghisolfi International, S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

*(D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [ECF #490] (the "Sale Procedures Order").[2]

2. The Debtors have sold the bulk of the Apple Grove Assets. *See Order Authorizing (I) The Sale of Certain Assets of M&G USA Corporation and M&G Polymers USA, LLC Free and Clear of Encumbrances and Liens; (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Related Relief* [ECF # 864]. Although the details of a proposed sale of the Debtors' remaining Assets are unknown at this time, the Debtors presumably will seek to sell any or all of their remaining Assets, including any intellectual property not sold to the buyer of the Apple Grove Assets, free and clear of liens, claims, interests, and encumbrances (the "Sale").

3. M&G Polímeros possesses certain interests in the Debtors' intellectual property and rights to use this intellectual property pursuant to contracts with the Debtors and applicable intellectual property law. These rights and interests could not be impaired through any sale transaction without M&G México's consent unless the requirements set forth in Sections 363(e) and (f) of the Bankruptcy Code (among others) were met.

4. M&G México and the Debtors have reached a consensual resolution concerning M&G México's intellectual property rights and interests, thereby resolving M&G México's potential objection to the Sale, by negotiating a new license agreement (the "New Agreement"). As of the time of the filing of this reservation of rights, the New Agreement has not yet been executed, but the document is in final form and all of its material terms are agreed. M&G México understands that no potential party in interest has any objection to the New Agreement.

---

[2] Capitalized terms not otherwise defined in this Objection have the meanings given in the Sale Procedures Order.

5. Accordingly, as a precautionary measure, M&G México reserves all rights related to its intellectual property rights and interests – including, without limitation, its rights to adequate protection, adequate assurance, and the protections afforded under Bankruptcy Code Section 365(n) – solely in the event that the New Agreement is objected to, is not implemented, or is otherwise impaired in the course of the Sale approval process.

Dated: March 19, 2018

**BLANK ROME LLP**

*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: 302.425.6400
Facsimile: 302.428.5107
debaecke@blankrome.com

-and-

**MORGAN, LEWIS & BOCKIUS LLP**

Timothy B. DeSieno (admitted *pro hac vice*)
Joshua Dorchak (admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: 212.309.6000
Facsimile: 212.309.6001
timothy.desieno@morganlewis.com
joshua.dorchak@morganlewis.com

*Attorneys for M&G Polímeros México S.A. de C.V. and M&G México Holding, S.A. de C.V.*