IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| M & G USA CORPORATION, et al.[1] | ) |
| | ) Case No. 17-12307 (BLS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket No. 1142** |

**JOHNSON CONTROLS FIRE PROTECTION LP F/K/A
SIMPLEXGRINNELL LP'S OBJECTION TO DEBTORS'
THIRD SUPPLEMENTAL NOTICE OF POSSIBLE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES IN CONNECTION WITH SALE**

Johnson Controls Fire Protection f/k/a SimplexGrinnell LP ("Simplex") by and through its undersigned counsel hereby files this objection (the "Objection") to the Debtors' *Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* [D.I. 1142] (the "Notice of Possible Assumption/Assignment")[2] and states as follows.

**BACKGROUND**

1. Prepetition, Simplex provided labor, equipment, materials, and construction services pursuant to a "Jumbo" project Construction Contract on a Turnkey Basis for Fire

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.A. r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S. r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors noticing address in these Chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the same meaning given to them in the Notice of Possible Assumption/Assignment.

Protection System, Fire Alarm System, Public Address System and Access Control System with Fence and CCTV (as amended, the "Simplex Contract") dated June 1, 2016.

2. On March 12, 2018 the Debtors filed the Notice of Possible Assumption/Assignment and Exhibit A attached thereto identified the additional contracts that may be assumed and assigned with a Sale Transaction, as that term is defined in the Notice of Possible Assumption/Assignment. The Simplex Contract is one of the Contracts that may possibly be assumed and assigned by the Debtors. *See* Ex. A, p. 2.

3. The Cure Costs proposed by the Debtors relating to the Simplex Contract is $0.00.

4. Simplex objects to the Debtors' proposed Cure Costs relating to the Simplex Contract of $0.00. Simplex submits that the correct Cure Costs related to the Simplex Contract is at least $3,260,797.58 (the "Simplex Cure") plus additional attorney's fees, interest, and costs.[3]

## OBJECTION TO PROPOSED CURE COSTS

5. Pursuant to Section 365(a) of the Bankruptcy Code a debtor is permitted to assume and assign an executory contract with approval of the Court. 11 U.S.C. § 365(a). However, if there has been a default in the executory contract a debtor seeks to assume, Section 365(b)(1)(A) obligates the debtor, "at the time of assumption", to cure or provide "adequate assurance" of a "prompt cure" of any pre-petition defaults. 11 U.S.C. § 365(b)(1)(A). Furthermore, Section 365(b)(1)(B) requires a debtor, "at the time of assumption... compensates, or provides adequate assurance that the [debtor] will promptly compensate... for any actual pecuniary loss to such party resulting from such default." 11 U.S.C. § 365(b)(1)(B).

---

[3] This amount includes attorney's fees estimated through February 28, 2018. Simplex reserves the right to include additional attorney's fees, as well as interest and costs.

6. As of the Debtors' bankruptcy filing on October 30, 2017 (the "Petition Date"), the amount due and payable to Simplex for services, equipment, and materials provided was no less than $3,260,797.58. On February 8, 2018, Simplex filed its *Notice of Perfection of Mechanic's Lien Pursuant to 11 U.S.C. §546(b)(2)* [D.I. 926] (the "Notice of Perfection of Lien"), which sets out a breakdown of amounts due and owing as of the Petition Date. Simplex hereby incorporates by this reference its Notice of Perfection of Lien with the exhibits attached thereto in further support of this Objection.

7. Additionally, pursuant to Section 365(b)(1)(B), Simplex submits that it is also entitled to recover interest, costs, and attorney's fees incurred pursuant to the terms of the Simplex Contract and applicable Texas law.[4] *See In re Crown Books Corp.*, 269 B.R. 12, 15 (Bankr. D. Del. 2001) (stating that a debtor's obligation to cure includes late or other charges that may include attorney's fees). The estimated amount of attorney's fees incurred through January 28, 2018, which amount is subject to further adjustment for additional interest, costs and additional attorney's fees further calculated, accrued and incurred, is $95,000.

8. Simplex submits that for the Debtors to satisfy the requirements of Section 365(b) and (f), any order of the Court authorizing the assumption and assignment of the Simplex Contract must require the immediate payment of the Simplex Cure, plus interest, costs and attorney's fees calculated, accrued and incurred by Simplex.

WHEREFORE, based upon the foregoing, to the extent the Debtors seek to assume and assign the Simplex Contract pursuant to a Sale Transaction, Simplex requests that the Court set the cure cost in the amount of the Simplex Cure plus interest, costs, and attorney's fees Simplex

---

[4] Including, but not limited to Texas Property Code, Chapter 53, Section 53.156.

is entitled to, and direct the Debtors to immediately pay such amount to Simplex pursuant to 11 U.S.C. §365(b), and for such other and further relief as the Court may deem just and proper.

Dated: March 19, 2018
      Wilmington, DE

**LANDIS RATH & COBB LLP**

_____
Keni K. Mumford (No. 4186)
Matthew R. Pierce (No. 5946)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mumford@lrclaw.com
Email: pierce@lrclaw.com

-and-

SPILMAN THOMAS & BATTLE PLLC
Sally E. Edison (PA ID No. 78678)
Julian E. Neiser (PA ID No. 87306)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 325-3301
Facsimile: (412) 325-3324
Email: sedison@spilmanlaw.com
Email: jneiser@spilmanlaw.com

*Counsel for Johnson Controls Fire Protection f/k/a/ SimplexGrinnell LP*