# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket No. 1076** |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTOR MOSSI & GHISOLFI INTERNATIONAL S.A R.L. FOR AN ORDER AUTHORIZING THE PAYMENT OF AMOUNTS OWING TO CERTAIN EMPLOYEES AND RELATED ANCILLARY COSTS

The undersigned hereby certifies that:

1.       On March 2, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion of Debtor Mossi & Ghisolfi International S.A R.L. for an Order Authorizing the Payment of Amounts Owing to Certain Employees and Related Ancillary Costs* [Docket No. 1076] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2.       Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 16, 2018, at 4:00 p.m. prevailing Eastern Time.

3.       The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon.

---

[1]       The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

4.      Accordingly, the Debtors respectfully request entry of the proposed order attached to the Motion at the Court's convenience.

Dated:  March 19, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               joneill@pszjlaw.com
               jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306
Email:         sgreenberg@jonesday.com
               scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:     (216) 586-7035
Facsimile:     (216) 579-0212
Email:         ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession