IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1077** |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' FOURTH OMNIBUS MOTION FOR ENTRY OF AN ORDER AUTHORIZING THEM TO REJECT CERTAIN EXECUTORY CONTRACTS *NUNC PRO TUNC* TO THE REJECTION DATE

The undersigned hereby certifies that:

1. On March 2, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing Them to Reject Certain Executory Contracts Nunc Pro Tunc to the Rejection Date* [Docket No. 1077] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than March 16, 2018, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

3. The Debtors received informal comments to the Motion from INVISTA Textiles (U.K.) Limited and Flex Films (USA), Inc. (the "Responding Parties").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

DOCS_DE:216557.1 54032/001

4. Other than with respect to the informal responses received from the Responding Parties, the Debtors have not received any other responses or objections to the Motion, and no other responses or objections appear on the Court's docket in these cases.

5. Attached hereto as Exhibit A is a revised proposed order (the "Revised Proposed Order") which reflects the comments of the Responding Parties.

6. Attached hereto as Exhibit B is a blackline of the Revised Proposed Order, showing changes made from the proposed order filed with the Motion.

7. The Debtors respectfully request entry of the Revised Proposed Order attached as Exhibit A at the Court's convenience.

Dated: March 19, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

/s/ Joseph M. Mulvihill
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306
Email:        sgreenberg@jonesday.com
              scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:	(216) 586-7035
Facsimile:	(216) 579-0212
Email:	ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession