# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 537, 775, 1142** |

## CITAL US, LLC'S LIMITED OBJECTION TO POSSIBLE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

Cital US, LLC ("Cital"), by and through its undersigned counsel, hereby files this Limited Objection (the "Second Cure Objection") to the Debtors' *Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale* [D.I. 1142] (the "Third Supplemental Cure Notice") and in support thereof respectfully states as follows:

1. On December 21, 2017, the Debtors filed a *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale* [D.I. 537] (the "First Cure Notice"), in which the Debtors listed the cure amount for Cital's Contract[2] as $0.00.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à.r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the First Cure Objection [D.I. 610].

2. On January 3, 2018, Cital filed a *Limited Objection to Possible Assumption and Assignment of Executory Contracts* [D.I. 610] regarding the First Cure Notice. Cital hereby incorporates the arguments contained in its First Cure Objection as if repeated at length herein.

3. On January 25, 2018, Debtors filed the *Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale* (the "Second Supplemental Cure Notice"). [D.I. 775]. The Second Supplemental Cure Notice contains no revisions as to Cital's treatment from the First Cure Notice.

4. On March 12, 2018, Debtors filed the Third Supplemental Cure Notice, which also contains no revisions as to Cital's treatment from the First Cure Notice.

5. For the reasons set forth in the First Cure objection, Cital objects to the Debtors' continued listing of the cure amount for its Contract as $0.00. The cure amount for Cital's Contract is at least $1,063,078.51, plus attorneys' fees, costs, interest, and other charges as may be allowed under the contract and applicable law.

## **RESERVATION OF RIGHTS**

Cital reserves the right to further amend, modify, or supplement this Second Cure Objection at any time and also reserves all of its rights, if any, as a creditor in these Bankruptcy Cases, including in connection with any proof of claim it may file, any sale motion, its lien rights, and any plan of reorganization or liquidation in these Bankruptcy Cases. Cital also reserves the right to join in any arguments made by any other objector.

**WHEREFORE**, Cital US, LLC requests that the sale and the assumption and assignment of the Contract not be approved until the proper cure amounts have been identified, and that the Court grant all such other and further relief as it deems equitable, just, and proper.

Respectfully submitted,

Dated: March 19, 2018
Wilmington, Delaware

**DLA PIPER US LLP**

*/s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
Jason D. Angelo (DE 6009)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
E-mail: stuart.brown@dlapiper.com

*-and-*

Ileana M. Blanco, Esq.
**DLA PIPER US LLP**
Wells Fargo Plaza
1000 Louisiana Street, Suite 2800
Houston, Texas 77002-5005
Telephone: (713) 425-8435
Facsimile: (713) 300-6035
E-mail: ileana.blanco@dlapiper.com

# CERTIFICATE OF SERVICE

I, Stuart M. Brown, hereby certify that on the 19th day of March 2018, I caused a copy of the foregoing *Limited Objection to Possible Assumption and Assignment of Executory Contracts* to be served on the parties listed below via first class mail or hand delivery on local counsel, and all parties registered for service via CM/ECF.

                                                  /s/ Stuart M. Brown
                                                  Stuart M. Brown (DE 4050)

| | |
|---|---|
| *Via First Class Mail*<br>M & G USA Corporation<br>Attn: Dennis Stogsdill<br>450 Gears Road – Suite 240<br>Houston, TX 77067 | *Via First Class Mail*<br>Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| *Via First Class Mail*<br>Carl E. Black, Esq.<br>Jones Day<br>901 Lakeside Avenue<br>Cleveland, OH 44114 | *Via Hand Delivery*<br>Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801 |
| *Via First Class Mail*<br>Scott J. Greenberg, Esq.<br>Michael J. Cohen, Esq.<br>Stacey L. Corr-Irvine, Esq.<br>Jones Day<br>250 Vesey Street<br>New York, NY 10025 | *Via First Class Mail*<br>Michael V. Blumenthal, Esq.<br>Thompson & Knight LLP<br>900 Third Avenue – 20th Floor<br>New York, NY 10022 |
| *Via Hand Delivery*<br>Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Joseph M. Mulvihill, Esq.<br>Pachuski Stang Ziehl & Jones, LLP<br>919 North Market Street - 17th Floor<br>Wilmington, DE 19801 | *Via First Class Mail*<br>Alfredo R. Perez, Esq.<br>Weil Gotshal & Manges LLP<br>700 Louisiana – Suite 1700<br>Houston, TX 77002<br><br>*Via Hand Delivery*<br>Curtis S. Miller, Esq.<br>Morris, Nichols, Arsht and Tunnell LLP<br>1201 North Market Street – 16th Floor<br>Wilmington, DE 19801 |

WEST\280020566.1

*Via First Class Mail*
Dennis F. Dunne, Esq.
Abhilash M. Raval, Esq.
Lauren C. Doyle, Esq.
Milbank Tweed Hadley & McCoy LLP
28 Liberty Street
New York, NY  10005-1413

*Via Hand Delivery*
J. Kate Stickles, Esq.
David R. Hurst, Esq.
Cole Schotz P.C.
500 Delaware Avenue – Suite 1410
Wilmington, DE  19801

*Via Hand Delivery*
Hannah M. McCollum, Esq.
Office of the United States Trustee
844 Kind Street – Suite 2207
Wilmington, DE  19801

WEST\280020566.1