# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 537, 775, 1142** |

## SINOPEC'S OBJECTION TO THE DEBTORS' THIRD SUPPLEMENTAL NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

Sinopec Engineering Group America, LLC ("**SEGA**") and Sinopec Engineering (Group) Co., Ltd. ("**SEG**" and with SEGA, "**Sinopec**"), by and through their undersigned counsel, hereby file this objection (the "**Third Cure Objection**") to the proposed assumption, assignment, and sale of a contract listed on the Debtors' *Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale* [D.I. 1142] (the "**Third Supplemental Notice**"). In support of its Third Cure Objection, Sinopec respectfully states as follows:

1. On December 21, 2017, the Debtors filed a *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale* [D.I. 537] (the "**First Cure Notice**").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à.r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

2. In the First Cure Notice, the Debtors listed the EPC Contract[2] with SEGA as a contract to be assumed and assigned with a total cure amount of $0, which was the subject of *Sinopec's Cure Objection* [D.I. 609] (the "**First Cure Objection**") filed on January 3, 2018.

3. Sinopec hereby incorporates the arguments contained in its First Cure Objection as if repeated at length herein.

4. On January 25, 2018, Debtors filed the *Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale* (the "**Second Supplemental Cure Notice**"). [D.I. 775].

5. On February 1, 2018, Sinopec filed its *Objection to the Debtors' Second Supplemental Notice of Possible Assumption and Assignment of Executory Contracts* [D.I. 872] (the "**Second Cure Objection**") on the basis of the Debtors' proposed cure cost to cure outstanding monetary defaults existing under a "Service agreement" listed as an additional contract in the Second Supplemental Notice.

6. Sinopec hereby incorporates the arguments contained in its Second Cure Objection as if repeated at length herein.

7. On March 12, 2018, Debtors filed the Third Supplemental Cure Notice, which contains no revisions as the treatment of Sinopec's Contracts from the First Cure Notice or Second Supplemental Cure Notice.

8. For the reasons set forth in the First Cure Objection and Second Cure Objection, Sinopec objects to the Debtors' assumption or assignment of the Contracts and the Debtors' continued listing of the cure amounts for its Contracts as $0.00. The cure amount for Sinopec's

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning as in the First Cure Objection [D.I. 609].

Contracts is at least at least $52,377,568.72, plus attorneys' fees, costs, and interest payable under applicable law.

## RESERVATION OF RIGHTS

Sinopec reserves the right to further amend, modify, or supplement this Third Cure Objection at any time and also reserves all of its rights, if any, as a creditor in these Bankruptcy Cases, including in connection with any proof of claim it may file, any sale motion, its lien rights, and any plan of reorganization or liquidation in these Bankruptcy Cases. Sinopec also reserves the right to join in any arguments made by any other objector.

**WHEREFORE**, Sinopec Engineering Group America, LLC and Sinopec Engineering (Group) Co., Ltd. respectfully request that the sale and the assumption and assignment of the contracts listed in the Third Supplemental Notice not be approved until the proper cure amounts have been identified, and that all other and further relief as the Court deems just and properly be awarded.

Dated: March 19, 2018  
      Wilmington, Delaware

Respectfully submitted,

By: */s/ R. Craig Martin*  
R. Craig Martin (DE 5032)  
**DLA Piper LLP (US)**  
1201 North Market Street, Suite 2100  
Wilmington, DE 19801  
Telephone: (302) 468-5700  
Facsimile: (302) 394-2341  
Email: craig.martin@dlapiper.com

*Attorneys for Sinopec Engineering Group America, LLC, and Sinopec Engineering (Group) Co., Ltd.*

# CERTIFICATE OF SERVICE

I, R. Craig Martin, hereby certify that on the 19th day of March 2018, I caused a copy of the foregoing *Objection to the Debtors' Third Supplemental Notice of Possible Assumption and Assignment of Executory Contracts* to be served on the parties listed below via first class mail or hand delivery on local counsel, and all parties registered for service via CM/ECF.

                    /s/ R. Craig Martin
                    R. Craig Martin (DE 5032)

| *Via First Class Mail* | *Via First Class Mail* |
|---|---|
| M & G USA Corporation<br>Attn: Dennis Stogsdill<br>450 Gears Road – Suite 240<br>Houston, TX 77067 | Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| *Via First Class Mail*<br>Carl E. Black, Esq.<br>Jones Day<br>901 Lakeside Avenue<br>Cleveland, OH 44114 | *Via Hand Delivery*<br>Pauline K. Morgan, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>1000 North King Street<br>Wilmington, DE 19801 |
| *Via First Class Mail*<br>Scott J. Greenberg, Esq.<br>Michael J. Cohen, Esq.<br>Stacey L. Corr-Irvine, Esq.<br>Jones Day<br>250 Vesey Street<br>New York, NY 10025 | *Via First Class Mail*<br>Michael V. Blumenthal, Esq.<br>Thompson & Knight LLP<br>900 Third Avenue – 20th Floor<br>New York, NY 10022 |
| *Via Hand Delivery*<br>Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Joseph M. Mulvihill, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>919 North Market Street - 17th Floor<br>Wilmington, DE 19801 | *Via First Class Mail*<br>Alfredo R. Perez, Esq.<br>Weil Gotshal & Manges LLP<br>700 Louisiana – Suite 1700<br>Houston, TX 77002<br><br>*Via Hand Delivery*<br>Curtis S. Miller, Esq.<br>Morris, Nichols, Arsht and Tunnell LLP<br>1201 North Market Street – 16th Floor<br>Wilmington, DE 19801 |

*Via First Class Mail*
Dennis F. Dunne, Esq.
Abhilash M. Raval, Esq.
Lauren C. Doyle, Esq.
Milbank Tweed Hadley & McCoy LLP
28 Liberty Street
New York, NY  10005-1413

*Via Hand Delivery*
J. Kate Stickles, Esq.
David R. Hurst, Esq.
Cole Schotz P.C.
500 Delaware Avenue – Suite 1410
Wilmington, DE  19801

*Via Hand Delivery*
Hannah M. McCollum, Esq.
Office of the United States Trustee
844 Kind Street – Suite 2207
Wilmington, DE  19801