# REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered<br><br>Related to D.I. 173, 490, 1061, 1115, 1116, 1184<br><br>**Filed Under Seal Pursuant to D.I. 350 and 350-1, ¶ 11; and Del. Bankr. L.R. 9018-1(e)**<br><br>Hearing Date: March 23, 2018 at 9:30 a.m. |

**SUPPLEMENT TO (1) OBJECTION OF BANCOMEXT TO THE SALE OF THE DEBTORS' CORPUS CHRISTI ASSETS, DESALINATION ASSETS, AND OTHER ASSETS [D.I. 1115] AND (2) BANCOMEXT'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER ESTABLISHING A LIENHOLDER CLAIMS RESERVE AND GRANTING RELATED RELIEF [D.I. 1184]**

TO THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE:

Banco Nacional de Comercio Exterior, S.N.C., Institución de Banca de Desarrollo ("**Bancomext**") hereby files this supplement (the "**Supplement**") to (1) the *Objection of Bancomext to the Sale of the Debtors' Corpus Christi Assets, Desalination Assets, and Other Assets* [D.I. 1115] (the "**Sale Objection**");[2] and (2) *Bancomext's Objection to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M&G USA Corporation (3449) ("**M&G USA**"), M & G Resins USA, LLC (3236) ("**M&G Resins**"), M&G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M & G Waters USA, LLC (2195) ("**M&G Waters**"), Mossi & Ghisolfi International, S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Where context requires, capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Sale Objection.

[D.I. 1184] (the "**Reserve Objection**" and together with the Sale Objection, the "**Objections**"). In support of the Objections, Bancomext respectfully states as follows:

## SUPPLEMENT

1. As set forth in the Objections, Bancomext opposes the sale of the Assets (the "**Sale**") unless an adequate reserve (or other form of adequate protection) is established for the benefit of Bancomext in connection with the Sale. As more particularly set forth in the *Complaint for Fraudulent Misrepresentation, Avoidance of Fraudulent Transfers, and Imposition of a Constructive Trust* [D.I. 1089] (the "**Complaint**"), Bancomext believes that it is the beneficiary of a constructive trust over the Assets arising from a scheme orchestrated by the Debtors to wrongfully divert to the Debtors the proceeds of Bancomext's loans to M&G Mexico Holding, S.A. de C.V. ("**M&G Holding**") and M&G Polimeros Mexico, S.A. de C.V. ("**M&G Polimeros**," and, together with M&G Holding, the "**Mexican Entities**"). As a beneficiary of a constructive trust over the Assets, Bancomext is entitled to receive the proceeds of the Sale until it has been made whole.

2. On January 25, 2018, Bancomext filed a motion for an order pursuant to Bankruptcy Rule 2004 to compel the Mexican Entities to produce certain documents necessary for it to investigate its potential claims against the Debtors. *See Motion for Examination of M&G México Holding, S.A. de C.V. and M&G Polimeros México, S.A. de C.V. Pursuant to Bankruptcy Rule 2004* [D.I. 770] (the "**2004 Motion**"). On March 6, 2018, the Court granted the 2004 Motion, in part, and ordered the Mexican Entities to produce documents responsive to certain document requests focused on the transfer of funds from the Mexican Entities to the Debtors. *See Letter Ruling Regarding Bancomext's Motion for Rule 2004 Examination of M&G Mexico Holding and M&G Polimeros* [D.I. 1085] (the "**Letter Ruling**").

3.  Bancomext has only just begun to receive documents from the Mexican Entities under the Letter Ruling. Nevertheless, the limited discovery provided thus far clearly establishes

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

██████. These preliminary facts belie the Debtors' feigned "belie[f] that there is no basis under law for Bancomext's speculative theory of liability and unjustified effort to attach its cause of action to the proceeds of any sale of the Corpus Christi Plant."[3]

4.  Under these circumstances, it is critical that the terms of the sale order preserve Bancomext's rights and remedies in the event that it can ultimately establish a constructive trust on the Assets.

### A.  Diversion of Funds from M&G Holding

5.  As detailed in the Sale Objection and the Complaint, Bancomext lent M&G Holding $120 million on the express condition that such funds would only be used to finance exports. *See* Sale Objection ¶¶ 6-7; Complaint ¶¶ 18-22. Specifically, the Debtors represented that the proceeds of Bancomext's loan would be used to pay DAK Americas, LLC ("**DAK**") for PTA which M&G Holding would then export. Complaint ¶¶ 18-22. The bank statements produced thus far establish that, at least between January 2016 to September 5, 2017 (the only years for which the Mexican Entities have, thus far, produced bank statements), ████████

███████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████.

6.  Among other things, between September 1, 2017 and September 5, 2017, M&G

---

[3] *Debtors' Omnibus Reply in Support of Their Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief* [D.I. 1227], at ¶ 27.

3

Holding borrowed $70 million from Bancomext under the M&G Holding Credit Facility. ▮

▮

▮

▮

▮

▮ What is perhaps most disconcerting about these transfers is that September 5, 2017 was the date that the Debtors closed Altamira plant owned by the Mexican Entities. Put another way, the Debtors were shuttering the operations of the Mexican Entities while drawing millions of dollars in Bancomext loans ▮ ▮ .

7. Due to the limited discovery received to date, Bancomext is not able to trace what happened to its funds ▮ ▮ as of October 31, 2018 (the "**Petition Date**"), M&G International held only approximately $3 million in cash. *See Amended Schedules of Mossi & Ghisolfi International* [D.I. 784] at 16.

**B. Diversion of Funds from M&G Polimeros**

8. Similarly, in June and July 2017, M&G Polimeros drew $70 million under the

---

[4] All of the relevant accounts were held at Comerica Bank in Detroit, Michigan.

[5] *See Motion for Interim and Final Orders (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief* [D.I. 7] (the "**Cash Management Motion**"), Ex. C (identifying Comerica Bank account ending 234 as owned by M&G International).

[6] As noted in the Complaint and Objections, Mr. Stogsdill declared that M&G Holding had loaned M&G USA Corp. (the corporate parent of the entities that own the Corpus Christi Assets and Desalination Assets) approximately $193 million from December 2016 to June 2017. *See* D.I. 143.

M&G Polimeros Credit Facility. M&G Polimeros' permitted uses of those proceeds were strictly limited to funding M&G Polimeros' working capital and refinancing its debt. *See* Complaint ¶ 37. ██████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████ ████████████████████████████████

████████████████████████████████████████

████████████████

9. As stated above, Bancomext has just begun to receive documents from the Mexican Entities and has only received bank statements from 2016 and part of 2017.[9] Clearly, further investigation is needed to get to the bottom of what ultimately happened to the proceeds of Bancomext's loans. However, the limited discovery provided to date clearly supports Bancomext's assertion that its loan proceeds were fraudulently diverted to the Debtors.

10. Bancomext respectfully requests that the Court protect its right to recover on account of the claims alleged in its Complaint and (a) require that the Assets be sold only for cash or a bonded credit bid; and (b) maintain $190 million of such proceeds in an escrow account pending the resolution of the claims alleged in the Complaint.

---

[7] *See* Cash Management Motion, Ex. C (identifying Comerica Bank account ending 515 as owned by M&G Resins).
[8] As already noted, Bancomext has just begun to receive access to information regarding the transfers between the Mexican Entities, the Pooling Account, and the Debtors. Bancomext reserves all rights in respect of such transfers.
[9] Bancomext has attempted to work cooperatively with the Mexican Entities to arrange the production of bank statements from 2010 to 2016. Bancomext reserves all rights with respect to any dispute regarding the production of additional responsive documents.

## **CONCLUSION**

For all of the foregoing reasons, Bancomext requests that the Court (a) either (i) deny the Sale Motion, or (ii) condition the sale of the subject Assets on (1) bidding by cash or cash equivalent backstop and (2) retention of sale proceeds in escrow subject to Bancomext's interests pending determination thereof; and (b) grant such other and further relief as the Court deems just and proper.

Dated: March 21, 2018　　　　　　　　　　**FOX ROTHSCHILD LLP**

By: /s/ *Jeffrey M. Schlerf*
　　Jeffrey M. Schlerf (DE No. 3047)
　　919 North Market Street, Suite 300
　　Wilmington, DE 19801
　　Telephone:　(302) 654-7444
　　Facsimile:　(302) 656-8920
　　jschlerf@foxrothschild.com

　　　　　　　　—and—

　　Roberto J. Kampfner (admitted pro hac vice)
　　Aaron Colodny (admitted pro hac vice)
　　**WHITE & CASE LLP**
　　555 South Flower Street, Suite 2700
　　Los Angeles, CA 90071
　　Telephone:　(213) 620-7700
　　Facsimile:　(213) 452-2329
　　rkampfner@whitecase.com

*Attorneys for Banco Nacional de Comercio Exterior, S.N.C., Institución de Banca de Desarrollo*

**EXHIBIT A**

M&G Holding Comerica Checking Account (█████)

September 1, 2017 to September 30, 2017

EXHIBIT FILED UNDER SEAL

**EXHIBIT B**

Comerica Pooling Account (███)

September 1, 2017 to September 30, 2017

EXHIBIT FILED UNDER SEAL

# EXHIBIT C

M&G Polimeros Comerica Checking Account ()

June 1, 2017 to June 30, 2017

EXHIBIT FILED UNDER SEAL

**EXHIBIT D**

Comerica Pooling Account (███)

June 1, 2017 to June 30, 2017

EXHIBIT FILED UNDER SEAL

**EXHIBIT E**

M&G Polimeros Comerica Checking Account ()

July 1, 2017 to July 31, 2017

EXHIBIT FILED UNDER SEAL

**EXHIBIT F**

Comerica Pooling Account (███)

July 1, 2017 to July 31, 2017

EXHIBIT FILED UNDER SEAL