# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

# AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR MARCH 23, 2018 AT 9:30 A.M. (PREVAILING EASTERN TIME)[3]
### Hearing will take place before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801

## ADJOURNED MATTERS:

1. Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 684)

    Response Deadline: February 9, 2018 at 4:00 p.m. Extended to March 16, 2018

    Responses Received: None at this time.

    Related Documents:

    A. Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] **Amended items noted in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

1

Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (SEALED, Docket No. 685)

    B. Motion to File Under Seal Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 686)

Status: This matter is being continued to the hearing scheduled for April 25, 2018 at 11:00 a.m.

2. Motion to File Under Seal Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 686)

Response Deadline: February 9, 2018 at 4:00 p.m. Extended to March 16, 2018

Responses Received: None at this time.

Related Documents:

    A. Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 684)

    B. Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (SEALED, Docket No. 685)

Status: This matter is being continued to the hearing scheduled for April 25, 2018 at 11:00 a.m.

**UNCONTESTED MATTERS UNDER CNO/COC:**

3.  Motion of Debtor Mossi & Ghisolfi International S.A R.L. for an Order Authorizing the Payment of Amounts Owing to Certain Employees and Related Ancillary Costs [Filed 3/2/18] (Docket No. 1076)

    Response Deadline: March 16, 2018 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A.  Certification of No Objection Regarding Motion of Debtor Mossi & Ghisolfi International S.A R.L. for an Order Authorizing the Payment of Amounts Owing to Certain Employees and Related Ancillary Costs [Filed 3/19/18] (Docket No. 1220)

    B.  **[Signed] Order Authorizing the Payment of Amounts Owing to Certain Employees and Related Ancillary Costs [Filed 3/22/18] (Docket No. 1241)**

    Status: **The Court has entered the order on this motion and this matter is now resolved.**

4.  Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing Them to Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date [Filed 3/2/18] (Docket No. 1077)

    Response Deadline: March 16, 2018 at 4:00 p.m.

    Responses Received: Informal responses from Flex Films (USA), Inc. and INVISTA Textiles (U.K.) Limited

    Related Documents:

    A.  Certification of Counsel Regarding Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing Them to Reject Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date [Filed 3/19/18] (Docket No. 1221)

    B.  **[Signed] Fourth Omnibus Order Authorizing the Rejection of Certain Executory Contracts *Nunc Pro Tunc* to the Rejection Date [Filed 3/22/18] (Docket No. 1240)**

    Status: **The Court has entered the order on this motion and this matter is now resolved.**

**MATTERS GOING FORWARD:**

5.  Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Certain of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Purchase Agreements and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed 11/16/17] (Docket No. 173)

    Response Deadline: March 9, 2018 at 4:00 p.m. Extended for (i) Sinopec Engineering (Group) Co., Ltd. and Sinopec Engineering Group America, LLC to March 12, 2018; (ii) Macquarie Investments US Inc. to March 13, 2018; (iii); M&G Mexico Holdings, S.A. de C.V. to March 13, 2018; and (iv) the Official Committee of Unsecured Creditors to March 20, 2018

    Responses Received:

    A. Preliminary Objection and Reservation of Rights of the Construction Lienholder Group to Debtors' Motion to Sell Substantially All of the Debtors' Remaining Assets [Filed 3/9/18] (Docket No. 1113)

    B. Limited Objection and Reservation of Rights to Debtors' Proposed Sale Transaction Filed by Fluor Enterprises, Inc. [Filed 3/9/18] (Docket No. 1114)

    C. Objection to the Sale of the Debtors' Corpus Christi Assets, Desalination Assets, and Other Assets Filed by Banco Nacional de Comercio Exterior, S.N.C., Institucion de Banca de Dessarrollo [Filed 3/9/18] (Docket No. 1115)

    D. Declaration in Support of Objection to the Sale of the Debtors' Corpus Christi Assets, Desalination Assets, and Other Assets Filed by Banco Nacional de Comercio Exterior, S.N.C., Institucion de Banca de Dessarrollo [Filed 3/9/18] (Docket No. 1116)

    E. Limited Objection to the Debtors' Sale Filed by Accurate Welding & Inspection, LLC [Filed 3/9/18] (Docket No. 1117)

    F. Joinder and Supplemental Objection of MMR Constructors, Inc. to the Preliminary Objection and Reservation of Rights of the Construction Lienholder Group to the Debtors' Motion to Sell Substantially All of the Debtors' Remaining Assets [Filed 3/9/18] (Docket No. 1122)

    G. Joinder and Supplemental Objection of TCI Business Capital to the Preliminary Objection and Reservation of Rights of the Construction

Lienholder Group to the Debtors' Motion to Sell Substantially All of the Debtors' Remaining Assets [Filed 3/9/18] (Docket No. 1123)

H.  Joinder of Cital US, LLC to Preliminary Objection and Reservation of Rights to Debtors' Motion to Sell Substantially of the Debtors' Remaining Assets [Filed 3/9/18] (Docket No. 1124)

I.  Objection to the Sale of Substantially All of the Debtors' Remaining Assets Filed by Sinopec Engineering (Group) Co., Ltd., Sinopec Engineering Group America, LLC [Filed 3/12/18] (Docket No. 1141)

J.  Reservation of Rights of Macquarie Investments US Inc. to Debtors' Proposed Sale Transaction Filed by Macquarie Investments US Inc. [Filed 3/16/18] (Docket No. 1198)

K.  Reservation of Rights of M&G Mexico Regarding Debtors' Motion to Sell Substantially All of Their Remaining Assets Filed by M&G Mexico Holding S.A. de C.V., M&G Polimeros Mexico S.A. de C.V. [Filed 3/19/18] (Docket No. 1213)

L.  Supplement to (1) Objection of Bancomext to the Sale of the Debtors' Corpus Christi Assets, Desalination Assets, and Other Assets and (2) Bancomext's Objection to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [D.I. 1184] [Filed 3/21/18] (Sealed Docket No. 1232/Redacted Docket No. 1233)

**M.  Supplemental Objection and Reservation of Rights of the Construction Lienholder Group to Debtors' Motion to Sell Substantially All of the Debtors' Remaining Assets [Filed 3/22/18] (Docket No. 1238)**

Cure Objections Received:

A.  Axis Industrial Services, LLC's Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 12/28/17] (Docket No. 560)

   Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

B.  Bay Ltd.'s Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 12/28/17] (Docket No. 561)

   Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

C.  Lexicon, Inc.'s Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 12/28/17] (Docket No. 562)

   Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

D.  N&A Project Management USA, Inc.'s Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 12/28/17] (Docket No. 563)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

E.  N&A Project Management USA, Inc.'s and Montcalm USA, Inc.'s Limited Objection to Second Supplemental Notice of Possible Assumption and Assignment of Executory Contracts [Filed 1/29/18] (Docket No. 823)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

F.  W.T. Byler Co., Inc.'s Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 12/28/17] (Docket No. 564)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

G.  Montcalm USA, Inc.'s Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 12/29/17] (Docket No. 574)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

H.  Objection to Debtors' Proposed Cure Amount Filed by Fagioli, Inc.  [Filed 1/3/18] (Docket No. 595)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

I.  Objection of Fluor Enterprises, Inc. to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale  [Filed 1/3/18] (Docket No. 604)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

J.  Limited Objection to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale Filed by Pepsi-Cola Advertising and Marketing, Inc. [Filed 1/3/18] (Docket No. 605)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

K.  Objection of Flex Films (USA), Inc. to Cure Amounts Identified in Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale  [Filed 1/3/18] (Docket No. 606)

    Status:  This contract is not being assumed by the proposed purchaser.  This objection will not go forward.

L.  W.T. Byler Co., Inc.'s Amended Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 1/3/18] (Docket No. 607)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

M.  Blanchard Contractors Inc.'s Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 1/3/18] (Docket No. 608)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

N.  Sinopec's Cure Objection Filed by Sinopec Engineering (Group) Co., Ltd., Sinopec Engineering Group America, LLC [Filed 1/3/18] (Docket No. 609)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

O.  Cital US, LLC's Limited Objection to Possible Assumption and Assignment of Executory Contracts  [Filed 1/3/18] (Docket No. 610)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

P.  Limited Objection to Possible Assumption and Assignment of Executory Contracts Filed by The Port of Corpus Christi Authority  [Filed 1/3/18] (Docket No. 613)

Status: This contract is being assumed by the proposed purchaser and the Limited Objection is resolved. This objection will not go forward.

Q.  Objection of Amcor Entities to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale Filed by Amcor PET Packaging de Mexico S.A. de C.V. n/k/a Amcor Rigid Plastics de Mexico, S.A. de C.V., Amcor Group GmbH  [Filed 1/3/18] (Docket No. 614)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

R.  Objection of MMR Constructors, Inc. to the Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [Filed 1/3/18] (Docket No. 615)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

S.  Objection by Accurate Welding & Inspection, LLC's to Debtors' Proposed Cure Amount [Filed 1/4/18] (Docket No. 620)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

T.  Limited Objection M&G Polimeros Brasil S.A.'s Limited Objection to Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [Filed 1/5/18] (Docket No. 627)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

U.  Limited Objection And Reservation Of Rights Of DAK Americas LLC To Debtors' Notice Of Possible Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Sale [Filed 1/10/18] (Docket No. 646)

Status: This contract party is a member of the proposed purchaser and no cure issues are anticipated.

V.  Reservation of Rights of Shell Chemicals, LP Related to Sale Transaction [Filed 3/9/18] (Docket No. 1111)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

W.  Objection to Debtor's Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale Filed by Johnson Controls Fire Protection f/k/a SimplexGrinnell LP [Filed 3/19/18] (Docket No. 1215)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

X.  Objection to Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale Filed by Fluor Enterprises, Inc. [Filed 3/19/18] (Docket No. 1217)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

Y.  Limited Objection of Cital US, LLC to Possible Assumption and Assignment of Certain Executory Contracts [Filed 3/19/18] (Docket No. 1222)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

Z.  Objection of Sinopec to the Debtors' Third Notice of Possible Assumption and Assignment of Executory Contracts Filed by Sinopec Engineering (Group) Co., Ltd., Sinopec Engineering Group America, LLC [Filed 3/19/18] (Docket No. 1224)

Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.

AA.  **Objection of Nestle Water North American Inc. to Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Filed 2/1/18] (Docket No. 871)**

**Status: This contract is not being assumed by the proposed purchaser. This objection will not go forward.**

Reply Deadline: March 22, 2018 at 5:00 p.m.

Replies:

  A. Debtors' Omnibus Reply to Objections to Motion of Debtors for Entry of an Order (A) Approving the Sale of Certain Assets of the Debtors Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases **[Filed 3/22/18] (SEALED Docket No. 1248, Redacted Docket No. 1247)**

      i. **Declaration of Dennis Stogsdill in Support of Debtors' Motion for Entry of Orders Approving (I) The Sale of Certain Assets of the Debtors and (II) The New DIP Facility [Filed 3/22/18] (SEALED Docket No. 1252, Redacted Docket No. 1251)**

      ii. **Declaration of Jonathan Brownstein In Support of Debtors' Motion for Entry of Orders Approving (I) the Sale of Certain Assets of the Debtors and (II) the New DIP Facility [Filed 3/22/18] (Docket No. 1250)**

      iii. **Debtors' Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement for the Debtors' Omnibus Reply to Objections to the Motion of Debtors for Entry of an Order (A) Approving the Sale of Certain Assets of the Debtors Free and Clear of Liens, Claims, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed 3/22/18] (Docket No. 1249)**

      iv. **Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal (I) Debtors' Debtors' Omnibus Reply to Objections to Motion of Debtors for Entry of an Order (A) Approving the Sale of Certain Assets of the Debtors free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (II) Declaration of Dennis Stogsdill in Support of the Sale and the New DIP Facility [Filed 3/23/18] (Docket No. 1253)**

  B. **Reply of CEC and Inbursa in Further Support of the Proposed Sale Transactions [Filed 3/22/18] (Docket No. 1242)**

Related Documents:

  A. [Signed] Order (I) (A) Approving Bidding Procedures For The Sale Of Certain Of The Debtors' Assets, (B) Authorizing The Debtors To Enter Into One Or More Stalking Horse Purchase Agreements And to Provide Bid

Protections Thereunder, (C) Scheduling An Auction And Approving The Form And Manner Of Notice Thereof, (D) Approving Assumption And Assignment Procedures And (E) Scheduling A Sale Hearing And Approving The Form And Manner Of Notice Thereof And (II) Granting Related Relief [Filed 12/14/17] (Docket No. 490)

B. Notice of Sale, Bid Procedures, Auction, Sale Objection, Sale Hearing and Other Deadlines Related Thereto [Filed 12/14/18] (Docket No. 493)

C. Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [Filed 12/21/17] (Docket No. 537)

D. Notice of Extended Proposal Deadline from January 16, 2018 at 5:00 p.m. (Prevailing Eastern Time) to January 30, 2018 at 5:00 p.m. (Prevailing Eastern Time) [Filed 12/28/17] (Docket No. 557)

E. Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [Filed 12/28/17] (Docket No. 565)

F. Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [Filed 1/25/18] (Docket No. 775)

G. [Signed] Order Authorizing (I) The Sale of Certain Assets of M&G USA Corporation and M&G Polymers USA, LLC Free and Clear of Encumbrances and Liens; (II) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Related Relief [Filed 2/1/18] (Docket No. 864)

H. Notice of Certain Modifications to Bidding Procedures [Filed 3/1/18] (Docket No. 1061)

I. Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale [Filed 3/12/18] (Docket No. 1142)

J. Notice of (I) Successful Bidder and Backup Bidder and (II) Proposed Assumed and Assigned Executory Contracts and Unexpired Leases in Connection with the Sale of the Debtors' Assets [Filed 3/21/2018] (Docket No. 1231)

**K. Notice of Filing of Second Amendment to DIP Loan Agreement [Filed 3/23/2018] (Docket No. TBD)**

Status: This matter will be going forward with respect to the approval of the sale for certain of the Debtors' assets not previously approved by the Court.

6. Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [Filed 3/2/18] (Docket No. 1075)

   Response Deadline: March 16, 2018 at 4:00 p.m.

   Responses Received:

   A. Objection by AC Plastiques USA, LLC to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [Filed 3/14/18] (Docket No. 1160)

   B. Objection to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve Relating to Proposed Reserve Amount for Fagioli Filed by Fagioli, Inc. [Filed 3/15/18] (Docket No. 1168)

   C. Objection of Cital US, LLC to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [Filed 3/16/18] (Docket No. 1183)

   D. Objection to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief Filed by Banco Nacional de Comercio Exterior, S.N.C., Institucion de Banca de Dessarrollo [Filed 3/16/18] (Docket No. 1184)

   E. Response and Limited Objection of CEC and Inbursa to the Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief Filed by Banco Inbursa, S.A., Control Empresarial de Capitales, S.A. De C.V., Grupo Financiero Inbursa, Institucion de Banca Multiple [Filed 3/16/18] (Docket No. 1185)

   F. Objection of Sinopec to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief Filed by Sinopec Engineering (Group) Co., Ltd., Sinopec Engineering Group America, LLC [Filed 3/16/18] (Docket No. 1190)

   G. Limited Objection and Joinder to Sinopec's Objection to Debtor's Motion for Entry of an Order Establishing a Lienholder Claim Reserve and Granting Related Relief Filed by Fluor Enterprises, Inc. [Filed 3/16/18] (Docket No. 1195)

   H. DAK Americas LLC's Limited Joinder To The Response And Limited Objection Of CEC And Inbursa To The Debtors' Motion For Entry Of An Order Establishing A Lienholder Claims Reserve And Granting Related Relief [Filed 3/16/18] (Docket No. 1197)

- I. Objection of the Construction Lienholder Group to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [Filed 3/16/18] (Docket No. 1199)

- J. Joinder in (i) the Construction Lienholder Group's Objection to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief; and (ii) Sinopec's Objection to Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief Filed by Babcock & Wilcox SPIG, Inc., Competentia US, Inc., MSI Supply, Inc., W.T. Byler Co., Inc. [Filed 3/16/18] (Docket No. 1200)

- K. Joinder and Supplemental Objection of MMR Constructors, Inc. to the Objection of the Construction Lienholder Group to the Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [Filed 3/16/18] (Docket No. 1201)

- L. Joinder and Supplemental Objection of TCI Business Capital to the Objection of the Construction Lienholder Group to the Debtors' Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [Filed 3/16/18] (Docket No. 1202)

Reply:

- A. Debtors' Omnibus Reply in Support of Their Motion for Entry of an Order Establishing a Lienholder Claims Reserve and Granting Related Relief [Filed 3/20/18] (Docket No. 1227)

Related Documents: None.

Status: This matter will be going forward.

7. Motion for Modification of the Automatic Stay to Permit a Pending Arbitration Proceeding to Continue to Determine the Validity and Amount of Filed Mechanics' Liens Filed by WFS Construction Services, LLC [Filed 12/27/17] (Docket No. 549)

Response Deadline: January 10, 2018 at 4:00 p.m.

Responses Received:

- A. Debtors' Objection to Motion of WFS Construction Services, LLC for Modification of the Automatic Stay to Permit a Pending Arbitration Proceeding to Continue to Determine the Validity and Amount of Filed Mechanics' Liens Filed by WFS Construction Services, LLC [Filed 1/10/18] (Docket No. 645)

Reply Received:

    A. Reply in Support of WFS Construction Services, LLC's Motion for Modification of the Automatic Stay [Filed 1/15/18] (Docket No. 667]

Related Documents: None.

Status: This matter will be going forward.

8. Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Non-Debtors, Banco Inbursa, S.A., Institucion de Banca Multiple, Grupo Financiero Inbursa and DAK Americas LLC [Filed 1/29/18] (Docket No. 824)

Response Deadline: February 9, 2018 at 4:00 p.m.

Responses Received:

    A. Debtors' Objection to Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and NonDebtors, Banco Inbursa, S.A., Institucion de Banca Multiple, Grupo Financiero Inbursa and DAK Americas LLC [Filed 2/9/18] (Docket No. 936)

    B. Opposition of Bancomext to Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Non-Debtors, Banco Inbursa, S.A., Institucion de Banca Multiple, Grupo Financiero Inbursa and DAK Americas LLC Filed by Banco Nacional de Comercio Exterior, S.N.C., Institucion de Banca de Dessarrollo [Filed 2/9/18] (Docket No. 938)

    C. Objection of DAK Americas LLC to Motion of the Construction Lienholder Group for Relief from the Automatic Stay [Filed 2/9/18] (Docket No. 939)

    D. Objection of Inbursa to the Motion of the Construction Lienholder Group for Relief from the Automatic Stay to Commence Certain Actions in Texas Filed by Banco Inbursa, Grupo Financiero Inbursa, SA Institucion de Banca Multiple [Filed 2/9/18] (Docket No. 941)

    E. The Official Committee of Unsecured Creditors' (I) Objection to Motion of the Construction Lienholder Group for Relief from the Automatic Stay and (II) Joinder in the Debtors' Objection [Filed 2/9/18] (Docket No. 942)

Reply:

   A. Omnibus Reply in Support of Motion of the Construction Lienholder Group for Relief from the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Non-Debtors, Banco Inbursa, S.A., Institucion de Banca Multiple, Grupo Financiero Inbursa and DAK Americas LLC Filed by Construction Lienholder Group [Filed 2/19/18] (Docket No. 995)

Related Documents:

   A. [Signed] Order Granting Motion of Construction Lienholder Group to Limit Notice Regarding Motion for Relief From the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Non-Debtors, Banco Inbursa, S.A., Institucion de Banco Multiple, Grupo Financiero Inbursa and DAK Americas LLC [Filed 2/21/18] (Docket No. 1009)

   B. [Signed] Order Adjourning the Motion of the Construction Lienholder Group for Relief From the Automatic Stay, to the Extent Necessary, to Commence Actions in Texas to Determine the Relative Priority of Construction Liens Between the Construction Lienholders and Nondebtors, Banco Inbursa, S.A., Institucion de Banca Multiple, Grupo Financiero Inbursa and DAK Americas LLC [Filed 2/27/18] (Docket No. 1047)

Status: This matter will be going forward.

9. Motion of the Official Committee of Unsecured Creditors to Recharacterize, Equitably Subordinate, and Avoid the Liens Securing the Claims of DAK Americas LLC [Filed 2/1/18] (SEALED Docket No. 874, Redacted Docket No. 955)

Response Deadline: February 19, 2018 at 4:00 p.m. Extended for DAK Americas LLC to March 7, 2018 at 4:00 p.m.

Responses Received:

   A. Opposition of DAK Americas LLC to Motion of the Official Committee of Unsecured Creditors to Recharacterize, Equitably Subordinate, and Avoid the Liens Secured by the Claim of DAK Americas LLC [Filed 3/7/18] (SEALED Docket No. 1096, Redacted Docket No. 1097)

   B. Declaration of Christopher M. López in Support of Opposition of DAK Americas LLC to Motion of the Official Committee of Unsecured Creditors to Recharacterize, Equitably Subordinate, and Avoid the Liens Secured by the Claim of DAK Americas LLC [Filed 3/7/18] (SEALED Docket No. 1098, Redacted Docket No. 1099)

Reply Deadline: March 12, 2018 at 1:00 p.m.

Replies:

    A. Official Committee of Unsecured Creditors' Reply in Further Support of the Motion to Recharacterize, Equitably Subordinate, and Avoid the Liens Securing the Claims of DAK Americas LLC [Filed 3/12/18] (SEALED Docket No. 1131, Redacted Docket No. 1138)

    B. Declaration of Alexander B. Lees in Support of Reply in Further Support of the Motion to Recharacterize, Equitably Subordinate, and Avoid the Liens Securing the Claims of DAK Americas LLC [Filed 3/12/18] (SEALED Docket No. 1132, Redacted Docket No. 1139)

Related Documents:

    A. Declaration of Alexander B. Lees in Support of Motion of the Official Committee of Unsecured Creditors to Recharacterize, Equitably Subordinate, and Avoid the Liens Securing the Claims of DAK Americas LLC [Filed 2/1/18] (SEALED Docket No. 875, Redacted Docket No. 928)

    B. [Signed] Order Approving Scheduling Stipulation Regarding the Challenge of the Official Committee of Unsecured Creditors to the Claims of DAK Americas LLC [Filed 2/28/18] (Docket No. 1058)

Status: **The stay of the Challenge Litigation, as agreed on the record in open court on March 14, shall remain in effect pending closing of the Section 363 Sale. This matter will not be going forward.**

10. Motion for Relief from Stay to Recover Rail Cars and for Related Relief. Filed by Eastman Chemical Company [Filed 3/7/18] (SEALED Docket No. 1090, Redacted Docket No. 1091)

Response Deadline: At the hearing.

Responses Received:

Related Documents:

    A. [Signed] Order Granting Eastman Chemical Company's Motion for Expedited Consideration to (A) Lift Stay Motion and (B) Seal Motion [Filed 3/13/18] (Docket No. 1149)

Status: **This matter is resolved subject to documentation, and the parties anticipate filing a stipulation resolving this matter after the hearing. This matter will not be going forward.**

11. Motion to File Under Seal the Unredacted Version of the Motion of Eastman Chemical Company for Relief from the Automatic Stay to Recover Eastman's Rail Cars and for Related Relief [Filed 3/7/18] (Docket No. 1092)

   Response Deadline: At the hearing.

   Responses Received:

   Related Documents:

   A. [Signed] Order Granting Eastman Chemical Company's Motion for Expedited Consideration to (A) Lift Stay Motion and (B) Seal Motion [Filed 3/13/18] (Docket No. 1149)

   Status: This matter will be going forward.

12. DAK Americas LLC's Motion in Limine to Exclude the Committee's (1) Proffered Custom and Practice Expert; (2) Proffered Solvency Expert; (3) Untimely Hearsay Declaration, and (4) Untimely Purported New Theory of Relief [Filed 3/13/18] (SEALED Docket No. 1144, Redacted Docket No. 1145)

   Response Deadline: March 14, 2018 at 4:00 p.m.

   Responses Received:

   A. Objection of the Official Committee of Unsecured Creditors to DAK Americas LLC's Motion in Limine to Exclude Committee's (1) Proffered Custom and Practice Expert; (2) Proffered Solvency Expert; (3) Untimely Hearsay Declaration; and (4) Untimely Purported New Theory of Relief [Filed 3/13/28] (SEALED Docket No. 1153, Redacted Docket No. 1154)

   Related Documents:

   A. DAK Americas LLC's Motion For Entry of an Order Under 11 U.S.C. Sections 102(1) and 105, Fed. Bankr. P. 9006 and D. Del. Local R. Bankr. P. 9006-1(e) Shortening Notice Relating to DAK Americas LLC's Motion in Limine to Exclude the Committee's (1) Proffered Custom and Practice Expert; (2) Proffered Solvency Expert; (3) Untimely Hearsay Declaration, and (4) Untimely Purported New Theory of Relief [Filed 3/13/18] (Docket No. 1148)

   Status: **The stay of the Challenge Litigation, as agreed on the record in open court on March 14, shall remain in effect pending closing of the Section 363 Sale. This matter will not be going forward.**

**ADDITIONAL MATTER REQUESTED TO GO FORWARD:**

13. **Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364; (II) Granting Liens and Superpriority Administrative Expense Claims to the Sale DIP Lenders Pursuant to 11 U.S.C. §§ 364 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and Local Rule 4001-2; and (IV) Granting Related Relief [Filed 3/22/18] (Docket No. 1244)**

    **Requested Response Deadline: At the hearing.**

    **Responses Received: None to date.**

    **Related Documents:**

    A. **Declaration of Dennis Stogsdill in Support of Debtors' Motion for Entry of Orders Approving (I) The Sale of Certain Assets of the Debtors and (II) The New DIP Facility [Filed 3/22/18] (SEALED Docket No. 1252, Redacted Docket No. 1251)**

        i. **Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal (I) Debtors' Debtors' Omnibus Reply to Objections to Motion of Debtors for Entry of an Order (A) Approving the Sale of Certain Assets of the Debtors free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (II) Declaration of Dennis Stogsdill in Support of the Sale and the New DIP Facility [Filed 3/22/18] (Docket No. 1253)**

    B. **Declaration of Jonathan Brownstein In Support of Debtors' Motion for Entry of Orders Approving (I) the Sale of Certain Assets of the Debtors and (II) the New DIP Facility [Filed 3/22/18] (Docket No. 1250)**

    C. **Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364; (II) Granting Liens and Superpriority Administrative Expense Claims to the Sale DIP Lenders Pursuant to 11 U.S.C. §§ 364 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and Local Rule 4001-2; and (IV) Granting Related Relief [Filed 3/22/18] (Docket No. 1245)**

    **Status: This motion will go forward for entry of an interim order.**

| | |
|---|---|
| Dated: March 23, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Joseph M. Mulvihill*<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com<br><br>and<br><br>JONES DAY<br>Scott J. Greenberg<br>Stacey L. Corr-Irvine<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: sgreenberg@jonesday.com<br>scorrirvine@jonesday.com<br><br>and<br><br>Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-7035<br>Facsimile: (216) 579-0212<br>Email: ceblack@jonesday.com<br><br>Co-Counsel for the Debtors and Debtors in Possession |