# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

**Obj. Deadline: April 16, 2018 at 4:00 p.m. (ET)**
**Hearing Date: April 25, 2018 at 11:00 a.m. (ET)**

## FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL AND CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM OCTOBER 30, 2017 THROUGH JANUARY 31, 2018

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | *Nunc Pro Tunc* to October 30, 2017 by order signed November 30, 2017 |
| Period for which Compensation and Reimbursement is Sought: | October 30, 2017 through January 31, 2018[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $589,550.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 56,249.22 |
| Rates are Higher than those Approved or Disclosed at Retention? Yes__ No__ If yes, Total Compensation Sought Using Rates Disclosed in Retention Application : | Rates are subject to annual economic adjustment in accordance with the Firm's practice |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

| | |
|---|---|
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $0.00 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $0.00 |
| Number of Professionals Included in this Application: | 14 |
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | 0 |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought for this Period: | ($77,450.00) |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 8 |

This is a:       monthly       x  interim       final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $1,000.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/05/18 | 10/30/17 – 11/30/17 | $243,369.00 | $29,125.63 | Pending | Pending |
| 03/06/18 | 12/01/17 – 12/31/17 | $183,773.00 | $17,938.11 | Pending | Pending |
| 03/26/18 | 01/01/18 – 01/31/18 | $162,408.00 | $ 9,185.48 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,145.00<br>$1,095.00 | 26.60<br>129.00 | $ 30,457.00<br>$141,255.00 |
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $ 975.00 | 4.40 | $ 4,290.00 |
| Henry C. Kevane | Partner 1997; Member of CA Bar since 1986 | $ 950.00 | 4.80 | $ 4,560.00 |
| Maxim B. Litvak | Partner 2004; Member of TX Bar since 1997; Member of CA Bar since 2001 | $ 875.00 | 9.10 | $ 7,962.50 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $ 850.00<br>$ 825.00 | 75.60<br>197.40 | $ 64,260.00<br>$162,855.00 |
| Peter J. Keane | Associate 2010; Member of PA Bar since 2008; Member of DE and NH Bars since 2010 | $ 595.00 | 0.60 | $ 357.00 |
| Joseph M. Mulvihill | Associate 2015; Member of DE Bar since 2014; Member of PA Bar since 2015 | $ 495.00<br>$ 450.00 | 83.80<br>200.40 | $ 41,481.00<br>$ 90,180.00 |
| Leslie F. Forrester | Law Library Director | $ 375.00 | 1.00 | $ 375.00 |
| Elizabeth C. Thomas | Paralegal 2016 | $ 375.00<br>$ 350.00 | 20.70<br>40.20 | $ 7,762.50<br>$ 14,070.00 |
| Karina K. Yee | Paralegal 2000 | $ 350.00 | 0.20 | $ 70.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $ 295.00<br>$ 275.00 | 0.70<br>3.90 | $ 206.50<br>$ 1,072.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Charles J. Bouzoukis | Case Management Assistant 2001 | $ 295.00 | 13.60 | $ 4,012.00 |
| | | $ 275.00 | 31.90 | $ 8,772.50 |
| Karen S. Neil | Case Management Assistant 2003 | $ 295.00 | 6.70 | $ 1,976.50 |
| | | $ 275.00 | 12.10 | $ 3,327.50 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 275.00 | 0.90 | $ 247.50 |

**Grand Total:** $589,550.00
**Total Hours:** 863.60
**Blended Rate:** $ 682.67

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 91.50 | $ 68,390.50 |
| Bankruptcy Litigation | 446.90 | $293,802.00 |
| Case Administration | 30.20 | $ 9,491.00 |
| Claims Admin/Objections | 14.90 | $ 11,109.00 |
| Compensation of Professional | 0.90 | $ 395.00 |
| Compensation of Prof/Others | 22.60 | $ 15,537.00 |
| Employee Benefit/Pension | 16.60 | $ 12,286.00 |
| Executory Contracts | 30.90 | $ 19,206.00 |
| Financial Filings | 61.30 | $ 45,510.00 |
| Financing | 54.90 | $ 42,815.50 |
| General Creditors Committee | 1.10 | $ 570.00 |
| Insurance Coverage | 0.70 | $ 414.00 |
| Meeting of Creditors | 25.80 | $ 23,029.00 |
| Operations | 5.10 | $ 2,717.50 |
| Plan & Disclosure Statement | 2.80 | $ 1,386.00 |
| Retention of Professional | 6.50 | $ 5,058.50 |
| Retention of Prof./Others | 42.70 | $ 32,364.50 |
| Stay Litigation | 7.30 | $ 4,963.50 |
| Tax Issues | 0.90 | $ 505.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[3] (if applicable) | Total Expenses |
|---|---|---|
| Auto Travel Expense | Eagle Transportation; DND Transportation | $ 476.85 |
| Business Meal | Scotts | $ 4.00 |
| Conference Call | AT&T Conference Call; CourtCall | $ 2,374.40 |
| Delivery/Courier Service | Advita | $ 3,371.06 |
| Express Mail | Federal Express | $ 90.43 |
| Filing Fee | USDC; USBC | $19,548.00 |
| Hotel Expense | Doubletree Hotel (conference room rental); Hotel DuPont | $ 2,060.10 |
| Legal Research | Lexis/Nexis | $ 20.84 |
| Court Research | Pacer | $ 1,018.60 |
| Reproduction Expense | | $ 6,078.60 |
| Reproduction/ Scan Copy | | $17,900.10 |
| Overtime | A. Bader; I. Soto; N. Stanford | $ 406.24 |
| Transcript | Reliable Companies | $ 2,900.00 |

---

[3] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

Obj. Deadline: **April 16, 2018 at 4:00 p.m. (ET)**
Hearing Date: **April 25, 2018 at 11:00 a.m. (ET)**

# FIRST QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL AND CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM OCTOBER 30, 2017 THROUGH JANUARY 31, 2018

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules"), and the Court's "Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals," signed on or about November 30, 2017 (the

"Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), co-

counsel and conflicts counsel for the debtors and debtors in possession ("Debtors"), hereby

submits its First Quarterly Application for Compensation and for Reimbursement of Expenses

for the Period from October 30, 2017 through January 31, 2018 (the "Application").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

By this Application PSZ&J seeks an interim allowance of compensation in the amount of $589,550.00 and actual and necessary expenses in the amount of $56,249.22 for a total allowance of $645,799.22 and payment of the unpaid amount of such fees and expenses for the period October 30, 2017 through January 31, 2018 (the "Interim Period"). In support of this Application, PSZ&J respectfully represents as follows:

## Background

1.      On October 24, 2017, Debtor M&G Polymers USA, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and, thereafter, on October 30, 2017, each of the other Debtors commenced chapter 11 cases before this Court. The Debtors continue in possession of their property and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about November 30, 2017, the Court signed the Administrative Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

Beginning with the period ending on January 31, 2018, at three-month intervals, each of the Professionals will file and serve an interim fee application for compensation and reimbursement of expenses sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.    Attorneys retained pursuant to sections 327 or 1103 of the Bankruptcy Code comply with certain requirements of the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases (the "Revised UST Guidelines"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached hereto as exhibits and filled out with data to the extent relevant to these cases: Exhibit "A", Customary and Comparable Compensation Disclosures with Fee Applications; Exhibit "B", Summary of Timekeepers Included in this Fee Application, Exhibit "C-1", Budget; Exhibit "C-2", Staffing Plan; Exhibit "D-1", Summary of Compensation Requested by Project Category; Exhibit "D-2", Summary of Expense Reimbursement Requested by Category; and Exhibit "E", Summary Cover Sheet of Fee Application.

5.    The retention of PSZ&J, as co-counsel and conflicts counsel for the Debtors, was approved effective as of October 30, 2017 by this Court's "Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession *Nunc*

*Pro Tunc* to the Petition Date," signed on or about November 30, 2017 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

6.      The monthly fee applications (the "Monthly Fee Applications") for the periods October 30, 2017 through January 31, 2018 of PSZ&J have been filed and served pursuant to the Administrative Order.

7.      On March 5, 2018, PSZ&J filed its First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, for the Period from October 30, 2017 through November 30, 2017 (the "First Monthly Fee Application") requesting $243,369.00 in fees and $29,125.63 in expenses.  The First Monthly Fee Application is pending. A true and correct copy of the First Monthly Fee Application is attached hereto as <u>Exhibit F</u>.

8.      On March 6, 2018, PSZ&J filed its Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, for the Period from December 1, 2017 through December 31, 2017 (the "Second Monthly Fee Application") requesting $183,773.00 in fees and $17,938.11 in expenses.  The Second Monthly Fee Application is pending.  A true and correct copy of the Second Monthly Fee Application is attached hereto as <u>Exhibit G</u>.

9. On March 26, 2018, PSZ&J filed its Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2018 through January 31, 2018 (the "Third Monthly Fee Application") requesting $162,408.00 in fees and $9,185.48 in expenses. The Third Monthly Fee Application is pending. A true and correct copy of the Third Monthly Fee Application is attached hereto as <u>Exhibit H</u>.

10. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the periods covered by such applications as well as other detailed information required to be included in fee applications.

## **Requested Relief**

11. By this Application, PSZ&J requests that the Court approve payment of one-hundred percent (100%) of the fees and expenses incurred by PSZ&J during the Interim Period of October 30, 2017 through January 31, 2018.

12. At all relevant times, PSZ&J has not represented, and does not represent, any party having an interest adverse to the case.

13. All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors.

14. PSZ&J has received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or

understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in this case. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $200,000, in connection with the preparation of initial documents and its prepetition representation of the Debtors. Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the prepetition payments to PSZ&J was credited to the Debtors and utilized as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court in accordance with the Bankruptcy Code.

15. The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtors in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Debtors and their estates, the Committee, creditors and other parties in interest.

16. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

**Statement from PSZ&J**

17.     Pursuant to the Appendix B Guidelines for Reviewing Application for

Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in

Larger Chapter 11 Cases, PSZ&J responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|----------|-----|-----|------------------------------------------|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application higher by 10% or more, did you discuss the reasons for the variation with the client? | | | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |

| | | | |
|---|---|---|---|
| If the fee application includes any rate increases since retention in these Cases:<br>  i.    Did your client review and approve those rate increases in advance?<br>  ii.   Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | | i. Yes<br>ii. Yes | N/A |

WHEREFORE, PSZ&J respectfully requests that the Court enter an order, in the form attached hereto, providing that an interim allowance be made to PSZ&J for the period from October 30, 2017 through January 31, 2018 in the sum of $589,550.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $56,249.22 for a total of $645,799.22; that the Debtors be authorized and directed to pay to PSZ&J the outstanding amount of such sums; and for such other and further relief as may be just and proper.

Dated: March 26, 2018          PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel and Conflicts Counsel for the
Debtors and Debtors in Possession

# VERIFICATION

STATE OF DELAWARE       :
                        :
COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b)      I am familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZ&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about November 30, 2017, and submit that the Application substantially complies with such Rule and Order.

_____
Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 26 day of March , 2018.

_____
Notary Public
My Commission Expires:

CHERYL A. KNOTTS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 5, 2018