# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## NOTICE OF FILING OF
## (I) SECOND AMENDMENT TO DIP LOAN AGREEMENT;
## (II) REVISED NEW DIP DOCUMENTS AND (III) REVISED SALE DOCUMENTS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. The above-captioned debtors and debtors in possession (the "<u>Debtors</u>") hereby file the documents referenced below in connection with the sale of the Corpus Christi Plant and related assets:

| | |
|---|---|
| **Exhibit A** | Second Inbursa DIP Amendment |
| **Exhibit B-1** | Revised New Interim DIP Order |
| **Exhibit B-2** | Blackline of Revised New Interim DIP Order against New Interim DIP Order |
| **Exhibit C-1** | Revised DIP Term Sheet |
| **Exhibit C-2** | Blackline of Revised DIP Term Sheet against DIP Term Sheet |
| **Exhibit D-1** | Revised Subordination Agreement Term Sheet |
| **Exhibit D-2** | Blackline of Revised Subordination Agreement Term Sheet against Subordination Agreement Term Sheet |
| **Exhibit E** | New DIP Budget |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

| | |
|---|---|
| **Exhibit F-1** | Revised Successful Bidder APA |
| **Exhibit F-2** | Blackline of Revised Successful Bidder APA against Successful Bidder APA |
| **Exhibit G-1** | Revised Successful Bidder Sale Order |
| **Exhibit G-2** | Blackline of Revised Successful Bidder Sale Order against Successful Bidder Sale Order |
| **Exhibit H-1** | Revised Backup Bidder APA |
| **Exhibit H-2** | Blackline of Revised Backup Bidder APA against Backup Bidder APA |
| **Exhibit I-1** | Revised Backup Bidder Sale Order |
| **Exhibit I-2** | Blackline of Revised Backup Bidder Sale Order against Backup Bidder Sale Order |

**Second Inbursa DIP Amendment**

2. On November 1, 2017, the Court entered the *Interim Order Granting Debtors' Motion to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C.§§ 104, 362, 363 and 364;(2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C.§§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; (5) Schedule Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (6) Grant Related Relief* [Docket No. 62] (the "Interim DIP Order").

3. On December 13, 2017, the Court entered *Final Order Granting Debtors' Motion to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C.§§ 104, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C.§§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; and (5) Grant Related*

*Relief* [Docket No. 479] (the "Final DIP Order") approving, among other things, the Debtors' entry into that certain Super-Priority Senior Secured Debtor-in-Possession Term Loan Agreement, dated as of December 20, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified prior to the date hereof, the "Credit Agreement").

4. Attached hereto as **Exhibit A** is that certain Second Amendment to the Credit Agreement (the "Second Inbursa DIP Amendment")[2] whereby the Obligors, the Initial Lender and the Administrative Agent and the Collateral Agent have agreed to amend the Credit Agreement as set forth therein.

### New DIP Documents

5. On March 23, 2018, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Certain Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364; (II) Granting Liens and Superpriority Administrative Expense Claims to the Sale DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and Local Rule 4001-2; and (IV) Granting Related Relief* [Docket No. 1244] (the "New DIP Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

6. Attached as Exhibit A to the New DIP Motion is the New Interim DIP Order. Attached as Exhibit 1 to the New Interim DIP Order is the DIP Term Sheet. Attached as Exhibit B to the DIP Term Sheet is the Subordination Agreement Term Sheet. The New DIP Motion also contemplated the subsequent filing of a budget (the "New DIP Budget").

---

[2] Capitalized terms used herein and not otherwise defined have the meanings given to them in the New DIP Motion or the Second Inbursa DIP Amendment, as applicable.

7. Attached hereto as **Exhibit B-1** is a <u>revised</u> version of the New Interim DIP Order (the "<u>Revised New Interim DIP Order</u>"). Attached hereto as **Exhibit B-2** is a redline of the Revised New Interim DIP Order against the New Interim DIP Order.

8. Attached hereto as **Exhibit C-1** is a <u>revised</u> version of the DIP Term Sheet (the "<u>Revised DIP Term Sheet</u>"). Attached hereto as **Exhibit C-2** is a redline of the Revised DIP Term Sheet against the DIP Term Sheet.

9. Attached hereto as **Exhibit D-1** is a <u>revised</u> version of the Subordination Agreement Term Sheet (the "<u>Revised Subordination Agreement Term Sheet</u>"). Attached hereto as **Exhibit D-2** is a redline of the Revised Subordination Agreement Term Sheet against the Subordination Agreement Term Sheet.

10. Attached hereto as **Exhibit E** is the New DIP Budget referenced as <u>Exhibit 2</u> in the New DIP Motion.

### Revised Sale Documents

11. On March 21, 2018, the Debtors filed the *Notice of (I) Successful Bidder and Backup Bidder and (II) Proposed Assumed and Assigned Executory Contracts and Unexpired Leases in Connection with the Sale of the Debtors' Assets* [Docket No. 1231] (the "<u>Auction Results Notice</u>") with Bankruptcy Court.

12. Attached to the Auction Results Notice as <u>Schedule 1</u>, <u>Exhibit A</u> is the purchase agreement by and between the applicable Debtors and the Successful Bidder (the "<u>Successful Bidder APA</u>").

13. Attached to the Auction Results Notice as <u>Schedule 1</u>, <u>Exhibit B</u> is the proposed sale order approving the Successful Bidder APA (the "<u>Successful Bidder Sale Order</u>").

14. Attached to the Auction Results Notice as Schedule 1, Exhibit C is the purchase agreement by and between the applicable Debtors and the Backup Bidder (the "Backup Bidder APA").

15. Attached to the Auction Results Notice as Schedule 1, Exhibit D is the proposed sale order approving the Backup Bidder APA (the "Backup Bidder Sale Order").

16. Attached hereto as **Exhibit F-1** is a revised version of the Successful Bidder APA (the "Revised Successful Bidder APA"). Attached hereto as **Exhibit F-2** is a redline of the Revised Successful Bidder APA against the Successful Bidder APA.

17. Attached hereto as **Exhibit G-1** is a revised version of the Successful Bidder Sale Order (the "Revised Successful Bidder Sale Order"). Attached hereto as **Exhibit G-2** is a redline of the Revised Successful Bidder Sale Order against the Successful Bidder Sale Order.

18. Attached hereto as **Exhibit H-1** is a revised version of Backup Bidder APA (the "Revised Backup Bidder APA"). Attached hereto as **Exhibit H-2** is a redline of the Revised Backup Bidder APA against the Backup Bidder APA. The revisions to the Backup Bidder APA reflect an agreement with respect to holders of mechanic's liens and the related mechanic's lien claim escrow, a revision to the Macquarie Payment Amount and the inclusion of the Mechanic Lien Escrow Procedure and Terms as Exhibit F to the Revised Backup Bidder APA.

19. Attached hereto as **Exhibit I-1** is a revised version of the Backup Bidder Sale Order (the "Revised Backup Bidder Sale Order"). Attached hereto as **Exhibit I-2** is a redline of the Revised Backup Bidder Sale Order against the Backup Bidder Sale Order.

20. Copies of the Interim DIP Order, the Final DIP Order, the New DIP Motion and the Auction Results Notice may be obtained free of charge at the website dedicated to the Debtors' chapter 11 cases maintained by their claims and noticing agent and administrative

advisor, Prime Clerk LLC (http://cases.primeclerk.com/mgusa).  Copies of these documents are also available for inspection during regular business hours at the Office of the Clerk of the Court, located at 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: March 27, 2018 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ James E. O'Neill*_____<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com<br><br>and<br><br>**JONES DAY**<br>Scott J. Greenberg<br>Michael J. Cohen<br>Stacey L. Corr-Irvine<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: sgreenberg@jonesday.com<br>mcohen@jonesday.com<br>scorrirvine@jonesday.com<br><br>and<br><br>Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-7035<br>Facsimile: (216) 579-0212<br>Email: ceblack@jonesday.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |