**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| M & G USA Corporation, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related to Docket Nos. 1026 and 1127** |
| | : | |

**NOTICE OF FILING SUPPLEMENT TO SECOND AND THIRD MONTHLY FEE STATEMENT OF GATTAI, MINOLI, AGOSTINELLI, PARTNERS FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

PLEASE TAKE NOTICE that, on February 23, 2018, the Second Monthly Fee Statement of Gattai, Minoli, Agostinelli, Partners for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to the Official Committee of Unsecured Creditors From December 1, 2017 Through and Including December 31, 2017 (the "Second Monthly Application") [Docket No. 1026] was filed with the Court.

PLEASE TAKE FURTHER NOTICE that, on March 9, 2018, the Third Monthly Fee Statement of Gattai, Minoli, Agostinelli, Partners for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to the Official Committee of Unsecured Creditors From January 1, 2018 Through and

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Including January 31, 2018 (the "Third Monthly Application") [Docket No. 1127] was filed with the Court.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is expense detail in support of the Second Monthly Application and attached hereto as Exhibit B is expense detail in support of the Third Monthly Application.

Dated: March 27, 2018

**COLE SCHOTZ P.C.**

 /s/ J. Kate Stickles
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty St.
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*