# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1086** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SECOND MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL AND CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017**

The undersigned counsel for the above captioned debtors (the "Debtors") hereby certifies that:

1. On March 6, 2018, Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel and conflicts counsel to the Debtors, filed and served the *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel and Conflicts Counsel for the Debtors and Debtors in Possession, for the Period From December 1, 2017 through December 31, 2017* (Docket No. 1086) (the "Application") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than March 27, 2018, at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. The undersigned further certifies that a review of the Court's docket in these cases shows no answer, objection, or other responsive pleading to the Application.

In accordance with the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308), the Debtors are authorized to pay PSZJ $147,018.40, which represents 80% of the fees ($183,773.00), and $17,938.11, which represents 100% of the expenses requested in the Application for the period December 1, 2017 through December 31, 2017, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: March 30, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:     (216) 586-7035
Facsimile:      (216) 579-0212
Email:            ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession