**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| | : Case No. 17-12307 (BLS) |
| M & G USA Corporation, *et al.*,[1] | : |
| | : Jointly Administered |
| Debtors. | : |
| | : **Related to Docket No. 1125** |
| | : |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD**
**MONTHLY FEE APPLICATION OF COLE SCHOTZ P.C., DELAWARE CO-**
**COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**JANUARY 1, 2018 THROUGH JANUARY 31, 2018**

The undersigned, Delaware co-counsel and conflicts counsel to the Official Committee of

Unsecured Creditors in the above captioned cases (the "Committee"), hereby certifies as follows:

1.      On March 9, 2018, the Third Monthly Fee Application of Cole Schotz P.C.,

Delaware Co-Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors,

for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1,

2018 through January 31, 2018  (the "Application") (Docket No. 1125) was filed with the Court.

2.       Objections, if any, to the Application were required to have been filed with the

Court and served no later than 4:00 p.m. on Mach 30, 2018 (the "Objection Deadline").

3.      The Objection Deadline has passed and no objections appear on the docket or

were served upon the undersigned counsel.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC  (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

4.      In accordance with the Court's December 1, 2018 Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 308], the Debtors are authorized to pay Cole Schotz P.C. 80% of the fees, $86,559.60 (80% of $108,199.50), and 100% of the expenses, $915.87, as requested in the Application.

Dated: April 3, 2018

**COLE SCHOTZ P.C.**

*/s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

*Counsel for the Official Committee of Unsecured Creditors*

57321/0001-15466750v3