# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: April 24, 2018 at 5:00 p.m. (ET) |

## SUMMARY OF FOURTH MONTHLY APPLICATION
## OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A FOR ALLOWANCE OF
## COMPENSATION FOR SERVICES RENDERED AND FOR
## REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT
## BANKERS TO THE DEBTORS
## FOR THE PERIOD FROM FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018

| | |
|---|---|
| Name of Applicant: | Rothschild Inc. and Rothschild S.p.A (collectively "Rothschild") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Period for which compensation and reimbursement are sought: | February 1, 2018 through February 28, 2018 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $160,000.00 (80% of $200,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $8,393.08[2] |

---

[1]     The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2]     The expenses included in this Monthly Fee Statement are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period.  Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Monthly Fee Statement in subsequent monthly fee statements. Rothschild seeks $279.00 for expense reimbursement that was incurred on October 31, 2017, $1,430.29 for expense reimbursement that was incurred in the period from December 1, 2017 through and including December 31, 2017, and $5,248.82 for expense reimbursement that was incurred in the period from January 1, 2018 through and including January 31,

Date of Order Approving Retention:     December 1, 2017, *nunc pro tunc* to October 31, 2017

This is a(n):  _X_ monthly     ___interim     ___final application

The total time expended for fee application preparation is approximately 8 hours, with no corresponding compensation requested as Rothschild is compensated on a monthly, rather than an hourly, basis.

Prior Applications Filed:

| Date / Docket | Month Covered | Fees[3] | Expenses |
|---|---|---|---|
| January 11, 2018 [Docket No. 660] Amended Monthly Fee Application[4] | October 31, 2017 – November 30, 2017 | $565,161.29 | $74,367.77 |
| February 26, 2018 [Docket No. 1042] Monthly Fee Application | December 1, 2017 – December 31, 2017 | $160,000.00 | $5,935.44[5] |
| March 12, 2018 [Docket No. 1143] Monthly Fee Application | January 1, 2018 – January 31, 2018 | $160,000.00 | $7,349.33[6] |
| March 15, 2018 [Docket No. 1181] Interim Fee Application | October 31, 2017 – January 31, 2018 | $1,106,451.61 | $87,652.54 |

---

2018 but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Monthly Fee Applications.

[3]  Fees shown represent the amount sought at the time of filing the corresponding application. For Monthly Fee Applications this was 80% of Rothschild's total fees for services rendered during the applicable period while for the Interim Fee Application this was 100% of Rothschild's total fees for services rendered during October 31, 2017 – January 31, 2018.

[4]  Amended the monthly application filed previously on January 3, 2018 at Docket No. 617.

[5]  Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and sought approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application.

[6]  Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild has reduced its expenses by $1,258.86 in connection with the Third Monthly Fee Application, and sought approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

NAI-1503198411v3

# SUMMARY OF HOURS AND FEES BY PROFESSIONAL

## FEBRUARY 1, 2018 – FEBRUARY 28, 2018

| | Neil Augustine | Jonathan Brownstein | Matt Guill | Jonathan Freed | Rasheeq Haq | Victor Zhao | Antonio Cipparrone | Federico Brambilla | Total |
|---|---|---|---|---|---|---|---|---|---|
| Board calls / meetings | 8.0 | 20.0 | 30.0 | 24.5 | 39.5 | 18.0 | 7.0 | 9.0 | **156.0** |
| Case administration | 2.0 | 0.5 | 1.0 | – | – | – | – | – | **3.5** |
| Court hearings / filings | 3.0 | – | – | – | – | – | – | – | **3.0** |
| Creditor calls / meetings | 2.5 | 3.0 | – | – | – | – | – | – | **5.5** |
| DIP financing | – | – | – | – | – | – | – | – | **-** |
| Due diligence | – | – | 14.0 | – | 3.5 | 20.0 | – | – | **37.5** |
| Financial analysis | 1.0 | 1.0 | – | 43.5 | 26.5 | 16.0 | – | – | **88.0** |
| General presentations | – | – | – | – | – | 2.0 | – | – | **2.0** |
| Internal meetings | 2.0 | – | – | – | 1.5 | – | – | – | **3.5** |
| M&A related items | 29.0 | 29.0 | 63.5 | 58.0 | 77.0 | 113.5 | – | – | **370.0** |
| Exit financing | – | – | – | – | – | – | – | – | **-** |
| Management and Co. advisor calls / meetings | 6.0 | 1.5 | 6.5 | 2.5 | 2.5 | – | – | – | **19.0** |
| Travel time | – | 15.0 | – | – | – | – | – | – | **15.0** |
| Fee statements / monthly invoices | 1.5 | 2.0 | – | 8.0 | 16.5 | – | – | – | **28.0** |
| **Total** | **55.0** | **72.0** | **115.0** | **136.5** | **167.0** | **169.5** | **7.0** | **9.0** | **731.0** |

NAI-1503198411v3

## SUMMARY OF OUT-OF-POCKET EXPENSES[7]

| | |
|---|---:|
| Travel | $540.00 |
| Taxis/Tolls/Parking | 308.77 |
| Hotel | 253.10 |
| Legal Fees | 6,262.29 |
| Miscellaneous | – |
| Meals | 746.47 |
| Presentation | – |
| Copies | – |
| Research/Database | 100.00 |
| Telephone/Communications | 165.72 |
| Courier Services | 16.73 |
| **Total** | **$8,393.08** |

---

[7] The expenses included in this Monthly Fee Statement are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Monthly Fee Statement in subsequent monthly fee statements. Rothschild seeks $279.00 for expense reimbursement that was incurred on October 31, 2017, $1,430.29 for expense reimbursement that was incurred in the period from December 1, 2017 through and including December 31, 2017, and $5,248.82 for expense reimbursement that was incurred in the period from January 1, 2018 through and including January 31, 2018 but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Monthly Fee Applications.

NAI-1503198411v3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 24, 2018 at 5:00 p.m. (ET)** |

### FOURTH MONTHLY APPLICATION
### OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A FOR ALLOWANCE OF
### COMPENSATION FOR SERVICES RENDERED AND FOR
### REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT
### BANKERS TO THE DEBTORS
### FOR THE PERIOD FROM FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018

Rothschild Inc. and Rothschild S.p.A (collectively "Rothschild"), financial advisors and investment bankers to the above-captioned debtors (collectively, the "Debtors"), make their fourth monthly fee statement (this "Monthly Fee Statement") for allowance of compensation of $160,000.00 (80% of $200,000.00), which includes 80% of the Monthly Fee of $200,000.00 for the period from February 1, 2018 – February 28, 2018, and 100% of the reimbursement of expenses of $8,393.08[2] for the period from February 1, 2018 through February

---

[1]     The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2]     The expenses included in this Monthly Fee Statement are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Monthly Fee Statement in subsequent monthly fee statements. Rothschild seeks $279.00 for expense reimbursement that was incurred on October 31, 2017, $1,430.29 for expense reimbursement that was incurred in the period from December 1, 2017 through and including December 31, 2017, and $5,248.82 for expense reimbursement that was incurred in the period from January 1, 2018 through and including January 31,

28, 2018 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308) (the "Interim Compensation Order").

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      On October 24, 2017 (the "Polymers Petition Date"), Debtor M&G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and, thereafter, on October 30, 2017 (the "Petition Date"), each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M&G Polymers, the "Cases").  The Debtors are continuing in possession of their properties and are managing their businesses, as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      An Official Committee of Unsecured Creditors (the "Committee") was appointed in these Cases on November 13, 2017 (Docket No. 146).  Additional information regarding the Debtors and these Cases, including the Debtors' businesses, corporate structure and financial condition, is set forth in the Declaration of Dennis Stogsdill in Support of First Day Pleadings (Docket No. 3) (the "First Day Declaration"), filed on October 31, 2017 and incorporated herein by reference.

---

2018 but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Monthly Fee Applications.

**Rothschild's Retention**

4.        On November 16, 2017, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A as Financial Advisors and Investment Bankers to the Debtors effective <u>Nunc</u> <u>Pro</u> <u>Tunc</u> to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waving Certain Time - Keeping Requirements and (IV) Granting Related Relief* (Docket No. 184) (the "<u>Retention Application</u>"), by which the Debtors sought to retain and employ Rothschild as their financial advisors and investment bankers in these Cases.  On December 1, 2017, this Court entered the *Order Approving Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A as Financial Advisors and Investment Bankers to the Debtors <u>Nunc Pro Tunc</u> to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving certain Time-Keeping requirements and (IV) Granting Related Relief* (Docket No. 307) (the "Retention Order"), authorizing the retention of Rothschild as Debtors' financial advisors and investment bankers.

**The Interim Compensation Order**

5.        On November 10, 2017, the Debtors filed the *Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 141) (the "<u>Interim Compensation Procedures Motion</u>"), which sought to establish procedures for the compensation and reimbursement of professionals whose retentions are approved by the Court pursuant to sections 327 or 1103 of the Bankruptcy Code on a monthly basis and on terms comparable to the procedures established in other large chapter 11 cases.  On December 1, 2017, this Court entered the Interim Compensation Order (Docket No. 308), which approved the relief sought in the Interim Compensation Procedures Motion and authorized the implementation of the interim compensation procedures contemplated therein.

NAI-1503198411v3

6.      Specifically, the Interim Compensation Order provides that "[e]ach Professional seeking monthly compensation must prepare monthly fee applications (each, a "Monthly Fee Application") in accordance with Local Rules 2016-2(c)(i) and (ii), which shall include (i) the information required by Local Forms 101 and 102 and (ii) a monthly invoice that contains the fee and expense detail that describes the fees and expenses incurred by such Professional."  Interim Compensation Order, ¶ 2(a).  The Interim Compensation Order further provides that Monthly Fee Applications shall be filed no sooner than the 5th day following the month for which fees are sought (*id.* at ¶ 2(b)).

## ROTHSCHILD'S APPLICATION FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Sources

7.      Rothschild has received no payment for services rendered in any capacity in connection with the matters covered in this Monthly Fee Statement, nor has it received any promises for payment for matters covered by this Monthly Fee Statement, from any source other than from the Debtors.  Except as set forth in this paragraph and in the Antinelli Declaration (as defined below), there is no agreement or understanding between Rothschild and any other person for the sharing of compensation to be received for the services rendered during the Compensation Period.  As previously disclosed in the *Declaration of Stephen Antinelli in Support of the Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A. as Financial Advisors and Investment Bankers to the Debtors Effective* Nunc Pro Tunc *to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements and (IV) Granting Related Relief* (Docket No. 845) (the "Antinelli Declaration"), Neil Augustine ("Augustine") departed from Rothschild on March 15, 2018.  As set forth in the Antinelli Declaration, of the

fees payable by the Debtors to Rothschild under the Retention Order, it is currently estimated that Rothschild Inc. will be allocated 80% (the "Rothschild Inc. Share") and Rothschild S.p.A. will be allocated 20%. Rothschild Inc. and Augustine have agreed that Augustine shall be entitled to 30% of the Rothschild Inc. Share (net of unreimbursed expenses, if any) earned after January 1, 2018 and paid by the Debtors pursuant to the Retention Order.

8.　　　　As of the Petition Date, Rothschild held $25,000 as the balance of its prepetition expense reserve. Rothschild is continuing to settle its accounts with respect to such expenses and will apply this reserve against such expenses once complete, with any excess to be credited against fees and expenses payable to Rothschild after the Petition Date. Rothschild will not apply any portion of the expense reserve to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by further order of this Court.

### Itemization of Services
### Rendered and Disbursements Incurred

9.　　　　Attached hereto as Exhibit A are the time records of Rothschild, which provide a daily summary of the time spent by each Rothschild professional during the Compensation Period by project category. Rothschild does not bill its clients based on the number of hours expended by its professionals. It bills clients on a retainer basis (generally monthly), plus a transaction fee or fees based upon completion. Accordingly, Rothschild does not have hourly rates for its professionals and Rothschild's professionals generally do not maintain time records for the work performed for its clients. Consistent with the terms of the Retention Order, however, Rothschild has maintained a daily time log detailing the activities and services performed by Rothschild on behalf of the Debtors, in half hour increments, during the Compensation Period.

10.        Attached hereto as <u>Exhibit B</u> is a detailed itemization of expenses for which Rothschild seeks reimbursement.   Rothschild has followed its general internal policies with respect to out-of-pocket expenses billed to the Debtors as set forth below, with any exceptions fully explained:

(a) Rothschild's general policy permits its employees to bill lunch or dinner meals to a client if the employee is required to provide services to the client during such mealtime due to extreme time constraints. Rothschild's employees are permitted to order meals in the office if Rothschild's employee is required to work after 8:00 p.m. on weekdays or more than five (5) consecutive hours on weekends or holidays. Meal expenses incurred during meetings which employees and other meeting participants are required to attend are billed at cost;

(b) Messengers and couriers are used by Rothschild to deliver hard copy documents relating to a client matter, which require receipt on an expedited basis; otherwise, Rothschild uses the regular postal system. Any charges for either messengers or couriers are billed to the client at cost;

(c) All airfare and other transportation charges incurred by Rothschild's employees directly in connection with services to the client are billed to the client at cost;

(d) The research/database category consists of the cost of using databases (e.g., Capital IQ, ThomsonOne, Factiva, etc.) to which Rothschild subscribes to search for and obtain information used in Rothschild's financial analyses. Rothschild pays the vendor's standard rate for such database services. In

certain instances, Rothschild has determined that paying a flat annual or monthly fee for such services is less costly than contracting for such services on a per use basis. Such annual or monthly services are allocated to clients based on the use of each service on behalf of a client. The research category also consists of charges from outside services, which supply, for a fee, financial documents from regulatory agencies, which cannot be obtained from databases subscribed to by Rothschild;

(e) Rothschild bills photocopying charges at the rate of $0.10 per page for black and white copies and $0.80 per page for color copies;

(f) With respect to local travel, Rothschild's general policy enables employees to travel by taxi or, in certain circumstances, by private car service, to and from meetings while rendering services to a client on a client related matter, for which the client is charged. This policy is based on Rothschild's determination that travel by taxi or private car service is the most efficient use of a professional's time. Rothschild's employees are not permitted to charge personal commuting expenses to a client unless the employee is traveling after 9:00 p.m. and has been required to work late as a result of the time exigencies of that client's matters;

(g) Telephone expenses are charged based on Rothschild's actual cost of telephone charges with respect to client matters. Cellular phone charges are based on vendors' actual invoices; and

(h) Word processing and presentation charges represent actual costs incurred by Rothschild's in-house vendor and actual cost of overtime secretarial support in connection with client matters.

11.　　Rothschild believes that the time entries set forth in the exhibit attached hereto are in compliance with the Retention Order.

**Total Fees and Expenses**
**Sought for the Compensation Period**

12.　　The total amount sought for fees for professional services rendered and the reimbursement of expenses incurred for the Compensation Period are as follows:

| | |
|---|---|
| Monthly Fee – February 2018[3] | $200,000.00 |
| *Disbursements – October 2017*[4] | *279.00* |
| *Disbursements – December 2017*[5] | *1,430.29* |
| *Disbursements – January 2018*[5] | *5,248.82* |
| *Disbursements – February 2018* | *1,434.97* |

---

[3] In accordance with the Retention Order approving the terms of Rothschild's engagement letter, Rothschild is to be paid a Monthly Fee of $200,000 per month.

[4] The expenses included in this Monthly Fee Statement are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Monthly Fee Statement in subsequent monthly fee statements. Rothschild seeks $279.00 for expense reimbursement that was incurred on October 31, 2017, $1,430.29 for expense reimbursement that was incurred in the period from December 1, 2017 through and including December 31, 2017, and $5,248.82 for expense reimbursement that was incurred in the period from January 1, 2018 through and including January 31, 2018 but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Monthly Fee Applications.

[5] Ibid.

| | |
|---|---|
| Total Disbursements[6][7] | $ 8,393.08 |
| **TOTAL** | **$208,393.08** |

Pursuant to the Interim Compensation Order, Rothschild seeks payment from the Debtors in the amount of $168,393.08 which represents (a) 80% of Rothschild's total fees for services rendered during the Compensation Period and (b) 100% of the expenses incurred by Rothschild during the Compensation Period[8].

## CONCLUSION

13.     Rothschild professionals expended a total of 731.0 hours in connection with their representation of the Debtors during the Compensation Period. During the Compensation Period, Rothschild also incurred expenses of $8,393.08[9].  Pursuant to the Interim Compensation Order, by this Monthly Fee Statement, Rothschild seeks interim allowance of compensation for services rendered to the Debtors and payment for expenses incurred during the Compensation Period in the amount of $168,393.08, which amount represents (a) 80% of Rothschild's total fees for services rendered during the Compensation Period and (b) 100% of the total disbursements incurred during the Compensation Period (the "Requested Payment")[10], and payment of such amount, excluding any amounts for which payment has already been made.

---

[6] As described in the Retention Application, the Debtors paid Rothschild prior to the Petition Date a $25,000 reserve on account of anticipated expenses. Rothschild is continuing to settle its accounts with respect to expenses incurred prior to the Petition Date and will apply this reserve against such expenses once complete, with any excess to be credited against fees and expenses payable to Rothschild after the Petition Date.

[7] The expenses included in this Monthly Fee Statement are only those that have been entered into Rothschild's accounting system as of the date hereof and may not include all expenses incurred by Rothschild during the Compensation Period.  Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Monthly Fee Statement in subsequent monthly fee statements. Rothschild seeks $279.00 for expense reimbursement that was incurred on October 31, 2017, $1,430.29 for expense reimbursement that was incurred in the period from December 1, 2017 through and including December 31, 2017, and $5,248.82 for expense reimbursement that was incurred in the period from January 1, 2018 through and including January 31, 2018 but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Monthly Fee Applications.

[8] Ibid.

[9] Ibid.

[10] Ibid.

NAI-1503198411v3

14.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Rothschild respectfully submits that the amount requested is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services and (e) the costs of comparable services rendered in a case outside the Bankruptcy Code.  Moreover, Rothschild has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Monthly Fee Statement complies with such Local Rule and Order.

## NOTICE

Rothschild will serve this Monthly Fee Statement in accordance with the Interim Compensation Order and the Local Rules.  Pursuant to the Interim Compensation Order, objections to this Monthly Fee Statement, if any, must be in writing and filed with the Court and served upon Rothschild so as to be received no later than April 24, 2018 (the "Objection Deadline").  If no objections to this Monthly Fee Statement are received by the Objection Deadline, Rothschild is authorized to receive the Requested Payment pursuant to the terms of the Interim Compensation Order and the Retention Order.

Dated: April 3, 2018
    New York, New York

   /s/ *Jonathan Brownstein*
Jonathan Brownstein
Rothschild
Director
1251 Ave. of the Americas
New York, NY 10020
Telephone:     (212) 403-5531
Email: jonathan.brownstein@rothschild.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |

## CERTIFICATION OF JONATHAN BROWNSTEIN

Jonathan Brownstein, under penalty of perjury, certifies as follows:

1.    I am a Director at Rothschild Inc.  I make this certification in accordance with Local Rule 2016-2 regarding the contents of applications for compensation and expenses.  I have read the Monthly Fee Statement and am familiar with the work performed on behalf of the Debtors by the professionals of Rothschild.

2.    The facts set forth in the foregoing Monthly Fee Statement are true and correct to my knowledge, information and belief.  I have reviewed Local Rule 2016-2 and the Interim Compensation Order and submit that the Monthly Fee Statement substantially complies with such Local Rule and the Interim Compensation Order.


Dated:  April 3, 2018

   /s/ *Jonathan Brownstein*
   Jonathan Brownstein

---

[1]    The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.