# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> M & G USA CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-12307 (BLS) <br><br> (Jointly Administered) <br><br> **Ref. Docket No. 1169** |

**NOTICE OF FILING OF SUPPLEMENT TO FIRST INTERIM APPLICATION OF CRAIN CATON & JAMES FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH JANUARY 31, 2018**

**PLEASE TAKE NOTICE** that on March 15, 2018, Crain Caton & James, special counsel to the above-captioned debtors (the "Debtors") filed the *First Interim Application of Crain Caton & James for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Debtors for the Period From October 31, 2017 Through January 31, 2018* [Docket No. 1169] (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** are supplemental Exhibits C and D to the Application.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

1

| | |
|---|---|
| Dated: April 9, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession |

# **EXHIBIT 1**

DOCS_DE:218890.1 54032/001

**EXHIBIT C**

**Budget**

**EXHIBIT C-1**

During the Compensation Period, Crain Caton was subject to the budget approved in connection with *Final Order Granting Debtors' Motion to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; and (5) Granting Related Relief* [Docket No. 479] (the "DIP Budget"). The DIP Budget was negotiated and agreed to by the Debtors, the Official Committee of Unsecured Creditors and certain of the Debtors' secured lenders. The DIP Budget has estimated weekly amounts for professionals, but fees paid and expenses reimbursed based on monthly fee statements are based on a consolidated budget for all professionals, subject to and in accordance with, any order by the Court with respect to interim allowance of fees and expenses.

**EXHIBIT C-2**

**CRAIN, CATON & JAMES STAFFING PLAN**
**FOR THE INTERIM PERIOD OCTOBER 31, 2017 THROUGH JANURAY 31, 2018**

| CATEGORY OF TIMEKEEPER (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Shareholders | 6 | $485.00 |
| Associates | 1 | $380.00 |
| Paralegals | 2 | $185.00 |

**Case Name:** M&G USA Corporation, *et al.*
**Case Number:** 17-12307 (BLS)
**Applicant's Name:** Crain, Caton & James
**Date of Application:** March 15, 2018
**Interim or Final:** Interim

# **EXHIBIT D**

**Comparable Rates Disclosure**

**Exhibit D**

**BLENDED RATE OF PROFESSIONALS – TOTAL**

| Category of Timekeeper | Billed Comparable Non-Bankruptcy Invoices [1] Issued in 2017[2] | Billed This Compensation Period[3] |
|---|---|---|
| Shareholder | $418.45 | $491.41 |
| Associate | $314.42 | $380.00 |
| Law Clerk | $114.81 | $0.00 |
| Paralegal | $165.75 | $177.59 |
| Staff/Legal Support | $103.36 | $0.00 |
| **Total:** | **$1,116.79** | **$1,049.00** |

---

[1] Pursuant to ¶ C.3.a.i.a of the Guidelines, "Comparable Non-Bankruptcy Invoices Issued in 2017" provides the blended hourly rate during the preceding year for the aggregate of "[a]ll of [Crain, Caton & James. P.C.'s] domestic timekeepers," (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[2] Crain, Caton & James calculated the blended hourly rate for Comparable Non-Bankruptcy Invoices Issued in 2017 by dividing the total dollar amount billed by each class of timekeepers during the applicable period by the total amount of hours billed by such timekeepers during the preceding year (excluding all data from timekeepers practicing primarily in a bankruptcy group or section).

[3] Crain, Caton & James calculated the blended hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period (Nov. 2017-Jan. 2018). The blended hourly rates do not take into account adjustments made by Crain, Caton & James, including: (i) the 50% write-off of non-working travel and (ii) voluntary reductions requested by the U.S. Trustee in connection with the First Monthly Fee Application.