# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1181 |

### CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 31, 2017 THROUGH JANUARY 31, 2018

The undersigned counsel for the above captioned debtors (the "Debtors") hereby certifies that:

1. On March 15, 2018, Rothschild Inc. and Rothschild S.p.A. (collectively, "Rothschild"), as financial advisors and investment bankers to Debtors, filed the *First Interim Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from October 31, 2017 Through January 31, 2018* (Docket No. 1181) (the "Application") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than April 5, 2018, at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. The undersigned certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon.

4. In accordance with the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308], entered on December 1, 2017, the Debtors are authorized to pay one hundred percent (100%) of the fees (including any holdbacks) and one hundred percent (100%) of the expenses requested in the Application upon entry of a Court order approving the Application.

5. A hearing on the Application is scheduled for April 25, 2018 at 11:00 a.m. before the Honorable Chief Judge Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801.

Dated: April 10, 2018                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              joneill@pszjlaw.com
              jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession