**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket No. 1171** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM
APPLICATION OF STEPTOE & JOHNSON PLLC FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES AS ORDINARY COURSE PROFESSIONAL TO THE DEBTORS FOR THE
PERIOD FROM OCTOBER 30, 2017 THROUGH JANUARY 31, 2018**

The undersigned counsel for the above captioned debtors (the "Debtors") hereby

certifies that:

1.        On March 15, 2018, Steptoe & Johnson PLLC, an ordinary course professional

retained by the above-captioned debtors (the "Debtors") filed and served the *First Interim*

*Application of Steptoe & Johnson PLLC for Allowance of Compensation for Services Rendered*

*and for Reimbursement of Expenses as Ordinary Course Professional to the Debtors for the*

*Period From October 30, 2017 Through January 31, 2018* (Docket No. 1171) (the

"Application") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

2.        Pursuant to the Notice of the Application, objections to the Application were to be

filed and served no later than April 5, 2018, at 4:00 p.m. prevailing Eastern Time.

3.        The undersigned further certifies that a review of the Court's docket in these cases

---

[1]        The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification
numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G
Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195),
Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G
USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American
Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240,
Houston, Texas 77067.

shows no answer, objection, or other responsive pleading to the Application.

4.     A hearing on the Application is scheduled for April 25, 2018 at 11:00 a.m. before the Honorable Chief Judge Brendan L. Shannon, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801.

Dated:  April 10, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                      joneill@pszjlaw.com
                      jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:     (212) 326-3939
Facsimile:      (212) 755-7306
Email:            sgreenberg@jonesday.com
                      scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:     (216) 586-7035

-2-

Facsimile:    (216) 579-0212
Email:       ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession

DOCS_DE:218878.1 54032/001