# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION, *et al.*, | ) | Case No. 17-12307 (BLS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: April 11, 2018** |
| | ) | **Related Docket Nos. 1244 and 1292** |

## RESERVATION OF RIGHTS OF MACQUARIE INVESTMENTS US INC. REGARDING FINAL APPROVAL OF DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING CERTAIN DEBTORS TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 362, 363 AND 364; (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS TO THE SALE DIP LENDERS PURSUANT TO 11 U.S.C. §§ 364 AND 507; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND LOCAL RULE 4001-2; AND (IV) GRANTING RELATED RELIEF

Macquarie Investments US Inc. ("Macquarie"), by and through its undersigned counsel, hereby submits this reservation of rights (the "Reservation of Rights") to final approval of the *Motion For Entry Of Interim And Final Orders (I) Authorizing Certain Debtors To Obtain Post-Petition Financing Pursuant To 11 U.S.C. §§ 105, 362, 363 And 364; (II) Granting Liens And Superpriority Administrative Expense Claims To The Sale Dip Lenders Pursuant To 11 U.S.C. §§ 364 And 507; (III) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(B) And Local Rule 4001-2; And (IV) Granting Related Relief* [Docket No. 1244] (the "Sale DIP Financing Motion") filed by the above-captioned debtors (collectively, the "Debtors"). In support of its Reservation of Rights, Macquarie respectfully states as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.ã r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.ã r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

{01311472;v2} 1

1. Macquarie serves as administrative and collateral agent for the lenders that are party to that certain Credit Agreement dated November 9, 2016, which provides a senior secured credit facility to debtor M&G Waters USA, Inc. ("M&G Waters"). M&G Waters was formed to purchase, install, and operate certain desalination equipment and boilers (the "Desalination Assets") in Corpus Christi, Texas. The purpose of the Macquarie Credit Facility was to finance the purchase, installation, and operation of the Desalination Assets. Although the Resins Plant in Corpus Christi has been left uncompleted and subject to construction liens, the M&G Waters project was substantially complete well before the filing of these Chapter 11 cases. M&G Waters' obligations under the Macquarie Credit Facility are secured by a first lien on all of M&G Waters' assets and M&G USA's 100% equity interest in M&G Waters (the "Macquarie Collateral"). *See* January 18, 2018 Proof of Claims.

2. By letter dated October 19, 2017, Macquarie provided M&G Waters notice of (i) the occurrence and continuation of an Event of Default under the terms of the Credit Agreement, and (ii) Macquarie's acceleration of all principal, interest, and other amounts due and reservation of other remedies.

3. On October 24, 2017, Debtor M&G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Thereafter, on October 30, 2017, each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M&G Polymers, the "Chapter 11 Cases"). On March 29, 2018, the Court entered that certain *Order (I) Approving The Sale Of Certain Assets Free And Clear Of Liens, Claims, Interests And Encumbrances; (II) Approving The Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection Therewith; And (III) Granting Related*

*Relief* [Docket No. 1300] (the "Corpus Christi Sale Order") thereby approving the sale of the Debtors' facility located in Corpus Christi, Texas including the Desalination Assets.

4. On March 28, 2018, the Court entered that certain *Interim Order (I) Authorizing Certain Debtors To Incur Postpetition Secured Superpriority Indebtedness Pursuant To Sections 105(a), 362, 364(c)(2), 364(c)(3), And 364(d); (II) Modifying The Automatic Stay; (III) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) And 4001(c); And (IV) Granting Related Relief* [Docket No. 1292] (the "Interim DIP Financing Order"). The financing approved on an interim basis through entry of the Interim DIP Financing Order is intended to bridge the Debtors' Chapter 11 Cases to the closing of the sale transaction approved by entry of the Corpus Christi Sale Order.

5. Macquarie and the Debtors have been working cooperatively to try to resolve concerns Macquarie has with respect to discrete terms of the Sale DIP Financing, but as of the filing of this Reservation of Rights Macquarie and the Debtors have not reached final agreement. Accordingly, Macquarie reserves its right to supplement this Reservation of Rights to preserve and assert in any fashion its rights in connection with approval of the Sale DIP Financing Motion on a final basis if its concerns are not resolved.

| Dated: April 11, 2018 | **ASHBY & GEDDES, P.A.** |
|---|---|
| | */s/ Gregory A. Taylor*<br>Gregory A. Taylor, Esq. (#4008)<br>Stacy L. Newman, Esq. (#5044)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899-1150<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email: gtaylor@ashbygeddes.com<br>Email: snewman@ashbygeddes.com |

-and-

**SIDLEY AUSTIN LLP**
Duston K. McFaul, Esq.
1000 Louisiana Street
Suite 6000
Houston, TX 77002
Telephone: (713) 495-4516
Facsimile: (713) 495-7799
Email: dmcfaul@sidley.com

-and-

**SIDLEY AUSTIN LLP**
David E. Kronenberg, Esq.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8043
Facsimile: 202-736-8711
Email: dkronenberg@sidley.com

*Counsel to Macquarie Investments US Inc.*