# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re : Chapter 11
:
M & G USA CORPORATION, *et al.*, : Case No. 17-12307 (BLS)
:
Debtors.[1] : Jointly Administered
:
------------------------------------------------------------- x **Ref. Docket No. 1311**

## NOTICE OF REDUCTION AND FILING OF AMENDED EXHIBIT A TO FOURTH MONTHLY FEE STATEMENT OF MILBANK, TWEED, HADLEY & McCLOY LLP FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM FEBRUARY 1, 2018 THROUGH AND INCLUDING FEBRUARY 28, 2018

**PLEASE TAKE NOTICE** that on March 30, 2018, Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), counsel to the official committee of unsecured creditors in the above captioned chapter 11 cases, filed the *Fourth Monthly Fee Statement of Milbank, Tweed, Hadley & McCloy LLP for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to Official Committee of Unsecured Creditors During Period From February 1, 2018 Through and Including February 28, 2018* [Docket No. 1311] (the "Fee Statement").

**PLEASE TAKE FURTHER NOTICE** that in response to certain informal feedback received from the United States Trustee for the District of Delaware (the "U.S. Trustee"),

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Milbank has agreed to certain voluntary reductions totaling $8,546.00. Revised time entries, reflecting these reductions, are contained in the amended Exhibit A attached hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 30, 2017 [Docket No. 308] (the "Interim Compensation Order"), if no objection to the Fee Statement is timely filed, served, and received by no later than **4:00 p.m. (prevailing Eastern Time) on April 20, 2018** (the "Fee Objection Deadline"), Milbank may file a certification of no objection with the Court, after which the Debtors shall be authorized by the Interim Compensation Order to pay Milbank an amount equal to 80% of the fees ($1,382,624.60) and 100% of the expenses ($21,870.37) requested in its Fee Statement without the need for further order of the Court.

Dated: April 17, 2018
Wilmington, Delaware

Respectfully submitted,

*/s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: kstickles@coleschotz.com
        dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty St.

New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
      araval@milbank.com
      ldoyle@milbank.com


*Counsel for the Official Committee of Unsecured Creditors*