# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### APRIL 25, 2018 AT 11:00 A.M. (PREVAILING EASTERN TIME)

## *PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE COURT HAS CANCELED THIS HEARING.*

**CONTINUED MATTERS:**

1.  Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 684)

    Response Deadline: February 9, 2018 at 4:00 p.m. Extended to March 16, 2018

    Responses Received: None at this time.

    Related Documents:

    A.  Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (SEALED, Docket No. 685)

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

B. Motion to File Under Seal Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 686)

Status: This matter is stayed pending closing of the 363 sale, and is continued to the hearing scheduled for May 16, 2018 at 10:00 a.m.

2. Motion to File Under Seal Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 686)

Response Deadline: February 9, 2018 at 4:00 p.m. Extended to March 16, 2018

Responses Received: None at this time.

Related Documents:

A. Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (Docket No. 684)

B. Exhibits in Connection with Motion of the Construction Lienholder Group for Entry of an Order (I) Granting Leave, Standing and Authority to Commence, Prosecute, Settle and Recover Certain Causes of Action Against DAK Americas LLC on Behalf of Debtors' Estates to Challenge and Recharacterize Alleged Liens and Related Payments and (II) to Extend Time to Take Such Action Pursuant to Local Bankruptcy Rule 9006-2 [Filed 1/16/18] (SEALED, Docket No. 685)

Status: This matter is stayed pending closing of the 363 sale, and is continued to the hearing scheduled for May 16, 2018 at 10:00 a.m.

**RESOLVED MATTER**

3.  Motion of the Debtors for Entry of an Order Authorizing M&G Resins USA, LLC to Enter Into Transition Services Agreement with the Purchaser of M&G Polimeros Brasil S.A. Pursuant to Sections 105(A) and 363(B) of the Bankruptcy Code and Granting Related Relief [Filed 4/3/18] (Docket No. 1332]

    Response Deadline: April 17, 2018 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A.  Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing M&G Resins USA, LLC to Enter Into Transition Services Agreement with the Purchaser of M&G Polimeros Brasil S.A. Pursuant to Sections 105(A) and 363(B) of the Bankruptcy Code and Granting Related Relief [Filed 4/18/18] (Docket No. 1382)

    B.  [Signed] Order Approving Motion of the Debtors for Entry of an Order Authorizing M&G Resins USA, LLC to Enter Into Transition Services Agreement with the Purchaser of M&G Polimeros Brasil S.A. and Granting Related Relief [Filed 4/19/18] (Docket No. 1382)

    Status: The Court has entered an Order on this matter. No hearing is necessary.

**UNCONTESTED MATTER UNDER COC:**

4.  Motion for Interim and Final Orders (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief [Filed 10/31/17] (Docket No. 7)

    Response Deadline: April 18, 2018 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A.  [Signed] Interim Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief [Filed 11/1/17] (Docket No. 68)

B. [Signed] Second Interim Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief [Filed 12/1/17] (Docket No. 310)

C. [Signed] Third Interim Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief [Filed 1/2/18] (Docket No. 586)

D. [Signed] Fourth Interim Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief [Filed 2/1/18] (Docket No. 869)

E. [Signed] Fifth Fourth Interim Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief [Filed 3/19/18] (Docket No. 1214)

F. Certification of Counsel Regarding Motion for Interim and Final Orders (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief [Filed 4/20/18] (Docket No. 1386)

Status: A proposed sixth interim order has been filed under certification of counsel for the Court's consideration. No hearing is necessary.

**INTERIM FEE APPLICATIONS:**

5. Interim Approval of Fee Applications for Estate-Compensated Professionals

Related Documents:

A. See *Exhibit A*, attached hereto.

B. Certification of Counsel Submitting Omnibus Order Approving First Interim/Quarterly Fee Applications of Professionals [Filed 4/23/18] (Docket No. 1388)

<u>Status</u>: A binder containing the documents listed on Exhibit A was submitted to the Court on April 18, 2018. A proposed omnibus order approving the applications has been filed under certification of counsel for the Court's consideration. No hearing is necessary.

| | |
|---|---|
| Dated: April 23, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Joseph M. Mulvihill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jmulvihill@pszjlaw.com |
| | |
| | and |
| | |
| | JONES DAY |
| | Scott J. Greenberg |
| | Stacey L. Corr-Irvine |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Telephone: (212) 326-3939 |
| | Facsimile: (212) 755-7306 |
| | Email: sgreenberg@jonesday.com |
| | scorrirvine@jonesday.com |
| | and |
| | |
| | Carl E. Black |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| | Telephone: (216) 586-7035 |
| | Facsimile: (216) 579-0212 |
| | Email: ceblack@jonesday.com |
| | |
| | Co-Counsel for the Debtors and Debtors in Possession |