**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17- 12307 (BLS) |
| Debtors. | : | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION**

I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Affidavit of Publication includes sworn statements verifying that the *Notice of Administrative Claims Bar Date*, as conformed for publication, was published in *The Corpus Christi CallerTimes* and the national edition of *USA Today* on May 1, 2018 as described in **Exhibit A** and **Exhibit B** attached hereto.

Dated: May 1, 2018

Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 1, 2018 by Cosmos X. Garraway, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

**Exhibit A**



Caller Times
PART OF THE USA TODAY NETWORK

Certificate of Publication

In Matter of Publication of:

MILLER ADV
MILLER ADV
220 WEST 42ND ST, 12TH FLOOR

NEW YORK, NY 10036

State of )
))§
County of )

I, being first duly sworn, upon oath depose and say that I am a legal clerk and employee of the publisher, namely, the Corpus Christi Caller-Times, a daily newspaper published at Corpus Christi in said City and State, generally circulated in Aransas, Bee, Brooks, Duval, Jim Hogg, Jim Wells, Kleberg, Live Oak, Nueces, Refugio, and San Patricio, Counties, and that the publication of which the annexed is a true copy, was inserted in the Corpus Christi Caller-Times on the following dates:

May 1, 2018

Legal Clerk

On this May 1, 2018, I certify that the attached document is a true and exact copy made by publisher.

Notary Public, State of , County of

BERGEN GORNOWICH
Notary Public
State of Wisconsin

Ad#: 2000822
P.O.:
# of Affidavits: 0

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: : Chapter 11
M & G USA CORPORATION, *et al.*,[1] : Case No. 17-12307 (BLS)
Debtors. : (Jointly Administered)

**NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE**

**TO ANY CREDITORS OF THE ABOVE-CAPTIONED ENTITIES (COLLECTIVELY, THE "DEBTORS"):**

On April 26, 2018 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (Docket No. 1410) (the "Administrative Claims Bar Date Order") **establishing June 11, 2018 at 5:00 p.m. (Prevailing Eastern Time)** (the "First Administrative Claims Bar Date") as the last date for all persons, entities or governmental units (including, without limitation, individuals, partnerships, corporations, joint ventures and trusts) holding an Administrative Claim (as defined below) against Debtors to file a proof of claim form against the Debtors asserting such Administrative Claim.

For purposes of this Notice, the term "Administrative Claim" shall mean, as to or against the Debtors, (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured and (b) any right to an equitable remedy for breach of performance if such breach gives rise to a payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, **provided that such right to payment (x) arises under section 503(b) of the Bankruptcy Code and (y) first arose on or after October 24, 2017 (the "Polymers Petition Date") in the case of Administrative Claims against M&G Polymers USA, LLC or October 30, 2017 (the "Petition Date"), in the case of Administrative Claims against all other Debtors.**

The First Administrative Claims Bar Date, and the procedures set forth below for filing Proofs of Claim, apply to all Administrative Claims against Debtors that arose on or after the Polymers Petition Date or the Petition Date, as applicable, except for those claims listed in the Administrative Claims Bar Date Order.

This Notice is only a summary of the Administrative Claims Bar Date Order. All parties in interest should carefully review the Administrative Claims Bar Date Order itself and the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware for additional information regarding the filing and treatment of Administrative Claims in the Debtors' chapter 11 cases.

**FILING CLAIMS**

**A. What to File.** Parties asserting Administrative Claims must file a blank proof of claim form, which may be downloaded at https://cases.primeclerk.com/mgusa/EPOC-Index.

All parties must **sign** and **date** proof of claim forms. All proof of claim forms must be **signed** by the claimant, or if the claimant is not an individual, by the claimant's authorized agent. In addition, the proof of claim form must be written in English and denominated in United States Dollars. You should attach to your completed proof of claim form any documents on which the claim is based (or, if such documents are voluminous, include a summary) or an explanation as to why the documents are not available.

**B. When and Where to File the Proof of Claim Form.** All proofs of claim must be filed so as to be received **on or before the First Administrative Claims Bar Date**. All original proofs of claim must be received on or before the First Administrative Claims Bar Date either (i) electronically with Prime Clerk via the interface available on Prime Clerk's website at http://cases.primeclerk.com/mgusa/EPOC-Index; or (ii) via U.S. Mail or other hand delivery method to the following address: M&G USA Corporations Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022.

Proofs of claim shall be deemed filed only when **actually received** by Prime Clerk on or before the First Administrative Claims Bar Date. **Proofs of claim may NOT be delivered by facsimile, telecopy or electronic mail transmission**. Any facsimile, telecopy or electronic mail submissions shall not be accepted and shall not be deemed filed until a proof of claim form is submitted by one of the methods described above.

**C. Consequences for Failing to Timely File a Proof of Claim Form by the First Administrative Claims Bar Date.** ***UNLESS OTHERWISE ORDERED BY THE COURT, ENTITIES THAT ARE NOT EXCEPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE CLAIMS BAR DATE ORDER AND THAT FAIL TO PROPERLY FILE A PROOF OF CLAIM FORM, SHALL BE ESTOPPED FROM:***

a. ***ASSERTING SUCH ADMINISTRATIVE CLAIM AGAINST THE DEBTORS AND THEIR ESTATES;***

b. ***ASSERTING ANY CLAIM THAT IS OF A DIFFERENT NATURE OR CLASSIFICATION ON ACCOUNT OF SUCH ADMINISTRATIVE CLAIM; AND***

c. ***PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.***

**D. Additional Information.** Copies of the Administrative Claims Bar Date Order are available free of charge at http://cases.primeclerk.com/mgusa. If you require additional information regarding the filing of an Administrative Claim, you may contact Prime Clerk at (855) 388-4578 (domestic) or (917) 877-5961 (international).

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

caller.com | CORPUS CHRISTI Caller-Times

callerlocalfieds.com

Autos | Recreation | Employment | Training & Education | Financial | Garage Sales | Pets | Merchandise | Real Estate Sales | Real Estate Rentals | Commercial Real Estate | Legal | Business & Services

**Placing your Callerlocalfied ad is so easy!** *Major credit cards accepted*

**Tell your customer service representative to make your ad better with: a Graphic • Larger Type • Bolder Type**

**By Phone:** 883-1111 or 800-827-2011
8:00 a.m. - 5:00 p.m. Mon. - Fri.

**By Fax:** 886-3777
8:00 a.m. - 4:00 p.m. Mon. - Fri.

**Mail:** 820 N. Lower Broadway

**Online:** callerlocalfieds.com
Add a photo to your online ad

**Advertising Deadlines-**
Tuesday and Wednesday - Deadlines Monday 2pm
Thursday - Deadline Tuesday 2pm
Friday - Deadlines Wednesday 2pm
Saturday - Deadlines Thursday 2pm
Sunday and Monday - Deadlines Friday 5pm

*The Caller-Times will not be responsible for more than one incorrect insertion of any advertisement and liability for any error shall be limited to that portion of the advertisement affected by the error. The maximum liability of the Caller-Times shall be cancellation of the cost of the first incorrect advertisement, or republication of the corrected advertisement when notified by the advertiser in time for correction to be made prior to publication of subsequent editions.*

## Transportation

### Automobiles for Sale

**'14 FORD FOCUS**
**SPECIAL PRICE $10,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'16 FORD FUSION**
**SPECIAL PRICE $15,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'17 FORD MUSTANG**
**SPECIAL PRICE $25,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'11 FORD TAURUS**
**SPECIAL PRICE $10,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'14 FORD FOCUS SE**
**SPECIAL PRICE $12,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

**HYUNDAI ELANTRA** - 2008. 147,000 mi., $6,000. (361) 737-1456.

**'17 KIA OPTIMA**
**SPECIAL PRICE $17,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

**KIA RIO** - 2014. Red 25,100 mi., $8,500 (207)951-8114

**'13 LAND ROVER RANGE ROVER**
**SPECIAL PRICE $31,900**
**Financing Available w.a.c.**

Jason 361-230-3179

### Automobiles for Sale

Stock #A2467

**'15 MITSUBISHI LANCER**
**SPECIAL PRICE $13,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

**PONTIAC GRAND PRIX** - 2001. Silver, runs good, $2000 OBO, call after 6pm (361)852-1676.

**Zero Down Under $14,000**
#10006 '15 Ford Escape SE
#10054-1 '04 Ford F-250
#10063 '14 Toyota Corolla
#10066 '14 Buick Encore
#10092 '16 Kia Soul +
#9167 '13 Ford Fusion S
#9833 '08 Ford Explorer Sport Trac
**Call Jaime**
**361-429-4823**
*w.a.c.

**Zero Down Under $16,000**
#10000 '08 Chevy Tahoe LS
#10013 '16 Chevy Malibu LT
#10015 '13 Hyundai Santa Fe
#10044 '14 Buick Encore
#10096 '12 Jeep Grand Cherokee
#9923 '15 Volkswagen Jetta
**Call Steve**
**361-944-6166**
*w.a.c.

**Zero Down Under $25,000**
#10072 '13 RAM 1500
#10093 '14 Nissan Armada
#9788 '11 Toyota Tundra 4x4
#10097 '15 Jeep Wrangler
#10101 '13 Chevy Silverado
**Call Ray**
**361-728-8468**
*w.a.c.

**Zero Down Under $18,000**
#10009 '14 Nissan Rogue
#10022-2 '15 Nissan Frontier
#10088 '11 Jeep Wrangler
#10098 '13 Dodge Durango
**CorpusOasis.com**
**361-853-7277**
*w.a.c.

**Zero Down Under $20,000**
#10046 '15 Hyundai Santa Fe
#10104 '09 Chevy Silverado
**CorpusOasis.com**
**361-853-7277**
*w.a.c.

**Zero Down Under $30,000**
#10065 '15 Chevy Silverado
#10105 '13 Chevy Silverado
**CorpusOasis.com**
**361-853-7277**
*w.a.c.

### Automobiles for Sale

**Zero Down Under $7,000**
#10087 '10 Chevy Impala LT
#10106 '06 Pontiac Vibe
**CorpusOasis.com**
**361-853-7277**
*w.a.c.

**Zero Down Under $10,000**
#10091 '12 Chevy Malibu
**CorpusOasis.com**
**361-853-7277**
*w.a.c.

### Sport Utility Vehicles

**'12 BUICK ENCLAVE**
**SPECIAL PRICE $19,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

**'14 BUICK ENCLAVE**
**SPECIAL PRICE $29,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

**'14 CADILLAC SRX LUXURY**
**SPECIAL PRICE $26,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

**'14 FORD ESCAPE SE**
**SPECIAL PRICE $13,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'14 FORD EXPLORER**
**SPECIAL PRICE $18,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'14 FORD EXPLORER**
**SPECIAL PRICE $18,900**
**Financing Available w.a.c.**

Jack 361-463-7033

### Sport Utility Vehicles

Stock #27696

**'16 FORD ESCAPE**
**SPECIAL PRICE $21,900**
**Financing Available w.a.c.**

Jason 361-230-3179

**'12 HONDA CR-V**
**SPECIAL PRICE $13,750**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

**'13 TOYOTA HIGHLANDER**
**SPECIAL PRICE $19,750**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jason 361-230-3179

### Trucks

**'17 FORD F-150**
**SPECIAL PRICE $33,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'12 FORD F-350**
**SPECIAL PRICE $25,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

**'11 FORD RANGER**
**SPECIAL PRICE $15,900**
**Financing Available w.a.c.**
Commercial Motor Co. SELECT MOTORCARS
Jack 361-463-7033

### Driver/Transport

**CDL-A DRIVERS NEEDED: FT; 2 yrs exp.& med. card required. Weekly hrly pay; 40 Hrs. Guaranteed!Med. Ins,Quarterly Safety Bonus. Local work. Apply at 506 Hwy 35 Gregory,Texas**

### Estate Sales

**RETIREMENT SALE at BUMBLEBEE ANTIQUES**
(Over 21 years accumulation of treasures)
•50,000 records $1.25 ea.
•Over 100 Antique Dolls, all 1/2 price!
•Books 1/2 price!
•Lots of FURNITURE!
•Over 800 Ty Beanie Babies $4.50ea
•All tools 30% off!
**We'll entertain reasonable offers that are not insulting.**
**Open Mon.-Sat., 9am-3:30pm**
**Bring your truck!**
**1611 S. Staples @ 6 points**
**FREE PARKING! Next door at FOOD HOP & back of my bldg.**

### Pets

**$400 REWARD!**
Border Collie
Black & White w/blue collar & tags. Annaville/Calallen area
No questions asked
**Please Call (361)241-2184**

### Dogs

**MINI SCHNAUZERS** - 3 M, S/P, $300, Call/text/Leave message 249-1417 or 777-6080

### Cemetery Lots

**CEMETERY PLOTS** - Seaside Cemetery Plots

2 burial plots (side by side). The plots are located in "Living Lord" section. Asking $2,950.00 for both plots and we will pay the transfer fees. Call (361)813-7064

### Furniture

**KITCHEN ISLAND** - Custom Made Kitchen Island Solid Wood and Granite Top 4 Drawers, Sits 4, Unused (361)522-0234

### Wanted

**CASH/TRADE**
**OLD COINS WANTED**
•Us/Foreign •Currency
•Jewelry •Collections.
**I Pay Collector's Prices**
CASH **(361)485-0464**

## Real Estate Sales

### Lots/Acreage for Sale

**CHECK THIS OUT!**
**26.62 ac., Rural Recreational /hunting property in Duval County. End of road, heavy S. TX brush cover. deer, hogs & quail. additional acreage with electricity available. $3,500/ac. with 5% down, 30 year owner financing. 866-286-0199 texasbrushcountry.com**

## Real Estate Rentals

### Homes Unfurnished

**4117 Montego, 3/2/2 Ca/ac, tiled floor, ceiling fans, New Paint, $1295, (361)944-2269**

### Offices/Warehouses/

**EXECUTIVE SUITES** - 5262 South Staples, Executive Suites 5262 South Staples (361).452.1364 5262staples@acsimgmt.com (361)452-1364

### Legals

### Legals

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE**

**TO ANY CREDITORS OF THE ABOVE-CAPTIONED ENTITIES (COLLECTIVELY, THE "DEBTORS"):**

On April 26, 2018 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (Docket No. 1410) (the "Administrative Claims Bar Date Order") **establishing June 11, 2018 at 5:00 p.m. (Prevailing Eastern Time)** (the "First Administrative Claims Bar Date") as the last date for all persons, entities or governmental units (including, without limitation, individuals, partnerships, corporations, joint ventures and trusts) holding an Administrative Claim (as defined below) against Debtors to file a proof of claim form against the Debtors asserting such Administrative Claim.

For purposes of this Notice, the term "Administrative Claim" shall mean, as to or against the Debtors, (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured and (b) any right to an equitable remedy for breach of performance if such breach gives rise to a payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, **provided that such right to payment (x) arises under section 503(b) of the Bankruptcy Code and (y) first arose on or after October 24, 2017 (the "Polymers Petition Date") in the case of Administrative Claims against M&G Polymers USA, LLC or October 30, 2017 (the "Petition Date"), in the case of Administrative Claims against all other Debtors.**

The First Administrative Claims Bar Date, and the procedures set forth below for filing Proofs of Claim, apply to all Administrative Claims against Debtors that arose on or after the Polymers Petition Date or the Petition Date, as applicable, except for those claims listed in the Administrative Claims Bar Date Order.

This Notice is only a summary of the Administrative Claims Bar Date Order. All parties in interest should carefully review the Administrative Claims Bar Date Order itself and the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware for additional information regarding the filing and treatment of Administrative Claims in the Debtors' chapter 11 cases.

**FILING CLAIMS**

**A. What to File.** Parties asserting Administrative Claims must file a blank proof of claim form, which may be downloaded at https://cases.primeclerk.com/mgusa/EPOC-Index.

All parties must **sign** and **date** proof of claim forms. All proof of claim forms must be **signed** by the claimant, or if the claimant is not an individual, by the claimant's authorized agent. In addition, the proof of claim form must be written in English and denominated in United States Dollars. You should attach to your completed proof of claim form any documents on which the claim is based (or, if such documents are voluminous, include a summary) or an explanation as to why the documents are not available.

**B. When and Where to File the Proof of Claim Form.** All proofs of claim must be filed so as to be received **on or before the First Administrative Claims Bar Date**. All original proofs of claim must be received on or before the First Administrative Claims Bar Date either (i) electronically with Prime Clerk via the interface available on Prime Clerk's website at http://cases.primeclerk.com/mgusa/EPOC-Index; or (ii) via U.S. Mail or other hand delivery method to the following address: M&G USA Corporations Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022.

Proofs of claim shall be deemed filed only when **actually received** by Prime Clerk on or before the First Administrative Claims Bar Date. **Proofs of claim may NOT be delivered by facsimile, telecopy or electronic mail transmission**. Any facsimile, telecopy or electronic mail submissions shall not be accepted and shall not be deemed filed until a proof of claim form is submitted by one of the methods described above.

**C. Consequences for Failing to Timely File a Proof of Claim Form by the First Administrative Claims Bar Date.** ***UNLESS OTHERWISE ORDERED BY THE COURT, ENTITIES THAT ARE NOT EXCEPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE CLAIMS BAR DATE ORDER AND THAT FAIL TO PROPERLY FILE A PROOF OF CLAIM FORM, SHALL BE ESTOPPED FROM:***

a. ***ASSERTING SUCH ADMINISTRATIVE CLAIM AGAINST THE DEBTORS AND THEIR ESTATES;***

b. ***ASSERTING ANY CLAIM THAT IS OF A DIFFERENT NATURE OR CLASSIFICATION ON ACCOUNT OF SUCH ADMINISTRATIVE CLAIM; AND***

c. ***PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.***

**D. Additional Information.** Copies of the Administrative Claims Bar Date Order are available free of charge at http://cases.primeclerk.com/mgusa. If you require additional information regarding the filing of an Administrative Claim, you may contact Prime Clerk at (855) 388-4578 (domestic) or (917) 877-5961 (international).

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

     

**Exhibit B**



**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, May 1, 2018**, the following legal advertisement – **In re: M & G USA Corporation, et al.**– was published in the national edition of **USA TODAY.**

[signature]

Principal Clerk of USA TODAY
May 1, 2018

This 1st day of May month 2018 year.

ROBIN SUE PURCELL NOTARY PUBLIC MY COMMISSION NUMBER 7630258 COMMONWEALTH OF VIRGINIA

Robin Sue Purcell
Notary Public
Commission expires 31 October 2019

# Privacy notices rise ahead of EU changes

## Inboxes are filling up as firms carry over data rules to U.S.

Rob Pegoraro
Special to USA TODAY

delete
GETTY IMAGES/ISTOCKPHOTO

Almost everybody who uses an online service or app that handles their data has been getting a flood of emails advising of privacy-policy changes.

And it's not the U.S. behind the tech industry's recent flurry of updates. Instead, the European Union has been driving these changes with a sweeping set of privacy rules that will go into effect May 25 — and which are also yielding benefits on this side of the Atlantic.

The EU's General Data Protection Regulation will require companies that handle the data of EU residents to provide them with far more control over that data. Among the key provisions of this roughly 54,000-word document:

▮ Companies have to obtain users' permission in much more detail before using their information for marketing or advertising.

▮ They have to let users inspect the data they've collected and correct it on request — then delete it when it's no longer needed.

▮ They must allow users to download their data in a format they can then take to a competing service — what's called data portability.

▮ People can challenge algorithmic decisions that affect them significantly and ask that humans make them instead.

The GDPR says nothing about how companies treat customers in other countries. But many U.S. firms that have had to rewrite privacy policies for Europe to avoid fines that could cost them billions of dollars are carrying over these changes to the States for simplicity. That has privacy advocates pleasantly surprised.

"I, like most consumers, have been getting a series of notifications from a lot of the apps that I use that they're updating their privacy policies effective May 25 — that must not be a coincidence," laughed Terrell McSweeny, who on Friday wrapped up a four-year term on the Federal Trade Commission.

Indeed, many GDPR-driven privacy-policy rewrites take more care to describe how a company handles your data and offer clearer opt-outs to some of those uses. Another frequent change: simpler interfaces to adjust these settings, such as the revised privacy center Facebook will soon ship.

But for American users, the GDPR's greatest gift is its data-portability mandate. When you can take your data and your business elsewhere, you have much more leverage as a customer.

Recently Instagram added an option to download your data, finally catching up to the data-export feature its corporate parent Facebook rolled out in 2010. Apple added its own data-portability feature as part of a round of GDPR-driven changes.

Expect more changes such as this.

# T-Mobile-Sprint deal likely to affect your smartphone, wallet

Brett Molina
and Eli Blumenthal
USA TODAY

The potential shift from four major U.S. wireless carriers to three could lead to big changes to your cellphone plans and service.

On Sunday, T-Mobile and Sprint announced plans for a $26 billion merger, combining the two companies into what would be a bigger No. 3 network behind AT&T and Verizon. The deal still awaits regulatory approval and raises plenty of questions if you pay Sprint or T-Mobile for your service.

The new firm would represent more than 90 million retail wireless phone customers in the U.S., roughly one-third of the market, research firm Recon Analytics said.

Here's what we know:

▮ **Service on both networks might get better:** According to researchers at RootMetrics, Sprint and T-Mobile ranked third and fourth, respectively, in mobile performance during the second half of 2017. T-Mobile CEO John Legere has always disputed RootMetrics, preferring to cite crowdsourced information such as testing by research company Ookla rating T-Mobile as the fastest network last year.

With the two companies combining their networks, it's possible service on both will improve. In a joint statement, the companies promise that existing customers with both services "will benefit from increased speeds, coverage, and performance as the two companies' networks combine."

▮ **You might pay more:** Currently, Sprint offers the cheapest unlimited plan of the group, at $60 a month for one line. On top of that, Sprint offers HD video streaming and the ability to use up to 10 GB of data when turning your phone into a mobile hotspot.

T-Mobile's unlimited plan starts at $70, but if you want similar perks to the Sprint plan, you need to pay an extra $10 a month.

In their joint statement, Sprint and T-Mobile pledged to continue offering lower prices compared to rivals AT&T and Verizon but did not go so far as to clarify which of their respective current plans would be sticking around.

▮ **What about perks?** On T-Mobile, plans with two or more lines come with a free Netflix subscription. On Sprint, it's music service Tidal (for six months) and Hulu, if your plan is eligible. It's possible customers could wind up with a really strong deal on streaming services, but the companies have yet to confirm their fate.

▮ **I'm on Sprint. Will my phone work on T-Mobile's network?** While T-Mobile and Sprint use different radio bands for their networks (Sprint on CDMA, T-Mobile on GSM), a merger shouldn't complicate things too much as an increasing number of phones have support for both companies' LTE networks.

And, the companies reached a roaming agreement in which Sprint users will gain access to T-Mobile's network.

▮ **Will this actually go through?** Wall Street, for one, seems to be less optimistic with Sprint stock cratering nearly 14% and T-Mobile falling more than 6% Monday.

# HQ2

Continued from Page 1B

fastest growing in terms of technical staffers.

Many lump the three Greater Washington candidates — the District itself, Northern Virginia and Montgomery County, Md. — together. But they are different in some ways. One is that while D.C. and Maryland have laws in place protecting gay rights, Virginia does not.

Amazon's request for proposals doesn't mention the LGBTQ community but does include a section saying it requires "a compatible cultural and community environment" that includes "the presence and support of a diverse population."

Boston gets the nod because of its deep pool of technical talent as well as excellent MBA programs.

**Amazon says it will bring 50,000 high-tech jobs and spend $5B on construction to the second headquarters.**

Two Texas towns, Dallas and Austin, made the top 20. But Dallas is seen as sprawling, with bad traffic (a clear no-no in Amazon's list of must-haves) and a very different cultural vibe than what Amazon currently has.

Atlanta is in the mix both because of its strong regional ties, good universities and overall business friendliness.

▮ **The Canadian conundrum:** Toronto, the only non-U.S. city on the list, is an outlier with significant pluses but also drawbacks, both related to President Trump.

On the one hand, the U.S.' increasingly hard stance on immigration is making it tougher for companies to bring in top talent. Locating in Toronto would sidestep those problems.

On the other hand, locating in Toronto could be seen as an attack on Trump, who has made increasing U.S. jobs — especially those that had been moved to other countries — a cornerstone of his platform.

# Millennials

Continued from Page 1B

Overall, the median net worth — the difference between one's assets and liabilities — rose 16% to $97,300 for all families in the survey group.

Assets would include things such as savings accounts, college savings plans, retirement accounts, cars and equity in a home.

For younger families under 35, median net worth rose 4% to $11,100 in 2016.

But many younger adults started their careers during the recession in 2008-09 when it was tough to get a job, and they ended up taking lower-paying jobs along the way.

Someone who starts on a lower rung on the ladder typically isn't getting rapid pay raises that would make up for that lost ground, Allison said.

On average, a person starting work in 2010 is seeing much slower growth in real disposable income — money that's available after income taxes and inflation — than someone who started working in the 1980s or 1990s, according to Paul Traub, senior business economist for the Federal Reserve Bank of Chicago — Detroit Branch.

"It is true that the standard of living is better today, but overall, people are not experiencing the same opportunities as people from earlier generations," Traub said.

### Wages are in a rut

Some of the blame goes to younger workers entering the market for a lower wage. But wages are stuck in a rut, too.

"The Great Recession pushed wage growth down as the unemployment rate reached 10%," Traub said. "Since then, wage growth has been very slow."

As the unemployment rate falls, wages should rise as employers face more competition for workers. But wages have not risen as much as one would expect in part because of structural changes in the economy, Traub said.

"Many of the higher-paying production jobs have been automated away or outsourced to lower-wage countries," Traub said.

Without a good-paying job, it's far tougher to manage the burden of college debt and save money for a down payment on a home or save for retirement.

"Student debt is clearly impacting young people's ability to build financial security," Allison said. "Student debt doesn't come with a tangible asset, at least not right away," he said.

### Cost of college

About 43.3% of young families — where the head of the household is younger than 40 — had education-related debt, according to the Federal Reserve Board's 2016 Survey of Consumer Finances.

That's up from 38.8% in the Fed's 2013 survey.

The amount of debt also trended upward. The average amount of education debt was $33,300 in 2016, up from $30,700 in the 2013 survey.

About 72% of college grads carry some debt along with that diploma.

"Federal and state government grants have not been keeping pace with increases in college costs on a per-student, inflation-adjusted basis," said Mark Kantrowitz, publisher of www.PrivateStudentLoans.guru.

The burden of paying for college has shifted to families and away from the government, he said.

Given that the income for many families has been mostly flat since 2000, he said, many families do not have more resources to pay the higher tuition bills.

"This forces them to borrow more," Kantrowitz said.

Borrowing to go to college isn't bad in and of itself. More education debt is held by families with higher income levels, indicating that many are able to pay off that debt, according to the Fed study.

"Even if recent college grads emerge with debt, they are still likely to be much better off over their lifetimes than those who don't get a college degree," said Charles Ballard, a professor of economics at Michigan State University.

# MARKETPLACE TODAY

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

NOTICE

LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADMINISTRATIVE CLAIMS BAR DATE**

**TO ANY CREDITORS OF THE ABOVE-CAPTIONED ENTITIES (COLLECTIVELY, THE "DEBTORS"):**

On April 26, 2018 the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order (Docket No. 1410) (the "Administrative Claims Bar Date Order") **establishing June 11, 2018 at 5:00 p.m. (Prevailing Eastern Time)** (the "First Administrative Claims Bar Date") as the last date for all persons, entities or governmental units (including, without limitation, individuals, partnerships, corporations, joint ventures and trusts) holding an Administrative Claim (as defined below) against Debtors to file a proof of claim form against the Debtors asserting such Administrative Claim.

For purposes of this Notice, the term "Administrative Claim" shall mean, as to or against the Debtors, (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured and (b) any right to an equitable remedy for breach of performance if such breach gives rise to a payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured, **provided that such right to payment (x) arises under section 503(b) of the Bankruptcy Code and (y) first arose on or after October 24, 2017 (the "Polymers Petition Date") in the case of Administrative Claims against M&G Polymers USA, LLC or October 30, 2017 (the "Petition Date"), in the case of Administrative Claims against all other Debtors.**

The First Administrative Claims Bar Date, and the procedures set forth below for filing Proofs of Claim, apply to all Administrative Claims against Debtors that arose on or after the Polymers Petition Date or the Petition Date, as applicable, except for those claims listed in the Administrative Claims Bar Date Order.

This Notice is only a summary of the Administrative Claims Bar Date Order. All parties in interest should carefully review the Administrative Claims Bar Date Order itself and the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware for additional information regarding the filing and treatment of Administrative Claims in the Debtors' chapter 11 cases.

**FILING CLAIMS**

**A. What to File.** Parties asserting Administrative Claims must file a blank proof of claim form, which may be downloaded at https://cases.primeclerk.com/mgusa/EPOC-Index.

All parties must **sign** and **date** proof of claim forms. All proof of claim forms must be **signed** by the claimant, or if the claimant is not an individual, by the claimant's authorized agent. In addition, the proof of claim form must be written in English and denominated in United States Dollars. You should attach to your completed proof of claim form any documents on which the claim is based (or, if such documents are voluminous, include a summary) or an explanation as to why the documents are not available.

**B. When and Where to File the Proof of Claim Form.** All proofs of claim must be filed so as to be received **on or before the First Administrative Claims Bar Date**. All original proofs of claim must be received on or before the First Administrative Claims Bar Date either (i) electronically with Prime Clerk via the interface available on Prime Clerk's website at http://cases.primeclerk.com/mgusa/EPOC-Index; or (ii) via U.S. Mail or other hand delivery method to the following address: M&G USA Corporations Claims Processing Center, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022.

Proofs of claim shall be deemed filed only when **actually received** by Prime Clerk on or before the First Administrative Claims Bar Date. **Proofs of claim may NOT be delivered by facsimile, telecopy or electronic mail transmission**. Any facsimile, telecopy or electronic mail submissions shall not be accepted and shall not be deemed filed until a proof of claim form is submitted by one of the methods described above.

**C. Consequences for Failing to Timely File a Proof of Claim Form by the First Administrative Claims Bar Date.** ***UNLESS OTHERWISE ORDERED BY THE COURT, ENTITIES THAT ARE NOT EXCEPTED FROM THE REQUIREMENTS OF THE ADMINISTRATIVE CLAIMS BAR DATE ORDER AND THAT FAIL TO PROPERLY FILE A PROOF OF CLAIM FORM, SHALL BE ESTOPPED FROM:***

a. ***ASSERTING SUCH ADMINISTRATIVE CLAIM AGAINST THE DEBTORS AND THEIR ESTATES;***

b. ***ASSERTING ANY CLAIM THAT IS OF A DIFFERENT NATURE OR CLASSIFICATION ON ACCOUNT OF SUCH ADMINISTRATIVE CLAIM; AND***

c. ***PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.***

**D. Additional Information.** Copies of the Administrative Claims Bar Date Order are available free of charge at http://cases.primeclerk.com/mgusa. If you require additional information regarding the filing of an Administrative Claim, you may contact Prime Clerk at (855) 388-4578 (domestic) or (917) 877-5961 (international).

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Did you know?
Newspaper's generated content is so valuable it's taken & repeated, posted, copied, condensed, broadcasted, tweeted, discussed, edited and emailed countless times throughout the day by others?
Discover the effective power of USA TODAY Classifieds advertising!
Call Today! 1-800-397-0070

