| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered<br><br>Related to D.I. 1387<br><br>Hearing Date:  May 16, 2018 at 10:00 am |

**RESERVATION OF RIGHTS CONCERNING DEBTORS' MOTION FOR ENTRY
OF AN ORDER APPROVING (I) SETTLEMENT AGREEMENT BY AND
BETWEEN MOSSI & GHISOLFI INTERNATIONAL S.A.R.L., M&G POLIMEROS
BRAZIL, S.A., M&G POLIMEROS MEXICO, S.A. DE C.V. AND ALOKE
EMPREENDIMENTOS E PARTICIPCOES LTDA, AND (II) RELATED LETTER
AGREEMENT BY AND BETWEEN MOSSI & GHISOLFI INTERNATIONAL
S.A.R.L., M&G CHEMICALS, S.A. AND M&G POLIMEROS BRAZIL, S.A.**

TO THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE:

Banco Nacional de Comercio Exterior, S.N.C., Institución de Banca de Desarrollo

("**Bancomext**") hereby files this reservation of rights concerning the *Debtors' Motion* (the

"**Motion**") *for Entry of an Order Approving (I) Settlement Agreement by and between Mossi &*

*Ghisolfi International S.A.R.L., M&G Polimeros Brazil, S.A., M&G Polimeros Mexico, S.A. de*

*C.V. and Aloke Empreendimentos e Participacoes Ltda and (II) Related Letter Agreement by and*

*between Mossi & Ghisolphi International S.A.R.L., M&G Chemicals, S.A. and M&G Polimeros*

*Brazil, S.A.* [D.I. 1387].  In support of this reservation of rights, Bancomext respectfully states as

---

[1]    The Debtors are the following twelve entities (the last four digits of their respective taxpayer
identification numbers follow in parentheses): M&G USA Corporation (3449) ("**M&G
USA**"), M & G Resins USA, LLC (3236) ("**M&G Resins**"), M&G Polymers USA, LLC
(7593), M & G Finance Corporation (4230), M & G Waters USA, LLC (2195) ("**M&G
Waters**"), Mossi & Ghisolfi International, S.à r.l. (1270), M&G Chemicals S.A. (1022),
M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc.
(7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The
Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston,
Texas 77067.

follows:

Bancomext has reviewed the Motion and discussed it with counsel for the Debtors.

Counsel for the Debtors has agreed to add the following language to any order granting the

Motion and approving the settlement described therein:

> Notwithstanding anything to the contrary in the Settlement Agreement or in any
> document or agreement related thereto, the settlement being approved by this
> Order shall not affect, alter, modify or release any intercompany claims that M&G
> Mexico may have against any of the debtors in the above-captioned cases,
> including M&G International or M&G Chemicals.

Bancomext does not object to the Motion so long such language is included in the Order,

but reserves all of its rights to object to the Motion in every other case.


Dated:  May 4, 2018                                  **FOX ROTHSCHILD LLP**


                                                    By: /s/ *Margaret M. Manning*
                                                    Jeffrey M. Schlerf (DE No. 3047)
                                                    Margaret M. Manning (DE No. 4183)
                                                    919 North Market Street, Suite 300
                                                    Wilmington, DE 19801
                                                    Telephone:    (302) 654-7444
                                                    Facsimile:     (302) 656-8920
                                                    jschlerf@foxrothschild.com

                                                    —and—

                                                    Roberto J. Kampfner (admitted pro hac vice)
                                                    Aaron Colodny (admitted pro hac vice)
                                                    **WHITE & CASE LLP**
                                                    555 South Flower Street, Suite 2700
                                                    Los Angeles, CA 90071
                                                    Telephone:    (213) 620-7700
                                                    Facsimile:     (213) 452-2329
                                                    rkampfner@whitecase.com

                                                    *Attorneys for Banco Nacional de Comercio*
                                                    *Exterior, S.N.C., Institución de Banca de*
                                                    *Desarrollo*