EXHIBIT A

Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 17-12307 (BLS)<br>)<br>) Jointly Administered<br>)<br>) **Related to ECF Nos. 350, 1387, 1456 & 1457** |

## ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 107(b), BANKRUPTCY RULE 9018 AND LOCAL RULE 9018-1, AUTHORIZING REDACTION AND SEALING

Upon the motion (the "Seal Motion"),[2] of the Official Committee of Unsecured Creditors of M & G USA Corporation, *et al.* (the "Committee"), pursuant to Bankruptcy Code sections 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1, for authorization to redact and file under seal certain portions of *Preliminary Objection of Official Committee of Unsecured Creditors To Debtors' Motion for Entry of an Order Approving (i) Settlement Agreement by and between Mossi & Ghisolfi International S.à.r.l., M&G Polimeros Brasil, S.A., M&G Chemicals, S.A., M&G Polimeros Mexico, S.A. de C.V. and Aloke Empreendimentos E Participações Ltda. and (ii) Related Letter Agreement* (the "Settlement Objection"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Seal Motion.

28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Seal Motion and determined that the legal and factual bases set forth in the Seal Motion establish just cause for the relief granted herein; and this Court having found and determined that the relief sought in the Seal Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Seal Motion is granted as set forth herein.

2. The Committee is authorized to file the Redacted Material of the Settlement Objection under seal.

3. The Redacted Material shall remain under seal and shall not be made available to anyone other than the Court and counsel for the Debtors without the consent of the Committee and the Debtors or without further order of this Court.

4. The Committee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: May ___, 2018
      Wilmington, Delaware

                                        _____
                                        Honorable Brendan L. Shannon
                                        Chief United States Bankruptcy Judge