# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>M & G USA Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered<br><br>**Related to Docket No. 1416** |

## CERTIFICATION OF NO OBJECTION REGARDING FIFTH MONTHLY FEE APPLICATION OF COLE SCHOTZ P.C., DELAWARE CO-COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCEOF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THEPERIOD FROM MARCH 1, 2018 THROUGH MARCH 31, 2018

The undersigned, Delaware co-counsel and conflicts counsel to the Official Committee of Unsecured Creditors in the above captioned cases (the "Committee"), hereby certifies as follows:

1. On April 27, 2018, the Fifth Monthly Fee Application of Cole Schotz P.C., Delaware Co-Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2018 Through March 31, 2018 (the "Application") (Docket No. 1416) was filed with the Court.

2. Objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on May 18, 2018 (the "Objection Deadline").

3. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

4. In accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 308], entered December 1, 2017, the Debtors are authorized to pay Cole Schotz P.C. 80% of the fees, $173,908.40 (80% of $217,385.50), and 100% of the expenses, $4,086.05, as requested in the Application.

Dated: May 21, 2018

**COLE SCHOTZ P.C.**

 /s/ J. Kate Stickles
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

*Counsel for the Official Committee of Unsecured Creditors*