<u>EXHIBIT A</u>

<u>Compensation Summary</u>

## EXHIBIT A

## M & G USA CORPORATION, *et al.*

### COMPENSATION BY PROJECT CATEGORY
### APRIL 1, 2018 THROUGH APRIL 30, 2018

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Section 363) | 0.10 | $74.50 |
| Case Administration | 2.10 | $921.00 |
| Committee Matters and Creditor Meetings | 2.20 | $1,385.00 |
| Fee Application Matters/Objections | 18.60 | $8,341.50 |
| Litigation/General | 131.90 | $73,829.00 |
| Retention Matters | 0.80 | $398.00 |
| Other Investigative Matters | 31.50 | $20,146.00 |
| Budgeting (Case) | 3.40 | $2,533.00 |
| **TOTAL** | **190.60** | **$107,628.00** |



1325 Avenue of the Americas
19th Floor
New York, NY 10019
212.752.8000   212.752.8393  fax
FEDERAL ID# 22-2113414
–
New Jersey
–
Delaware
–
Maryland
–
Texas
–
Florida

M&G USA CORP.

**Re:**   **Client/Matter No. 57321-0001**                                   Invoice No. 816321
        **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**              May 16, 2018

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|------|-----------|----------|-------|--------|
| | **ASSET DISPOSITIONS, SALES, USES, AND LEASES (SECTION** | | **0.10** | **$74.50** |
| 04/11/18 | REVIEW NOTICE OF APPEAL OF SALE ORDER | JKS | 0.10 | 74.50 |
| | **CASE ADMINISTRATION** | | **2.10** | **$921.00** |
| 04/04/18 | REVIEW CASE CALENDAR RE: UPCOMING DEADLINES (.1); EMAIL TO J. WHITWORTH RE: PENDING DEADLINES AND PREPARATION OF CERTIFICATIONS (.2) | JKS | 0.30 | 223.50 |
| 04/09/18 | REVIEW NOTICE OF RESCHEDULED HEARING ON DIP AND CONFERENCE WITH K. KARSTETTER RE: CASE CALENDAR | JKS | 0.10 | 74.50 |
| 04/09/18 | REVIEW NOTICE OF RESCHEDULED SALE AUCTION AND UPDATE CASE CALENDAR | KAK | 0.10 | 25.00 |
| 04/13/18 | REVIEW APRIL 16 HEARING AGENDA | JKS | 0.10 | 74.50 |
| 04/13/18 | UPDATE CASE CALENDAR | KAK | 0.10 | 25.00 |
| 04/13/18 | REVIEW CLAIMS AGENTS WEBSITE AND UPDATE SERVICE LIST | KAK | 0.10 | 25.00 |
| 04/15/18 | EMAIL EXCHANGE WITH D. HURST RE: CANCELED APRIL 16 HEARING | JKS | 0.10 | 74.50 |
| 04/17/18 | UPDATE CASE CALENDAR | KAK | 0.10 | 25.00 |
| 04/18/18 | EMAIL FROM D. GEOGHAN RE: TRANSCRIPT FROM OMNIBUS HEARING | KAK | 0.10 | 25.00 |
| 04/19/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: SALE HEARING TRANSCRIPT | JKS | 0.10 | 74.50 |
| 04/19/18 | REVIEW DOCKET AND UPDATE CASE CALENDAR | KAK | 0.20 | 50.00 |
| 04/20/18 | CONFERENCE WITH D. HURST RE: 4/25 TELEPHONIC HEARING | KAK | 0.10 | 25.00 |
| 04/20/18 | REVIEW NOTICE OF 4/25 TELEPHONIC HEARING AND UPDATE CASE CALENDAR RE: SAME | KAK | 0.10 | 25.00 |
| 04/23/18 | REVIEW AGENDA CANCELING APRIL 25 HEARING AND FOLLOW-UP WITH K. KARSTETTER RE: CASE SCHEDULING | JKS | 0.10 | 74.50 |
| 04/23/18 | UPDATE CASE CALENDAR | KAK | 0.10 | 25.00 |

**COLE SCHOTZ P.C.**

Re:   OFFICIAL COMMITTEE OF UNSECURED CREDITORS
      Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 2

| | | | | |
|---|---|---|---|---|
| 04/25/18 | UPDATE CASE CALENDAR | KAK | 0.10 | 25.00 |
| 04/27/18 | UPDATE CASE CALENDAR | KAK | 0.10 | 25.00 |
| 04/30/18 | EMAIL TO A. LEES RE: FILED PLEADINGS IN ADVERSARY | KAK | 0.10 | 25.00 |
| | **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | **2.20** | **$1,385.00** |
| 04/11/18 | PREPARE FOR AND ATTEND CALL WITH COMMITTEE AND COMMITTEE PROFESSIONALS RE: RECENT DEVELOPMENTS | DRH | 0.70 | 469.00 |
| 04/11/18 | PREPARE FOR AND PARTICIPATE ON WEEKLY COMMITTEE CALL | DFG | 0.70 | 413.00 |
| 04/17/18 | REVIEW AND ANALYZE EMAIL FROM P. SPRINGER TO COMMITTEE RE: STATUS REPORT | JKS | 0.20 | 149.00 |
| 04/17/18 | PREPARE FOR AND PARTICIPATE ON CALL WITH COMMITTEE PROFESSIONALS RE: PREPARATION FOR COMMITTEE MEETING | DFG | 0.60 | 354.00 |
| | **FEE APPLICATION MATTERS/OBJECTIONS** | | **18.60** | **$8,341.50** |
| 04/02/18 | PREPARE, FINALIZE, EFILE, AND COORDINATE SERVICE OF 1) BERKELEY RESEARCH, AND 2) GATTAI MONTHLY FEE APPLICATIONS | JCW | 1.00 | 175.00 |
| 04/02/18 | REVIEW EMAILS AND COMMUNICATION WITH K. STICKLES RE: PREPARATION, FINALIZING, EFILING, AND SERVICE OF 1) BERKELEY RESEARCH, AND 2) GATTAI MONTHLY FEE APPLICATIONS | JCW | 0.20 | 35.00 |
| 04/03/18 | CONFERENCE WITH J. WHITWORTH RE: CERTIFICATIONS FOR FEE APPLICATIONS (.1); REVIEW, REVISE AND EXECUTE CERTIFICATION RE: GATTAI, MINOLI, AGOSTINELLI, PARTNERS MONTHLY FEE STATEMENT (.1); REVIEW, REVISE AND EXECUTE CERTIFICATION RE: MILBANK MONTHLY FEE APPLICATION (.1); REVIEW, REVISE AND EXECUTE CERTIFICATION RE: COLE SCHOTZ MONTHLY FEE APPLICATION (.1); EMAIL TO J. WHITWORTH RE: CERTIFICATION FOR FILING (.1); REVIEW AND RESPOND TO EMAILS FROM P. SPRINGER RE: FEE APPLICATIONS (.1) | JKS | 0.60 | 447.00 |
| 04/03/18 | REVIEW EMAILS AND COMMUNICATION WITH K. STICKLES RE: FINALIZING, AND EFILING CERTIFICATION OF NO OBJECTION FOR 1) COLE SCHOTZ, 2) GATTAI, AND 3) MILBANK MONTHLY FEE APPLICATIONS | JCW | 0.20 | 35.00 |
| 04/03/18 | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE OF 1) BERKELEY RESEARCH, AND 2) GATTAI MONTHLY FEE APPLICATIONS | JCW | 0.30 | 52.50 |
| 04/04/18 | PREPARE, FINALIZE, AND EFILE CERTIFICATION OF NO OBJECTION OF 1) GATTAI MONTHLY FEE APPLICATION, AND 2) JEFFRIES CONSOLIDATED MONTHLY FEE APPLICATION | JCW | 0.90 | 157.50 |

| Date | Description | Initials | Hours | Amount |
|------|-------------|----------|-------|--------|
| 04/04/18 | COMMUNICATIONS WITH P. SPRINGER RE: FEE APPLICATIONS AND FILING CERTIFICATIONS OF NO OBJECTION (.2); EMAIL TO J. WHITWORTH RE: PREPARATION OF CNOS FOR GATTAI AND JEFFERIES (.1); REVIEW, REVISE AND EXECUTE CERTIFICATION RE: JEFFERIES MONTHLY FEE APPLICATION FOR FILING (.1) REVIEW, REVISE AND EXECUTE CERTIFICATION RE: GATTAI MONTHLY FEE APPLICATION FOR FILING (.1); FOLLOW-UP EMAIL EXCHANGE WITH P. SPRINGER RE: FILED CERTIFICATIONS (.1) | JKS | 0.60 | 447.00 |
| 04/04/18 | REVIEW EMAILS FROM K. STICKLES RE: PREPARATION OF NECESSARY CERTIFICATIONS | JCW | 0.20 | 35.00 |
| 04/06/18 | CONFERENCE AND EMAIL EXCHANGE WITH J. WHITWORTH RE: FEE APPLICATIONS AND CERTIFICATIONS (.2); REVIEW, REVISE AND EXECUTE CERTIFICATION RE: BRG SECOND FEE APPLICATION FOR FILING (.1); REVIEW, REVISE AND EXECUTE CERTIFICATION RE: BRG THIRD FEE APPLICATION FOR FILING (.1); REVIEW INTERIM COMPENSATION ORDER AND PREPARE CERTIFICATION FOR INTERIM APPLICATIONS (.2); REVIEW AND EXECUTE CERTIFICATION RE: MILBANK FIRST INTERIM FEE APPLICATION (.1); REVIEW AND EXECUTE CERTIFICATION RE: GATTAI FIRST INTERIM FEE APPLICATION (.1);  REVIEW AND EXECUTE CERTIFICATION RE: COLE SCHOTZ FIRST INTERIM FEE APPLICATION (.1); REVIEW AND EXECUTE CERTIFICATION RE: JEFFERIES FIRST INTERIM FEE APPLICATION (.1); REVIEW AND EXECUTE CERTIFICATION RE: BRG FIRST INTERIM FEE APPLICATION (.1); REVIEW EMAIL EXCHANGE WITH J. WHITWORTH AND P. SPRINGER RE: CERTIFICATIONS (.1) | JKS | 1.20 | 894.00 |
| 04/09/18 | REVIEW MARCH TIME DETAIL FOR PRIVILEGE AND COMPLIANCE WITH LOCAL RULES | DRH | 1.60 | 1,072.00 |
| 04/09/18 | PREPARE COLE SCHOTZ FEBRUARY FEE APPLICATION WITH EXHIBITS AND FORWARD TO D. HURST FOR REVIEW | KAK | 0.10 | 25.00 |
| 04/09/18 | PREPARE COLE SCHOTZ FEBRUARY FEE APPLICATION | KAK | 1.10 | 275.00 |
| 04/09/18 | EMAIL FROM D. HURST RE: COLE SCHOTZ FEBRUARY FEE APPLICATION | KAK | 0.10 | 25.00 |
| 04/11/18 | REVIEW REVISED FEBRUARY FEE APPLICATION, AND DRAFT COMMENTS RE: SAME (.4); DRAFT CORRESPONDENCE TO K. KARSTETTER RE: SAME (.1) | DRH | 0.50 | 335.00 |
| 04/11/18 | REVIEW EMAILS FROM K. KARSTETTER AND D. HURST RE: FEE APPLICATION (.1); EMAIL TO M. PRICE, ET AL., RE: COLE SCHOTZ FOURTH FEE APPLICATION (.1) | JKS | 0.20 | 149.00 |
| 04/12/18 | REVIEW EMAIL FROM P. SPRINGER RE: COLE SCHOTZ FEE APPLICATION, AND CONFERENCE WITH K. KARSTETTER RE: FILING OF APPLICATION | JKS | 0.10 | 74.50 |
| 04/13/18 | PREPARE COLE SCHOTZ FOURTH MONTHLY FEE APPLICATION FOR FILING AND FORWARD SAME TO D. HURST FOR REVIEW | KAK | 0.20 | 50.00 |

# COLE SCHOTZ P.C.

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS
        Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 4

| | | | | |
|---|---|---|---|---|
| 04/13/18 | PREPARE, EFILE AND SERVE COLE SCHOTZ FOURTH MONTHLY FEE APPLICATION | KAK | 0.50 | 125.00 |
| 04/16/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: FEE APPLICATION (.1); REVIEW MONTHLY FEE STATEMENT OF MILBANK, TWEED, HADLEY & MCCLOY LLP FOR FILING (.1); EMAIL EXCHANGE WITH K. KARSTETTER RE: FILING AND SERVICE OF MILBANK FEE APPLICATION (.1) | JKS | 0.30 | 223.50 |
| 04/17/18 | PREPARE, EFILE AND SERVE NOTICE OF REDUCTION IN FEES AND AMENDED EXHIBIT TO MILBANK FOURTH FEE APPLICATION | KAK | 0.50 | 125.00 |
| 04/17/18 | EMAIL TO UST RE: LEDES FILE FOR COLE SCHOTZ FOURTH FEE APPLICATION | KAK | 0.10 | 25.00 |
| 04/17/18 | PREPARE COLE SCHOTZ FIFTH MONTHLY FEE APPLICATION | KAK | 1.30 | 325.00 |
| 04/17/18 | EMAILS WITH P. SPRINGER RE: FILING OF NOTICE OF REDUCTION IN FEES AND AMENDED EXHIBIT TO MILBANK FOURTH FEE APPLICATION | KAK | 0.30 | 75.00 |
| 04/17/18 | REVIEW EMAILS FROM P. SPRINGER RE: MILBANK'S FOURTH MONTHLY FEE APPLICATION (.2); REVIEW NOTICE OF REDUCTION AND FILING OF AMENDED EXHIBIT A TO MILBANK'S FOURTH FEE APPLICATION (.1); EMAIL EXCHANGE WITH K. KARSTETTER RE: FILING AND SERVICE OF NOTICE (.1) | JKS | 0.40 | 298.00 |
| 04/17/18 | EMAIL TO D. HURST AND K. STICKLES RE: DRAFT OF COLE SCHOTZ FIFTH MONTHLY FEE APPLICATION | KAK | 0.10 | 25.00 |
| 04/18/18 | EMAIL FROM K. STICKLES RE: OMNIBUS INTERIM FEE ORDER (.1); REVIEW SAME RE: COMMITTEE PROFESSIONALS FEES (.2) | KAK | 0.30 | 75.00 |
| 04/18/18 | REVIEW EMAIL FROM J. MULVIHILL RE: DRAFT OMNIBUS FEE ORDER | JKS | 0.10 | 74.50 |
| 04/19/18 | REVIEW COLE SCHOTZ FEE TIME ENTRIES RE: COMPLIANCE AND EMAIL TO H. MCCOLLUM RE: SAME | JKS | 0.30 | 223.50 |
| 04/20/18 | CONFERENCE WITH J. MULVIHILL RE: DRAFT PROPOSED OMNIBUS FEE ORDER (.1); REVIEW EMAIL FROM K. KARSTETTER RE: PROFESSIONAL FEES (.1); EMAIL TO P. SPRINGER RE: COMMITTEE'S PROFESSIONAL'S QUARTERLY FEES/EXPENSES (.1); REVIEW EMAIL FROM P. SPRINGER RE: JEFFERIES FEES/EXPENSES (.1); EMAIL TO J. MULVIHILL RE: REVISION TO DRAFT PROPOSED OMNIBUS FEE ORDER (.1) | JKS | 0.50 | 372.50 |
| 04/23/18 | PREPARE NOTICE, EFILE AND SERVE GATTAI FIFTH FEE APPLICATION | KAK | 0.50 | 125.00 |
| 04/23/18 | EMAIL FROM P. SPRINGER RE: GATTAI FIFTH FEE APPLICATION | KAK | 0.10 | 25.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
       Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 5

| | | | | |
|---|---|---|---|---|
| 04/23/18 | REVIEW EMAIL FROM P. SPRINGER RE: GATTAI FEE APPLICATION (.1); REVIEW OMNIBUS ORDER APPROVING FIRST INTERIM FEE APPLICATIONS OF PROFESSIONALS (.1); REVIEW AND EXECUTE NOTICE RE: GATTAI MARCH FEE APPLICATION FOR FILING, INCLUDING COMMUNICATION WITH K. KARSTETTER (.1) | JKS | 0.30 | 223.50 |
| 04/23/18 | REVIEW EMAIL FROM P. SPRINGER RE: GATTAI APPLICATION (.1); REVIEW GATTAI MARCH FEE APPLICATION FOR FILING AND SERVICE (.1); REVIEW SIGNED OMNIBUS ORDER APPROVING INTERIM FEES (.1) | JKS | 0.30 | 223.50 |
| 04/23/18 | REVISE COLE SCHOTZ FIFTH FEE APPLICATION AND FORWARD SAME TO D. HURST FOR REVIEW | KAK | 0.20 | 50.00 |
| 04/24/18 | REVIEW EMAIL FROM D. HURST RE: COLE SCHOTZ FIFTH FEE APPLICATION (.1); REVIEW EXHIBIT TO FIFTH APPLICATION (.2); EMAIL TO P. SPRINGER RE: COLE SCHOTZ FEE APPLICATION (.1) | JKS | 0.40 | 298.00 |
| 04/24/18 | EMAILS WITH K. STICKLES AND S. ROBERTS RE: COLE SCHOTZ 5TH MONTHLY FEE APPLICATION | KAK | 0.20 | 50.00 |
| 04/24/18 | REVIEW EMAIL FROM P. SPRINGER RE: COLE SCHOTZ FEE APPLICATION AND FOLLOW-UP WITH K. KARSTETTER RE: SAME (.2) | JKS | 0.20 | 149.00 |
| 04/25/18 | EMAIL FROM P. SPRINGER RE: CERTIFICATIONS FOR FEE APPLICATIONS | KAK | 0.10 | 25.00 |
| 04/25/18 | PREPARE AND EFILE CERTIFICATE OF NO OBJECTION RE: BRG FEE APPLICATION | KAK | 0.40 | 100.00 |
| 04/25/18 | PREPARE AND EFILE CERTIFICATE OF NO OBJECTION RE: GATTAI FEE APPLICATION | KAK | 0.40 | 100.00 |
| 04/25/18 | PREPARE AND EFILE CERTIFICATE OF NO OBJECTION RE: MILBANK FEE APPLICATION | KAK | 0.40 | 100.00 |
| 04/25/18 | REVIEW EMAIL FROM P. SPRINGER RE: STATUS OF FILED FEE APPLICATIONS (.1); REVIEW AND EXECUTE CERTIFICATION RE: BRG FORTH FEE APPLICATION FOR FILING (.1); REVIEW, REVISE AND EXECUTE CERTIFICATION OF NO OBJECTION RE: GATTAI FOURTH FEE APPLICATION FOR FILING (.1); REVIEW, REVISE AND EXECUTE CERTIFICATION OF NO OBJECTION RE: MILBANK FOURTH FEE APPLICATION FOR FILING (.1); CONFERENCE WITH K. KARSTETTER RE: STATUS OF REVISION OF COLE SCHOTZ MARCH FEE APPLICATION (.1) | JKS | 0.50 | 372.50 |
| 04/27/18 | EMAILS WITH D. HURST RE: COLE SCHOTZ 5TH FEE APPLICATION | KAK | 0.10 | 25.00 |
| 04/27/18 | PREPARE, EFILE AND SERVE COLE SCHOTZ 5TH FEE APPLICATION | KAK | 0.50 | 125.00 |
| 04/27/18 | EMAIL TO UNITED STATES TRUSTEE RE: LEDES FILE FOR COLE SCHOTZ 5TH FEE APPLICATION | KAK | 0.10 | 25.00 |
| 04/27/18 | EMAIL EXCHANGE WITH D. HURST RE: COLE SCHOTZ FIFTH FEE APPLICATION | JKS | 0.10 | 74.50 |

# COLE SCHOTZ P.C.

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS
        Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 6

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)**　　　　　131.90　$73,829.00

| 04/17/18 | REVIEW EMAILS FROM P. SPRINGER AND D. GEOGHAN RE: BANCOMEXT ADVERSARY PROCEEDING AND APPEAL (.2); REVIEW BANCOMEXT ADVERSARY COMPLAINT (.4); REVIEW BANCOMEXT NOTICE OF APPEAL (.2) | JKS | 0.80 | 596.00 |
|---|---|---|---|---|
| 04/18/18 | REVIEW OBJECTIONS AND TRANSCRIPTS RELATED TO BANCOMEXT LITIGATION AND SALE OBJECTION | DFG | 2.30 | 1,357.00 |
| 04/18/18 | REVIEW MATERIALS RELATED TO BANCOMEXT LITIGATION AND APPEAL | DFG | 1.30 | 767.00 |
| 04/18/18 | PREPARE FOR AND PARTICIPATE ON CALL WITH COMMITTEE PROFESSIONALS RE: BANCOMEXT LITIGATION AND APPEAL | DFG | 1.20 | 708.00 |
| 04/18/18 | REVIEW MEMORANDUM RE: BANCOMEXT MOTIONS TO DISMISS, STATUS AND STRATEGY | DFG | 0.90 | 531.00 |
| 04/19/18 | TELEPHONE CALL WITH S. KOMROWER RE: INTERVENTION-RELATED RESEARCH | DGA | 0.30 | 102.00 |
| 04/19/18 | BEGIN TO DRAFT MOTION TO INTERVENE IN BANCOMEXT LITIGATION | FRY | 0.40 | 204.00 |
| 04/19/18 | RESEARCH RE: INTERVENTION-RELATED ISSUES | DGA | 3.80 | 1,292.00 |
| 04/19/18 | CONFERENCE WITH S. KOMROWER RE: BANCOMEXT ADVERSARY ACTION AND STRATEGY (.4) CONFERENCE WITH F. YUDKIN RE: PENDING BANCOMEXT ADVERSARY ACTION AND MOTION TO INTERVENE (.3); RESEARCH AND EMAIL TO F. YUDKIN RE: FORM OF COMMITTEE INTERVENTION MOTION (.2); REVIEW LOCAL RULE AND EMAIL EXCHANGE WITH S. KOMROWER AND F. YUDKIN RE: TIMING AND PROCESS OF MOTIONS IN ADVERSARY PROCEEDING (.3); CONFERENCE WITH S. KOMROWER RE: MOTION TO DISMISS (.2); REVIEW FOLLOW-UP EMAILS FROM F. YUDIN AND S. KOMROWER RE: FILINGS IN ADVERSARY ACTION (.3) | JKS | 1.70 | 1,266.50 |
| 04/19/18 | CONFERENCE CALL WITH COMMITTEE PROFESSIONALS RE: ISSUES AND ARGUMENTS FOR MOTION TO DISMISS BANCOMEXT COMPLAINT | SK | 0.50 | 387.50 |
| 04/19/18 | REVIEW CORRESPONDENCE AND DOCUMENTS RE: CASE STATUS | SK | 0.30 | 232.50 |
| 04/19/18 | PREPARE FOR AND TELEPHONE CALL WITH F. YUDKIN, K. STICKLES, D. AGIUS RE: INTERVENTION STRATEGY | SK | 0.70 | 542.50 |
| 04/19/18 | REVIEW AND ANALYZE STRATEGY FOR INTERVENTION, INCLUDING REVIEW OF APPLICABLE RULES | SK | 0.40 | 310.00 |
| 04/19/18 | DRAFT CORRESPONDENCE SUMMARIZING RESEARCH RE: INTERVENTION-RELATED ISSUES | DGA | 1.00 | 340.00 |
| 04/19/18 | REVIEW EMAILS RE: INTERVENTION AND MOTION TO DISMISS | FRY | 0.20 | 102.00 |
| 04/19/18 | REVIEW COMPLAINT AND SALE PLEADINGS | FRY | 1.40 | 714.00 |

# COLE SCHOTZ P.C.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 7

| 04/19/18 | REVIEW TRANSCRIPT OF SALE HEARING RE: BANCOMEXT COMPLAINT | FRY | 2.30 | 1,173.00 |
|---|---|---|---|---|
| 04/19/18 | CONFER WITH K. STICKLES RE: BANCOMEXT COMPLAINT | FRY | 0.30 | 153.00 |
| 04/19/18 | RESEARCH RE: MOTION TO INTERVENE IN BANCOMEXT LITIGATION | FRY | 2.60 | 1,326.00 |
| 04/20/18 | DRAFT AND REVISE MOTION TO INTERVENE IN ADVERSARY PROCEEDING | FRY | 7.40 | 3,774.00 |
| 04/20/18 | REVIEW DECISION RE: BANCOMEXT'S RULE 2004 MOTION TO TAKE DISCOVERY OF NON-DEBTOR MEXICAN ENTITIES | SK | 0.30 | 232.50 |
| 04/20/18 | REVIEW AND ANALYZE BANCOMEXT ISSUES | SK | 0.60 | 465.00 |
| 04/20/18 | CONFERENCE WITH F. YUDKIN RE: STRATEGY FOR MOTION TO DISMISS | SK | 0.20 | 155.00 |
| 04/20/18 | CALL WITH S. KOMROWER RE: RESEARCH | DGA | 0.20 | 68.00 |
| 04/20/18 | RESEARCH RE: ISSUES IN CONNECTION WITH INTERVENTION AND MOTION TO DISMISS | DGA | 5.50 | 1,870.00 |
| 04/20/18 | CORRESPONDENCE TO TEAM RE: MOTION TO DISMISS AND INTERVENTION STRATEGY UPDATE | SK | 0.30 | 232.50 |
| 04/20/18 | CONFERENCE WITH D. AGIUS RE: INTERVENTION RESEARCH | SK | 0.40 | 310.00 |
| 04/20/18 | TELEPHONE CALL WITH A. LEES RE: BANCOMEXT BACKGROUND | SK | 0.20 | 155.00 |
| 04/20/18 | RESEARCH RE: INTERVENTION AND MOTION TO DISMISS CASES (.5); CONFERENCE WITH D. AGIUS RE: SAME (.2) | SK | 0.70 | 542.50 |
| 04/20/18 | REVIEW NOTICE OF TELEPHONIC HEARING RE: BANCOMEXT DISCOVERY DISPUTE (.1); DRAFT CORRESPONDENCE TO D. GEOGHAN RE: SAME (.1) | SK | 0.20 | 155.00 |
| 04/20/18 | TELEPHONE CALL WITH AND DRAFT CORRESPONDENCE TO COMMITTEE PROFESSIONALS RE: BANCOMEXT DISCOVERY DISPUTE | SK | 0.20 | 155.00 |
| 04/20/18 | REVIEW AND RESPOND TO EMAILS RE: DISCOVERY IN BANCOMEXT | DFG | 0.60 | 354.00 |
| 04/23/18 | DRAFT MULTIPLE CORRESPONDENCE TO BRG RE: BANCOMEXT ISSUES | DFG | 0.50 | 295.00 |
| 04/23/18 | CONFERENCE WITH A. LEES RE DIP FINANCING AND SALE ISSUES | SK | 0.30 | 232.50 |
| 04/23/18 | TELEPHONE CALL WITH R. WRIGHT RE: PRE-PETITION DEBT STRUCTURE | SK | 0.50 | 387.50 |
| 04/23/18 | REVIEW AND ANALYZE CASE PLEADINGS AND RELATED DOCUMENTS IN CONNECTION WITH MOTION TO INTERVENE | SK | 3.80 | 2,945.00 |
| 04/23/18 | REVIEW LETTER TO COURT RE: BANCOMEXT'S MOTION FOR RULE 2004 EXAMINATION | JKS | 0.10 | 74.50 |
| 04/23/18 | REVIEW ADVERSARY DOCKET RE: ANSWER DEADLINE | JKS | 0.10 | 74.50 |

# COLE SCHOTZ P.C.

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS               Invoice No. 816321
            Client/Matter No. 57321-0001                                  May 16, 2018
                                                                                    Page 8

| Date | Description | | | |
|------|-------------|---|------|--------|
| 04/23/18 | DRAFT CORRESPONDENCE TO COMMITTEE PROFESSIONALS RE: BANCOMEXT DISCOVERY COURT CALL | SK | 0.20 | 155.00 |
| 04/23/18 | DRAFT CORRESPONDENCE TO CO-COUNSEL RE: MOTIONS TO INTERVENE AND DISMISS | SK | 0.20 | 155.00 |
| 04/23/18 | CONFERENCE WITH F. YUDKIN RE: MOTION TO DISMISS | SK | 0.20 | 155.00 |
| 04/23/18 | DRAFT AND REVISE MOTION TO INTERVENE | FRY | 2.20 | 1,122.00 |
| 04/23/18 | CONTINUE TO REVIEW AND ANALYZE BACKGROUND DOCUMENTS IN CONNECTION WITH MOTION TO INTERVENE | FRY | 3.40 | 1,734.00 |
| 04/23/18 | REVIEW RESEARCH RE: MOTION TO DISMISS ISSUES | FRY | 0.40 | 204.00 |
| 04/23/18 | MEETING WITH S. KOMROWER RE: MOTION TO DISMISS (.2); TELEPHONE CALL WITH R. WRIGHT RE: CAPITAL STRUCTURE (.5); ANALYSIS RE: SAME (.3) | FRY | 1.00 | 510.00 |
| 04/23/18 | BEGIN TO DRAFT MOTION TO DISMISS | FRY | 0.60 | 306.00 |
| 04/24/18 | RESEARCH RE: ADDITIONAL LEGAL THEORY IN CONNECTION WITH MOTION TO DISMISS | DGA | 2.00 | 680.00 |
| 04/24/18 | EMAIL TO D. HURST RE: LETTER FILED BY M&G MEXICO IN RESPONSE TO BANCOMEXT'S LETTER | KAK | 0.10 | 25.00 |
| 04/24/18 | TELEPHONE CALL WITH S. KOMROWER RE: RESEARCH IN CONNECTION WITH MOTION TO DISMISS | DGA | 0.70 | 238.00 |
| 04/24/18 | MEETING WITH F. YUDKIN RE: STRATEGY FOR MOTION TO DISMISS (.2); ANALYSIS RE: SAME (.3) | SK | 0.50 | 387.50 |
| 04/24/18 | REVIEW AND ANALYZE CASES IN CONNECTION WITH MOTION TO DISMISS | SK | 0.80 | 620.00 |
| 04/24/18 | REVIEW AND ANALYZE CHART OF CORPUS CHRISTI CAPITAL STRUCTURE | SK | 0.30 | 232.50 |
| 04/24/18 | MEETING WITH F. YUDKIN RE: MOTION TO DISMISS STRATEGY (.2); TELEPHONE CALLS WITH COMMITTEE PROFESSIONALS RE: BANCOMEXT BACKGROUND (.4); ANALYSIS RE: SAME (.7) | SK | 1.30 | 1,007.50 |
| 04/24/18 | TELEPHONE CALL WITH A. LEES RE: MOTION TO DISMISS | SK | 0.30 | 232.50 |
| 04/24/18 | TELEPHONE CALL WITH D. GEOGHAN RE: STATUS OF MOTION TO DISMISS | SK | 0.20 | 155.00 |
| 04/24/18 | REVIEW AND ANALYZE LEGAL ARGUMENTS FOR MOTION TO DISMISS, INCLUDING REVIEW OF CERTAIN CASES | SK | 1.50 | 1,162.50 |
| 04/24/18 | REVIEW RESPONSIVE LETTER RE: BANCOMEXT'S APRIL 23 LETTER (.1); REVIEW AND RESPOND TO EMAIL FROM F. YUDKIN RE: APPELLANT DESIGNATION (.2) | JKS | 0.30 | 223.50 |
| 04/24/18 | TELEPHONE CALL TO JONES DAY RE: BANCOMEXT ADVERSARY | FRY | 0.20 | 102.00 |
| 04/24/18 | RESEARCH RE: ADDITIONAL BASIS FOR MOTION TO DISMISS | FRY | 2.10 | 1,071.00 |

## COLE SCHOTZ P.C.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 9

| 04/24/18 | REVIEW CORRESPONDENCE RE: GROUNDS FOR MOTION TO DISMISS | FRY | 0.40 | 204.00 |
| 04/24/18 | REVIEW RESEARCH IN CONNECTION WITH MOTION TO DISMISS, AND DRAFT NOTES RE: SAME | FRY | 0.70 | 357.00 |
| 04/24/18 | BEGIN TO DRAFT BACKGROUND TO MOTION TO DISMISS | FRY | 0.50 | 255.00 |
| 04/24/18 | MEETING WITH S. KOMROWER RE: MOTION TO DISMISS STRATEGY (.9); ANALYSIS RE: SAME (.4) | FRY | 1.30 | 663.00 |
| 04/24/18 | REVIEW AND ANALYZE CHART OF CORPUS CHRISTI DEBT STRUCTURE | FRY | 0.30 | 153.00 |
| 04/24/18 | REVIEW AND ANALYZE SETTLEMENT TERM SHEET RE: TREATMENT OF CERTAIN CLAIM | FRY | 0.40 | 204.00 |
| 04/24/18 | TELEPHONE CALL WITH R. WRIGHT RE: DEBT STRUCTURE | FRY | 0.20 | 102.00 |
| 04/24/18 | RESEARCH RE: LEGAL THEORIES FOR MOTION TO DISMISS | FRY | 1.10 | 561.00 |
| 04/24/18 | TELEPHONE CALL WITH S. KOMROWER RE: MOTION TO DISMISS | FRY | 0.50 | 255.00 |
| 04/25/18 | TELEPHONE CALL WITH D. GEOGHAN RE: STATUS OF ALLOCATION, CASE ISSUES AND FOLLOW UP FOR 4/30/18 FILINGS | SK | 0.20 | 155.00 |
| 04/25/18 | RESEARCH RE: MOTION TO DISMISS ARGUMENTS | DGA | 3.50 | 1,190.00 |
| 04/25/18 | RESEARCH RE: MOTION TO DISMISS ARGUMENT | RWH | 3.70 | 1,054.50 |
| 04/25/18 | REVIEW AND ANALYZE DEBTORS' INITIAL DRAFT OF MOTION TO DISMISS | SK | 1.00 | 775.00 |
| 04/25/18 | TELEPHONE CALL WITH S. KOMROWER RE: MOTION TO DISMISS | FRY | 0.30 | 153.00 |
| 04/25/18 | REVIEW APPELLANT DESIGNATION AND FORWARD TO S. KOMROWER AND F. YUDKIN (.2); COMMUNICATIONS WITH F. YUDKIN RE: 12(B) MOTION (.2); RESEARCH RE: 12(B) STANDARD AND EMAIL TO F. YUDKIN RE: SAME (.7) | JKS | 1.10 | 819.50 |
| 04/25/18 | REVIEW AND ANALYZE CORRESPONDENCE RE: MOTION TO DISMISS STRATEGY | SK | 0.70 | 542.50 |
| 04/25/18 | PREPARE FOR AND ATTEND TELEPHONIC HEARING ON BANCOMEXT MOTION TO COMPEL FROM M&G MEXICO (PORTION OF CALL) | SK | 0.50 | 387.50 |
| 04/25/18 | REVIEW AND ANALYZE CASE LAW SUPPORTING MOTION TO DISMISS | SK | 2.50 | 1,937.50 |
| 04/25/18 | MEETING WITH F. YUDKIN RE: STRATEGY AND ISSUES FOR MOTION TO DISMISS | SK | 0.50 | 387.50 |
| 04/25/18 | CONFERENCE WITH A. LEES RE: MOTION TO DISMISS, RELATED ISSUES | SK | 0.30 | 232.50 |
| 04/25/18 | RESEARCH RE: MOTION TO DISMISS | FRY | 2.80 | 1,428.00 |
| 04/25/18 | ATTEND TELEPHONIC HEARING RE: BANCOMEXT DISCOVERY | FRY | 0.30 | 153.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 10

| | | | | |
|---|---|---|---|---|
| 04/25/18 | DRAFT SUPPLEMENT TO MOTION TO DISMISS | FRY | 4.90 | 2,499.00 |
| 04/26/18 | CORRESPOND WITH S. KOMROWER, F. YUDKIN, AND MILBANK TEAM RE: MOTION TO DISMISS RESEARCH | RWH | 1.20 | 342.00 |
| 04/26/18 | DRAFT MULTIPLE CORRESPONDENCE TO A. LEES RE: MOTION TO DISMISS | SK | 0.90 | 697.50 |
| 04/26/18 | REVIEW MOTION TO INTERVENE ORDER | SK | 0.20 | 155.00 |
| 04/26/18 | CONFERENCE CALL WITH A. LEES, K. STICKLES, D. GEOGHAN RE: INTERVENTION IN APPEAL AND STRATEGY | SK | 0.40 | 310.00 |
| 04/26/18 | REVIEW TRANSCRIPTS OF 3/27 AND 3/28 SALE HEARINGS IN CONNECTION WITH ANALYSIS OF LEGAL THEORIES FOR MOTION TO DISMISS | SK | 2.80 | 2,170.00 |
| 04/26/18 | DRAFT CORRESPONDENCE TO K. STICKLES RE: APPEAL INTERVENTION WORK AND PREPARATION | SK | 0.40 | 310.00 |
| 04/26/18 | CORRESPONDENCE TO A. LEES RE: MOTION TO DISMISS | SK | 0.20 | 155.00 |
| 04/26/18 | CONFERENCE WITH K. STICKLES RE: DELAWARE PROCESS, RULES, STRATEGY FOR MOTION TO INTERVENE IN APPEAL | SK | 0.20 | 155.00 |
| 04/26/18 | EMAILS WITH A. LEES AND K. STICKLES RE: BANCOMEXT APPEAL | KAK | 0.20 | 50.00 |
| 04/26/18 | RESEARCH RE: STANDARDS ON APPEAL | SK | 0.30 | 232.50 |
| 04/26/18 | CONFERENCE WITH CO-COUNSEL RE: MOTION TO DISMISS | SK | 0.20 | 155.00 |
| 04/26/18 | REVIEW BANCOMEXT APPEAL DOCKET, DESIGNATION, SEAL MOTION, (.6); EMAIL EXCHANGE WITH A. LEES RE: APPEAL AND UPCOMING DEADLINES, INCLUDING REVIEW OF RULES (.3); RESEARCH RE: INTERVENTION (1.3); EMAIL TO B. LANSINGER RE: ADDITIONAL RESEARCH (.1); CONFERENCES WITH A. LEES AND S. KOMROWER RE: APPEAL, INTERVENTION AND STRATEGY (.4); EMAILS TO A. LEES, ET AL. RE: FORM OF MOTION AND STIPULATION RE: INTERVENTION (.3); CONFERENCE WITH S. KOMROWER RE: APPEAL (.2) | JKS | 3.20 | 2,384.00 |
| 04/26/18 | REVISE MOTION TO INTERVENE IN BANCOMEXT | SK | 1.00 | 775.00 |
| 04/26/18 | CONTINUE TO DRAFT AND REVISE MOTION TO INTERVENE | FRY | 1.90 | 969.00 |
| 04/26/18 | DRAFT EMAIL TO CO-COUNSEL RE MOTION TO DISMISS | FRY | 0.90 | 459.00 |
| 04/26/18 | LEGAL RESEARCH RE: ADDITIONAL GROUNDS FOR MOTION TO DISMISS | FRY | 0.80 | 408.00 |
| 04/26/18 | RESEARCH RE: INTERVENTION IN DISTRICT COURT | FRY | 1.10 | 561.00 |
| 04/26/18 | REVIEW EMAILS AND  PARTICIPATE ON CALL RE: BANCOMEXT STRATEGY AND STATUS | DFG | 1.10 | 649.00 |
| 04/26/18 | EMAIL WITH K. STICKLES RE: UPCOMING CASE FILINGS | KAK | 0.10 | 25.00 |

# COLE SCHOTZ P.C.

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS              Invoice No. 816321
         Client/Matter No. 57321-0001                                          May 16, 2018
                                                                   Page 11

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 04/26/18 | TELEPHONE CALL WITH K. STICKLES RE: FILING AND SERVICE OF PLEADINGS IN ADVERSARY | KAK | 0.10 | 25.00 |
| 04/27/18 | ANALYZE INTERVENTION ISSUES | SK | 0.30 | 232.50 |
| 04/27/18 | ANALYZE ISSUES RE: MOTION TO DISMISS AND INTERVENTION | SK | 1.20 | 930.00 |
| 04/27/18 | CONFERENCE WITH F. YUDKIN RE: STATUS OF ADVERSARY PLEADINGS AND DISTRICT COURT INTERVENTION (.3); COMMUNICATIONS WITH B. LANSINGER RE: INTERVENTION RESEARCH (.2); REVIEW AND ANALYZE RESEARCH FINDINGS (.3); REVIEW EMAILS FROM A. LEES, J. SOITTLE AND R. KAMPFNER RE: COMMITTEE INTERVENTION IN APPEAL (.2); COMMUNICATIONS WITH A. LEES AND F. YUDKIN RE: INTERVENTION STIPULATION (.2); REVIEW AND REVISE DRAFT INTERVENTION STIPULATION (.2); REVIEW AND REVISE SERVICE PARTIES RE: ADVERSARY AND APPEAL (.2); MULTIPLE EMAILS WITH J. WOLF AND A. LEES RE: PROCEDURE, INCLUDING REVIEW OF RULES (.4); REVIEW AND REVISE NOTICE OF APPEARANCE AND MULTIPLE PRO HAC MOTIONS RE: APPEAL, INCLUDING COMMUNICATIONS WITH A. LEES AND S. KOMROWER (.5); REVIEW AND REVISE DRAFT INTERVENTION STIPULATION, INCLUDING COMMUNICATION WITH F. YUDKIN AND A. LEES (.5); REVIEW EMAILS FROM, AND CONFERENCE WITH, F. YUDKIN RE: JOINDER (.3); REVIEW EMAIL FROM A. LEES, J. SOITTLE AND R. KAMPFNER RE: DISTRICT COURT INTERVENTION STIPULATION (.2); EMAIL EXCHANGES WITH C. NEFF AND J. MULVIHILL RE: CONSENT TO EXECUTE AND FILE STIPULATION (.2); REVISE AND FINALIZE STIPULATION FOR FILING, INCLUDING COMMUNICATIONS WITH K. KARSTETTER RE: FILING AND SERVICE OF STIPULATION (.2); REVIEW AND REVISE JOINDER AND SUPPLEMENTAL MEMORANDUM OF LAW RE: MOTION TO DISMISS, INCLUDING EMAIL EXCHANGE WITH J. WOLF (1.1); REVIEW AND REVISE DRAFT MOTION TO INTERVENE (.5); MULTIPLE EMAIL EXCHANGES WITH F. YUDKIN RE: FINALIZING MOTION TO INTERVENE AND PROPOSED ORDER (.2); COMMUNICATIONS WITH K. KARSTETTER RE: APRIL 30 FILINGS (.2); FOLLOW-UP EMAIL EXCHANGE WITH F. YUDKIN RE: DRAFT PLEADINGS (.2) | JKS | 6.10 | 4,544.50 |
| 04/27/18 | REVIEW REVISED DRAFT OF DEBTORS' MOTION TO DISMISS | SK | 0.60 | 465.00 |
| 04/27/18 | MULTIPLE EMAILS WITH K. STICKLES RE: MOTION TO INTERVENE AND MOTION TO DISMISS | FRY | 0.20 | 102.00 |
| 04/27/18 | REVIEW CORRESPONDENCE RE: JOINDER | FRY | 0.20 | 102.00 |
| 04/27/18 | DRAFT MOTION TO INTERVENE IN DISTRICT COURT | FRY | 0.40 | 204.00 |
| 04/27/18 | DRAFT AND REVISE STIPULATION RE: INTERVENTION IN APPEAL | FRY | 1.40 | 714.00 |
| 04/27/18 | CONTINUE TO DRAFT AND REVISE MOTION TO INTERVENE | FRY | 2.10 | 1,071.00 |
| 04/27/18 | REVIEW JOINDER AND SUPPLEMENTAL MEMORANDUM RE: MOTION TO DISMISS | FRY | 1.10 | 561.00 |

# COLE SCHOTZ P.C.

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
       Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 12

| Date | Description | | | |
|---|---|---|---|---|
| 04/27/18 | CONFERENCE WITH K. STICKLES RE: STATUS OF ADVERSARY PROCEEDING AND DISTRICT COURT INTERVENTION | FRY | 0.30 | 153.00 |
| 04/27/18 | DRAFT CORRESPONDENCE TO K. STICKLES AND A. LEES RE: INTERVENTION STIPULATION | FRY | 0.20 | 102.00 |
| 04/27/18 | CONFERENCE WITH K. STICKLES RE: FILING OF MOTION TO INTERVENE IN ADVERSARY | KAK | 0.10 | 25.00 |
| 04/27/18 | RESEARCH AND ANALYSIS RE: STANDING TO FILE MOTION ON APPEAL | BNL | 2.10 | 640.50 |
| 04/27/18 | REVIEW CORRESPONDENCE FROM MULTIPLE PARTIES RE: INTERVENTION, MOTION TO DISMISS AND APPEAL HANDLING (.3); TELEPHONE CALL WITH F. YUDKIN RE: SAME (.2) | SK | 0.50 | 387.50 |
| 04/27/18 | EMAILS WITH K. STICKLES RE: FILING OF STIPULATION AND ORDER TO INTERVENE IN APPEAL | KAK | 0.20 | 50.00 |
| 04/27/18 | PREPARE STIPULATION AND ORDER TO INTERVENE IN APPEAL FOR FILING AND FORWARD TO K. STICKLES AND F. YUDKIN FOR REVIEW | KAK | 0.20 | 50.00 |
| 04/27/18 | EFILE AND SERVE STIPULATION AND ORDER TO INTERVENE IN APPEAL | KAK | 0.30 | 75.00 |
| 04/30/18 | EMAILS RE: CONSENT TO INTERVENTION (.3); CONFER WITH DELAWARE OFFICE RE: STIPULATION ON INTERVENTION (.2); REVISE MOTION TO INTERVENE AND PROPOSED ORDER (.4); CONFER WITH A. LEES RE: MOTION TO INTERVENE (.2); REVIEW MOTION TO DISMISS AND PREPARE FOR FILING (.8); COORDINATE FILING AND SERVICE OF MOTION TO DISMISS (.3) | FRY | 2.20 | 1,122.00 |
| 04/30/18 | REVIEW EMAIL FROM A. LEES RE: INTERVENTION IN ADVERSARY (.1); EMAIL EXCHANGE WITH F. YUDKIN RE: DELAWARE INTERVENTION PROCESS (.1); REVIEW JOINDER AND SUPPLEMENTAL MEMORANDUM OF LAW RE: MOTION TO DISMISS AND MOTION TO INTERVENE FOR FILING (.7) | JKS | 0.90 | 670.50 |
| 04/30/18 | ANALYZE ISSUES RE: INTERVENTION | SK | 0.50 | 387.50 |
| 04/30/18 | TELEPHONE CALLS WITH F. YUDKIN RE: FILING OF MOTION TO INTERVENE IN ADVERSARY AND BRIEF IN SUPPORT | KAK | 0.20 | 50.00 |
| 04/30/18 | EMAILS WITH A. LEES AND J. WOLF RE: REVISIONS TO BRIEF IN SUPPORT OF MOTION TO INTERVENE | KAK | 0.20 | 50.00 |
| 04/30/18 | REVISE BRIEF IN SUPPORT OF MOTION TO INTERVENE AND FORWARD SAME TO F. YUDKIN FOR REVIEW | KAK | 0.40 | 100.00 |
| 04/30/18 | PREPARE MOTION TO INTERVENE AND BRIEF IN SUPPORT OF MOTION FOR FILING AND FORWARD SAME TO F. YUDKIN FOR REVIEW | KAK | 0.50 | 125.00 |
| 04/30/18 | CONTINUE TO REVISE MOTION TO INTERVENE AND BRIEF IN SUPPORT OF MOTION AND EMAILS WITH F. YUDKIN RE: SAME | KAK | 0.40 | 100.00 |

# COLE SCHOTZ P.C.

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
        Client/Matter No. 57321-0001

Invoice No. 816321
May 16, 2018
Page 13

| Date | Description | | Hours | Amount |
|------|-------------|------|-------|--------|
| 04/30/18 | PREPARE, EFILE AND SERVE MOTION TO INTERVENE | KAK | 0.60 | 150.00 |
| 04/30/18 | PREPARE, EFILE AND SERVE BRIEF IN SUPPORT OF MOTION TO INTERVENE | KAK | 0.60 | 150.00 |
| | **RETENTION MATTERS** | | **0.80** | **$398.00** |
| 04/17/18 | EMAIL EXCHANGES WITH P. SPRINGER RE: MILBANK'S SUPPLEMENTAL DECLARATION (.2); REVIEW SUPPLEMENTAL DECLARATION FOR FILING (.1); EMAIL TO K. KARSTETTER RE: AUTHORITY TO FILE SUPPLEMENTAL DECLARATION (.1) | JKS | 0.40 | 298.00 |
| 04/17/18 | EMAILS WITH P. SPRINGER AND K. STICKLES RE: FILING OF SUPPLEMENTAL RAVAL AFFIDAVIT RE: MILBANK RETENTION | KAK | 0.20 | 50.00 |
| 04/17/18 | PREPARE, EFILE AND SERVE SUPPLEMENTAL RAVAL AFFIDAVIT RE: MILBANK RETENTION | KAK | 0.20 | 50.00 |
| | **OTHER INVESTIGATIVE MATTERS** | | **31.50** | **$20,146.00** |
| 04/02/18 | CONFERENCE WITH D. GEOGHAN RE: DISCOVERY | RTJ | 0.10 | 51.00 |
| 04/02/18 | CONFERENCE WITH Y. FRENCH RE: DISCOVERY | RTJ | 0.30 | 153.00 |
| 04/06/18 | REVIEW CORRESPONDENCE FROM MILBANK RE: ITALY SETTLEMENT | RTJ | 0.10 | 51.00 |
| 04/09/18 | ANALYZE ISSUES RE: POTENTIAL RELEASE OF CAUSES OF ACTION | DFG | 0.90 | 531.00 |
| 04/09/18 | CONFERENCE WITH D. GEOGHAN RE: REVIEW OF POTENTIAL CLAIMS AND CAUSES OF ACTION | RTJ | 0.20 | 102.00 |
| 04/09/18 | DRAFT CORRESPONDENCE TO Y. FRENCH RE: POTENTIAL CLAIMS AND CAUSES OF ACTION | RTJ | 0.20 | 102.00 |
| 04/09/18 | CONFERENCE WITH J. BURKE RE: STATUS OF POTENTIAL CLAIMS AND CAUSES OF ACTION | RTJ | 0.50 | 255.00 |
| 04/09/18 | CONFERENCE WITH D. GEOGHAN RE: NEXT STEPS RE: POTENTIAL CLAIMS AND CAUSES OF ACTION | RTJ | 0.20 | 102.00 |
| 04/09/18 | REVIEW AND ANALYZE DOCUMENTS IN DATA ROOM | RTJ | 0.70 | 357.00 |
| 04/10/18 | DRAFT CORRESPONDENCE TO L. GATES RE: POTENTIAL CLAIMS ISSUES | RTJ | 0.10 | 51.00 |
| 04/10/18 | CONFERENCE WITH J. BURKE RE: POTENTIAL CLAIMS ISSUES | RTJ | 0.50 | 255.00 |
| 04/12/18 | PREPARE FOR AND ATTEND CALL RE: STATUS OF OF POTENTIAL CLAIMS ISSUES AND NEXT STEPS | DRH | 0.80 | 536.00 |
| 04/12/18 | REVIEW DOCUMENTS AND ATTEND CALL WITH I. VOLKOV RE: M&G POLIMEROS BRASIL S.A./COMERICA DISPUTE | DFG | 0.60 | 354.00 |
| 04/12/18 | TELEPHONE CALL WITH D. GEOGHAN RE: M&G POLIMEROS BRASIL S.A./COMERICA DISPUTE | IXV | 0.20 | 144.00 |
| 04/12/18 | COMMENCE REVIEW OF DOCUMENTS IN CONNECTION WITH ANALYSIS OF M&G POLIMEROS BRASIL S.A./COMERICA DISPUTE | IXV | 1.80 | 1,296.00 |

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 04/12/18 | PREPARE FOR AND PARTICIPATE ON CALL WITH COMMITTEE PROFESSIONALS RE: STATUS OF AND STRATEGY RE: POTENTIAL CLAIMS ISSUES | DFG | 0.60 | 354.00 |
| 04/13/18 | CONTINUE TO REVIEW DOCUMENTS/PLEADINGS IN CONNECTION WITH ANALYSIS OF M&G POLIMEROS BRASIL S.A./COMERICA DISPUTE | IXV | 2.90 | 2,088.00 |
| 04/15/18 | FURTHER REVIEW OF DOCUMENTS AND ANALYSIS OF ISSUES IN CONNECTION M&G POLIMEROS BRASIL S.A./COMERICA DISPUTE | IXV | 1.40 | 1,008.00 |
| 04/16/18 | DRAFT MEMORANDUM TO COMMITTEE RE: COMERICA/POLIMEROS DISPUTE, INCLUDING REVIEW OF ADDITIONAL DOCUMENTS | IXV | 6.30 | 4,536.00 |
| 04/16/18 | PREPARE SLIDE DECK FOR COMMITTEE RE: COMERICA/POLIMEROS DISPUTE (.3); REVIEW MEMORANDUM RE: SAME (.2) | RTJ | 0.50 | 255.00 |
| 04/16/18 | REVIEW AND ANALYZE MEMORANDA RE: COMERICA/POLIMEROS DISPUTE, INCLUDING REVIEW OF CERTAIN UNDERLYING DOCUMENTS | DFG | 1.80 | 1,062.00 |
| 04/16/18 | DRAFT PRESENTATION TO COMMITTEE RE: COMERICA/POLIMEROS DISPUTE | DFG | 2.90 | 1,711.00 |
| 04/16/18 | CONFERENCE WITH I. VOLKOV RE: BACKGROUND RELEVANT TO ANALYSIS OF COMERICA/POLIMEROS DISPUTE | RTJ | 0.30 | 153.00 |
| 04/17/18 | REVIEW AND REVISE PRESENTATION FOR COMMITTEE RE: COMERICA/POLIMEROS | IXV | 0.90 | 648.00 |
| 04/17/18 | REVIEW AND REVISE PRESENTATION TO COMMITTEE RE: COMERICA/POLIMEROS | JKS | 0.40 | 298.00 |
| 04/17/18 | REVIEW PRESENTATION FOR COMMITTEE RE: COMERICA/POLIMEROS, AND DRAFT COMMENTS RE: SAME | RTJ | 0.30 | 153.00 |
| 04/17/18 | REVIEW AND FINALIZE PRESENTATION TO COMMITTEE RE: POLIMEROS/COMERICA DISPUTE | DFG | 2.80 | 1,652.00 |
| 04/18/18 | PREPARE FOR AND PARTICIPATE ON CALL WITH COMMITTEE PROFESSIONALS RE: POLIMEROS/COMERICA DISPUTE | DFG | 1.40 | 826.00 |
| 04/18/18 | REVISE PRESENTATION RELATED TO POLIMEROS/COMERICA DISPUTE | DFG | 0.90 | 531.00 |
| 04/24/18 | REVIEW AND REVISE PRESENTATION TO THE COMMITTEE ON COMERICA DISPUTE | DFG | 0.90 | 531.00 |
| **BUDGETING (CASE)** | | | **3.40** | **$2,533.00** |
| 04/23/18 | REVIEW, REVISE AND UPDATE QUARTERLY CASE BUDGET, INCLUDING EMAIL WITH D. HURST AND D. GEOGHAN RE: LITIGATION TASKS (1.8); CONFERENCE WITH P. SPRINGER RE: PROFESSIONAL BUDGET (.2); REVIEW EMAIL FROM P. SPRINGER RE: BUDGET (.1) | JKS | 2.10 | 1,564.50 |
| 04/24/18 | REVISION OF CASE LITIGATION BUDGET | JKS | 1.30 | 968.50 |

TOTAL HOURS     190.60

PROFESSIONAL SERVICES:                                    $  107,628.00

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JOHN WHITWORTH | PARALEGAL CLERK | 2.80 | 175.00 | 490.00 |
| STUART KOMROWER | MEMBER | 30.50 | 775.00 | 23,637.50 |
| ILANA VOLKOV | MEMBER | 13.50 | 720.00 | 9,720.00 |
| J. KATE STICKLES | MEMBER | 25.70 | 745.00 | 19,146.50 |
| DAVID HURST | MEMBER | 3.60 | 670.00 | 2,412.00 |
| FELICE R. YUDKIN | MEMBER | 51.00 | 510.00 | 26,010.00 |
| RYAN T. JARECK | MEMBER | 4.00 | 510.00 | 2,040.00 |
| DANIEL F. GEOGHAN | MEMBER | 22.00 | 590.00 | 12,980.00 |
| REBECCA W. HOLLANDER | ASSOCIATE | 4.90 | 285.00 | 1,396.50 |
| DANIEL G. AGIUS | ASSOCIATE | 17.00 | 340.00 | 5,780.00 |
| BRIANNE N. LANSINGER | ASSOCIATE | 2.10 | 305.00 | 640.50 |
| KIMBERLY A. KARSTETTER | PARALEGAL | 13.50 | 250.00 | 3,375.00 |

EXHIBIT B

Expense Summary

<u>**EXHIBIT B**</u>

**M & G USA CORPORATION,** *et al.*

**EXPENSE SUMMARY**
**APRIL 1, 2018 THROUGH APRIL 30, 2018**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying/Printing/Scanning (1,695 pages @ $.10/page) | | $169.50 |
| Conference Calls | | $31.38 |
| Legal Research | Westlaw | $888.96 |
| Messenger Service | Parcels, Inc. | $72.50 |
| Outside Printing | Parcels, Inc. | $2,350.03 |
| Transcript | Reliable | $86.40 |
| Working Meals | | $148.00 |
| **TOTAL** | | **$3,746.77** |

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 03/18/18 | CONFERENCE CALL | 13.55 |
| 03/21/18 | CONFERENCE CALL | 17.83 |
| 03/22/18 | OUTSIDE PRINTING - PARCELS, INC | 326.00 |
| 03/26/18 | WORKING LUNCH FOR L. DOYLE, B. KINNEY, M. PRICE, D. GEOGHAN, K. STICKLES | 148.00 |
| 03/28/18 | OUTSIDE PRINTING - PARCELS, INC | 30.00 |
| 03/29/18 | OUTSIDE PRINTING - PARCELS, INC | 7.50 |
| 03/29/18 | OUTSIDE PRINTING - PARCELS, INC | 37.50 |
| 03/29/18 | OUTSIDE PRINTING - PARCELS, INC | 1,354.08 |
| 03/30/18 | OUTSIDE PRINTING - PARCELS, INC | 27.50 |
| 03/30/18 | DEPOSITIONS TRANSCRIPT - RELIABLE WILMINGTON | 86.40 |
| 04/02/18 | OUTSIDE PRINTING - PARCELS, INC | 112.55 |
| 04/04/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.50 |
| 04/04/18 | PHOTOCOPYING / PRINTING / SCANNING | 6.70 |
| 04/04/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.90 |
| 04/04/18 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 04/04/18 | PHOTOCOPYING / PRINTING / SCANNING | 3.40 |
| 04/09/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.20 |
| 04/09/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.10 |
| 04/09/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/09/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.50 |
| 04/09/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.00 |
| 04/11/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.20 |
| 04/16/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.50 |
| 04/17/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.90 |
| 04/17/18 | OUTSIDE PRINTING - PARCELS, INC | 264.90 |
| 04/18/18 | PHOTOCOPYING / PRINTING / SCANNING | 3.70 |
| 04/18/18 | PHOTOCOPYING / PRINTING / SCANNING | 8.10 |
| 04/19/18 | ONLINE RESEARCH | 44.94 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 6.10 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 22.10 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 7.20 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 8.10 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.80 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.00 |

# COLE SCHOTZ P.C.

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS              Invoice No. 816321
         Client/Matter No. 57321-0001                                 May 16, 2018
                                                              Page 17

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 23.00 |
| 04/19/18 | PHOTOCOPYING / PRINTING / SCANNING | 23.00 |
| 04/20/18 | ONLINE RESEARCH | 77.52 |
| 04/20/18 | OUTSIDE PRINTING - PARCELS, INC | 147.80 |
| 04/23/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.10 |
| 04/23/18 | PHOTOCOPYING / PRINTING / SCANNING | 5.70 |
| 04/23/18 | PHOTOCOPYING / PRINTING / SCANNING | 5.70 |
| 04/23/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.20 |
| 04/24/18 | ONLINE RESEARCH | 41.37 |
| 04/24/18 | ONLINE RESEARCH | 213.71 |
| 04/24/18 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 04/24/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.60 |
| 04/25/18 | ONLINE RESEARCH | 98.47 |
| 04/25/18 | ONLINE RESEARCH | 100.12 |
| 04/25/18 | ONLINE RESEARCH | 150.48 |
| 04/25/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.00 |
| 04/26/18 | ONLINE RESEARCH | 7.70 |
| 04/26/18 | ONLINE RESEARCH | 7.70 |
| 04/26/18 | ONLINE RESEARCH | 39.32 |
| 04/27/18 | ONLINE RESEARCH | 15.40 |
| 04/27/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.30 |
| 04/27/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.50 |
| 04/27/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.60 |
| 04/27/18 | OUTSIDE PRINTING - PARCELS, INC | 52.50 |
| 04/27/18 | OUTSIDE PRINTING - PARCELS, INC | 62.20 |
| 04/30/18 | ONLINE RESEARCH | 92.23 |

TOTAL COSTS ADVANCED:                                           $    3,746.77