# **Exhibit A**

| Date | Fee earner | Activity | Time |
|---|---|---|---|
| 03/04/2018 | Carrello Gaetano | Meeting at GOP with Italian debtors. | 1.70 |
| 03/04/2018 | Sgrò Riccardo | Review Italian settlment | 2.50 |
| 03/04/2018 | Sgrò Riccardo | Meeting at GOP with Italian debtors | 1.70 |
| 04/04/2018 | Carrello Gaetano | Call with Lauren Doyle re Italian proceedings | 0.80 |
| 04/04/2018 | Sgrò Riccardo | Review Italian settlment | 2.90 |
| 04/04/2018 | Cupolo Cristina | Study and research with respect to the Italian proceedings | 6.60 |
| 04/04/2018 | Sgrò Riccardo | Study and research with respect to the Italian proceedings | 5.10 |
| 04/04/2018 | Sgrò Riccardo | Call with Lauren Doyle re Italian proceedings | 0.80 |
| 05/04/2018 | Sgrò Riccardo | Study and research with respect to the Italian proceedings | 5.30 |
| 06/04/2018 | Cupolo Cristina | Study and research with respect to the Italian proceedings | 4.60 |
| 06/04/2018 | Mengoni Matteo | Study and research with respect to the Italian proceedings | 7.10 |
| 09/04/2018 | Sgrò Riccardo | Drafting of fee application of Gattai, Minoli, Agostinelli | 3.10 |
| 10/04/2018 | Cupolo Cristina | Drafting of fee application of Gattai, Minoli, Agostinelli | 3.60 |
| 10/04/2018 | Cupolo Cristina | Study and research with respect to the Italian proceedings | 3.80 |
| 10/04/2018 | Sgrò Riccardo | Study and research with respect to the Italian proceedings | 2.10 |
| 11/04/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 0.70 |
| 11/04/2018 | Carrello Gaetano | Review insurance policies | 1.50 |
| 11/04/2018 | Cupolo Cristina | Review of Insurance policies | 3.80 |
| 11/04/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 0.70 |
| 11/04/2018 | Sgrò Riccardo | Review insurance policies | 1.90 |
| 13/04/2018 | Carrello Gaetano | Analysis of cost overrun equity contribution agreement. | 1.80 |
| 13/04/2018 | Sgrò Riccardo | Study and research with respect to the Italian proceedings | 4.30 |
| 15/04/2018 | Cupolo Cristina | Review of discover documents related to Italian M&G companies | 3.30 |
| 15/04/2018 | Carrello Gaetano | Analysis issues re: Italian proceedings. | 1.60 |
| 16/04/2018 | Carrello Gaetano | Exam materials re: Italian proceedings. | 2.30 |
| 16/04/2018 | Cupolo Cristina | Review of Documents related to Italian M&G companies | 7.70 |
| 16/04/2018 | Sgrò Riccardo | Analysis issues re: Italian proceedings. | 5.90 |
| 16/04/2018 | Mengoni Matteo | Exam documentation re: Italian proceedings. | 6.60 |
| 17/04/2018 | Carrello Gaetano | Exam documentation re: Italian proceedings. | 1.80 |
| 17/04/2018 | Cupolo Cristina | Review of Documents related to Italian M&G companies | 2.50 |
| 17/04/2018 | Sgrò Riccardo | Exam documentation re: Italian proceedings. | 6.10 |
| 18/04/2018 | Carrello Gaetano | Review settlement agreement. | 3.20 |
| 18/04/2018 | Carrello Gaetano | Calls with Jones Day Milan re Italian proceedings | 1.50 |
| 18/04/2018 | Cupolo Cristina | Review drafting of fee application of Gattai, Minoli, Agostinelli | 2.60 |
| 18/04/2018 | Mengoni Matteo | Review settlement agreement | 4.70 |
| 18/04/2018 | Sgrò Riccardo | Exam documentation re: Italian proceedings. | 6.80 |
| 19/04/2018 | Carrello Gaetano | Consider issues re: Italian proceedings. | 3.80 |
| 19/04/2018 | Carrello Gaetano | Telephone Call with Lauren Doyle re Italian proceedings | 0.60 |
| 19/04/2018 | Carrello Gaetano | Telephone Call with Jones Day Milan re Italian proceedings | 0.80 |
| 19/04/2018 | Carrello Gaetano | Telephone Call with Gianni Origoni re Italian proceedings | 0.70 |
| 19/04/2018 | Cupolo Cristina | Review of Biochemtex plan | 4.40 |
| 19/04/2018 | Cupolo Cristina | Review of insurance policies | 4.50 |
| 19/04/2018 | Cupolo Cristina | Telephone Call with Lauren Doyle re Italian proceedings | 0.60 |
| 19/04/2018 | Sgrò Riccardo | Telephone Call with Lauren Doyle re Italian proceedings | 0.60 |
| 19/04/2018 | Sgrò Riccardo | Telephone Call with Jones Day Milan re Italian proceedings | 0.80 |
| 19/04/2018 | Sgrò Riccardo | Telephone Call with Gianni Origoni re Italian proceedings | 0.70 |
| 19/04/2018 | Sgrò Riccardo | Drafting of fee application of Gattai, Minoli, Agostinelli | 3.40 |
| 19/04/2018 | Sgrò Riccardo | Review of Biochemtex plan | 5.60 |
| 19/04/2018 | Mengoni Matteo | Study and research re: Italian proceedings. | 2.10 |
| 20/04/2018 | Carrello Gaetano | Call with Milbank team re Italian proceedings. | 0.80 |
| 20/04/2018 | Carrello Gaetano | Calls with Gianni Origoni and Jones Day re settlement. | 1.40 |
| 20/04/2018 | Carrello Gaetano | Issues re: directors liabilities/settlement agreement. Analyze issues re same. | 4.80 |
| 20/04/2018 | Sgrò Riccardo | Issues re: directors liabilities/settlement agreement. Analyze issues re same. | 6.30 |

| Date | Fee earner | Description | Time |
|---|---|---|---|
| 20/04/2018 | Sgrò Riccardo | Call with Milbank team re Italian proceedings. | 0.90 |
| 20/04/2018 | Sgrò Riccardo | Calls with Gianni Origoni and Jones Day | 1.40 |
| 22/04/2018 | Cupolo Cristina | Review of Plans Bio Perimeter | 5.80 |
| 23/04/2018 | Carrello Gaetano | Analysis of issues re: settlement | 3.20 |
| 23/04/2018 | Cupolo Cristina | Review of Plans Bio Perimeter | 3.70 |
| 23/04/2018 | Niccolò Vernillo | Review of Plans presented by the companies of the Bio Perimeter | 4.80 |
| 23/04/2018 | Sgrò Riccardo | Due diligence Bio Perimeters' plans | 5.70 |
| 24/04/2018 | Carrello Gaetano | Review due diligence status/Biochemtex plans | 3.30 |
| 24/04/2018 | Cupolo Cristina | Review of plans of the companies belonging to the BIO Perimeter | 8.20 |
| 24/04/2018 | Niccolò Vernillo | Review of Plans presented by the companies of the Bio Perimeter | 5.10 |
| 24/04/2018 | Sgrò Riccardo | Review of Plans Bio Perimeter | 5.50 |
| 25/04/2018 | Carrello Gaetano | Review Biochemtex plans. | 2.70 |
| 25/04/2018 | Niccolò Vernillo | Exam documentation re: Italian proceedings. | 4.70 |
| 26/04/2018 | Cupolo Cristina | Review of plans of the companies belonging to the BIO Perimeter | 7.20 |
| 26/04/2018 | Sgrò Riccardo | Review Biochemtex plans. | 6.70 |
| 27/04/2018 | Carrello Gaetano | Correspondence with Milbank re italian proceedings. | 0.50 |
| 27/04/2018 | Niccolò Vernillo | Exam discovery documentation re: Italian proceedings. | 7.70 |
| 27/04/2018 | Sgrò Riccardo | Review of Plans Bio Perimeter | 6.40 |
| 30/04/2018 | Carrello Gaetano | Exam materials provided by Italian debtors counsel (Biochem) | 3.30 |
| 30/04/2018 | Cupolo Cristina | Review of Composition with creditors plans of the companies belonging to the BIO Perimeter | 4.80 |
| 30/04/2018 | Sgrò Riccardo | Review Biochemtex plans. | 4.50 |
| | | | **261.00** |

## Report

| Fee earner | From | To | Time | Hourly rate ($) | Amount ($) |
|---|---|---|---|---|---|
| Carrello Gaetano | 01/04/2018 | 30/04/2018 | 42.80 | 800 | 34,240.00 |
| Sgrò Riccardo | 01/04/2018 | 30/04/2018 | 97.70 | 480 | 46,896.00 |
| Mengoni Matteo | 01/04/2018 | 30/04/2018 | 20.50 | 480 | 9,840.00 |
| Vernillo Niccolò | 01/04/2018 | 30/04/2018 | 22.30 | 320 | 7,136.00 |
| Cupolo Cristina | 01/04/2018 | 30/04/2018 | 77.70 | 220 | 17,094.00 |
| | | **TOTAL** | **261.00** | | **115,206.00** |

**Exhibit B**

| DISBURSEMENTS | AMOUNT |
|---|---:|
| Photocopies/Printing | $446.02 |
| Telephone | $342.72 |
| Database Research | $80.24 |
| Cab Fares/Local Transportation | $98.20 |
| **TOTAL DISBURSEMENTS** | $967.18 |

## GMAP Report - Cab Fares/Transports - April 2018

| Date | Name | Description | | Amount |
|---|---|---|---|---|
| 03/04/2018 | Carrello Gaetano | overtime transportation | $ | 11,40 |
| 04/04/2018 | Cupolo Cristina | overtime transportation | $ | 11,00 |
| 10/04/2018 | Vernillo Amato Niccolò | overtime transportation | $ | 9,20 |
| 13/04/2018 | Sgrò Riccardo | overtime transportation | $ | 8,50 |
| 18/04/2018 | Carrello Gaetano | overtime transportation | $ | 9,70 |
| 19/04/2018 | Sgrò Riccardo | overtime transportation | $ | 9,90 |
| 19/04/2018 | Carrello Gaetano | overtime transportation | $ | 7,60 |
| 22/04/2018 | Cupolo Cristina | overtime transportation | $ | 10,40 |
| 27/04/2018 | Vernillo Amato Niccolò | overtime transportation | $ | 9,50 |
| 30/04/2018 | Carrello Gaetano | overtime transportation | $ | 11,00 |
| | | | $ | 98,20 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121
Via Manzoni, 30
tel. +39 02.30323232
fax +39 02.30323242

Roma - 00197
Via Bertoloni, 29
tel. +39 06.83365810
fax +39 06.83365811

Londra - W1K 3NY
130 Mount Street
tel. +44 (0) 2034056490
fax +44 (0) 2034056498



# GMAP Report - Database Research - April 2018

| date | Fee Earner | description | cost per document | total documents | total price |
|---|---|---|---|---|---|
| 24/04/2018 | Sgrò Riccardo | download documents from Official Companies Register | $ 10,03 | 8 | $ 80,24 |
|  |  |  |  |  | $ 80,24 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121
Via Manzoni, 30
tel. +39 02.30323232
fax +39 02.30323242

Roma - 00197
Via Bertoloni, 29
tel. +39 06.83365810
fax +39 06.83365811

Londra - W1K 3NY
130 Mount Street
tel. +44 (0) 2034056490
fax +44 (0) 2034056498

**GATTAI, MINOLI, AGOSTINELLI, PARTNERS**
STUDIO LEGALE

## GMAP Report Photocopies April 2018

| Date | Fee earner | Number of prints | Cost per print | Total per fee earner |
|---|---|---|---|---|
| 03/04/2018 | Carrello Gaetano | 100 | $ 0,13 | $ 12,70 |
| 03/04/2018 | Sgrò Riccardo | 85 | $ 0,13 | $ 10,80 |
| 04/04/2018 | Cupolo Cristina | 170 | $ 0,13 | $ 21,59 |
| 05/04/2018 | Sgrò Riccardo | 93 | $ 0,13 | $ 11,81 |
| 06/04/2018 | Cupolo Cristina | 130 | $ 0,13 | $ 16,51 |
| 06/04/2018 | Mengoni Matteo | 240 | $ 0,13 | $ 30,48 |
| 10/04/2018 | Cupolo Cristina | 54 | $ 0,13 | $ 6,86 |
| 11/04/2018 | Carrello Gaetano | 83 | $ 0,13 | $ 10,54 |
| 11/04/2018 | Sgrò Riccardo | 60 | $ 0,13 | $ 7,62 |
| 13/04/2018 | Carrello Gaetano | 95 | $ 0,13 | $ 12,07 |
| 13/04/2018 | Sgrò Riccardo | 45 | $ 0,13 | $ 5,72 |
| 16/04/2018 | Cupolo Cristina | 60 | $ 0,13 | $ 7,62 |
| 16/04/2018 | Mengoni Matteo | 150 | $ 0,13 | $ 19,05 |
| 17/04/2018 | Carrello Gaetano | 76 | $ 0,13 | $ 9,65 |
| 17/04/2018 | Cupolo Cristina | 203 | $ 0,13 | $ 25,78 |
| 17/04/2018 | Sgrò Riccardo | 78 | $ 0,13 | $ 9,91 |
| 18/04/2018 | Carrello Gaetano | 105 | $ 0,13 | $ 13,34 |
| 18/04/2018 | Cupolo Cristina | 110 | $ 0,13 | $ 13,97 |
| 18/04/2018 | Mengoni Matteo | 147 | $ 0,13 | $ 18,67 |
| 18/04/2018 | Sgrò Riccardo | 92 | $ 0,13 | $ 11,68 |
| 19/04/2018 | Cupolo Cristina | 190 | $ 0,13 | $ 24,13 |
| 19/04/2018 | Sgrò Riccardo | 75 | $ 0,13 | $ 9,53 |
| 19/04/2018 | Mengoni Matteo | 39 | $ 0,13 | $ 4,95 |
| 20/04/2018 | Carrello Gaetano | 59 | $ 0,13 | $ 7,49 |
| 20/04/2018 | Sgrò Riccardo | 60 | $ 0,13 | $ 7,62 |
| 22/04/2018 | Cupolo Cristina | 81 | $ 0,13 | $ 10,29 |
| 23/04/2018 | Carrello Gaetano | 35 | $ 0,13 | $ 4,45 |
| 23/04/2018 | Cupolo Cristina | 80 | $ 0,13 | $ 10,16 |
| 23/04/2018 | Niccolò Vernillo | 190 | $ 0,13 | $ 24,13 |
| 24/04/2018 | Carrello Gaetano | 51 | $ 0,13 | $ 6,48 |
| 24/04/2018 | Sgrò Riccardo | 95 | $ 0,13 | $ 12,07 |
| 26/04/2018 | Sgrò Riccardo | 78 | $ 0,13 | $ 9,91 |
| 27/04/2018 | Carrello Gaetano | 100 | $ 0,13 | $ 12,70 |
| 27/04/2018 | Niccolò Vernillo | 68 | $ 0,13 | $ 8,64 |
| 30/04/2018 | Carrello Gaetano | 79 | $ 0,13 | $ 10,03 |
| 30/04/2018 | Sgrò Riccardo | 56 | $ 0,13 | $ 7,11 |
| | | | TOTAL | $ 446,02 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

| Milano - 20121 | Roma - 00197 | Londra - W1K 3NY |
|---|---|---|
| Via Manzoni, 30 | Via Bertoloni, 29 | 130 Mount Street |
| tel. +39 02.30323232 | tel. +39 06.83365810 | tel. +44 (0) 2034056490 |
| fax +39 02.30323242 | fax +39 06.83365811 | fax +44 (0) 2034056498 |

# GATTAI, MINOLI, AGOSTINELLI, PARTNERS
STUDIO LEGALE

**GMAP Report Telephone Calls - April 2018**

| Date | Person | Description | total minutes | coste per minute | total per call |
|---|---|---|---|---|---|
| 04/04/2018 | Carrello Gaetano | Call with Lauren Doyle | 48 | $ 0,34 | $ 16,32 |
| 04/04/2018 | Sgrò Riccardo | Call with Lauren Doyle | 48 | $ 0,34 | $ 16,32 |
| 11/04/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 42 | $ 0,34 | $ 14,28 |
| 11/04/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 42 | $ 0,34 | $ 14,28 |
| 18/04/2018 | Carrello Gaetano | Calls with Jones Day Milan | 150 | $ 0,34 | $ 51,00 |
| 19/04/2018 | Carrello Gaetano | Telephone Call with Lauren Doyle | 36 | $ 0,34 | $ 12,24 |
| 19/04/2018 | Carrello Gaetano | Telephone Call with Jones Day Milan | 48 | $ 0,34 | $ 16,32 |
| 19/04/2018 | Carrello Gaetano | Telephone Call with Gianni Origoni | 42 | $ 0,34 | $ 14,28 |
| 19/04/2018 | Cupolo Cristina | Telephone Call with Lauren Doyle | 36 | $ 0,34 | $ 12,24 |
| 19/04/2018 | Sgrò Riccardo | Telephone Call with Lauren Doyle | 36 | $ 0,34 | $ 12,24 |
| 19/04/2018 | Sgrò Riccardo | Telephone Call with Jones Day Milan | 48 | $ 0,34 | $ 16,32 |
| 19/04/2018 | Sgrò Riccardo | Telephone Call with Gianni Origoni | 42 | $ 0,34 | $ 14,28 |
| 20/04/2018 | Carrello Gaetano | Call with Milbanks. | 48 | $ 0,34 | $ 16,32 |
| 20/04/2018 | Carrello Gaetano | Calls with Gianni Origoni and Jones Day | 144 | $ 0,34 | $ 48,96 |
| 20/04/2018 | Sgrò Riccardo | Call with Milbanks. | 54 | $ 0,34 | $ 18,36 |
| 20/04/2018 | Sgrò Riccardo | Calls with Gianni Origoni and Jones Day | 144 | $ 0,34 | $ 48,96 |
| | | TOTAL | | | $ 342,72 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121  
Via Manzoni, 30  
tel. +39 02.30323232  
fax +39 02.30323242

Roma - 00197  
Via Bertoloni, 29  
tel. +39 06.83365810  
fax +39 06.83365811

Londra - W1K 3NY  
130 Mount Street  
tel. +44 (0) 2034056490  
fax +44 (0) 2034056498