
## Exhibit A: Time Detail

For the Period 3/1/2018 through 3/31/2018



| Date | Professional | Hours | Description |
|---|---|---|---|
| **01. Asset Acquisition/Disposition** | | | |
| 3/1/2018 | D. Galfus | 1.1 | Analyzed the sale of certain Chemtex equity interest holdings. |
| 3/1/2018 | D. Galfus | 0.2 | Emailed D. Stogsdill re: the Chemtex sale. |
| 3/6/2018 | R. Wright | 0.7 | Participated in a call with Milbank (L. Doyle) re: bids received. |
| 3/6/2018 | C. Kearns | 0.5 | Reviewed bid submissions. |
| 3/7/2018 | C. Kearns | 1.1 | Revised analysis of potential settlement outcomes as requested by Counsel. |
| 3/8/2018 | C. Kearns | 1.1 | Reviewed materials for presentation at all hands UCC meeting to discuss bid status and possible settlement paths. |
| 3/11/2018 | D. Galfus | 0.5 | Participated in a call with the Debtors (D. Stogsdill) and Counsel (C. Black) and Committee Counsel (A. Raval) and Jefferies (L. Szlezinger) re: the upcoming sale process. |
| 3/12/2018 | C. Kearns | 0.8 | Participated in call with the full Committee to discuss status of sale process and key issues. |
| 3/13/2018 | D. Galfus | 0.6 | Prepared outline of key terms for a APA agreement. |
| 3/14/2018 | D. Galfus | 1.2 | Reviewed Debtors' bid procedures for upcoming auction. |
| 3/14/2018 | D. Galfus | 0.4 | Participated in a call with the Committee, Committee Counsel (A. Raval) and Jefferies (L. Szlezinger) re: the upcoming sale process. |
| 3/14/2018 | D. Galfus | 0.4 | Participated in a call with the proposed bidders re: Resins assets. |
| 3/14/2018 | D. Galfus | 0.3 | Prepared BRG's fee estimate for sale closing. |
| 3/16/2018 | D. Galfus | 1.6 | Reviewed draft proposed sale order for upcoming auction. |
| 3/16/2018 | R. Wright | 0.8 | Reviewed draft sale order. |
| 3/16/2018 | C. Kearns | 0.5 | Reviewed draft sale motion. |
| 3/17/2018 | R. Wright | 0.6 | Participated in a call with the Debtors (D. Stogsdill) and case professionals re: sale process. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **01. Asset Acquisition/Disposition** |
| 3/18/2018 | Z. Mainzer | 2.7 | Reviewed Debtor Asset Purchase Agreement in order to incorporate projections into recovery model. |
| 3/18/2018 | D. Galfus | 2.5 | Participated in a meeting with bidder consortium regarding terms of a potential deal. |
| 3/19/2018 | D. Galfus | 2.9 | Attended auction for Resins assets at Jones Day's offices. |
| 3/19/2018 | R. Wright | 2.9 | Attended M&G auction for Corpus Christi assets. |
| 3/19/2018 | R. Wright | 2.9 | Continued attending M&G auction for Corpus Christi assets. |
| 3/19/2018 | D. Galfus | 2.9 | Continued to attend auction at Jones Day's offices for the Resins assets. |
| 3/19/2018 | R. Wright | 2.9 | Continued to attend auction for M&G Corpus Christi assets. |
| 3/19/2018 | R. Wright | 2.9 | Continued to attend M&G auction for Corpus Christi assets. |
| 3/19/2018 | Z. Mainzer | 2.9 | Reviewed Transition Services & Asset Purchase Agreement in order to incorporate amounts into Recovery Model. |
| 3/19/2018 | D. Galfus | 2.8 | Continued to attend auction at Jones Day's offices for the Resins assets. |
| 3/19/2018 | D. Galfus | 2.7 | Continued to attend auction at Jones Day's offices for the Resins assets. |
| 3/19/2018 | R. Wright | 2.7 | Prepared an analysis of professional fee payments in accordance with deal terms. |
| 3/19/2018 | R. Wright | 2.3 | Reviewed APA schedules. |
| 3/19/2018 | D. Galfus | 1.8 | Continued to attend auction at Jones Day's offices for the Resins assets. |
| 3/19/2018 | D. Galfus | 1.4 | Reviewed terms of a proposed settlement of terms with the bidders. |
| 3/19/2018 | D. Galfus | 0.5 | Participated in a call with a Committee member re: sale process. |
| 3/20/2018 | D. Galfus | 2.9 | Attended auction for the 2nd day re: the sale of Resins assets at Jones Day's offices. |
| 3/20/2018 | R. Wright | 2.9 | Attended M&G auction for Corpus Christi assets. |
| 3/20/2018 | R. Wright | 2.9 | Continued attending M&G auction for Corpus Christi assets. |
| 3/20/2018 | D. Galfus | 2.9 | Continued to attend auction for the Resins assets for the 2nd day at Jones Day's offices. |
| 3/20/2018 | D. Galfus | 2.9 | Continued to attend auction for the 2nd day at Jones Day's office for the Resins assets. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |

**01. Asset Acquisition/Disposition**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/20/2018 | D. Galfus | 2.9 | Continued to attend auction for the 2nd day at Jones Day's offices for the Resins assets. |
| 3/20/2018 | R. Wright | 2.9 | Continued to attend M&G auction for Corpus Christi assets. |
| 3/20/2018 | R. Wright | 2.8 | Continued to attend M&G auction for Corpus Christi assets. |
| 3/20/2018 | D. Galfus | 0.7 | Participated in a call with the Committee, Committee Counsel (A. Raval), Jefferies (L. Szlezinger) re: sale process. |
| 3/20/2018 | R. Wright | 0.6 | Continued to attend M&G auction for Corpus Christi assets. |
| 3/20/2018 | C. Kearns | 0.4 | Reviewed and analyzed proposed DAK term sheet. |
| 3/21/2018 | D. Galfus | 2.1 | Analyzed the Debtors' latest cash flow forecast for its new DIP financing in connection with the sale. |
| 3/21/2018 | C. Kearns | 0.5 | Held second call with Milbank and Jefferies (L. Szlezinger) re: open issues on DAK term sheet. |
| 3/21/2018 | C. Kearns | 0.5 | Reviewed revised DAK term sheet. |
| 3/22/2018 | D. Galfus | 1.9 | Reviewed the latest APA agreement for changes from previous version. |
| 3/23/2018 | Z. Mainzer | 1.8 | Created analysis for unsecured creditors based off of bid term sheet received from the Debtors. |
| 3/26/2018 | D. Galfus | 0.7 | Reviewed revised term sheets related to the proposed sale transactions. |
| 3/26/2018 | C. Kearns | 0.3 | Discussed status of negotiations with L. Szlezinger (Jefferies). |
| 3/27/2018 | C. Kearns | 1.7 | Reviewed redlines to key documents from the various participating parties re: the term sheet and related DIP/APA. |
| 3/28/2018 | D. Galfus | 1.7 | Analyzed the updated term sheets related to the sale transaction. |
| 3/28/2018 | C. Kearns | 0.8 | Reviewed final changes to deal documents. |
| 3/28/2018 | Z. Mainzer | 0.6 | Reviewed Bid Support term sheet to create analysis for unsecured creditors. |
| 3/29/2018 | D. Galfus | 0.8 | Reviewed the updated closing schedules related to the sale. |

*Task Code Total Hours* **90.3**

**04. DIP Financing**

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/4/2018 | R. Wright | 0.8 | Analyzed DIP credit agreement re: guarantors. |
| 3/13/2018 | D. Galfus | 1.5 | Analyzed the updated DIP forecast to insure its completeness. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **04. DIP Financing** | | | |
| 3/21/2018 | D. Galfus | 1.3 | Prepared outline of issues in the updated DIP forecast. |
| 3/21/2018 | C. Kearns | 0.6 | Held call with Milbank and Jefferies (L. Szlezinger) re: open issues with dip budget and DAK term sheet. |
| 3/21/2018 | C. Kearns | 0.4 | Reviewed redline to DIP agreement. |
| 3/22/2018 | D. Galfus | 1.1 | Analyzed the latest DIP term sheet from the bidders. |
| 3/22/2018 | Z. Mainzer | 0.9 | Reviewed DIP forecast received from Debtors in order to create comparison to prior forecasts. |
| 3/22/2018 | R. Wright | 0.7 | Reviewed replacement DIP term sheet. |
| 3/23/2018 | D. Galfus | 0.7 | Analyzed the Debtors' latest updated DIP forecast. |
| 3/26/2018 | Z. Mainzer | 2.9 | Developed comparison of current DIP budget received from Debtors to the prior one. |
| 3/26/2018 | Z. Mainzer | 1.2 | Continued to develop comparison of DIP budget received from Debtors to the prior one. |
| 3/26/2018 | C. Kearns | 0.4 | Reviewed BRG's analysis of draft DIP budget per DAK term sheet. |
| 3/29/2018 | D. Galfus | 1.1 | Reviewed the updated DIP agreement. |
| *Task Code Total Hours* | | *13.6* | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 3/2/2018 | M. Haverkamp | 2.8 | Prepared January fee application. |
| 3/2/2018 | M. Haverkamp | 2.6 | Prepared December fee application. |
| 3/2/2018 | D. Galfus | 0.8 | Prepared BRG's December fee statement. |
| 3/5/2018 | M. Haverkamp | 2.4 | Prepared December fee application. |
| 3/5/2018 | R. Wright | 0.8 | Reviewed December fee application. |
| 3/5/2018 | M. Haverkamp | 0.6 | Prepared January fee application. |
| 3/6/2018 | M. Haverkamp | 0.7 | Prepared January fee application. |
| 3/7/2018 | M. Haverkamp | 1.1 | Prepared December fee application. |
| 3/7/2018 | M. Haverkamp | 0.8 | Prepared January fee application. |
| 3/8/2018 | M. Haverkamp | 1.2 | Prepared January fee application. |

Berkeley Research Group, LLC

Invoice for the 3/1/2018 - 3/31/2018 Period

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| | | | **05. Professional Retention/ Fee Application Preparation** |
| 3/8/2018 | M. Haverkamp | 0.5 | Prepared first interim fee application. |
| 3/8/2018 | M. Haverkamp | 0.4 | Prepared fee summary for Counsel. |
| 3/9/2018 | M. Haverkamp | 1.4 | Edited January fee application. |
| 3/9/2018 | R. Wright | 1.4 | Reviewed January fee application. |
| 3/9/2018 | M. Haverkamp | 1.2 | Edited December fee application. |
| 3/9/2018 | D. Galfus | 1.1 | Reviewed BRG's fee application for January. |
| 3/9/2018 | M. Haverkamp | 0.7 | Prepared first interim fee application. |
| 3/9/2018 | M. Haverkamp | 0.4 | Held call with Counsel (P. Springer) regarding edits to December and January fee applications. |
| 3/11/2018 | R. Wright | 0.7 | Reviewed January fee application. |
| 3/11/2018 | D. Galfus | 0.3 | Edited BRG's fee application for January. |
| 3/12/2018 | M. Haverkamp | 2.3 | Prepared updated January monthly fee application. |
| 3/12/2018 | M. Haverkamp | 2.2 | Prepared updated December monthly fee application. |
| 3/12/2018 | D. Galfus | 0.4 | Edited BRG's February fee application. |
| 3/12/2018 | M. Haverkamp | 0.2 | Edited January fee application. |
| 3/12/2018 | R. Wright | 0.1 | Participated in a call with Milbank (M. Price) re: fee application. |
| 3/15/2018 | R. Wright | 0.4 | Reviewed first interim fee application. |
| 3/15/2018 | M. Haverkamp | 0.3 | Edited December monthly fee application for filing. |
| 3/15/2018 | M. Haverkamp | 0.3 | Edited January monthly fee application for filing. |
| 3/15/2018 | M. Haverkamp | 0.2 | Edited first interim fee application for filing. |
| 3/23/2018 | M. Haverkamp | 2.4 | Prepared February Fee application. |
| 3/26/2018 | R. Wright | 0.4 | Reviewed February 2018 fee application. |
| 3/26/2018 | D. Galfus | 0.3 | Reviewed BRG's February fee application. |
| 3/28/2018 | M. Haverkamp | 2.6 | Prepared February fee application. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 3/29/2018 | D. Galfus | 0.9 | Edited BRG's February fee application. |
| 3/29/2018 | M. Haverkamp | 0.4 | Prepared February fee application. |
| 3/29/2018 | R. Wright | 0.3 | Reviewed February fee application. |
| 3/30/2018 | M. Haverkamp | 0.3 | Edited February fee application for filing. |
| *Task Code Total Hours* | | *35.9* | |
| **06. Attend Hearings/Related Activities** | | | |
| 3/23/2018 | R. Wright | 0.4 | Attended hearing re: sale process. |
| 3/23/2018 | D. Galfus | 0.4 | Attended hearing to discuss state of settlement discussions. |
| 3/27/2018 | R. Wright | 2.5 | Attended hearing re: proposed sale order. |
| 3/28/2018 | R. Wright | 2.1 | Attended hearing (telephonically) re: proposed sale order. |
| 3/28/2018 | D. Galfus | 1.6 | Attended sale hearing. |
| *Task Code Total Hours* | | *7.0* | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 3/8/2018 | R. Wright | 0.3 | Participated in a call with A&M (D. Stogsdill) and others from the Debtors re: settlement terms. |
| 3/8/2018 | D. Galfus | 0.3 | Participated in a call with the Debtors' (D. Stogsdill) re: the sale |
| 3/9/2018 | R. Wright | 0.5 | Followed up with A&M (K. Larin) re: new Resins bank account. |
| 3/9/2018 | R. Wright | 0.1 | Participated in a call with A&M (K. Larin) re: Eastman motion. |
| 3/11/2018 | R. Wright | 0.5 | Participated in a call with A&M (D. Stogsdill) re: settlement. |
| 3/13/2018 | D. Galfus | 0.3 | Participated in a call with the Debtors' (D. Stogsdill) re: the sale |
| 3/16/2018 | D. Galfus | 0.4 | Held call with the Debtors (D. Stogsdill) re: the forecast and upcoming sale process. |
| 3/16/2018 | R. Wright | 0.4 | Participated in a call with the Debtors (D. Stogsdill) and case advisers re: settlement discussions. |
| 3/16/2018 | C. Kearns | 0.4 | Participated in call with Debtor advisors (D. Stogsdill) re: status of bid process and possible DAK resolution. |
| 3/17/2018 | D. Galfus | 0.6 | Participated in a call with the Debtor (B. Corio) re: bid process and updated budget. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 3/18/2018 | D. Galfus | 2.0 | Participated in meeting with the Debtors and consortium of buyers and Jefferies (L. Szlezinger). |
| 3/18/2018 | R. Wright | 1.2 | Participated in a call with A&M (D. Stogsdill) and case professionals re: sale process. |
| 3/23/2018 | D. Galfus | 2.9 | Participated in meeting with Committee Counsel (A. Raval; L. Doyle), Jefferies (L. Szlezinger), the consortium professionals, and the Debtors (D. Stogsdill) to address settlement terms. |
| 3/23/2018 | D. Galfus | 2.4 | Continued to participate in meeting with Committee Counsel (A. Raval; L. Doyle), Jefferies (L. Szlezinger), the consortium professionals, and the Debtors (D. Stogsdill) to address settlement terms. |
| 3/23/2018 | D. Galfus | 0.8 | Continued to participate in meeting with Committee Counsel (A. Raval; L. Doyle), Jefferies (L. Szlezinger), the consortium professionals, and the Debtors (D. Stogsdill) to address settlement terms. |
| *Task Code Total Hours* | | *13.1* | |
| **08. Interaction/Meetings with Creditors** | | | |
| 3/1/2018 | D. Galfus | 0.2 | Emailed Counsel re: upcoming Committee call. |
| 3/2/2018 | D. Galfus | 0.5 | Participated in a call with a Committee member, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/2/2018 | R. Wright | 0.4 | Participated in a call with Milbank (L. Doyle) re: preparation for meeting with creditors. |
| 3/2/2018 | C. Kearns | 0.4 | Participated in call with Milbank, Jefferies and individual Committee member to discuss waterfall and sale process status. |
| 3/4/2018 | D. Galfus | 0.7 | Participated in a call with a Committee Counsel (L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/4/2018 | C. Kearns | 0.7 | Participated in call with Milbank and (L. Szlezinger) Jefferies teams to discuss status of potential bids, waterfall scenarios and agenda for upcoming discussions with individual Committee members and the Committee as a whole. |
| 3/4/2018 | R. Wright | 0.6 | Participated in a call with Milbank (L. Doyle) re: preparation for UCC calls. |
| 3/5/2018 | R. Wright | 1.7 | Participated in a call with a Committee member (ICBC) re: creditor recoveries. |
| 3/5/2018 | D. Galfus | 1.6 | Participated in a call with a Committee member, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| | | | |
| 3/5/2018 | C. Kearns | 1.6 | Participated in call with individual Committee member, Milbank and Jefferies re: recovery scenarios and DAK related issues. |
| 3/5/2018 | R. Wright | 0.8 | Participated in a call with a Committee member (Unicredit) re: creditor recoveries. |
| 3/5/2018 | D. Galfus | 0.8 | Participated in a call with a second Committee member, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/5/2018 | C. Kearns | 0.8 | Participated in call with individual Committee member, Milbank and Jefferies re: recovery scenarios and DAK related issues. |
| 3/5/2018 | R. Wright | 0.7 | Participated in a call with a Committee member (PBGC) re: creditor recoveries. |
| 3/5/2018 | D. Galfus | 0.7 | Participated in a call with a third Committee member, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/5/2018 | C. Kearns | 0.7 | Participated in Call with individual Committee member, Milbank and Jefferies re: recovery scenarios and DAK related issues. |
| 3/5/2018 | R. Wright | 0.6 | Participated in a call with a Committee member (Amcor) re: creditor recoveries. |
| 3/5/2018 | C. Kearns | 0.5 | Participated in Call with individual Committee member, Milbank and Jefferies re: recovery scenarios and DAK related issues. |
| 3/5/2018 | R. Wright | 0.4 | Participated in a call with a Committee member (steelworkers union) re: creditor recoveries. |
| 3/5/2018 | D. Galfus | 0.4 | Participated in a call with a fourth Committee member, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/5/2018 | C. Kearns | 0.4 | Participated in Call with individual Committee member, Milbank and Jefferies re: recovery scenarios and DAK related issues. |
| 3/5/2018 | C. Kearns | 0.2 | Held call with A. Raval and L. Doyle (Milbank) re: risk assessment of various potential outcomes. |
| 3/6/2018 | D. Galfus | 0.5 | Participated in a call with a Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/6/2018 | C. Kearns | 0.5 | Participated in a call with Milbank team (A. Raval, L. Doyle), Jefferies (L. Szlezinger) to discuss initial thoughts on bids and next steps re: possible settlement discussions. |
| 3/6/2018 | R. Wright | 0.4 | Participated in a call with a Committee member (MPS) re: recoveries. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **08. Interaction/Meetings with Creditors** |
| 3/6/2018 | C. Kearns | 0.4 | Participated in call with Milbank, Jefferies and an individual Committee member re: status of bids and DAK related issues. |
| 3/7/2018 | C. Kearns | 0.9 | Participated in a call with Milbank (A. Raval, L. Doyle) and Jefferies (L. Szlezinger, J. D'Amico) teams to debrief on bid dynamics before a call with the Debtors. |
| 3/7/2018 | D. Galfus | 0.5 | Participated in a call with a Committee member, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/7/2018 | C. Kearns | 0.5 | Participated in call with the (D. Stogsdill) CRO, Rothschild (N. Augustine), Jones Day and Committee advisors (L. Szlezinger) re: bid submissions and next steps toward possible auction and or settlement. |
| 3/7/2018 | C. Kearns | 0.5 | Participated in conference call with individual Committee member, Milbank (A. Raval, L. Doyle) and Jefferies (L. Szlezinger, J. D'Amico) re: update on bid submissions and possible paths to resolution. |
| 3/8/2018 | R. Wright | 2.3 | Participated in a meeting with the Committee re: recoveries. |
| 3/8/2018 | D. Galfus | 2.3 | Participated in a meeting with the full Committee, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) re: the sale process and other case matters. |
| 3/8/2018 | C. Kearns | 2.3 | Participated in in-person meeting with the Committee and (L. Szlezinger) advisors to discuss bid status, waterfall analyses and next critical steps in these cases. |
| 3/8/2018 | R. Wright | 1.8 | Participated in a meeting post-UCC meeting with Milbank (A. Raval) and Committee professionals re: settlement term sheet. |
| 3/8/2018 | D. Galfus | 1.8 | Participated in a portion of a meeting with Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) after the Committee meeting in order to discuss the sale process and other case matters. |
| 3/8/2018 | C. Kearns | 1.7 | Participated in post-meeting debrief with Milbank and (L. Szlezinger) Jefferies teams to outline key issues for term sheet for possible settlement based on guidance from the Committee. |
| 3/8/2018 | C. Kearns | 0.7 | Met with individual member of the Committee, Milbank (A. Raval, L. Doyle) and Jefferies (L. Szlezinger, J. D'Amico) to debrief after full UCC meeting. |
| 3/8/2018 | R. Wright | 0.7 | Participated in a meeting post-UCC meeting with a creditor (PBGC) re: further issues for resolution of the case. |
| 3/8/2018 | D. Galfus | 0.7 | Participated in a portion of a meeting with a Committee member regarding certain of their claims. |
| 3/8/2018 | C. Kearns | 0.3 | Participated in group call with (D. Stogsdill) CRO, Rothschild, Jones Day, Milbank and (L. Szlezinger) Jefferies re: UCC settlement proposal. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **08. Interaction/Meetings with Creditors** |
| 3/9/2018 | D. Galfus | 0.3 | Held call with L. Szlezinger, Jefferies re: sale process. |
| 3/9/2018 | C. Kearns | 0.3 | Participated in conference call with L. Szlezinger (Jefferies) re: response to UCC proposal and possible next steps. |
| 3/9/2018 | D. Galfus | 0.2 | Held call with P. Topper, Jefferies re: certain intercompany claims. |
| 3/10/2018 | C. Kearns | 0.6 | Participated in a status call with Milbank (A. Raval) and Jefferies (L. Szlezinger, J. D'Amico) teams re: bids as against negotiations. |
| 3/11/2018 | D. Galfus | 0.2 | Held call with L. Szlezinger, Jefferies re: the upcoming call with the Debtors. |
| 3/12/2018 | R. Wright | 0.8 | Participated in a call with the Committee re: potential settlement. |
| 3/12/2018 | D. Galfus | 0.8 | Participated in a call with the Committee, Committee Counsel (A. Raval) and Jefferies (L. Szlezinger) re: the upcoming sale process. |
| 3/12/2018 | D. Galfus | 0.3 | Held call with J. Damico, Jefferies re: the status of the settlement discussions. |
| 3/12/2018 | D. Galfus | 0.2 | Emailed with Committee Counsel re: case strategies. |
| 3/13/2018 | D. Galfus | 0.7 | Participated in a call with Committee Counsel (A. Raval; L. Doyle) and Jefferies (L. Szlezinger) re: the upcoming sale process. |
| 3/13/2018 | C. Kearns | 0.7 | Participated in status call re: DAK negotiations and possible adjourned hearing. |
| 3/13/2018 | D. Galfus | 0.4 | Participated in a follow up call with Committee Counsel (A. Raval; L. Doyle) and Jefferies (L. Szlezinger) re: the upcoming sale process. |
| 3/13/2018 | C. Kearns | 0.4 | Participated in status call re: DAK negotiations and possible adjourned hearing. |
| 3/14/2018 | R. Wright | 2.0 | Reviewed findings of construction team re: Chemtex obligations. |
| 3/14/2018 | C. Kearns | 0.4 | Participated in a call with Committee advisors and DAK advisors to discuss status of the bid and possible settlement parameters. |
| 3/14/2018 | R. Wright | 0.4 | Participated in a call with the Committee re: asset sale. |
| 3/14/2018 | C. Kearns | 0.4 | Participated in status call with the Committee re: adjournment of DAK hearing and status of negotiations. |
| 3/14/2018 | D. Galfus | 0.3 | Participated in a call with Committee Counsel (M. Price) re: liquidity at the Debtors. |
| 3/14/2018 | C. Kearns | 0.2 | Debriefed with Jefferies (L. Szlezinger) and Milbank re: next steps after call with DAK advisors. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |
| 3/14/2018 | D. Galfus | 0.2 | Participated in a call with Committee Counsel and Jefferies (L. Szlezinger) re: the upcoming sale process. |
| 3/15/2018 | R. Wright | 2.2 | Reviewed construction team findings re: Chemtex obligations. |
| 3/15/2018 | D. Galfus | 0.3 | Reviewed emails from Committee Counsel re: sale process. |
| 3/16/2018 | R. Wright | 2.5 | Reviewed findings of construction team re: Chemtex obligations. |
| 3/16/2018 | D. Galfus | 0.2 | Held call with Committee Counsel (M. Price) re: the proposed sale order. |
| 3/16/2018 | D. Galfus | 0.2 | Held call with Counsel (P. Springer) re: recent budget matters. |
| 3/17/2018 | D. Galfus | 0.7 | Participated in a meeting with Jefferies and Milbank (A. Raval) re: settlement and budget. |
| 3/17/2018 | C. Kearns | 0.7 | Participated in update call with (L. Szlezinger) Jefferies and (A. Raval) Milbank teams re: status of negotiations with DAK and related issues with Debtors draft budget. |
| 3/17/2018 | D. Galfus | 0.6 | Held call with L. Szlezinger, Jefferies re: call with Debtor and possible settlement terms. |
| 3/18/2018 | D. Galfus | 1.2 | Participated in a call with Committee Counsel and Jefferies (L. Szlezinger). |
| 3/18/2018 | D. Galfus | 0.6 | Participated in a call with Jefferies (L. Szlezinger) and Milbank (L. Doyle) re: settlement and go forward budget. |
| 3/18/2018 | R. Wright | 0.6 | Participated in a call with Milbank (A. Raval) re: settlement. |
| 3/18/2018 | C. Kearns | 0.6 | Participated in a call with Milbank (L. Doyle, M. Price) and Jefferies (L. Szlezinger, J. D'Amico) to prepare for issues to be addressed at meeting with DAK advisors and Debtors' advisors. |
| 3/18/2018 | C. Kearns | 0.6 | Participated in a portion of a group call with (L. Szlezinger) Jefferies and Milbank to debrief on status of discussions with DAK and possible bid. |
| 3/18/2018 | D. Galfus | 0.1 | Held call with L. Szlezinger re: upcoming meeting with Debtors. |
| 3/19/2018 | R. Wright | 0.5 | Participated in a call with the Committee chairs re: status of negotiations. |
| 3/20/2018 | R. Wright | 0.7 | Participated in a call with the Committee re: settlement terms. |
| 3/20/2018 | C. Kearns | 0.7 | Participated in Committee call before start of auction day two re: status of bids and proposed term sheet from DAK consortium. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| **08. Interaction/Meetings with Creditors** | | | |
| 3/20/2018 | R. Wright | 0.5 | Participated in a call with the Committee re: updated settlement terms. |
| 3/20/2018 | C. Kearns | 0.5 | Participated in second call with the Committee to discuss updates term sheet and bid status. |
| 3/20/2018 | R. Wright | 0.3 | Participated in a call with a Committee member (Amcor) re: recoveries. |
| 3/21/2018 | C. Kearns | 0.6 | Held call with Cole Schotz and Jefferies (L. Szlezinger) re: potential claims for proposed litigation trust tied to settlement discussions. |
| 3/21/2018 | D. Galfus | 0.6 | Participated in a call with Committee Counsel (D. Geoghan), Jefferies (L. Szlezinger) re: historical financing transactions by certain Debtors. |
| 3/21/2018 | R. Wright | 0.6 | Participated in a call with Jefferies (L. Szlezinger) re: settlement. |
| 3/21/2018 | D. Galfus | 0.5 | Participated in a call with Committee Counsel (A. Raval), Jefferies (L. Szlezinger) re: status of the sale process and related matters. |
| 3/21/2018 | R. Wright | 0.4 | Participated in a call with Milbank (A. Raval) and Committee professionals re: restructuring settlement. |
| 3/22/2018 | D. Galfus | 0.6 | Held call with L. Szlezinger, Jefferies, re: status of settlement discussions. |
| 3/22/2018 | D. Galfus | 0.3 | Participated in a call with Committee Counsel (A. Raval), Jefferies (L. Szlezinger) re: status of negotiations related to the sale. |
| 3/22/2018 | R. Wright | 0.3 | Participated in a call with Milbank (A. Raval) and UCC advisers re: settlement terms. |
| 3/26/2018 | D. Galfus | 0.3 | Held call with L. Szlezinger, Jefferies re: upcoming sale hearing. |
| 3/27/2018 | R. Wright | 0.3 | Participated in a call with the Committee re: sale hearing. |
| 3/27/2018 | C. Kearns | 0.3 | Participated in call with the Committee to approve proposed settlement term sheet. |
| *Task Code Total Hours* | | *63.1* | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 3/1/2018 | Z. Mainzer | 2.9 | Created SubCon analysis to determine recoverable value for unsecured creditors. |
| 3/1/2018 | C. Kearns | 0.4 | Reviewed waterfall analysis to risk assess potential recoveries as requested by Counsel. |
| 3/2/2018 | Z. Mainzer | 2.8 | Created SubCon analysis to determine recoverable value for unsecured creditors. |
| 3/2/2018 | C. Kearns | 0.5 | Reviewed recovery scenarios as requested by Counsel. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **10. Recovery/SubCon/Lien Analysis** |
| 3/5/2018 | R. Wright | 2.9 | Analyzed substantive consolidation factors. |
| 3/5/2018 | Z. Mainzer | 2.9 | Developed substantive consolidation analysis to determine recovery value for unsecured creditors. |
| 3/5/2018 | Z. Mainzer | 2.2 | Updated unsecured creditor recovery analysis model with percentages for certain recoveries. |
| 3/5/2018 | R. Wright | 1.4 | Continued analyzing substantive consolidation factors. |
| 3/5/2018 | Z. Mainzer | 0.8 | Continued to develop substantive consolidation analysis to determine recovery value for unsecured creditors. |
| 3/5/2018 | D. Galfus | 0.8 | Prepared BRG's presentation re: recoveries for upcoming meeting with the Committee. |
| 3/5/2018 | C. Kearns | 0.3 | Outlined risk assessment model for analysis as requested by Counsel. |
| 3/6/2018 | R. Wright | 2.9 | Prepared a presentation for the Committee re: risked recoveries. |
| 3/6/2018 | R. Wright | 2.3 | Continued to prepare a presentation for the Committee re: risked recoveries. |
| 3/6/2018 | Z. Mainzer | 2.3 | Developed presentation for unsecured creditors with values for different recovery scenarios. |
| 3/6/2018 | Z. Mainzer | 1.8 | Updated presentation to Unsecured Creditors Committee with additional information in regards to claim recovery values. |
| 3/6/2018 | Z. Mainzer | 1.6 | Updated unsecured creditor recovery analysis model by incorporating additional scenarios. |
| 3/6/2018 | Z. Mainzer | 1.4 | Updated presentation for Unsecured Creditor Committee with additional claim recovery analysis. |
| 3/6/2018 | Z. Mainzer | 1.1 | Updated unsecured recovery analysis model with additional claim recovery scenarios. |
| 3/6/2018 | D. Galfus | 0.8 | Reviewed BRG's report on recoveries to unsecured creditors. |
| 3/6/2018 | C. Kearns | 0.7 | Drafted an analysis, requested by Counsel, re: risk assessment of various waterfall scenarios. |
| 3/6/2018 | D. Galfus | 0.6 | Analyzed updated recovery model. |
| 3/7/2018 | Z. Mainzer | 2.9 | Continued to update recovery value analysis presentation to unsecured creditors with adjustments requested by Counsel. |
| 3/7/2018 | R. Wright | 2.9 | Prepared a presentation for the Committee re: risked recoveries. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **10. Recovery/SubCon/Lien Analysis** |
| 3/7/2018 | Z. Mainzer | 2.9 | Updated recovery value analysis presentation to unsecured creditors with adjustments requested by Counsel. |
| 3/7/2018 | R. Wright | 2.7 | Continued to prepare a presentation for the Committee re: risked recoveries. |
| 3/7/2018 | D. Galfus | 1.5 | Edited BRG's report on recoveries to unsecured creditors. |
| 3/7/2018 | Z. Mainzer | 1.1 | Updated recovery analysis with additional information from cash management motion. |
| 3/7/2018 | R. Wright | 0.9 | Participated in a call with Milbank (L. Doyle) and Committee professionals re: recoveries. |
| 3/7/2018 | D. Galfus | 0.8 | Reviewed updated recovery model. |
| 3/7/2018 | Z. Mainzer | 0.6 | Updated unsecured creditor claim recovery model for adjustment to claim amounts. |
| 3/7/2018 | R. Wright | 0.5 | Participated in a call with a Committee member (Pepsi) re: recoveries. |
| 3/7/2018 | R. Wright | 0.4 | Participated in a call with Jefferies (L. Szlezinger) re: recoveries. |
| 3/7/2018 | Z. Mainzer | 0.3 | Continued to update recovery value analysis presentation to unsecured creditors with adjustments requested by Counsel. |
| 3/8/2018 | Z. Mainzer | 2.9 | Updated presentation to Unsecured Creditors Committee with final edits concerning recovery valuations. |
| 3/8/2018 | Z. Mainzer | 1.6 | Created SubCon analysis to determine recovery model valuations. |
| 3/8/2018 | R. Wright | 1.6 | Prepared a presentation for the Committee re: risked recoveries. |
| 3/8/2018 | Z. Mainzer | 1.3 | Continued to update presentation to Unsecured Creditors Committee with final edits concerning recovery valuations. |
| 3/8/2018 | Z. Mainzer | 1.3 | Reviewed court motion filed by BancoMex to determine impact on unsecured recovery values. |
| 3/8/2018 | D. Galfus | 0.9 | Analyzed the latest recovery model in advance of the meeting with the Committee. |
| 3/9/2018 | Z. Mainzer | 1.9 | Updated recovery analysis with additional Debtor information received from financial statements. |
| 3/9/2018 | Z. Mainzer | 1.7 | Updated unsecured creditor hypothetical recovery model with additional information regarding claim amounts. |
| 3/9/2018 | Z. Mainzer | 1.6 | Reviewed lien holder reserve schedule to determine level of claims against the Debtor. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **10. Recovery/SubCon/Lien Analysis** |
| 3/9/2018 | D. Galfus | 0.8 | Analyzed proposed restructuring proposals to be transmitted to the Debtors. |
| 3/12/2018 | Z. Mainzer | 2.7 | Updated recovery analysis worksheet with additional information in regards to Debtor subsidiaries. |
| 3/12/2018 | R. Wright | 1.7 | Considered M&G key factors re: substantive consolidation. |
| 3/12/2018 | R. Wright | 0.8 | Reviewed Banco Mex complaint. |
| 3/13/2018 | Z. Mainzer | 2.4 | Updated recovery analysis incorporating additional information requested by Counsel. |
| 3/13/2018 | R. Wright | 2.2 | Prepared a worksheet re: evaluation of substantive consolidation factors. |
| 3/13/2018 | Z. Mainzer | 1.9 | Reviewed objection motion filed by Sinopec in order to incorporate lien amounts into recovery analysis. |
| 3/14/2018 | R. Wright | 2.1 | Prepared a recovery analysis based on alternative SubCon scenarios. |
| 3/14/2018 | Z. Mainzer | 1.7 | Updated recovery analysis model incorporating additional amounts related to priority claims. |
| 3/14/2018 | Z. Mainzer | 1.4 | Reviewed Debtor's Lienholder Claim reserve motion to incorporate lien amounts into recovery analysis model. |
| 3/14/2018 | Z. Mainzer | 1.2 | Developed additional slides for creditor presentation with additional claim recovery scenarios. |
| 3/15/2018 | Z. Mainzer | 2.8 | Updated recovery analysis model with additional recovery scenarios. |
| 3/15/2018 | R. Wright | 2.6 | Prepared a recovery analysis based on alternative SubCon scenarios. |
| 3/15/2018 | R. Wright | 1.7 | Prepared a worksheet re: evaluation of substantive consolidation factors. |
| 3/15/2018 | D. Galfus | 1.3 | Analyzed potential deal terms for settlement of Committee claims in the case. |
| 3/15/2018 | D. Galfus | 0.6 | Reviewed proposed term sheet for settlement of Committee claims in the case. |
| 3/16/2018 | R. Wright | 2.9 | Prepared a recovery analysis based on alternative SubCon scenarios. |
| 3/16/2018 | Z. Mainzer | 2.9 | Updated recovery analysis model incorporating additional SubCon scenarios. |
| 3/16/2018 | Z. Mainzer | 1.3 | Continued to update Recovery Analysis Model incorporating additional scenarios. |

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| | | | |

## 10. Recovery/SubCon/Lien Analysis

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 3/16/2018 | R. Wright | 1.0 | Continued to prepare a recovery analysis based on alternative SubCon scenarios. |
| 3/16/2018 | D. Galfus | 0.5 | Reviewed the Committee updated proposed term sheet to settle claims in case. |
| 3/16/2018 | C. Kearns | 0.5 | Reviewed waterfall scenarios re: potential impact re: ongoing settlement discussions. |
| 3/17/2018 | R. Wright | 0.8 | Reviewed recovery scenarios. |
| 3/18/2018 | D. Galfus | 2.0 | Met with L. Szlezinger, Jefferies re: terms of a possible settlement. |
| 3/18/2018 | D. Galfus | 1.6 | Developed various analyses for upcoming meeting with the Debtors re: terms of a possible settlement. |
| 3/18/2018 | D. Galfus | 1.5 | Prepared outline of possible terms for a settlement of case issues with potential bidders. |
| 3/18/2018 | R. Wright | 0.4 | Reviewed recovery scenarios. |
| 3/19/2018 | Z. Mainzer | 1.4 | Updated recovery analysis model with additional claim scenarios based on new priority claim information. |
| 3/19/2018 | Z. Mainzer | 0.9 | Updated recovery analysis model incorporating additional scenarios. |
| 3/20/2018 | Z. Mainzer | 1.7 | Updated recovery analysis model with additional scenarios related to unsecured creditor recoveries. |
| 3/20/2018 | Z. Mainzer | 1.4 | Created presentation for unsecured creditors with consolidated recovery scenarios. |
| 3/20/2018 | Z. Mainzer | 1.4 | Updated recovery analysis model for additional scenarios based on settlement with secured creditors. |
| 3/20/2018 | Z. Mainzer | 0.7 | Updated recovery analysis model with additional scenarios for substantive consolidation. |
| 3/20/2018 | Z. Mainzer | 0.4 | Updated recovery analysis slide for Polymers subsidiary incorporating updated claims data. |
| 3/26/2018 | R. Wright | 2.2 | Analyzed key substantive consolidation factors. |
| 3/29/2018 | R. Wright | 2.8 | Prepared an analysis of substantive consolidation factors. |
| **Task Code Total Hours** | | **121.9** | |

## 11. Claim Analysis/Accounting

| Date | Professional | Hours | Description |
|------|--------------|-------|-------------|
| 3/1/2018 | D. Galfus | 1.4 | Analyzed the Debtors' latest accounting of mechanic liens. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **11. Claim Analysis/Accounting** | | | |
| 3/1/2018 | R. Wright | 1.4 | Reviewed mechanics lien settlement motion. |
| 3/1/2018 | R. Wright | 0.3 | Reviewed bar date motion. |
| 3/1/2018 | D. Galfus | 0.3 | Reviewed the Debtors bar date motion. |
| 3/2/2018 | Z. Mainzer | 2.4 | Reviewed schedule of trade claims to be incorporated into recovery value analysis. |
| 3/2/2018 | C. Kearns | 0.3 | Reviewed draft memo for Counsel re: IFRS accounting issues for guaranteed. |
| 3/5/2018 | Z. Mainzer | 1.4 | Created schedule of guaranteed claims for three Debtor entities. |
| 3/6/2018 | R. Wright | 1.5 | Reviewed schedules attached to the Debtors' motion for establishment of a lien reserve. |
| 3/6/2018 | D. Galfus | 0.8 | Reviewed the mechanic lien claims asserted. |
| 3/8/2018 | D. Galfus | 0.5 | Analyzed certain unsecured claims in advance of the meeting with the Committee. |
| 3/9/2018 | R. Wright | 2.5 | Prepared debt hurdle analysis for a Committee member. |
| 3/9/2018 | D. Galfus | 1.4 | Analyzed the unsecured claims of the Chemtex entity. |
| 3/9/2018 | R. Wright | 0.4 | Prepared schedule of financial statements for different entities for a Committee member. |
| 3/12/2018 | D. Galfus | 1.3 | Analyzed the mechanic lien claims asserted in the estate. |
| 3/12/2018 | R. Wright | 1.1 | Reviewed substitute consolidation factors. |
| 3/12/2018 | R. Wright | 0.9 | Reviewed motion to establish a lien reserve. |
| 3/12/2018 | R. Wright | 0.2 | Participated in a call with Cole Schotz (D. Geoghan) re: construction liens. |
| 3/13/2018 | D. Galfus | 0.5 | Analyzed the recent motion from related to trust claims versus Resins. |
| 3/15/2018 | Z. Mainzer | 1.9 | Created schedule of claims involving secured creditors. |
| 3/15/2018 | R. Wright | 0.6 | Participated in a call with Milbank (M. Price) re: claims. |
| 3/20/2018 | Z. Mainzer | 0.8 | Created schedule of unsecured claims to be included per different recovery scenarios. |
| *Task Code Total Hours* | | *21.9* | |
| **13. Intercompany Transactions/Balances** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **13. Intercompany Transactions/Balances** | | | |
| 3/1/2018 | D. Galfus | 0.8 | Analyzed intercompany claims for impact on recoveries. |
| 3/2/2018 | D. Galfus | 1.6 | Analyzed the latest information as to movement of cash among the Debtors. |
| 3/2/2018 | R. Wright | 1.4 | Considered M&G key factors re: substantive consolidation. |
| 3/7/2018 | Z. Mainzer | 1.3 | Updated unsecured creditor recovery model with additional analysis related to intercompany claims. |
| 3/9/2018 | D. Galfus | 0.6 | Analyzed intercompany claims for their impact on creditor recoveries. |
| 3/12/2018 | D. Galfus | 1.4 | Analyzed the intercompany claims in the estate. |
| 3/20/2018 | Z. Mainzer | 0.6 | Reviewed intercompany analysis in order to incorporate updated amounts into recovery analysis. |
| *Task Code Total Hours* | | *7.7* | |
| **14. Executory Contracts/Leases** | | | |
| 3/6/2018 | R. Wright | 0.8 | Reviewed schedule of potential damages re: contract rejection motion. |
| 3/6/2018 | R. Wright | 0.6 | Participated in a call with A&M (T. Sherman) re: contract rejection motion. |
| 3/9/2018 | R. Wright | 1.0 | Reviewed fourth omnibus contract rejection motion. |
| 3/9/2018 | R. Wright | 0.7 | Reviewed Eastman motion for relief from the stay. |
| *Task Code Total Hours* | | *3.1* | |
| **17. Analysis of Historical Results** | | | |
| 3/2/2018 | R. Wright | 2.6 | Reviewed data room docs re: Corpus Christi construction project. |
| 3/2/2018 | R. Wright | 0.8 | Prepared a memo re: IFRS accounting standards. |
| 3/2/2018 | D. Galfus | 0.6 | Reviewed the Debtors historical accounting for certain debt instruments. |
| 3/5/2018 | S. Ponniah | 2.0 | Researched recent updates related to financial info on the Corpus Christi construction in the data room. |
| 3/9/2018 | S. Ponniah | 2.2 | Researched documentation regarding contractor performance on Corpus Christi project. |
| 3/9/2018 | S. Ponniah | 1.8 | Researched documentation related to EPC contractor performance on project. |
| 3/9/2018 | A. Soltesz | 1.2 | Analyzed Chemtex construction activities. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | |

## 17. Analysis of Historical Results

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| 3/9/2018 | D. Galfus | 0.9 | Analyzed certain historical financial statements of the Debtors for creditors. |
| 3/12/2018 | S. Ponniah | 2.9 | Reviewed Chemtex contract and amendments on Corpus Christi project. |
| 3/12/2018 | A. Soltesz | 2.8 | Prepared draft document on findings regarding construction activities. |
| 3/12/2018 | A. Soltesz | 2.7 | Analyzed Jacobs Consulting Reports regarding Chemtex activities. |
| 3/12/2018 | A. Soltesz | 2.5 | Analyzed Monthly Project Reports regarding Chemtex activities. |
| 3/12/2018 | S. Ponniah | 1.8 | Researched Jacobs reports for any comments relating to EPC contractor performance. |
| 3/12/2018 | D. Galfus | 1.6 | Evaluated potential claims which can be included in a litigation trust. |
| 3/12/2018 | S. Ponniah | 1.1 | Researched Monthly Project Reports for data related to the Corpus Christi project. |
| 3/12/2018 | B. Wolf | 0.7 | Reviewed the construction report prepared by BRG |
| 3/13/2018 | S. Ponniah | 2.0 | Reviewed data room for recent updates on construction related documentation. |
| 3/15/2018 | S. Ponniah | 2.2 | Analyzed information on payments made to certain Debtors related to the Corpus Christi project. |
| 3/15/2018 | S. Ponniah | 1.8 | Researched documents related to payments on the Corpus Christi project in the data room. |
| 3/16/2018 | A. Soltesz | 1.7 | Revised Chemtex activities analysis for further internal review. |
| 3/16/2018 | R. Wright | 0.6 | Prepared an analysis of UCC professionals fees. |
| 3/18/2018 | A. Soltesz | 1.8 | Prepared revisions to notes on constrution activities relating to incurred costs and fees. |
| 3/18/2018 | A. Soltesz | 1.3 | Reviewed cost document relating to Chemtex payments to third parties. |
| 3/19/2018 | S. Ponniah | 2.9 | Reviewed information relating to payments made and received by Chemtex on Corpus Christi project. |
| 3/19/2018 | S. Ponniah | 1.1 | Reviewed report on Chemtex's role on the Corpus Christi project. |
| 3/19/2018 | A. Soltesz | 0.8 | Revised notes document regarding construction payments to third parties. |
| 3/21/2018 | D. Galfus | 1.3 | Analyzed historical financing transactions of certain Debtors for Counsel. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **17. Analysis of Historical Results** | | | |
| 3/25/2018 | A. Soltesz | 1.3 | Modified construction presentation. |
| 3/26/2018 | R. Wright | 1.9 | Analyzed key findings of BRG construction group. |
| 3/26/2018 | A. Soltesz | 0.4 | Reviewed new construction presentation draft. |
| 3/29/2018 | R. Wright | 2.9 | Prepared a memo re: findings from review of Corpus Christi construction documents. |
| 3/29/2018 | S. Ponniah | 2.0 | Reviewed report on BRG observations of the Corpus Christi construction. |
| 3/29/2018 | A. Soltesz | 0.7 | Prepared comments on draft report of Construction Observations. |
| 3/30/2018 | R. Wright | 2.9 | Prepared a memo re: findings from review of Corpus Christi construction documents. |
| 3/30/2018 | R. Wright | 0.7 | Continued to prepare a memo re: findings from review of Corpus Christi construction documents. |
| 3/30/2018 | B. Wolf | 0.3 | Edited BRG Observations in the Construction Report. |
| 3/31/2018 | A. Soltesz | 0.7 | Updated BRG's Construction Observations report. |
| ***Task Code Total Hours*** | | ***59.5*** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 3/2/2018 | R. Wright | 0.9 | Followed up with A&M re: Polymers cash collateral stipulation. |
| 3/9/2018 | R. Wright | 0.4 | Reviewed employee bonus payments motion. |
| 3/12/2018 | Z. Mainzer | 1.8 | Updated cash flow forecast model with projections received from Polymers subsidiary. |
| 3/13/2018 | R. Wright | 0.6 | Reviewed cash collateral variance report. |
| 3/13/2018 | R. Wright | 0.4 | Reviewed DIP cash flow forecast re: period beyond 3/30. |
| 3/13/2018 | R. Wright | 0.2 | Participated in a call with A&M (K. Ramanathan) re: Polymers liquidity. |
| 3/14/2018 | R. Wright | 2.6 | Sensitized A&M DIP cash flow projection. |
| 3/14/2018 | Z. Mainzer | 2.2 | Updated cash flow forecast model incorporating additional projections from Debtors. |
| 3/14/2018 | D. Galfus | 1.8 | Analyzed the Debtors' liquidity forecast. |
| 3/15/2018 | D. Galfus | 1.2 | Reviewed the Debtors updated liquidity forecast. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| | | | **19. Cash Flow/Cash Management Liquidity** |
| 3/16/2018 | D. Galfus | 1.6 | Analyzed the Debtors' updated liquidity forecast as compared to prior results achieved. |
| 3/16/2018 | R. Wright | 0.8 | Analyzed DIP cash flow forecast update. |
| 3/17/2018 | D. Galfus | 1.4 | Analyzed the Debtors' latest budget. |
| 3/21/2018 | R. Wright | 2.9 | Continued to prepare a report for the Committee re: replacement DIP forecast. |
| 3/21/2018 | Z. Mainzer | 2.9 | Developed DIP cash flow projections presentation for Unsecured Creditors Committee. |
| 3/21/2018 | R. Wright | 2.9 | Prepared a report for the Committee re: replacement DIP forecast. |
| 3/21/2018 | Z. Mainzer | 2.2 | Continued to develop DIP cash flow projections presentation for the Committee. |
| 3/21/2018 | Z. Mainzer | 1.4 | Reviewed updated DIP Cash Flow Forecast received from Debtors to compare to previous forecasts. |
| 3/21/2018 | D. Galfus | 0.6 | Edited BRG's presentation on the Debtors updated cash flow forecast. |
| 3/21/2018 | R. Wright | 0.6 | Participated in a call with Cole Schotz ( D. Geoghan) re: solvency. |
| 3/21/2018 | R. Wright | 0.3 | Participated in a call with A&M (B. Corio) re: cash flow model. |
| 3/22/2018 | R. Wright | 2.9 | Prepared a report for the Committee re: replacement DIP forecast. |
| 3/22/2018 | Z. Mainzer | 2.9 | Updated cash flow projection slides for presentation to Unsecured Creditors Committee. |
| 3/22/2018 | D. Galfus | 2.1 | Analyzed the latest DIP forecast from the Debtors. |
| 3/22/2018 | D. Galfus | 1.5 | Edited BRG's report on the Debtors' latest DIP forecast. |
| 3/22/2018 | R. Wright | 1.3 | Continued to prepare a report for the Committee re: replacement DIP forecast. |
| 3/26/2018 | R. Wright | 1.6 | Reviewed updated replacement DIP cash flow forecast. |
| 3/26/2018 | D. Galfus | 0.9 | Reviewed updated cash flow forecast related to sale process. |
| 3/27/2018 | Z. Mainzer | 2.9 | Updated presentation for unsecured creditors with additional DIP cash flow projection analysis. |
| 3/27/2018 | Z. Mainzer | 1.8 | Created variance analysis between updated DIP forecast and previous forecast. |
| 3/27/2018 | R. Wright | 1.8 | Prepared a presentation for the Committee re: replacement DIP forecast. |

| Date | Professional | Hours | Description |
|------|-------------|-------|-------------|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 3/27/2018 | Z. Mainzer | 0.8 | Continued to update presentation for unsecured creditors with additional DIP cash flow projection analysis. |
| 3/28/2018 | R. Wright | 2.0 | Prepared a presentation for the Committee re: replacement DIP forecast. |
| 3/28/2018 | Z. Mainzer | 1.8 | Updated presentation to Unsecured Creditors Committee with additional cash flow projection commentary. |
| 3/28/2018 | Z. Mainzer | 1.2 | Updated DIP variance model with updated projections from Debtors. |
| 3/28/2018 | R. Wright | 1.0 | Reviewed updated replacement DIP cash flow forecast. |
| 3/29/2018 | D. Galfus | 1.6 | Reviewed updated DIP forecast related to sale process agreements. |
| *Task Code Total Hours* | | *57.8* | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 3/13/2018 | R. Wright | 0.7 | Participated in a call with Milbank (A. Raval) and UCC advisers re: settlement discussions. |
| 3/13/2018 | R. Wright | 0.4 | Participated in a call with Milbank (A. Raval) and UCC advisers re: settlement discussions. |
| 3/13/2018 | R. Wright | 0.3 | Participated in a call with Milbank (A. Raval) and UCC advisers re: settlement discussions. |
| 3/14/2018 | R. Wright | 0.4 | Participated in a portion of a call with Milbank (A. Raval) and UCC advisers re: settlement discussions. |
| 3/15/2018 | R. Wright | 0.6 | Participated in a call with Milbank (A. Raval) and UCC advisers re: settlement discussions. |
| 3/16/2018 | R. Wright | 0.6 | Reviewed settlement term sheet. |
| 3/21/2018 | R. Wright | 0.5 | Participated in a call with Milbank (A. Raval) re: restructuring settlement. |
| 3/23/2018 | R. Wright | 2.9 | Continued to participate in settlement discussions with Milbank (A. Raval) and case professionals re: settlement. |
| 3/23/2018 | R. Wright | 2.9 | Participated in settlement discussions with Milbank (A. Raval) and case professionals re: settlement. |
| 3/23/2018 | R. Wright | 0.3 | Continued to participate in settlement discussions with Milbank (A. Raval) and case professionals re: settlement. |
| 3/26/2018 | R. Wright | 2.4 | Reviewed redline of key settlement documents. |
| 3/27/2018 | R. Wright | 1.2 | Reviewed redline of key settlement documents. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| *Task Code Total Hours* | | *13.2* | |
| **31. Planning** | | | |
| 3/16/2018 | D. Galfus | 0.4 | Prepared BRG's updated fee budget for case matters. |
| 3/29/2018 | D. Galfus | 0.6 | Prepared BRG's updated work plan and staffing. |
| 3/30/2018 | R. Wright | 1.8 | Prepared a work plan for post-auction workstreams. |
| *Task Code Total Hours* | | *2.8* | |
| **Total Hours** | | **510.9** | |



| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **01. Travel - Airline** | | | |
| 3/1/2018 | B. Wolf | $1,079.60 | Roundtrip economy airfare btween Pittsburgh and Corpus Christi for M&G Site Visit 12/4/2017-12/5/2017. |
| 3/1/2018 | M. Dansky | $1,592.61 | Roundtrip economy airfare to travel to tour the M&G Corpus Christi plant site from 12/4/2017-12/6/2017. |
| *Expense Category Total* | | *$2,672.21* | |
| **02. Travel - Train and Bus** | | | |
| 3/1/2018 | B. Wolf | $37.50 | Taxi in Corpus Christi on 12/4/2017. |
| *Expense Category Total* | | *$37.50* | |
| **05. Travel - Tolls** | | | |
| 3/8/2018 | D. Galfus | $13.50 | Toll charge getting into NY for M&G at Milbank meeting. |
| 3/27/2018 | R. Wright | $13.85 | Total NJ Turnpike tolls from Saddle Brook to Wilmington, DE. |
| 3/27/2018 | R. Wright | $13.85 | Total NJ Turnpike tolls from Wilmington to Saddle Brook, NJ. |
| *Expense Category Total* | | *$41.20* | |
| **06. Travel - Mileage** | | | |
| 3/1/2018 | S. Ponniah | $132.72 | Mileage from Corpus Christi site to home following M&G site visit on 12/5/2017. |
| 3/1/2018 | S. Ponniah | $135.13 | Mileage from home to hotel in Corpus Christi for M&G site visit on 12/4/2017. |
| 3/1/2018 | S. Ponniah | $11.81 | Mileage from hotel to M&G Corpus Christi site for site visit on 12/5/2017. |
| 3/1/2018 | B. Wolf | $26.75 | Roundtrip mileage from home to airport on 12/4/2017. |
| 3/27/2018 | R. Wright | $143.72 | Mileage from Saddle Brook, NJ to Wilmington, DE and return. |
| 3/28/2018 | D. Galfus | $163.50 | Mileage from home to Wilmington, DE and return. |
| *Expense Category Total* | | *$613.63* | |
| **07. Travel - Parking** | | | |

| Date | Professional | Amount | Description |
|---|---|---|---|
| **07. Travel - Parking** | | | |
| 3/1/2018 | B. Wolf | $48.00 | Parking at Pittsburgh Airport on 12/4/2017 while traveling to M&G site visit. |
| 3/8/2018 | D. Galfus | $29.00 | Parking in NY for M&G at Milbank meeting. |
| 3/18/2018 | D. Galfus | $61.50 | Parking for M&G. |
| 3/19/2018 | D. Galfus | $70.00 | Parking while attending M&G auction. |
| 3/20/2018 | D. Galfus | $70.00 | Parking while attending M&G auction. |
| 3/23/2018 | D. Galfus | $20.00 | Parking for M&G. |
| 3/27/2018 | R. Wright | $11.00 | Parking in Wilmington, DE for sale order hearing. |
| 3/28/2018 | D. Galfus | $11.00 | Parking in Wilmington for M&G. |
| *Expense Category Total* | | *$320.50* | |
| **08. Travel - Hotel/Lodging** | | | |
| 3/1/2018 | B. Wolf | $145.65 | Hotel for 1 night at the Hilton in Corpus Christi, TX while traveling for M&G site visit on 12/4/2017. |
| 3/1/2018 | S. Ponniah | $113.85 | Hotel for 1 night at the Hilton in Corpus Christi, TX while traveling for M&G site visit on 12/4/2017. |
| *Expense Category Total* | | *$259.50* | |
| **10. Meals** | | | |
| 3/1/2018 | S. Ponniah | $9.93 | Breakfast while traveling for Corpus Christi site visit on 12/5/2017. |
| 3/1/2018 | B. Wolf | $14.84 | Lunch in transit to Corpus Christi for site visit on 12/4/2017. |
| 3/1/2018 | S. Ponniah | $15.11 | Lunch while traveling for Corpus Christi site visit on 12/4/2017. |
| 3/1/2018 | S. Ponniah | $12.43 | Lunch while traveling for Corpus Christi site visit on 12/5/2017. |
| 3/23/2018 | R. Wright | $21.00 | Business lunch for L. Szlezinger, R. Wright, D. Galfus. |
| *Expense Category Total* | | *$73.31* | |
| **11. Telephone, Fax and Internet** | | | |
| 3/1/2018 | M. Dansky | $9.99 | Inflight Wifi during travel to Corpus Christi for M&G site tour on 12/4/2017. |
| *Expense Category Total* | | *$9.99* | |

| Date | Professional | Amount | Description |
|------|-------------|--------|-------------|
| **21. Subcontractor Fees and Expenses** | | | |
| 3/31/2018 | BRG Direct | $7,475.00 | March 2018 Subcontractor fees as shown on attached invoice. |
| *Expense Category Total* | | *$7,475.00* | |
| **Total Expenses** | | **11,502.84** | |



Washington, D.C. Metro

1777 North Kent Street ✦ Suite 1400 ✦ Arlington, VA ✦ 22209
T 703.516.7700 ✦ F 703.351.6162

Southern California

3 Park Plaza ✦ Suite 1980 ✦ Irvine, CA ✦ 92614    222 N Sepulveda Blvd ✦ Suite 1730 ✦ El Segundo, CA ✦ 90245
T 949.474.4930 ✦ F 949.474.4944    T 424.888.7046

Berkeley Research Group, LLC.
Attn: David Galfus
2200 Powell Street, Suite 1200
Emeryville, CA 94608

| | |
|---|---|
| Invoice Date | April 13, 2018 |
| Invoice Number | 801252 |
| Project Number | 50742 |
| Bill Period | 3/1/2018 - 3/31/2018 |

*Re: M&G Bankruptcy*

| | Hours | Hourly Rate | Total |
|---|---|---|---|
| **Professional Services Rendered** | | | |
| Michael Dansky | 11.50 | $650.00 | $7,475.00 |
| Total Professional Services Rendered | | | $7,475.00 |
| **CURRENT AMOUNT DUE** | | | $7,475.00 |
| **PRIOR INVOICE AMOUNT OUTSTANDING** | | | 4,380.00 |
| **TOTAL AMOUNT DUE** | | | $11,855.00 |

**Prior Invoice**

| Invoice Number | Invoice Date | Amount Outstanding |
|---|---|---|
| 801181 | 03/15/2018 | $4,380.00 |

**Prior Invoice Amount Outstanding:** **$4,380.00**

PAYMENT IS DUE IN 30 DAYS



## Daily Logs - 50742 - M&G Bankruptcy - March 2018

| Name | Date | Hours | Description of Task |
|------|------|-------|---------------------|
| Michael Dansky | Mar 7 | 2.60 | Reviewed sale transaction proposal and IP related materials associated with such transactions. |
| Michael Dansky | Mar 7 | 1.40 | Continued to review sale transaction proposal and IP related materials associated with such transactions |
| Michael Dansky | Mar 8 | 0.70 | Review transaction proposal sale transaction materials in advance of meeting with creditors. |
| Michael Dansky | Mar 8 | 2.30 | Participated in call with Creditors Committee, Counsel (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) regarding the sale process and other case matters. |
| Michael Dansky | Mar 12 | 0.80 | Participated in call with Committee and professionals (A. Raval -Milbank, L. Szlezinger - Jefferies) re: proposed sale transactions. |
| Michael Dansky | Mar 20 | 0.70 | Attended Creditors Committee call with M. Price, Milbank regarding proposed sale transactions. |
| Michael Dansky | Mar 20 | 0.50 | Attended follow up Creditors Committee call with M. Price, Milbank regarding proposed sale transactions. |
| Michael Dansky | Mar 27 | 1.00 | Reviewed Committee proposed settlement documents in advance of Committee call. |
| Michael Dansky | Mar 27 | 0.20 | Attended a portion of Creditors Committee call led by M. Price, Milbank regarding proposed settlement term sheet. |
| Michael Dansky | Mar 28 | 0.50 | Reviewed proposed sale transaction documents in preparation for UCC call. |
| Michael Dansky | Mar 28 | 0.80 | Attended Creditors Committee call led by L. Doyle, Milbank regarding negotiations update. |

|  |  |  |  |
|------|------|-------|---------------------|
| **Total for Michael Dansky** | | **11.50** | |

| | | | |
|------|------|-------|---------------------|
| **TOTAL HOURS** | | **11.50** | |