# M & G USA Corporation, et al
## Berkeley Research Group, LLC
## Exhibit A: Time Detail

For the Period 4/1/2018 through 4/30/2018



| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 4/2/2018 | D. Galfus | 0.4 | Prepared BRG's billing information for fee application. |
| 4/2/2018 | M. Haverkamp | 0.1 | Edited February fee application for filing. |
| 4/25/2018 | M. Haverkamp | 0.5 | Prepared March fee application. |
| **Task Code Total Hours** | | **1.0** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 4/8/2018 | D. Galfus | 1.0 | Participated in a call with L. Szlezinger, Jefferies and D. Stogsdill, CRO of the Debtors re: settlement of various estate claims. |
| 4/10/2018 | D. Galfus | 0.2 | Held call with D. Stogsdill, CRO re: settlement discussions with Debtors. |
| 4/11/2018 | D. Galfus | 0.6 | Participated in a call with L. Szlezinger, Jefferies and D. Stogsdill, CRO re: settlement of various estate claims. |
| 4/13/2018 | D. Galfus | 1.1 | Participated in a call with L. Szlezinger, Jefferies and D. Stogsdill, Debtors re: settlement of various estate claims. |
| 4/17/2018 | D. Galfus | 0.5 | Participated in a call with Debtors (D. Stogsdill) and Jefferies (L. Szlezinger) re: foreign affiliate matters. |
| 4/23/2018 | D. Galfus | 0.7 | Participated in call with the Debtors (D. Stogsdill) re: the status of the claims reconciliation. |
| **Task Code Total Hours** | | **4.1** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 4/2/2018 | D. Galfus | 0.2 | Participated in a call with L. Szlezinger re: case matters and next steps. |
| 4/6/2018 | D. Galfus | 0.3 | Participated in a call with L. Szlezinger, Jefferies re: negotiations of various estate claims. |
| 4/6/2018 | D. Galfus | 0.3 | Participated in a call with M. Price, Counsel re: claims the Debtors have against affiliates. |
| 4/6/2018 | C. Kearns | 0.3 | Participated in call with M. Price (Milbank) re: preliminary assessment of the concordat proposal. |
| 4/8/2018 | D. Galfus | 0.3 | Held call with L. Szlezinger, Jefferies re: estate claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 4/10/2018 | D. Galfus | 1.1 | Participated in a call with L. Szlezinger, Jefferies and Milbank (L. Doyle) re: negotiations of various estate claims. |
| 4/10/2018 | R. Wright | 1.0 | Participated in a call with Milbank (A. Raval) and UCC advisers re: transactions proposed by the Debtors. |
| 4/10/2018 | C. Kearns | 1.0 | Participated in call with Milbank (A. Raval, L. Doyle) and Jefferies (L. Szlezinger) and teams to discuss status of Italy process, Brazil sale, and other issues. |
| 4/10/2018 | D. Galfus | 0.2 | Participated in a call with L. Szlezinger, Jefferies re: recent discussions with the Debtors re: claims versus certain affiliates. |
| 4/11/2018 | D. Galfus | 1.0 | Participated in a call with L. Szlezinger, Jefferies, Milbank team, and Italian Counsel (G. Carrello) re: settlement of various estate claims. |
| 4/11/2018 | R. Wright | 0.5 | Participated in a call with the Committee re: next steps. |
| 4/11/2018 | D. Galfus | 0.5 | Participated in a call with the Committee, Counsel (L. Doyle) and L. Szlezinger, Jefferies re: recent discussions with the Debtors re: claims versus certain affiliates of the Debtors and other case matters. |
| 4/11/2018 | D. Galfus | 0.2 | Held call with L. Szlezinger, Jefferies re: settlement discussions with Debtors. |
| 4/12/2018 | D. Galfus | 0.6 | Participated in a call with L. Szlezinger, Jefferies and Counsel (L. Doyle, A. Raval) re: settlement of various estate claims. |
| 4/12/2018 | R. Wright | 0.5 | Participated in a call with Milbank (A. Raval) and UCC advisers re: Italy settlement proposal. |
| 4/12/2018 | C. Kearns | 0.5 | Participated in a call with Milbank (L. Doyle) and Jefferies (L. Szlezinger) to discuss possible claims settlement tied to Italy concordat and Plan related issues. |
| 4/12/2018 | D. Galfus | 0.3 | Held call with L. Szlezinger, Jefferies re: settlement discussions with Debtors. |
| 4/12/2018 | C. Kearns | 0.2 | Emailed with Counsel and Jefferies re: Italian concordat. |
| 4/13/2018 | D. Galfus | 1.0 | Held call with L. Szlezinger, Jefferies re: settlement discussions with Debtors. |
| 4/13/2018 | R. Wright | 0.8 | Participated in a call with Milbank (J. Burke) re: prepetition transactions. |
| 4/13/2018 | D. Galfus | 0.7 | Participated in a call with Milbank (J. Burke, A. Lees) re: certain potential claims to be asserted. |
| 4/13/2018 | D. Galfus | 0.5 | Participated in a call with a creditor re: claims in the case and related timing matters. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 4/16/2018 | D. Galfus | 0.3 | Held call with L. Szlezinger, Jefferies re: settlement discussions with Debtors. |
| 4/17/2018 | D. Galfus | 0.8 | Participated in a call with Counsel (L. Doyle) and Jefferies (L. Szlezinger) re: foreign affiliate matters. |
| 4/17/2018 | R. Wright | 0.8 | Participated in a call with Milbank (L. Doyle) re: Italy settlement negotiations. |
| 4/17/2018 | D. Galfus | 0.5 | Held call with M. Price, Milbank re: the Debtors' proposed settlement of various affiliate matters. |
| 4/18/2018 | D. Galfus | 0.7 | Participated in a call with Counsel (A. Lees) re: various potential claims to be asserted. |
| 4/19/2018 | D. Galfus | 0.4 | Participated in a call with Counsel and Jefferies (L. Szlezinger) re: potential settlement transaction with foreign affiliates. |
| 4/20/2018 | D. Galfus | 0.5 | Participated in a call with Counsel re: unsecured claim filings. |
| 4/20/2018 | D. Galfus | 0.4 | Held call with L. Szlezinger re: claim filings. |
| 4/20/2018 | C. Kearns | 0.2 | Emailed with Counsel and Jefferies re: Brazil claim. |
| 4/26/2018 | D. Galfus | 0.2 | Held call with Counsel (A. Lees) re: various investigative claims related to historical actions of the Debtors. |
| **Task Code Total Hours** | | **16.8** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/6/2018 | C. Kearns | 0.5 | Reviewed summary from Italian Counsel of the issues in proposed concordat that implicate the US cases. |
| 4/9/2018 | Z. Mainzer | 2.9 | Created debt analysis for non-US Debtors, analyzing potential cash recoveries to unsecured creditors. |
| 4/9/2018 | R. Wright | 2.9 | Prepared a summary for Counsel re: CII/MGI settlement proposal. |
| 4/9/2018 | R. Wright | 2.7 | Reviewed CII/MGI settlement proposal. |
| 4/9/2018 | R. Wright | 2.4 | Continued to prepare a summary for Counsel re: CII/MGI settlement proposal. |
| 4/9/2018 | Z. Mainzer | 1.8 | Continued to create debt analysis for non-US Debtors, analyzing potential cash recoveries to unsecured creditors. |
| 4/9/2018 | R. Wright | 1.4 | Reviewed cost overrun agreement re: MGI/CII settlement proposal. |
| 4/9/2018 | Z. Mainzer | 1.4 | Updated schedule of lienholder claims in response to request by creditor. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/9/2018 | R. Wright | 1.0 | Reconciled claim amounts in the MGI/CII settlement proposal to the Debtors' books and records. |
| 4/10/2018 | R. Wright | 2.5 | Prepared a summary for Counsel re: CII/MGI settlement proposal. |
| 4/10/2018 | Z. Mainzer | 2.2 | Updated Finanziaria subsidiary unsecured creditor recovery settlement proposal analysis. |
| 4/10/2018 | Z. Mainzer | 1.8 | Updated Italian entity due diligence question list incorporating settlement proposal analysis. |
| 4/10/2018 | Z. Mainzer | 1.6 | Updated analysis comparing Italian entity settlement proposals prior to call with Counsel. |
| 4/10/2018 | Z. Mainzer | 1.3 | Reviewed due diligence question list at the request of Counsel prior to call with Debtor advisers. |
| 4/10/2018 | R. Wright | 1.0 | Prepared a supplemental request list re: proposed CII settlement. |
| 4/11/2018 | Z. Mainzer | 2.6 | Developed recovery analysis for M&G International entity based on new claims amounts. |
| 4/11/2018 | Z. Mainzer | 1.9 | Reviewed Italian settlement proposal with unsecured creditors in order to create recovery analysis. |
| 4/11/2018 | R. Wright | 1.5 | Reviewed the CII/MGI settlement proposal. |
| 4/12/2018 | Z. Mainzer | 2.9 | Developed recovery analysis for M&G International on a stand alone basis. |
| 4/12/2018 | R. Wright | 2.0 | Analyzed substantive consolidation considerations re: parental guarantees. |
| 4/12/2018 | Z. Mainzer | 1.6 | Continued to develop recovery analysis for M&G International on a stand alone basis. |
| 4/12/2018 | R. Wright | 1.0 | Analyzed the CII/MGI settlement proposal re: recoveries. |
| 4/13/2018 | Z. Mainzer | 2.9 | Developed model analyzing recoveries in settlement between Italian entity and unsecured creditors. |
| 4/13/2018 | R. Wright | 2.8 | Prepared a recovery analysis based on the CII/MGI settlement offer. |
| 4/13/2018 | R. Wright | 1.5 | Analyzed substantive consolidation factors re: intercompany notes. |
| 4/13/2018 | R. Wright | 1.5 | Reviewed underlying documents received re: CII/MGI settlement offer. |
| 4/13/2018 | Z. Mainzer | 1.4 | Continued to develop model analyzing recoveries in settlement between Italian entity and unsecured creditors. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/16/2018 | R. Wright | 2.0 | Prepared a claims waterfall for M&G International on a stand alone basis. |
| 4/16/2018 | R. Wright | 2.0 | Reviewed intercompany documents received re: CII/MGI settlement offer. |
| 4/16/2018 | Z. Mainzer | 1.8 | Created recovery analysis cash bridge for M&G International entity based on Monthly Operating Reports. |
| 4/16/2018 | R. Wright | 1.5 | Reviewed MGI documents received re: CII/MGI settlement offer. |
| 4/16/2018 | D. Galfus | 1.1 | Updated BRG's recovery model for Plan purposes. |
| 4/17/2018 | Z. Mainzer | 2.9 | Created analysis of recoveries to unsecured creditors based on proposed Italian entity settlement. |
| 4/17/2018 | Z. Mainzer | 2.4 | Updated hypothetical recovery analysis for International entity based on Italy proposed settlement. |
| 4/17/2018 | Z. Mainzer | 1.8 | Continued to create analysis of recoveries to unsecured creditors based on proposed Italian entity settlement. |
| 4/17/2018 | Z. Mainzer | 1.3 | Updated SubCon analysis based on new information received from the Debtors. |
| 4/17/2018 | R. Wright | 1.0 | Analyzed issues related to consolidation factors re: non-debtor affiliates. |
| 4/17/2018 | R. Wright | 0.9 | Prepared M&G International standalone waterfall. |
| 4/17/2018 | R. Wright | 0.4 | Reviewed Italy settlement term sheet. |
| 4/18/2018 | R. Wright | 2.8 | Prepared an overview of SubCon considerations included in recovery analysis. |
| 4/18/2018 | R. Wright | 2.8 | Updated waterfall analysis. |
| 4/18/2018 | Z. Mainzer | 1.8 | Updated recovery analysis model incorporating new claim information received from Debtors. |
| 4/18/2018 | C. Kearns | 0.2 | Reviewed status to resolve Italy related issues. |
| 4/19/2018 | R. Wright | 2.9 | Continued to develop recovery analysis scenarios re: SubCon. |
| 4/19/2018 | R. Wright | 2.9 | Developed recovery analysis scenarios re: SubCon |
| 4/19/2018 | Z. Mainzer | 2.7 | Updated recovery analysis model incorporating International entity stand-alone analysis. |
| 4/19/2018 | R. Wright | 2.5 | Continued to develop recovery analysis scenarios re: SubCon. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/19/2018 | Z. Mainzer | 1.7 | Reviewed SubCon analysis based on latest recoveries prior to call with Debtors. |
| 4/19/2018 | C. Kearns | 1.0 | Reviewed preliminary SubCon analysis by entity. |
| 4/20/2018 | R. Wright | 2.6 | Developed recovery analysis scenarios re: MGI standalone. |
| 4/20/2018 | Z. Mainzer | 2.3 | Updated hypothetical recovery analysis model incorporating new scenarios requested by Counsel. |
| 4/20/2018 | Z. Mainzer | 1.1 | Updated recovery analysis model based on new claim information received from Debtors. |
| 4/20/2018 | R. Wright | 1.0 | Continued to develop recovery analysis scenarios re: MGI standalone. |
| 4/20/2018 | D. Galfus | 0.6 | Analyzed impact of certain claims on the recovery modeling. |
| 4/20/2018 | R. Cohen | 0.6 | Analyzed recovery analysis for accuracy. |
| 4/20/2018 | R. Cohen | 0.2 | Prepared a chart detailing claims that were filed and that are scheduled. |
| 4/23/2018 | R. Wright | 2.9 | Continued to prepare an analysis for Counsel re: SubCon recovery scenarios. |
| 4/23/2018 | R. Wright | 2.9 | Prepared an analysis for Counsel re: SubCon recovery scenarios. |
| 4/23/2018 | R. Wright | 2.4 | Continued to prepare an analysis for Counsel re: SubCon recovery scenarios. |
| 4/23/2018 | Z. Mainzer | 2.4 | Updated recovery analysis presentation with additional scenarios based on new claim information. |
| 4/23/2018 | Z. Mainzer | 1.8 | Developed claims analysis to determine filed claims against debt guarantors. |
| 4/23/2018 | R. Wright | 1.5 | Prepared an analysis of SubCon factors for Counsel re: consolidated financial statements. |
| 4/23/2018 | D. Galfus | 1.2 | Developed BRG's recovery model for Plan purposes. |
| 4/23/2018 | Z. Mainzer | 1.2 | Updated recovery analysis model with additional scenarios based on new claim information. |
| 4/24/2018 | R. Wright | 2.9 | Prepared an analysis for Counsel re: SubCon recovery scenarios. |
| 4/24/2018 | Z. Mainzer | 2.9 | Updated hypothetical recovery analysis presentation incorporating additional scenarios at the request of Counsel. |
| 4/24/2018 | R. Wright | 2.1 | Continued to prepare an analysis for Counsel re: SubCon recovery scenarios. |

| Date | Professional | Hours | Description |
| --- | --- | --- | --- |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/24/2018 | R. Wright | 2.0 | Prepared an analysis of SubCon scenarios for Counsel. |
| 4/24/2018 | Z. Mainzer | 1.6 | Updated recovery analysis model with new recovery scenarios requested by Counsel. |
| 4/24/2018 | C. Kearns | 1.3 | Reviewed analyses of possible SubCon scenarios as requested by Counsel. |
| 4/24/2018 | Z. Mainzer | 0.9 | Continued to update hypothetical recovery analysis presentation incorporating input from Counsel. |
| 4/24/2018 | D. Galfus | 0.7 | Reviewed recovery scenarios in the Debtors' estates. |
| 4/25/2018 | R. Wright | 2.9 | Prepared an analysis for Counsel re: Standalone recovery scenarios. |
| 4/25/2018 | Z. Mainzer | 2.4 | Updated hypothetical recovery analysis presentation incorporating additional recovery scenarios. |
| 4/25/2018 | R. Wright | 1.8 | Continued to prepare an analysis for Counsel re: Standalone recovery scenarios. |
| 4/25/2018 | Z. Mainzer | 1.7 | Updated recovery analysis presentation with additional adjustments for new scenarios. |
| 4/25/2018 | Z. Mainzer | 1.3 | Updated recovery analysis model incorporating new recovery scenarios. |
| 4/25/2018 | Z. Mainzer | 1.2 | Updated recovery scenario presentation with additional recovery analysis. |
| 4/25/2018 | D. Galfus | 1.1 | Analyzed the recovery model for Plan purposes. |
| 4/25/2018 | Z. Mainzer | 0.7 | Reviewed Brazil entity settlement agreement in order to incorporate into recovery model. |
| 4/26/2018 | Z. Mainzer | 1.6 | Updated recovery analysis model with additional scenarios based on potential Brazilian entity claims. |
| 4/26/2018 | D. Galfus | 0.8 | Reviewed BRG's revised recovery model for Plan purposes. |
| 4/27/2018 | Z. Mainzer | 1.8 | Updated recovery analysis model with additional amounts related to unsecured claims. |
| 4/27/2018 | R. Wright | 1.5 | Prepared issues list as to recovery analysis. |
| 4/27/2018 | D. Galfus | 0.9 | Proposed revisions to BRG's recovery model for Plan purposes. |
| 4/27/2018 | R. Wright | 0.2 | Participated in a call with Milbank (B. Kinney) re: SubCon. |
| 4/30/2018 | Z. Mainzer | 2.9 | Continued to update recovery analysis model with additional unsecured creditor recovery scenarios at the request of Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 4/30/2018 | R. Wright | 2.9 | Prepared additional SubCon scenarios for Counsel. |
| 4/30/2018 | Z. Mainzer | 2.9 | Updated recovery analysis model with additional unsecured creditor recovery scenarios at the request of Counsel. |
| 4/30/2018 | Z. Mainzer | 1.4 | Reviewed M&G Brazil entity settlement in order to incorporate into recovery analysis for unsecured creditors. |
| 4/30/2018 | R. Wright | 1.3 | Continued to prepare additional SubCon scenarios for Counsel. |
| 4/30/2018 | Z. Mainzer | 0.6 | Reviewed M&G Finanziaria service agreement in order to incorporate into creditor recovery model. |
| **Task Code Total Hours** | | **162.4** | |
| **11. Claim Analysis/Accounting** | | | |
| 4/11/2018 | Z. Mainzer | 2.2 | Created analysis comparing secured debt against unsecured debt from the statements and schedules. |
| 4/16/2018 | D. Galfus | 0.6 | Developed discovery requests for various potential claims. |
| 4/18/2018 | R. Wright | 2.6 | Analyzed claim base update received from A&M re: priority claims. |
| 4/18/2018 | Z. Mainzer | 2.4 | Created comparison of unsecured claims from initial projection to current amounts. |
| 4/18/2018 | Z. Mainzer | 1.9 | Developed bridge from prior unsecured claims amount to current amounts as requested by Counsel. |
| 4/18/2018 | D. Galfus | 1.3 | Analyzed the Debtors' claims data for filed claims. |
| 4/19/2018 | R. Wright | 2.2 | Analyzed claim base update received from A&M re: unsecured claims. |
| 4/19/2018 | Z. Mainzer | 1.6 | Updated question list regarding claim analysis prior to call with Debtors. |
| 4/19/2018 | D. Galfus | 1.2 | Reviewed the Debtors' claims data for filed claims information. |
| 4/20/2018 | R. Wright | 2.9 | Analyzed claim base update received from A&M re: claims against multiple debtors. |
| 4/20/2018 | Z. Mainzer | 2.9 | Developed claims presentation for UCC incorporating analysis received from Debtors. |
| 4/20/2018 | R. Wright | 2.0 | Continued to analyze claim base update received from A&M re: claims against multiple debtors. |
| 4/20/2018 | Z. Mainzer | 1.3 | Continued to develop claims presentation for UCC incorporating analysis received from Debtors. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 4/20/2018 | D. Galfus | 1.1 | Investigated potential claims for validity. |
| 4/20/2018 | R. Wright | 0.7 | Participated in a call with Milbank (B. Kinney) re: claims. |
| 4/21/2018 | R. Wright | 1.5 | Analyzed claim base update received from A&M re: duplicate claims. |
| 4/21/2018 | R. Wright | 0.8 | Prepared claim questions for A&M. |
| 4/22/2018 | Z. Mainzer | 1.3 | Reviewed filed claims question list prior to update call with Debtor advisers. |
| 4/23/2018 | Z. Mainzer | 2.7 | Updated claims analysis model, incorporating new claimant information, following call with Debtor advisors. |
| 4/23/2018 | R. Wright | 1.8 | Analyzed claim base update received from A&M re: claims. |
| 4/23/2018 | D. Galfus | 0.9 | Analyzed the filed claims data provided by the Debtors. |
| 4/23/2018 | R. Wright | 0.7 | Participated in a call with A&M (D. Stogsdill) and Milbank re: claims. |
| 4/23/2018 | R. Wright | 0.5 | Participated in a call with Cole Schotz (S. Komrower) re: Bancomext claims. |
| 4/24/2018 | R. Wright | 2.9 | Prepared a presentation for the Committee re: claims base update. |
| 4/24/2018 | Z. Mainzer | 2.9 | Updated claims presentation with additional analysis regarding unsecured claims. |
| 4/24/2018 | D. Galfus | 1.5 | Analyzed certain of the claim filings in the Debtors' estate. |
| 4/24/2018 | Z. Mainzer | 0.8 | Continued to update claims presentation with additional analysis regarding unsecured claims. |
| 4/24/2018 | R. Wright | 0.2 | Participated in a call with Cole Schotz (F. Yudkin) re: BancoMext claims. |
| 4/25/2018 | R. Wright | 1.5 | Analyzed proposed settlement with Brazil re: incremental recovery. |
| 4/25/2018 | R. Wright | 1.0 | Analyzed claims database re: duplicate claims. |
| 4/25/2018 | C. Kearns | 0.8 | Reviewed analysis of proposed settlement of certain intercompany claims and guarantees re: Brazil and International entities. |
| 4/25/2018 | D. Galfus | 0.7 | Reviewed certain of the unsecured claims in the Debtors' estate. |
| 4/26/2018 | Z. Mainzer | 1.9 | Created claims analysis for Brazilian entity to include updated information from the Debtors. |
| 4/26/2018 | Z. Mainzer | 1.7 | Reviewed unsecured claims analysis in order to confirm amounts in proposed Brazil settlement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 4/26/2018 | R. Wright | 1.6 | Analyzed claims database re: misfiled claims. |
| 4/26/2018 | D. Galfus | 0.9 | Analyzed certain of the unsecured claims in the Debtors' estate. |
| 4/26/2018 | R. Wright | 0.5 | Analyzed proposed settlement with Brazil re: incremental recovery. |
| 4/26/2018 | C. Kearns | 0.2 | Reviewed correspondence re: updates from Debtor on Brazil related claims estimate. |
| 4/27/2018 | R. Wright | 1.2 | Analyzed proposed settlement with Brazil re: viability of claims. |
| 4/29/2018 | R. Wright | 0.8 | Analyzed M&G Brazil settlement proposal. |
| 4/30/2018 | R. Wright | 1.1 | Reviewed claims database re: contingent claims. |
| 4/30/2018 | R. Wright | 0.6 | Analyzed proposed settlement with Brazil re: brazil claims. |
| **Task Code Total Hours** | | **59.9** | |
| **13. Intercompany Transactions/Balances** | | | |
| 4/5/2018 | D. Galfus | 1.9 | Analyzed the Debtors' proposal related to various settlements of certain foreign affiliate claims. |
| 4/5/2018 | D. Galfus | 1.4 | Compared the recent foreign affiliate proposal with prior versions. |
| 4/5/2018 | D. Galfus | 0.7 | Analyzed various intercompany claims of the Debtors with foreign affiliates. |
| 4/6/2018 | D. Galfus | 1.4 | Analyzed the Debtors' proposal related to various settlements of affiliate claims. |
| 4/6/2018 | D. Galfus | 1.1 | Analyzed various intercompany claims of the Debtors with affiliates. |
| 4/6/2018 | D. Galfus | 0.9 | Prepared preliminary report of certain claims versus affiliates the Debtors can assert. |
| 4/9/2018 | D. Galfus | 1.9 | Analyzed the sale of foreign assets in Italy. |
| 4/9/2018 | D. Galfus | 1.2 | Analyzed various intercompany claims in the Italian affiliates. |
| 4/9/2018 | Z. Mainzer | 1.1 | Updated intercompany matrix with adjustments for Italian entities at the request of Counsel. |
| 4/9/2018 | D. Galfus | 0.8 | Analyzed the sale of foreign assets in Brazil. |
| 4/10/2018 | D. Galfus | 0.8 | Analyzed various intercompany claims of the Debtors for Plan purposes. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **13. Intercompany Transactions/Balances** | | | |
| 4/10/2018 | D. Galfus | 0.7 | Analyzed the Brazil affiliates agreements that impact the Debtors' estates. |
| 4/10/2018 | D. Galfus | 0.5 | Prepared preliminary list of certain settlement terms for affiliate claims for the unsecured creditors. |
| 4/11/2018 | Z. Mainzer | 1.6 | Created schedule of intercompany claims specifying claims against US Debtors. |
| 4/11/2018 | D. Galfus | 0.9 | Prepared outline of certain settlement terms for affiliate claims. |
| 4/11/2018 | D. Galfus | 0.7 | Developed updated request list for diligence related to affiliate claims. |
| 4/11/2018 | D. Galfus | 0.6 | Analyzed the intercompany claims of the Debtors for Plan purposes. |
| 4/13/2018 | D. Galfus | 1.4 | Analyzed various options available to creditors re: claims against certain affiliates. |
| 4/16/2018 | Z. Mainzer | 2.4 | Updated intercompany claim analysis incorporating additional amounts for claims against Debtors. |
| 4/16/2018 | D. Galfus | 0.8 | Analyzed intercompany claims for impact on recoveries. |
| 4/18/2018 | Z. Mainzer | 1.3 | Updated intercompany model analysis based on new claim information received from Debtors. |
| 4/19/2018 | Z. Mainzer | 2.2 | Updated intercompany claim model based on new claim analysis received from Debtors. |
| 4/24/2018 | R. Cohen | 0.7 | Investigated the data room for cost sharing agreement between M&G International and M&G Finanziaria. |
| 4/25/2018 | Z. Mainzer | 0.6 | Created schedule of intercompany claims for Committee presentation. |
| **Task Code Total Hours** | | **27.6** | |
| **17. Analysis of Historical Results** | | | |
| 4/2/2018 | D. Galfus | 0.7 | Prepared work plan for various investigations to be performed into historical financial transactions. |
| 4/10/2018 | R. Wright | 2.0 | Prepared a memo re: construction diligence findings. |
| 4/12/2018 | R. Wright | 2.5 | Prepared a memo re: construction diligence findings. |
| 4/12/2018 | Z. Mainzer | 2.3 | Created schedule of monthly cash for M&G International to incorporate into recovery analysis. |
| 4/13/2018 | R. Wright | 2.7 | Prepared a memo re: construction diligence findings. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **17. Analysis of Historical Results** | | | |
| 4/13/2018 | Z. Mainzer | 1.9 | Drafted due diligence question list for construction analysis received from the Debtors. |
| 4/16/2018 | R. Wright | 1.7 | Analyzed M&G International financial statements. |
| 4/16/2018 | R. Wright | 1.5 | Finalized key observations re: Corpus Christi construction project. |
| 4/16/2018 | Z. Mainzer | 1.3 | Updated construction document request list based on inquiries by Counsel. |
| 4/16/2018 | R. Wright | 0.8 | Finalized construction request list. |
| 4/18/2018 | R. Wright | 0.7 | Participated in a call with Milbank (A. Lees) re: construction document review. |
| 4/23/2018 | R. Cohen | 0.4 | Reviewed financial documents available in the data room for certain entities. |
| 4/24/2018 | R. Cohen | 0.3 | Analyzed the change in total claims from February 2018 to April 2018. |
| 4/26/2018 | R. Wright | 1.5 | Reviewed construction documents received re: outstanding diligence requests. |
| 4/26/2018 | R. Wright | 1.0 | Drafted a letter to A&M re: construction requests. |
| 4/26/2018 | R. Wright | 0.1 | Participated in a call with Milbank (J. Burke) re: construction records. |
| 4/27/2018 | Z. Mainzer | 2.3 | Prepared construction document diligence question list for Debtors. |
| 4/27/2018 | R. Wright | 0.9 | Reviewed status of construction requests re: follow up requests. |
| 4/27/2018 | R. Wright | 0.7 | Reviewed services agreement between M&G Finanziaria and M&G International. |
| 4/27/2018 | D. Galfus | 0.6 | Edited BRG's data request for certain documents from the Debtors related to historical transactions. |
| 4/30/2018 | R. Wright | 1.8 | Drafted a letter to A&M re: construction requests. |
| **Task Code Total Hours** | | **27.7** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 4/2/2018 | D. Galfus | 0.5 | Analyzed the Debtors' current liquidity. |
| 4/16/2018 | D. Galfus | 1.2 | Analyzed the cash flow activity of certain Debtors case to date. |
| 4/19/2018 | R. Wright | 0.3 | Reviewed DIP reporting package. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 4/26/2018 | Z. Mainzer | 1.3 | Developed analysis for entity cash flow based on received bank statements from the Debtors. |
| **Task Code Total Hours** | | **3.3** | |
| **31. Planning** | | | |
| 4/2/2018 | D. Galfus | 0.6 | Updated BRG's work plan and related staffing. |
| 4/9/2018 | R. Cohen | 0.2 | Prepared a schedule of BRG April hours and fees for budgeting purposes. |
| **Task Code Total Hours** | | **0.8** | |
| **39. Overseas/Foreign Entity Proceedings** | | | |
| 4/17/2018 | D. Galfus | 1.9 | Analyzed the draft settlement agreement with foreign affiliates. |
| 4/18/2018 | D. Galfus | 1.2 | Analyzed the draft settlement agreement along with supporting documents related to the foreign affiliates. |
| 4/19/2018 | D. Galfus | 1.8 | Reviewed the draft settlement agreement and related documents related to the foreign affiliates. |
| 4/23/2018 | D. Galfus | 0.8 | Reviewed proposed foreign settlements related to affiliates. |
| 4/25/2018 | D. Galfus | 1.2 | Analyzed the proposed Debtors' foreign affiliate transactions. |
| 4/26/2018 | D. Galfus | 1.2 | Analyzed transactions for the Debtors' foreign affiliates. |
| 4/27/2018 | D. Galfus | 0.8 | Reviewed proposed transactions for the Debtors' foreign affiliates. |
| **Task Code Total Hours** | | **8.9** | |
| **Total Hours** | | **312.5** | |