IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 7 & 1498** |

**BRIDGE ORDER (I) EXTENDING THE RELIEF PROVIDED BY THE SEVENTH INTERIM CASH MANAGEMENT ORDER AND (II) GRANTING RELATED RELIEF**

Upon consideration of the *Motion for Interim and Final Orders (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief* (the "Motion"),[2] and the *Seventh Interim Order (I) Approving the Continued Use of the Debtors' Cash Management System, Bank Accounts and Business Forms, (II) Extending the Debtors' Time to Comply with Section 345(b) of the Bankruptcy Code, (III) Approving Continuation of Ordinary Course Intercompany Transactions and (IV) Granting Related Relief* (Docket No. 1498) (the "Seventh Interim Cash Management Order"); and after due deliberation, and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1.  Notwithstanding anything to the contrary set forth in the Seventh Interim Cash Management Order, absent further order of this Court, the Seventh Interim Cash Management Order (including the provisions regarding section 345 of the Bankruptcy Code set forth in paragraph 3 thereof) shall remain in full force and effect until the date a final hearing on the Motion takes place.

2.  As provided in the Seventh Interim Cash Management Order, a final hearing to consider the relief requested in the Motion is scheduled to be held on June 26, 2018 at 11:00 a.m. (prevailing Eastern Time) and any objections or responses to the Motion shall be filed and served so as to be actually received on or prior to June 19, 2018 at 4:00 p.m. (prevailing Eastern Time).

3.  Nothing in this Order shall be deemed to vacate the Seventh Interim Cash Management Order.

4.  This Court retains jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: May 31, 2018

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge