# EXHIBIT A

## Foreign Accounts

| Debtor | Bank Name | Account Number (last 4 digits only) |
|---|---|---|
| M&G Capital S.à r.l. | Unicredit | 6456 |
| M&G Capital S.à r.l. | Unicredit | 5891 |
| M&G Capital S.à r.l. | BGL Paribas | 0000 |
| M&G Capital S.à r.l. | Unicredit | 6345 |
| M&G Chemicals S.A. | BGL Paribas | 0000 |
| M&G Chemicals S.A. | Unicredit | 2158 |
| M&G Chemicals S.A. | Unicredit | 9678 |
| Mossi & Ghisolfi International S.à r.l. | Unicredit | 9867 |
| Mossi & Ghisolfi International S.à r.l. | Unicredit | 9858 |
| Mossi & Ghisolfi International S.à r.l. | Unicredit | 1591 |
| Mossi & Ghisolfi International S.à r.l. | Edmond de Rothschild | 5330 |
| Mossi & Ghisolfi International S.à r.l. | BGL Paribas | 0000 |
| Mossi & Ghisolfi International S.à r.l. | BGL Paribas | 1000 |
| Mossi & Ghisolfi International S.à r.l. | BGL Paribas | 3000 |
| Mossi & Ghisolfi International S.à r.l. (Italian branch) | Banca Monte dei Paschi di Siena | 9600 |
| Mossi & Ghisolfi International S.à r.l. (Italian branch) | Unicredit | 5954 |
| Mossi & Ghisolfi International S.à r.l. (Italian branch) | Unicredit | 6953 |