# EXHIBIT B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. \_\_\_\_** |
| | : | |

### ORDER (I) WAIVING THE REQUIREMENTS OF SECTION 345(B) OF THE BANKRUPTCY CODE WITH RESPECT TO FOREIGN BANK ACCOUNTS AND (II) GRANTING RELATED RELIEF

Upon consideration of the *Debtors' Motion for Entry of an Order (I) Waiving the Requirements of Section 345(b) of the Bankruptcy Code with Respect to Foreign Bank Accounts and (II) Granting Related Relief* (the "Motion");[2] the Court having reviewed the Motion and any arguments made in support thereof; the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue of these chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Motion was sufficient under the circumstances; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Unless otherwise noted, capitalized terms used herein have the meanings ascribed in the Motion.

2. The requirements of section 345(b) of the Bankruptcy Code are hereby waived solely with respect to the Foreign Accounts.

3. For so long as the Lux Debtors' chapter 11 cases remain pending before this Court, the Lux Debtors shall provide counsel to the U.S. Trustee and the Committee with weekly reports regarding the balance of each Foreign Account.

4. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

5. This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: _____, 2018

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge