# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| M & G USA CORPORATION., *et al.*,[1] | ) Case No. 17-12307 (BLS) |
| Debtors. | ) Jointly Administered |
| | ) **Objection Deadline: June 27, 2018** |

**COVER SHEET OF CONSOLIDATED SECOND MONTHLY APPLICATION OF JEFFERIES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM FEBRUARY 1, 2018 TO AND INCLUDING APRIL 30, 2018**

| | |
|---|---|
| Name of Applicant: | Jefferies LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | November 14, 2017 |
| Period for Which Compensation and Reimbursement Are Sought: | February 1, 2018 – April 30, 2018 |
| Amount of Compensation Requested: | $450,000.00 |
| Amount of Compensation Requested Immediately: | $360,000.00 (80% of $450,000.00) |
| Amount of Compensation Held Back: | $90,000.00 (20% of $450,000.00) |
| Amount of Expense Reimbursement Requested: | $29,559.55 |

This is a(n):  X  monthly  ____ interim  ____ final application

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

**CONSOLIDATED SECOND MONTHLY FEE APPLICATION OF JEFFERIES LLC**

**TIME RECORDS BY PROFESSIONAL**
**FEBRUARY 1, 2018 – APRIL 30, 2018**

| Name | Title | Hours |
|---|---|---|
| Leon Szlezinger | Co-Head / Managing Director, Global Restructuring & Recapitalization | 204.0 |
| David Bradley | Vice Chairman, Global Co-Head of Industrials, Global Head of Chemicals | 13.5 |
| John D'Amico | Senior Vice President, Global Restructuring & Recapitalization | 71.5 |
| Patrick Topper | Associate, Global Restructuring & Recapitalization | 269.5 |
| Sameer Rathie | Associate, Global Industrials | 27.5 |
| Kenneth Kam | Analyst, Global Industrials | 31.5 |
| Jishan Lakhani | Analyst, Global Restructuring & Recapitalization | 32.0 |
| Cory Bunce | Analyst, Global Restructuring & Recapitalization | 77.5 |
| **TOTAL** | | **727.0** |

**CONSOLIDATED SECOND MONTHLY FEE APPLICATION OF JEFFERIES LLC**

**EXPENSES BY CATEGORY[1]**
**FEBRUARY 1, 2018 – APRIL 30, 2018**

| | | |
|---|---|---|
| Legal | $ | 22,211.50 |
| Meals | | 1,343.52 |
| Transportation - Ground | | 3,589.57 |
| Presentation Services | | 1,539.66 |
| Other | | 875.30 |
| **Total** | **$** | **29,559.55** |

---

[1] The expense reimbursements requested in the attached Application may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof. Any such expenses will be included in future monthly fee applications.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: June 27, 2018** |

**CONSOLIDATED SECOND MONTHLY APPLICATION OF JEFFERIES LLC
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
FOR REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
PERIOD FROM FEBRUARY 1, 2018 TO AND INCLUDING APRIL 30, 2018**

Jefferies LLC ("Jefferies"), the investment banker for The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), submits its second consolidated monthly application (this "Application") requesting (a) interim allowance and payment of compensation for professional services rendered on behalf of the Committee during the period from February 1, 2018 to and including April 30, 2018 (the "Compensation Period") in the amount of $360,000, representing 80% of Jefferies' unpaid Monthly Fees for February, March and April 2018 (each in the amount of $150,000, for a total of $450,000 for the Compensation Period), and (b) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

services in the amount of $29,559.55. In support of this Application, Jefferies respectfully represents as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The bases for the relief requested herein are sections 328(a), 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] (the "Interim Compensation Order").

**BACKGROUND**

3. On October 24, 2017, Debtor M&G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and, thereafter, on October 30, 2017 (the "Petition Date"), each of the other Debtors filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). No party has requested the appointment of a trustee or examiner in these Chapter 11 Cases.

4. On December 13, 2017, the Committee filed an application [Docket No. 486] (the "Retention Application") [2] to retain and employ Jefferies as their investment banker and financial under sections 327(a) and 328(a) of the Bankruptcy Code pursuant to the terms and subject to the conditions of that certain engagement letter between the Committee and Jefferies dated as of November 13, 2017 (the "Engagement Letter").

5. On January 5, 2018, the Court entered the order approving the Retention Application [Docket No. 624] (the "Retention Order"). The Retention Order, among other things, authorized the Committee to pay, reimburse and indemnify Jefferies in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter, as modified by the Retention Order, subject to application to the Court.

6. On December 1, 2017, the Court entered the Interim Compensation Order. The Interim Compensation Order provides, among other things, that each professional shall be entitled, no earlier than the 5th day of each month following the month for which compensation is sought, to file and serve an application for interim allowance of compensation for services rendered and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application"). Parties shall have 21 days after service of a Monthly Fee Application to object thereto (the "Objection Deadline"). If no objections are raised before expiration of the Objection Deadline, the applicant may file a certificate of no objection with the Court, after which the Committee is authorized to pay such the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application and not subject to an objection.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Retention Application.

## RELIEF REQUESTED

7.     By this Application, Jefferies requests (a) interim allowance and payment of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $360,000, representing 80% of Jefferies' unpaid Monthly Fees for February, March and April 2018 (each in the amount of $150,000, for a total of $450,000 for the Compensation Period) and (b) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $29,559.55, for a total interim award of $389,559.55.

8.     All services for which compensation is requested by Jefferies were performed during the Compensation Period on behalf of the Committee. Although Jefferies, in line with market convention, does not bill by the hour, Jefferies kept track of its post-petition time in half-hour increments in accordance with the Retention Order. During the Compensation Period, Jefferies professionals spent approximately 727.0 total hours providing investment banking services to the Committee. Time records are attached hereto as **Exhibit A**.

9.     The fees charged by Jefferies have been billed in accordance with the Engagement Letters and the Retention Order and are comparable to those fees charged by Jefferies for professional services rendered in connection with similar chapter 11 cases and non-bankruptcy matters. Jefferies submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive national investment banking market.

10.    There is no agreement or understanding between Jefferies and any other person, other than members of the firm, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

## ACTUAL AND NECESSARY EXPENSES

11. Jefferies also incurred certain necessary expenses during the Compensation Period for which it is entitled to reimbursement under the Engagement Letter. As set forth in detail in the summary attached hereto as **Exhibit B**, Jefferies' total expenses incurred during the Compensation Period are $29,559.55.[3]

## CERTIFICATION OF COMPLIANCE

12. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

*[Remainder of Page Intentionally Left Blank]*

---

[3] The expense reimbursements requested herein may not include certain expenses incurred by Jefferies during the Compensation Period but not processed as of the date hereof. Any such expenses will be included in future monthly fee applications.

WHEREFORE, Jefferies requests (a) interim allowance and payment of compensation for professional services rendered on behalf of the Committee during the Compensation Period in the amount of $360,000, representing 80% of Jefferies' unpaid Monthly Fees for February, March and April 2018 (each in the amount of $150,000, for a total of $450,000 for the Compensation Period) and (b) reimbursement of 100% of the actual and necessary expenses incurred by Jefferies during the Compensation Period in connection with such services in the amount of $29,559.55, for a total interim award of $389,559.55.

Dated: June 6, 2018                                        **JEFFERIES LLC**

                                                                              */s/ Leon Szlezinger*
                                                                              Leon Szlezinger
                                                                              Managing Director