**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------X

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : Case No. 17-12307 (BLS) |
| M & G USA Corporation, *et al.*[1] | : |
|  | : Jointly Administered |
| Debtors. | : |
|  | : **Objection Deadline: Jul. 5, 2018 at 4:00 p.m. (ET)** |
|  | : **Hearing Date: TBD** |

-------------------------------------------------------X

**SECOND INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM FEBRUARY 1, 2018 THROUGH APRIL 30, 2018**

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | January 5, 2018 *nunc pro tunc* to November 13, 2017 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2018 through April 30, 2018 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $829,990.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $16,061.95 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$846,052.45** |

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).

This is a(n): __ Monthly Application _X_ Interim Application ___ Final Application

**Attachment A: Summary of Monthly Fee Applications Filed**

| Application | | Requested | | Paid | | CNO |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | Date Filed/ Docket No. |
| 2/6/2018 Dkt No. 909 | 11/13/2017-11/30/2017 | $335,128.00 | $45.00 | $268,102.40 | $45.00 | 3/5/2018 Dkt No. 1081 |
| 3/15/2018 Dkt No. 1173 | 12/1/2017-12/31/2017 | $326,611.50 | $1,153.21 | $326,611.50 | $1,153.21 | 4/6/2018 Dkt No. 1339 |
| 3/15/2018 Dkt No. 1174 | 1/1/2018-1/31/2018 | $318,787.00 | $829.99 | $318,787.00 | $829.99 | 4/6/2018 Dkt No. 1341 |
| 4/2/2018 Dkt No. 1323 | 2/1/2018-2/28/2018 | $268,594.00 | $4,559.11 | $214,875.20 | $4,559.11 | 4/25/2018 Dkt No. 1400 |
| 5/29/2018 Dkt No. 1514 | 3/1/2018-3/31/2018 | $350,947.00 | $11,502.84 | $0.00 | $0.00 | N/A |
| 5/30/2018 Dkt No. 1520 | 4/1/2018-4/30/2018 | $210,449.50 | $0.00 | $0.00 | $0.00 | N/A |

[*Remainder of this Page Intentionally Left Blank*]

**Relief Requested**

This is Berkeley Research Group's ("BRG") second interim fee application for compensation (the "Fee Application") for the period February 1, 2018 through April 30, 2018 (the "Fee Period") filed pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308) (the "Interim Compensation Order"). BRG requests: (a) allowance of compensation in the amount of $829,990.50 for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $16,061.95 incurred by BRG.

**Services Rendered and Disbursements Incurred**

Incorporated herein by reference are BRG's fourth through sixth monthly fee applications as shown in **Attachment A** above. Attached as **Attachment B** is the schedule of professionals who rendered services to the Committee during the Fee Period, including each person's billing rate and the blended rate and **Attachment C** shows the schedule of fees expended during the Fee Period by task code. **Attachment D** shows the summary totals for each category of expense incurred during the Fee Period.

**Notice and Objection Procedures**

BRG provided notice of this Fee Application to: (a) the Debtors; (b) counsel for the Debtors; (c) the Office of the U.S. Trustee; (d) counsel to Banco Inbursa S.A., Institución De Banca Multiple, Group Financiero Inbursa, and (e) counsel to the Commitee. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

Wherefore, BRG respectfully requests that the Court enter an order (a) granting on an interim basis allowance of: (i) fees in the amount of $829,990.50 for services rendered to and on behalf of the Committee during the Fee Period and (ii) reimbursement of $16,061.95 for reasonable, actual, and necessary expenses incurred during the Fee Period; (b) authorizing the Debtors to immediately pay to BRG the sum of the unpaid fees and expenses incurred during the Fee Period; and (c) granting such other and further relief as the Court may deem just and proper.

Date: 6/11/18

Berkeley Research Group, LLC

By _David Galfus_
David Galfus
Managing Director
250 Pehle Avenue, Suite 301
Saddle Brook, NJ 07663
201-587-7117

# M & G USA Corporation, et al

## Berkeley Research Group, LLC

## Attachment B: Fees By Professional

For the Period 2/1/2018 through 4/30/2018



| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| A. Soltesz | Associate Director | $330.00 | 38.8 | $12,804.00 |
| B. Wolf | Managing Director | $350.00 | 5.8 | $2,030.00 |
| C. Kearns | Managing Director | $995.00 | 56.6 | $56,317.00 |
| D. Galfus | Managing Director | $995.00 | 252.0 | $250,740.00 |
| M. Haverkamp | Case Assistant | $195.00 | 31.7 | $6,181.50 |
| R. Cohen | Associate | $295.00 | 11.6 | $3,422.00 |
| R. Wright | Managing Director | $740.00 | 441.5 | $326,710.00 |
| S. Ponniah | Managing Consultant | $275.00 | 63.8 | $17,545.00 |
| Z. Mainzer | Managing Consultant | $430.00 | 358.7 | $154,241.00 |
| **Total** | | | **1,260.5** | **$829,990.50** |
| **Blended Rate** | | | | **$658.46** |



### Attachment C: Fees By Task Code

For the Period 2/1/2018 through 4/30/2018

| Task Code | Hours | Fees |
| --- | --- | --- |
| 01. Asset Acquisition/Disposition | 103.4 | $88,102.00 |
| 04. DIP Financing | 13.6 | $10,324.50 |
| 05. Professional Retention/ Fee Application Preparation | 40.9 | $14,290.00 |
| 06. Attend Hearings/Related Activities | 7.0 | $5,690.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 23.8 | $19,778.00 |
| 08. Interaction/Meetings with Creditors | 100.9 | $90,723.00 |
| 10. Recovery/SubCon/Lien Analysis | 432.9 | $265,408.50 |
| 11. Claim Analysis/Accounting | 96.7 | $68,551.00 |
| 12. Statements and Schedules | 68.5 | $41,478.00 |
| 13. Intercompany Transactions/Balances | 41.3 | $32,271.00 |
| 14. Executory Contracts/Leases | 5.9 | $4,366.00 |
| 17. Analysis of Historical Results | 115.1 | $61,934.50 |
| 19. Cash Flow/Cash Management Liquidity | 107.1 | $68,279.00 |
| 20. Projections/Business Plan/Other | 1.2 | $1,194.00 |
| 27. Plan of Reorganization/Disclosure Statement | 13.2 | $9,768.00 |
| 29. Secured Creditor Investigation | 15.7 | $12,869.00 |
| 31. Planning | 4.3 | $3,679.50 |
| 32. Document Review | 53.2 | $15,946.00 |
| 33. Intellectual Property | 6.9 | $6,483.00 |

| Task Code | Hours | Fees |
|---|---|---|
| 39. Overseas/Foreign Entity Proceedings | 8.9 | $8,855.50 |
| **Total** | **1,260.5** | **$829,990.50** |
| **Blended Rate** | | **$658.46** |



| Expense Category | Amount |
|---|---:|
| 01. Travel - Airline | $2,672.21 |
| 02. Travel - Train and Bus | $66.41 |
| 05. Travel - Tolls | $41.20 |
| 06. Travel - Mileage | $613.63 |
| 07. Travel - Parking | $403.50 |
| 08. Travel - Hotel/Lodging | $259.50 |
| 10. Meals | $140.51 |
| 11. Telephone, Fax and Internet | $9.99 |
| 21. Subcontractor Fees and Expenses | $11,855.00 |
| **Total Expenses for the Period 2/1/2018 through 4/30/2018** | **$16,061.95** |