# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

| NAME OF PROFESSIONAL | POSITION | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Carrello, Gaetano | Partner at Gattai, Minoli, Agostinelli, Partners for 5 years; admitted in Italy (1999). | $800.00 | 133.80 | $107,040.00 |
| Sgrò, Riccardo | Senior Associate at Gattai, Minoli, Agostinelli, Partners for 5 years; admitted in Italy (2009). | $480.00 | 293.50 | $140,880.00 |
| Mengoni, Matteo | Senior Associate at Gattai, Minoli, Agostinelli, Partners for 2 years; admitted in Italy (2007). | $480.00 | 20.50 | $9,840.00 |
| Vernillo, Niccolò | Associate at Gattai, Minoli, Agostinelli, Partners for 1 year; admitted in Italy (2018). | $320.00 | 124.40 | $39,808.00 |
| Cupolo, Cristina | Associate at Gattai, Minoli, Agostinelli, Partners for 9 months (pending admission). | $220.00 | 259.90 | $57,178.00 |

| NAME OF PROFESSIONAL | POSITION | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| | | Grand Total | 832.10 | $354,746.00 |
| | | | Attorney Compensation | $354,746.00 |
| | | | Total Attorney Hours | 832.10 |
| | | | Blended Attorney Rate | $426.32 |

**EXHIBIT B**

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Italian Insolvency Issues | 193.40 | **$86,671.80** |
| Support to Analysis of Italian Documentation | 598.70 | **$249,895.10** |
| Retention / Fee Applications | 40.00 | **$18,179.10** |
| **TOTAL** | **832.10** | **$ 354,746.00** |

**EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Cab Fares / Local Transportation | $6,770.52 |
| Database Research | $138.70 |
| Meals | $400.50 |
| Photocopies / Printing | $3,062.86 |
| Telephone | $687.48 |
| **TOTAL** | **$11,060.06** |

# EXHIBIT D

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide for preceding Fiscal year (FY2017)** | **Billed February 1, 2018 through April 30, 2018** |
| Partner | $798.50 | $800.00 |
| Counsel | $520.50 | N/A |
| Associate | $395.80 | $354.72 |
| Paralegal | $138.80 | N/A |
| Aggregated | $466.65 | $577.36 |

# EXHIBIT E

**BUDGET AND STAFFING PLAN**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*, | : | Case No. 17-12307 (BLS) |
| Debtors.[1] | : | (Jointly Administered) |

**BUDGET[2] FOR GATTAI, MINOLI, AGOSTINELLI, PARTNERS,
SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD OF FEBRUARY 1, 2018
THROUGH AND INCLUDING APRIL 30, 2018**

Date Retention Approved:   December 28, 2017 *nunc pro tunc* to November 15, 2017

Date Budget Approved by Client:   June 13, 2018

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| Italian Insolvency Issues | 360 | **$153,475.20** |
| Support to Analysis of Italian Documentation | 430 | **$183,317.60** |
| Retention / Fee Applications | 50 | **$21,316.00** |
| **Total** | **840** | **$358,108.80** |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Due to the devotion of time and resources to numerous other time-sensitive matters in connection with these chapter 11 cases, there was a delay in Gattai's preparation and approval of this budget.

[3] The Estimated Fees contained herein are calculated by multiplying the Estimated Hours by $426.32, the average blended rate of the Gattai professionals working on these cases.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :
In re                                              :    Chapter 11
                                                   :
M & G USA CORPORATION, et al.,                     :    Case No. 17-12307 (BLS)
                                                   :
                        Debtors.¹                  :    (Jointly Administered)
                                                   :
                                                   :
                                                   :
-------------------------------------------------- x
```

**STAFFING PLAN FOR GATTAI, MINOLI, AGOSTINELLI, PARTNERS, SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF NOVEMBER 15, 2017 THROUGH JANUARY 31, 2018**

Date Retention Approved:   December 28, 2017 *nunc pro tunc* to November 15, 2017

Date Staffing Plan Approved by Client:   June 13, 2018

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 3 | $ 840 |
| Sr. Associates (7+ years experience) | 2 | $ 480 |
| Jr. Associates (1-3 years experience) | 5 | $ 286 |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

# EXHIBIT F

## SUMMARY OF FEES AND HOURS
## BUDGETED COMPARED TO FEES AND HOURS BILLED

| PROJECT CATEGORY | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Italian Insolvency Issues | 360 | 193.40 | $153,475.20 | $86,671.80 |
| Support to Analysis of Italian Documentation | 430 | 598.70 | $183,317.60 | $249,895.10 |
| Retention / Fee Applications | 50 | 40.00 | $21,316.00 | $18,179.10 |
| **TOTAL** | **840** | **252.30** | **$358,108.80** | **$354,746.00** |

# EXHIBIT G

## ADDITIONAL INFORMATION RELATED TO INTERIM FEE APPLICATION

| | |
|---|---|
| Are Rates in Interim Fee Application Higher than those Approved or Disclosed at Retention? | No |
| Total Compensation Requested: | $354,746.00 (fees) <br><br> $11,060.06 (expenses) |
| Compensation Sought in this Interim Application Approved[6] to Date Pursuant to the Interim Compensation Order: | $239,540.00 (fees) <br><br> $10,092.88 (expenses) |
| Compensation Sought in this Interim Application Already Paid Pursuant to the Interim Compensation Order: | $140,831.59 (fees) <br><br> $0 (expenses) |
| Compensation Sought in this Interim Application Not Yet Paid: | $213,914.41 (fees) <br><br> $11,060.06 (expenses) |
| Number of Professionals Included in this Interim Application: | 5 |
| If Applicable, Number of Professionals in this Interim Application Not Included in Staffing Plan Approved by Client: | 0 |
| If Applicable, Difference Between Fees Budgeted and Fees Incurred for the Interim Compensation Period: | ($3,362.80) |

---

[6] The amounts requested in Gattai's Sixth Fee Statement [Docket No. 1511] have not yet been approved as of the date hereof and thus are not included in this row.

**EXHIBIT H**

**CERTIFICATION REGARDING INTERIM FEE APPLICATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------ x : | | |
| In re : | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*, : | : | Case No. 17-12307 (BLS) |
| Debtors.[1] : | : | (Jointly Administered) |
| : | : | **Objection Deadline: July [ ], 2018 at 4:00 p.m. (ET)** |
| ------------------------------------------------------------ x | | |

**CERTIFICATION REGARDING SECOND INTERIM APPLICATION OF
GATTAI, MINOLI, AGOSTINELLI, PARTNERS FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
<u>FEBRUARY 1, 2018 THROUGH AND INCLUDING APRIL 30, 2018</u>**

1. I am a partner of the firm Gattai, Minoli, Agostinelli, Partners ("<u>Gattai</u>"), special counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in these chapter 11 cases (the "<u>Chapter 11 Cases</u>"). I am admitted to the bar in Italy.

2. I make this certification regarding the *Second Interim Application of Gattai, Minoli, Agostinelli, Partners for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2018 through April 30, 2018* (the "<u>Interim Fee Application</u>") to certify to certain matters addressed in the *Order Authorizing Procedures for Interim Compensation*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

*and Reimbursement of Expenses of Professionals*, dated November 30, 2017 [Docket No. 308] (the "Interim Compensation Order").

3. Specifically, I have reviewed the Interim Fee Application and hereby certify that it complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Additionally, I hereby certify that, in accordance with the Interim Compensation Order, and in connection with preparing this Interim Fee Application, Gattai has made a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "U.S. Trustee Guidelines"). To that end, Gattai specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

> Question 1: Did Gattai agree to any variations from, or alternatives to, Gattai's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.
>
> Answer: No.
>
> Question 2: If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did Gattai discuss the reasons for the variation with the client?
>
> Answer: The fees sought in the Interim Fee Application are less than the fees budgeted for the time period covered by such application.
>
> Question 3: Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case?
>
> Answer: No.
>
> Question 4: Does the Interim Fee Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

Answer: The interim fee application includes a small amount of time and fees related to reviewing or revising time records or preparing, reviewing or revising invoices in connection with the preparation of Monthly Fee Statements relating to the period covered by this Interim Fee Application.

Question 5: Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information?

Answer: No.

Question 6: Does the Interim Fee Application includes any rate increases since retention in these cases:

Answer: No.

Question 7: Did the client agree when retaining Gattai to accept all future rate increases? If not, did Gattai inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer: The client did not prospectively approve such rate increases but was notified at the outset of the engagement that Gattai's hourly rates are reviewed and revised from time to time. In accordance with ABA Formal Ethics Opinion 11-458, Gattai also notified the Committee at the outset of the representation that it need not agree to any modified rates or terms in order to have Gattai continue its representation of the Committee.

*/s/ Gaetano Carrello*
Gaetano Carrello