IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                          :
In re                                                  :      Chapter 11
                                           :
M & G USA CORPORATION, *et al.*,      :      Case No. 17-12307 (BLS)
                                           :
                         Debtors.[1]                :      (Jointly Administered)
                                           :
                                             :      **Objection Deadline: July 5, 2018 at 4:00 p.m. (ET)**
                                             :      **Hearing Date: TBD**
------------------------------------------------------------ x

**SECOND INTERIM APPLICATION OF
MILBANK, TWEED, HADLEY & McCLOY LLP
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE
<u>PERIOD FROM FEBRUARY 1, 2018 THROUGH APRIL 30, 2018</u>**

| | |
|---|---|
| Name of Applicant: | <u>Milbank, Tweed, Hadley & McCloy LLP</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>December 28, 2017 *nunc pro tunc* to November 13, 2017</u> |
| Period for which compensation and reimbursement are sought: | <u>February 1, 2018 through April 30, 2018</u> |
| Amount of Compensation sought as actual, reasonable, and necessary: | <u>$4,352,932.75</u> |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary:[2] | <u>$267,034.79</u> |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] This amount is inclusive of expenses incurred for website services from February 1, 2018 to April 30, 2018 in accordance with this Court's *Order Establishing Information Sharing Procedures for Compliance with*

This is a(n): ____ monthly __X__ interim ____ final application

**Summary of Monthly Fee Applications for Interim Period:**

| Date Filed | Period | Requested Fees | Requested Expenses | Approved/Pending Approval Fees (80%) | Approved/Pending Approval Expenses (100%) | Holdback Fees (20%) Requested Fees |
|---|---|---|---|---|---|---|
| Docket Nos. 1311, 1376<br><br>Date Filed: March 30, 2018 | 2/1/18 – 2/28/18 | $1,728,280.75 | $21,870.37 | $1,382,624.60 | $21,870.37 | $345,656.15 |
| Docket No. 1372<br><br>Date Filed: April 16, 2018 | 3/1/18 - 3/31/18 | $2,018,040.50 | $157,705.06 | $1,614,432.40 | $157,705.06 | $403,608.10 |
| Docket No. 1504<br><br>Date Filed: May 23, 2018 | 4/1/18 - 4/30/18 | $606,611.50 | $87,459.36 | $485,289.20 | $87,459.36 | $121,322.30 |
| **TOTALS:** | | $4,352,932.75 | $267,034.79 | $3,482,346.20 | $267,034.79 | $870,586.55 |

**Summary of Any Objections to Monthly Fee Applications:** None received to date.

---

*11 U.S.C. §§ 1102(b)(3) and 1103(c) by the Official Committee of Unsecured Creditors Nunc Pro Tunc to November 13, 2017* [Docket No. 626]. Likewise, this amount is inclusive of expenses incurred by Committee members during the same period.

PLEASE TAKE NOTICE that, Milbank, Tweed, Hadley & M<u>c</u>Cloy LLP (the "<u>Applicant</u>" or "<u>Milbank</u>"), Counsel to the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), has today filed this *Second Interim Application of Milbank, Tweed, Hadley & M<u>c</u>Cloy LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2018 through April 30, 2018* (the "<u>Interim Fee Application</u>") pursuant to this Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] entered in these chapter 11 cases on November 30, 2017 (the "<u>Interim Compensation Order</u>").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Interim Fee Application must be made in accordance with the Interim Compensation Order and must be filed with the Clerk of the Court and served upon and actually received by the following parties, on or before **July 5, 2018 at 4:00 p.m. (ET)** (the "O<u>bjection Deadline</u>"):  (i) the Debtors, c/o M & G USA Corporation, 450 Gears Road, Suite 240, Houston, Texas 77067 (Attn: Dennis Stogsdill); (ii) Debtors' Counsel, (A) Jones Day, 250 Vesey Street, New York, New York 10281 (Attn: Scott J. Greenberg, Esq. and Stacey L. Corr-Irvine, Esq.), and (B) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Laura Davis Jones, Esq., James E. O'Neill, Esq. and Joseph M. Mulvihill, Esq.); (iii) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Hannah McCollum, Esq.); (iv) Counsel to Banco Inbursa S.A., Institucion De Banca Multiple, Grupo Financiero Inbursa, Cleary Gottlieb Steen & Hamilton LLP, 450 Park Ave., Fl. 28, New York, New York 10022 (Attn: Lisa M. Schweitzer, Esq., Kara A. Hailey, Esq., Philip A. Cantwell, Esq. and Chelsey Rosenbloom, Esq.); and (v) Counsel to the Official Committee of Unsecured Creditors, (A) Milbank, Tweed, Hadley & M<u>c</u>Cloy LLP, 28 Liberty Street, New York, New York 10005-1413 (Attn: Dennis F.

Dunne, Esq.), and (B) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: J. Kate Stickles, Esq.). Only those objections that are timely filed with the Court and served on and actually received by the foregoing notice parties by the Objection Deadline will be considered by the Court.

PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE APPLICATION, IF NECESSARY, WILL BE HELD ON A DATE TO BE DETERMINED BEFORE THE HONORABLE BRENDAN L. SHANNON, CHIEF UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE INTERIM FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

PLEASE TAKE FURTHER NOTICE that, in each case with regards to the period of February 1, 2018 through and including April 30, 2018, (i) attached hereto as **Exhibit A** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases, (ii) attached hereto as **Exhibit B** is a summary of compensation by project category, (iii) attached hereto as **Exhibit C** is an expense summary, (iv) attached hereto as **Exhibit D** are the Applicant's customary and comparable compensation disclosures, (v) attached hereto as **Exhibit E** is the *Budget for Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2018 through April 30, 2018* (the "Budget") and the *Staffing Plan for Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel*

*to the Official Committee of Unsecured Creditors for the Period from February 1, 2018 through April 30, 2018* (the "Staffing Plan"), (vi) attached hereto as **Exhibit F** is a summary of fees and hours budgeted compared to fees and hours billed, (vii) attached hereto as **Exhibit G** are certain additional disclosures related to the Interim Fee Application, and (viii) attached hereto as **Exhibit H** is a certification, wherein a member of Milbank certifies to certain matters addressed in the Interim Compensation Order.

Dated: June 14, 2018  
New York, New York

*/s/ Abhilash M. Raval*
Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty St.
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
         araval@milbank.com
         ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*