# EXHIBIT A

## STATEMENT OF HOURS BY PROFESSIONAL BY PROJECT CATEGORY

# Neil Augustine[1]

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/1/2018 | 1.5 | M&A related items | Discussions with Corpus bidders |
| 2/1/2018 | 2.0 | Court hearings / filings | Prepare for court hearing |
| 2/1/2018 | 1.0 | Court hearings / filings | Court hearing |
| 2/2/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/2/2018 | 1.0 | M&A related items | Call with Corpus bidder |
| 2/4/2018 | 1.0 | M&A related items | Call with Corpus bidder |
| 2/4/2018 | 0.5 | Internal meetings | Internal discussion re Corpus bidder diligence request |
| 2/5/2018 | 0.5 | Financial analysis | Review Polymers waterfall analysis |
| 2/5/2018 | 3.5 | M&A related items | Review Corpus non-binding indications of interest |
| 2/5/2018 | 1.0 | Board calls / meetings | Review board deck re Corpus non-binding indications of interest |
| 2/6/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/6/2018 | 1.5 | Management and Co. advisor calls / meetings | Call with A&M and JD re Corpus stalking horse APA |
| 2/7/2018 | 1.0 | M&A related items | Call with Corpus interested party |
| 2/9/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/9/2018 | 4.0 | M&A related items | Call with Corpus interested party |
| 2/11/2018 | 1.0 | M&A related items | Call with interested party financial advisor and PJT re non-binding bid |
| 2/11/2018 | 0.5 | Internal meetings | Internal discussions re Corpus process |
| 2/11/2018 | 0.5 | M&A related items | Communications with interested party in Corpus re process questions |
| 2/11/2018 | 0.5 | Management and Co. advisor calls / meetings | Communications with JD and A&M re interested party process questions |
| 2/12/2018 | 1.0 | M&A related items | Call with Corpus interested party |
| 2/12/2018 | 0.5 | Case administration | Review Debtor letter to Judge re discovery |
| 2/12/2018 | 0.5 | Case administration | Review DAK letter to Judge re discovery |
| 2/12/2018 | 0.5 | Case administration | Review UCC letter to Judge re discovery |
| 2/12/2018 | 0.5 | M&A related items | Review interested party financial analysis re non-binding bid |
| 2/12/2018 | 0.5 | M&A related items | Communications with JD and A&M re DAK lien challenge |
| 2/13/2018 | 0.5 | Case administration | Review M&G Mexico letter re request for independence |
| 2/13/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 2/13/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with JD and A&M re court discussion re DAK lien challenge |
| 2/14/2018 | 0.5 | M&A related items | Call with Corpus bidder |
| 2/14/2018 | 0.5 | Creditor calls / meetings | Meeting with Jefferies re DAK lien challenge |
| 2/14/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with A&M re European trademarks/patents |
| 2/14/2018 | 0.5 | Creditor calls / meetings | Call with DAK professionals re sale process and lien challenge |
| 2/15/2018 | 1.0 | M&A related items | Call with Corpus bidder re 363 process |
| 2/15/2018 | 0.5 | Management and Co. advisor calls / meetings | Review communications with A&M and JD re value allocations in Corpus sale process |
| 2/15/2018 | 0.5 | M&A related items | Review letter to Corpus bidders re DIP financing and bid value allocations |
| 2/16/2018 | 0.5 | M&A related items | Review revised letter to Corpus bidders re DIP financing and bid value allocations |
| 2/19/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with JD re creditor meeting |
| 2/19/2018 | 0.5 | M&A related items | Review revised letter to Corpus bidders re DIP financing and bid value allocations |
| 2/19/2018 | 0.5 | Board calls / meetings | Review board deck |
| 2/20/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 2/20/2018 | 1.0 | Creditor calls / meetings | DAK/UCC meeting attendance |
| 2/21/2018 | 1.0 | M&A related items | Call with Corpus interested party |
| 2/22/2018 | 1.0 | M&A related items | Call with Corpus interested party |
| 2/22/2018 | 1.0 | Fee statements / monthly invoices | Review December fee app |
| 2/23/2018 | 0.5 | Internal meetings | Internal discussions re board meeting |
| 2/24/2018 | 1.0 | M&A related items | Review bidder financing papers |
| 2/24/2018 | 1.0 | Management and Co. advisor calls / meetings | Call with JD and A&M re 363 process |
| 2/25/2018 | 1.0 | M&A related items | Review bidder financing papers |
| 2/25/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with UCC professionals, JD and A&M re 363 process |
| 2/25/2018 | 0.5 | Fee statements / monthly invoices | Review revised December fee app |
| 2/25/2018 | 1.0 | M&A related items | Call with Corpus bidder re financing papers |
| 2/26/2018 | 0.5 | M&A related items | Call with M&G Waters bidder |
| 2/26/2018 | 0.5 | Creditor calls / meetings | Call with DAK and PJT re 363 process |
| 2/26/2018 | 0.5 | Management and Co. advisor calls / meetings | Communications with A&M and JD re DAK call |
| 2/26/2018 | 1.0 | M&A related items | Call with Corpus bidder re 363 process |
| 2/27/2018 | 0.5 | M&A related items | Communications with Corpus bidder re 363 process |
| 2/27/2018 | 2.0 | M&A related items | Meeting with Corpus bidder with JD and A&M |
| 2/28/2018 | 0.5 | Financial analysis | Review Corpus bidder financial analysis |
| 2/28/2018 | 1.0 | M&A related items | Call with Corpus bidder |
| 2/28/2018 | 0.5 | Internal meetings | Internal call re meeting with Bidders |
| 2/28/2018 | 0.5 | M&A related items | Review JD correspondence with FENC re Apple Grove closing |
| 3/1/2018 | 0.5 | M&A related items | Call with Corpus interested party re bid requirements |
| 3/1/2018 | 0.5 | Financial analysis | Review Corpus waterfall analysis |
| 3/1/2018 | 0.5 | Board calls / meetings | Review board deck |
| 3/1/2018 | 0.5 | M&A related items | Review Inbursa questions few bid package submission |
| 3/1/2018 | 0.5 | M&A related items | Communication with M&G Waters bidder |
| 3/2/2018 | 0.5 | Board calls / meetings | Review board deck |
| 3/2/2018 | 1.0 | Board calls / meetings | Board call |
| 3/2/2018 | 1.0 | Financial analysis | Review revised claims waterfall analysis |
| 3/2/2018 | 1.0 | M&A related items | Call with Corpus bidder |
| 3/2/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with JD re case status |
| 3/3/2018 | 0.5 | Financial analysis | Review revised claims waterfall analysis |
| 3/3/2018 | 0.5 | M&A related items | Review revised Corpus bidder financing papers |
| 3/3/2018 | 0.5 | Financial analysis | Review extended dip budget |
| 3/4/2018 | 0.5 | M&A related items | Call with Corpus bidder |
| 3/5/2018 | 0.5 | Board calls / meetings | Review board deck |
| 3/5/2018 | 1.0 | M&A related items | Call with corpus bidders |
| 3/5/2018 | 0.5 | M&A related items | Call with M&G Waters bidder |
| 3/5/2018 | 0.5 | Board calls / meetings | Review revised board deck |
| 3/6/2018 | 0.5 | Board calls / meetings | Board call |
| 3/6/2018 | 1.0 | M&A related items | Call with Corpus bidder |
| 3/6/2018 | 1.0 | Management and Co. advisor calls / meetings | Call with JD and A&M re Corpus bids |
| 3/6/2018 | 1.0 | M&A related items | Preliminary review of Corpus bids |
| 3/7/2018 | 0.5 | M&A related items | Call with Corpus bidder |
| 3/7/2018 | 0.5 | M&A related items | Review preliminary issues list for corpus bidder |
| 3/7/2018 | 0.5 | Creditor calls / meetings | Call with UCC professionals re Corpus bids |
| 3/7/2018 | 0.5 | Board calls / meetings | Review summary of Corpus bids for board distribution |
| 3/7/2018 | 2.5 | M&A related items | Continued review of Corpus bids |
| 3/8/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with mgmt and A&M re Corpus status |
| 3/8/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with A&M re Corpus |
| 3/8/2018 | 0.5 | M&A related items | Call with Corpus bidder |
| 3/8/2018 | 0.5 | Creditor calls / meetings | Call with UCC professionals re Corpus sale strategy |

---

[1] Neil Augustine's hours are included for the period of March 1, 2018 through March 15, 2018, the date of his departure from Rothschild

**Neil Augustine**[1]

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 3/8/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with A&M and JD re UCC call |
| 3/8/2018 | 0.5 | M&A related items | Call with Corpus bidder |
| 3/8/2018 | 0.5 | Creditor calls / meetings | Call with A&M re UCC settlement proposal |
| 3/8/2018 | 0.5 | Creditor calls / meetings | Review UCC settlement proposal term sheet |
| 3/8/2018 | 0.5 | Creditor calls / meetings | Review Company UCC settlement proposal term sheet |
| 3/8/2018 | 1.5 | Board calls / meetings | Review board deck |
| 3/9/2018 | 2.0 | Board calls / meetings | Board call |
| 3/9/2018 | 0.5 | Creditor calls / meetings | Review revised Company UCC settlement proposal term sheet |
| 3/9/2018 | 0.5 | M&A related items | Call with Cleary re Corpus process |
| 3/9/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with A&M re Corpus process |
| 3/9/2018 | 1.5 | Management and Co. advisor calls / meetings | Meeting with A&M and joint bidders |
| 3/9/2018 | 0.5 | Management and Co. advisor calls / meetings | Follow-up meeting with A&M re joint bidder discussion |
| 3/10/2018 | 0.5 | M&A related items | Call with Corpus bidder |
| 3/10/2018 | 0.5 | M&A related items | Call with Corpus bidder |
| 3/10/2018 | 0.5 | M&A related items | Call with joint bidders and A&M |
| 3/10/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with JD to update on joint bidder meeting and call |
| 3/11/2018 | 0.5 | Creditor calls / meetings | Call with UCC professionals |
| 3/11/2018 | 0.5 | Management and Co. advisor calls / meetings | Follow up call with JD and A&M re UCC call |
| 3/11/2018 | 0.5 | Fee statements / monthly invoices | Review January fee app |
| 3/12/2018 | 1.0 | M&A related items | Calls with Corpus bidders |
| 3/12/2018 | 2.5 | M&A related items | Review consortium bid APA |
| 3/12/2018 | 1.5 | M&A related items | Review Inbursa credit bid apa |
| 3/13/2018 | 1.0 | Management and Co. advisor calls / meetings | Call with Jones Day and A&M re consortium meeting |
| 3/13/2018 | 1.0 | M&A related items | Calls with corpus bidders |
| 3/13/2018 | 1.5 | Management and Co. advisor calls / meetings | Meeting/call with Cleary, JD and A&M re Inbursa credit bid |
| 3/13/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with A&M re consortium meeting and next steps |
| 3/13/2018 | 0.5 | Board calls / meetings | Internal discussion re board meeting |
| 3/14/2018 | 1.5 | M&A related items | Review various drafts of Corpus bid qualification checklist |
| 3/14/2018 | 0.5 | M&A related items | Review consent agreement to consortium bid discussions |
| 3/14/2018 | 1.0 | M&A related items | Call with consortium advisors re next steps, timing and documentation |
| 3/14/2018 | 0.5 | Financial analysis | Review claims analysis and extended dip budget |
| 3/15/2018 | 0.5 | M&A related items | Review consortium DIP term sheet |
| 3/15/2018 | 0.5 | M&A related items | Call with consortium advisors, A&M and JD re FTC meeting |

---

[1] Neil Augustine's hours are included for the period of March 1, 2018 through March 15, 2018, the date of his departure from Rothschild

# Jonathan Brownstein

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/1/2018 | 3.5 | M&A related items | Review of proposals / preparation of summary materials |
| 2/1/2018 | 0.5 | M&A related items | Discussion with prospective purchaser |
| 2/1/2018 | 4.0 | Board calls / meetings | Preparation of board materials / summaries of Corpus Christi proposals |
| 2/1/2018 | 0.5 | M&A related items | Discussion with prospective purchaser |
| 2/2/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/4/2018 | 1.0 | Financial analysis | Review of financial data / cash forecasts |
| 2/4/2018 | 1.0 | Fee statements / monthly invoices | Review of December fee application |
| 2/5/2018 | 3.0 | Board calls / meetings | Preparation of board materials |
| 2/6/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/6/2018 | 1.5 | M&A related items | Discussions regarding APA issues |
| 2/7/2018 | 2.5 | M&A related items | Discussions with prospective bidders (APA issues) |
| 2/9/2018 | 4.0 | Board calls / meetings | Board call attendance |
| 2/11/2018 | 1.0 | M&A related items | Discussions with prospective bidders |
| 2/12/2018 | 1.0 | Fee statements / monthly invoices | Review of December fee application |
| 2/12/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day regarding general case updates |
| 2/13/2018 | 0.5 | Board calls / meetings | Preparation for board call |
| 2/13/2018 | 1.0 | M&A related items | Call with prospective bidder for Corpus Christi |
| 2/13/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 2/14/2018 | 2.0 | M&A related items | Call with prospective bidder advisor for Corpus Christi |
| 2/14/2018 | 1.0 | M&A related items | Call with prospective bidder for Corpus Christi |
| 2/14/2018 | 1.0 | Creditor calls / meetings | Call with Cleary, JD, Weil, PJT regarding sale process dates |
| 2/15/2018 | 0.5 | M&A related items | Call with prospective bidder for Corpus Christi |
| 2/19/2018 | 0.5 | Board calls / meetings | Preparation / review of materials for board call |
| 2/20/2018 | 0.5 | Board calls / meetings | Board call attendance |
| 2/20/2018 | 2.0 | Creditor calls / meetings | Meetings with UCC, DIP Lender counsel and DAK |
| 2/20/2018 | 7.5 | Travel time | Travel time to prospective bidder diligence sessions in Corpus Christi, TX |
| 2/21/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day and A&M regarding claims estimates / mechanics liens |
| 2/21/2018 | 8.0 | M&A related items | Attendance at prospective bidder diligence sessions in Corpus Christi, TX |
| 2/22/2018 | 4.0 | M&A related items | Attendance at prospective bidder diligence sessions in Corpus Christi, TX |
| 2/22/2018 | 7.5 | Travel time | Travel time from prospective bidder diligence sessions in Corpus Christi, TX |
| 2/23/2018 | 0.5 | Board calls / meetings | Board call attendance |
| 2/25/2018 | 0.5 | Case administration | Review of docket |
| 2/25/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day, A&M and UCC professionals regarding sale process / bidder dynamics |
| 2/27/2018 | 2.0 | M&A related items | Meeting with prospective bidder and financial / legal advisors |
| 2/28/2018 | 0.5 | M&A related items | Tax incentives call with prospective bidder |
| 2/28/2018 | 0.5 | M&A related items | Discussions with prospective bidder |
| 2/28/2018 | 3.0 | Board calls / meetings | Claims analysis and review / preparation of board slides |
| 3/1/2018 | 4.0 | Board calls / meetings | Claims analysis and review / preparation of board slides |
| 3/2/2018 | 1.0 | Board calls / meetings | Preparation of board discussion materials |
| 3/2/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/4/2018 | 1.0 | Financial analysis | Review of claim estimates and bid scenarios |
| 3/5/2018 | 6.0 | Financial analysis | Review of claim estimates and bid scenarios |
| 3/5/2018 | 1.0 | Board calls / meetings | Preparation of board discussion materials |
| 3/5/2018 | 0.5 | M&A related items | Discussions with interested parties |
| 3/6/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/6/2018 | 4.0 | M&A related items | Review of bid submissions for Corpus Christi assets |
| 3/7/2018 | 12.0 | M&A related items | Review of bid submissions for Corpus Christi assets / preparation of summary materials |
| 3/8/2018 | 1.0 | Management and Co. advisor calls / meetings | Discussions with Jones Day and A&M regarding Corpus Christi bid submissions |
| 3/8/2018 | 5.5 | M&A related items | Review of bid submissions for Corpus Christi assets / preparation of summary materials |
| 3/8/2018 | 0.5 | Management and Co. advisor calls / meetings | Discussions with Jones Day, A&M, UCC legal and financial advisors regarding Corpus Christi bid submissions |
| 3/9/2018 | 2.0 | Board calls / meetings | Preparation of board materials |
| 3/9/2018 | 0.5 | Board calls / meetings | Board call preparation |
| 3/9/2018 | 2.0 | Board calls / meetings | Board call attendance |
| 3/9/2018 | 2.0 | M&A related items | Meeting with A&M and potential bidders advisors |
| 3/10/2018 | 1.0 | M&A related items | Call with potential bidders |
| 3/11/2018 | 1.5 | M&A related items | Call with potential bidders and then internal follow up with Jones Day and A&M |
| 3/12/2018 | 3.0 | M&A related items | Review of bid submissions for Corpus Christi assets / preparation of summary materials |
| 3/12/2018 | 1.0 | Fee statements / monthly invoices | Review of interim fee application draft |
| 3/12/2018 | 1.0 | M&A related items | Review of bid submissions for Corpus Christi assets / preparation of summary materials |
| 3/13/2018 | 2.0 | M&A related items | Review of bid submissions for Corpus Christi assets / preparation of summary materials |
| 3/13/2018 | 5.0 | M&A related items | Meeting at Jones Day with Corpus Christi bidder |
| 3/13/2018 | 1.0 | Fee statements / monthly invoices | Review of interim fee application draft |
| 3/13/2018 | 1.0 | Management and Co. advisor calls / meetings | Conference call with Jones Day and A&M regarding sale process / bidder dynamics |
| 3/14/2018 | 0.5 | Court hearings / filings | Telephonic hearing attendance |
| 3/14/2018 | 0.5 | M&A related items | Discussions with Jones Day, A&M, and potential Corpus Christi bidders |
| 3/15/2018 | 0.5 | Creditor calls / meetings | Call with UCC advisor regarding sale process / bidder dynamics |
| 3/16/2018 | 0.5 | Management and Co. advisor calls / meetings | Internal call with legal / call with Jones Day regarding retention questions |
| 3/16/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/17/2018 | 0.5 | Creditor calls / meetings | Call with UCC advisor regarding sale process / bidder dynamics |
| 3/17/2018 | 0.5 | M&A related items | Review of revised DIP budget |
| 3/18/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/18/2018 | 1.0 | M&A related items | Review APA issues |
| 3/18/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day and A&M to discuss bidder issues |
| 3/18/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day to discuss bid issues |
| 3/18/2018 | 2.0 | Board calls / meetings | Preparation of board materials |
| 3/18/2018 | 3.0 | Creditor calls / meetings | Meeting with advisors to UCC and bidders advisors |
| 3/19/2018 | 12.0 | M&A related items | Auction attendance / participation |
| 3/19/2018 | 3.0 | Board calls / meetings | Preparation of board materials |
| 3/19/2018 | 0.5 | Board calls / meetings | Board call attendance |
| 3/20/2018 | 14.5 | M&A related items | Auction attendance / participation |
| 3/20/2018 | 4.0 | Board calls / meetings | Preparation of board materials |
| 3/20/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/21/2018 | 1.5 | M&A related items | Auction attendance / participation (post-auction document review) |
| 3/21/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with A&M and advisors to Consortium on APA |
| 3/21/2018 | 0.5 | M&A related items | Review of bidder deposit / true-up requirements |
| 3/21/2018 | 2.5 | M&A related items | Financial analysis / review of APA |
| 3/21/2018 | 2.0 | DIP financing | Review of draft DIP term sheet and settlement agreement |
| 3/21/2018 | 1.0 | Due diligence | Review of Inbursa pre-petition first lien agreement |
| 3/21/2018 | 0.5 | Court hearings / filings | Review of draft D. Stogsdill declaration |
| 3/21/2018 | 0.5 | M&A related items | Review of Mach 6 bid submissions / summary materials related to M&G Waters |
| 3/22/2018 | 1.0 | Court hearings / filings | Review of draft D. Stogsdill declaration |
| 3/22/2018 | 2.5 | Court hearings / filings | Review of Brownstein declaration in support of sale |
| 3/22/2018 | 0.5 | Management and Co. advisor calls / meetings | Discussion with Jones Day regarding sale declaration |
| 3/22/2018 | 2.5 | Travel time | Travel time from NYC to Wilmington Delaware for hearing attendance |
| 3/22/2018 | 2.5 | Management and Co. advisor calls / meetings | Meetings with Jones Day at PZSJ regarding sale negotiations |
| 3/23/2018 | 0.5 | M&A related items | Call with all advisors regarding open sale items |
| 3/23/2018 | 0.5 | Court hearings / filings | Court attendance - sale hearing |
| 3/23/2018 | 11.5 | M&A related items | Meetings with Jones Day / A&M at PZSJ regarding sale negotiations |
| 3/23/2018 | 2.5 | Travel time | Travel time from Wilmington Delaware to NYC after hearing attendance |
| 3/24/2018 | 2.0 | M&A related items | Review of dratt stipulation and bid support term sheet |

**Jonathan Brownstein**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 3/25/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/26/2018 | 11.0 | M&A related items | Meeting at Weil with Jones Day, A&M, Consortium and UCC advisors |
| 3/27/2018 | 5.0 | M&A related items | Meeting at Weil with Jones Day, A&M, Consortium and UCC advisors |
| 3/27/2018 | 2.5 | Travel time | Travel time from NYC to Wilmington Delaware for hearing attendance |
| 3/27/2018 | 3.0 | Court hearings / filings | Preparation for court hearing - meeting with Jones Day, A&M, PZSJ |
| 3/27/2018 | 2.0 | Court hearings / filings | Court attendance - sale hearing |
| 3/27/2018 | 2.5 | Court hearings / filings | Preparation for court hearing - meeting with Jones Day, A&M, PZSJ |
| 3/28/2018 | 1.5 | Court hearings / filings | Preparation for court hearing - meeting with Jones Day, A&M, PZSJ |
| 3/28/2018 | 2.0 | Court hearings / filings | Court attendance - sale hearing |
| 3/28/2018 | 2.5 | Travel time | Travel time from Wilmington Delaware to NYC after hearing attendance |
| 3/29/2018 | 2.0 | Board calls / meetings | Board call attendance |
| 3/29/2018 | 0.5 | Fee statements / monthly invoices | February fee app preparation |

**Matt Guill**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/1/2018 | 2.5 | Board calls / meetings | Preparation for board call |
| 2/1/2018 | 1.0 | M&A related items | Call with potential buyer |
| 2/1/2018 | 2.0 | M&A related items | Responding to due diligence requests |
| 2/2/2018 | 2.0 | Board calls / meetings | Participation on board call |
| 2/2/2018 | 1.0 | M&A related items | Call with potential buyer |
| 2/2/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/3/2018 | 1.0 | M&A related items | Responding to buyer due diligence questions |
| 2/4/2018 | 0.5 | M&A related items | Call with potential buyer |
| 2/4/2018 | 1.0 | M&A related items | Responding to buyer due diligence questions |
| 2/5/2018 | 3.0 | Board calls / meetings | Preparation for board call |
| 2/5/2018 | 1.5 | M&A related items | Responding to buyer due diligence questions |
| 2/6/2018 | 1.5 | Board calls / meetings | Participation on board call |
| 2/6/2018 | 0.5 | M&A related items | Call with potential buyer |
| 2/6/2018 | 1.0 | M&A related items | Diligence call with potential buyer |
| 2/6/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/7/2018 | 0.5 | M&A related items | Call with creditor to discuss M&A process |
| 2/7/2018 | 1.5 | M&A related items | Call with creditor to discuss diligence items |
| 2/7/2018 | 0.5 | M&A related items | Call with potential buyer |
| 2/7/2018 | 2.0 | M&A related items | Responding to due diligence requests |
| 2/7/2018 | 1.5 | Board calls / meetings | Preparing for board call |
| 2/8/2018 | 0.5 | M&A related items | Call with potential buyer |
| 2/8/2018 | 2.0 | Board calls / meetings | Preparing for board call |
| 2/8/2018 | 2.5 | M&A related items | Responding to buyer due diligence questions |
| 2/9/2018 | 1.5 | Board calls / meetings | Participation on board call |
| 2/9/2018 | 1.5 | M&A related items | Responding to buyer due diligence questions |
| 2/9/2018 | 0.5 | M&A related items | Call with potential buyer |
| 2/10/2018 | 1.0 | M&A related items | Responding to buyer due diligence questions |
| 2/11/2018 | 1.0 | M&A related items | Call with potential buyer |
| 2/12/2018 | 3.0 | Board calls / meetings | Preparing for board call |
| 2/12/2018 | 1.0 | M&A related items | Data room management |
| 2/12/2018 | 2.5 | M&A related items | Responding to buyer due diligence questions |
| 2/13/2018 | 1.0 | Board calls / meetings | Participation on board call |
| 2/13/2018 | 1.0 | Management and Co. advisor calls / meetings | Call to discuss bidding and sale procedures |
| 2/13/2018 | 1.0 | Management and Co. advisor calls / meetings | Call to discuss development of financial analysis |
| 2/13/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/14/2018 | 1.0 | M&A related items | Call with buyer to discuss diligence and sale process |
| 2/14/2018 | 0.5 | M&A related items | Call to discuss IP with advisors |
| 2/14/2018 | 0.5 | M&A related items | Call to discuss sale process with advisors |
| 2/14/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/15/2018 | 0.5 | M&A related items | Call with buyer to discuss projections |
| 2/15/2018 | 3.0 | M&A related items | Responding to buyer due diligence questions |
| 2/15/2018 | 1.0 | Board calls / meetings | Preparing for board call |
| 2/16/2018 | 2.5 | M&A related items | Responding to buyer due diligence questions |
| 2/17/2018 | 5.0 | Due diligence | Researching and preparing diligence materials |
| 2/18/2018 | 2.0 | Due diligence | Researching and preparing diligence materials |
| 2/18/2018 | 0.5 | M&A related items | Call with potential buyer |
| 2/18/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/19/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/19/2018 | 3.0 | Board calls / meetings | Preparing for board call |
| 2/20/2018 | 1.0 | Board calls / meetings | Participation on board call |
| 2/20/2018 | 2.0 | Management and Co. advisor calls / meetings | Meeting at Jones Day with UCC & buyer |
| 2/20/2018 | 0.5 | M&A related items | Call with potential buyer regarding sale process |
| 2/20/2018 | 1.0 | M&A related items | Responding to buyer due diligence questions |
| 2/20/2018 | 2.0 | Due diligence | Helping buyers prepare for diligence visit |
| 2/21/2018 | 0.5 | M&A related items | Call with buyer to discuss process |
| 2/21/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with company to discuss diligence items |
| 2/21/2018 | 1.0 | M&A related items | Call with buyer to discuss process |
| 2/21/2018 | 0.5 | M&A related items | Call with buyer to discuss process |
| 2/21/2018 | 2.0 | Due diligence | Researching and preparing diligence materials for potential buyers |
| 2/21/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/21/2018 | 1.0 | Board calls / meetings | Preparing for board call |
| 2/22/2018 | 0.5 | M&A related items | Call with buyer to discuss tax issues |
| 2/22/2018 | 3.5 | Board calls / meetings | Preparing for board call |
| 2/22/2018 | 1.0 | M&A related items | Responding to buyer due diligence questions |
| 2/23/2018 | 0.5 | Board calls / meetings | Participation on board call |
| 2/23/2018 | 1.0 | M&A related items | Call with buyer to discuss IT issues |
| 2/23/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/23/2018 | 0.5 | Management and Co. advisor calls / meetings | Call to discuss capital structure issues |
| 2/24/2018 | 2.0 | Due diligence | Researching and preparing diligence materials |
| 2/24/2018 | 1.0 | M&A related items | Responding to buyer due diligence questions |
| 2/25/2018 | 1.0 | Case administration | Call with UCC to discuss process |
| 2/25/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 2/27/2018 | 3.0 | M&A related items | Responding to buyer due diligence questions |
| 2/27/2018 | 1.0 | Due diligence | Researching and preparing diligence materials |
| 2/28/2018 | 1.0 | M&A related items | Call with buyer to discuss tax issues |
| 2/28/2018 | 0.5 | Management and Co. advisor calls / meetings | Advisors discussion on sale process |
| 2/28/2018 | 1.0 | Management and Co. advisor calls / meetings | Call with buyer to discuss process |
| 2/28/2018 | 1.5 | M&A related items | Responding to buyer due diligence questions |
| 2/28/2018 | 2.0 | Board calls / meetings | Preparing for board call |
| 3/1/2018 | 1.0 | M&A related items | Call with buyer to discuss projections |
| 3/1/2018 | 4.0 | Board calls / meetings | Preparing for board call |
| 3/2/2018 | 2.0 | Board calls / meetings | Participation on board call |
| 3/2/2018 | 0.5 | M&A related items | Call with buyer to discuss process & diligence |
| 3/2/2018 | 1.0 | M&A related items | Call with buyer to discuss IP issues |
| 3/2/2018 | 2.0 | M&A related items | Responding to buyer due diligence questions |
| 3/3/2018 | 3.0 | Due diligence | Evaluating bid process and buyer strategies |
| 3/5/2018 | 1.0 | Board calls / meetings | Preparing for board call |
| 3/5/2018 | 4.0 | Due diligence | Evaluating bid process and buyer strategies |
| 3/6/2018 | 5.0 | M&A related items | Reviewing and summarizing bids |
| 3/7/2018 | 3.5 | M&A related items | Reviewing and summarizing bids |
| 3/7/2018 | 2.0 | Financial analysis | General financial analysis |
| 3/8/2018 | 4.0 | M&A related items | Reviewing and summarizing bids |
| 3/8/2018 | 1.5 | Financial analysis | General financial analysis |
| 3/10/2018 | 1.0 | M&A related items | Call with bidder |
| 3/10/2018 | 4.0 | M&A related items | Reviewing and summarizing bids |
| 3/12/2018 | 5.0 | M&A related items | Reviewing and summarizing bids |
| 3/14/2018 | 0.5 | Management and Co. advisor calls / meetings | Call to discuss bidder strategies |
| 3/14/2018 | 3.0 | M&A related items | Review of bidders' proposed deal documentation |
| 3/14/2018 | 0.5 | M&A related items | Call with potential buyer to discuss process and documentation |
| 3/15/2018 | 3.5 | M&A related items | Review of bidders' proposed deal documentation |

**Matt Guill**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 3/15/2018 | 0.5 | M&A related items | Call to discuss DIP budget |
| 3/15/2018 | 0.5 | M&A related items | Call with potential buyer to discuss deal process |
| 3/16/2018 | 1.0 | Management and Co. advisor calls / meetings | Call with other advisors to discuss process |
| 3/16/2018 | 2.0 | Board calls / meetings | Participation on board call |
| 3/16/2018 | 3.5 | M&A related items | Review of bidders' proposed deal documentation |
| 3/17/2018 | 5.0 | M&A related items | Review of bidders' proposed deal documentation |
| 3/18/2018 | 3.0 | M&A related items | Review of bidders' proposed deal documentation |
| 3/18/2018 | 2.0 | M&A related items | Meeting with bidder advisors to discuss deal process |
| 3/18/2018 | 0.5 | Creditor calls / meetings | Call with UCC advisors |
| 3/18/2018 | 1.0 | Board calls / meetings | Participation on board call |
| 3/18/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with other debtor advisors to discuss bidder documentation |
| 3/18/2018 | 3.0 | M&A related items | Review of bidders' proposed deal documentation |
| 3/19/2018 | 1.0 | M&A related items | Call with bidders to discuss sale process |
| 3/19/2018 | 2.0 | M&A related items | Review of bidders' proposed deal documentation |
| 3/27/2018 | 1.0 | Case administration | Participation on DIP hearing call |
| 3/27/2018 | 1.0 | Case administration | Participation on sale hearing call |
| 3/27/2018 | 0.5 | Case administration | Participation on Bancomext objection hearing call |
| 3/27/2018 | 2.0 | M&A related items | Review bid comparison buildups |
| 3/29/2018 | 3.0 | M&A related items | Preparation for board call |
| 3/30/2018 | 1.0 | Board calls / meetings | Participation on board call |

**Jonathan Freed**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/1/2018 | 7.5 | M&A related items | Reviewing, summarizing preliminary bids |
| 2/2/2018 | 2.5 | Board calls / meetings | Preparation of board deck materials |
| 2/2/2018 | 2.0 | Fee statements / monthly invoices | Preparation of fee application |
| 2/2/2018 | 1.5 | Board calls / meetings | Board meeting attendance |
| 2/5/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/5/2018 | 5.5 | Financial analysis | Various financial analysis |
| 2/5/2018 | 1.0 | Fee statements / monthly invoices | Preparation of fee application |
| 2/5/2018 | 3.0 | Board calls / meetings | Preparation of board deck materials |
| 2/6/2018 | 3.0 | Board calls / meetings | Preparation of board deck materials |
| 2/6/2018 | 2.0 | M&A related items | Gathering information and responding to prospective bidder due diligence request |
| 2/6/2018 | 1.5 | Board calls / meetings | Board meeting attendance |
| 2/6/2018 | 1.0 | Management and Co. advisor calls / meetings | Discuss preliminary bid |
| 2/7/2018 | 1.5 | M&A related items | Preparation and call with prospective bidder |
| 2/7/2018 | 1.5 | M&A related items | Gathering information and responding to prospective bidder due diligence request |
| 2/7/2018 | 3.0 | Financial analysis | Various financial analysis |
| 2/8/2018 | 4.0 | Financial analysis | Various financial analysis |
| 2/8/2018 | 3.0 | M&A related items | Gathering information and responding to prospective bidder due diligence request |
| 2/9/2018 | 1.5 | Board calls / meetings | Board meeting attendance |
| 2/9/2018 | 0.5 | M&A related items | Call with prospective bidder |
| 2/9/2018 | 0.5 | M&A related items | Preparation call with prospective bidder |
| 2/9/2018 | 2.0 | M&A related items | Gathering information for prospective bidder due diligence request |
| 2/9/2018 | 2.5 | M&A related items | Due diligence on prospective bidder |
| 2/10/2018 | 3.0 | M&A related items | Due diligence on prospective bidder |
| 2/11/2018 | 2.5 | M&A related items | Due diligence on prospective bidder |
| 2/11/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/12/2018 | 0.5 | M&A related items | Call with prospective bidder |
| 2/12/2018 | 2.0 | Fee statements / monthly invoices | Preparation of fee application |
| 2/12/2018 | 1.5 | M&A related items | Due diligence on prospective bidder |
| 2/12/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/13/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 2/13/2018 | 1.0 | M&A related items | Preparation for call with prospective bidder |
| 2/13/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/13/2018 | 2.5 | M&A related items | Gathering information for prospective bidder due diligence request |
| 2/14/2018 | 1.5 | M&A related items | Gathering information for prospective bidder due diligence request |
| 2/15/2018 | 0.5 | M&A related items | Call with prospective bidder |
| 2/15/2018 | 1.0 | Fee statements / monthly invoices | Preparation of fee application |
| 2/15/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/15/2018 | 4.0 | Financial analysis | Various financial analysis |
| 2/17/2018 | 3.0 | M&A related items | Gathering information for prospective bidder due diligence request |
| 2/17/2018 | 3.5 | Board calls / meetings | Preparation of board deck materials |
| 2/18/2018 | 8.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/19/2018 | 2.0 | Board calls / meetings | Preparation of board deck materials |
| 2/19/2018 | 4.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/20/2018 | 1.0 | Board calls / meetings | Preparation of board deck materials |
| 2/20/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 2/20/2018 | 3.0 | M&A related items | Call with prospective bidder |
| 2/20/2018 | 1.5 | M&A related items | Gathering information and responding to prospective bidder due diligence request |
| 2/22/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/22/2018 | 4.0 | M&A related items | Providing NDA status updates for prospective bidders |
| 2/22/2018 | 3.0 | M&A related items | Gathering information and responding to prospective bidder due diligence request |
| 2/23/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/23/2018 | 0.5 | Management and Co. advisor calls / meetings | Discussion about creditor claims |
| 2/23/2018 | 1.0 | Management and Co. advisor calls / meetings | Discussion about creditor claims |
| 2/23/2018 | 2.0 | M&A related items | Gathering information and responding to prospective bidder due diligence request |
| 2/23/2018 | 5.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/24/2018 | 2.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/25/2018 | 1.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/25/2018 | 1.0 | Fee statements / monthly invoices | Preparation of fee application |
| 2/26/2018 | 4.5 | Financial analysis | Various financial analysis related to creditor claims |
| 2/26/2018 | 1.0 | Fee statements / monthly invoices | Preparation of fee application |
| 2/27/2018 | 3.0 | Board calls / meetings | Preparation of board deck materials |
| 2/27/2018 | 2.5 | Financial analysis | Preparing the bid qualifications sheet |
| 2/28/2018 | 0.5 | M&A related items | Call with prospective bidder |
| 3/1/2018 | 0.5 | M&A related items | Call with prospective bidder |
| 3/1/2018 | 0.5 | Financial analysis | Various financial analysis |
| 3/1/2018 | 3.5 | Board calls / meetings | Preparation of board deck materials |
| 3/1/2018 | 2.5 | M&A related items | Gathering information for prospective bidder due diligence request |
| 3/2/2018 | 2.5 | Board calls / meetings | Preparation of board deck materials |
| 3/2/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 3/2/2018 | 2.0 | Board calls / meetings | Call with prospective bidder |
| 3/2/2018 | 0.5 | M&A related items | Call with bidder |
| 3/2/2018 | 0.5 | Financial analysis | Various financial analysis |
| 3/3/2018 | 2.5 | Financial analysis | Various financial analysis |
| 3/4/2018 | 3.0 | Financial analysis | Various financial analysis |
| 3/4/2018 | 1.0 | M&A related items | Gathering information for prospective bidder due diligence request |
| 3/5/2018 | 4.0 | M&A related items | Gathering information for prospective bidder due diligence request |
| 3/5/2018 | 2.0 | Financial analysis | Various financial analysis |
| 3/6/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 3/6/2018 | 1.0 | Management and Co. advisor calls / meetings | Discussion regarding bids with Jones Day and A&M |
| 3/6/2018 | 6.0 | M&A related items | Reviewing and summarizing bids |
| 3/7/2018 | 8.0 | M&A related items | Reviewing and summarizing bids |
| 3/8/2018 | 4.0 | Financial analysis | Various financial analysis |
| 3/8/2018 | 3.0 | Board calls / meetings | Preparation of board deck materials |
| 3/9/2018 | 1.0 | M&A related items | Call with bidder |
| 3/9/2018 | 1.0 | M&A related items | Call with bidder |
| 3/9/2018 | 2.0 | Board calls / meetings | Preparation of board deck materials |
| 3/9/2018 | 1.0 | Fee statements / monthly invoices | Fee app preparation |
| 3/9/2018 | 2.0 | Board calls / meetings | Board meeting attendance |
| 3/10/2018 | 1.0 | M&A related items | Call with bidder |
| 3/10/2018 | 4.0 | M&A related items | Reviewing and summarizing bids |
| 3/11/2018 | 4.0 | M&A related items | Reviewing and summarizing bids |
| 3/11/2018 | 1.0 | Creditor calls / meetings | Call with UCC advisors |
| 3/11/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day |
| 3/12/2018 | 5.0 | M&A related items | Reviewing and summarizing bids |
| 3/13/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 3/13/2018 | 4.0 | M&A related items | Reviewing and summarizing bids |
| 3/14/2018 | 1.0 | M&A related items | Call with bidder |
| 3/16/2018 | 1.0 | Management and Co. advisor calls / meetings | Discussion regarding bids with Jones Day and A&M |
| 3/18/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 3/18/2018 | 0.5 | Management and Co. advisor calls / meetings | Call with Jones Day |

**Jonathan Freed**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 3/19/2018 | 12.0 | M&A related items | Auction attendance |
| 3/19/2018 | 0.5 | M&A related items | Call with bidder |
| 3/19/2018 | 0.5 | Board calls / meetings | Board meeting attendance |
| 3/20/2018 | 15.0 | M&A related items | Auction attendance |
| 3/20/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 3/21/2018 | 7.0 | M&A related items | Reviewing winning and back up bid values |
| 3/23/2018 | 5.0 | M&A related items | Reviewing winning and back up bid values |
| 3/23/2018 | 0.5 | Court hearings / filings | Attendance via phone for Sale hearing |
| 3/25/2018 | 0.5 | Board calls / meetings | Board meeting attendance |
| 3/27/2018 | 4.0 | Court hearings / filings | Sale hearing |

**Rasheeq Haq**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/1/2018 | 10.0 | Board calls / meetings | Board deck materials preparation |
| 2/2/2018 | 1.0 | Board calls / meetings | Board deck materials preparation |
| 2/2/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/2/2018 | 4.0 | M&A related items | Answering due diligence questions for a potential bidder |
| 2/3/2018 | 2.0 | M&A related items | Going through materials prepared on IP transaction by A&M |
| 2/3/2018 | 2.0 | M&A related items | Preparing marketing materials to send to potential buyer |
| 2/3/2018 | 1.0 | M&A related items | M&A related call with potential buyer |
| 2/4/2018 | 5.0 | Financial analysis | Review of analysis conducted by A&M |
| 2/5/2018 | 2.5 | M&A related items | Answering due diligence questions for a potential bidder |
| 2/5/2018 | 1.0 | M&A related items | Managing data room for due diligence requests |
| 2/5/2018 | 2.0 | Fee statements / monthly invoices | Preparation of monthly fee application |
| 2/5/2018 | 2.0 | Board calls / meetings | Board deck materials preparation |
| 2/6/2018 | 2.5 | Board calls / meetings | Board deck materials preparation |
| 2/6/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/6/2018 | 2.0 | Fee statements / monthly invoices | Preparation of monthly fee application |
| 2/6/2018 | 2.0 | M&A related items | Answering due diligence questions for a potential bidder |
| 2/7/2018 | 4.0 | M&A related items | Managing data room for due diligence requests |
| 2/7/2018 | 2.5 | M&A related items | Answering due diligence questions for a potential bidder |
| 2/8/2018 | 1.0 | M&A related items | Call with an interested party |
| 2/8/2018 | 2.0 | Fee statements / monthly invoices | Preparation of monthly fee application |
| 2/8/2018 | 2.0 | Due diligence | Analyzing Debtors' credit documents |
| 2/9/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/9/2018 | 5.0 | M&A related items | Gathering information on the financial wherewithal of a potential bidder |
| 2/10/2018 | 5.0 | M&A related items | Gathering information on the financial wherewithal of a potential bidder |
| 2/11/2018 | 2.5 | M&A related items | Due diligence on prospective bidder |
| 2/11/2018 | 2.5 | M&A related items | Call with prospective bidder |
| 2/12/2018 | 3.5 | M&A related items | Call with prospective bidder |
| 2/12/2018 | 1.5 | Fee statements / monthly invoices | Preparation of fee application |
| 2/12/2018 | 1.5 | M&A related items | Due diligence on prospective bidder |
| 2/12/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/13/2018 | 1.0 | M&A related items | Locating files in dataroom per A&M request |
| 2/13/2018 | 1.5 | Internal meetings | Discussion of M&G Waters model with the team |
| 2/13/2018 | 1.5 | Management and Co. advisor calls / meetings | Discussion with A&M regarding the posting of M&G Waters model |
| 2/13/2018 | 1.0 | Board calls / meetings | Board meeting attendance |
| 2/14/2018 | 1.0 | Management and Co. advisor calls / meetings | Spoke to management on potential buyer's site visit tour that day |
| 2/14/2018 | 2.0 | Financial analysis | Various financial analysis conducted for A&M |
| 2/14/2018 | 2.0 | M&A related items | Gathering information for prospective bidder due diligence request |
| 2/15/2018 | 1.0 | M&A related items | Call with prospective bidder |
| 2/15/2018 | 2.0 | Fee statements / monthly invoices | Preparation of fee application |
| 2/15/2018 | 2.0 | M&A related items | Answering various due diligence questions for potential bidders |
| 2/16/2018 | 2.0 | M&A related items | Calling potential bidders to discuss the location of a file that was posted |
| 2/16/2018 | 3.0 | M&A related items | Answering various due diligence questions for potential bidders |
| 2/17/2018 | 2.0 | M&A related items | Answering various due diligence questions for potential bidders |
| 2/17/2018 | 4.5 | Board calls / meetings | Preparation of board deck materials |
| 2/18/2018 | 1.0 | M&A related items | Arranging a site visit for a potential bidder's advisor |
| 2/18/2018 | 4.0 | Financial analysis | Conducting financial analysis with respect to creditor claims |
| 2/19/2018 | 3.5 | Board calls / meetings | Preparation of board deck materials |
| 2/19/2018 | 2.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/20/2018 | 1.0 | Board calls / meetings | Preparation of board deck materials / making edits |
| 2/20/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 2/20/2018 | 1.5 | M&A related items | Call with prospective bidder |
| 2/20/2018 | 2.0 | M&A related items | Answering various due diligence questions for potential bidders |
| 2/21/2018 | 4.5 | M&A related items | Posting various files that held answers to Due diligence questions on the dataroom |
| 2/21/2018 | 1.5 | Due diligence | Helping A&M track down debt documents to specific credit instruments |
| 2/22/2018 | 1.0 | M&A related items | Call with potential bidder |
| 2/22/2018 | 1.5 | M&A related items | Provided follow up items post call with the potential bidder |
| 2/22/2018 | 3.0 | M&A related items | Answering various due diligence questions for potential bidders |
| 2/23/2018 | 1.5 | M&A related items | Call with prospective bidder about tax matters |
| 2/23/2018 | 0.5 | Fee statements / monthly invoices | Edits to fee application |
| 2/23/2018 | 3.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/23/2018 | 1.0 | M&A related items | Answering various due diligence questions for potential bidders |
| 2/24/2018 | 7.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/25/2018 | 2.0 | Financial analysis | Various financial analysis related to creditor claims |
| 2/25/2018 | 3.0 | Fee statements / monthly invoices | Preparation of interim fee application |
| 2/26/2018 | 1.5 | Financial analysis | Various financial analysis related to creditor claims |
| 2/26/2018 | 3.5 | Fee statements / monthly invoices | Edits to preparation of interim fee application |
| 2/27/2018 | 4.5 | Board calls / meetings | Preparation of board deck materials |
| 2/27/2018 | 2.5 | M&A related items | Preparing the bid qualifications sheet |
| 2/28/2018 | 1.0 | M&A related items | Tax incentives call |
| 2/28/2018 | 0.5 | M&A related items | Call with prospective bidders |
| 2/28/2018 | 4.0 | Board calls / meetings | Board presentation materials preparation |
| 3/1/2018 | 1.5 | M&A related items | PET plant discussion with potential bidder |
| 3/1/2018 | 5.0 | Board calls / meetings | Board presentation materials preparation |
| 3/2/2018 | 3.0 | Board calls / meetings | Board presentation materials preparation |
| 3/2/2018 | 2.0 | Board calls / meetings | Board call attendance |
| 3/3/2018 | 1.0 | M&A related items | IP discussion with potential bidder |
| 3/3/2018 | 3.0 | M&A related items | Various financial analysis |
| 3/3/2018 | 1.0 | M&A related items | Answering due diligence related questions for potential bidders |
| 3/4/2018 | 0.5 | Internal meetings | Discussion in regards to board presentation materials |
| 3/5/2018 | 4.0 | Board calls / meetings | Board deck preparation |
| 3/5/2018 | 1.5 | M&A related items | Producing answers to a potential bidder inquiry |
| 3/5/2018 | 1.0 | M&A related items | Corresponding with potential bidders about escrow requirements |
| 3/6/2018 | 12.0 | M&A related items | Preparation of bid proposal summaries |
| 3/7/2018 | 8.0 | M&A related items | Preparation of bid proposal summaries |
| 3/8/2018 | 6.0 | M&A related items | Various financial analysis |
| 3/9/2018 | 2.5 | M&A related items | Discussion with potential bidders |
| 3/9/2018 | 3.0 | M&A related items | Preparation of Qualified Bid Checklists |
| 3/10/2018 | 1.0 | M&A related items | Discussion with potential bidders |
| 3/10/2018 | 4.0 | Fee statements / monthly invoices | Preparation of interim fee application |
| 3/11/2018 | 1.0 | Creditor calls / meetings | Call with the UCC to discuss potential 3 way bid |
| 3/12/2018 | 1.5 | Management and Co. advisor calls / meetings | Corpus Christi Disclosure Schedules |
| 3/12/2018 | 3.0 | Fee statements / monthly invoices | Edits to the interim fee application |
| 3/12/2018 | 0.5 | M&A related items | Managing dataroom access for additional parties |
| 3/12/2018 | 1.0 | M&A related items | Tri-lateral bid discussion |
| 3/13/2018 | 2.5 | Board calls / meetings | Board materials preparation |
| 3/13/2018 | 2.5 | Board calls / meetings | Board call attendance |
| 3/14/2018 | 1.0 | M&A related items | Tri-lateral bid discussion |
| 3/14/2018 | 1.0 | M&A related items | Discussion with A&M regarding bids |
| 3/14/2018 | 3.0 | M&A related items | Qualified bid matrix for bidders |

**Rasheeq Haq**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 3/15/2018 | 1.0 | M&A related items | Providing board deck summaries to JD for M&A purposes |
| 3/15/2018 | 4.0 | Fee statements / monthly invoices | Revising interim fee application details |
| 3/16/2018 | 2.0 | M&A related items | Reading revised bidder APA |
| 3/16/2018 | 1.0 | M&A related items | Reading revised DIP Term sheet from potential bidder |
| 3/16/2018 | 2.0 | M&A related items | Looking for NDA's executed related to sale process |
| 3/17/2018 | 0.5 | Internal meetings | Internal discussion on work streams |
| 3/17/2018 | 1.0 | M&A related items | Revisions to board deck materials |
| 3/18/2018 | 1.0 | M&A related items | M&G board discussion attendance |
| 3/18/2018 | 1.5 | M&A related items | Reviewing bids |
| 3/18/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/18/2018 | 1.5 | Board calls / meetings | Revisions to M&G board deck materials preparation |
| 3/18/2018 | 1.5 | Board calls / meetings | M&G 1 page bid summary preparation |
| 3/19/2018 | 1.5 | M&A related items | Reviewing bids |
| 3/19/2018 | 9.0 | M&A related items | Side by side comparison of potential bidders |
| 3/19/2018 | 1.5 | M&A related items | Attending a call related to M&G liens releases |
| 3/20/2018 | 4.0 | M&A related items | Revisions to the side by side comparison of potential bidders |
| 3/20/2018 | 1.5 | Fee statements / monthly invoices | Revising and filing CNO |
| 3/21/2018 | 0.5 | Internal meetings | Contacting JD regarding bid summary presentations |
| 3/21/2018 | 1.5 | M&A related items | Comparison of bid build ups relative to other advisors |
| 3/21/2018 | 1.0 | M&A related items | Bid price discussion with other advisors |
| 3/22/2018 | 1.0 | Internal meetings | Gathering all decks related to bidding process for JD |
| 3/22/2018 | 1.0 | M&A related items | Revisions to M&G waters bid summaries |
| 3/22/2018 | 3.0 | M&A related items | Reading multiple revisions to the APA's submitted by potential bidder |
| 3/23/2018 | 11.0 | M&A related items | Revisions to the APA's and bid build up comparisons based on ongoing negotiations |
| 3/24/2018 | 1.0 | Management and Co. advisor calls / meetings | Call with CRO to discuss status of negotiations with advisors |
| 3/24/2018 | 1.5 | M&A related items | Getting familiar with the latest revisions from APA changes |
| 3/25/2018 | 1.0 | M&A related items | Reading revised DIP TS from potential bidder |
| 3/25/2018 | 1.0 | M&A related items | FTC site visit schedule creation |
| 3/26/2018 | 15.0 | M&A related items | Analyzing and comparing all revisions to all APA's and Term Sheets from potential bidders |
| 3/27/2018 | 5.0 | M&A related items | Revisions to bid comparison buildups |
| 3/27/2018 | 0.5 | M&A related items | Checking dataroom access for UCC parties |
| 3/27/2018 | 2.5 | Court hearings / filings | M&G Sale hearing attendance |
| 3/28/2018 | 5.0 | Fee statements / monthly invoices | Preparation of monthly fee application |
| 3/29/2018 | 1.5 | Court hearings / filings | M&G court hearing for sale |
| 3/29/2018 | 1.5 | Fee statements / monthly invoices | Revisions to monthly fee application |

**Victor Zhao**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/1/2018 | 7.0 | M&A related items | Prepare preliminary proposals summary / board discussion material |
| 2/1/2018 | 2.0 | M&A related items | Providing responses to diligence questions |
| 2/1/2018 | 1.5 | M&A related items | Conduct call with potential buyer |
| 2/2/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/2/2018 | 1.5 | Board calls / meetings | Board meeting attendance |
| 2/2/2018 | 2.0 | M&A related items | Working with JD on VDR issues |
| 2/3/2018 | 2.0 | M&A related items | Call with potential buyer for Corpus Christi |
| 2/3/2018 | 3.0 | Due diligence | Data room management |
| 2/4/2018 | 5.0 | Due diligence | Data room management |
| 2/5/2018 | 2.0 | General presentations | Updating Waters CIM |
| 2/5/2018 | 3.0 | M&A related items | Data room management |
| 2/5/2018 | 1.0 | M&A related items | Prepare bids summary to the UCC |
| 2/5/2018 | 4.0 | Board calls / meetings | Board discussion materials preparation |
| 2/6/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/6/2018 | 1.0 | Due diligence | Data room management |
| 2/6/2018 | 2.0 | M&A related items | Call with the Debtors' advisors regarding bids received |
| 2/6/2018 | 2.0 | M&A related items | Contract assumption schedule preparation |
| 2/7/2018 | 4.0 | M&A related items | Providing responses to diligence questions |
| 2/7/2018 | 2.0 | Due diligence | Data room management |
| 2/8/2018 | 5.0 | Due diligence | Data room management |
| 2/9/2018 | 2.0 | M&A related items | Gathering information on the financial wherewithal of a potential bidder |
| 2/9/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/10/2018 | 5.0 | M&A related items | Providing responses to diligence questions |
| 2/11/2018 | 2.0 | M&A related items | Follow up with potential buyer |
| 2/11/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/11/2018 | 1.0 | M&A related items | Research on a potential buyer's financial wherewithal |
| 2/12/2018 | 3.0 | M&A related items | Gathering proposals for lawyers to review |
| 2/12/2018 | 4.0 | M&A related items | Performing contract assumption diligence |
| 2/13/2018 | 5.0 | M&A related items | Providing responses to diligence questions |
| 2/14/2018 | 2.0 | M&A related items | Call with potential buyer for Waters |
| 2/14/2018 | 2.0 | M&A related items | Getting proposals for Waters bid consultation party |
| 2/14/2018 | 1.0 | M&A related items | Getting potential buyers set for the data room |
| 2/15/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/15/2018 | 2.0 | Due diligence | Data room management |
| 2/16/2018 | 2.0 | M&A related items | Providing responses to diligence questions |
| 2/16/2018 | 3.0 | M&A related items | Working with JD on VDR issues |
| 2/16/2018 | 2.0 | Board calls / meetings | Preparing board discussion materials |
| 2/17/2018 | 2.0 | M&A related items | Providing responses to diligence questions |
| 2/17/2018 | 2.0 | Board calls / meetings | Preparing board discussion materials |
| 2/17/2018 | 3.0 | Financial analysis | Performing various financial analysis |
| 2/18/2018 | 1.0 | M&A related items | Confirming bidding procedure items |
| 2/18/2018 | 3.0 | Financial analysis | Performing various financial analysis |
| 2/18/2018 | 2.0 | Board calls / meetings | Preparing board discussion materials |
| 2/19/2018 | 4.0 | Board calls / meetings | Preparing board discussion materials |
| 2/19/2018 | 2.0 | M&A related items | Coordinating with potential buyers on diligence call |
| 2/20/2018 | 1.0 | Board calls / meetings | Attending board call |
| 2/20/2018 | 2.0 | M&A related items | Providing responses to diligence questions |
| 2/20/2018 | 2.0 | M&A related items | Preparing process update for interested buyers |
| 2/20/2018 | 1.0 | M&A related items | Coordinating with potential buyer's advisor on diligence items |
| 2/21/2018 | 4.0 | M&A related items | Providing responses to diligence questions |
| 2/21/2018 | 2.0 | Due diligence | Confirming documents on indebtedness |
| 2/22/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/22/2018 | 1.0 | M&A related items | Getting potential buyers set for the data room |
| 2/22/2018 | 2.0 | M&A related items | Coordinating with JD on clean team issues |
| 2/23/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/23/2018 | 1.0 | M&A related items | Diligence call with potential buyer |
| 2/23/2018 | 1.0 | M&A related items | Getting potential buyers set for the data room |
| 2/24/2018 | 5.0 | M&A related items | Providing responses to diligence questions |
| 2/25/2018 | 2.0 | M&A related items | Providing responses to diligence questions |
| 2/25/2018 | 3.0 | M&A related items | Various financial analysis |
| 2/26/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/26/2018 | 3.0 | Financial analysis | Various financial analysis |
| 2/26/2018 | 2.0 | M&A related items | Coordinating with JD on IP related issues |
| 2/27/2018 | 5.0 | Financial analysis | Various financial analysis |
| 2/28/2018 | 3.0 | M&A related items | Providing responses to diligence questions |
| 2/28/2018 | 2.0 | Financial analysis | Various financial analysis |
| 3/1/2018 | 1.0 | M&A related items | Call with potential buyer's advisor |
| 3/1/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/2/2018 | 2.0 | Financial analysis | Various financial analysis |
| 3/2/2018 | 2.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/2/2018 | 5.0 | Board calls / meetings | Preparing board discussion materials and attending board call |
| 3/3/2018 | 3.0 | Financial analysis | Various financial analysis |
| 3/3/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/4/2018 | 3.0 | M&A related items | Preparing analysis for potential buyers |
| 3/5/2018 | 3.0 | Financial analysis | Various financial analysis |
| 3/5/2018 | 4.0 | Financial analysis | Various financial analysis |
| 3/5/2018 | 4.0 | Financial analysis | Various financial analysis |
| 3/5/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/6/2018 | 4.0 | Board calls / meetings | Preparing board discussion materials |
| 3/6/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/6/2018 | 1.0 | M&A related items | Coordinating with Jones Day to determine documents for dataroom |
| 3/7/2018 | 6.0 | M&A related items | Reviewing and summarizing bids relating to CC Sale |
| 3/8/2018 | 5.0 | M&A related items | Reviewing and summarizing bids relating to CC Sale |
| 3/9/2018 | 0.5 | M&A related items | Uploading bid packages to the data room for consulting parties |
| 3/9/2018 | 2.0 | Financial analysis | Various financial analysis |
| 3/9/2018 | 5.0 | Board calls / meetings | Preparing board discussion materials |
| 3/10/2018 | 2.0 | M&A related items | Meeting with advisors of potential buyers |
| 3/11/2018 | 4.0 | Board calls / meetings | Preparing board discussion materials and attending board call |
| 3/11/2018 | 2.0 | M&A related items | Reviewing and summarizing bids relating to CC Sale |
| 3/11/2018 | 3.0 | M&A related items | Reviewing and summarizing bids relating to CC Sale |
| 3/12/2018 | 1.0 | M&A related items | Reviewing and summarizing UCC settlement terms |
| 3/13/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/14/2018 | 3.0 | M&A related items | Reviewing and summarizing bids relating to CC Sale |
| 3/14/2018 | 3.0 | M&A related items | Reviewing and summarizing bids relating to CC Sale |
| 3/14/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/14/2018 | 1.0 | M&A related items | Call with potential buyers' advisors |
| 3/15/2018 | 0.5 | M&A related items | Getting people set up for the data room |
| 3/15/2018 | 2.0 | M&A related items | Reviewing bids against bidding procedures for qualification |
| 3/15/2018 | 2.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/16/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |

**Victor Zhao**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 3/16/2018 | 4.0 | Court hearings / filings | Preparing interim fee application |
| 3/16/2018 | 3.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/17/2018 | 2.0 | M&A related items | Working with JD on process issues |
| 3/17/2018 | 0.5 | Internal meetings | Internal discussion in preparation for the upcoming auction |
| 3/17/2018 | 2.0 | M&A related items | Compiling and sending all NDAs to JD team |
| 3/18/2018 | 2.0 | Board calls / meetings | Preparing board discussion materials |
| 3/18/2018 | 3.0 | Board calls / meetings | Preparing board discussion materials |
| 3/18/2018 | 1.0 | M&A related items | Responding to diligence questions and populating the dataroom |
| 3/20/2018 | 12.0 | M&A related items | Reviewing, summarizing, and comparing APAs, DIP term sheets and related docs |
| 3/20/2018 | 4.0 | Board calls / meetings | Preparing board discussion materials |
| 3/20/2018 | 8.0 | M&A related items | Reviewing, summarizing, and comparing APAs, DIP term sheets and related docs |
| 3/22/2018 | 3.0 | Financial analysis | Various financial analysis |
| 3/22/2018 | 3.0 | M&A related items | Reviewing and updating materials in connection with the sale process |
| 3/22/2018 | 2.0 | Court hearings / filings | Helping with edits for Brownstein declaration |
| 3/23/2018 | 2.0 | M&A related items | Various financial analysis |
| 3/23/2018 | 2.0 | M&A related items | Updating sale process materials |
| 3/23/2018 | 8.0 | M&A related items | Updating sale process materials and providing support to ongoing negotiations |
| 3/25/2018 | 2.0 | M&A related items | Updating sale process materials |
| 3/26/2018 | 1.0 | M&A related items | Coordinating with JD and preparing materials relating to sale process |
| 3/26/2018 | 10.0 | M&A related items | Updating sale process materials and providing support to the upcoming sale hearing |
| 3/27/2018 | 6.0 | M&A related items | Updating sale process materials and providing support to the upcoming sale hearing |
| 3/28/2018 | 2.0 | Court hearings / filings | Listening into sale hearing |
| 3/29/2018 | 5.0 | Board calls / meetings | Preparing board discussion materials |
| 3/30/2018 | 3.0 | Board calls / meetings | Preparing board discussion materials |
| 3/31/2018 | 2.0 | Board calls / meetings | Preparing board discussion materials |

**Antonio Cipparrone**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/2/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/6/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/9/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/13/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 2/20/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 2/23/2018 | 0.5 | Board calls / meetings | Board call attendance |
| 3/13/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/16/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/18/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/19/2018 | 0.5 | Board calls / meetings | Board call attendance |
| 3/20/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/25/2018 | 1.0 | Management and Co. advisor calls / meetings | Advisors call attendance |
| 3/29/2018 | 2.0 | Board calls / meetings | Board call attendance |

**Federico Brambilla**

| Date | Hours | Task category | Explanation |
|---|---|---|---|
| 2/2/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/6/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/9/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/13/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/20/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 2/23/2018 | 1.5 | Board calls / meetings | Board call attendance |
| 3/13/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/16/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/18/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/19/2018 | 0.5 | Board calls / meetings | Board call attendance |
| 3/20/2018 | 1.0 | Board calls / meetings | Board call attendance |
| 3/25/2018 | 1.0 | Management and Co. advisor calls / meetings | Advisors call attendance |
| 3/29/2018 | 2.0 | Board calls / meetings | Board call attendance |