# **EXHIBIT B**

## **STATEMENT OF EXPENSES BY CATEGORY**

# SUMMARY OF OUT-OF-POCKET EXPENSES[1]

| | |
|---|---:|
| Travel | $2,306.59 |
| Taxis/Tolls/Parking | 1,132.46 |
| Hotel | 1,293.07 |
| Legal Fees | 7,717.29 |
| Miscellaneous | - |
| Meals | 2,307.65 |
| Presentation Center | - |
| Copies | - |
| Research/Database | 100.00 |
| Telephone/Communications | 240.65 |
| Courier Services | 16.73 |
| **Total** | **$15,114.44** |

---

[1] The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards, and, as such, did not file a monthly fee application for April 2018. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications. Rothschild seeks $279.00 for expense reimbursement that was incurred on October 31, 2017, $1,430.29 for expense reimbursement that was incurred in the period from December 1, 2017 through and including December 31, 2017 and $5,274.45 for expense reimbursement that was incurred in the period from January 1, 2018 through and including January 31, 2018, but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Interim Fee Application.

# M&G Chemicals S.A.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/18/18 | Amtrack additional fee - ticket change | New York, NY | $4.00 | Vendor | N. Augustine |
| 01/18/18 | NY/Wilmington/NY - coach train ticket | New York, NY | $266.00 | Vendor | N. Augustine |
| 02/01/18 | NY/Wilmington/NY - coach train ticket | New York, NY | $266.00 | Vendor | N. Augustine |
| 02/01/18 | Amtrack additional fee - ticket change | New York, NY | $4.00 | Vendor | N. Augustine |
| 02/16/18 | Ovation service charge | New York, NY | $8.00 | Vendor | J. Brownstein |
| 02/20/18 | NY/Houston/Corpus Christi/Houston/NY - Coach Meeting with potential bidders conducting due diligence | New York, NY | $1,189.59 | Vendor | J. Brownstein |
| 02/22/18 | Ovation service charge | New York, NY | $37.00 | Vendor | J. Brownstein |
| 03/22/18 | NY/Wilmington - coach train ticket - court hearing | New York, NY | $133.00 | Vendor | J. Brownstein |
| 03/23/18 | Wilmington/NY - coach train ticket - court hearing | New York, NY | $133.00 | Vendor | J. Brownstein |
| 03/27/18 | NY/Wilmington - coach train ticket - court hearing | New York, NY | $133.00 | Vendor | J. Brownstein |
| 03/28/18 | Wilmington/NY - coach train ticket - court hearing | New York, NY | $133.00 | Vendor | J. Brownstein |

**Total** $2,306.59

# M&G Chemicals S.A.

## Taxi/Tolls/Parking Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/02/18 | From office to home | New York, NY | $16.55 | Vendor | R. Haq |
| 02/02/18 | From office to home | New York, NY | $17.25 | Vendor | V. Zhao |
| 02/04/18 | From office to home (wknd) | New York, NY | $23.35 | Vendor | R. Haq |
| 02/05/18 | From office to home | New York, NY | $17.25 | Vendor | J. Freed |
| 02/06/18 | From office to home | New York, NY | $16.00 | Vendor | V. Zhao |
| 02/07/18 | From office to home | New York, NY | $14.69 | Vendor | J. Freed |
| 02/08/18 | From office to home | New York, NY | $17.25 | Vendor | J. Freed |
| 02/08/18 | From office to home | New York, NY | $11.00 | Vendor | R. Haq |
| 02/08/18 | From office to home | New York, NY | $19.75 | Vendor | V. Zhao |
| 02/09/18 | From office to home | New York, NY | $17.25 | Vendor | V. Zhao |
| 02/20/18 | From home to airport | New York, NY | $67.88 | Vendor | J. Brownstein |
| 02/22/18 | From airport to home | New York, NY | $70.55 | Vendor | J. Brownstein |
| 01/31/18 | From office to home | New York, NY | $25.63 | Vendor | V. Zhao |
| 02/01/18 | From office to home | New York, NY | $20.12 | Vendor | M. Guill |
| 02/02/18 | From office to home | New York, NY | $20.11 | Vendor | M. Guill |
| 02/11/18 | From office to home | New York, NY | $23.16 | Vendor | R. Haq |
| 02/12/18 | From office to home | New York, NY | $26.00 | Vendor | V. Zhao |
| 02/13/18 | From office to home | New York, NY | $7.25 | Vendor | V. Zhao |
| 02/14/18 | From office to home | New York, NY | $29.16 | Vendor | R. Haq |
| 02/15/18 | From office to home | New York, NY | $25.55 | Vendor | R. Haq |
| 02/15/18 | From office to home | New York, NY | $20.35 | Vendor | V. Zhao |
| 02/16/18 | From office to home | New York, NY | $19.75 | Vendor | V. Zhao |
| 02/17/18 | From home to office (wknd) | New York, NY | $15.48 | Vendor | R. Haq |
| 02/17/18 | From office to home (wknd) | New York, NY | $9.31 | Vendor | R. Haq |
| 02/18/18 | From office to home (wknd) | New York, NY | $30.36 | Vendor | R. Haq |
| 02/19/18 | From office to home | New York, NY | $19.75 | Vendor | V. Zhao |
| 02/20/18 | From home to early meeting | New York, NY | $39.96 | Vendor | J. Brownstein |
| 02/20/18 | Transportation while traveling | Corpus Christi, TX | $18.75 | Vendor | J. Brownstein |
| 02/20/18 | From office to home | New York, NY | $8.54 | Vendor | J. Freed |
| 02/20/18 | From office to home | New York, NY | $15.38 | Vendor | R. Haq |
| 02/20/18 | From office to home | New York, NY | $19.62 | Vendor | V. Zhao |

# M&G Chemicals S.A.

## Taxi/Tolls/Parking Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/21/18 | Transportation while traveling | Corpus Christi, TX | $31.91 | Vendor | J. Brownstein |
| 02/22/18 | Transportation while traveling | Corpus Christi, TX | $19.13 | Vendor | J. Brownstein |
| 02/22/18 | From office to home | New York, NY | $17.21 | Vendor | J. Freed |
| 02/22/18 | From office to home | New York, NY | $22.25 | Vendor | V. Zhao |
| 02/23/18 | From office to home | New York, NY | $9.26 | Vendor | J. Freed |
| 02/23/18 | From office to home | New York, NY | $18.48 | Vendor | M. Guill |
| 02/23/18 | From office to home | New York, NY | $20.35 | Vendor | V. Zhao |
| 02/26/18 | From office to home | New York, NY | $14.76 | Vendor | R. Haq |
| 02/26/18 | From office to home | New York, NY | $17.85 | Vendor | V. Zhao |
| 02/27/18 | From office to home | New York, NY | $17.15 | Vendor | R. Haq |
| 02/27/18 | From office to home | New York, NY | $31.33 | Vendor | V. Zhao |
| 02/28/18 | From office to home | New York, NY | $6.96 | Vendor | J. Brownstein |
| 03/01/18 | From office to home | New York, NY | $14.16 | Vendor | R. Haq |
| 03/05/18 | From office to home | New York, NY | $17.85 | Vendor | J. Freed |
| 03/08/18 | From office to home | New York, NY | $18.50 | Vendor | V. Zhao |
| 03/13/18 | From home to early meeting | New York, NY | $32.15 | Vendor | J. Brownstein |
| 03/18/18 | From office to home (wknd) | New York, NY | $9.80 | Vendor | J. Brownstein |
| 03/21/18 | From office to home | New York, NY | $35.16 | Vendor | J. Brownstein |
| 03/22/18 | From train station to meeting | Wilmington, DE | $15.00 | Vendor | J. Brownstein |
| 03/22/18 | From home to Penn Station | New York, NY | $10.55 | Vendor | J. Brownstein |
| 03/23/18 | From Penn Station to home | New York, NY | $18.35 | Vendor | J. Brownstein |
| 03/26/18 | From office to home | New York, NY | $9.35 | Vendor | J. Brownstein |
| 03/27/18 | From home to Penn Station | New York, NY | $21.95 | Vendor | J. Brownstein |

**Total** $1,132.46

# M&G Chemicals S.A.

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/18/18 | Ovation service charge for hotel | New York, NY | $10.00 | Vendor | N. Augustine |
| 01/18/18 | Hotel DuPont 1 night | Wilmington, DE | $243.10 | Vendor | N. Augustine |
| 02/20/18 | Omni Hotel 1 night; Meeting with potential bidders conducting due diligence | New York, NY | $174.97 | Vendor | J. Brownstein |
| 02/21/18 | Omni Hotel 1 night; Meeting with potential bidders conducting due diligence | New York, NY | $174.97 | Vendor | J. Brownstein |
| 03/23/18 | Hotel DuPont 1 night - court hearing | Wilmington, DE | $328.90 | Vendor | J. Brownstein |
| 03/27/18 | Westin Hotel 1 night - court hearing | Wilmington, DE | $361.13 | Vendor | J. Brownstein |
| **Total** | | | **$1,293.07** | | |

# M&G Chemicals S.A.

## Legal Fee Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 10/31/17 | Debevoise & Plimpton (10/31/17) | New York, NY | $279.00 | Vendor | Various |
| 12/01/17 | Debevoise & Plimpton (12/1/17 - 12/31/17) | New York, NY | $1,430.29 | Vendor | Various |
| 01/01/18 | Debevoise & Plimpton (1/1/18 - 1/31/18) | New York, NY | $4,553.00 | Vendor | Various |
| 03/31/18 | Debevoise & Plimpton (3/1/18 - 3/31/18) | New York, NY | $1,455.00 | Vendor | Various |
| **Total** | | | **$7,717.29** | | |

# M&G Chemicals S.A.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/18/18 | Traveling meal (beverage) | Wilmington, DE | $7.00 | Vendor | N. Augustine |
| 02/01/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/01/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 02/01/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/01/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/01/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |
| 02/02/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/02/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/02/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 02/05/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/05/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/05/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/06/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/06/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/06/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/07/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/07/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/07/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/08/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/08/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/08/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/08/18 | Working dinner | New York, NY | $19.47 | Vendor | M. Guill |
| 02/09/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/09/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/10/18 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/11/18 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/12/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 02/12/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/12/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/13/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/13/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/13/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/14/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/14/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/15/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |

# M&G Chemicals S.A.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/16/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/16/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/17/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/19/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/19/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/20/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/20/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/20/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/20/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 02/20/18 | Traveling meal (lunch) | New York, NY | $6.87 | Vendor | J. Brownstein |
| 02/20/18 | Traveling meal (dinner) | Corpus Christi, TX | $20.71 | Vendor | J. Brownstein |
| 02/21/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/21/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/21/18 | Working dinener | New York, NY | $15.26 | Vendor | J. Freed |
| 02/21/18 | Traveling meal (b'fast) | Corpus Christi, TX | $3.52 | Vendor | J. Brownstein |
| 02/21/18 | Traveling meal (lunch) | Corpus Christi, TX | $13.80 | Vendor | J. Brownstein |
| 02/21/18 | Traveling meal (dinner) | Corpus Christi, TX | $37.39 | Vendor | J. Brownstein |
| 02/22/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/22/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/22/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 02/22/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/22/18 | Traveling meal (lunch) | Houston, TX | $22.47 | Vendor | J. Brownstein |
| 02/22/18 | Traveling meal (b'fast) | Corpus Christi, TX | $3.52 | Vendor | J. Brownstein |
| 02/23/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/26/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/26/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/26/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 02/27/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 02/27/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 02/27/18 | Working dinner | New York, NY | $14.01 | Vendor | R. Haq |
| 02/27/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/23/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 02/28/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 02/28/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/01/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |

# M&G Chemicals S.A.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/01/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/01/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/02/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/02/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/05/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/05/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/05/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/05/18 | Working dinner | New York, NY | $18.89 | Vendor | M. Guill |
| 03/06/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/06/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/06/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/06/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 03/06/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Brownstein |
| 03/07/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 03/07/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/07/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/07/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/08/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/08/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 03/08/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/08/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/09/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/09/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/09/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/10/18 | Working lunch (wknd) | New York, NY | $10.44 | Vendor | M. Guill |
| 03/10/18 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | J. Freed |
| 03/10/18 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | R. Haq |
| 03/10/18 | Working lunch (wknd) | New York, NY | $20.00 | Vendor | R. Haq |
| 03/12/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 03/12/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/12/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/12/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/13/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/13/18 | Working dinner | New York, NY | $20.00 | Vendor | J. Freed |
| 03/13/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |

# M&G Chemicals S.A.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 03/14/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/14/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/15/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/15/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/15/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 03/16/18 | Working dinner | New York, NY | $20.00 | Vendor | R. Haq |
| 03/16/18 | Working dinner | New York, NY | $20.00 | Vendor | V. Zhao |
| 03/17/18 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | M. Guill |
| 03/18/18 | Working dinner (wknd) | New York, NY | $20.00 | Vendor | R. Haq |
| 03/23/18 | Traveling meal (b'fast) | Wilmington, DE | $3.90 | Vendor | J. Brownstein |
| 03/27/18 | Working dinner | New York, NY | $20.00 | Vendor | M. Guill |
| 03/27/18 | Traveling meal (dinner) | Wilmington, DE | $39.50 | Vendor | J. Brownstein |
| 03/28/18 | Traveling meal (b'fast) | Wilmington, DE | $16.00 | Vendor | J. Brownstein |
| 03/17/18 | Working lunch (wknd) | New York, NY | $14.90 | Vendor | M. Guill |
| **Total** | | | **$2,307.65** | | |

# M&G Chemicals S.A.

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/10/18 | Research material related to prospective bidder | New York, NY | $100.00 | Vendor | V. Zhao |
| **Total** | | | **$100.00** | | |

# M&G Chemicals S.A.

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/18/18 | Internet usage | New York, NY | $74.95 | Vendor | N. Augustine |
| 01/24/18 | Client/discussion cellular while staying abroad | New York, NY | $90.77 | Vendor | J. Brownstein |
| 02/22/18 | In-flight Wi-Fi | Houston, TX | $11.99 | Vendor | J. Brownstein |
| 02/22/18 | In-flight Wi-Fi | Houston, TX | $49.95 | Vendor | J. Brownstein |
| 02/20/18 | In-flight Wi-Fi | New York, NY | $12.99 | Vendor | J. Brownstein |
| **Total** | | | **$240.65** | | |

## M&G Chemicals S.A.

### Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 02/05/18 | Federal Express Corp. - Materials to Jones Day | New York, NY | $16.73 | Vendor | Various |
| **Total** | | | **$16.73** | | |