**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>M & G USA Corporation, *et al.*,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered<br><br>**Related to Docket No. 1511** |

**CERTIFICATION OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF GATTAI, MINOLI, AGOSTINELLI, PARTNERS FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM <u>APRIL 1, 2018 THROUGH AND INCLUDING APRIL 30, 2018</u>**

The undersigned, counsel to the Official Committee of Unsecured Creditors in the above captioned cases (the "<u>Committee</u>"), hereby certifies as follows:

1.      On May 25, 2018, the Sixth Monthly Fee Statement of Gattai, Minoli, Agostinelli, Partners for Interim Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Special Counsel to the Official Committee of Unsecured Creditors from April 1, 2018 Through and Including April 30, 2018 (the "<u>Application</u>") [Docket No. 1511] was filed with the Court.

3.      Objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on June 15, 2018 (the "<u>Objection Deadline</u>").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

4. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

5. In accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 308], entered December 1, 2017, the Debtors are authorized to pay Gattai, Minoli, Agostinelli, Partners 80% of the fees, $92,164.80 (80% of $115,206.00), and 100% of the expenses, $967.18, as requested in the Application.

Dated: June 19, 2018

**COLE SCHOTZ P.C.**

 /s/ J. Kate Stickles
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3030
Facsimile: (302) 652-3017
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty St.
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*