June 15, 2018

To: The Honorable Brendon L. Shannon
C/O Office of the Clerk of the Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

From: Danny Loy King
Claim No. 555 against M & G Polymers USA, LLC
Case No. 17-12268

RE: M & G USA Corporation, et al.,
Chapter 11, Case No. 17-12307 (BLS)
Notice of Motion Dismissing Chapter 11 Cases
Response and Objection to the entry of a Final Order of Relief sought in Motion
Notice dated June 5, 2018

Dear Honorable Judge Shannon:

I, Danny Loy King, object to the Motion dated June 5, 2018, filed with the U.S. Bankruptcy Court, dismissing the Chapter 11 Bankruptcy cases and granting related relief in Case No. 17-12307 (BLS).
I currently have a pending claim against M & G Polymers USA, LLC, Case No. 17-12268, Claim No. 555.

If the decision is to dismiss and relieve the Bankruptcy case of M & G USA, it could set a precedent for similar Global Conglomerates to decimate the U.S. Pension and Annuity accounts of thousands of U.S. citizens and create a "Windfall Cash Gain" from the remaining funds for the Luxembourg Corporation involved at the expense of U.S. workers and retirees.

As it pertains to the Motion of Debtors dated June 5, 2018, there is no parallel Luxembourg proceeding pending against the Luxembourg debtors at this time. Therefore, Luxembourg has little obligation to continue the "Life Only" Annuity Pension Plan for M & G Polymers USA, LLC retirees.

Italy, Brazil and Argentina have all settled their claims in their respective country. M & G USA Corporation, et al., should respectively complete the bankruptcy under U.S. laws to protect U.S. citizens from Luxembourg bias. If a decision to dismiss is approved by the Court, it would create an obscene hardship on retirees and workers to process and collect claims from a different country with a different language and different laws and legal terms.

Therefore, the United Stated Bankruptcy Court respectfully should deny the Order dismissing the Chapter 11 cases, in reference to Case No. 17-12307 (BLS) dated June 5, 2018.

Dated 6/5/2018

Danny Loy King
1701 N. Cedar Loop, Apt. A
Ardmore, OK 73401
Phone: (580) 222-9746
Email: pctech1701@hotmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |

Objection Deadline: June 19, 2018 at 4:00 p.m. (ET)
Hearing Date: June 26, 2018 at 11:00 a.m. (ET)

### NOTICE OF MOTION OF DEBTORS M&G CAPITAL S.À R.L., M&G CHEMICALS, S.A. AND MOSSI & GHISOLFI INTERNATIONAL S.À R.L. FOR AN ORDER DISMISSING THEIR CHAPTER 11 CASES AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on June 5, 2018, M&G Capital S.à r.l., M&G Chemicals S.A. and Mossi & Ghisolfi International S.à r.l., as debtors and debtors-in-possession in the above-captioned chapter 11 cases, filed the *Motion of Debtors M&G Capital S.à r.l., M&G Chemicals, S.A. and Mossi & Ghisolfi International S.à r.l. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **June 19, 2018 at 4:00 p.m. prevailing Eastern time.**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors, (a) Jones Day, 250

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Fill in this information to identify the case (Select only one Debtor per claim form):

- ☐ M & G USA Corporation (Case No. 17-12307)
- ☐ M&G Waters USA, LLC (Case No. 17-12311)
- ☐ Mossi & Ghisolfi International S.a.r.l. (Case No. 17-12315)
- ☐ M & G USA Holding, LLC (Case No. 17-12308)
- ☐ Chemtex International Inc. (Case No. 17-12312)
- ☐ M&G Chemicals S.A. (Case No. 17-12316)
- ☐ M & G Resins USA, LLC (Case No. 17-12309)
- ☐ Chemtex Far East, Ltd. (Case No. 17-12313)
- ☐ M&G Capital S.a.r.l. (Case No. 17-12317)
- ☐ M & G Finance Corporation (Case No. 17-12310)
- ☐ Indo American Investments, Inc. (Case No. 17-12314)
- ☒ M & G Polymers USA, LLC (Case No. 17-12268)

PRIME CLERK LLC
MAR 29 2018
RECEIVED

**Modified Form 410**
**Proof of Claim**

COPY

Claim No. 555
Initials KN

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Danny King
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Danny King
1701 N Cedar Loop Apt. A
Ardmore OK 73401-1058

Contact phone 580-222-9746
Contact email PCTECH1701@Hotmail.com

Where should payments to the creditor be sent? (if different)

Name _____
Number  Street _____
City  State  ZIP Code _____

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/___ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

United States Bankruptcy Court, District of Delaware

MMLID: 4880953

**Fill in this information to identify the case (Select only one Debtor per claim form):**

- ☐ M & G USA Corporation (Case No. 17-12307)
- ☐ M&G Waters USA, LLC (Case No.17-12311)
- ☐ Mossi & Ghisolfi International S.a.r.l. (Case No.17-12315)
- ☐ M & G USA Holding, LLC (Case No. 17-12308)
- ☐ Chemtex International Inc. (Case No.17-12312)
- ☐ M&G Chemicals S.A. (Case No.17-12316)
- ☐ M & G Resins USA, LLC (Case No. 17-12309)
- ☐ Chemtex Far East, Ltd. (Case No. 17-12313)
- ☐ M&G Capital S.a.r.l. (Case No.17-12317)
- ☐ M & G Finance Corporation (Case No. 17-12310)
- ☐ Indo American Investments, Inc. (Case No. 17-12314)
- ☒ M & G Polymers USA, LLC (Case No. 17-12268)

Modified Form 410

# Proof of Claim

4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Danny King
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Danny King
   1701 N Cedar Loop Apt. A
   Ardmore OK 73401-1058

   Contact phone  580-222-9746
   Contact email  PCTECH1701@Hotmail.com

   Where should payments to the creditor be sent? (if different)

   Name _____
   Number     Street _____
   City       State     ZIP Code
   Contact phone _____
   Contact email _____

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____  MM/DD/YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 72,348. Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

"LIFE ONLY" ANNUITY PENSION PLAN

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

| | |
|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No ☐ Yes. *Check one:* |

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

| | |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☒ No ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. $ |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date __03/26/2018__ (mm/dd/yyyy)

_Danny L. King_
Signature

**Print the name of the person who is completing and signing this claim:**

Name: __DANNY__ __LOY__ __KING__
First name / Middle name / Last name

Title: _____

Company: _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: __1701 N. CEDAR LOOP, APT. A__
Number / Street
__ARDMORE__ __OK__ __73401__
City / State / ZIP Code

Contact phone __580-222-9746__    Email __PCTECH1701@HOTMAIL.com__

Official Form 410   Proof of Claim   page 3

# Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court

12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://cases.primeclerk.com/mgusa.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.





# Standard Certificate of Live Birth

**State of Oklahoma — Department of Health**
Federal Security Agency — U.S. Public Health Service

Local Registrar No. 49
File Number: 49-2088
State File No. 01292
Date received by State Registrar: APR 21 1949

## 1. Place of Birth:
(a) County: Oklahoma
(b) City or Town: Oklahoma — (X) Inside corporate limits
(c) Name of hospital or institution: St. Anthony Hospital
(d) Length of mother's stay: In above hospital or institution before delivery: 30 mins. — In above community before delivery: 28 years

## 2. Usual Residence of Mother:
(a) State: Oklahoma
(b) County: Oklahoma
(c) City or Town: Oklahoma — (X) Inside corporate limits
(d) Street number: 3200 Drexel Court

3. Full name of child: Danny Loy King
4. Date of birth: 1949
5. Sex: Male
6. Twin or triplet: —
7. Number months of pregnancy: 9
8. Child's weight at birth: 7 lbs. 11½ oz.

### Father of Child
9. Full name: H. P. King
10. Color or race: W
11. Age at time of this birth: 29 yrs.
12. Birthplace: Enid, Oklahoma
13. Usual occupation: Mail carrier
14. Industry or business:

### Mother of Child
15. Full maiden name: Iona Jacqueline Ferrier
16. Color or race: W
17. Age at time of this birth: 27
18. Birthplace: Oklahoma City, Oklahoma
19. Usual occupation: Housewife
20. Industry or business:

21. Other children born to this mother (do not include this birth):
(a) Number of other children of this mother now living: 1
(b) Number of other children born alive but now dead: 0
(c) Number of children born dead: 0

22. Mother's mailing address for registration notice:
Mrs. H. P. King
3200 Drexel Court
Oklahoma City, Oklahoma

23. (a) Was a prophylactic drug used in baby's eyes: yes 1%
(b) Was a serologic test made for syphilis in this mother? Yes — DO NOT GIVE RESULT OF TEST
If so, give date: September, 1948

24. I hereby certify that I attended the birth of this child who was born alive at the hour of 3:00 A.M. on the date above stated and that the information given was furnished by Mother, related to this child as Mother.
Attendant's own signature: J. M. Parrish
J. M. Parrish, M.D.

25. Date received by local registrar: APR 19 1949
26. Registrar's own signature: W. L. Clayton

---

**State Department of Health**
State of Oklahoma
Oklahoma City, Oklahoma 73152

ROGER C. PIRRONG
STATE REGISTRAR OF VITAL STATISTICS

CERTIFIED COPY MUST HAVE EMBOSSED SEAL

I hereby certify the foregoing to be a true and correct copy, original of which is on file in this office. In testimony whereof, I have hereunto subscribed my name and caused the official seal to be affixed, at Oklahoma City, Oklahoma, this date.

Roger Pirrong, STATE REGISTRAR

MAY 15 1987

# Social Security Administration
# Potential Private Pension Benefit Information

DANNY L KING
1614 REDBUD DR
SULPHUR OK    73086

Social Security Number:
■■■-■■-4800

Name: D. KING

We are writing to tell you that you, or the worker whose Social Security number appears at the top of this form, MAY be entitled to some private pension benefits upon retirement. Also, your family, or the worker's family, may be entitled to retirement or survivor benefits.

## These Are Not Social Security Benefits

These potential benefits are NOT Social Security benefits and we do not make any decisions about the payment of these benefits. The following provides some basic information about these private pension benefits.

## Information About Pension Benefits

You have, or the worker has, earned pension rights although no longer employed in a job covered by the pension plan. These are called "deferred vested benefits." Private pension plan administrators must provide information about such benefits to us through the Internal Revenue Service. We provide this information about the pension plan when the individual asks for it or when a claim is filed for Social Security benefits.

## If You Want to Apply for These Benefits

If you want to apply for these pension benefits or have any questions, you should contact the pension Plan Administrator shown below. Include the 9 digit identification number shown below and a copy of this notice when you contact the Plan Administrator.

| Plan Name | Plan Number |
|---|---|
| M&G POLYMERS USA, LLC HOURLY PENSION PLAN | 76-0607593-004 |
| | **Identification Number** <br> 62-1540212 |
| | **Year Reported** 2002 / **Estimated Amount** $241 |
| **Plan Administrator and Address** <br> M&G POLYMERS USA, LLC ROBERT D. CROOKS <br> STATE ROUTE 2 <br> APPLE GROVE    WV   25502-0000 | **Type of Annuity** C / **Payment Frequency** E |
| | **Units or Shares** / **Value of Account** |

**IMPORTANT:** This is all the information we have. See the other side of this page for an explanation of this information.

For SSA Use Only:  M03-086-68-017                                      2010106

Form SSA-L99-C1 (9-08) Destroy prior editions


# buckconsultants
## an ACS company

July 10, 2008

Danny King
8916 West 64th Place, Apt 102
Merriam, KS 66202

RE: M & G Polymers USA, LLC Hourly Pension Plan (a part of which was formerly The Pension Plan for Former Employees of AgriPro Biosciences, Inc.).

Dear Mr. King:

As a vested participant in the M & G Polymers USA, LLC Hourly Pension Plan (a part of which was formerly The Pension Plan for Former Employees of AgriPro Biosciences, Inc.), you are entitled to receive a monthly pension benefit upon reaching age 65. If you had 15 or more years of service at the time of your termination of employment, you would have been eligible for a reduced early retirement benefit upon reaching age 55.

Your "Life Only" monthly benefit commencing at age 65 is $241.16 payable for your lifetime only. Several other payment options are available that would pay a monthly benefit to your spouse or beneficiary upon your death. These options and their estimated monthly benefits are provided below and will be further explained to you at the time of your retirement.

The following information was used to calculate your estimate:

| | |
|---|---|
| Employee Date of Birth: | ████ 1949 |
| Employee Date of Hire: | January 15, 1990 |
| Termination Date: | June 30, 1994 |
| Beneficiary Date of Birth: | July 30, 1953 |

| | Participant | Spouse |
|---|---|---|
| Life Only | $241.16 | N/A |
| Life (5 Years Certain)* | $235.18 | *N/A |
| Life (10 Years Certain)* | $220.56 | *N/A |
| Joint & 50% Survivor | $204.82 | $102.41 |
| Joint & 75% Survivor | $190.49 | $142.87 |

* If you should die prior to receiving the full number of guaranteed payments, the remaining payments will be paid to your beneficiary until the full number of guaranteed monthly payments have been made.

If you have any questions, please feel free to call (800) 396-9691.

Sincerely,

Buck Consultants, LLC

On Behalf of the Plan Administrator
M&G Polymers USA, LLC

500 Grant Street, Suite 2900 • Pittsburgh, PA 15219-2513
412.281.2506 • 412.281.0677 (fax)

# buckconsultants

A Xerox Company

October 2, 2013

Danny King
1701 N. Cedar Loop, Apt. A
Ardmore, OK 73401

RE: M & G Polymers USA, LLC Hourly Pension Plan (a part of which was formerly The Pension Plan for Former Employees of AgriPro Biosciences, Inc.)

Dear Mr. King:

As a vested participant in the M & G Polymers USA, LLC Hourly Pension Plan (a part of which was formerly The Pension Plan for Former Employees of AgriPro Biosciences, Inc.), you are entitled to receive a monthly pension benefit upon reaching age 65. If you had 15 or more years of service at the time of your termination of employment, you would have been eligible for a reduced early retirement benefit upon reaching age 55.

Your "Life Only" monthly benefit commencing at age 65 is $241.16. This is the monthly benefit payable for your lifetime only. Several other payment options are available that would pay a reduced monthly benefit to you and a survivors benefit to your spouse or beneficiary upon your death. These options and their monthly benefit will be calculated and explained to you at the time of your retirement. Please note, at no time can this monthly benefit be paid in the form of a lump sum.

The following information was used to calculate your estimate:

        Employee Date of Birth:        █████, 1949
        Employee Date of Hire:        January 15, 1990
        Termination Date:        June 30, 1994

If you have any questions, please feel free to call (800) 396-9691.

Sincerely,

Buck Consultants, LLC

On Behalf of the Plan Administrator
M&G Polymers USA, LLC

## Copy C — For Recipient's Records

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

MGP01M

741 8 - 268841

DANNY L KING
1701 N CEDAR LOOP APT A
ARDMORE OK 73401-1058

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $2,893.92 |
| 2a | Taxable amount | $2,893.92 |
| 2b | Taxable amount not determined / Total distribution | |
| 3 | Capital gain (included in box 2a) | |
| 4 | Federal income tax withheld | |
| 5 | Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 | Net unrealized appreciation in employer's securities | |
| 7 | Distribution code(s) | 7 |
| | IRA/SEP/SIMPLE | |
| 8 | Other | % |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | |
| 10 | Amount allocable to IRR within 5 years | |
| 11 | 1st year of desig. Roth contrib. | |
| | FATCA filing requirement | |
| 12 | State tax withheld | |
| 13 | State/Payer's state no. | OK/WTH-10107785-02 |
| 14 | State distribution | $2,893.92 |
| 15 | Local tax withheld | |
| 16 | Name of locality | |
| 17 | Local distribution | |

OMB No. 1545-0119
**2017 Form 1099-R: Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

This information is being furnished to the Internal Revenue Service.

**PAYER'S Federal ID number:** 25-1926855
**RECIPIENT'S ID number:** XXX-XX-4800
**Account number (see instructions):** MGP01M 430000

FORM **1099-R** (keep for your records) www.irs.gov/form1099r Department of the Treasury - Internal Revenue Service

---

## Copy 2 — File this copy with your state, city, or local income tax return, when required.

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

DANNY L KING
1701 N CEDAR LOOP, APT A
ARDMORE OK 73401

1 Gross distribution: $2,893.92
2a Taxable amount: $2,893.92
7 Distribution code(s): 7
13 State/Payer's state no.: OK/WTH-10107785-02
14 State distribution: $2,893.92

OMB No. 1545-0119
**2017 Form 1099-R**

**PAYER'S Federal ID number:** 25-1926855
**RECIPIENT'S ID number:** XXX-XX-4800
**Account number:** MGP01M 430000

FORM **1099-R** www.irs.gov/form1099r Department of the Treasury - Internal Revenue Service

---

## Copy B — Report this income on your federal tax return. If this form shows federal income tax withheld in Box 4, attach this copy to your return.

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

DANNY L KING
1701 N CEDAR LOOP, APT A
ARDMORE OK 73401

1 Gross distribution: $2,893.92
2a Taxable amount: $2,893.92
7 Distribution code(s): 7
13 State/Payer's state no.: OK/WTH-10107785-02
14 State distribution: $2,893.92

OMB No. 1545-0119
**2017 Form 1099-R: Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

This information is being furnished to the Internal Revenue Service.

**PAYER'S Federal ID number:** 25-1926855
**RECIPIENT'S ID number:** XXX-XX-4800
**Account number:** MGP01M 430000

FORM **1099-R** www.irs.gov/form1099r Department of the Treasury - Internal Revenue Service

## Copy C — For Recipient's Records

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

MGP01M

DANNY L KING
1701 N CEDAR LOOP APT A
ARDMORE OK 73401-1058

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $2,893.92 |
| 2a | Taxable amount | $2,893.92 |
| 2b | Taxable amount not determined / Total distribution | ☐ ☐ |
| 3 | Capital gain (Included in box 2a) | |
| 4 | Federal income tax withheld | |
| 5 | Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 | Net unrealized appreciation in employer's securities | |
| 7 | Distribution code(s) | 7 |
| | IRA/SEP/SIMPLE | ☐ |
| 8 | Other | % |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | |
| 10 | Amount allocable to IRR within 5 years | |
| 11 | 1st year of desig. Roth contrib. | |
| | FATCA filing requirement | ☐ |
| 12 | State tax withheld | |
| 13 | State/Payer's state no. | OK/WTH-10107785-02 |
| 14 | State distribution | $2,893.92 |
| 15 | Local tax withheld | |
| 16 | Name of locality | |
| 17 | Local distribution | |

OMB No. 1545-0119
2016 Form 1099-R
Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

This information is being furnished to the Internal Revenue Service.

| PAYER'S Federal ID number | RECIPIENT'S ID number | Account number |
|---|---|---|
| 25-1926855 | XXX-XX-4800 | MGP01M 430000 |

FORM **1099-R** (keep for your records)   www.irs.gov/form1099r   Department of the Treasury - Internal Revenue Service

---

## Copy 2 — File this copy with your state, city, or local income tax return, when required.

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

DANNY L KING
1701 N CEDAR LOOP, APT A
ARDMORE OK 73401

1 Gross distribution: $2,893.92
2a Taxable amount: $2,893.92
7 Distribution code(s): 7
13 State/Payer's state no.: OK/WTH-10107785-02
14 State distribution: $2,893.92

| PAYER'S Federal ID number | RECIPIENT'S ID number | Account number |
|---|---|---|
| 25-1926855 | XXX-XX-4800 | MGP01M 430000 |

FORM **1099-R**   www.irs.gov/form1099r   Department of the Treasury - Internal Revenue Service

OMB No. 1545-0119
2016 Form 1099-R
Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

---

## Copy B — Report this income on your federal tax return. If this form shows federal income tax withheld in Box 4, attach this copy to your return.

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

DANNY L KING
1701 N CEDAR LOOP, APT A
ARDMORE OK 73401

1 Gross distribution: $2,893.92
2a Taxable amount: $2,893.92
7 Distribution code(s): 7
13 State/Payer's state no.: OK/WTH-10107785-02
14 State distribution: $2,893.92

| PAYER'S Federal ID number | RECIPIENT'S ID number | Account number |
|---|---|---|
| 25-1926855 | XXX-XX-4800 | MGP01M 430000 |

FORM **1099-R**   www.irs.gov/form1099r   Department of the Treasury - Internal Revenue Service

OMB No. 1545-0119
2016 Form 1099-R
Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

This information is being furnished to the Internal Revenue Service.

## Copy C — For Recipient's Records

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

Forwarding Service Requested

MGP01M

404626
BNY209 T1336 B1 P16 1 OF 1 **AUTO**3-DIGIT 734
DANNY L KING
1701 N CEDAR LOOP APT A
ARDMORE, OK 73401-1058

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $2,893.92 |
| 2a | Taxable amount | $2,893.92 |
| 2b | Taxable amount not determined / Total distribution | ☐ ☐ |
| 3 | Capital gain (Included in box 2a) | |
| 4 | Federal income tax withheld | |
| 5 | Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 | Net unrealized appreciation in employer's securities | |
| 7 | Distribution code(s) | 7 |
| | IRA/SEP/SIMPLE | |
| 8 | Other | % |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | $ |
| 10 | Amount allocable to IRR within 5 years | $ |
| 11 | 1st year of desig. Roth contrib. | |
| 12 | State tax withheld | $ |
| 13 | State/Payer's state no. | OK/WTH-10107785-02 |
| 14 | State distribution | $2,893.92 |
| 15 | Local tax withheld | $ |
| 16 | Name of locality | |
| 17 | Local distribution | $ |

OMB No. 1545-0119
2015
Form 1099-R: Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.
This information is being furnished to the Internal Revenue Service.

PAYER'S Federal ID number: 25-1926855
RECIPIENT'S ID number: XXX-XX-4800
Account number (see instructions): MGP01M 430000

FORM 1099-R (keep for your records) www.irs.gov/form1099r Department of the Treasury - Internal Revenue Service

## Copy 2 — File this copy with your state, city, or local income tax return, when required.

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

DANNY L KING
1701 N CEDAR LOOP APT A
ARDMORE, OK 73401-1058

- 1 Gross distribution: $2,893.92
- 2a Taxable amount: $2,893.92
- 2b Taxable amount not determined ☐ Total distribution ☐
- 3 Capital gain (Included in box 2a)
- 4 Federal income tax withheld
- 5 Employee contributions/Designated Roth contributions or insurance premiums
- 6 Net unrealized appreciation in employer's securities
- 7 Distribution code(s): 7  IRA/SEP/SIMPLE
- 8 Other: %
- 9a Your percentage of total distribution: %
- 9b Total employee contributions: $
- 10 Amount allocable to IRR within 5 years: $
- 11 1st year of desig. Roth contrib.
- 12 State tax withheld: $
- 13 State/Payer's state no.: OK/WTH-10107785-02
- 14 State distribution: $2,893.92
- 15 Local tax withheld: $
- 16 Name of locality
- 17 Local distribution: $

OMB No. 1545-0119
2015
Form 1099-R: Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

PAYER'S Federal ID number: 25-1926855
RECIPIENT'S ID number: XXX-XX-4800
Account number (see instructions): MGP01M 430000

FORM 1099-R www.irs.gov/form1099r Department of the Treasury - Internal Revenue Service

## Copy B — Report this income on your federal tax return. If this form shows federal income tax withheld in Box 4, attach this copy to your return.

**PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code**

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

**RECIPIENT'S name and address**

DANNY L KING
1701 N CEDAR LOOP APT A
ARDMORE, OK 73401-1058

- 1 Gross distribution: $2,893.92
- 2a Taxable amount: $2,893.92
- 2b Taxable amount not determined ☐ Total distribution ☐
- 3 Capital gain (Included in box 2a)
- 4 Federal income tax withheld
- 5 Employee contributions/Designated Roth contributions or insurance premiums
- 6 Net unrealized appreciation in employer's securities
- 7 Distribution code(s): 7  IRA/SEP/SIMPLE
- 8 Other: %
- 9a Your percentage of total distribution: %
- 9b Total employee contributions: $
- 10 Amount allocable to IRR within 5 years: $
- 11 1st year of desig. Roth contrib.
- 12 State tax withheld: $
- 13 State/Payer's state no.: OK/WTH-10107785-02
- 14 State distribution: $2,893.92
- 15 Local tax withheld: $
- 16 Name of locality
- 17 Local distribution: $

OMB No. 1545-0119
2015
Form 1099-R: Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.
This information is being furnished to the Internal Revenue Service.

PAYER'S Federal ID number: 25-1926855
RECIPIENT'S ID number: XXX-XX-4800
Account number (see instructions): MGP01M 430000

PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code

BNY MELLON DISBURSEMENT AGENT
M&G POLYMERS PENSION PLA
P O BOX 569
PITTSBURGH, PA 15230

Customer service telephone number: (800) 418-0273

RECIPIENT'S name and address

440706

Forwarding Service Requested

MGP01M

BNY804 T990 1 OF 1 **AUTO**3-DIGIT 734
DANNY L KING
1701 N CEDAR LOOP APT A
ARDMORE, OK 73401-1058

| 1 Gross distribution | 2a Taxable amount | OMB No. 1545-0119 |
|---|---|---|
| $ 1,929.28 | $ 1,929.28 | **2014** Form 1099-R: Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
| 2b Taxable amount not determined ☐ | Total distribution ☐ | |
| 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | |
| $ | $ | |
| 5 Employee contributions /Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | COPY C |
| $ | $ | For Recipient's Records |
| 7 Distribution code(s) | IRA/ SEP/ SIMPLE | 8 Other |
| 7 | | $                    % |
| 9a Your percentage of total distribution % | 9b Total employee contributions $ | This information is being furnished to the Internal Revenue Service. |
| 10 Amount allocable to IRR within 5 years | 11 1st year of desig. Roth contrib. | |
| $ | | |
| PAYER'S federal ID number | RECIPIENT'S ID number | Account number (see instructions) |
| 25-1926855 | XXX-XX-4800 | MGP01M 430000 |
| 12 State tax withheld | 13 State/Payer's state no. | 14 State distribution |
| $ | OK/WTH-10107785-02 | $ 1,929.28 |
| 15 Local tax withheld | 16 Name of locality | 17 Local distribution |
| $ | | $ |

FORM 1099-R  (Keep for your records)   www.irs.gov/form1099r   Department of the Treasury - Internal Revenue Service



May 17, 1995

**IMPORTANT PENSION INFORMATION-
RETAIN FOR YOUR RECORDS**

DANNY KING
8916 W. 64TH PL, #104
MERRIAM, KS  66202

**RE: Agripro Biosciences Inc. Pension Plan-Final Benefit Calculation**

Dear Participant:

As a fully vested participant in the Agripro Biosciences Inc. Pension Plan, you are entitled to receive a monthly pension benefit upon reaching age 65. If you had 15 or more years of service at the time of your termination of employment, you may be eligible for a reduced early retirement benefit upon reaching age 55.  Upon your death, your spouse may be eligible for a benefit.

Attached is a copy of the actuarial calculation which shows the service and wage information used to calculate your pension benefit.  Please review this information carefully.  The 1994 salary reflected on the worksheet does not include severance, imputed income or relocation gross up as provided in the restated Plan document.  Your "Life Only" monthly benefit at age 65 is $241.16.  This is the monthly benefit for your lifetime only.  Several other payment options are available which would pay a monthly benefit to your spouse or beneficiary upon your death.  These options and their monthly benefit will be calculated and explained at the time of your retirement.

If you had a break in service ( a year in which you worked less than 500 hours) it will be reflected as a reduction in your years of credited service. If you feel that there is an error in your credited service or wage information please write to:

> Leslie Morgan
> Fringe Benefits Design, Inc.
> 5101 College Blvd., Suite 100
> Leawood, Kansas  66211

Include any factual information or wage records pertaining to the data in question.  A full investigation will be made of company records and you will receive a written reply.

Retain this letter and benefit calculation for future reference.

Sincerely,

Leslie Morgan
Fringe Benefits Design, Inc.

5101 College Boulevard, Suite 100    Leawood, Kansas 66211    (913) 451-0100   FAX (913) 451-2162

The Company that lives up to its name.

# M & G POLYMERS USA, LLC HOURLY PENSION PLAN
(a part of which was formerly the PENSION PLAN FOR FORMER EMPLOYEES OF AGRIPRO BIOSCIENCES, INC.)

## APPLICATION FOR RETIREMENT

To the Administrative Pension Committee:

In accordance with the provisions of the Plan, I, the undersigned, a participant in the M & G Polymers USA, LLC Hourly Pension Plan (a part of which was formerly the Pension Plan for Former Employees of AgriPro Biosciences, Inc.), hereby make application for retirement in the following:

| Employee Name: DANNY LOY KING | Employee Work Location: N/A | Employee Social Security Number: [redacted]-4800 |
|---|---|---|

Date request that retirement allowance becomes effective: 5-1-14

| Employee Date of Birth | (month, day, and year) [redacted]-49 | Documentary Evidence of Dates of Birth: DRIVER'S LICENSE BIRTH CERTIFICATE (Specify what is being submitted as proof) |
|---|---|---|

I understand that if I am married, my retirement allowance will be paid to me in the form of a joint and survivor 50% retirement allowance unless I elect in writing not to take my retirement allowance in that form. The effect of my election of non-election has been explained to me, and I have read and understand the information enclosed with this application with respect to the joint and survivor 50% retirement allowance. Therefore, I elect to receive my retirement allowance commencing immediately upon the date of my retirement in the form designated and calculated in accordance with the provisions of the Plan:

Check one in this section (only one selection will apply)

I elect to:
1) ☐ Have my allowance payable to me in the form of a 50% Joint and Survivor Annuity with benefits payable to my spouse named below if he/she survives me. (Option 1)
2) ☐ Have my allowance payable to me in the form of a 75% Joint and Survivor Annuity with benefits payable to my spouse named below if he/she survives me. (Option 2)
3) ☑ Have my allowance payable to me in the form of a single life annuity for my lifetime only. (Option 3)
4) ☐ Receive my allowance under the provisions of a Life and 5 Years Certain. (Option 4)
5) ☐ Receive my allowance under the provisions of a Life and 10 Years Certain. (Option 5)

Complete only if 1, 2, 4 or 5 is elected

| Beneficiary Name: | | Beneficiary Social Security Number: |
|---|---|---|
| Beneficiary Date of Birth | (month, day, and year) | Documentary Evidence of Dates of Birth: (Specify what is being submitted as proof) |
| Relationship: | | Beneficiary Address: |

| Employee Signature: | Date: |
|---|---|

Mailing Address for checks:

### Waiver of 30-Day Waiting Period Before Distribution

The Internal Revenue Service requires that this form be returned to the M&G Pension Administration no more than 90 days and no less than 30 days prior to the date your regular pension benefits commence. The IRS allows you to reduce the 30-day waiting period to 7 days by signing a waiver of the 30-day waiting period. If you have regular pension benefits payable to you earlier than 30 days from the date you return this form to the M&G Pension Administration, you may wish to waive the 30-day waiting period by signing below.

Employee Signature: [signed] Danny L. King    Date Signed: 2/25/14

NOTARIZATION

| State of: Oklahoma | County of: Carter |
|---|---|

On this 25th day of February, 2014 personally appeared before me the said name Danny Loy King to me known and known to me to be the person described in and who executed the foregoing instrument and he (or she) acknowledged that he (or she) executed the same:

OFFICIAL SEAL
FRAN WEST
NOTARY PUBLIC OKLAHOMA
COMM. NO. 02[...] EXP. 05-31-14

Notary Public Signature: Fran West

# 2016 ANNUAL FUNDING NOTICE

## M&G Polymers USA, LLC Hourly Pension Plan

### Introduction

This notice includes important information about the funding status of your single-employer pension plan (the "Plan"). It also includes general information about the benefit payments guaranteed by the Pension Benefit Guaranty Corporation ("PBGC"), a federal insurance agency. All traditional pension plans (called "defined benefit pension plans") must provide this notice every year regardless of their funding status. This notice does not mean that the Plan is terminating. It is provided for informational purposes and you are not required to respond in any way. This notice is required by federal law. This notice is for the plan year beginning 1/1/2016 and ending 12/31/2016 ("Plan Year").

### How Well Funded Is Your Plan

The law requires the administrator of the Plan to tell you how well the Plan is funded, using a measure called the "funding target attainment percentage." The Plan divides its Net Plan Assets by Plan Liabilities to get this percentage. In general, the higher the percentage, the better funded the plan. The Plan's Funding Target Attainment Percentage for the Plan Year and each of the two preceding plan years is shown in the chart below. The chart also shows you how the percentage was calculated.

| Funding Target Attainment Percentage | | | |
|---|---|---|---|
| | 2016 | 2015 | 2014 |
| 1. Valuation Date | January 1, 2016 | January 1, 2015 | January 1, 2014 |
| 2. Plan Assets | | | |
| a. Total Plan Assets | $49,921,228 | $48,620,997 | $43,955,650 |
| b. Funding Standard Carryover Balance | $0 | $0 | $0 |
| c. Prefunding Balance | $0 | $0 | $0 |
| d. Net Plan Assets (a)-(b)-(c)=(d) | $49,921,228 | $48,620,997 | $43,955,650 |
| 3. Plan Liabilities | $53,231,575 | $52,547,274 | $51,092,371 |
| 4. Funding Target Attainment Percentage (2d)/(3) | 93.78% | 92.52% | 86.03% |

### Plan Assets and Credit Balances

The chart above shows certain "credit balances" called the Funding Standard Carryover Balance and Prefunding Balance. A plan might have a credit balance, for example, if in a prior year an employer contributed money to the plan above the minimum level required by law. Generally, an employer may credit the excess money toward the minimum level of contributions required by law that it must make in future years. Plans must subtract these credit balances from Total Plan Assets to calculate their Funding Target Attainment Percentage.

### Plan Liabilities

Plan Liabilities in line 3 of the chart above is an estimate of the amount of assets the Plan needs on the Valuation Date to pay for promised benefits under the Plan.