# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket No. 1545** |

### CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THEM TO EMPLOY AND RETAIN GREENHILL & CO., LLC AS CO-FINANCIAL ADVISOR AND CO-INVESTMENT BANKER TO THE DEBTORS EFFECTIVE *NUNC PRO TUNC* TO APRIL 1, 2018; (II) APPROVING THE TERMS OF THE ENGAGEMENT LETTER; (III) WAIVING CERTAIN TIME-KEEPING REQUIREMENTS; AND (IV) GRANTING RELATED RELIEF

The undersigned hereby certifies that:

1. On June 7, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Greenhill & Co., LLC as Co-Financial Advisor and Co-Investment Banker to the Debtors Effective Nunc Pro Tunc to April 1, 2018; (II) Approving the Terms of the Engagement Letter; (III) Waiving Certain Time-Keeping Requirements; and (IV) Granting Related Relief* [Docket No. 1545] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than June 19, 2018, at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Application appears thereon.

4. Accordingly, the Debtors respectfully request entry of the proposed order attached to the Application at the Court's convenience.

Dated: June 20, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession