**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| M & G USA Corporation, *et al.*,[1] | : | Case No. 17-12317 (BLS) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : | **Related to Docket No. 1514** |
|  | : |  |

**CERTIFICATION OF NO OBJECTION REGARDING FIFTH
MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC, FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM
MARCH 1, 2018 THROUGH MARCH 31, 2018**

The undersigned, counsel to the Official Committee of Unsecured Creditors in the above captioned cases (the "Committee"), hereby certifies as follows:

1. On May 31, 2018, the Fifth Monthly Application of Berkeley Research Group, LLC, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from March 1, 2018 through March 31, 2018 (the "Application") [Docket No. 1514] was filed with the Court.

2. Objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on June 19, 2018 (the "Objection Deadline").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4231), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

4. In accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 318], entered December 1, 2017, the Debtors are authorized to pay Berkeley Research Group, LLC, 80% of the fees, $280,757.60 (80% of $350,947.00), and 100% of the expenses, $11,502.84, as requested in the Application.

Dated: June 20, 2018

**COLE SCHOTZ P.C.**

*/s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (312) 652-3131
Facsimile: (312) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
31 Liberty St.
New York, New York 10005
Telephone: (212) 531-5000
Facsimile: (212) 822-5846
ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*