# EXHIBIT A

**Proposed Order**

```
------------------------------------------------------------  x
                                                              :
In re                                                         :    Chapter 11
                                                              :
M&G USA CORPORATION, et al.,                                  :    Case No. 17-12307 (BLS)
                                                              :
                           Debtors.¹                          :    Jointly Administered
                                                              :
------------------------------------------------------------  x
```

**ORDER UNDER 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014
AND 5002, AND LOCAL BANKRUPTCY RULE 2014-1 AUTHORIZING
RETENTION AND EMPLOYMENT OF LOYENS & LOEFF AS SPECIAL
LUXEMBOURG COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF M&G USA CORPORATION, *ET AL.*
<u>*NUNC PRO TUNC* TO APRIL 19, 2018</u>**

Upon the Application, dated June 21, 2018 (the "<u>Application</u>"), of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>") of M&G USA Corporation and each of its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for an order authorizing the Committee to retain and employ Loyens & Loeff, effective as of April 19, 2018, as special Luxembourg counsel for the Committee, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>"), rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 2014-1 of the Local Bankruptcy Rules for the District of Delaware (the "<u>Local Rules</u>"); and the Court having reviewed the Application and considered the Declarations of Thierry

---

[1]  The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Lohest, dated June 21, 2018 (the "Lohest Declaration") and Michael Strollo, dated June 21, 2018 (the "Strollo Declaration"), in connection with the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Application and the Lohest Declaration establish just cause for the relief granted herein and that Loyens & Loeff represents no interest adverse to the Debtors' estates or to any class of creditors or equity security holders in the matters upon which Loyens & Loeff is to be engaged and Loyens & Loeff is disinterested within the meaning of 11 U.S.C. § 101(14); and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Application is granted as set forth herein.

2. Loyens & Loeff's employment is necessary and is in the best interest of the Debtors' estates, creditors, and other parties in interest, and Loyens & Loeff's hourly rates for its paralegals and attorneys set forth in the Lohest Declaration are reasonable.

3. Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002 and Local Rule 2014-1, the Committee is authorized to employ and retain Loyens & Loeff as special Luxembourg counsel for the Committee, effective as of April 19, 2018, on the terms set forth in the Application and the Lohest Declaration, as provided herein.

4. Loyens & Loeff shall be compensated for fees and reimbursed for reasonable and necessary expenses and shall file interim and final fee applications for allowance of its compensation and expenses pursuant to sections 330 and 331 of the Bankruptcy Code and in accordance with the Bankruptcy Rules, Local Rules 2016-1 and 2016-2, the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] and any other order entered by the Court. Loyens & Loeff shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and the interim and final fee applications to be filed by Loyens & Loeff in these Chapter 11 Cases. Any fees or expenses allowed by the Court shall be joint and several obligations of the Debtors. For the avoidance of doubt, under no circumstance shall any of the compensation or expense reimbursement obligations set forth in the Application be an obligation of or paid by the Committee or any of its members.

5. In connection with any increases in Loyens & Loeff's rates, as set forth in paragraph 12 of the Application, Loyens & Loeff shall provide ten (10) business days' notice to the Debtors and the U.S. Trustee prior to filing a fee statement or fee application reflecting an increase in such rates. The notice shall set forth the requested rate increases, explain the basis for the requested rate increases in accordance with section 330 of the Bankruptcy Code, and certify that the Committee has consented to the requested rate increases.

6. The Committee and Loyens & Loeff are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application.

7. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

8. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated:
Wilmington, Delaware

HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE