<u>**Schedule 1 to Lohest Declaration**</u>

**Potential Parties in Interest**

<u>**Debtors**</u>

Chemtex International, Inc.
Chemtex Far East, Inc.
Indo American Investments, Inc.
M & G Capital S.à r.l.
M & G Chemicals, S.A.
M & G Finance Corporation
M & G Waters USA LLC
M & G Polymers USA LLC fka Shell Polyesters, LLC
M & G Resins USA LLC
M & G USA Corporation
M & G USA Holding LLC
Mossi & Ghisolfi International S.à r.l. (aka M&G International S.à r.l.)

<u>**Nondebtor Affiliates and Aliases**</u>

Acetati Immobiliare, S.p.A.
Beta Renewabes, S.p.A.
BIOCHEMTEX, S.p.A.
Chemtex Consulting of India (Pvt.), Ltd.
Chemtex Global Engineering
Chemtex Global S.à.r.l. Chemtex Engineering Co., Ltd.
Chemtex International Trading Co., Ltd.
Chemtex Shanghai Chemical Engineering Co., Ltd.
Chemtex Engineering of India, Ltd.
Chemtex Global Engineering (Pvt.), Ltd.
C5-6 Italy S.r.l.
Carolina Biofuels Holding, Inc.
Carolina Cellulosic Biofuels LLC
Cobarr S.r.l.
ITALPET Preforme, S.p.A.
Guozhen M&G (Anhui) Biomass Power Co., Ltd.
IBP Energia, S.r.l.
Bio Products S.r.l.
M&G Polymer, Inc.
M&G Capital Investments S.à.r.l.
M&G Capital Investments 2 S.à.r.l.
M&G Capital 2 S.à.r.l.
M&G Chemicals Brasil, S.A.
M&G Fibras Participacoes, Ltda.
M&G Fibras Holding, S.A.
M&G Fibras e Resinas, Ltda.

M&G Fibras Brasil, S.A.
M&G Finance Luxembourg, S.A.
M&G Financizaria S.r.l.
M&G Finanziaria, S.p.A.
M&G Chemicals
M&G International, S.A.
M&G International S.à.r.l.
M&G Mexico Holding, S.A. de CV
M&G Plastic Resins Facility
M&G Poliester, S.A.
M&G Polimeri Italia, S.p.A.
M&G Polimeros Brasil, Ltda.
M&G Polimeros Brasil, S.A.
M&G Polimeros Mexico, S.A. de C.V.
M&G Resinas Participacoes, Ltda.
M&Ghisolfi de Mexico, S.A. de C.V.
Mossi & Ghisolfi International, S.A.
Mossi & Ghisolfi, S.p.A.
Mossi & Ghisolfi Logistics & Engineering Company
Mossi & Ghisolfi Brasil Participacoes, Ltda.
Tereftàlicos Indùstrias Quimicas, Ltda.
Tereftàlicos Indùstria e Participagoes, Ltda.
Servicios Tamaulipas, S.A. de C.V.
Sichuan Push Acetati Company, Ltd

**Debtor Trade Names and Other Names Used**

M & Ghisolfi
Mossi & Ghisolfi

**Directors, Officers and Senior Management**

A. Branton Kotch
Alan Carr
Alessio Paolucci
Cindy Anderson
Dario Giordano
Diane E. Mitchell
Evert Jan Van der Slobe
Enrico Colombo
Fred Fournier
Frederic Franklin Brace III
Giovanni Bolcheni
Guido Croci
Kevin R. McCarren
Luca Gatto
Marco Ghisolfi

Marco Toselli
Mario Barbieri
Massimo Martinetto
Mauro Fenoglio
Nils Albert Pedro
Losa Robert Pace
John Long William Jr.

**Certain Recent Former Directors, Officers and Senior Management**

Roman Alexei Batishtchev
Steven Pluss

**Major Business Affiliations of the Debtors' Directors**

Anixter International, Inc.
Atlas Iron, Ltd.
Automotive Aftermarket Supplier Association
Beaucastel LLC
Beaucastel LLC and Sangfroid Advisors Ltd
Brookfield Dtla Fund Office Trust Investor, Inc.
Danieli & Co. Officine Meccaniche, S.p.A.
Drivetrain Advisors
iHeartCommunications, Inc.
iHeartmedia Capital I LLC
iHeartmedia, Inc.
Kleopatra Holdings 2 SCA
LightSquared, L.P., nka Ligado Networks LLC
Midstates Petroleum Co., Inc.
Navig8 Chemical Tankers, Inc.
Newpage Corporation
Studio Croci - Dottori Commercialisti
Syncora Holdings, Ltd.
Tanker Investments, Ltd.
Tidewater, Inc.
WJL and Associates

**Current and Former Significant Equityholders of the Debtors**

Magnate S.à.r.l.
TPG Sixth Street Partners LLC

**Significant Lenders/Investors of the Debtors**

Banca Monte dei Paschi di Siena, S.p.A. (cod. 0490)
Banco ABC Brasil, S.A.
Banco Bradesco S/A
Banco Caixa Geral – Brasil, S.A.

Banco de Brasil
Banco Do Brasil, S.A.
Banco do Nordeste do Brasil, S.A.
Banco Inbursa, S.A.
Banco Inbursa de Investimentos, S.A.
Banco Inbursa, S.A. Institucion de Banca Multiple Grupo Financiero Inbursa
Banco Inbursa, S.A., Institucion de Banca Multiple Banco Mercantil del Norte, Sociedad Anonima,
Institucion de Banca Multiple, Grupo Financiero
Banorte Banco Safra S/A
Banco Votorantim, S.A.
Bradesco
Citibank, N.A.
Citibank Europe Plc
Centro Bancomext Monterrey
Clearstream Banking
Comerica Bank
DAK Americas LLC
Delta Land Services
Delta Lloyd Asset Management, N.V.
Delta Lloyd Levensverzekering, N.V.
Delta Lloyd Life, N.V.
Deutsche Bank AG
Euroclear Bank, S.A.
GoldenTree Asset Management, L.P.
Industrial and Commercial bank of China Limited
Itau Unibanco, S.A.
Macquarie Investments US, Inc.
Morgan Stanley & Co. LLC
Morgan Stanley Capital Group, Inc. (cod. 0614)
Och-Ziff Capital Management Group, Inc.
Sculptor Investments IV S.à.r.l.
Sidley Austin LLP
The Law Debenture Trust Corporation Plc
UniCredit Factoring, S.p.A. (cod. 0193)

**Depository Banks**

Banco do Brasil
BGL Paribas
Comerica Bank
Intesa Sanpaolo, S.p.A. (cod. 0973)
Ohio Valley Bank
UniCredit, S.p.A. (cod. 0194)
Park Sterling Bank
Edmond De Rothschild Milan Branch (cod. 0897)

**Major Insurers and Insurance Brokers**

ACE American Insurance
AGCS Milano
AIG Europe Limited
AIG Europe Limited Rappresentanza Generale per l'Italia
Allianz Global Corporate & Specialty AG
Allianz Worldwide Care (cod. 0202)
American International Group, Inc.
Argonaut Insurance Company
Beazley Lloyd's Syndicates 2623 AFB and 623 AFB (cod. 0310)
Berkley Life and Health Insurance Company
Canopius Engineering Lloyd's Syndicate 4444 CNP
Fireman's Fund Insurance Company
Generali House
Generali Pan Europe Dac
Great American Insurance Group
Hanover Insurance Company
Hardy Lloyd's Syndicate 382 HDU
Hardy Lloyd's Syndicate 4444 CNP
Hartford Accident & Indemnity Company
Hartford Casualty Insurance Company
Hartford Fire Insurance Company
Hartford Insurance
Hartford Insurance Company
Hiscox Insurance Company
Houston Surplus Lines, Inc.
Indian Harbor Insurance Company
Italian Underwriting, S.r.L.
J.H. Blades & Co., Inc.
JH Blades Marine
John L. Worthman & Son, L.P.
Lex-London (a division of AIG Europe Ltd.)
Liberty Mutual Insurance Europe Limited
Liberty Specialty Markets
Lloyd's of London
Millennium Consortium 9128
Miller Insurance Services LLP
MONY Life Insurance Company of America
Munich Re Great Lakes Reinsurance (UK) Plc
National Union Fire Insurance Company of Pittsburgh, PA
Philadelphia Insurance Companies
Property & Casualty Insurance Company of Hartford
SCOR UK Company Limited
Scottsdale Insurance Company
Southern Marine & Aviation
Starr Surplus Lines Insurance Company

Starr Tech leader and various Lloyds and London Company Markets
Starr Underwriting Agents Limited
Starr Underwriting Agents Limited (on behalf of Lloyds Syndicate CVS 1919)
Talbot Validus Group Lloyd's Syndicate 1183 TAL
Texas Mutual Insurance Company
The Hartford
Tokio Marine Specialty Insurance Company
Torus Insurance (UK) Limited
Travelers Casualty and Surety Company of America
Travelers Indemnity
Travelers Insurance Company
Twin City Fire Insurance Company
Wortham, LLC
Wright National Flood Insurance Company
XL Catlin
XL Insurance Company SE
XL Specialty Insurance

## **Material Equipment/Software Lessors**

24Hr Safety LLC
Air Specialty & Equipment Company
Armstrong
Arval Luxembourg, S.A.
Avaya, Inc.
B&J Air & Pump, Ltd.
Bay Vista Apartments
Blacklands Railroad
Bourque Data Systems, Ltd.
Canon Financial Services, Inc.
Cit Railcar Funding Co. LLC
Concur Technologies, Inc.
County Of Summit Does
Dehumidification Technologies, L.P.
Emerson Process Management (cod. 0067)
Equipment & Controls, Inc.
Ford Credit
GATX Rail
GE Railcar Services Corporation
Grenkelocation S.à.r.l.
Hi Vac Corporation
La Joya Bay Resort
Lehigh Valley Rail Management LLC
Mailfinance
Matheson Tri Gas, d/b/a Mathesons Tri State
MH Equipment Company
Modern Material Services

North South Entity LLC
Odyssey Holding Company LLC Pac-Van, Inc.
Powerhouse Equipment & Engineering
President A., S.A.
RSI Leasing
Safway Scaffolding, Inc.
Skid-O-Kan
Smbc Rail Services LLC
South Plains Lamesa Railroad
Storage On The Spot, Inc.
Sundance, Ltd.
Superior Office Service, Inc.
Taylor Development Group LLC
Transflo
Trinity Industries Leasing Company
Truck Rail Handling, Inc.
Union Pacific Distribution Services
Union Pacific Railroad Company
Union Tank Car Company
Wells Fargo Rail Corporation
Williams Scotsman, Inc.

**<u>Creditors' Restructuring Professionals</u>**

Cleary Gottlieb Steen & Hamilton LLP
FTI Consulting, Inc.
Kirkland & Ellis LLP (cod. 0822)
Linklaters
Weil, Gotshal & Manges LLP (cod. 1007)

**<u>Certain Ordinary Course Professionals</u>**

Conduent, Inc.
Ernst & Young, S.A.
Littler Mendelson, P.C.
Morgan, Lewis & Bockius LLP (cod. 00128)
Pope Shamsie & Dooley LLP
Steptoe & Johnson LLP

**<u>Parties to Litigation or Potential Litigation</u>**

AC Plastics
AC Plastiques USA LLC
Action Gypsum Supply
Ahern Rentals, Inc.
Amtex Security, Inc.
Anderson Machinery Company

ANDERSON2X, PLLC
Apache Industrial Painting, Inc.
ARC Energy Services, Inc.
Atlantic Doors & Hardware, Inc.
Auriga Polymers, Inc.
Axis Industrial Services LLC
W.M. Kramer and Company, Inc.
Bay, Ltd.
BEN Holdings, LLC, d/b/a Express Metal Work and Welco Steel LLC
Bergen Pipe Supports, Inc.
Berry Contracting, L.P.
Bigge Equipment Company/ South Texas Crane Service
Birmingham Fastener & Supply, Incorporated Blanchard Contractors, Inc.
BlueLine Rental,LLC
Bredhoff & Kaiser PLLC
Butting Canada, Ltd.
Calellen Materials LLC
Canterbury Gooch Surratt Shapiro Stein Gaswirth & Jones, P.C.
Capital Precast
Capital Pumping, L.P.
Carter Douglas Company LLC
CBS Rental & Supply
CCC Group, Inc.
Century Elevators, Inc.
Cital US LLC
CNP Vents
Cokinos Law
Commercial Metals Company d/b/a CMC Construction Corporation
CompetentiaUS, Inc.
Construction Labor Contractors of Knoxville
Cook & Logothetis LLC
Custom Home Designs, Inc.
D & C Fence Company, Inc.
Dallas Fastener, Inc.
Dawkins On-Site Concrete LLC
Dawkins On-Site LLC
Distribution International, Inc.
Duct-Mex
Eaton Corporation
Evan Interiors, Inc.
Fagioli, Inc.
Ferguson Enterprises
G.P. Transport, Inc.
Gajeske, Inc.
Garrett Mechanical, Inc.
Gatz Rock Yard LLC

Gman Construction LLC
Govind Development LLC
Graybar Electric Company, Inc.
H&E Equipment Services, Inc.
Harlan B. Conley
HD Supply Construction Supply, Ltd., d/b/a HD Supply White Cap Construction Supply
Herc Rentals, Inc.
Highway Barricades and Services LLC, d/b/a South Texas Trench Safety LLC
Hobert Freel Tackett
Hoisting Wire Rope & Sling
Holt Texas Ltd. d/b/a Holt Car and d/b/a Holt Rental Services
Holt/Cat
Howell Crane & Rigging, Inc.
Hydro Excavation
IMS
Integrity Mechanical Specialists LLC
Invsita North America S.à r.l.
Italveco S.r.l.
IWS Gas and Supply of Texas, Ltd.
J&G Sales, Inc.
Killian Calderon Disposal
KJ Environmental Management, Inc.
LDE Energy Services LLC
LDE Services LLC
Lemartec Corporation
Lexicon, Inc.
L.K. Jordan & Associates
Lord Construction Services LLC
LPL Italia S.r.L.
Lunar Controls LLC
M I HVAC and Plumbing LLC, d/b/a Mechanical Innovation LLC
MBA Construction
MC Welding & Fabrication, Inc.
McCoy Corporation
McGuinness & Associates
Mechanical Reps, Inc.
MEITEC, Inc.
Mirage Industrial Group, LLC
MMR Group, Inc.
Momentum Rental & Sales, Inc.
Montcalm USA, Inc./Adler North American Services
Moore Supply Company
MRC Global
MSI Supply, Inc.
Muller, Inc.
N&A Project Management USA, Inc.

Nationwide Capital Funding, Inc.
nestleAxis Industrial Services LLC
NSC Construction Services Group
Oldcastle Precast
Orbital Insulation Corporation
Palacios Marine & Industrial Coatings, Inc.
Penn Steel
Penn Tools
Piping Technology & Products, Inc.
PPC Supply LLC
PSL Rhoetek, USA, Inc.
Rabalais Constructors LLC
Ram Tool Construction Supply Company
Red-D-Arc, Inc.
Riviera Finance of Texas, Inc.
RJB Trucking, Inc.
Robert Mejia
RPS Composites, Inc.
Ruben Cruz
SafeRack LLC
Satterfield & Pontikes Construction, Inc.
Schneider Electric USA
Scott-Macon, Ltd.
Sergio Lazo
Service Steel Warehouse Co., L.P.
SimplexGrinnell, L.P.
Sinopec USA Corporation
Skyline Steel LLC
South Texas Crane Service, Inc.
Stream Construction Company
Strike LLC
Sunbelt Rentals, Inc.
Texas First Rentals LLC
Thyssenkrupp Elevator Corporation
TNT Crane & Rigging, Inc.
Tolunay-Wong Engineers, Inc.
Trane US, Inc.
Trinity Steel Works LLC
TSGC, Inc. d/b/a Industrial Fabricators of Corpus Christi
Tyco SimplexGrinnell
U.S. Bellows, Inc.
United Rentals
United Rentals North America, Inc.
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service
Workers International Union
UOP LLC

VWR International LLC
W.T. Byler Co., Inc.
Welco Steel
WFS
WFS Construction Company LLC
Wholesale Electric Supply Company of Houston, Inc.
Woodrow K. Pyles
World Wide Performance Group
Wyatt Field Service
Young Heavy Haul, Inc.

**Parties to Material Contracts with Debtors**

4G Environmental Corporation
Ac&S Incorporated
Adecco Luxembourg, S.A.
Aerocom Systems, Inc.
Aerofab, Inc.
Aerzen USA Corporation
Aggreko, Inc.
Agilent Technologies, Inc.
All Crane & Equipment Rental Corporation
Allegiance
Alpha Technologies
ALS Environmental
Altea 365 S.r.L.
Altea Up S.r.L.
Altevie Technologies S.r.L.
Amaris Is S.r.L.
Aptim Environmental & Infrastructure
Ariadne Square S.r.L.
Atlas Copco Compressors, Inc.
Atlas Copco Compressors LLC
Auma Actuators, Inc.
Axa
Big River Electric, Inc.
Black Box Corporation
BP Amoco Chemical Company
BPC International, Inc.
Brady (Formerly Tiscor)
Building Control Integrators
Cameron Compression Systems
Carolina Filters, Inc.
CB&I Environmental, Inc. CDI Engineering Group
CDW Computer Center, Inc.
Cepsa Quimica, S.A.
Cfs / Continental Fire & Security, Inc.

Cigna
Clouditalia Telecomunicazioni S.P.A. A Socio Unico Conga
Crane 1 Services, Inc.
Crows Hydroblast, Inc.
Cummins Sales & Service
Cummins Wagner Company
Dak Americas Mississippi, Inc.
De Timary Delphine
Diversified Air Systems, Inc.
Dmc Partners
Durante, S.p.A.
Dxp Enterprises, Inc.
Eagle Railcar Services
Eco First, Inc.
Electrotek Concepts, Inc.
Emerson Network Power Liebert Services
Ernst & Young
Ferrellgas
Finley Fire Equipment
Flex Benefit Administrators Fees
FMC Promotions S.à.r.l.
Fortress Technologies, Inc.
Foster Special Instruments
Fouress Enterprises
FRwireless
Garden Colonna S.à.r.l.
Gaskets Packings & Seals Enterprise
Gca_Finco
Gheen'S Painting Inc
Green Acres Regional Center
Green Meadow of West Virginia
Greensharp, S.r.L.
Grupo Petrotemex, S.A. de C.V.
Guardian Dental
H & M Analytical Services
Hannon Electric Company
Hewlett Packard Company
Hewlett Packard Financial Services
Honeywell International, Inc.
Honeywell Ltd., d/b/a Matrikon International
Industrial Sanitation, Inc.
Intergulf Corporation
Iron Mountain
Isonet Service S.à.r.l.
Johnson Controls, Inc.
Kamarowsky, Alexis

Kanawha Scales & Systems
Lan Service, S.r.L.
Lawnworks
Lentz, Jean-Michel
Lloyd Hoff Holding Corporation
Lloyd'S Electronics, Inc.
M. Kimmer-Brenner Pierre
Maag Automatik, Inc., d/b/a Reduction En
Maier America LLC
Marvin W Mielke, Inc.
Maxim Crane Works, L.P.
Mccorkle Machine & Engineering
Merrick Industries
Merrill Corporation, Ltd.
Metlife Disability Insurance
Metlife Life Insurance Mettler-Toledo LLC
Michael Bradley & Co., Inc.
Micromeritics Instrument Corporation
Midfirst Bank
Midwest Information Systems, Inc. Mistras Group, Inc.
Mocon, Inc.
Mouldagraph Corporation
Mountaineer Diesel Service
MPW Environmental Services, Inc.
Mustang Technologies
N. Arend Ii Societe Civile Immobiliere
O. Nameer R Ameen
Neen, S.r.L.
Oerlikon Leybold Vacuum USA, Inc.
Ohio Drilling Co., Inc.
Ollagnier-Durieu
Open Text, S.r.L.
Orange Communications Luxembourg
Osi Soft LLC
Otis Elevator
Packaging Conference LLC
Pass Fire Protection, Inc.
Pet Processors of Texas, Inc.
Pet Resin Association
Philipps Tom
Phoron Do Brasil Consultoria E Serv
Pieralisi North America, Inc.
PMOCC
Polymetrix AG
Pricewaterhousecoopers LLP
Princeton TMX LLC

Pro Seal
Prodoor & Security, Inc.
Professional Service Industries, Inc.
Professional Services of America
Propharma
Quackenbush, David
Republic Transportation Systems, Inc.
Retarus, S.r.L.
Richard L Del Checcolo, M.D.
Rjw Construction, Inc.
Rosemount, Inc.
Rovisys
RsSI Logistics, Inc. R-Tech LLC
Ruhlin Company
S & M Services Plus, Inc.
Safety-Kleen
Salesforce.Com Emea, Ltd.
SAP Italia, S.p.A.
Sec-Ops, Inc.
Select Security
Servizi Logistici Integrati, S.r.L.
Shield Group Corporation LLC
Silco Fire Protection Company
Snouffers Fire Safety & Security
Southeastern Equipment Co., Inc.
Southern Analytical, Inc.
SummaCare PPO
Tableau Software, Inc.
TAK Contracting, Inc.
Techedge USA, Inc.
Techmobile, S.r.L.
Tecnofer, S.r.L.
Ten Tecnologie & Networking, S.r.L.
Terry Tyzack
Thermal Solutions
Thinc Strategy
Thomson Reuters (Markets) S.A. Luxembourg Branch
Transworks, Inc.
Triad Staffing
Tricom Phone Maintenance
Trinity Railcar Repair, Inc.
Universal Protection Service LLC
Valley Brook Concrete & Supply, Inc.
Van Meenen Ignace
Vartech Systems, Inc.
Vega Americas, Inc.

Vision Service Plan
Webex Communications B.V. c/o Cisco Systems International B.V.
Woodford Oil Company

**Real Estate Lessors**

BGK Texas Property Management LLC
Paragon Operating Associates, L.P.
Transwestern CG Partners I, L.P. (prior landlord)

**Restructuring Professionals of the Debtors**

Alvarez & Marsal North America LLC
Jones Day
Rothschild, Inc.
Pachulski Stang Ziehl & Jones
Prime Clerk LLC

**Significant Suppliers and Vendors**

Akra Polyester, S.A. de C.V.
AMOCO Chemical Company
Artesian Laboratories
Artesian Process Chemicals Group
Beta Renewables S.p.A. (IP Agreement)
Cepsa Quimica Montreal
Chem One, Ltd.
Chung Hwa Chemical Industrial Works, Ltd.
ColorChem International Corporation
Eastman Chemical Company
Equistar Chemicals, L.P.
Flint Hills Resources, L.P.
FMC Wyoming Corporation
General Chemical Corporation
Goulston Technologies, Inc.
Grupo Mossi Ghisolfi
ICL Performance Products, L.P.
Indorama
Indorama Ventures
Interquisa Canada, L.P.
LaRoche Industries, Inc.
Mitsubishi Gas Chemical Company, Inc.
Oxy Glenn Springs Holdings, Inc.
SEGA
Shell Chemical, L.P.
Sinopec Engineering (Group) Co., Ltd.
Sinopec Engineering Group America LLC

Solutia, Inc.
Solvay Chemicals
The Dow Chemical Company
The Shepherd Chemical Company
Westlake CA&O Corporation

## Significant Customers of the Debtors

A&R Transport
Acti-Pack - Zi Sud
Admiral Beverage Corporation
Advanced Systems Polymers, S.p.A.
Aliplast, S.p.A.
Alloy Polymers
Alpha Packaging, Inc.
Alpla Italia, S.r.L.
Alpla, Inc.
Alpla Spol. S R.O.
ALPLA, Inc.
Amcor Group,GmbH
Amcor Rigid Plastics USA, Inc.
Aquafil, S.p.A.
Aristea, S.p.A.
Ashland, Inc.
Athena Automation, Ltd.
Badger Color Concentrates, Inc.
Beaulieu Group LLC
Bemis Company, Inc.
Berry Global, Inc.
Bigler International AG
Bormioli Rocco France, S.A.
C&G Packaging LLC
X.I.E.R., S.r.L.
Calysta, Inc.
Canergy LLC
China Chengdu Import & Export Group
Clariant
Clear Lam Packaging, Inc,
Clement Pappas and Company, Inc.
Cngc Guangyuan Natural Gas Co., Ltd.
Coca-Cola Bottlers' Sales & Services Company LLC
Coca-Cola Cross Enterprise Procurement Group
Coexpan Montonatem, S.r.L.
Colortech, Inc.
Compounding Solutions
Coveris Rigid Na, Inc.
Custom Injection Molders Canada

Custom Molders Group
Drug Plastics & Glass Company, Inc.
Eastman Kodak Company
Encore Custom Preforms
Engineered Floors LLC
Enkon Dallas, Inc.
Esterform Packaging, Ltd.
Evergreen Packaging
Ex-Tech Plastics, Inc.
Extruded Fibers, Inc.
Fil.Va, S.r.L.
Flex Film (USA), Inc.
Frx Polymers, Inc.
Genpak LLC
Giglioli Fabrizio, S.r.L.
GK Packaging, Inc.
Graham Packaging Company, L.P.
GSG, S.p.A.
Gurit Italy, S.r.L.
Highland Packaging Solutions
Hosaf
Huhtamaki Lewiston ME
Huhtamaki, Inc.
Husky Injection
I Stern & Company, Inc. DE
Ici Pakistan, Ltd.
Inner Mongolia Machinery Equipment
Innovative Fibers C/Ostein
International Paper Company
Intrapac Canada Corporation
Intrapac International Corporation
Jiangyin Chengold Packing
Keiryo Packaging, S.A.
Krones AG
La Poliplastic S.A.S. Di Manco
Lagam S.A., c/o Studio Dott.Baglivo
Lassonde Pappas and Company, Inc.
Logoplaste Chicago LLC
Lumson, S.p.A. (cod. 0463)
Luxpet A.G./S.A.
M & H Plastics, Inc.
Manantial De Fuencaliente, S.A.
Mesa Industries
Messersi Packaging, S.r.L.
Metalchimica, S.r.L.
Mitsubishi Corporation

Mohawk Industries, Inc.
Mossi & Ghisolfi Logistics Company
Mullinix Packages, Inc.
Multibase USA
Nestle Waters North America, Inc.
OMG
Pactiv Corporation
Pall Corporation
Pelletron Corporation
Pepsi-Cola Advertising and Marketing, Inc.
Pet Star Holding, S.r.L.
Petainer Trading LLC
Pinnpack Packaging LLC
Pizzorni, S.r.L.
Plantic Technologies, Ltd.
Plastiape, S.p.A.
Plastic Technologies
Plastipak Packaging, Inc.
Plastisavio, S.p.A.
Polyone Corporation
Polysource
Polyvisions, Inc.
Precision Extrusion, Inc.
Precision Thermoplastic Company
Preform Solutions, Inc.
Premium Waters, Inc.
Pretium Packaging
Pretium Packaging - Hazleton
Prime Products
PTI Europe Pure-Stat Films
R&D Tool & Engineering Company
Resilux, N.V.
Resin Resource, Inc.
Retal Italia, S.r.L.
Retal Czech A.S.
Retal Pa LLC
Reynolds Packaging, Inc.
Rgl Sales And Marketing, Inc.
Ring Container
Roboplast, S.r.L.
Rol, S.r.L.
Rollix, S.r.L.
Romaqua Group, S.A.
RTP Company
S.E.M., S.p.A.
S.I.Con. - Soc. Italiana Contenitor

Sabert
Sc Certinvest, S.r.L.
SC European Food, S.A. SC Star East Pet, S.r.L.
Schuldes Spedition GmbH Fisc.
Schwarzheide GmbH
Sealed Air, S.r.L. (cod. 02576)
Select Packaging, Inc.
Serioplast Spa Socio Unico
Shaw Industries
Silgan Plastics Sirap-Gema, S.p.A. Sirt, S.r.L.
Solo Cup Operating Corporation
Sonoco Plastics
Sonoco Products Company
Southeastern Container
Specialty Coating & Laminating LLC
Standridge Color Stein Fibers, Ltd.
Syntec Industries, Inc. LLC
Tandus / Centiva
Techmer PM
The Kroger Company
Tilton, Inc.
Tongxiang Zhongying Chemical Fiber
Toray Advanced Materials Korea
Toyo Ink Europe Specialty Chemicals
Uab "Putoksnis"
Uab "Retal Lithuania"
Universal Resin Company Limited Veriplas Plastics
Westrock MWV LLC
Yoshino America Corporation

**<u>Significant Utility Providers</u>**

Awesomenet, Inc.
Direct Energy Business
Reliant Energy
Reliant Energy Retail Services LLC City of Corpus Christi
AT&T Mobility
Spectrum Business
Republic Services
Centronix
Air Liquide Large Industries US, L.P.
Ohio Edison
Columbia Gas of Ohio
Medina County Sanitary Engineers
LEO S.A. - Luxembourg Energy Office
Post Telecom, S.A.
NV Verizon Belgium Luxembourg, SA

**Sureties / Parties Related to Customs**

American Alternative Insurance Corporation
Bruzzone
Pegasus, Inc.

**Significant Taxing/Governmental Authorities**

Administration de l'Enregistrement et des Domaines (VAT)
Administration des Contributions
Administration des Contributions Directes (ACD)
Aldine Independent School District Tax
Assessor/Collector
Arizona Corporation Commission
Bartow County Tax Commissioner
California FTB
California Secretary of State
Centre Commun de la Sécurité Sociale
City of Corpus Christi - Central Cashiers A/R Industrial District
City of Sulphur Springs
Colorado Secretary of State, Compliance Assurance and Enforcement Division
Comptroller of Public Accounts
Delaware Secretary of State
Department of the Army
Department of the Treasury
Equal Employment Opportunity Commission
Federal Aviation Administration
Federal Mediation and Conciliation Service
Georgia Department of Revenue Processing Center
Georgia Office of Secretary of State
Gwinnett County Tax Commissioner Department of Property Tax
Harris County Tax Assessor/Collector
Hopkins County Tax Assessor/Collector
Illinois Department of Revenue
Illinois Secretary of State
INAIL
Indiana Department of Revenue
Indiana Secretary of State
INPS
Iowa Department of Revenue
Iowa Office of the Secretary of State
Maryland Secretary of State
Medina County Treasurer, Multimedia Planning and Permitting Division
Nation Labor Relations Board - Regional Office
Nevada Secretary of State
New Jersey Division of Revenue
New York Department of State

North Carolina Department of Revenue
North Carolina Secretary of State
Nueces County Tax Assessor-Collector
NYS Corporation Tax
Occupational Safety and Health Administration
Ohio Department of Taxation
Ohio Secretary of State
Port of Corpus Christi Authority of Nueces County, TX
Rockwall Central Appraisal District
Sheriff of Mason County 3 Mason County Courthouse
Social Security Administration
Spring ISD Tax Office
State of New Jersey Department of the Treasury Division of Taxation
Sulphur Springs ISD Tax Office
Tarrant County Tax Assessor/Collector
Texas Commission on Environmental Quality
Texas Secretary of State
Tuloso-Midway Independent School District
U.S. Environmental Protection Agency
U.S. Nuclear Regulatory Commission
United States Coast Guard
United States Department of Commerce
United States Department of the Interior
U.S. Army corps of Engineers
U.S. Bureau of Labor Statistics
U.S. Citizenship and Immigration Services
U.S. Department of Labor
West Virginia Department of Environmental Protection
West Virginia Department of Health and Human Resources
West Virginia Division of Air Quality
West Virginia Offices of the Insurance Commissioner
West Virginia Secretary of State
West Virginia State Tax Department Tax Account Administration Division
West Virginia State Tax Department Tax Account Administration Division, Corporate Tax Unit
Whitfield County Tax Commissioner
WV Department of Labor
WV Dislocated Worker Unit and WV State Unemployment Agency

**<u>Third Party Administrators</u>**

Aetna, Inc.
ADP LLC
BDO International Limited
Paychex, Inc.
Flexible Benefit Administrators, Inc.
Allegiance Flex Advantage
Massachusetts Mutual Life Insurance Company

USI Consulting Group
WageWorks Inc.

## **Bankruptcy Judges for the District of Delaware**

Judge Brendan L. Shannon
Judge Christopher S. Sontchi
Judge Kevin Gross
Judge Kevin J. Carey
Judge Laurie Selber Silverstein
Judge Mary F. Walrath

## **Attorneys for the United States Trustee's Office for the District of Delaware**

Lauren Attix
David Buchbinder
Linda Casey
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
T. Patrick Tinker
Ramona Vinson
Michael West
Dion Wynn

## **Other Significant Creditors / Vendors**

A&R Packaging & Distribution Service
Accurate Welding & Inspection LLC
Ace Industries
AEP American Electric Power
Air Products & Chemicals, Inc.
Am World Logistics, Inc.

Ambitech Engineering Corporation
Apache Industrial Services
Arthur M. Standish
Aska Corporation
Auracle Geospatial Science, Inc.
Bergen-Power Pipe Supports
BGP Management Consulting, S.p.A.
BNSF Railway Company
BP Chemicals, Ltd.
Bruzzone Shipping, Inc.
Bulk Transit Corporation
Bulkmatic Transport Company
Campine, N.V.
Cital US LLC
Clark Constructors LLC
Cmc Steel Fabricators, Inc.
Coastal Bend Bays and Estuaries Program
Competentia US, Inc.
Coperion K-Tron Salina, Inc.
Core Specialty Resources LLC
Crain, Caton & James, P.C.
CSX Transportation, Inc.
Custom Commodities, Inc.
E.Vironment, L.P.
Emerson Process Management ,S.r.L
ENVIRON
Ernst & Young Societe' Anonyme
Fisher Controls International LLC
Flowserve Corporation
Fluor Enterprises, Inc.
F-T Service Corporation
Fuji Filter Manufacturing Co., Ltd.
Funaro & Co., P.C.(Tax advisors)
H & E Equipment
Heraeus Deutschland GmbH & Co. KG
High Touch, Inc.
Hogan Lovells
Horizon Environmental Services, Inc.
Indorama Ventures
Industrial Fabricators
Innova Global Resources, Inc. (cod. 01767)
Invensys Systems, Inc.
Invista, S.à.r.l.
Invista Technologies, S.à.r.l.
J&J General Maintenance Incorporated
Jacobs Field Services North America

James Mierschin & Associates, Inc.
Kanji Consultants Limited
Lord Construction Services LLC
Louisville & Indiana Railroad
Mansco Products, Inc.
Mason County Sheriff
Mechanical Innovation LLC
Mellon Bank, N.A.
Melter Usa LLC
Metalbras Metal Brasiliense ,Ltda.
Metcalf & Eddy, Inc.
Mid-Coast Electric Supply, Inc.
Mitsubishi Gas Chemical America, Inc.
MMR Constructors, Inc.
MRC Global, Inc.
Norfolk Southern Railway Company
Olivo Hydro Ex, LLC
Otsl (US), Inc.
Panalytical, Inc.
Pension Benefit Guaranty Corporation
Pinnacle Environmental
Pinnacle Roofing Systems, Inc.
Pipeline Construction & Maintenance
Plastic Transit LLC
Plastipak Italia Preforme, S.r.L.
PSL Rheotek
REI Consultants, Inc.
Repcon, Inc.
Rothschild, S.p.A.
Saferack
Sarah C. McCarty
Shimadzu (HK) Limited
Shimadzu Mectem, Inc.
Spectrum Process, Inc.
Spig USA Incorporated
Steptoe & Johnson PLLC
Studio Legal Association Allen & Overy
Studio Legale Associato
Studio Legale Tributario
Sunbelt Rentals Scaffold Services
The Goodyear Tire & Rubber Company
Total Boiler & Mechanical LLC
Toyotalift Of South Texas
Trimont Real Estate Advisors
Triplex, Inc. (cod. 00465)
Tuloso-Midway ISD

Twin Oaks Federal Credit Union
UOP LLC, a Honeywell Company
Weather Research Center
Wolseley Industrial Group
Zephyr Environmental Corporation

**Union**

United Steelworkers
United Steelworkers Local 644L

**Members of the Committee of Unsecured Creditor**

Industrial and Commercial Bank of China Limited
UniCredit S.p.A
Banca Monte dei Paschi di Siena S.p.A
Pepsi-Cola Advertising and Marketing, Inc.
Amcor Group GmbH
United Steel Workers
Pension Benefit Guaranty Corporation.

**Committee of Unsecured Creditors' Professionals**

Milbank, Tweed, Hadley & McCloy LLP
Cole Schotz LLP
Jefferies, LLC
Berkeley Research Group LLC