## Schedule 2 to Lohest Declaration

### Connections to Potential Parties in Interest

| Party Name | Relationship to Debtors | Relationship to Loyens & Loeff[1] |
|---|---|---|
| Brookfield Dtla Fund Office Trust Investor, Inc. | Major Business Affiliations of the Debtors' Directors | Potential client |
| Kleopatra Holdings 2 SCA | | Current client |
| Banco Votorantim, S.A. | Significant Lenders/Investors of the Debtors | Current client |
| Citibank, N.A. | | Current client |
| Citibank Europe Plc | | Current client |
| Clearstream Banking | | Current client |
| Delta Lloyd Asset Management, N.V. | | Current client |
| Delta Lloyd Levensverzekering, N.V. | | Current client |
| Delta Lloyd Life, N.V. | | Current client |
| Deutsche Bank AG | | Current client |
| Euroclear Bank, S.A. | | Current client |
| Golden Tree Asset Management, L.P. | | Current client |
| Macquarie Investments US, Inc. | | Potential client |
| Morgan Stanley & Co. LLC | | Current client |
| Morgan Stanley Capital Group, Inc. | | Current client |
| Sidley Austin LLP | | Current client |
| The Law Debenture Trust | | Current client |

---

[1]    A "current client" is an entity for which there are, as of the date hereof, active matters on which Loyens & Loeff is engaged; a "former client" is an entity for which there are no active matters as of the date hereof, but there may in the future be active matters.  Use of the word "potential" before such designations signifies entities for which Loyens & Loeff was unable to conclusively determine whether the similarities of names was a coincidence or whether the party in interest is related to a client in Loyens & Loeff's databases.  Loyens & Loeff does not represent any "potential" clients in matters related to these Chapter 11 Cases.  Please note that the identification of a party in interest on Schedule 2 is not an admission of a conflict, disabling or otherwise.

| Party Name | Relationship to Debtors | Relationship to Loyens & Loeff[1] |
|---|---|---|
| Corporation Plc | | |
| BGL Paribas | Depository Banks | Current client |
| Arval Luxembourg, S.A. | Material Equipment/Software Lessors | Potential client |
| Cleary Gottlieb Steen & Hamilton LLP | Creditors' Restructuring Professionals | Current client |
| FTI Consulting, Inc. | | Current client |
| Kirkland & Ellis LLP (cod. 0822) | | Current client |
| Linklaters | | Current client |
| Weil, Gotshal & Manges LLP (cod. 1007) | | Current client |
| Ernst & Young, S.A. | Certain Ordinary Course Professionals | Current client |
| Morgan, Lewis & Bockius LLP (cod. 00128) | | Current client |
| Steptoe & Johnson LLP | | Current client |
| Sinopec USA Corporation | Parties to Litigation or Potential Litigation | Current client |
| Thyssenkrupp Elevator Corporation | | Current client |
| Tyco SimplexGrinnell | | Current client |
| WFS | | Potential client |
| Adecco Luxembourg, S.A. | Parties to Material Contracts with Debtors | Current client |
| Atlas Copco Compressors, Inc. | | Current client |
| Atlas Copco Compressors LLC | | Current client |
| Axa | | Current client |
| Ernst & Young | | Current client |
| Fortress Technologies, Inc. | | Current client |
| Honeywell International, Inc. | | Current client |
| Iron Mountain | | Current client |
| Merrill Corporation, Ltd. | | Current client |
| Pricewaterhousecoopers LLP | | Current client |

| Party Name | Relationship to Debtors | Relationship to Loyens & Loeff[1] |
|---|---|---|
| Alvarez & Marsal North America LLC | Restructuring Professionaks of the Debtors | Current client |
| Jones Day | | Current client |
| Rothschild, Inc. | | Current client |
| Mitsubishi Gas Chemical Company, Inc. | Significant Suppliers and Vendors | Current client |
| Sinopec Engineering (Group) Co., Ltd. | | Current client |
| Sinopec Engineering Group America LLC | | Current client |
| Solvay Chemicals | | Current client |
| The Dow Chemical Company | | Current client |
| Beaulieu Group LLC | Significant Customers of the Debtors | Potential client |
| Bormioli Rocco France, S.A. | | Current client |
| C&G Packaging LLC | | Current client |
| Logoplaste Chicago LLC | | Current client |
| Mitsubishi Corporation | | Current client |
| Pepsi-Cola Advertising and Marketing, Inc. | | Current client |
| Resilux, N.V. | | Current client |
| Ernst & Young Societe' Anonyme | Other Significant Creditors / Vendors | Current client |
| Mellon Bank, N.A. | | Current client |
| Mitsubishi Gas Chemical America, Inc. | | Current client |
| Steptoe & Johnson PLLC | | Current client |
| Pepsi-Cola Advertising and Marketing, Inc. | Members of the Committee of Unsecured Creditors | Current client |
| Millbank, Tweed, Hadley & McCloy LLP | Committee of Unsecured Creditors' Professionals | Current client |