# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| M&G USA Corporation, *et al.*,[1] | ) Bankruptcy Case No. 17-12307 (BLS) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Related to Docket No. 1537** and 1622 |

## STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE

M&G USA Corporation and its affiliated debtors (collectively, the "**Debtors**"), the Official Committee of Unsecured Creditors of M&G USA Corporation, *et al.* (the "**Committee**"), and Banco Nacional de Comerico Exterior, S.N.C., Institución de Banca de Desarrollo ("**Bancomext**" and together with the Debtors and the Committee, the "**Parties**"), hereby agree and stipulate as follows:

WHEREAS, on June 5, 2018, the *Motion of Debtors M&G Capital S.à r.l., M&G Chemicals S.A., and Mossi & Ghisolfi International S.à r.l. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief* [Docket No. 1537] (the "**Motion to Dismiss**") was filed with the Court;

WHEREAS, the Debtors noticed a hearing on the Motion to Dismiss for June 26, 2018, at 11:00 a.m., and an objection deadline of June 19, 2018, at 4:00 p.m.;

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M&G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.a r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.a r.l. (7812), M&G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

WHEREAS, on June 18, 2018, the Court held a telephonic hearing, during which it informed the Parties that the hearing on the Motion to Dismiss would be adjourned to either July 16, 17, or 18, and instructed the Parties to confer and agree upon a hearing date and corresponding briefing schedule;

WHEREAS, following the telephonic hearing the Parties conferred and agreed upon the schedule contained herein;

WHEREAS, the Committee and Bancomext reserve the right to request further adjournments of the hearing date and briefing schedule if they do not receive prompt and adequate discovery in response to their discovery requests, and the Debtors reserve the right to challenge any such request;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND PROPOSED, by and between the Parties, and subject to the Court's approval, that:

1. The hearing on the Motion to Dismiss shall take place on July 18, at 9:30 a.m.

2. Any objection of the Committee or Bancomext to the Motion to Dismiss shall be filed no later than July 13, at 4:00 p.m.

3. Replies in support of the Motion to Dismiss shall be filed no later than July 17, at 12:00 p.m.

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **COLE SCHOTZ P.C.** |
| By: /s/ Laura Davis Jones | By: /s/ J. Kate Stickles |
| Laura Davis Jones (No. 2436) | J. Kate Stickles (No. 2917) |
| James E. O'Neill (No. 4042) | 500 Delaware Avenue, Suite 1410 |
| Joseph M. Mulvihill (No. 6061) | Wilmington, Delaware 19801 |
| 919 N. Market Street, 17th Floor | Telephone: (302) 652-3131 |
| P.O. Box 8705 | Facsimile: (302) 652-3117 |
| Wilmington, Delaware 19801 | kstickles@coleschotz.com |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | Stuart Komrower |
| ljones@pszjlaw.com | Felice Yudkin |
| joneill@pszjlaw.com | Court Plaza North |
| jmulvihill@pszjlaw.com | P.O. Box 800 |
| | Hackensack, New Jersey 07602 |
| - and - | Telephone: (201) 489-3000 |
| | Facsimile: (201) 489-1536 |
| **JONES DAY** | skomrower@coleschotz.com |
| James Sottile, IV | fyudkin@coleschotz.com |
| Peter S. Saba | |
| 250 Vesey Street | - and - |
| New York, New York 10281 | |
| Telephone: (212) 326-3939 | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| Facsimile: (212) 755-7306 | Alan J. Stone (No. 2677) |
| jsottile@jonesday.com | Alexander B. Lees |
| psaba@jonesday.com | 28 Liberty Street |
| | New York, NY 10005 |
| Carl E. Black | Telephone: (212) 530-5000 |
| 901 Lakeside Avenue | astone@milbank.com |
| Cleveland, Ohio 44114 | alees@milbank.com |
| Telephone: (216) 586-3939 | |
| Facsimile: (212) 579-0112 | *Counsel for the Official Committee of Unsecured Creditors* |
| ceblack@jonesday.com | |
| | |
| *Counsel for M&G USA Corporation, et al.* | |

**FOX ROTHSCHILD LLP**

By: /s/ Jeffrey M. Schlerf
Jeffrey M. Schlerf (No. 3047)
Carl D. Neff (No. 4895)
919 North Market Street, Suite 300
Wilmington, Delaware 19801-3062
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com
cneff@foxrothschild.com

-and-

**WHITE & CASE LLP**
Roberto J. Kampfner
Aaron Colodny
555 South Flower Street, Suite 2700
Los Angeles, California 90071-2433
Telephone: (213) 620-7729
Facsimile: (213) 452-2329
rkampfner@whitecase.com
aaron.colodny@whitecase.com

*Counsel for Banco Nacional de Comercio Exterior,
S.N.C., Institución de Banca de Desarrollo*

**IT IS SO ORDERED.**

DATED: _____June 26_____, 2018
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Court Judge

4