# **Exhibit A**

| Date | Fee earner | Activity | Time | |
|---|---|---|---|---|
| 02/05/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 1.00 | $ |
| 02/05/2018 | Carrello Gaetano | Preparation of meeting with Italian debtors counsel. | 1.80 | $ |
| 02/05/2018 | Carrello Gaetano | Meeting with Italian debtors counsel. | 2.40 | $ |
| 02/05/2018 | Fulco Sergio | Meeting with Italian debtors counsel. | 2.40 | $ |
| 02/05/2018 | Fulco Sergio | Review documents for meeting at debtors counsel | 2.00 | $ |
| 02/05/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 1.00 | $ |
| 02/05/2018 | Sgrò Riccardo | Review documents for meeting at GOP | 2.10 | $ |
| 02/05/2018 | Sgrò Riccardo | Meeting at GOP | 2.40 | $ |
| 03/05/2018 | Carrello Gaetano | Telephone call with Alberto Nanni | 1.60 | $ |
| 03/05/2018 | Sgrò Riccardo | Telephone call with Alberto Nanni | 1.50 | $ |
| 03/05/2018 | Sgrò Riccardo | Telephone call with Michael Price, Lauren Doyle and Lux counsel | 1.30 | $ |
| 03/05/2018 | Carrello Gaetano | Telephone call with Michael Price, Lauren Doyle and Lux Counsel | 1.10 | $ |
| 04/05/2018 | Carrello Gaetano | Internal meeting re: settlement agreement | 2.20 | $ |
| 04/05/2018 | Carrello Gaetano | Call with Mr Nanni | 0.60 | $ |
| 04/05/2018 | Sgrò Riccardo | Internal meeting re: issues concerning settlement agreement | 2.10 | $ |
| 07/05/2018 | Fulco Sergio | Preparation of meeting with Italian debtors counsel | 1.20 | $ |
| 07/05/2018 | Sgrò Riccardo | Preparation of meeting with Italian debtors counsel | 1.80 | $ |
| 07/05/2018 | Carrello Gaetano | Preparation of meeting with Italian debtors counsel | 1.60 | $ |
| 08/05/2018 | Carrello Gaetano | Meeting with Italian debtors counsel | 2.80 | $ |
| 08/05/2018 | Sgrò Riccardo | Meeting at GOP | 2.80 | $ |
| 08/05/2018 | Fulco Sergio | Meeting with Italian debtors counsel. | 2.80 | $ |
| 09/05/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 1.40 | $ |
| 09/05/2018 | Cupolo Cristina | Weekly Telephone call with creditors committee | 1.50 | $ |
| 09/05/2018 | Sgrò Riccardo | Review of settlement agreement | 1.30 | $ |
| 09/05/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 1.40 | $ |
| 09/05/2018 | Fulco Sergio | Review of settlement agreement | 1.20 | $ |
| 09/05/2018 | Mengoni Matteo | Review of settlement agreement | 1.90 | $ |
| 10/05/2018 | Carrello Gaetano | Calls with Jones Day | 1.70 | $ |
| 11/05/2018 | Sgrò Riccardo | Drafting of fee application of Gattai, Minoli, Agostinelli | 2.70 | $ |
| 11/05/2018 | Sgrò Riccardo | Review of settlement agreement | 3.30 | $ |
| 14/05/2018 | Carrello Gaetano | Call MGF counsel | 1.90 | $ |
| 14/05/2018 | Carrello Gaetano | Correspondence Milbank | 0.70 | $ |
| 15/05/2018 | Sgrò Riccardo | Review of settlement agreement | 1.80 | $ |
| 15/05/2018 | Sgrò Riccardo | Analysis issues re: settlement agreement | 3.90 | $ |
| 15/05/2018 | Carrello Gaetano | Review of settlement agreement | 1.70 | $ |
| 15/05/2018 | Carrello Gaetano | Analysis issues re: settlement agreement | 2.80 | $ |
| 16/05/2018 | Fulco Sergio | Analysis issues re: settlement agreement | 3.40 | $ |
| 16/05/2018 | Mengoni Matteo | Analysis issues re: settlement agreement | 3.00 | $ |
| 16/05/2018 | Sgrò Riccardo | Review of settlement agreement | 1.40 | $ |
| 16/05/2018 | Carrello Gaetano | Review of settlement agreement | 2.10 | $ |
| 17/05/2018 | Sgrò Riccardo | Review of settlement agreement | 0.60 | $ |
| 17/05/2018 | Mengoni Matteo | Review of settlement agreement | 3.50 | $ |
| 18/05/2018 | Sgrò Riccardo | Review of fee application of Gattai, Minoli, Agostinelli | 2.10 | $ |
| 24/05/2018 | Sgrò Riccardo | Review of fee application of Gattai, Minoli, Agostinelli | 1.10 | $ |
| | | | **84.90** | $ |

## Report

| Fee earner | From | To | Time | Hourly rate ($) | Amount ($) |
|---|---|---|---|---|---|
| Carrello Gaetano | 01/05/2018 | 31/05/2018 | 27.40 | 800 | 21,920.00 |
| Fulco Sergio | 01/05/2018 | 31/05/2018 | 13.00 | 800 | 10,400.00 |
| Sgrò Riccardo | 01/05/2018 | 31/05/2018 | 34.60 | 480 | 16,608.00 |
| Mengoni Matteo | 01/05/2018 | 31/05/2018 | 8.40 | 480 | 4,032.00 |
| Cupolo Cristina | 01/05/2018 | 31/05/2018 | 1.50 | 220 | 330.00 |
| | | **TOTAL** | **84.90** | | **53,290.00** |

**Exhibit B**
**(MAY 1, 2018 – MAY 31, 2018)**

| DISBURSEMENTS | AMOUNT |
|---|---:|
| Photocopies/Printing | $32.64 |
| Telephone | $176.12 |
| Database Research | $20.06 |
| Cab Fares/Local Transportation | $38.50 |
| **TOTAL DISBURSEMENTS** | $267.32 |

# GATTAI, MINOLI, AGOSTINELLI, PARTNERS
STUDIO LEGALE

**GMAP Report - Cab Fares/Transports - May 2018**

| Date | Name | Description | | Amount |
|---|---|---|---|---|
| 02/05/2018 | Carrello Gaetano | overtime transportation | $ | 8,50 |
| 02/05/2018 | Fulco Sergio | overtime transportation | $ | 8,90 |
| 08/05/2018 | Carrello Gaetano | overtime transportation | $ | 6,10 |
| 15/05/2018 | Carrello Gaetano | overtime transportation | $ | 7,50 |
| 17/05/2018 | Sgrò Riccardo | overtime transportation | $ | 7,50 |
| | | | $ | 38,50 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121  
Via Manzoni, 30  
tel. +39 02.30323232  
fax +39 02.30323242  

Roma - 00197  
Via Bertoloni, 29  
tel. +39 06.83365810  
fax +39 06.83365811  

Londra - W1K 3NY  
130 Mount Street  
tel. +44 (0) 2034056490  
fax +44 (0) 2034056498  

GATTAI, MINOLI, AGOSTINELLI, PARTNERS  
STUDIO LEGALE

GATTAI, MINOLI, AGOSTINELLI,
PARTNERS
STUDIO LEGALE

**GMAP Report - Database Research - May 2018**

| date | Fee Earner | description | cost per document | total documents | total price |
|---|---|---|---|---|---|
| 16/05/2018 | Sgrò Riccardo | download documents from Official Companies Register | $ 10,03 | 2 | $ 20,06 |
| | | | | | $ 20,06 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121
Via Manzoni, 30
tel. +39 02.30323232
fax +39 02.30323242

Roma - 00197
Via Bertoloni, 29
tel. +39 06.83365810
fax +39 06.83365811

Londra - W1K 3NY
130 Mount Street
tel. +44 (0) 2034056490
fax +44 (0) 2034056498

## GMAP Report Photocopies May 2018

| Date | Fee earner | Number of prints | Cost per print | Total per fee earner |
|---|---|---|---|---|
| 02/05/2018 | Carrello Gaetano | 17 | $ 0,13 | $ 2,16 |
| 02/05/2018 | Sgrò Riccardo | 18 | $ 0,13 | $ 2,29 |
| 04/05/2018 | Sgrò Riccardo | 22 | $ 0,13 | $ 2,79 |
| 04/05/2018 | Fulco Sergio | 21 | $ 0,13 | $ 2,67 |
| 07/05/2018 | Carrello Gaetano | 19 | $ 0,13 | $ 2,41 |
| 07/05/2018 | Sgrò Riccardo | 21 | $ 0,13 | $ 2,67 |
| 07/05/2018 | Fulco Sergio | 14 | $ 0,13 | $ 1,78 |
| 09/05/2018 | Carrello Gaetano | 21 | $ 0,13 | $ 2,67 |
| 09/05/2018 | Fulco Sergio | 23 | $ 0,13 | $ 2,92 |
| 09/05/2018 | Mengoni Matteo | 21 | $ 0,13 | $ 2,67 |
| 16/05/2018 | Carrello Gaetano | 19 | $ 0,13 | $ 2,41 |
| 16/05/2018 | Sgrò Riccardo | 14 | $ 0,13 | $ 1,78 |
| 17/05/2018 | Sgrò Riccardo | 13 | $ 0,13 | $ 1,65 |
| 17/05/2018 | Mengoni Matteo | 14 | $ 0,13 | $ 1,78 |
| | | | TOTAL | $ 32,64 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121
Via Manzoni, 30
tel. +39 02.30323232
fax +39 02.30323242

Roma - 00197
Via Bertoloni, 29
tel. +39 06.83365810
fax +39 06.83365811

Londra - W1K 3NY
130 Mount Street
tel. +44 (0) 2034056490
fax +44 (0) 2034056498

GATTAI,MINOLI,AGOSTINELLI,
PARTNERS
STUDIO LEGALE

## GMAP Report Telephone Calls - May 2018

| | | | total minutes | coste per minute | total per call |
|---|---|---|---|---|---|
| 02/05/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 36 | $ 0,34 | $ 12,24 |
| 02/05/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 42 | $ 0,34 | $ 14,28 |
| 03/05/2018 | Carrello Gaetano | Telephone call with Alberto Nanni | 38 | $ 0,34 | $ 12,92 |
| 03/05/2018 | Sgrò Riccardo | Telephone call with Alberto Nanni | 44 | $ 0,34 | $ 14,96 |
| 03/05/2018 | Sgrò Riccardo | Telephone call with Michael Price,Lauren Doyle and Lux counsel | 48 | $ 0,34 | $ 16,32 |
| 03/05/2018 | Carrello Gaetano | Telephone call with Michael Price,Lauren Doyle and Lux Counsel | 56 | $ 0,34 | $ 19,04 |
| 04/05/2018 | Carrello Gaetano | Call with Mr Nanni | 56 | $ 0,34 | $ 19,04 |
| 09/05/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 42 | $ 0,34 | $ 14,28 |
| 09/05/2018 | Cupolo Cristina | Weekly Telephone call with creditors committee | 42 | $ 0,34 | $ 14,28 |
| 09/05/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 36 | $ 0,34 | $ 12,24 |
| 10/05/2018 | Carrello Gaetano | Calls with Jones Day | 42 | $ 0,34 | $ 14,28 |
| 14/05/2018 | Carrello Gaetano | Call MGF counsel | 36 | $ 0,34 | $ 12,24 |
| | | | | TOTAL | $ 176,12 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121  
Via Manzoni, 30  
tel. +39 02.30323232  
fax +39 02.30323242

Roma - 00197  
Via Bertoloni, 29  
tel. +39 06.83365810  
fax +39 06.83365811

Londra - W1K 3NY  
130 Mount Street  
tel. +44 (0) 2034056490  
fax +44 (0) 2034056498