# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 17-12307 (BLS) |
| M & G USA Corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Related to Docket No. 1567** |

**CERTIFICATION OF NO OBJECTION REGARDING
SECOND INTERIM FEE APPLICATION OF COLE SCHOTZ P.C.,
DELAWARE CO-COUNSEL AND CONFLICTS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 1, 2017 THROUGH APRIL 30, 2018**

The undersigned, counsel to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), hereby certifies as follows:

1. On June 14, 2018, the Second Interim Fee Application of Cole Schotz P.C., Delaware Co-Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2017 through April 30, 2018 [Docket No. 1567] (the "Interim Fee Application") was filed with the Court.

2. Objections, if any, to the Interim Fee Application were required to have been filed with the Court and served no later than 4:00 p.m. on July 5, 2018 (the "Objection Deadline").

3. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

57321/0001-16061815v1

4. In accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 308], entered December 1, 2017, the Debtors are authorized to pay one hundred percent (100%) of the fees (including any holdbacks) and one hundred percent (100%) of the expenses requested in the Application upon entry of a Court order approving the Interim Fee Application.

5. A hearing on the Interim Fee Application is scheduled for July 25, 2018 at 11:00 a.m. before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Dated: July 6, 2018

COLE SCHOTZ P.C.

 */s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
28 Liberty St.
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*