# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>M & G USA Corporation, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 17-12307 (BLS)<br>)<br>) Jointly Administered<br>)<br>) **Related to Docket No. 1605** |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF M&G USA CORPORATION, ET AL., FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF LOYENS & LOEFF AS SPECIAL LUXEMBOURG COUNSEL *NUNC PRO TUNC* TO APRIL 19, 2018

The undersigned, counsel to the Official Committee of Unsecured Creditors of M&G USA Corporation, et al. (the "Committee"), hereby certifies as follows:

1. On June 21, 2018, the Application of the Official Committee of Unsecured Creditors of M&G USA Corporation, et al., for Entry of Order Authorizing Employment and Retention of Loyens & Loeff as Special Luxembourg Counsel *Nunc Pro Tunc* to April 19, 2018 (the "Application") (Docket No. 1605) was filed with the Court.

2. Objections, if any, to the Application were required to have been filed with the Court and served no later than 4:00 p.m. on July 5, 2018 (the "Objection Deadline").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel to the Committee. It is hereby respectfully requested that the proposed Order attached to the Application be entered at the convenience of the Court.

Dated: July 9, 2018
**COLE SCHOTZ P.C.**

*/s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Dennis F. Dunne, Esq. (admitted *pro hac vice*)
Abhilash M. Raval, Esq. (admitted *pro hac vice*)
Lauren C. Doyle, Esq. (admitted *pro hac vice*)
28 Liberty St.
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*