# M & G USA Corporation, et al
## Berkeley Research Group, LLC
## Exhibit A: Time Detail



For the Period 5/1/2018 through 5/31/2018

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/3/2018 | M. Haverkamp | 1.3 | Prepared March fee application. |
| 5/7/2018 | M. Haverkamp | 0.6 | Prepared summary of expended fees and expenses for budgeting purposes. |
| 5/9/2018 | M. Haverkamp | 2.2 | Prepared March fee application. |
| 5/15/2018 | M. Haverkamp | 0.3 | Prepared March fee application. |
| 5/16/2018 | M. Haverkamp | 0.8 | Prepared March fee application. |
| 5/17/2018 | M. Haverkamp | 1.5 | Prepared March fee application. |
| 5/17/2018 | M. Haverkamp | 0.4 | Prepared April fee application. |
| 5/18/2018 | M. Haverkamp | 0.8 | Prepared April fee statement. |
| 5/18/2018 | D. Galfus | 0.8 | Reviewed the March fee application. |
| 5/18/2018 | R. Wright | 0.7 | Prepared April fee application. |
| 5/21/2018 | M. Haverkamp | 1.0 | Prepared March fee application. |
| 5/21/2018 | D. Galfus | 0.5 | Prepared the March 2018 fee application. |
| 5/22/2018 | D. Galfus | 0.4 | Prepared the March 2018 fee application. |
| 5/24/2018 | M. Haverkamp | 0.8 | Edited March fee application. |
| 5/24/2018 | D. Galfus | 0.5 | Reviewed latest version of the March 2018 fee application. |
| 5/25/2018 | D. Galfus | 0.5 | Reviewed the April fee application. |
| 5/25/2018 | D. Galfus | 0.4 | Edited latest version of the March 2018 fee application. |
| 5/29/2018 | M. Haverkamp | 0.9 | Prepared April fee application. |
| 5/29/2018 | D. Galfus | 0.5 | Edited the April fee application. |
| 5/29/2018 | M. Haverkamp | 0.2 | Edited March fee statement for filing. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 5/30/2018 | M. Haverkamp | 0.4 | Edited April fee application. |
| **Task Code Total Hours** | | **15.5** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 5/1/2018 | D. Galfus | 0.5 | Held call with L. Doyle, Milbank re: various Plan matters. |
| 5/1/2018 | D. Galfus | 0.3 | Participated in a call with D. Geoghan (Cole Schotz) and L. Szlezinger, Jefferies re: potential conveyance claims. |
| 5/1/2018 | D. Galfus | 0.2 | Held call with B. Kinney, Milbank re: various Plan matters and claims filings. |
| 5/2/2018 | C. Kearns | 1.2 | Participated in call with the Committee to discuss proposed Brazil settlement and other current case issues. |
| 5/2/2018 | D. Galfus | 1.1 | Participated in a call with L. Doyle, Milbank, the Committee and Jefferies (L. Szlezinger) to discuss various foreign settlement proposals and related status thereof. |
| 5/2/2018 | D. Galfus | 0.6 | Participated in a call with B. Kinney and M. Price, Milbank re: claim filings and various recovery modeling scenarios. |
| 5/6/2018 | D. Galfus | 0.8 | Participated in a call with Milbank (L. Doyle; B. Kinney) re: recovery modeling. |
| 5/6/2018 | C. Kearns | 0.8 | Participated in call with Kinney and Doyle (Milbank) re: waterfall scenarios considering possible Brazil settlement. |
| 5/7/2018 | D. Galfus | 0.6 | Participated in a call with Milbank (L. Doyle; B. Kinney) and Jefferies (L. Szlezinger) re: recovery modeling and upcoming Committee call. |
| 5/7/2018 | C. Kearns | 0.2 | Participated in part of a call with Milbank (L. Doyle; B. Kinney) and Jefferies (L. Szlezinger) re: recovery scenarios. |
| 5/8/2018 | C. Kearns | 0.8 | Participated in call with Milbank (Doyle, Kinney) and individual Committee member to review issues and recovery scenarios re: proposed Brazil settlement. |
| 5/8/2018 | C. Kearns | 0.5 | Reviewed draft materials for the Committee on claims update, waterfall scenarios and proposed Brazil settlement. |
| 5/9/2018 | D. Galfus | 0.8 | Participated in a call with Counsel (L. Doyle), Jefferies (L. Szlezinger) and the Committee re: case matters including the Plan process. |
| 5/9/2018 | R. Wright | 0.8 | Participated in a call with the Committee re: Brazil settlement. |
| 5/9/2018 | Z. Mainzer | 0.8 | Reviewed recovery analysis presentation to Unsecured Creditors Committee prior to weekly update call. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 5/10/2018 | D. Galfus | 0.4 | Held call with D. Geoghan, Counsel and the PBGC re: potential Brazil settlement. |
| 5/10/2018 | D. Galfus | 0.3 | Held a follow up call with D. Geoghan, Counsel and the PBGC re: potential Brazil settlement. |
| 5/14/2018 | D. Galfus | 0.7 | Held call with D. Geoghan, Counsel and Jefferies (L. Szlezinger) re: potential Brazil settlement. |
| 5/15/2018 | D. Galfus | 0.2 | Held call with D. Geoghan, Counsel re: potential Brazil settlement. |
| 5/18/2018 | D. Galfus | 0.5 | Participated in a call with Milbank (B. Kinney) re: M&G International and other case matters. |
| *Task Code Total Hours* | | 12.1 | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/1/2018 | Z. Mainzer | 2.9 | Updated recovery analysis model incorporating additional unsecured creditor recovery scenarios. |
| 5/1/2018 | Z. Mainzer | 2.8 | Developed additional scenarios within recovery model incorporating potential Brazil settlement at the request of Counsel. |
| 5/1/2018 | R. Wright | 2.8 | Updated recovery waterfall. |
| 5/1/2018 | D. Galfus | 1.5 | Reviewed BRG's report on unsecured creditor recoveries. |
| 5/1/2018 | Z. Mainzer | 1.4 | Continued to update recovery analysis model incorporating additional unsecured creditor recovery scenarios. |
| 5/1/2018 | D. Galfus | 0.8 | Analyzed BRG's recovery modeling related to unsecured claims. |
| 5/1/2018 | R. Wright | 0.2 | Participated in a call with Milbank (B. Kinney) re: recovery waterfall. |
| 5/2/2018 | R. Wright | 2.9 | Updated SubCon scenario model. |
| 5/2/2018 | Z. Mainzer | 2.9 | Updated unsecured creditor recovery analysis with additional SubCon scenarios for US Debtors. |
| 5/2/2018 | R. Wright | 2.6 | Continued to updated SubCon scenario model. |
| 5/2/2018 | Z. Mainzer | 1.9 | Developed additional scenarios for recovery analysis incorporating recovery for Brazil settlement. |
| 5/2/2018 | D. Galfus | 1.9 | Reviewed updated recovery model related to unsecured claims data. |
| 5/2/2018 | C. Kearns | 1.0 | Reviewed analysis requested by Counsel re: waterfall scenarios at various Debtor entities. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/2/2018 | Z. Mainzer | 0.9 | Created analysis for secured debt at the Chemicals entity. |
| 5/2/2018 | Z. Mainzer | 0.6 | Continued to update unsecured creditor recovery analysis with additional SubCon scenarios for US Debtors. |
| 5/2/2018 | R. Cohen | 0.5 | Prepared a schedule of issuers and guarantors to certain debt instruments. |
| 5/3/2018 | R. Wright | 2.6 | Continued to updated SubCon scenario model. |
| 5/3/2018 | Z. Mainzer | 2.4 | Created stand-alone recovery analysis for International entity at the request of Counsel. |
| 5/3/2018 | D. Galfus | 2.1 | Reviewed revised recovery model based on updated claims data. |
| 5/3/2018 | Z. Mainzer | 1.4 | Developed draft of presentation to Unsecured Creditors Committee incorporating unsecured claim recovery analysis. |
| 5/3/2018 | R. Wright | 1.0 | Updated SubCon scenario model. |
| 5/4/2018 | Z. Mainzer | 2.9 | Created recovery scenarios for standalone Debtor entities, within recovery model, at the request of Counsel. |
| 5/4/2018 | R. Wright | 2.8 | Prepared an analysis for the Committee re: recovery analysis scenarios. |
| 5/4/2018 | R. Wright | 2.7 | Updated SubCon scenario model. |
| 5/4/2018 | Z. Mainzer | 2.4 | Updated claims recovery presentation to the Unsecured creditor Committee with additional slides detailing creditor recoveries. |
| 5/4/2018 | Z. Mainzer | 1.4 | Continued to create recovery scenarios, for standalone Debtor entities, within recovery model, at the request of Counsel. |
| 5/4/2018 | R. Wright | 1.0 | Developed stand-alone scenario waterfall for Polymers. |
| 5/4/2018 | R. Wright | 1.0 | Developed stand-alone scenario waterfall for Resins. |
| 5/4/2018 | R. Wright | 0.8 | Drafted list of open items/ questions for Counsel re: recovery analysis. |
| 5/4/2018 | D. Galfus | 0.8 | Edited BRG's report on potential Plan recoveries. |
| 5/6/2018 | R. Wright | 2.9 | Prepared an analysis for the Committee re: recovery analysis scenarios. |
| 5/6/2018 | Z. Mainzer | 2.6 | Updated presentation to Unsecured Creditors Committee with additional claim recovery analysis. |
| 5/6/2018 | R. Wright | 1.9 | Continued to prepare an analysis for the Committee re: recovery analysis scenarios. |
| 5/6/2018 | R. Wright | 0.9 | Participated in a call with Milbank (L. Doyle) re: recovery analysis. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/6/2018 | C. Kearns | 0.2 | Reviewed recovery waterfall scenarios requested by Counsel. |
| 5/7/2018 | Z. Mainzer | 2.9 | Developed unsecured claim recovery analysis for presentation to Unsecured Creditor Committee. |
| 5/7/2018 | R. Wright | 2.9 | Prepared an analysis for the Committee re: recovery analysis scenarios. |
| 5/7/2018 | Z. Mainzer | 2.9 | Updated presentation to Unsecured Creditors Committee with adjustments requested by Counsel. |
| 5/7/2018 | Z. Mainzer | 2.4 | Continued to develop unsecured claim recovery analysis for presentation to Unsecured Creditor Committee. |
| 5/7/2018 | Z. Mainzer | 1.3 | Continued to update presentation to Unsecured Creditors Committee with adjustments requested by Counsel. |
| 5/7/2018 | R. Wright | 0.8 | Continued to prepare an analysis for the Committee re: recovery analysis scenarios. |
| 5/7/2018 | R. Wright | 0.6 | Participated in a call with Milbank (L. Doyle) re: recovery analysis. |
| 5/7/2018 | C. Kearns | 0.5 | Reviewed analyses for Committee re: claims update and potential recovery scenarios. |
| 5/8/2018 | R. Wright | 2.9 | Prepared an analysis for the Committee re: recovery analysis scenarios. |
| 5/8/2018 | Z. Mainzer | 2.2 | Updated recovery analysis presentation to Unsecured Creditors Committee with additional changes requested by Counsel. |
| 5/8/2018 | Z. Mainzer | 1.9 | Updated historical dividend analysis as requested by Counsel. |
| 5/8/2018 | R. Wright | 1.1 | Continued to prepare an analysis for the Committee re: recovery analysis scenarios. |
| 5/8/2018 | R. Wright | 0.8 | Participated in a call with a creditor (PBGC) and Milbank (L. Doyle) re: recovery analysis. |
| 5/8/2018 | Z. Mainzer | 0.7 | Updated presentation to unsecured creditors with adjustments to recovery scenarios. |
| 5/9/2018 | R. Wright | 1.5 | Prepared a standalone recovery analysis for M&G Resins. |
| 5/9/2018 | Z. Mainzer | 1.3 | Updated secured claims matrix to account for additional filed tax claims against Resins. |
| 5/9/2018 | D. Galfus | 1.2 | Analyzed BRG's updated recovery model. |
| 5/9/2018 | R. Wright | 1.2 | Participated in a call with a creditor (ICBC) and Milbank (B. Kinney) re: recovery analysis. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/9/2018 | Z. Mainzer | 1.2 | Updated SubCon analysis in preparation for call with Counsel for Resins. |
| 5/9/2018 | C. Kearns | 0.5 | Reviewed questions/ issues raised by individual Committee members regarding recovery waterfall scenarios. |
| 5/10/2018 | Z. Mainzer | 2.9 | Developed standalone recovery scenarios based on different proceeds for the Resins entity at the request of Counsel. |
| 5/10/2018 | R. Wright | 2.7 | Prepared a standalone recovery analysis for M&G Resins. |
| 5/10/2018 | Z. Mainzer | 1.4 | Updated Resins standalone recovery scenarios analysis with adjustments as requested by Counsel. |
| 5/10/2018 | R. Wright | 0.3 | Participated in a call with Milbank (P. Springer) re: M&G Resins standalone recovery analysis. |
| 5/11/2018 | Z. Mainzer | 2.9 | Updated unsecured creditor recovery analysis with additional scenario adjustments as requested by Counsel. |
| 5/11/2018 | D. Galfus | 1.1 | Reviewed additional recovery scenarios for Counsel. |
| 5/11/2018 | R. Wright | 0.8 | Updated SubCon analysis based on comments from Counsel. |
| 5/11/2018 | Z. Mainzer | 0.7 | Continued to update unsecured creditor recovery analysis with additional scenario adjustments as requested by Counsel. |
| 5/11/2018 | R. Wright | 0.1 | Participated in a call with Milbank (P. Springer) re: SubCon. |
| 5/14/2018 | Z. Mainzer | 1.4 | Reviewed SubCon recovery analysis for accurate claim scenario information at the request of Counsel. |
| 5/14/2018 | C. Kearns | 0.4 | Reviewed analyses requested by individual Committee members re: possible recovery scenarios. |
| 5/15/2018 | Z. Mainzer | 1.9 | Updated recovery analysis with adjustments to Resins scenarios as requested by Counsel. |
| 5/15/2018 | R. Wright | 0.9 | Updated Resins standalone recovery analysis based on comments from Counsel. |
| 5/15/2018 | C. Kearns | 0.4 | Reviewed additional waterfall analyses requested by Counsel for various possible stand - alone and SubCon scenarios. |
| 5/16/2018 | Z. Mainzer | 1.1 | Updated recovery analysis for Resins standalone scenario, at the request of Counsel. |
| 5/17/2018 | Z. Mainzer | 2.9 | Updated unsecured creditor recovery analysis model with adjustments for additional scenarios. |
| 5/17/2018 | R. Wright | 1.8 | Updated SubCon analysis based on Brazil settlement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 5/17/2018 | Z. Mainzer | 1.7 | Continued to update unsecured creditor recovery analysis model with adjustments for additional scenarios. |
| 5/18/2018 | Z. Mainzer | 2.9 | Created recovery analysis for unsecured creditors based on proposed Luxembourg entity settlement at the request of Counsel. |
| 5/18/2018 | Z. Mainzer | 1.3 | Continued to create recovery analysis for unsecured creditors, based on proposed Luxembourg entity settlement, at the request of Counsel. |
| 5/18/2018 | R. Wright | 0.6 | Updated SubCon analysis based on Brazil settlement. |
| 5/22/2018 | Z. Mainzer | 2.9 | Developed additional recovery scenarios for the proposed Brazil settlement at the request of Counsel. |
| 5/22/2018 | Z. Mainzer | 2.2 | Continued to develop additional recovery scenarios, for the proposed Brazil settlement, at the request of Counsel. |
| 5/22/2018 | R. Wright | 2.0 | Prepared an analysis re: Brazil settlement recoveries. |
| 5/22/2018 | D. Galfus | 0.6 | Reviewed various changes to the recovery model prepared by BRG. |
| 5/23/2018 | Z. Mainzer | 2.9 | Updated unsecured creditor recovery analysis incorporating additional scenarios based on proposed Brazil settlement. |
| 5/23/2018 | Z. Mainzer | 1.9 | Continued to update unsecured creditor recovery analysis incorporating additional scenarios based on proposed Brazil settlement. |
| 5/23/2018 | R. Wright | 1.4 | Prepared an analysis re: Brazil settlement recoveries. |
| 5/24/2018 | Z. Mainzer | 2.9 | Updated unsecured creditor recovery analysis incorporating additional scenarios based on proposed Brazil settlement. |
| 5/24/2018 | Z. Mainzer | 1.6 | Continued to update unsecured creditor recovery analysis incorporating additional scenarios based on proposed Brazil settlement. |
| 5/29/2018 | Z. Mainzer | 1.6 | Updated unsecured creditor recovery analysis with additional scenario information based on proposed Luxembourg entity settlement. |
| 5/29/2018 | D. Galfus | 0.9 | Analyzed impact on recoveries based on certain hypothetical situations. |
| 5/30/2018 | Z. Mainzer | 2.8 | Updated unsecured creditor recovery analysis with additional scenarios for the Brazil settlement at the request of Counsel. |
| 5/31/2018 | Z. Mainzer | 2.9 | Updated M&G advisor monthly fee analysis in order to correctly allocate to Luxembourg entities. |
| 5/31/2018 | Z. Mainzer | 1.4 | Continued to update M&G advisor monthly fee analysis in order to correctly allocate to Luxembourg entities. |
| **Task Code Total Hours** | | **150.4** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 5/1/2018 | R. Wright | 2.5 | Refined claim base estimates. |
| 5/1/2018 | Z. Mainzer | 0.8 | Updated unsecured claims analysis model following update call with Debtor advisers. |
| 5/1/2018 | R. Wright | 0.5 | Participated in a call with A&M (D. Stogsdill) re: claims. |
| 5/1/2018 | D. Galfus | 0.5 | Participated in a call with D. Stogsdill, A&M, re: claim filings. |
| 5/2/2018 | Z. Mainzer | 2.3 | Updated analysis of total unsecured claims incorporating additional recovery scenarios requested by Counsel. |
| 5/2/2018 | R. Wright | 2.0 | Refined claim base estimates. |
| 5/2/2018 | D. Galfus | 0.6 | Analyzed the unsecured claims data from filings. |
| 5/3/2018 | Z. Mainzer | 1.8 | Developed claim recovery due diligence question list at the request of Counsel. |
| 5/3/2018 | R. Wright | 1.7 | Refined claim base estimates. |
| 5/3/2018 | D. Galfus | 1.3 | Analyzed certain of the unsecured claim filings which require further reconciliation. |
| 5/3/2018 | Z. Mainzer | 0.8 | Created additional claim analysis incorporating most recent filed secured claims. |
| 5/3/2018 | Z. Mainzer | 0.6 | Reviewed filed Comerica claim against the Debtors to determine value within recovery analysis. |
| 5/4/2018 | D. Galfus | 1.7 | Analyzed unsecured claims data which are inconsistent with scheduled amounts. |
| 5/9/2018 | D. Galfus | 0.8 | Evaluated litigation claims filed in the estate. |
| 5/9/2018 | Z. Mainzer | 0.6 | Updated guarantor matrix in claims analysis to account for trade claims that were duplicated. |
| 5/9/2018 | Z. Mainzer | 0.4 | Reviewed Unicredit unsecured claim to determine viability for guarantor matrix. |
| 5/11/2018 | D. Galfus | 0.6 | Reviewed the claims related data. |
| 5/14/2018 | R. Wright | 1.5 | Reviewed updated claims analysis from A&M. |
| 5/14/2018 | D. Galfus | 0.5 | Analyzed the claims data from the Debtors. |
| 5/14/2018 | R. Wright | 0.3 | Participated in a call with A&M (D. Stogsdill) re: claims. |
| 5/14/2018 | D. Galfus | 0.3 | Participated in a call with the Debtors advisors (B. Corio) re: claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 5/15/2018 | R. Wright | 0.1 | Participated in a call with Milbank (B. Kinney) re: claims. |
| 5/16/2018 | Z. Mainzer | 1.6 | Developed bullet point list for A&M detailing adjustments to all claims. |
| 5/16/2018 | R. Wright | 1.4 | Prepared key claim points for A&M. |
| 5/16/2018 | R. Wright | 0.4 | Prepared claim update for Counsel. |
| 5/17/2018 | R. Wright | 0.8 | Updated claims database re: Brazil settlement. |
| 5/18/2018 | R. Wright | 0.5 | Updated claims database re: Brazil settlement. |
| 5/21/2018 | D. Galfus | 0.8 | Reviewed the Debtors' claims data for incorporation in the recovery model. |
| 5/22/2018 | R. Wright | 0.8 | Analyzed claim base re: proposed settlement of Polymers post-retirement claims. |
| 5/22/2018 | D. Galfus | 0.7 | Analyzed claims data in the Debtors' estate for incorporation in the recovery model. |
| 5/23/2018 | Z. Mainzer | 2.9 | Developed claims analysis for Luxembourg entity claims to determine effect on unsecured creditor recoveries at the request of Counsel. |
| 5/23/2018 | R. Wright | 1.2 | Reviewed updated claims analysis from A&M in preparation for call with A&M. |
| 5/23/2018 | D. Galfus | 1.1 | Analyzed updated claims data from the Debtors for incorporation in the recovery model. |
| 5/23/2018 | Z. Mainzer | 0.7 | Continued to develop claims analysis for Luxembourg entity claims, to determine effect on unsecured creditor recoveries, at the request of Counsel. |
| 5/23/2018 | D. Galfus | 0.5 | Participated in a call with AM (B. Corio) re: claims update. |
| 5/23/2018 | R. Wright | 0.4 | Participated in a call with A&M (B. Corio) re: claims. |
| 5/24/2018 | Z. Mainzer | 2.9 | Updated analysis of Luxembourg entity claims incorporating additional claim detail at the request of Counsel. |
| 5/24/2018 | Z. Mainzer | 0.4 | Continued to update analysis of Luxembourg entity claims incorporating additional claim detail at the request of Counsel. |
| 5/25/2018 | Z. Mainzer | 2.9 | Updated analysis of LuxCo entity claims to determine likelihood of relevance and expunged. |
| 5/25/2018 | Z. Mainzer | 1.9 | Continued to update analysis of LuxCo entity claims and expunged. |
| 5/25/2018 | R. Wright | 0.8 | Summarized claims reconciliation process in an email for Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 5/25/2018 | R. Wright | 0.4 | Reviewed Corpus Christi sale APA re: potential tax liability claim. |
| 5/29/2018 | Z. Mainzer | 1.9 | Updated DAK affiliates claim analysis incorporating information from bid support term sheet. |
| 5/29/2018 | Z. Mainzer | 1.1 | Updated Luxembourg entity claim analysis removing duplicate claim information at the request of Counsel. |
| 5/30/2018 | Z. Mainzer | 2.1 | Updated Luxembourg entity claim analysis with additional claim information at the request of Counsel. |
| 5/30/2018 | D. Galfus | 1.4 | Analyzed certain of the Debtors claims. |
| 5/31/2018 | D. Galfus | 0.8 | Analyzed certain of the Debtors claims. |
| **Task Code Total Hours** | | **52.6** | |
| **13. Intercompany Transactions/Balances** | | | |
| 5/3/2018 | Z. Mainzer | 1.1 | Updated intercompany analysis for additional Brazil entity receivable information. |
| 5/10/2018 | Z. Mainzer | 2.3 | Updated intercompany matrix model with updated payables prior to call with Debtors. |
| 5/14/2018 | Z. Mainzer | 2.7 | Updated intercompany claims matrix analysis with additional information upon receipt of latest numbers from Debtors. |
| 5/16/2018 | Z. Mainzer | 1.4 | Reviewed intercompany analysis matrix for duplicate claims to adjust recovery scenarios. |
| 5/29/2018 | D. Galfus | 1.1 | Analyzed intercompany claims. |
| 5/30/2018 | Z. Mainzer | 1.7 | Updated intercompany matrix analysis incorporating DAK subsidiary claim information. |
| 5/30/2018 | D. Galfus | 1.1 | Reviewed certain proposed intercompany settlements with the Debtors. |
| 5/31/2018 | D. Galfus | 1.8 | Analyzed certain proposed intercompany settlements with the Debtors. |
| **Task Code Total Hours** | | **13.2** | |
| **17. Analysis of Historical Results** | | | |
| 5/1/2018 | A. Soltesz | 0.7 | Reviewed previous document requests and status. |
| 5/1/2018 | B. Wolf | 0.4 | Assisted with review of Milbank letter on document requests. |
| 5/1/2018 | A. Soltesz | 0.4 | Communicated with team members re: status of document requests. |
| 5/3/2018 | R. Wright | 1.5 | Reviewed construction request response from A&M. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **17. Analysis of Historical Results** | | | |
| 5/8/2018 | R. Cohen | 0.6 | Researched financials of M&G Chemicals for information on dividends they issued. |
| 5/8/2018 | R. Cohen | 0.5 | Prepared a schedule of PIK dividends. |
| 5/9/2018 | R. Wright | 1.6 | Participated in a call with Milbank (J. Jao) re: construction requests. |
| 5/9/2018 | R. Wright | 0.8 | Reviewed construction files related to document requests. |
| 5/10/2018 | R. Wright | 2.1 | Reviewed construction files related to document requests. |
| 5/10/2018 | R. Wright | 0.7 | Drafted a letter to the Debtors related to document requests. |
| 5/10/2018 | A. Soltesz | 0.7 | Prepared further clarifications for UCC's request for documents. |
| 5/11/2018 | R. Wright | 2.8 | Reviewed construction files related to document requests. |
| 5/11/2018 | R. Wright | 0.4 | Drafted a letter to the Debtors related to document requests. |
| 5/14/2018 | R. Wright | 2.4 | Reviewed construction files related to document requests. |
| 5/14/2018 | R. Wright | 0.6 | Drafted a letter to the Debtors related to document requests. |
| 5/15/2018 | R. Wright | 2.9 | Reviewed construction files related to document requests. |
| 5/15/2018 | R. Wright | 1.3 | Continued to review construction files related to document requests. |
| 5/15/2018 | R. Wright | 0.5 | Drafted a letter to the Debtors related to document requests. |
| 5/16/2018 | R. Wright | 2.9 | Reviewed construction files related to document requests. |
| 5/16/2018 | A. Soltesz | 1.8 | Reviewed construction documents for completeness. |
| 5/16/2018 | R. Wright | 1.3 | Continued to review construction files related to document requests. |
| 5/16/2018 | A. Soltesz | 1.1 | Development outline of construction documents in dataroom. |
| 5/17/2018 | A. Soltesz | 2.4 | Reviewed new documents provided by the Debtors. |
| 5/17/2018 | R. Wright | 2.2 | Reviewed construction docs re: open requests. |
| 5/17/2018 | A. Soltesz | 2.1 | Reviewed construction documents uploaded to the FTP site. |
| 5/17/2018 | A. Soltesz | 1.2 | Continued reviewing new documents provided by the Debtors. |
| 5/17/2018 | A. Soltesz | 1.0 | Continued reviewing construction documents uploaded to the FTP site. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **17. Analysis of Historical Results** | | | |
| 5/17/2018 | B. Wolf | 0.7 | Reviewed new documents from the data room. |
| 5/18/2018 | A. Soltesz | 2.9 | Reviewed additional documentation for content of the monthly project reports. |
| 5/18/2018 | R. Wright | 2.6 | Reviewed construction docs re: open requests. |
| 5/18/2018 | A. Soltesz | 2.5 | Prepared a schedule of missing construction documents based on review of the data room. |
| 5/18/2018 | A. Soltesz | 1.7 | Reviewed additional documentation for construction project management schedules. |
| 5/18/2018 | B. Wolf | 1.0 | Assisted in the development of the Supplemental Construction Requests letter. |
| 5/18/2018 | A. Soltesz | 0.9 | Continued preparing a schedule of missing construction documents based on review of the data room. |
| 5/18/2018 | R. Wright | 0.6 | Drafted letter re: open construction requests. |
| 5/19/2018 | A. Soltesz | 1.3 | Reviewed data request review response. |
| 5/21/2018 | R. Wright | 2.4 | Reviewed construction docs re: open requests. |
| 5/21/2018 | A. Soltesz | 1.6 | Edited response re: missing construction documents. |
| 5/21/2018 | R. Wright | 1.0 | Drafted letter re: open construction requests. |
| 5/21/2018 | B. Wolf | 0.9 | Assisted in the development of the Supplemental Construction Requests letter. |
| 5/22/2018 | A. Soltesz | 0.8 | Finalized interim data review. |
| 5/22/2018 | M. Little | 0.3 | Coordinated review of construction documents received. |
| 5/24/2018 | D. Galfus | 1.3 | Analyzed administrative costs incurred on a individual Debtor basis for Counsel. |
| 5/25/2018 | D. Galfus | 1.1 | Analyzed certain administrative costs incurred by the certain Debtor entities during the case. |
| 5/30/2018 | R. Cohen | 0.4 | Prepared a schedule of expenses for Jones Day for the period of October 31, 2017 to April 30, 2018. |
| 5/31/2018 | R. Wright | 0.8 | Updated letter to D. Stogsdill re: construction requests. |
| **Task Code Total Hours** | | **61.7** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 5/17/2018 | R. Wright | 1.2 | Analyzed March MOR re: liquidity. |
| 5/17/2018 | R. Wright | 0.5 | Reviewed cash flow forecast update re: liquidity. |
| *Task Code Total Hours* | | *1.7* | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 5/1/2018 | R. Wright | 2.9 | Developed an analysis to evaluate the Brazil settlement proposal. |
| 5/1/2018 | R. Wright | 1.1 | Continued to develop an analysis to evaluate the Brazil settlement proposal. |
| 5/1/2018 | R. Wright | 0.5 | Participated in a call with Milbank (L. Doyle) re: Brazil settlement. |
| 5/1/2018 | C. Kearns | 0.5 | Reviewed issues re: potential Brazil settlement. |
| 5/2/2018 | R. Wright | 1.2 | Participated in a call with the Committee re: Brazil settlement. |
| 5/2/2018 | R. Wright | 1.0 | Developed an analysis to evaluate the Brazil settlement proposal. |
| 5/3/2018 | R. Wright | 1.5 | Developed an analysis to evaluate the Brazil settlement proposal. |
| 5/3/2018 | C. Kearns | 0.5 | Reviewed analyses of possible scenarios requested by Counsel re: Brazil. |
| 5/4/2018 | C. Kearns | 0.2 | Emailed with Counsel re: proposed Brazil settlement. |
| 5/8/2018 | R. Wright | 1.3 | Prepared an analysis of dividends paid in kind re: Brazil settlement. |
| 5/9/2018 | R. Wright | 1.6 | Prepared an analysis for Counsel re: Brazil settlement. |
| 5/9/2018 | D. Galfus | 1.3 | Participated in a call with Counsel (L. Doyle) and a Committee member re: the Plan process. |
| 5/10/2018 | R. Wright | 0.4 | Participated in a call with Cole Schotz (D. Geoghan) re: potential Brazil settlement. |
| 5/10/2018 | R. Wright | 0.3 | Participated in a call with Cole Schotz (D. Geoghan) and a creditor (PBGC) re: potential Brazil settlement. |
| 5/14/2018 | R. Wright | 0.7 | Participated in a call with Cole Schotz (D. Geoghan) re: Brazil settlement. |
| 5/14/2018 | R. Wright | 0.7 | Reviewed documents re: Brazil proposed settlement. |
| 5/15/2018 | R. Wright | 1.2 | Reviewed documents re: Brazil proposed settlement. |
| 5/15/2018 | D. Galfus | 0.4 | Reviewed discovery information for the settlement with Brazil. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 5/15/2018 | C. Kearns | 0.3 | Reviewed memo from Counsel re: status of Brazil settlement and UCC objection. |
| 5/17/2018 | C. Kearns | 0.2 | Reviewed emails from Counsel re: resolution of Brazil settlement issues. |
| 5/18/2018 | R. Wright | 1.8 | Prepared an analysis re: potential settlement with Luxembourg Debtors. |
| 5/18/2018 | R. Wright | 0.5 | Participated in a call with Milbank (B. Kinney) re: Luxembourg Debtors. |
| 5/21/2018 | R. Wright | 1.5 | Prepared an analysis re: potential settlement with Luxembourg Debtors. |
| 5/21/2018 | D. Galfus | 0.5 | Reviewed the Debtors' retiree claim settlement. |
| 5/21/2018 | R. Wright | 0.1 | Participated in a call with Milbank (B. Kinney) re: Pension settlement. |
| 5/22/2018 | R. Wright | 2.5 | Prepared an analysis re: potential settlement with Luxembourg Debtors. |
| 5/23/2018 | R. Wright | 2.9 | Prepared an analysis re: potential settlement with Luxembourg Debtors. |
| 5/23/2018 | R. Wright | 1.3 | Continued to prepare an analysis re: potential settlement with Luxembourg Debtors. |
| 5/24/2018 | R. Wright | 2.9 | Prepared an analysis re: potential settlement with Luxembourg Debtors. |
| 5/24/2018 | R. Wright | 2.7 | Continued to prepare an analysis re: potential settlement with Luxembourg Debtors. |
| 5/25/2018 | R. Wright | 2.6 | Prepared an analysis re: potential settlement with Luxembourg Debtors. |
| 5/29/2018 | R. Wright | 2.1 | Updated analysis re: potential settlement with Luxembourg Debtors based on comments from Milbank. |
| 5/30/2018 | R. Wright | 2.9 | Updated analysis re: potential settlement with Luxembourg Debtors based on comments from Milbank. |
| 5/30/2018 | R. Wright | 2.4 | Prepared an analysis of professional fees re: potential settlement with Luxembourg entities. |
| 5/31/2018 | R. Wright | 2.9 | Prepared an analysis of professional fees re: potential settlement with Luxembourg entities. |
| 5/31/2018 | R. Wright | 2.3 | Continued to prepare an analysis of professional fees re: potential settlement with Luxembourg entities. |
| 5/31/2018 | Z. Mainzer | 2.1 | Developed fee allocation analysis for Luxembourg entities based on Brazil settlement. |
| **Task Code Total Hours** | | **51.8** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **31. Planning** | | | |
| 5/4/2018 | D. Galfus | 0.5 | Prepared BRG's updated work plan and related staffing. |
| 5/31/2018 | D. Galfus | 0.3 | Reviewed BRG fees in the case. |
| **Task Code Total Hours** | | **0.8** | |
| **Total Hours** | | **359.8** | |

**M & G USA Corporation, et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**

For the Period 5/1/2018 through 5/31/2018



| Date | Professional | Amount | Description |
|---|---|---|---|
| **11. Telephone, Fax and Internet** | | | |
| 5/1/2018 | M. Dansky | $4.99 | WiFi on flight for MG Bankruptcy travel on 12/4/2017. |
| *Expense Category Total* | | *$4.99* | |
| **14. Express Messenger/Shipping** | | | |
| 5/31/2018 | BRG Direct | $63.25 | FedEx - Express Messenger/Shipping charges. |
| *Expense Category Total* | | *$63.25* | |
| **Total Expenses** | | **$68.24** | |

Berkeley Research Group, LLC
Invoice for the 5/1/2018 - 5/31/2018 Period