## **EXHIBIT A**

# CRAIN, CATON & JAMES

**A PROFESSIONAL CORPORATION**
**1401 MCKINNEY, 17TH FLOOR**
**FIVE HOUSTON CENTER**
**HOUSTON, TEXAS 77010-4035**
**(713) 658-2323**
**FAX (713) 658-1921**

July 5, 2018                                                                                                          Invoice 1191210

M&G Resins USA, LLC, et al
450 Gears Road, Suite 240
Houston, Texas 77067

For legal services rendered for the period June 1 through June 30, 2018

|  | Hours | Fees |
|---|---:|---:|
| Case Administration | 0.00 | 0.00 |
| Employment and Fee Application | 18.90 | 7,304.00 |
| Lienholder Claims | 154.20 | 78,361.00 |
| Litigation/Arbitration | 6.40 | 3,105.00 |
| Real Estate Agreements and Related Port and Construction Agreements | 0.00 | 0.00 |
| Nonworking Travel | 0.00 | 0.00 |
| Fee |  | 88,770.00 |
|  |  |  |
| Less 50% Non-Working Travel |  | - |
|  |  |  |
| Total Fees |  | 88,770.00 |
| Total Disbursements & Charges |  | 6.71 |
|  |  |  |
| **Total** |  | **88,776.71** |

M&G Resins USA, LLC, et al.

FEE SUMMARY - June, 2018

| Timekeeper Name | Title | Bar Year | Billing Rate | Billed Hours | Total Fees |
|---|---|---|---|---|---|
| J. Davis | SHAREHOLDER | 2002 | 550.00 | 86.70 | 47,685.00 |
| C. Kollenberg | SHAREHOLDER | 1976 | 560.00 | 19.20 | 10,752.00 |
| A. Kotch | SHAREHOLDER | 1981 | 500.00 | 1.70 | 850.00 |
| M. Riseden | SHAREHOLDER | 2003 | 500.00 | 49.60 | 24,800.00 |
| TOTAL | | | | 157.20 | 84,087.00 |
| M. Hartman | PARALEGAL | N/A | 210.00 | 22.30 | 4,683.00 |
| TOTAL | | | | 22.30 | 4,683.00 |
| Fees | | | | 179.50 | 88,770.00 |
| Less 50% Nonworking Travel | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL FEES** | | | | USD | **88,770.00** |

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 06/04/18 | MMR | Communications with J. Mulvihill (Pachulski) regarding certificate of no objection for Crain Caton's sixth fee application (.2); review draft certificate of no objection and send comments on the same to J. Mulvihill (Pachulski) (.2); review time entries for Crain Caton's seventh monthly fee application (.3). | 0.7 | 350.00 |
| 06/05/18 | MH | Review May time entries for Crain Caton & James seventh fee application (.4); prepare draft of Crain Caton & James seventh monthly fee application (1.1). | 1.5 | 315.00 |
| 06/06/18 | MH | Review May time entries for Crain Caton & James seventh fee application (.1); finalize draft of Crain Caton & James seventh monthly fee application (.8). | 0.9 | 189.00 |
| 06/06/18 | MMR | Review time entries for Crain Caton's 7th fee application (.2). | 0.2 | 100.00 |
| 06/07/18 | MH | Finalize draft of Crain Caton & James seventh monthly fee application (.4). | 0.4 | 84.00 |
| 06/07/18 | MMR | Review draft Crain Caton seventh monthly fee application (.9); assist with finalizing the same (.4); communications with J. Mulvihill (Pachulski) for filing the same (.3). | 1.6 | 800.00 |
| 06/12/18 | MH | Review June time entries for Crain Caton & James eighth application (.2); make adjustments to Crain Caton & James second interim application (2.3). | 2.5 | 525.00 |
| 06/12/18 | MMR | Work on revising and finalizing draft of Crain Caton's second interim application (4.1); communications to P. Saba and S. Corr-Irvine (Jones Day) concerning second interim fee application for Crain Caton (.4). | 4.5 | 2250.00 |
| 06/13/18 | MH | Make adjustments to Crain Caton & James second interim application (.4). | 0.4 | 84.00 |
| 06/13/18 | MMR | Communications with P. Saba (Jones Day) concerning Crain Caton's 2nd interim application (.3); revise and finalize Crain Caton's 2nd interim application (1.4). | 1.7 | 850.00 |
| 06/14/18 | MMR | Send Crain Caton's second interim application to J. Mulvihill (Pachulski) for filing (.2). | 0.2 | 100.00 |
| 06/14/18 | ABK | Review June time entries for Crain, Caton & James's eighth fee application (.6) | 0.6 | 300.00 |
| 06/19/18 | MH | Review June time entries for Crain Caton & James eighth fee application (.3). | 0.3 | 63.00 |
| 06/22/18 | ABK | Review June time entries for Crain Caton & James eighth fee application (.5). | 0.5 | 250.00 |
| 06/27/18 | MH | Review June time entries for Crain Caton & James eighth application (.2); meet with M. Riseden regarding June time entries for Crain Caton & James eighth application (.7). | 0.9 | 189.00 |
| 06/27/18 | MMR | Meet with M. Hartman to review June time entries for Crain Caton's eighth fee application (.7). | 0.7 | 350.00 |
| 06/28/18 | MH | Review June time entries for Crain Caton & James eighth application (.5). | 0.5 | 105.00 |
| 06/29/18 | MMR | Review certificate of no objection from J. Mulvihill (Pachulski) (.1); reply to the same (.1). | 0.2 | 100.00 |
| 06/29/18 | ABK | Review June time entries for Crain Caton & James eighth fee application (.6). | 0.6 | 300.00 |
| | | | **Total Fees** | **7,304.00** |

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 06/01/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1). | 0.1 | 21.00 |
| 06/01/18 | JLD | Receipt and analysis of certain lienholder retention claims and amounts (.7); communications with M. Fenoglio (Debtor) as to certain lienholders claims, and work performed (.9); receipt and analysis of Purchaser team issues with settlement stipulation template (.8); prepare comments to same (.6). | 3.0 | 1,650.00 |
| 06/01/18 | MMR | Review recent pleadings filed in the bankruptcy related to potential lienholder issues (.2). | 0.2 | 100.00 |
| 06/04/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 06/04/18 | JLD | Communications with M. Fenoglio (Debtor) as to various lienholder claim matters and settlement amounts (.8); analysis of Purchaser team comments and issues with lienholder settlement stipulation agreement terms (.9); communications with M. Daher and P. Losa (Debtors) as to certain lien claim disputes and retainage (1.3); prepare responses to certain lienholders as to settlement terms and timing (.6). | 3.6 | 1,980.00 |
| 06/04/18 | MMR | Communications with P. Losa (Debtor) concerning potential claim (.2). | 0.2 | 100.00 |
| 06/04/18 | CHK | Review proposed settlement of labor cases (.3) | 0.3 | 168.00 |
| 06/05/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 06/05/18 | JLD | Communications with various lienholders as to documents supporting lien claims and quality control (.9); communications with M. Fenoglio and M. Daher (Debtors) as to responses to Purchaser team on lien claim analysis (.6); analysis of certain lienholder claim demands for settlement and updates to priority chart (1.4). | 2.9 | 1,595.00 |
| 06/05/18 | MMR | Conference with H. Kollenberg concerning status and settlements (.2); communications with D. Merrett (Jones Day) concerning labor lawsuits (.3). | 0.5 | 250.00 |
| 06/05/18 | CHK | Conference with M. Riseden concerning status and settlements (.2). | 0.2 | 112.00 |
| 06/06/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1). | 0.1 | 21.00 |
| 06/06/18 | JLD | Participate in conference call with M. Fenoglio and P. Losa (Debtors), S. Taylor (A&M), and Purchaser Team as to lienholder claims analysis, settlement agreement terms, and amounts (1.8); communications with M. Fenoglio and M. Daher (Debtors) as to certain lienholder invoicing and retainage (1.3); prepare comments to the proposed lienholder settlement stipulation agreement (.8); communications with certain lienholder attorneys as to lien claim backup and invoices (.7). | 4.6 | 2,530.00 |
| 06/07/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 06/07/18 | JLD | Communications with M. Fenoglio and M. Daher (Debtors) as to lienholder claim analysis matters (.7); prepare responses to various lienholder attorneys as to lien settlement matters and options (.9); analysis of purchaser comments to lien holder settlement stipulation (1.4). | 3.0 | 1,650.00 |
| 06/07/18 | MMR | Telephone conference with lienholder counsel (.2). | 0.2 | 100.00 |
| 06/08/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3) | 0.3 | 63.00 |
| 06/09/18 | MMR | Review email from particular lienholder and reply to the same (.1). | 0.1 | 50.00 |
| 06/11/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2); receipt and review of documents from Debtors (.3). | 0.5 | 105.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/11/18 | MMR | Conference with H. Kollenberg and J. Davis (.5); review correspondence from D. Merrett (Jones Day) regarding lienholder matters (.3); review recent bankruptcy pleadings related to lienholder matters (.4); review communications from J. Davis regarding upcoming call concerning liens (.2); communications to P. Losa (Debtor) and J. Davis concerning scheduling call concerning particular claimant (.2). | 1.6 | 800.00 |
| 06/11/18 | CHK | Conference with J. Davis and M. Riseden regarding settlement status (.5). | 0.5 | 280.00 |
| 06/11/18 | JLD | Communications with M. Fenoglio, P. Losa, and A. Saporiti (Debtors) as to various lienholder invoice reconciliation matters (1.3); analysis of various lienholder claims and payment history (1.9); prepare summary emails to Debtor team as to various lienholder claims and settlement options (1.6); communications with D. Merrett (Jones Day) and M. Fenoglio (Debtor) as to lienholder settlement stipulation agreement terms (.4); communications with certain lienholder attorneys to discuss backup and related documents for purchase orders or invoices (.8); analysis of particular lienholder construction contract terms and payment agreements and lien claim and communications with J. Shea (Debtor) (1.4); discussion with H. Kollenberg and M. Riseden as to various lienholder settlement options (.5). | 7.9 | 4,345.00 |
| 06/12/18 | MMR | Communications to D. Merrett (Jones Day) concerning lienholder matter (.1); communications with P. Losa (Debtor) concerning call (.2); prepare for call with P. Losa (Debtor) and J. Davis concerning particular claimant (.2); telephone conference with P. Losa (Debtor) and J. Davis concerning particular claimant (.4); conference with J. Davis concerning lien reconciliations (.2). | 1.1 | 550.00 |
| 06/12/18 | JLD | Analysis of various lienholder invoices, claims, and contracts (1.3); prepare summary emails as to various lien claim reconciliation to Debtor team (1.7); communications with M. Fenoglio, M. Daher, and A. Saporiti (Debtors) as to lienholder reconciliation and invoicing matters (.8); communications with certain lienholder attorneys as to back-up for claims, and settlement matters (1.9); telephone conference with P. Losa (Debtor) and M. Riseden as to certain lienholder claims and defenses (.4); conference with M. Riseden concerning lien reconciliations (.2). | 6.3 | 3,465.00 |
| 06/13/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 06/13/18 | MMR | Participate in conference call with M. Fenoglio and P. Losa (Debtors), J. Davis, S. Taylor (A&M), and Purchaser Team concerning liens (2.4); conference with H. Kollenberg (.3); review communications from M. Fenoglio (Debtor) (.3). | 3.0 | 1,500.00 |
| 06/13/18 | JLD | Participate in telephone conference with M. Fenoglio and P. Losa (Debtor), S. Taylor (A&M), M. Riseden and Purchaser JV Team as to liens (2.4); research and analysis of various lienholder claim matters and basis for settlement amounts (2.0); receipt and analysis of updated settlement stipulation agreement template with Purchaser Team approvals and comments (.8); communications with M. Fenoglio (Debtor) as to lien negotiations (.4). | 5.6 | 3,080.00 |
| 06/13/18 | CHK | Review emails regarding settlement status and progress (.4); conference with M. Riseden regarding settlement status (.3); review revisions to settlement agreement (.2). | 0.9 | 504.00 |
| 06/14/18 | MMR | Return call to A. Messa (Phelps Dunbar) concerning specific lienholder (.2); meet with M. Fenoglio (Debtor), T. Sherman (A&M), J. Davis, and H. Kollenberg concerning liens (1.7); prepare for the same (.3). | 2.2 | 1,100.00 |
| 06/14/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.4). | 0.4 | 84.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/14/18 | CHK | Preparation for meeting on settlement status (1.2); conference with T. Sherman (A&M), M. Fenolio (Debtor); M. Riseden, J. Davis, regarding settlement status and progress (1.7). | 2.9 | 1,624.00 |
| 06/14/18 | JLD | Meeting with M. Fenoglio (Debtor), S. Taylor (A&M), M. Riseden and H. Kollenberg to discuss lienholder settlement matters, lien reconciliations, settlement agreement terms (1.7); analysis of particular lienhodler claim matters and invoice history and settlement matters (1.2); communications with M. Fenoglio (Debtor) and T. Sherman (A&M) as to various lienholder claims and settlement range (.7); preparation of summaries of certain lienholder claim issues (1.6). | 5.2 | 2,860.00 |
| 06/15/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3); locate particular lienholder documents and information requested by Debtors and A&M (1.3). | 1.6 | 336.00 |
| 06/15/18 | JLD | Communications with M. Fenoglio (Debtor) and T. Sherman (A&M) and debtor team as to various lienholder invoices, documents, and lien reconciliation matters (.9); prepare summaries as to certain lienholder claims and status of settlement (1.4); preparation of settlement stipulation agreement for certain lienholders to send out for negotiations (1.7); analysis of lienholder chart as to settlement amounts and analysis of reserve motion (.8). | 4.8 | 2,640.00 |
| 06/18/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3); receipt and review of documents provided by Debtor (.2); prepare draft Settlement Stipulation Agreements for particular lienholders as requested (.7). | 1.2 | 252.00 |
| 06/18/18 | MMR | Telephone conference with A. Messa (Phelps Dunbar) regarding specific lien claim (.2); review correspondence from M. Fenoglio and P. Losa (Debtors) concerning lienholder matters (.4); review notices of bankruptcy filings pertaining to lienholder matters (.3); communications with M. Fenoglio (Debtor) concerning particular lienholder (.2). | 1.1 | 550.00 |
| 06/19/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); receipt and review of documents provided by Debtor (.3). | 0.4 | 84.00 |
| 06/19/18 | MMR | Instructions to M. Hartman concerning particular lienholder matter (.1); conference with H. Kollenberg regarding settlements (.2). | 0.3 | 150.00 |
| 06/19/18 | CHK | Attention to emails regarding settlement status (.3); conference with M. Riseden regarding settlement issues (.2); review settlement issues (.4). | 0.9 | 504.00 |
| 06/20/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3); locate documents related to particular lienholders (.8); receipt and review of documents received by Debtors (.4); provide Debtors with documents and information requested (.5); telephone conference with M. Riseden, H. Kollenberg and T. Sherman (A&M) (.3). | 2.3 | 483.00 |
| 06/20/18 | MMR | Telephone conference with T. Sherman (A&M), M. Hartman, and H. Kollenberg (.3); communications with M. Fenoglio (Debtor) and T. Sherman (A&M) concerning lienholder matters (.9); instructions to M. Hartman concerning the same (.4); review correspondence from M. Fenoglio (Debtor) concerning lienholders (.7); telephone conference with J. Davis (.3); conference with H. Kollenberg regarding settlement issues and upcoming lien call (.5). | 3.1 | 1,550.00 |
| 06/20/18 | CHK | Conference with M. Riseden regarding settlement issues and Thursday call (.5); review background material for settlements (.6); telephone conference with M. Riseden, M. Hartman and T. Sherman (A&M) regarding settlement issues (.3). | 1.4 | 784.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/18 | JLD | Telephone conference with M. Riseden (.3). | 0.3 | 165.00 |
| 06/21/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3); prepare for conference call (.3); conference call with M. Riseden, H. Kollenberg, J. Davis, T. Sherman (A&M), M. Fenoglio and P. Losa (Debtors), and Purchaser Team regarding settlement issues (2.0); conference call with D. Merrett (Jones Day), M. Riseden and H. Kollenberg regarding same (.5); receipt and review of lienholder documents provided by Debtors (.2). | 3.3 | 693.00 |
| 06/21/18 | MMR | Conference call with T. Sherman (A&M), M. Fenoglio (Debtor), P. Losa (Debtor), J. Davis, H. Kollenberg, M. Hartman, and purchaser team (2.0); prepare for the same (.3); telephone conference with D. Merrett (Jones Day), M. Hartman, and H. Kollenberg concerning lienholder matters (.5); review communications from M. Fenoglio (Debtor) concerning lien matters (.3). | 3.1 | 1,550.00 |
| 06/21/18 | CHK | Prepare for conference call with purchaser (.3); conference call with purchaser team, T. Sherman (A&M), M. Riseden, J. Davis and M. Hartman (2.0); conference with M. Riseden, M. Hartman and D. Merrett (Jones Day) regarding call (.5); attention to requested memos (.3). | 3.1 | 1,736.00 |
| 06/21/18 | JLD | Conference call with M. Riseden, H. Kollenberg, M. Hartman, T. Sherman (A&M), M. Fenoglio and P. Losa (Debtors), and Purchaser Team regarding settlement issues (2.0). | 2.0 | 1,100.00 |
| 06/22/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3). | 0.3 | 63.00 |
| 06/22/18 | CHK | Review filings related to lien issues (.6); work on summaries (.4); conference with M. Riseden regarding lien issue summaries (.3). | 1.3 | 728.00 |
| 06/22/18 | MMR | Conference with H. Kollenberg regarding lien issue summaries (.3). | 0.3 | 150.00 |
| 06/24/18 | MMR | Prepare and revise requested memo on particular lienholder (1.9); review comments from H. Kollenberg and incorporate the same (.9); send draft and attachments to M. Fenoglio (Debtor) (.2). | 3.0 | 1,500.00 |
| 06/24/18 | CHK | Review and revise lien issue memo (.6). | 0.6 | 336.00 |
| 06/25/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); update master lien log with transfer of claim (.1); receipt and review of particular lienholder related documents from Debtors (.2). | 0.4 | 84.00 |
| 06/25/18 | MMR | Review email from lienholder counsel (.2); telephone conference with H. Kollenberg and D. Merrett (Jones Day) (.2); communications with D. Merrett (Jones Day) (.3); conference with J. Davis concerning liens (.5); contact particular lienholders concerning settlement (.4); conference with M. Fenoglio and P. Losa (Debtors), T. Sherman (A&M), J. Davis, and the JV Purchaser team (2.3); conference with H. Kollenberg concerning settlement status (.1). | 4.0 | 2,000.00 |
| 06/25/18 | CHK | Telephone conference with D. Merrett (Jones Day) and M. Riseden regarding lien issues (.2); conference with M. Riseden regarding JV call (.1); participate in portion of call with M. Fenoglio and P. Losa (Debtors), T. Sherman (A&M), J. Davis. M. Riseden and Purchaser Team (.6); review filings regarding liens (.3); review lien issues and memos (.6); review emails regarding lien issues (.4). | 2.2 | 1,232.00 |
| 06/25/18 | JLD | Participate in telephone conference with M. Fenoglio and P. Losa (Debtor), T. Sherman (A&M), Purchaser JV Team, H. Kollenberg and M. Riseden as to multiple lienholder settlement matters, claims, and status of settlements (2.3); discussion with M. Riseden as to various lienholder settlement issues (.5); research and analysis of particular lienholder contract matters and lien claims issues (2.1). | 4.9 | 2,695.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.5); research documents requested by T. Sherman (A&M) (.3); revise logs as to transfer of claims (.3). | 1.1 | 231.00 |
| 06/26/18 | MMR | Review correspondence from lienholder counsel and reply to the same (.4); communications with M. Fenoglio and P. Losa and M. Daher (Debtors) and T. Sherman (A&M) concerning lienholder matters (.4); communications with H. Kollenberg (.2); communications with H. Kollenberg and J. Davis Concerning liens and settlements (.5); telephone conference with counsel for Chase Bank concerning purchased liens (.3); contact M. Patterson (Womble) concerning lienholder (.2); review correspondence concerning liens (.3); telephone conference with S. Dwyer (lienholder counsel) concerning particular lienholder (.2); work on requested memo concerning particular lienholder (.4); email with A. Messa (Phelps Dunbar) concerning particular lienholder matters (.2); email to R. Lovein (Lovein Ribman) concerning lienholder matter (.1). | 3.2 | 1,600.00 |
| 06/26/18 | CHK | Review and comment on emails regarding contract with lienholders (.4); conference with M. Riseden and J. Davis regarding lien issues (.5); conference with M. Riseden regarding lien settlement proposal (.2). | 1.1 | 616.00 |
| 06/26/18 | JLD | Conference meeting with M. Riseden and H. Kollenberg as to various lienholder settlement matters and request for memorandums (.5); preparation of requested memorandums as to certain lienholder claims (2.6); communications with M. Daher and M. Fenoglio (Debtors) and T. Sherman (A&M) as to lien claim reconciliation matters (1.3); prepare summary emails to debtor as to lienholder groups and attorney representations (.7); receipt and analysis of certain lien claim reconciliations by Debtor (1.6); prepare responses as to requested lien information (.8); settlement negotiations with certain lienholders (1.8). | 9.3 | 5,115.00 |
| 06/27/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2); prepare draft settlement agreements for particular lienholders (.6). | 0.8 | 168.00 |
| 06/27/18 | MMR | Communications with A. Mesa (Phelps Dunbar) concerning particular lienholder (.3); communications with J. Davis concerning lienholder matters (.6); work on requested memo for a particular lienholder (1.2); telephone conference with B. Klimist (lienholder counsel) (.2); communications with M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) concerning Lienholder reconciliation matters (.2). | 2.5 | 1,250.00 |
| 06/27/18 | JLD | Communications with M. Fenoglio, M. Daher, and P. Losa (Debtors) and T. Sherman (A&M) as to request for documents from various lienholders (.9); preparation of settlement stipulation agreements for certain lienholders and send out (2.4); settlement negotiations with certain lienholders (2.8); discussions with M. Riseden as to settlement stipulation terms and status (.6); preparation of requested memorandums as to certain lienholder claims (1.7). | 8.4 | 4,620.00 |
| 06/27/18 | CHK | Attention to settlement emails (.3). | 0.3 | 168.00 |
| 06/28/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); prepare draft settlement agreements for particular lienholders (.3). | 0.4 | 84.00 |
| 06/28/18 | MMR | Telephone conference with J. Cohen (Porter Hedges) concerning particular lienholder matter (.3); communications with H. Kollenberg (.3); communications with J. Davis (.2); work on requested memo of particular lienholder and send draft to M. Fenoglio (Debtor) (3.9); communications with J. Judd (Andrews Myers) concerning particular lienholders (.3); communications with S. Bryant (Locke Lord) concerning particular lienholder (.2); communications to M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) concerning particular lienholder potential settlement (.2). | 5.4 | 2,700.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/28/18 | JLD | Preparation of lienholder settlement stipulation agreements for certain lienholders and send out (1.6); settlement negotiations with various lienholder attorneys (1.8); prepare and request documents with lien claim invoicing backup to various lienholders (.9); receipt and analysis of documents from certain lienholders (.7); prepare summary to Debtor team (.4); preparation of memorandum as to certain lienholder claims as requested by Debtor (1.8); analysis of certain lienholder claim reconciliation matters (.8); discussion with M. Riseden as to lienholder memorandum matters and settlement updates (.2). | 8.2 | 4,510.00 |
| 06/28/18 | CHK | Conference with M. Riseden regarding lien issues (.3); review lienholder analysis memo (.4); review emails regarding lien settlement process (.4). | 1.1 | 616.00 |
| 06/29/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 06/29/18 | MMR | Finalize requested memo on particular lienholder and attachments (.6); send the same to T. Sherman (A&M) at the request of M. Fenoglio (Debtor) (.2). | 0.8 | 400.00 |
| 06/29/18 | CHK | Attention to emails regarding settlement process (.2); conference with J. Davis regarding settlement issues (.2); attention to lien analysis memo (.2). | 0.6 | 336.00 |
| 06/29/18 | JLD | Receipt and analysis of lien reconciliation matters as to certain lienholders for settlements (1.2); communications with certain lienholder attorneys as to request for documents (1.6); research and analysis of certain lower tier subcontractor lien claims and contract terms (.9); preparation of settlement stipulation agreements for certain lienholders and send out (.8); settlement negotiations with certain lienholder attorneys as to their lien claims and release options and lower tier subcontractor claims (1.6); receipt and analysis of Debtor summary of certain lien issues (.4); conference with H. Kollenberg regarding settlement issues (.2). | 6.7 | 3,685.00 |
| | | **Total Fees** | | **78,361.00** |

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 06/01/18 | MMR | Communication with H. Kollenberg concerning upcoming WFS call and related issues (.2); prepare for WFS arbitrator call (.5). | 0.7 | 350.00 |
| 06/01/18 | CHK | Conference with M. Riseden regarding upcoming WFS arbitration call (.2). | 0.2 | 112.00 |
| 06/03/18 | MMR | Review proposed email to send to WFS panel and email the same to L. Alexander (Weil), P. Gross (Lowenstein), C. Lopez (Weil), D. Merrett (Jones Day), A. Perez (Weil), J. Walker (Duane Morris), S. Khan (Lowenstein), P. Kizel (Lowenstein), and H. Kollenberg (.3); email R. Toben (AAA) concerning sending an email to the panel (.2). | 0.5 | 250.00 |
| 06/03/18 | CHK | Review email received regarding WFS panel, L. Alexander (Weil), P. Gross (Lowenstein), C. Lopez (Weil), D. Merrett (Jones Day), A. Perez (Weil), J., Walker (Duane Morris), S. Khan (Lowenstein), P. Kizel (Lowenstein) (.3). | 0.3 | 168.00 |
| 06/04/18 | MMR | Telephone conference with R. Toben (AAA) concerning WFS email (.2); finalize and send email to WFS arbitration panel, J. Brummond (Lewis Rice), B. Westcott (Andrews Myers), H. Kollenberg, R. Toben (AAA), L. Alexander (Weil), P. Gross (Lowenstein), C. Lopez (Weil), D. Merrett (Jones Day), A. Perez (Weil), J., Walker (Duane Morris), and P. Kizel (Lowenstein) (.3). | 0.5 | 250.00 |
| 06/05/18 | MH | Research and locate documents pertaining to WFS litigation (.3). | 0.3 | 63.00 |
| 06/05/18 | MMR | Conference with H. Kollenberg concerning WFS (.2). | 0.2 | 100.00 |
| 06/05/18 | CHK | Conference with M. Riseden regarding WFS call (.2); review WFS material in preparation for call (.2). | 0.4 | 224.00 |
| 06/06/18 | MMR | Prepare for WFS call (.3); communications with H. Kollenberg concerning WFS call (.2); participate in WFS scheduling hearing (.5); prepare summary of hearing and send to L. Alexander (Weil), P. Gross (Lowenstein), C. Lopez (Weil), D. Merrett (Jones Day), A. Perez (Weil), J., Walker (Duane Morris), S. Khan (Lowenstein), P. Kizel (Lowenstein), and H. Kollenberg (.4). | 1.4 | 700.00 |
| 06/06/18 | CHK | Conference call with WFS arbitrators (.5); conference with M. Riseden regarding WFS call (.2). | 0.7 | 392.00 |
| 06/14/18 | MH | Research status of pending litigation matters (.4). | 0.4 | 84.00 |
| 06/15/18 | CHK | Attention to WFS arbitration supplemental disclosure (.2). | 0.2 | 112.00 |
| 06/18/18 | MMR | Review correspondence from AAA concerning WFS arbitration (.2); email P. Gross (Lowenstein), C. Lopez (Weil), L. Alexander (Weil), A. Perez (Weil), J. Walker (Duane Morris), S. Khan (Lowestein), P. Kizel (Lowenstein), D. Merrett (Jones Day), and H. Kollenberg concerning WFS arbitration matters (.2). | 0.4 | 200.00 |
| 06/26/18 | MMR | Review correspondence from AAA concerning Express Metal arbitration and send to Debtors (.2). | 0.2 | 100.00 |
| | | | **Total Fees** | **3,105.00** |

# **EXHIBIT B**

003946/000001
143 - 4448534v2

M&G Resins USA, LLC, et al.

**DISBURSEMENT SUMMARY - June, 2018**

| | |
|---|---|
| Conference Charges | $3.81 |
| Filing Fees | $2.90 |
| **Total** | **$6.71** |

| Date | Description | | Amount |
|---|---|---|---|
| **CONFERENCE CHARGES** | | | |
| 06/13/18 | Teleconference Expense; 05/09; Global Conferencing Solutions LLC | | 3.81 |
| | | **Total** | **3.81** |

| Date | Description | | Amount |
|---|---|---|---|
| **FILING FEES** | | | |
| 06/08/18 | Records; Pacer - 01/01-03/31/2018; American Express | | 2.90 |
| | | **Total** | **2.90** |

| | **GRAND TOTAL** | | **6.71** |
|---|---|---|---|