REDACTED VERSION OF DOCUMENT FILED UNDER SEAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered<br><br>Related to D.I. 1537<br><br>**Filed Under Seal Pursuant to D.I. 350 and 350-1, ¶ 11; and Del. Bankr. L.R. 9018-1(e)**<br><br>Hearing Date: July 18, 2018 at 9:30 a.m.<br>Objections Due: July 13, 2018 at 4:00 p.m. |

**DECLARATION OF AARON COLODNY IN SUPPORT OF OBJECTION OF BANCOMEXT TO MOTION OF DEBTORS M&G CAPITAL S.À R.L., M&G CHEMICALS S.A. AND MOSSI & GHISOLFI INTERNATIONAL S.À R.L. FOR AN ORDER DISMISSING THEIR CHAPTER 11 CASES AND GRANTING RELATED RELIEF**

I, Aaron Colodny, pursuant to 28 U.S.C. § 1746, hereby state:

1. I am an employee of White & Case LLP, counsel of record in these proceedings to Banco Nacional de Comercio Exterior, S.N.C., Institución de Banca de Desarrollo ("**Bancomext**"). My business address is 555 South Flower Street, Suite 2700, Los Angeles, CA 90071. I am an attorney licensed to practice in the state of California and admitted to practice before this Court in this proceeding on a *pro hac vice* basis. I am over the age of 18 and, if called to testify, I would and could testify competently to the matters set forth herein.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M&G USA Corporation (3449), M & G Resins USA, LLC (3236), M&G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M & G Waters USA, LLC (2195), Mossi & Ghisolfi International, S.à r.l. (1270), M&G Chemicals S.A. (1022), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

2. I make this declaration in support of the *Objection of Bancomext to Motion of Debtors M&G Capital S.à r.l., M&G Chemicals S.A. and Mossi & Ghisolfi International S.à r.l. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief* (the "**Objection**") filed concurrently herewith. Where the context requires, each capitalized term used but not otherwise defined herein shall have the meaning ascribed to such term in the Objection.

3. Attached hereto as **Exhibit A** are excerpts from the final transcript of the deposition of Marco Ghisolfi conducted on July 12, 2018.

4. Attached as **Exhibits B – J** are true and correct copies of documents produced by the Debtors in connection with this contested matter and referenced in the Objection.

5. All attachments to this declaration have been designated for protection pursuant to the protective order entered in the Chapter 11 Cases [D.I. 350].

Under penalty of perjury, I declare that the foregoing is true and correct:

Dated: July 13, 2018
      New York, New York

                                                           /s/ Aaron Colodny
                                                           Aaron Colodny

**ALL EXHIBITS
FILED UNDER SEAL**