**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>Jointly Administered<br><br>**Document Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e) and** *Order Approving Stipulation and Protective Order* **[D.I. 350]** |

**DECLARATION OF ALEXANDER B. LEES IN SUPPORT OF THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE MOTION TO DISMISS THE LUXEMBOURG DEBTORS' CHAPTER 11 CASES**

I, Alexander B. Lees, hereby declare as follows under penalty of perjury:

1. I am a special counsel at the law firm of Milbank, Tweed, Hadley & McCloy LLP, attorneys for the Official Committee of Unsecured Creditors of M & G USA Corporation in the above-captioned chapter 11 cases. I respectfully submit this declaration in support of the *Objection of the Official Committee of Unsecured Creditors to the Motion to Dismiss the Luxembourg Debtors' Chapter 11 Cases* (the "Objection").

2. Attached hereto as Exhibit A ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

3. Attached hereto as Exhibit B ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4. Attached hereto as Exhibit C ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

5. Attached hereto as Exhibit D ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

6. Attached hereto as <u>Exhibit E</u> ███████████████████████

███████████████████████████████████████████████████

7. Attached hereto as <u>Exhibit F</u> ███████████████████████

███████████████████████████████

8. Attached hereto as <u>Exhibit G</u> ███████████████████████

███████████████████████████████████

9. Attached hereto as <u>Exhibit H</u> ███████████████████████

███████████████████

10. Attached hereto as <u>Exhibit I</u> ███████████████████████

███████████████████████████

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

| | |
|---|---|
| Dated: July 13, 2018 | By: /s/ *Alexander B. Lees* |
| | Alexander B. Lees |