# EXHIBIT A

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e) and** *Order Approving Stipulation and Protective Order* **[Docket No. 350]**

# EXHIBIT B

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e)
and *Order Approving Stipulation and Protective Order*
[Docket No. 350]**

# EXHIBIT C

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e)
and *Order Approving Stipulation and Protective Order*
[Docket No. 350]**

# EXHIBIT D

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e) and** *Order Approving Stipulation and Protective Order* **[Docket No. 350]**

# EXHIBIT E

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e)
and *Order Approving Stipulation and Protective Order*
[Docket No. 350]**

# EXHIBIT F

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e)
and *Order Approving Stipulation and Protective Order*
[Docket No. 350]**

# EXHIBIT G

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e)
and *Order Approving Stipulation and Protective Order*
[Docket No. 350]**

# EXHIBIT H

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e)
and *Order Approving Stipulation and Protective Order*
[Docket No. 350]**

# EXHIBIT I

**Exhibit Filed Under Seal pursuant to Del. Bankr. L.R. 9018-1(e)
and *Order Approving Stipulation and Protective Order*
[Docket No. 350]**