IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Filed Under Seal Pursuant to Docket No. 350 and 350-1, ¶ 11; and Del. Bankr. L.R. 9018-1(e)** |

## SUPPLEMENTAL DECLARATION OF PETER S. SABA IN SUPPORT OF THE MOTION OF DEBTORS M&G CAPITAL S.À R.L., M&G CHEMICALS S.A. AND MOSSI & GHISOLFI INTERNATIONAL S.À R.L. FOR AN ORDER DISMISSING THEIR CHAPTER 11 CASES AND GRANTING RELATED RELIEF

I, Peter S. Saba, declare as follows:

1. I am an associate of Jones Day, counsel to the above captioned debtors and debtors in possession (the "Debtors"). My business address is 250 Vesey Street, New York, New York 10281. I am an attorney licensed to practice law in the state of New York and admitted to practice before this Court in this proceeding on a *pro hac vice* basis. I am over the age of 18 and, if called to testify, I would and could testify competently to the matters set forth herein.

2. I make this supplemental declaration in further support of the *Motion of Debtors M&G Capital S.à r.l., M&G Chemicals S.A. and Mossi & Ghisolfi International S.à r.l. for an*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

NAI-1504040065v2

*Order Dismissing Their Chapter 11 Cases and Granting Related Relief* (the "Motion") and the *Reply of Debtors M&G Capital S.à r.l., M&G Chemicals S.A. and Mossi & Ghisolfi International S.à r.l. in Support of Motion for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief.*

3. This supplemental declaration replaces the *Declaration of Oliver S. Zeltner in Support of the Motion of Debtors M&G Capital S.A R.L., M&G Chemicals S.A. and Mossi & Ghisolfi International S.A R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief* (the "Original Declaration"), which was filed on the date hereof. Mr. Zeltner is unable to attend the hearing on the Motion scheduled for July 18, 2018 due to travel delays caused by inclement weather. The documents attached to this Supplemental Declaration are identical to those attached to the Original Declaration.

4. Attached hereto as Exhibit A are excerpts from the *Transcript of Hearing, In re M&G USA Corp., et al.*, No. 17-12307 (BLS) (Bankr. D. Del. Mar. 28, 2018).

5. Attached hereto as Exhibit B are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 17, 2018  /s/ Peter S. Saba
New York, New York   Peter S. Saba