# **Exhibit B**

NAI-1504040065v1

**Filed Under Seal**