# Exhibit A

| Date | Fee earner | Activity | Time | |
|---|---|---|---|---|
| 05/06/2018 | Sgrò Riccardo | Drafting interim fee application of Gattai, Minoli, Agostinelli | 2.30 | $ |
| 06/06/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 0.60 | $ |
| 20/06/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 0.40 | $ |
| 20/06/2018 | Sgrò Riccardo | Drafting fee application of Gattai, Minoli, Agostinelli | 2.90 | $ |
| 20/06/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 0.50 | $ |
| 22/06/2018 | Sgrò Riccardo | Drafting fee application of Gattai, Minoli, Agostinelli | 1.60 | $ |
| 25/06/2018 | Sgrò Riccardo | Review documents from official companies register with respect of the Italian proceedings | 4.20 | $ |
| 26/06/2018 | Sgrò Riccardo | Review fee application of Gattai, Minoli, Agostinelli | 0.90 | $ |
| 28/06/2018 | Sgrò Riccardo | Review documents from official companies register with respect of the Italian proceedings | 2.60 | $ |
| | | | **16.00** | **$** |

**Report**

| Fee earner | From | To | Time | Hourly rate ($) | Amount ($) |
|---|---|---|---|---|---|
| Carrello Gaetano | 01/06/2018 | 30/06/2018 | 0.40 | 800 | 320.00 |
| Sgrò Riccardo | 01/06/2018 | 30/06/2018 | 15.60 | 480 | 7,488.00 |
| | | **TOTAL** | **16.00** | | **7,808.00** |

## Exhibit B
### (JUNE 1, 2018 – JUNE 30, 2018)

| DISBURSEMENTS | AMOUNT |
|---|---:|
| Photocopies/Printing | $54.60 |
| Telephone | $30.60 |
| Database Research | $120.36 |
| **TOTAL DISBURSEMENTS** | $ 205.56 |

GATTAI, MINOLI, AGOSTINELLI, PARTNERS
STUDIO LEGALE

# GMAP Report Photocopies June 2018

| Date | Fee earner | Number of prints | Cost per print | Total per fee earner |
|---|---|---|---|---|
| | | | | |
| 05/06/2018 | Sgrò Riccardo | 25 | $ 0,13 | $ 3,25 |
| 22/06/2018 | Sgrò Riccardo | 30 | $ 0,13 | $ 3,90 |
| 25/06/2018 | Sgrò Riccardo | 210 | $ 0,13 | $ 27,30 |
| 28/06/2018 | Sgrò Riccardo | 155 | $ 0,13 | $ 20,15 |
| | | | TOTAL | $ 54,60 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121
Via Manzoni, 30
tel. +39 02.30323232
fax +39 02.30323242

Roma - 00197
Via Bertoloni, 29
tel. +39 06.83365810
fax +39 06.83365811

Londra - W1K 3NY
130 Mount Street
tel. +44 (0) 2034056490
fax +44 (0) 2034056498



## GMAP Report Telephone Calls - June 2018

| Date | Name | Description | total minutes | coste per minute | total per call |
|---|---|---|---|---|---|
| 06/06/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 36 | $ 0,34 | $ 12,24 |
| 20/06/2018 | Carrello Gaetano | Weekly Telephone call with creditors committee | 24 | $ 0,34 | $ 8,16 |
| 20/06/2018 | Sgrò Riccardo | Weekly Telephone call with creditors committee | 30 | $ 0,34 | $ 10,20 |
| | | | | TOTAL | $ 30,60 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121  Roma - 00197  Londra - W1K 3NY
Via Manzoni, 30  Via Bertoloni, 29  130 Mount Street
tel. +39 02 30323232  tel. +39 06 83365810  tel. +44 (0) 2034056490

GATTAI, MINOLI, AGOSTINELLI,
PARTNERS
STUDIO LEGALE

GMAP Report - Database Research - June 2018

| date | Fee Earner | description | cost per document | total documents | total price |
|---|---|---|---|---|---|
| 25/06/2018 | Sgrò Riccardo | download documents from Official Companies Register | $ 10,03 | 8 | $ 80,24 |
| 28/06/2018 | Sgrò Riccardo | download documents from Official Companies Register | $ 10,03 | 4 | $ 40,12 |
| | | | | | $ 120,36 |

Studio Legale Gattai, Minoli, Agostinelli & Partners

Milano - 20121  
Via Manzoni, 30  
tel. +39 02.30323232  
fax +39 02.30323242

Roma - 00197  
Via Bertoloni, 29  
tel. +39 06.83365810  
fax +39 06.83365811

Londra - W1K 3NY  
130 Mount Street  
tel. +44 (0) 2034056490  
fax +44 (0) 2034056498