# **EXHIBIT A**

# CRAIN, CATON & JAMES

**A PROFESSIONAL CORPORATION**
**1401 MCKINNEY, 17TH FLOOR**
**FIVE HOUSTON CENTER**
**HOUSTON, TEXAS 77010-4035**
**(713) 658-2323**
**FAX (713) 658-1921**

August 7, 2018　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice 1192136

M&G Resins USA, LLC, et al
450 Gears Road, Suite 240
Houston, Texas 77067

For legal services rendered for the period July 1 through July 31, 2018

|  | Hours | Fees |
|---|---|---|
| Case Administration | 0.90 | 450.00 |
| Employment and Fee Application | 10.20 | 3,679.00 |
| Lienholder Claims | 263.30 | 128,213.00 |
| Litigation/Arbitration | 4.70 | 2,242.00 |
| Real Estate Agreements and Related Port and Construction Agreements | 0.00 | 0.00 |
| Nonworking Travel | 9.00 | 4,745.00 |
| Fee |  | 139,329.00 |
|  |  |  |
| Less 50% Non-Working Travel |  | (2,372.50) |
|  |  |  |
| Total |  |  |
| Fees |  | 136,956.50 |
| Total Disbursements & Charges |  | 820.16 |
|  |  |  |
| **Total** |  | **137,776.66** |

003946.000001
143 - 4849086.2

M&G Resins USA, LLC, et al.

FEE SUMMARY - July, 2018

| Timekeeper Name | Title | Bar Year | Billing Rate | Billed Hours | Total Fees |
|---|---|---|---|---|---|
| J. Davis | SHAREHOLDER | 2002 | 550.00 | 140.20 | 77,110.00 |
| C. Kollenberg | SHAREHOLDER | 1976 | 560.00 | 24.60 | 13,776.00 |
| A. Kotch | SHAREHOLDER | 1981 | 500.00 | 3.00 | 1,500.00 |
| M. Riseden | SHAREHOLDER | 2003 | 500.00 | 74.50 | 37,250.00 |
| TOTAL | | | | 242.30 | 129,636.00 |
| M. Hartman | PARALEGAL | N/A | 210.00 | 38.30 | 8,043.00 |
| E. Martinez | PARALEGAL | N/A | 220.00 | 7.50 | 1,650.00 |
| TOTAL | | | | 45.80 | 9,693.00 |
| Fees | | | | 288.10 | 139,329.00 |
| Less 50% Nonworking Travel | | | | | 2,372.50 |
| **TOTAL FEES** | | | | USD | **136,956.50** |

Crain Caton & James

Case Administration                                                                                          Page 1

| Re: | Case Administration - coordination and compliance activities with Jones Day | | |
|---|---|---|---|
| **Date** | **Atty** | **Description of Services** | **Hours** | **Amount** |
| 07/10/18 | ABK | Receipt and review of email from P. Saba (Jones Day) re M&G board minutes from September-October 2017 (.1); search for same (.2). | 0.3 | 150.00 |
| 07/12/18 | ABK | Review of M&G board minutes from 9/17 to 10/17 (.3); prepare email to P. Saba (Jones Day) re same (.2); receipt and review of email from P. Saba (Jones Day) re same (.1) | 0.6 | 300.00 |
| | | **Total Fees** | | **450.00** |

Re:        Employment and Fee Applications

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/02/18 | MH | Review June time entries for Crain Caton & James's eighth application (.3) | 0.3 | 63.00 |
| 07/03/18 | ABK | Review June time entries for Crain Caton & James's eighth application (.5). | 0.5 | 250.00 |
| 07/03/18 | MMR | Review June time entries for the eighth monthly fee application for Crain Caton & James (.4). | 0.4 | 200.00 |
| 07/05/18 | MH | Review June time entries for Crain Caton & James's eighth application (.5); prepare draft of Crain Caton & James's eighth fee application (8). | 1.3 | 273.00 |
| 07/06/18 | MH | Prepare draft of Crain Caton & James's eighth fee application (.5). | 0.5 | 105.00 |
| 07/06/18 | MMR | Review certificate of no objection for Crain Caton & James's second interim application from J. Mulvihill (Pachulski) (.1); reply to the same (.1). | 0.2 | 100.00 |
| 07/12/18 | MMR | Review Crain Caton & James's eighth monthly fee application and note revisions for the same (1.0). | 1.0 | 500.00 |
| 07/13/18 | MMR | Review edits to Crain Caton & James's eighth monthly fee application (.2); send the same to J. Mulvihill (Pachulski) for filing, (.1). | 0.3 | 150.00 |
| 07/13/18 | MH | Make adjustments to draft of Crain Caton & James's eighth fee application (.2) | 0.2 | 42.00 |
| 07/16/18 | MH | Review July time entries for Crain Caton & James's ninth application (.3). | 0.3 | 63.00 |
| 07/17/18 | MH | Review July time entries for Crain Caton & James's ninth application (.4). | 0.4 | 84.00 |
| 07/19/18 | ABK | Review time entries for Crain Caton & James's ninth application for payment (.5). | 0.5 | 250.00 |
| 07/20/18 | MH | Meet with M. Riseden to review July time entries for Crain Caton & James ninth fee application (.9); review proposed order on second interim application (.2). | 1.1 | 231.00 |
| 07/20/18 | ABK | Review July time entries for Crain Caton & James's ninth application (.6). | 0.6 | 300.00 |
| 07/20/18 | MMR | Review July time entries in preparation of Crain Caton & James's ninth fee application with M. Hartman (.9); review proposed order on second interim applications (.1); communication with S. Corr-Irvine (Jones Day) concerning the same (.1). | 1.1 | 550.00 |
| 07/23/18 | MH | Review July time entries for Crain Caton & James's ninth fee application (.4) | 0.4 | 84.00 |
| 07/26/18 | MH | Review July time entries for Crain Caton & James's ninth fee application (.4). | 0.4 | 84.00 |
| 07/27/18 | MMR | Communication to D. Stogsdill (A&M) concerning second interim application order (.2). | 0.2 | 100.00 |
| 07/30/18 | ABK | Review July time entries for Crain Caton & James's ninth application for payment (.5). | 0.5 | 250.00 |
| | | **Total Fees** | | **3,679.00** |

Re:      Lienholder Claims

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/01/18 | MMR | Review correspondence from M. Fenoglio (Debtors) concerning lien matters (.7); email M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) information received from particular lienholder (.2) | 0.9 | 450.00 |
| 07/02/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 07/02/18 | JLD | Prepare and send requests for production of documents and invoicing backup to certain lienholders (.6); receipt and analysis of certain reconciliations of lien claims and prepare comments (.9); settlement negotiations with various lienholder's attorneys (1.7); prepare settlement stipulation agreements for certain lienholders (1.3); receipt and analysis of settlement terms as to certain lienholders (.8); research and analysis of certain lienholder contracts (1.6); communications with M. Daher and M. Fenoglio (Debtors) as to certain lien claims and invoicing amounts (.6); discussion with M. Riseden as to certain lienholder settlement matters and terms (.2). | 7.7 | 4235.00 |
| 07/02/18 | MMR | Review emails from A. Powers (Porter Hedges) concerning particular lienholder (.1); communications with J. Davis as to lienholder settlements (.2). | 0.3 | 150.00 |
| 07/03/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 07/03/18 | JLD | Participate in telephone conference with M. Fenoglio and P. Losa (Debtors), T. Sherman (A&M), M. Riseden, and JV Purchaser Team to discuss lienholder claims, reconciliations, and settlements (2.4); settlement negotiations with certain lienholders as to stipulation agreement terms (1.8); preparation of settlement stipulation agreements for various lienholders (.7); communications with P. Losa, M. Fenoglio and M. Daher (Debtors), and T. Sherman (A&M) as to lienholder reconciliations and invoices (.8); research and analysis of various contracts and lien claims (.9); discussion with M. Riseden and H. Kollenberg as to lienholder settlement matters (.6); research and preparation of memorandum as to certain lien claims as requested by Debtor (2.7); prepare summary email as to document requests from lienholders (.6); communication with M. Riseden concerning liens (.2). | 10.7 | 5885.00 |
| 07/03/18 | CHK | Conference with J. Davis and M. Riseden regarding settlement process (.6); communications with M. Riseden concerning liens (.2). | 0.8 | 448.00 |
| 07/03/18 | MMR | Communications with H. Kollenberg concerning liens (.2); participate in lien call with T. Sherman (A&M), M. Fenoglio and P. Losa (Debtors), and J. Davis and JV Purchaser team (2.4); communications with H. Kollenberg and J. Davis concerning lien matters (.6); additional communications with J. Davis concerning liens (.2); review email communications from M. Fenoglio (Debtor) concerning liens (.7). | 4.1 | 2050.00 |
| 07/04/18 | MMR | Review notes and correspondence concerning lienholder settlement discussions (.8); prepare for settlement discussions with various lienholders (.6); work on action items to follow-up on requests with lienholders (.2); review information from S. Dwyer (lienholder counsel) (.1); send the same to M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) (.1). | 1.8 | 900.00 |
| 07/05/18 | MH | Receipt and review of less than $500K liens received from Debtors (.8); Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 1.0 | 210.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/05/18 | JLD | Receipt and analysis of issues with defective works claims by Debtor as to certain lienholders (.7); communications with M. Daher, M. Fenoglio and A. Saporiti (Debtors) as to reconciliations of various lien claims and aging (.9); prepare and send requests for production of documents to various lienholders as part of settlement procedures (1.1); prepare comments to certain lienholder settlement claim amounts (.5); negotiations with various lienholders as to claim settlements and stipulation agreement terms (2.7); research and analysis as to particular lienholder contract matters (1.3); contact D. Merrett (Jones Day) with M. Riseden concerning lien issue (.2). | 7.4 | 4070.00 |
| 07/05/18 | MMR | Review email communications from M. Fenoglio (Debtor) concerning liens (.3); email communications with J. Davis concerning lien matters (.2); email J. Judd (Andrews Myers) concerning information pertaining to particular lienholders (.3); email S. Henkel (CM Henkel) concerning information pertaining to particular lienholder (.2); contact D. Merrett (Jones Day) with J. Davis concerning lien matters (.2); communications with M. Fenoglio (Debtor) concerning lien issues (.3); communications to S. Dwyer (lienholder counsel) concerning information needed (.2). | 1.7 | 850.00 |
| 07/06/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3). | 0.3 | 63.00 |
| 07/06/18 | CHK | Conference with M. Riseden and J. Davis regarding settlement issues (.7); review recent filings regarding lien issues (.5). | 1.2 | 672.00 |
| 07/06/18 | JLD | Analysis of Purchase and Sale Agreement as to certain lien escrow matters (.6); discussion with H. Kollenberg and M. Riseden as to lienholder settlement negotiations, stipulation agreements, and lien amounts (.7); settlement negotiations with various lienholder attorneys (1.6); prepare updates to lienholder settlement information (.6); discussion with M. Riseden as to lienholder production matters and settlement matters (.5); research and analysis of certain lienholder contract terms and matters (1.9); preparation of requested memorandums by Debtor (2.3); communications with M. Riseden as to lienholder settlements (.2). | 8.4 | 4620.00 |
| 07/06/18 | MMR | Communications with M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) concerning lienholders and information requested (.4); email with S. Henkel (CM Henkel) concerning particular lienholder (.2); review communications from M. Fenoglio (Debtor) concerning lienholder settlements (.3); communications with J. Davis concerning the same (.2); review settlement stipulation agreement (.4); finalize draft settlement for particular lienholder (.3); communications concerning the same with A. Powers (lienholder counsel) (.3); meet with H. Kollenberg and J. Davis concerning status, settlement negotiations, and questions from Debtors (.7); meet with J. Davis concerning particular lienholder settlements (.5). | 3.3 | 1650.00 |
| 07/09/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); receipt and review of information from A&M and prepare for additional comments (1.0). | 1.1 | 231.00 |
| 07/09/18 | MMR | Communications with M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) concerning lien related questions (.2); communication with A. Powers (lienholder counsel) concerning potential settlement (.2); review communications from M. Fenoglio (Debtor) (.3); communications with D. Merrett (Jones Day) and M. Fenoglio (Debtor) concerning potential settlements (.2); review email from J. Walker (Duane Morris) (.1); contact D. Merrett (Jones Day) (.1); review information from T. Sherman (A&M) (.2); reply to T. Sherman (A&M) concerning questions on the same (.1); contact J. Judd (Andrews Myers) concerning potential lienholder settlement (.1); contact M. Patterson (Womble) concerning particular lienholder settlement (.1). | 1.6 | 800.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/09/18 | JLD | Receipt and analysis of certain lienholder reconciliations (.9); settlement negotiations with various lienholder attorneys as to stipulation agreement terms (1.4); receipt and analysis of lienholder settlement information (1.2); research and preparation of requested memorandums as to certain lienholder contract matters (2.7). | 6.2 | 3410.00 |
| 07/09/18 | CHK | Review emails regarding settlement issues. (.4). | 0.4 | 224.00 |
| 07/10/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); conference with M. Riseden and J. Davis regarding settlement matters (.4). | 0.5 | 105.00 |
| 07/10/18 | MMR | Communications with J. Walker (Duane Morris) and J. Davis and H. Kollenberg (.4); send requested information to M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) on particular lienholders (.2); communications to T. Sherman (A&M) concerning settlement questions (.1); communications with J. Davis and M. Hartman concerning lien matters (.4); communications with H. Kollenberg and J. Davis concerning status and settlements (.5); telephone conference with J. Judd (Andrews Myers) concerning particular lienholder settlement (.1); telephone conference with M. Patterson (Womble) concerning particular lienholder settlement (.2). | 1.9 | 950.00 |
| 07/10/18 | CHK | Telephone conference with M. Riseden, J. Davis and J. Walker (Duane Morris) regarding lien settlement process (.4); conference with M. Riseden, J. Davis regarding same (.5); review lien analysis memo (.5); review filings related to lien issues (.4). | 1.8 | 1008.00 |
| 07/10/18 | JLD | Research and analysis of proof of claim filed by particular lienholder (.8); receipt and analysis of various lienholder reconciliations and prepare comments (1.3); communications with M. Daher (Debtor) as to contacts with various lienholders and warranty matters (.3); discussion with M. Riseden and M. Hartman as to settlement matters (.4); preparation of requested memorandums by Debtor and A&M as to certain lienholder claims (3.8); participate in telephone call with attorney J. Walker (Duane Morris), M. Riseden and H. Kollenberg (.4); discussion with M. Riseden and H. Kollenberg as to various lienholder claim issues and settlement matters (.5); communications with various lienholders as to requests for documents (.7); analysis of lienholder settlement information and prepare comments for A&M and Debtors (1.9). | 10.1 | 5555.00 |
| 07/11/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); meeting with M. Riseden and J. Davis regarding settlement matters (.6). | 0.7 | 147.00 |
| 07/11/18 | MMR | Meet with J. Davis and M. Hartman in preparation for lien call (.6); communications to D. Merrett (Jones Day) and P. Losa and M. Fenoglio (Debtors) concerning settlement issues (.4); communications with P. Losa and M. Fenoglio (Debtors) concerning settlement issues with particular lienholder (.4); telephone conference with J. Shen (Debtor) and J. Davis as to documents in particular lien settlement (.3). | 1.7 | 850.00 |
| 07/11/18 | JLD | Communications with M. Daher (Debtor) as to certain lienholder claim matters (.4); settlement negotiations with certain lienholders (1.7); meeting with M. Riseden and M. Hartman to discuss lienholder settlement and claim matters (.6); telephone conference with J. Shea (Debtor) and M. Riseden as to documents to be delivered by certain lienholders as part of lien settlements (.3); receipt and analysis of document production lists prepared by Debtor as to certain lienholders (.4); communications with M. Fenoglio and P. Losa (Debtors) and D. Merrett (Jones Day) as to various lienholder settlement matters (.8). | 4.2 | 2310.00 |
| 07/11/18 | CHK | Review lien settlement emails and issues (.5). | 0.5 | 280.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/12/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); attend conference call with M. Riseden, J. Davis, T. Sherman (A&M); M. Fenoglio, P. Losa, J. Shea (Debtors), and Purchaser Team regarding lien settlement matters (1.6); prepare and update documents related to settlement call (1.2). | 2.9 | 609.00 |
| 07/12/18 | MMR | Call with M. Fenoglio, J. Shea and P. Losa (Debtors), T. Sherman (A&M), J. Davis, and M. Hartman and Purchaser Team concerning liens (1.6); communications to T. Sherman (A&M) concerning status of various lienholder settlement discussions (.4); call with H. Kollenberg, D. Merrett (Jones Day), and J. Davis (.5); communications with J. Davis (.2); communications with H. Kollenberg (.3); telephone conference with T. Sherman (A&M) concerning settlements (.4); review communications from M. Fenoglio (Debtor) concerning settlements (.2). | 3.4 | 1700.00 |
| 07/12/18 | CHK | Telephone conference with J. Davis, M. Riseden, D. Merrett (Jones Day) regarding settlement issues (.5); conference with M. Riseden regarding same (.3). | 0.8 | 448.00 |
| 07/12/18 | JLD | Participate in telephone conference with M. Fenoglio, P. Losa, and J. Shea (Debtors) T. Sherman (A&M), M. Riseden and M. Hartman, and JV Purchaser team to discuss lienholder claims and settlement (1.6); communications with T. Sherman (A&M) as lien settlement matters (.4); preparation of settlement summaries for certain lienholders (.9); negotiations with various lienholders as to settlements and documents (2.5); telephone conference with D. Merrett (Jones Day) and M. Riseden and H. Kollenberg as to lien matters and settlements (.5); preparation of memorandum of certain lienholder claims as requested by Debtor and send out (1.3); communications with M. Riseden (.2). | 7.4 | 4070.00 |
| 07/13/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 07/13/18 | MMR | Communications with H. Kollenberg and J. Davis regarding settlement issues (.6); telephone conference with A. Powers (lienholder counsel) concerning potential settlement (.2); review communications from P. Losa, M. Fenoglio, and M. Daher (Debtors) concerning documents (.4); review email from M. Fenoglio (Debtor) concerning status (.2); reply to the same (.4); communication to J. Judd (Andrews Myers) concerning potential lienholder settlement (.3); telephone conference with T. Sherman (A&M) and J. Davis and H. Kollenberg concerning lien settlements (.4); communications with H. Kollenberg and J. Davis (.2). | 2.7 | 1350.00 |
| 07/13/18 | CHK | Conference with M. Riseden and J. Davis regarding lien settlement issues (.6); review emails regarding lien settlement issues (.6); participate in call with T. Sherman (A&M), J. Davis and M. Riseden (.4); conference with J. Davis and M. Riseden regarding same (.2). | 1.8 | 1008.00 |
| 07/13/18 | JLD | Prepare summaries of various lienholder document production matters (.6); communications with M. Daher, M. Fenoglio, and P. Losa (Debtors) as to lienholder documents required for settlement (.9); telephone conference with T. Sherman (A&M), M. Riseden, and H. Kollenberg as to lienholder negotiation matters (.4); discussion with M. Riseden and H. Kollenberg as to lienholder settlements (.2); settlement negotiations with various lienholders and document production (1.8); communications with D. Merrett (Jones Day) and M. Fenoglio (Debtor) as to lienholder settlement issues and timing (.8); conference with M. Riseden and H. Kollenberg regarding settlement issues (.6). | 5.3 | 2915.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/16/18 | JLD | Negotiations with various lienholders as to settlement terms and amounts (1.8); conference with M. Riseden as to certain lien settlement issues (.3); communications with certain lienholders as to documents and timing (.9); analysis of certain pre-settled lien claims and terms (.6); preparation of updates to summary and settlement terms (.7); communications with M. Fenoglio and M. Daher (Debtors) as to lienholder documents and invoicing matters (.4). | 4.7 | 2585.00 |
| 07/16/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.3); prepare draft settlement stipulation as to particular lienholders (.8). | 1.1 | 231.00 |
| 07/16/18 | CHK | Attention to emails regarding lien settlement issues (.7). | 0.7 | 392.00 |
| 07/16/18 | MMR | Review correspondence from T. Sherman (A&M), D. Merrett (Jones Day), and M. Fenoglio (Debtor) concerning lienholder settlement matters (.6); redline proposed change to settlement agreement by particular lienholder and forward on for approval (.5); telephone conference with D. Merrett (Jones Day) concerning settlement matters (.2); communications with J. Davis concerning the same (.3); telephone conference with S. Henkel (CM Henkel) concerning settlement of particular lienholder (.3); telephone conference with J. Daneen (Owl Creek) concerning potential lienholder settlement (.3); prepare to contact additional particular lienholders concerning settlement (.4). | 2.6 | 1300.00 |
| 07/17/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2). | 0.2 | 42.00 |
| 07/17/18 | JLD | Telephone conference with T. Sherman (A&M) and M. Riseden as to lienholder settlement matters (.4); settlement negotiations with various lienholder attorneys as to settlement stipulation agreement terms and payment matters and documents (2.7); preparation of comments to lienholder information as to document requests and settlement terms (1.7); communications with D. Merrett (Jones Day) as to various lien matters (.4); communications as to bonding issues (.3); prepare updates to certain settlement stipulation agreements (.8). | 6.3 | 3465.00 |
| 07/17/18 | CHK | Review communications involving M. Riseden, J. Davis, and M. Fenoglio (Debtor) regarding lien settlement issues (.5); attention to scheduling emails (.4). | 0.9 | 504.00 |
| 07/17/18 | MMR | Communications with M. Fenoglio and P. Losa (Debtors) and T. Sherman (A&M) concerning lien settlements (.3); communications with S. Henkel (CM Henkel) concerning documents with particular lienholder (.3); communication to J. Chau and R. Chapman (lienholder counsel) concerning particular lienholder settlement (.2); communications with B. Klimist (Klimist Lawfirm) concerning potential lienholder settlement (.4); communication to J. Judd (Andrews Myers) concerning particular lienholder settlements (.2); telephone conference with T. Sherman (A&M) and J. Davis concerning lienholder matters (.4); review notes and prepare to contact particular lienholders concerning potential settlement (.3). | 2.1 | 1050.00 |
| 07/18/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.4); conference call with M. Riseden, J. Davis, T. Sherman (A&M); M. Fenoglio, P. Losa, (Debtors), regarding settlement discussion (.8); conference with M. Riseden and J. Davis regarding the same (.3); prepare draft settlement stipulation as to particular lienholders (.4); work on lien settlement information and claims with M. Riseden and J. Davis at the request of A&M and Debtor (2.1). | 4.0 | 840.00 |
| 07/18/18 | CHK | Conference with M. Riseden regarding settlement issues (.3); telephone conference with D. Merrett (Jones Day), M. Riseden, J. Davis regarding settlement issues (.7); conference with M. Riseden, J. Davis regarding same (.3); attention to emails concerning lien issues (.3). | 1.6 | 896.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/18/18 | JLD | Conference call with M. Riseden, M. Hartman, T. Sherman (A&M), M. Fenoglio and P. Losa (Debtors) regarding lien settlement matters and claims (.8); conference with M. Riseden and M. Hartman regarding the same (.3); discussion with M. Riseden and H. Kollenberg as to lien reserve issues (.3); conference call with D. Merrett (Jones Day), M. Riseden, and H. Kollenberg as to lien settlements (.7); prepare updates and comments with M. Riseden and M. Hartman to lien settlement information and claims as requested by A&M and Debtor and send out (2.1); negotiations of lien settlements with various lien holders counsel (1.8); analysis of prior lien settlement matters under Sale Order (.8); analysis of term sheet for reserve motion (.6); communications with M. Daher (Debtor) as to scaffolding matters and lienholder documents (.4). | 7.8 | 4290.00 |
| 07/18/18 | MMR | Communications with D. Merrett (Jones Day) concerning status of lien call (.1); conference call with M. Hartman, J. Davis, T. Sherman (A&M); M. Fenoglio and P. Losa (Debtors) regarding lien settlement matters and claims (.8); conference with M. Hartman and J. Davis regarding the same (.3); review bid term sheet (.2); communication with J. Davis and H. Kollenberg concerning settlements (.3); communications with H. Kollenberg concerning lien matters (.3); communications with D. Merrett (Jones Day), H. Kollenberg, and J. Davis concerning lien settlement issues (.7); work on lien settlement information and claims with M. Hartman and J. Davis at the request of A&M and Debtor (2.1); send updated information to T. Sherman (A&M) (.1); communications with A. Powers (Porter Hedges) concerning status of particular lienholder settlement (.2); review communications from T. Sherman (A&M) concerning liens and reply to the same (.2); communications with K. Starke (Owl Group) concerning particular lienholder (.1); review information provided by particular lienholder (.1); send the same to T. Sherman (A&M) and M. Fenoglio and P. Losa (Debtors) (.1); send additional lienholder information to T. Sherman (A&M) and M. Fenoglio and P. Losa (Debtors) (.1). | 5.7 | 2850.00 |
| 07/19/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2); conference call with M. Fenoglio, P. Losa, J. Shea, M. Daher, A. Saporiti (Debtors), T.Sherman (A&M), M. Riseden, J. Davis, H. Kollenberg, and JV Purchaser Technical Team regarding settlement matters (1.9); conference with M. Riseden and J. Davis to work on lien settlement information and claims at the request of A&M and Debtor (1.1). | 3.2 | 672.00 |
| 07/19/18 | CHK | Participate in partial lien call with M. Fenoglio, P. Losa, J. Shea, M. Daher, A. Saporiti (Debtors), T. Sherman (A&M), M. Hartman, M. Riseden and J. Davis (1.6); conference with M. Riseden regarding lien settlement issues (.2). | 1.8 | 1008.00 |
| 07/19/18 | JLD | Participate in conference call with M. Fenoglio, P. Losa, J. Shea, M. Daher, A. Saporiti (Debtors), T.Sherman (A&M), M. Riseden, M. Hartman, H. Kollenberg, and JV Purchaser Technical Team regarding lien claims and settlement matters (1.9); conference with M. Riseden and M. Hartman to work on lien settlement information and claims at the request of A&M and Debtor (1.1); settlement negotiations with various lienholders (2.1); preparation of settlement stipulation agreements for certain lienholders (1.2); analysis of sale order and reserve motion as to payment terms (.9); communications with M. Fenoglio (Debtor) and D. Merrett (Jones Day) as to particular lienholder document matters and analysis of lien claims (.7); communications with M. Riseden concerning settlements and upcoming meetings (.3). | 8.2 | 4510.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/18 | MMR | Conference call with M. Fenoglio, P. Losa, J. Shea, M. Daher, A. Saporiti (Debtors), T.Sherman (A&M), M. Hartman, J. Davis, H. Kollenberg, and JV Purchaser Technical Team regarding settlement matters (1.9); conference with M. Hartman and J. Davis to work on lien settlement information and claims at the request of A&M and Debtor (1.1). communications with T. Sherman (A&M) concerning the same (.7); communications with M. Daher (Debtor) concerning particular lienholder (.2); communication with S. Henkel (CM Henkel) concerning particular lienholder (.2); communication with J. Davis concerning settlements and upcoming meetings (.3); communications with H. Kollenberg concerning lienholder matters (.2); review correspondence from M. Fenoglio (Debtor) concerning liens and settlements (.5). | 5.1 | 2550.00 |
| 07/20/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); prepare draft settlement stipulation as to particular lienholders (.4). | 0.5 | 105.00 |
| 07/20/18 | CHK | Conference with M. Riseden regarding lien issues (.4). | 0.4 | 224.00 |
| 07/20/18 | JLD | Receipt, analysis and prepare comments to Debtor's lien settlement summary information as to settlement matters (.6); discussion with M. Riseden as to lien settlement issues (.4); receipt and analysis of invoices and backup information from lienholders (.7); negotiations with various lienholder counsel as to settlement terms and options (1.6). | 3.3 | 1815.00 |
| 07/20/18 | MMR | Review email from M. Daher (Debtor) concerning information relating to particular lienholder (.2); review emails from M. Fenoglio (Debtor) concerning lienholders and related settlement discussions and issues (.3); work with J. Davis in reviewing information from M. Fenoglio (Debtor) concerning lienholders and settlements (.4); email M. Fenoglio (Debtor), D. Merrett (Jones Day), D. Stogsdill, B. Corio, and T. Sherman (A&M) and J. Davis concerning the same (.2); conference with H. Kollenberg regarding lien issues (.4). | 1.5 | 750.00 |
| 07/22/18 | JLD | Communications with M. Fenoglio (Debtor) and T. Sherman (A&M) as to lien settlement matters (.4); analysis of lien settlement updates and inquires as to lien claims (.8); prepare comments on lien claim issues and settlement amounts (.6). | 1.8 | 990.00 |
| 07/23/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.4); review of settlement related documents (1.3); prepare draft settlement stipulation as to particular lienholder (.2). | 1.9 | 399.00 |
| 07/23/18 | JLD | Prepare lienholder settlement stipulation agreements for various lienholders (.9); communications and negotiations with various lien holders as to settlement matters, documents and warranties (2.3); communications with M. Fenoglio (Debtor) and T. Sherman (A&M) as to lien settlements issues (.8); analysis of lien reconciliation issues and lien settlement terms (1.3); prepare comments (.7); analysis of Bankruptcy sale order and reserve term sheet as to lien settlement matters (.8). | 6.8 | 3740.00 |
| 07/23/18 | CHK | Conference with M. Riseden regarding lien issues (.4); review filings and emails regarding lien issues (.5). | 0.9 | 504.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/23/18 | MMR | Review correspondence from T. Sherman (A&M) and M. Fenoglio (Debtor) (.6); review information from T. Sherman (A&M) and prepare comments for the same (1.4); communications to M. Hartman concerning A&M information and potential settlements (.4); prepare various settlement agreements for particular lienholders (.8); communications with H. Kollenberg (.4); communications to B. Klimist (Law Office of Bernard Klimist) concerning settlement of particular lienholder (.3); communications to M. Patterson (Womble) concerning settlement of particular of lienholder (.4); communications to R. Chapman (Anderson, Smith, Null & Stofer) (.4); communications to J. Judd (Andrews Myers) concerning potential settlement of lienholder (.3). | 5.0 | 2500.00 |
| 07/24/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); research and prepare information pertaining to particular lienholders (.4); review of settlement related documents (2.3); prepare draft settlement stipulation as to particular lienholders (.5). | 3.3 | 693.00 |
| 07/24/18 | JLD | Participate in site meeting in Corpus Christi with JV Purchaser technical team, M. Fenoglio, P. Losa, J. Shea, M. Daher, A. Saporiti (Debtors), T. Sherman (A&M), and M. Riseden regarding lien settlement negotiations and lien claim analysis matters (3.9); settlement communications and negotiations with various lienholders counsel (1.4); prepare lien settlement updates to Debtor team (.6); receipt and analysis of vendor aging information and lien claims (.8); communications with H. Kollenberg and M. Riseden concerning lien issues and meeting with JV Purchasers and Debtors (.4). | 7.1 | 3905.00 |
| 07/24/18 | CHK | Telephone conferences with M. Riseden, J. Davis regarding lien meeting (.4); telephone conference with D. Merrett (Jones Day) regarding lien issues (.3); communications regarding particular lienholder issues (.9); review contracts (.6). | 2.2 | 1232.00 |
| 07/24/18 | MMR | Communications with H. Kollenberg and J. Davis concerning meeting with purchasers and Debtors (.4); review notes and correspondence in preparation of site meeting with JV purchaser team and M. Fenoglio, P. Losa, J. Shea, M. Daher, A. Saporiti (Debtors), T. Sherman (A&M), and J. Davis (2.2); participate in site meeting in Corpus Christi with JV purchaser technical team and M. Fenoglio, P. Losa, J. Shea, M. Daher, A. Saporiti (Debtors), T. Sherman (A&M), and J. Davis regarding lien settlement negotiations and lien claim analysis (3.9); review notes and prepare to contact specific lienholders concerning particular settlements (.4); communications to J. Judd (Andrews Myers) concerning particular lienholder settlements (.7). | 7.6 | 3800.00 |
| 07/25/18 | MH | Research and locate documents pertaining to particular lienholders claims (1.7); downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1). | 1.8 | 378.00 |
| 07/25/18 | JLD | Lien settlement negotiations with various lienholders counsel (.8); discuss repair work and warranty extension matters with certain lienholders (.7); research and analysis of certain lien claims and defenses (1.3); analysis of certain lower tier subcontractor lien claims and invoicing issues (1.8). | 4.6 | 2530.00 |
| 07/25/18 | CHK | Conference with M. Riseden regarding lien issues (.3); review lien issues (.4); review material from particular lienholder (.7). | 1.4 | 784.00 |
| 07/25/18 | MMR | Communications with H. Kollenberg concerning liens (.3); research concerning prior discussions and documents with particular lienholder (.8); communications to M. Hartman concerning organizing and collecting data of particular lienholders (.3). | 1.4 | 700.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/26/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); meeting with M. Riseden, J. Davis, H. Kollenberg, T. Sherman (A&M), M. Fegnolio, P. Losa (Debtors), and D. Merrett (Jones Day) regarding lien holder settlements (1.5). | 1.6 | 336.00 |
| 07/26/18 | CHK | Meeting with M. Riseden, J. Davis, M. Hartman, T. Sherman (A&M), M. Fenoglio, P. Losa (Debtors), and D. Merrett (Jones Day) regarding lienholder settlements (1.5); prepare for and conference call with T. Sherman (A&M), J. Davis, M. Riseden, D. Merrett (Jones Day) and Inbursa legal team concerning lien settlements (1.0); review lien information (.2); conference with M. Riseden concerning with M. Riseden concerning settlements and discussions (.2). | 2.9 | 1624.00 |
| 07/26/18 | JLD | Participate in office meeting with T. Sherman (A&M), M. Fenoglio and P. Losa (Debtors), M. Riseden, M. Hartman and H. Kollenberg to discuss subcontractor liens and lien holder settlements (1.5); analysis of particular lienholders subcontractor lien claim matters (.8); participate in telephone conference with T. Sherman (A&M), Inbursa legal team, D. Merrett (Jones Day), M. Riseden and H. Kollenberg to present and discuss status of various lienholder settlements (1.0); communications with M. Daher (Debtor) as to certain lienholder claim amounts and documents (.4); prepare comments to lower tier subcontractor lien claims analysis (1.2). | 4.9 | 2695.00 |
| 07/26/18 | MMR | Communications with H. Kollenberg concerning settlements and discussions (.2); meeting with M. Hartman, J. Davis, H. Kollenberg, T. Sherman (A&M), M. Fegnolio, P. Losa (Debtors), and D. Merrett (Jones Day) regarding lien holder settlements (1.5); review responses from particular lienholders concerning settlement discussions (.2); send status updates to T. Sherman (A&M), P. Losa and M. Fenoglio (Debtors) (.3); telephone conference with T. Sherman (A&M), J. Davis, H. Kollenberg, D. Merrett (Jones Day) and Inbursa legal team concerning liens (1.0); telephone conference with S. Henkel (CM Henkel) concerning particular lienholder (.2). | 3.4 | 1700.00 |
| 07/27/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); research documents pertaining to particular lienholder claims (2.1). | 2.2 | 462.00 |
| 07/27/18 | CHK | Review lien information on particular lienholders in connection with reviews (1.2). | 1.2 | 672.00 |
| 07/27/18 | EM | Prepare and organize documents pertaining to subcontractor lienholder claims (3.5). | 3.5 | 770.00 |
| 07/27/18 | MMR | Communications with H. Emalfarb (lienholder counsel) concerning updates (.2); communications to T. Sherman (A&M), M. Fenoglio and P. Losa (Debtors) and J. Davis concerning the same (.2); review communications from M. Fenoglio (Debtor) (.6). | 1.0 | 500.00 |
| 07/30/18 | EM | Prepared and organize documents pertaining to various subcontractor lien claims. (4.0). | 4.0 | 880.00 |
| 07/30/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.1); meeting with M. Riseden and J. Davis regarding particular lienholder settlement discussion (1.5); research documents pertaining to particular lienholder claims (1.5). | 3.1 | 651.00 |
| 07/30/18 | JLD | Communications with M. Fenoglio (Debtor) as to various lower tier subcontractor lien claims, invoices, and aging (.8); meeting with M. Riseden and M. Hartman to discuss status of particular lienholder settlement matters (1.5); analysis of certain lower tier subcontractor lien claims and prepare request for documents (.9); communications with T. Sherman (A&M) as to lienholder settlement summary and status matters (.6); receipt and analysis of lienholder settlement summary information for discussion (.8). | 4.6 | 2530.00 |
| 07/30/18 | CHK | Attention to emails regarding lien issues (.4). | 0.4 | 224.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/18 | MMR | Meeting with M. Hartman and J. Davis regarding particular lienholder and information from M. Fenoglio (Debtor) (1.5); review additional information from T. Sherman (A&M) and provide comments to the same (.4); review communications from M. Fenoglio (Debtor) concerning liens and negotiation related information (.4); review communications from T. Sherman (A&M) concerning the same (.3). | 2.6 | 1300.00 |
| 07/31/18 | MH | Downloaded and processed and reviewed pleadings from US Bankruptcy Clerk's database as applicable to lien holders (.2); conference call with M. Riseden, J. Davis, H. Kollenberg, M. Fenoglio, P. Losa, J. Shea (Debtors), T. Sherman (A&M), D. Merrett, B. Corio (Jones Day) and JV Purchaser team regarding lien settlements (2.4). | 2.6 | 546.00 |
| 07/31/18 | CHK | Participate in portion of conference call with M. Riseden, J. Davis, M. Hartman, M. Fenoglio, P. Losa, J. Shea (Debtors), T. Sherman (A&M), D. Merrett, B. Corio (Jones Day) and JV Purchaser team regarding lien settlements (1.5); partial participation in conference call with D. Merrett (Jones Day), M. Riseden, J. Davis regarding lien settlements (.2); conference with M. Riseden, J. Davis regarding lien settlement issues (.3). | 2.0 | 1120.00 |
| 07/31/18 | JLD | Participate in conference call with M. Fenoglio, P. Losa, J. Shea (Debtors), T. Sherman and B. Corio (A&M), D. Merrett (Jones Day), JV Purchaser Technical Team, M. Riseden and H. Kollenberg and M. Hartman regarding lienholder settlement matters (2.4); communications with T. Sherman (A&M) as to lien settlement matters (.2); communications with D. Merrett (Jones Day), H. Kollenberg and M. Riseden (.1); analysis of certain lien holder claims (.8); prepare summary of lienholder settlement matters as requested by Debtors and A&M (.9); settlement negotiations with various lienholders (1.7); communications with M. Riseden and H. Kollenberg concerning settlement paths (.3). | 6.4 | 3520.00 |
| 07/31/18 | MMR | Conference call with M. Hartman, J. Davis, H. Kollenberg, M. Fenoglio, P. Losa, J. Shea (Debtors), T. Sherman (A&M), D. Merrett, B. Corio (Jones Day) and JV Purchaser team regarding lien settlements (2.4); partial participation in telephone conference with J. Davis and D. Merrett (Jones Day) (.1); communications with H. Kollenberg and J. Davis concerning settlement paths (.3); communications to M. Hartman concerning information gathered concerning lower tiered subs (.1); finalize notes from lien call and send to J. Davis (.6); review communications from M. Fenoglio (Debtor) concerning liens and potential settlements (.7). | 4.2 | 2100.00 |
| | | **Total Fees** | | **128,213.00** |

Re:     Litigation/Arbitrations

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/05/18 | MMR | Review recently filed pleadings concerning litigation involving Debtors and Blanchard (.2); send the same to D. Merrett (Jones Day), P. Losa and M. Fenoglio (Debtors) (.2). | 0.4 | 200.00 |
| 07/06/18 | MH | Research status of pending litigation matters (.4). | 0.4 | 84.00 |
| 07/16/18 | JLD | Receipt and analysis of amended lawsuit petition field by WFS (.7); communications with D. Merrett (Jones Day) and M. Riseden as to WFS amended claim matters (.4); analysis of WFS claim matters and work locations (.3). | 1.4 | 770.00 |
| 07/16/18 | CHK | Review new petition (.4); emails regarding same (.3); conference with M. Riseden regarding same (.2). | 0.9 | 504.00 |
| 07/16/18 | MMR | Review filing by WFS involving amended petition (.2); review case status (.2); email update to D. Merrett (Jones Day) concerning WFS matter (.2); telephone conference with D. Merrett (Jones Day) and J. Davis concerning the same (.4); conference with H. Kollenberg concerning WFS (.2). | 1.2 | 600.00 |
| 07/27/18 | MH | Research status of pending litigation matters (.4). | 0.4 | 84.00 |
| | | **Total Fees** | | **2,242.00** |

Re:        Non-Working Travel

| Date | Atty | Description of Services | Hours | Amount |
|---|---|---|---|---|
| 07/24/18 | JLD | Travel from Houston to Corpus Christi for site meeting with Debtors, A&M, and JV Purchase technical team (2.3); travel from Corpus Christi site to Houston (2.6). | 4.9 | 2,695.00 |
| 07/24/18 | MMR | Travel to Corpus Christi from Houston for meeting with Debtors, A&M and Purchasers (1.4); travel from Corpus Christi to Houston (2.7). | 4.1 | 2,050.00 |
|  |  | **Total Fees** |  | **4,745.00** |

**EXHIBIT B**

003946.000001
143 - 4849086.2

**DISBURSEMENT SUMMARY - July, 2018**

| | |
|---|---|
| Travel - Transportation | $805.00 |
| Travel - Food | $15.16 |
| **Total** | **$820.16** |

\*\* - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 15.16

| Date | Description | Amount |
|---|---|---|
| | **TRAVEL - TRANSPORTATION** | |
| 07/24/18 | Travel Expenses; Travel to/from Corpus Christi - Transportation; Mindy Riseden and Jason Davis | 805.00 |
| | **Total** | **805.00** |

| Date | Description | Amount |
|---|---|---|
| | **TRAVEL - FOOD AND BEVERAGE** | |
| 07/24/18 | Travel Expenses; Starbucks - Jason and Mindy (food and beverage in Corpus) | 15.16 |
| | **Total** | **15.16** |

**TOTAL** **820.16**

\*\* - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 15.16

**GRAND TOTAL** **820.16**

\*\* - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 15.16