**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br>(Jointly Administered)<br><br>**Re: Docket No. ___** |

**ORDER GRANTING MOTION OF THE LUXEMBOURG
DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT
OF CERTAIN PREPETITION CLAIMS OF FOREIGN CREDITORS**

This Court has considered the *Motion of the Luxembourg Debtors for Entry of an Order Authorizing Payment of Certain Prepetition Claims of Foreign Creditors* (the "Motion"),[2] and the statements of counsel and the evidence adduced with respect to the Motion at any hearing before this Court (the "Hearing"). This Court has found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion and the Hearing was sufficient under the circumstances and (v) there is good cause to waive the 14-day stay imposed by Bankruptcy Rule 6004(h) to the extent it is applicable. After due deliberation, this Court has determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors, and is necessary to prevent harm to the Debtors and their estates; and good and sufficient cause having been shown;

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Lux Debtors are authorized, but not directed, to pay Prepetition Lux Claims from the Lux Debtors' unencumbered cash in an aggregate amount not to exceed $300,000 and subject to the following restrictions:

- Absent the Committee's specific written consent, the Foreign Creditor Funds may be used solely to satisfy (in part or in full) Prepetition Lux Claims of (a) trade creditors with no familial or financial relationship to the Debtors or Marco Ghisolfi (other than in their capacity as trade creditors) and (b) non-insider employees with no familial or financial relationship to the Debtors or Marco Ghisolfi (other than in their capacity as employees of the Debtors);

- the Lux Creditors receiving such funds must acknowledge that such receipt is in full or partial satisfaction (as applicable) of such Prepetition Lux Claim and any applicable guarantee by any U.S. Debtor; and

- For any calendar month during which the Lux Debtors expend any of the Foreign Creditor Funds, the Lux Debtors shall provide the U.S. Debtors, the Committee and the United States Trustee with a report certifying the Lux Debtors' compliance with the foregoing requirements and identifying each recipient of Foreign Creditor Funds and the amount paid to such recipient.

3. The Debtors are authorized to execute and deliver all instruments and documents, and take all such other actions as may be necessary or appropriate to implement, effectuate and fully perform under and in accordance with this Order.

4. Nothing in the Motion or this Order, nor the Debtors' payment of claims pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any claim on any grounds; (c) a promise to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined hereunder; or (e) the assumption of any executory contract or unexpired lease.

5. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

6. To the extent that is may be applicable, the 14-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _____, 2018
       Wilmington, Delaware        THE HONORABLE BRENDAN L. SHANNON
                                        UNITED STATES BANKRUPTCY JUDGE

# Exhibit B

## Judgments Obtained by Lux Creditors

| Creditor | Debtor | Amount | Type of Claim | Date of Judgment |
|---|---|---|---|---|
| LUX CONNEX S.A. | M&G International S.á r.l. | €2,237.63 plus interest | Utilities | 3/8/2018 |
| Direct Management Consulting S.á r.l. | M&G International S.á r.l. | €1,151.98 plus interest | Office Support Services | 2/12/2018 |
| Henri Hellinckx | M&G Chemicals S.A. | €4,767.35 plus interest | Notary Public Services | 4/26/2018 |