# EXHIBIT A

## Compensation Summary

# EXHIBIT A

# M & G USA CORPORATION, *et al.*

# COMPENSATION BY PROJECT CATEGORY
# JUNE 1, 2018 THROUGH JUNE 30, 2018

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 2.20 | $1,577.00 |
| Committee Matters and Creditor Meetings | 5.60 | $3,658.50 |
| Fee Application Matters/Objections | 11.70 | $4,596.00 |
| Litigation/General | 50.80 | $31,792.50 |
| Preparation for and Attendance at Hearings | 3.90 | $1,866.00 |
| Retention Matter | 2.60 | $1,503.00 |
| Budgeting (Case) | 0.30 | $201.00 |
| **TOTAL** | **77.10** | **$45,194.00** |



```
                                                                    1325 Avenue of the Americas
                                                                            19th Floor
                                                                       New York, NY 10019
                                                                 212.752.8000   212.752.8393 fax
                                                                    FEDERAL ID# 22-2113414
                                                                              –
                                                                         New Jersey
                                                                              –
                                                                          Delaware
                                                                              –
                                                                          Maryland
                                                                              –
                                                                           Texas
                                                                              –
                                                                          Florida
```

M&G USA CORP.

Re: Client/Matter No. 57321-0001                                      Invoice No. 818559
    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                              July 6, 2018

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2018

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | **CASE ADMINISTRATION** | | 2.20 | $1,577.00 |
| 06/05/18 | RESPOND TO EMAILS FROM DEBTORS RE: STATUS OF CERTAIN WORK STREAMS | DFG | 0.40 | 236.00 |
| 06/08/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: CREDITOR INQUIRY | JKS | 0.10 | 74.50 |
| 06/12/18 | EMAIL EXCHANGE WITH A. LEES RE: OMNIBUS HEARINGS (.1); EMAIL TO J. O'NEILL RE: HEARING ON INTERIM FEE APPLICATIONS (.1) | JKS | 0.20 | 149.00 |
| 06/15/18 | REVIEW EMAIL FROM J. MULVIHILL RE: JULY HEARING DATE AND NOTICING OF INTERIM FEE APPLICATIONS (.2); REVIEW AND RESPOND TO EMAIL FROM R. BELLO SCHEDULING TELECONFERENCE (.2); PREPARE NOTICE OF TELECONFERENCE (.1); EMAIL EXCHANGE WITH A. LEES RE: NOTICE OF TELECONFERENCE (.1); CONFERENCE WITH S. ROBERTS RE: ELECTRONIC SERVICE OF NOTICE OF TELECONFERENCE (.1); REVIEW CASE CALENDAR RE: SCHEDULED HEARING (.1) | JKS | 0.80 | 596.00 |
| 06/22/18 | REVIEW EMAIL FROM J. MULVIHILL RE: JUNE 26 STATUS CONFERENCE ON MOTION TO DISMISS (.1); REVIEW AGENDA RE: JUNE 26 TELEPHONIC HEARING (.1) | JKS | 0.20 | 149.00 |
| 06/25/18 | EMAIL EXCHANGES WITH A. LEES AND D. GEOGHAN RE: JUNE 26 STATUS CONFERENCE (.2); REVIEW AGENDA CANCELING JUNE 26 STATUS CONFERENCE (.1) | JKS | 0.30 | 223.50 |
| 06/29/18 | EMAIL TO AND FROM J. WHITWORTH RE: SCHEDULING OF DEADLINES IN BANCOMEXT APPEAL (.1); REVIEW EMAIL FROM A. LEES RE: DOCKET NOTIFICATIONS (.1) | JKS | 0.20 | 149.00 |
| | **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | 5.60 | $3,658.50 |
| 06/06/18 | PREPARE FOR AND ATTEND CALL WITH COMMITTEE AND COMMITTEE PROFESSIONALS, INCLUDING REVIEW AND ANALYSIS OF MATERIALS TO BE DISCUSSED WITH COMMITTEE | DRH | 0.80 | 536.00 |
| 06/06/18 | PREPARE FOR AND PARTICIPATE ON COMMITTEE CALL | DFG | 0.60 | 354.00 |
| 06/12/18 | REVIEW STATUS REPORT FROM B. KINNEY TO COMMITTEE | JKS | 0.10 | 74.50 |
| 06/18/18 | REVIEW P. SPRINGER STATUS REPORT TO COMMITTEE | JKS | 0.10 | 74.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/19/18 | PREPARE FOR AND ATTEND CALL WITH COMMITTEE ADVISORS RE: AGENDA AND STRATEGY FOR COMMITTEE CALL | DRH | 0.80 | 536.00 |
| 06/19/18 | PREPARE FOR AND PARTICIPATE ON CALL WITH ADVISERS RE: M&G STATUS | DFG | 0.70 | 413.00 |
| 06/20/18 | PREPARE FOR AND ATTEND WEEKLY COMMITTEE CONFERENCE CALL | JKS | 0.70 | 521.50 |
| 06/20/18 | PREPARE FOR/ATTEND CALL WITH COMMITTEE AND COMMITTEE ADVISORS RE: RECENT DEVELOPMENTS IN CASES, NEXT STEPS | DRH | 0.70 | 469.00 |
| 06/20/18 | PREPARE FOR AND ATTEND COMMITTEE MEETING | DFG | 0.90 | 531.00 |
| 06/26/18 | REVIEW AND ANALYZE COMMITTEE STATUS REPORT FROM P. SPRINGER | JKS | 0.20 | 149.00 |

**FEE APPLICATION MATTERS/OBJECTIONS**  **11.70**  **$4,596.00**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/01/18 | REVIEW AND REVISE COLE SCHOTZ INTERIM FEE APPLICATION (.7); DRAFT CORRESPONDENCE TO K. STICKLES, K. KARSTETTER RE: SAME (.1) | DRH | 0.80 | 536.00 |
| 06/05/18 | REVIEW REVISED TIME DETAIL FOR PRIVILEGE AND COMPLIANCE WITH LOCAL RULES | DRH | 1.10 | 737.00 |
| 06/14/18 | FINALIZE, EFILE AND COORDINATE SERVICE OF BERKELEY RESEARCH, COLE SCHOTZ, GATTAI, JEFFRIES, AND MILBANK SECOND INTERIM FEE APPLICATIONS | JCW | 1.70 | 297.50 |
| 06/14/18 | CONFERENCE WITH J. WHITWORTH RE: PREPARATION OF INTERIM FEE APPLICATIONS (.1); COMMUNICATIONS WITH A. MILLER RE: PREPARATION AND FILING OF INTERIM FEE APPLICATIONS (.3) REVIEW, REVISE JEFFERIES SECOND INTERIM FEE APPLICATION FOR FILING (.1); REVIEW MILBANK'S SECOND INTERIM FEE APPLICATION FOR FILING, INCLUDING COMMUNICATIONS WITH A. MILLER RE: MODIFIED APPLICATION (.3); REVIEW AND REVISE COLE SCHOTZ SECOND INTERIM FEE APPLICATION FOR FILING (.2); REVIEW GATTAI SECOND INTERIM FEE APPLICATION FOR FILING (.1); REVIEW BRG SECOND INTERIM FEE APPLICATION FOR FILING (.1); CONFERENCE WITH J. WHITWORTH RE: FEE APPLICATIONS FOR FILING (.2) | JKS | 1.40 | 1,043.00 |
| 06/14/18 | REVIEW EMAILS FROM K. STICKLES RE: CERTIFICATE OF NO OBJECTION RE: MILBANK TWEED SIXTH FEE APPLICATION | JCW | 0.20 | 35.00 |
| 06/14/18 | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION RE: MILBANK TWEED SIXTH FEE APPLICATION | JCW | 0.20 | 35.00 |
| 06/14/18 | COORDINATE SERVICE OF BERKELEY RESEARCH, COLE SCHOTZ, GATTAI, JEFFRIES, AND MILBANK SECOND INTERIM FEE APPLICATIONS | JCW | 0.20 | 35.00 |
| 06/15/18 | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION RE: COLE SCHOTZ SIXTH MONTHLY FEE APPLICATION | JCW | 0.20 | 35.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 3

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 06/15/18 | EMAIL TO J. WHITWORTH RE: COLE SCHOTZ SIXTH MONTHLY FEE APPLICATION (.1); REVIEW AND EXECUTE CERTIFICATION RE: COLE SCHOTZ SIXTH MONTHLY FEE APPLICATION FOR FILING, INCLUDING COMMUNICATION WITH J. WHITWORTH (.1); EMAIL TO J. WHITWORTH RE: PREPARATION OF CERTIFICATIONS RE: FEE APPLICATIONS (.1); EMAIL EXCHANGE WITH A. MILLER RE: GATTAI FEE APPLICATION (.1) | JKS | 0.40 | 298.00 |
| 06/15/18 | REVIEW EMAILS FROM K. STICKLES RE: PREPARATION OF COLE SCHOTZ SIXTH MONTHLY FEE APPLICATION | JCW | 0.10 | 17.50 |
| 06/19/18 | FINALIZE AND EFILE CERTIFICATE OF NO OBJECTION RE: GATTAI SIXTH MONTHLY FEE APPLICATION | JCW | 0.60 | 105.00 |
| 06/19/18 | REVIEW CNO RE: SIXTH MONTHLY FEE STATEMENT OF GATTAI, MINOLI, AGOSTINELLI, PARTNERS FOR FILING | JKS | 0.10 | 74.50 |
| 06/19/18 | REVIEW EMAIL AND COMMUNICATION WITH K. STICKLES RE: CERTIFICATE OF NO OBJECTION RE: GATTAI SIXTH MONTHLY FEE APPLICATION | JCW | 0.20 | 35.00 |
| 06/20/18 | EFILE AND SERVE SEVENTH MONTHLY FEE APPLICATION OF MILBANK TWEED | JCW | 0.50 | 87.50 |
| 06/20/18 | REVIEW EMAIL FROM P. SPRINGER RE: FEE APPLICATION (.1); COMMUNICATIONS WITH J. WHITWORTH RE: FILING (.1); REVIEW SEVENTH MONTHLY FEE STATEMENT OF MILBANK, TWEED, HADLEY & MCCLOY LLP FOR FILING AND SERVICE (.1); EMAIL TO J. WHITWORTH RE: FILING AND SERVICE OF MILBANK'S SEVENTH FEE STATEMENT (.1) | JKS | 0.40 | 298.00 |
| 06/20/18 | CONFERENCE WITH J. WHITWORTH RE: CERTIFICATIONS RE: PROFESSIONAL FEES FOR FILING (.1); REVIEW AND EXECUTE CNO RE: BRG FIFTH FEE APPLICATION FOR FILING (.1); REVIEW AND EXECUTE CNO RE: BRG SIXTH FEE APPLICATION FOR FILING (.1) | JKS | 0.30 | 223.50 |
| 06/20/18 | COMMUNICATION WITH K. STICKLES RE: PREPARATION OF CERTIFICATE OF NO OBJECTION RE: BERKELEY RESEARCH FIFTH MONTHLY FEE APPLICATION | JCW | 0.10 | 17.50 |
| 06/20/18 | PREPARE, FINALIZE, AND EFILE CERTIFICATE OF NO OBJECTION RE: BERKELEY RESEARCH FIFTH MONTHLY FEE APPLICATION | JCW | 0.60 | 105.00 |
| 06/20/18 | REVIEW EMAILS FROM K. STICKLES RE: PREPARATION OF SEVENTH MONTHLY FEE APPLICATION OF MILBANK TWEED | JCW | 0.20 | 35.00 |
| 06/25/18 | CALENDAR OBJECTION DEADLINES FOR SECOND INTERIM FEE APPLICATIONS OF COLE SCHOTZ, MILBANK, JEFFRIES, GATTAI, AND BERKELEY RESEARCH | JCW | 0.40 | 70.00 |
| 06/28/18 | PREPARE COLE SCHOTZ SEVENTH MONTHLY FEE APPLICATION, INCLUDING EXHIBITS | SR | 0.90 | 112.50 |

# COLE SCHOTZ P.C.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 4

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/29/18 | REVIEW EMAIL FROM P. SPRINGER RE: GATTAI'S FEE STATEMENT (.1); REVIEW GATTAI MAY FEE STATEMENT FOR FILING AND SERVICE (.1); COMMUNICATIONS WITH J. WHITWORTH RE: FILING OF FEE STATEMENT (.1) | JKS | 0.30 | 223.50 |
| 06/29/18 | REVIEW EMAIL FROM K. STICKLES RE: SEVENTH MONTHLY FEE APPLICATION OF GATTAI (.1); EFILE AND SERVE SEVENTH MONTHLY FEE APPLICATION OF GATTAI (.6); CALENDAR OBJECTION DEADLINE RE: GATTAI SEVENTH MONTHLY FEE APPLICATION (.1) | JCW | 0.80 | 140.00 |
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **50.80** | **$31,792.50** |
| 06/01/18 | REVIEW, FINALIZE AND SEND D&O INSURANCE LETTER | DFG | 0.90 | 531.00 |
| 06/01/18 | REVIEW ALL D&O POLICY AND RELATED MATERIALS AND DISCUSS SAME WITH D. GEOGHAN AND LUXEMBOURG COUNSEL RE: VARIOUS COVERAGE ISSUES AND NEED FOR RESEARCH ON DISTINCT ISSUES RE: SAME | JWW | 2.90 | 1,870.50 |
| 06/01/18 | REVIEW MEDIATION ORDER (.2); CONFERENCE WITH K. STICKLES RE: SAME (.3); EMAIL TO S. KOMROWER RE: MOTION TO DISMISS (.2) | FRY | 0.70 | 357.00 |
| 06/04/18 | REVIEW RESPONSE BRIEF RE: MOTION TO DISMISS (.7); REVIEW CASE CITED THEREIN (.3); EMAIL TO K. STICKLES, S. KOMROWER RE: SAME (.2) | FRY | 1.20 | 612.00 |
| 06/04/18 | REVIEW DRAFT REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS | SK | 1.40 | 1,085.00 |
| 06/05/18 | REVIEW AND COMMENT ON DISCOVERY REQUESTS | DFG | 0.90 | 531.00 |
| 06/05/18 | REVIEW AND ANALYZE DRAFT REPLY IN SUPPORT OF MOTION TO DISMISS BANCOMEXT ADVERSARY PROCEEDING (.8); REVIEW EMAIL FROM J. LOWY RE: DISCOVERY (.1); REVIEW DRAFT OF SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES DIRECTED TO DEBTORS (.5); EMAIL EXCHANGE WITH K. KARSTETTER RE: DISCOVERY TO BE ISSUED (.1) | JKS | 1.50 | 1,117.50 |
| 06/06/18 | EMAILS WITH S. KOMROWER RE: EXTENSION OF DEADLINE FOR COMMITTEE BRIEF | FRY | 0.20 | 102.00 |
| 06/07/18 | DRAFT MEMORANDUM RE: STRATEGY IN CONNECTION WITH INSURANCE MATTERS | DFG | 1.90 | 1,121.00 |
| 06/07/18 | REVIEW EMAIL FROM J. WOLF RE: REPLY BRIEF (.1); CONFER WITH K. STICKLES RE: LEGAL ANALYSIS (.2); REVIEW REVISIONS TO BRIEF (.7); CONFER WITH S. KOMROWER RE: SAME (.2) | FRY | 1.20 | 612.00 |
| 06/07/18 | REVIEW EMAIL FROM J. WOLF RE: REPLY (.1); CONFERENCE WITH F. YUDKIN RE: LEGAL ANALYSIS (.2); REVIEW SIGNED ORDER EXTENDING REPLY DEADLINE (.1); REVIEW/REVISE DRAFT REPLY (1.2); CONFERENCE WITH AND EMAIL TO J. WOLF RE: REPLY (.1) | JKS | 1.70 | 1,266.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 5

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/07/18 | REVIEW REVISED AND CURRENT VERSION OF REPLY BRIEF AND EMAILS RE: SAME | SK | 0.90 | 697.50 |
| 06/08/18 | REVIEW RESPONSE RE: INSURANCE MATTERS AND COMPARE TO CERTAIN KEY POLICY PROVISIONS AND RELATED MATERIALS | JWW | 1.70 | 1,096.50 |
| 06/08/18 | REVIEW EMAIL FROM A. LEES RE: STIPULATION (.1); RETRIEVE STIPULATION AND EMAIL TO A. LEES RE: DEADLINE TO FILE REPLY BRIEF (.1); REVIEW 5 NOTICES OF DEPOSITION ISSUED BY BANCO NACIONAL DE COMERCIO EXTERIOR (.2) | JKS | 0.40 | 298.00 |
| 06/08/18 | EMAIL EXCHANGE WITH J. WOLF RE: USDC NOTICE OF APPEARANCE AND PRO HAC MOTIONS (.1); COMMUNICATIONS WITH K. KARSTETTER RE: PREPARATION OF PRO HAC MOTIONS FOR MILBANK ATTORNEYS (.1) | JKS | 0.20 | 149.00 |
| 06/08/18 | REVIEW STIPULATION RE: REPLY DEADLINE EXTENSION | SK | 0.20 | 155.00 |
| 06/12/18 | FINALIZE, EFILE AND SERVE REPLY IN SUPPORT OF MOTION TO DISMISS | JCW | 2.00 | 350.00 |
| 06/12/18 | EMAIL EXCHANGE WITH A. LEES RE: REPLY (.1); EMAIL EXCHANGES WITH J. WOLF RE: REPLY AND DEADLINE TO FILE (.2); EMAIL EXCHANGE WITH J. WOLF RE: NOTICE OF APPEARANCE AND PRO HAC MOTIONS FOR DISTRICT COURT APPEAL (.1); COMMUNICATIONS WITH J. WHITWORTH RE: DISTRICT COURT FILINGS (.2); EMAIL EXCHANGE WITH A. LEES, D. HURST AND D. GEOGHAN RE: DISMISSAL MOTION AND DISCOVERY (.3); COMMUNICATION WITH J. WOLF RE: REPLY AND EXHIBIT (.2); REVIEW EXHIBIT TO REPLY AND CONFERENCE WITH J. WHITWORTH RE: SAME (.1); REVIEW DEBTORS' REPLY (.8); REVIEW REVISED REPLY FOR FILING AND SERVICE, INCLUDING COMMUNICATIONS WITH J. WHITWORTH AND J. WOLF (1.6); COMMUNICATIONS WITH J. WHITWORTH RE: SERVICE OF REPLY (.3) | JKS | 3.90 | 2,905.50 |
| 06/12/18 | REVIEW EMAIL FROM K. STICKLES RE: FILING AND SERVICE OF A. LEES PRO HAC MOTION AND MILBANK NOTICE OF APPEARANCE | JCW | 0.10 | 17.50 |
| 06/12/18 | EFILE AND SERVE A. LEES PRO HAC MOTION AND MILBANK NOTICE OF APPEARANCE | JCW | 0.80 | 140.00 |
| 06/12/18 | COMMUNICATION WITH K. STICKLES AND REVIEW EMAILS RE: PREPARING, FINALIZING, EFILING AND SERVICE OF REPLY IN SUPPORT OF MOTION TO DISMISS | JCW | 0.30 | 52.50 |
| 06/13/18 | FINALIZE AND EFILE AFFIDAVIT OF SERVICE FOR REPLY IN SUPPORT OF MOTION TO DISMISS | JCW | 0.30 | 52.50 |
| 06/13/18 | EMAILS RE: STATUS OF CASE AND D&O MATTERS | DFG | 0.50 | 295.00 |
| 06/13/18 | CONFERENCE WITH A. LEES RE: MEDIATION | JKS | 0.30 | 223.50 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
     Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 6

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/14/18 | TELEPHONE CALL TO CHAMBERS REQUESTING TELECONFERENCE (.1); COMMUNICATIONS WITH A. LEES RE: REQUEST FOR TELECONFERENCE (.3); COMMUNICATIONS WITH M. MANNING RE: REQUEST FOR TELECONFERENCE (.1); COMMUNICATIONS WITH A. LEES RE: REQUEST FOR TELECONFERENCE WITH COURT (.3); EMAIL TO R. BELLO RE: HEARING DATE FOR THE LUXEMBOURG DEBTORS' MOTION TO DISMISS (.1); REVIEW EMAIL FROM R. BELLO RE: STATUS OF REQUEST FOR HEARING (.1); REVIEW EMAIL FROM R. BELLO REQUESTING LETTERS ADDRESSING SCHEDULING DISPUTE (.1); EMAIL EXCHANGE WITH A. LEES RE: PREPARATION OF LETTER (.1); COMMUNICATIONS WITH BANCOMEXT AND DEBTORS' DELAWARE COUNSEL RE: COURT REQUEST (.2); REVIEW AGENDA RE: JUNE 19 HEARING (.1) | JKS | 1.50 | 1,117.50 |
| 06/14/18 | REVIEW EMAIL FROM R. KAMPFNER, J. SOTILLE AND A. LEES RE: PARTICIPATION OF MEXICAN ENTITIES IN THE ANTICIPATED MEDIATION PROCESS | JKS | 0.10 | 74.50 |
| 06/15/18 | EMAIL EXCHANGE WITH A. LEES RE: LETTER TO JUDGE RE: COMMITTEE REQUEST TO ADJOURN HEARING ON MOTION OF LUXEMBOURG DEBTORS FOR ORDER DISMISSING THEIR CHAPTER 11 CASES (.2); REVIEW, REVISE AND FINALIZE LETTER FOR FILING, INCLUDING COMMUNICATIONS WITH A. LEES (.5); EMAILS TO CHAMBERS AND COUNSEL FOR DEBTORS AND BANCOMEXT RE: FILED LETTER (.1); REVIEW BANCOMEXT LETTER RE: ADJOURNMENT (.2); REVIEW DEBTORS' LETTER IN OPPOSITION TO REQUESTED ADJOURNMENT (.2) | JKS | 1.20 | 894.00 |
| 06/18/18 | EFILE NOTICE OF SERVICE OF THE COMMITTEE'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEBTORS CONCERNING PLAN-RELATED ISSUES (.1); PREPARE AND EFILE AFFIDAVIT OF SERVICE RE: SAME (.1) | SR | 0.20 | 25.00 |
| 06/18/18 | REVIEW EMAIL FROM J. LOWY RE: DISCOVERY (.1); REVIEW THIRD REQUEST FOR PRODUCTION TO DEBTORS (.2); REVIEW NOTICE OF SERVICE AND COMMUNICATIONS WITH J. LOWY RE: NOTICE: (.2); EXECUTE NOTICE OF SERVICE FOR FILING AND SERVICE (.1) | JKS | 0.60 | 447.00 |
| 06/18/18 | CONFERENCE WITH D. GEOGHAN RE: SCHEDULED TELECONFERENCE ON MOTION TO DISMISS (.2); ATTEND TELECONFERENCE RE: REQUEST TO ADJOURN MOTION TO DISMISS (.9); ATTEND CONFERENCE WITH MAGISTRATE BURKE RE: MEDIATION (.3); CONFERENCE WITH D. GEOGHAN RE: SCHEDULED MEDIATION (.1) | JKS | 1.50 | 1,117.50 |
| 06/18/18 | EMAILS AND CALL WITH DEBTORS RE: D&O INSURER LETTER (.4); PREPARE FOR AND PARTICIPATE ON CALL WITH CO-COUNSEL RE: SAME (.5) | DFG | 0.90 | 531.00 |
| 06/19/18 | ATTEND CONFERENCE CALL WITH COMMITTEE PROFESSIONALS RE: LITIGATION STATUS AND STRATEGY | JKS | 0.70 | 521.50 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
     Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 7

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/20/18 | REVIEW NOTICE OF COMPLETION OF BRIEFING (.1); REVIEW REQUEST FOR ORAL ARGUMENT (.1); EMAIL EXCHANGE WITH A. LEES RE: REQUEST FOR ORAL ARGUMENT (.2); PREPARE AND REVISE REQUEST FOR ARGUMENT, INCLUDING COMMUNICATIONS WITH A. LEES ET AL RE: JOINDER (.5); CONFERENCE WITH J. WHITWORTH RE: FILING AND SERVICE OF JOINDER (.1) | JKS | 1.00 | 745.00 |
| 06/21/18 | REVIEW RECENT CORRESPONDENCE FROM M&G REPRESENTATIVE TO D&O CARRIER FORWARDING NOTICE OF CLAIM AND DISCUSS SAME WITH D. GEOGHAN | JWW | 0.40 | 258.00 |
| 06/21/18 | REVIEW EMAIL FROM J. WOLF RE: APPEAL (.1): EMAIL EXCHANGE WITH S. LIANG RE: BRIEFING ON APPEAL (.2); REVIEW DOCKET AND PREPARE DRAFT STIPULATION RE: APPEAL (.5); REVIEW EMAILS FROM AND CONFERENCE WITH S. LIANG AND MODIFIED STIPULATION (.4); CONFERENCE WITH J. LOWY RE: HEARING DATE AND BRIEFING SCHEDULE FOR MOTION TO DISMISS (.2); PREPARE STIPULATION RE: MOTION TO DISMISS (.6); REVIEW FURTHER REVISED STIPULATION RE: APPEAL (.1); EMAIL EXCHANGE WITH J. LOWY RE: DRAFT STIPULATION (.2); REVIEW EMAIL FROM A. LEES RE: DISTRICT AND BANKRUPTCY COURT STIPULATIONS (.1); RESEARCH RE: MEDIATION STATEMENT (.6) REVIEW EMAIL FROM AND CONFERENCE WITH J. WOLF RE: MEDIATION STATEMENT COMPLIANT WITH JUDGE BURKE'S MEDIATION PROCEDURES ORDER (.2); REVIEW PROPOSED BRIEFING SCHEDULE IN APPEAL AND EMAIL EXCHANGE WITH A. LEES RE: SAME (.3) | JKS | 3.50 | 2,607.50 |
| 06/22/18 | EMAIL EXCHANGE WITH J. WOLF RE: CORRESPONDENCE TO MAGISTRATE JUDGE RE: MEDIATION (.2); REVIEW DRAFT LETTER TO MAGISTRATE (.2); EMAIL EXCHANGE WITH J. WOLF RE: MODIFICATION TO PROPOSED LETTER (.3); REVIEW FURTHER REVISED LETTER (.1); REVIEW EMAILS FROM COUNSEL FOR APPELLANT AND APPELLEES RE: LETTER (.2); COMMUNICATIONS WITH S. ROBERTS RE: SUBMISSION OF LETTER TO CHAMBERS (.1); EMAIL TO A. LEES ET AL CONFIRMING SUBMISSION OF LETTER TO CHAMBERS (.1) | JKS | 1.20 | 894.00 |
| 06/25/18 | COMMUNICATION WITH K. STICKLES RE: FINALIZING AND EFILING SUBPOENA OF M. GHISOLFI (.2); FINALIZE AND FILE SUBPOENA OF M. GHISOLFI (.6) | JCW | 0.80 | 140.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 8

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/25/18 | EMAIL EXCHANGES AND CONFERENCES WITH J. LOWY RE: DISCOVERY (.5); REVIEW FEDERAL AND LOCAL RULES RE: ISSUANCE OF SUBPOENA AND CONFERENCE WITH J. LOWY RE: COMPLIANCE (.4); PREPARE SUBPOENAS AND NOTICES OF SUBPOENA FOR FILING, INCLUDING COMMUNICATIONS WITH J. LOWY AND J. WHITWORTH (1.2); ATTEND TO SERVICE OF SUBPOENAS AND FILING OF NOTICE OF SUBPOENA EVIDENCING SERVICE (.6); REVIEW EMAIL FROM J. WOLF RE: STIPULATION SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS LUXEMBOURG DEBTORS (.1); REVIEW EMAIL FROM R. KAMPFNER RE: STIPULATION (.1); DRAFT CERTIFICATION AND PROPOSED ORDER RE: STIPULATION (.3); EMAIL TO J. WOLF RE: DRAFT CERTIFICATION AND PROPOSED ORDER (.1) | JKS | 3.30 | 2,458.50 |
| 06/25/18 | REVIEW DATABASE REPORTING AND OPTIMIZE FUNCTIONALITY | AYC | 0.10 | 39.50 |
| 06/26/18 | EMAIL FROM K. STICKLES RE: FILING STIPULATION AND JOINT PROPOSED APPELLATE BRIEFING SCHEDULE | PVR | 0.10 | 28.50 |
| 06/26/18 | EFILE STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE IN USDC | PVR | 0.20 | 57.00 |
| 06/26/18 | EMAIL EXCHANGE WITH J. WOLF RE: CERTIFICATION OF COUNSEL (.1); EMAIL EXCHANGES WITH J. WOLF RE: EXECUTION OF STIPULATION RE: DEBTORS MOTION TO DISMISS LUXEMBOURG DEBTORS (.2); REVIEW EMAILS FROM R. KAMPFNER AND J. SCHLERF RE: STIPULATION (.1); REVIEW EMAIL FROM D. MERRETT RE: MODIFICATION OF STIPULATION RE: MOTION TO DISMISS (.1); REVIEW EMAILS FROM A. LEES AND J. WOLF RE: PROPOSED MODIFICATION OF STIPULATION RE: MOTION TO DISMISS (.2); REVISE STIPULATION RE: MOTION TO DISMISS AND CIRCULATE TO PARTIES FOR EXECUTION (.2); REVIEW EMAIL FROM R. KAMPFNER RE: STIPULATION (.1); EMAIL TO L. JONES RE: EXECUTION OF STIPULATION RE: MOTION TO DISMISS (.1); CONFERENCE WITH AND REVIEW EMAIL FROM J. O'NEILL RE: STIPULATION (.2); REVIEW EMAIL FROM S. LIANG RE: APPELLATE BRIEFING SCHEDULE (.1); PREPARE STIPULATION RE: APPELLATE BRIEFING SCHEDULE AND FORWARD TO S. LIANG (.5); CONFERENCE WITH S. YORSZ RE: SUBPOENA (.1); EMAIL EXCHANGES WITH A. LEES RE: SUBPOENA (.2); CONFERENCE WITH J. WHITWORTH RE: FILING OF STIPULATION TO DISMISS AND TRANSMITTAL TO CHAMBERS (.1); EMAIL TO J. WOLF RE: FILED STIPULATION (.1); REVIEW BANCOMEXT NOTICE OF SERVICE OF SUBPOENA TO MARCO GHISOLFI (.1); FINALIZE STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE FOR FILING IN APPEAL (.2); COMMUNICATIONS WITH J. SCHLERF AND J. O'NEILL RE: EXECUTION OF STIPULATION FOR FILING (.1); REVIEW RULES AND PREPARE TEMPLATE FOR COMMITTEE BRIEF, INCLUDING COMMUNICATIONS WITH S. LIANG (1.3) | JKS | 4.10 | 3,054.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 9

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/26/18 | COMMUNICATION WITH K. STICKLES RE: CERTIFICATION OF COUNSEL RE: STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE (.1); EFILE CERTIFICATION OF COUNSEL RE: STIPULATION AND JOINT PROPOSED BRIEFING, AND SUBMIT PROPOSED ORDERS TO CHAMBERS (.8) | JCW | 0.90 | 157.50 |
| 06/26/18 | EMAIL TO K. STICKLES RE: FILED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE | PVR | 0.10 | 28.50 |
| 06/26/18 | EMAIL TO J. WHITWORTH RE: SUBMISSION OF FILED STIPULATION TO JUDGE STARK'S CHAMBERS | PVR | 0.10 | 28.50 |
| 06/26/18 | CALENDAR M. GHISOLFI DEPOSITION AND M. GHISOLFI DEADLINE FOR REQUEST TO PRODUCE DOCUMENTS | JCW | 0.30 | 52.50 |
| 06/27/18 | REVIEW EMAIL FROM P. RATKOWIAK RE: JOINT BRIEFING SCHEDULE (.1); TRANSMIT COPY OF STIPULATION AND JOINT BRIEFING SCHEDULE TO JUDGE STARK'S CHAMBERS (.2) | JCW | 0.30 | 52.50 |
| 06/28/18 | REVIEW EMAIL FROM K. STICKLES RE: CALENDARING (.1); CALENDAR HEARING ON JULY 18, OBJECTION DEADLINE RE: MOTION TO DISMISS, AND DEADLINE TO REPLY TO MOTION TO DISMISS (.3) | JCW | 0.40 | 70.00 |
| 06/29/18 | REVIEW ECF NOTIFICATION OF SO ORDERED STIPULATION AND JOINT BRIEFING SCHEDULE AND EMAIL TO A. LEES ET AL RE: SAME (.1); REVIEW ORDER SCHEDULING ORAL ARGUMENT ON APPEAL FOR SEPTEMBER 7 AND EMAIL TO A. LEES ET AL RE: SAME (.1); REVIEW EMAIL FROM D. GEOGHAN RE: DEPOSITION (.1) | JKS | 0.30 | 223.50 |
| 06/29/18 | EMAILS AND CALL WITH A. LEES RE: COORDINATING DISCOVERY (.7), MEMO TO CS TEAM RE: STATUS AND STRATEGY (.2) | DFG | 0.90 | 531.00 |
| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **3.90** | **$1,866.00** |
| 06/15/18 | REGISTER A. LEES AND K. STICKLES FOR COURTCALL RE: JUNE 18, 2018 TELECONFERENCE AND EMAIL COURTCALL CONFIRMATIONS TO COUNSEL | SR | 0.10 | 12.50 |
| 06/15/18 | EFILE NOTICE OF TELECONFERENCE SCHEDULED FOR JUNE 18 | JCW | 0.20 | 35.00 |
| 06/15/18 | COMMUNICATION WITH K. STICKLES RE: LETTER TO JUDGE SHANNON RE: ADJOURNING JUNE 18 HEARING | JCW | 0.10 | 17.50 |
| 06/15/18 | REVIEW EMAIL FROM K. STICKLES RE: NOTICE OF TELECONFERENCE SCHEDULED FOR JUNE 18 | JCW | 0.10 | 17.50 |
| 06/18/18 | PREPARE AND EFILE AFFIDAVIT OF SERVICE RE: NOTICE OF TELECONFERENCE SCHEDULED FOR JUNE 18, 2018 | SR | 0.20 | 25.00 |
| 06/18/18 | PREPARE FOR HEARING RE: MOTION TO DISMISS (1.5); CALL WITH K. STICKLES RE: TELEPHONIC COURT APPEARANCES (.3) AND HEARING; PARTICIPATE IN HEARING (1.1) | DFG | 2.90 | 1,711.00 |
| 06/18/18 | REGISTER D. GEOGHAN FOR COURTCALL RE: JUNE 18, 2018 TELECONFERENCE | SR | 0.10 | 12.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 818559  
July 6, 2018  
Page 10

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/29/18 | REVIEW EMAIL FROM K. STICKLES RE: CALENDARING (.1); CALENDAR ORAL ARGUMENTS FOR SEPTEMBER 7 (.1) | JCW | 0.20 | 35.00 |

**RETENTION MATTERS**     2.60     **$1,503.00**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/18/18 | EMAIL EXCHANGE WITH A. MILLER RE: RETENTION OF LOYENS & LOEFF (.2); REVIEW AND REVISE DRAFT NOTICE RE: RETENTION OF LOYENS & LOEFF (.1); FOLLOW-UP EMAIL EXCHANGES WITH A. MILLER RE: RETENTION APPLICATION (.2) | JKS | 0.50 | 372.50 |
| 06/20/18 | EMAIL EXCHANGE WITH A. MILLER RE: POTENTIAL LUXEMBOURG RETENTION | JKS | 0.10 | 74.50 |
| 06/21/18 | EMAIL EXCHANGES WITH K. STICKLES AND A. MILLER RE: LOYENS & LOEFF RETENTION APPLICATION | SR | 0.20 | 25.00 |
| 06/21/18 | COORDINATE SERVICE OF LOYENS & LOEFF RETENTION APPLICATION | SR | 0.10 | 12.50 |
| 06/21/18 | CONFERENCE WITH K. STICKLES RE: EDITS TO RETENTION APPLICATION AND FILING AND SERVICE OF SAME | SR | 0.20 | 25.00 |
| 06/21/18 | EFILE LOYENS & LOEFF RETENTION APPLICATION AND EMAIL TO A. MILLER CONFIRMING FILING AND SERVICE OF SAME | SR | 0.20 | 25.00 |
| 06/21/18 | REVIEW EMAIL FROM A. MILLER RE: LUXEMBOURG RETENTION APPLICATION (.1); COMMUNICATIONS WITH S. ROBERTS RE: RESPONSE DEADLINE FOR APPLICATION (.1); REVIEW EMAIL FROM A. MILLER AND APPLICATION TO RETAIN LOYENS & LOEFF AS SPECIAL LUXEMBOURG COUNSEL (.4); CONFERENCE WITH A. MILLER RE: RETENTION APPLICATION (.2); CONFERENCE WITH S. ROBERTS RE: REVISIONS TO RETENTION APPLICATION (.3); REVIEW REVISED RETENTION APPLICATION FOR FILING AND SERVICE (.2) | JKS | 1.30 | 968.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice No. 818559
    Client/Matter No. 57321-0001  July 6, 2018
    Page 11

**BUDGETING (CASE)**                                                               0.30     **$201.00**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/02/18 | REVIEW DRAFT BUDGET AND DRAFT COMMENTS RE: SAME (.2); DRAFT CORRESPONDENCE TO K. STICKLES RE: SAME (.1) | DRH | 0.30 | 201.00 |

TOTAL HOURS     77.10

PROFESSIONAL SERVICES:     $ 45,194.00

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| JOHN WHITWORTH | PARALEGAL CLERK | 12.80 | 175.00 | 2,240.00 |
| STUART KOMROWER | MEMBER | 2.50 | 775.00 | 1,937.50 |
| J. KATE STICKLES | MEMBER | 34.70 | 745.00 | 25,851.50 |
| DAVID HURST | MEMBER | 4.50 | 670.00 | 3,015.00 |
| JAMES W. WALKER | MEMBER | 5.00 | 645.00 | 3,225.00 |
| FELICE R. YUDKIN | MEMBER | 3.30 | 510.00 | 1,683.00 |
| DANIEL F. GEOGHAN | MEMBER | 11.50 | 590.00 | 6,785.00 |
| PAULINE Z. RATKOWIAK | PARALEGAL | 0.50 | 285.00 | 142.50 |
| SUSAN ROBERTS | LEGAL PRAC ASST | 2.20 | 125.00 | 275.00 |
| ANTHONY CORTEZ | LITIGATION SUPP | 0.10 | 395.00 | 39.50 |

EXHIBIT B

Expense Summary

## EXHIBIT B

## M & G USA CORPORATION, *et al.*

## EXPENSE SUMMARY
## JUNE 1, 2018 THROUGH JUNE 30, 2018

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying/Printing/Scanning (179 pages @ $.10/page) | | $17.90 |
| Conference Call | | $125.00 |
| Pacer Fees | ECF | $79.50 |
| Data Host Fees | Cole Schotz P.C. | $537.00 |
| Outside Printing | Parcels, Inc. | $624.05 |
| Postage | | $7.35 |
| Travel | | $458.96 |
| **TOTAL** | | **$1,849.76** |



1325 Avenue of the Americas
19th Floor
New York, NY 10019
212.752.8000    212.752.8393  fax
FEDERAL ID# 22-2113414
—
New Jersey
—
Delaware
—
Maryland
—
Texas
—
Florida

M&G USA CORP.

Re:    Client/Matter No. 57321-0001           Invoice No. 818559
       OFFICIAL COMMITTEE OF UNSECURED CREDITORS       July 6, 2018

FOR COSTS ADVANCED THROUGH JUNE 30, 2018

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02/18 | PACER FEES | 0.30 |
| 05/02/18 | PACER FEES | 0.40 |
| 05/07/18 | PACER FEES | 0.10 |
| 05/07/18 | PACER FEES | 0.30 |
| 05/07/18 | PACER FEES | 0.30 |
| 05/07/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.20 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 1.90 |
| 05/08/18 | PACER FEES | 0.20 |
| 05/08/18 | PACER FEES | 0.40 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 1.00 |
| 05/08/18 | PACER FEES | 2.70 |
| 05/08/18 | PACER FEES | 0.20 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 1.70 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 0.30 |

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 0.20 |
| 05/08/18 | PACER FEES | 2.00 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 0.30 |
| 05/08/18 | PACER FEES | 0.10 |
| 05/08/18 | PACER FEES | 0.20 |
| 05/08/18 | PACER FEES | 0.20 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/08/18 | PACER FEES | 3.00 |
| 05/15/18 | PACER FEES | 0.20 |
| 05/16/18 | PACER FEES | 0.30 |
| 05/17/18 | PACER FEES | 0.30 |
| 05/17/18 | PACER FEES | 0.20 |
| 05/21/18 | PACER FEES | 3.00 |
| 05/21/18 | PACER FEES | 1.80 |
| 05/21/18 | PACER FEES | 3.00 |
| 05/21/18 | PACER FEES | 1.60 |
| 05/22/18 | PACER FEES | 0.10 |
| 05/22/18 | PACER FEES | 0.30 |
| 05/23/18 | TRAVEL - ONE-WAY AMTRAK FROM NEW YORK TO WILM, DE FOR D. GEOGHAN | 133.00 |
| 05/23/18 | PACER FEES | 0.20 |
| 05/23/18 | PACER FEES | 0.10 |
| 05/23/18 | PACER FEES | 0.30 |
| 05/23/18 | PACER FEES | 2.30 |
| 05/23/18 | PACER FEES | 0.30 |
| 05/23/18 | PACER FEES | 1.90 |

# COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice No. 818559 |
| | Client/Matter No. 57321-0001 | July 6, 2018 |
| | | Page 3 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/23/18 | PACER FEES | 3.00 |
| 05/23/18 | PACER FEES | 0.10 |
| 05/23/18 | PACER FEES | 0.30 |
| 05/23/18 | PACER FEES | 0.20 |
| 05/23/18 | PACER FEES | 0.10 |
| 05/23/18 | PACER FEES | 3.00 |
| 05/23/18 | PACER FEES | 0.30 |
| 05/23/18 | PACER FEES | 1.70 |
| 05/23/18 | PACER FEES | 0.10 |
| 05/23/18 | PACER FEES | 0.40 |
| 05/24/18 | TRAVEL - LODGING AT THE SHERATON IN WILM, DE FOR D. GEOGHAN (CHECK-IN 5/23/18; CHECK-OUT 5/24/18) | 192.96 |
| 05/24/18 | TRAVEL - ONE-WAY AMTRAK FROM WILM, DE TO NEW YORK FOR D. GEOGHAN | 133.00 |
| 05/24/18 | OUTSIDE PRINTING - PARCELS, INC | 56.20 |
| 05/24/18 | OUTSIDE PRINTING - PARCELS, INC | 154.80 |
| 05/24/18 | PACER FEES | 3.00 |
| 05/24/18 | PACER FEES | 0.40 |
| 05/24/18 | PACER FEES | 3.00 |
| 05/25/18 | PACER FEES | 3.00 |
| 05/31/18 | OUTSIDE PRINTING - PARCELS, INC | 145.80 |
| 06/01/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.50 |
| 06/01/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.50 |
| 06/01/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.40 |
| 06/01/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.10 |
| 06/05/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.00 |
| 06/05/18 | PHOTOCOPYING / PRINTING / SCANNING | 2.30 |
| 06/08/18 | PHOTOCOPYING / PRINTING / SCANNING | 4.60 |
| 06/08/18 | OUTSIDE PRINTING - PARCELS, INC | 68.30 |
| 06/12/18 | POSTAGE | 5.00 |
| 06/13/18 | OUTSIDE PRINTING - PARCELS, INC | 48.15 |
| 06/15/18 | OUTSIDE PRINTING - PARCELS, INC | 150.80 |
| 06/18/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.50 |
| 06/18/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.20 |
| 06/20/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.20 |
| 06/20/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.20 |
| 06/20/18 | POSTAGE | 2.35 |
| 06/22/18 | COURTCALL CONFERENCE WITH JUDGE SHANNON (D. GEOGHAN) | 37.00 |
| 06/22/18 | COURTCALL CONFERENCE WITH JUDGE SHANNON (K. STICKLES) | 44.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  Invoice No. 818559
    Client/Matter No. 57321-0001  July 6, 2018
    Page 4

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/22/18 | COURTCALL CONFERENCE WITH JUDGE SHANNON (A. LEES) | 44.00 |
| 06/25/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.30 |
| 06/25/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.60 |
| 06/25/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.00 |
| 06/25/18 | PHOTOCOPYING / PRINTING / SCANNING | 1.00 |
| 06/27/18 | PHOTOCOPYING / PRINTING / SCANNING | 0.50 |
| 06/27/18 | DATA HOST FEES | 537.00 |
| | TOTAL COSTS ADVANCED: | $ 1,849.76 |
| | TOTAL SERVICES AND COSTS: | $ 47,043.76 |