**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| M & G USA Corporation, *et al.*,[1] | : Case No. 17-12307 (BLS) |
|  | : |
| Debtors. | : Jointly Administered |
|  | : |
|  | : **Related to Docket No. 1726** |
|  | : |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)
REGARDING EIGHTH MONTHLY FEE STATEMENT OF
MILBANK, TWEED, HADLEY & MCCLOY LLP FOR INTERIM APPROVAL
AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FROM JUNE 1, 2018 THROUGH AND INCLUDING JUNE 30, 2018**

The undersigned, counsel to the Official Committee of Unsecured Creditors in the above

captioned cases (the "Committee"), hereby certifies as follows:

1.      On July 27, 2018, the Eighth Monthly Fee Statement of Milbank, Tweed, Hadley &

McCloy LLP for Interim Approval and Allowance of Compensation for Services Rendered and for

Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured

Creditors from June 1, 2018 Through and Including June 30, 2018 (the "Application") (Docket No.

1726) was filed with the Court.

2.      Objections, if any, to the Application were required to have been filed with the

Court and served no later than 4:00 p.m. on August 17, 2018 (the "Objection Deadline").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification
numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC  (3236), M & G
Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi
International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC
(3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc.
(9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas
77067.

3.      The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

4.      In accordance with the Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 308], entered December 1, 2017, the Debtors are authorized to pay Milbank, Tweed, Hadley & McCloy LLP 80% of the fees, $436,628.40 (80% of $545,785.50), and 100% of the expenses, $58,026.96, as requested in the Application.

Dated: August 17, 2018

**COLE SCHOTZ P.C.**

 */s/ J. Kate Stickles*
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty St.
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of
Unsecured Creditors*

57321/0001-15835348v4