IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF FILING OF (I) REVISED PROPOSED FORM OF ORDER REGARDING LUXEMBOURG DEBTORS' MOTION TO DISMISS AND (II) PROPOSED ORDER GRANTING STIPULATION REGARDING RELATED RESOLUTION WITH BANCOMEXT

**PLEASE TAKE NOTICE** that, on June 5, 2018, Mossi & Ghisolfi International S.à r.l., M&G Chemicals S.A. and M&G Capital S.à r.l., as three of the 12 debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed a motion (Docket No. 1537) (the "Motion to Dismiss") seeking dismissal of their Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that the official committee of unsecured creditors appointed in the Chapter 11 Cases (the "Committee") filed an objection to the Motion to Dismiss (Docket No. 1675) (the "Committee Objection").

**PLEASE TAKE FURTHER NOTICE** that Banco Nacional de Comercio Exterior, S.N.C. Institución de Banca de Desarrollo ("Bancomext" and collectively with the Debtors and the Committee, the "Parties") also filed an objection to the Motion to Dismiss (Docket No. 1673)

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

(the "Bancomext Objection"). No further objections to the Motion to Dismiss were filed or asserted.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion to Dismiss commenced before the Bankruptcy Court on July 18, 2018 and July 19, 2018 and was thereafter continued through and including the date hereof.

**PLEASE TAKE FURTHER NOTICE** that, following negotiations and mediation among the Parties: (a) the Debtors and the Committee resolved the Committee Objection in accordance with and pursuant to the provisions of the Settlement Term Sheet (Docket No. 1706) (such resolution, the "Committee Settlement"); and (b) the Debtors, the Committee and Bancomext resolved the Bancomext Objection, among other matters and proceedings involving Bancomext in the Chapter 11 Cases, in accordance with and pursuant to the provisions of the Mediation Term Sheet (Docket No. 1738) (such resolution, the "Bancomext Settlement").

**PLEASE TAKE FURTHER NOTICE** that the Bancomext Settlement is subject to, and shall only become effective and binding on the Parties upon, final approval by the Committee and Bancomext's credit committee.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as: (a) Exhibit 1 is a revised proposed order on the Motion to Dismiss incorporating the terms of the Committee Settlement (the "Revised Proposed Order"); and (b) Exhibit 2 is a proposed order approving a stipulation among the Parties with respect to the Bancomext Settlement (the "Stipulation and Order").

**PLEASE TAKE FURTHER NOTICE** that promptly following approval of the Bancomext Settlement by Bancomext and the Committee, which is expected by no later than

August 27, 2018, the Debtors intend to submit the Revised Proposed Order and the Stipulation and Order under certification of counsel for entry by the Court.

Dated: August 20, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
James Sottile IV
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
jsottile@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors
and Debtors in Possession