# M & G USA Corporation, et al
## Berkeley Research Group, LLC
## Exhibit A: Time Detail



For the Period 6/1/2018 through 6/30/2018

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 6/5/2018 | M. Haverkamp | 0.6 | Prepared second interim fee application. |
| 6/11/2018 | D. Galfus | 0.7 | Analyzed BRG's interim fee statement. |
| 6/11/2018 | M. Haverkamp | 0.5 | Edited second interim fee application. |
| 6/13/2018 | D. Galfus | 0.5 | Reviewed BRG's May fee statement. |
| 6/18/2018 | D. Galfus | 0.4 | Reviewed BRG's fees and expenses for the May 2018 period. |
| 6/22/2018 | D. Galfus | 0.4 | Reviewed BRG's interim fee statement. |
| 6/29/2018 | M. Haverkamp | 1.7 | Prepared May fee application. |
| 6/29/2018 | D. Galfus | 0.3 | Reviewed BRG's May fee statements. |
| **Task Code Total Hours** | | **5.1** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 6/6/2018 | R. Wright | 0.3 | Participated in a call with A&M (A. Rapacki) re: UCC document requests. |
| 6/12/2018 | R. Wright | 0.7 | Prepared request list for A&M. |
| 6/12/2018 | R. Wright | 0.1 | Participated in a call with A&M (A. Rapacki) re: UCC document requests. |
| **Task Code Total Hours** | | **1.1** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 6/12/2018 | R. Wright | 0.1 | Participated in a call with Milbank (B. Kinney) re: Debtor document requests. |
| 6/19/2018 | D. Galfus | 0.7 | Participated in a call with Counsel (L. Doyle) re: LuxCo Debtors and their latest effort to withdraw from the bankruptcy petition. |
| 6/19/2018 | R. Wright | 0.7 | Participated in a call with Milbank (L. Doyle) and Committee professionals re: agenda for UCC call. |
| 6/20/2018 | R. Wright | 0.5 | Participated in a call with the Committee re: upcoming mediation |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 6/20/2018 | D. Galfus | 0.4 | Participated in a call with Counsel (L. Doyle), Jefferies (L. Szlezinger) and the Committee re: status of LuxCo Debtors seeking to withdraw from the bankruptcy petition. |
| 6/20/2018 | C. Kearns | 0.4 | Participated in Committee call to discuss next steps re: Luxembourg and other matters. |
| 6/21/2018 | C. Kearns | 0.2 | Emailed with Counsel re: motion to extend exclusivity. |
| **Task Code Total Hours** | | **3.0** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 6/1/2018 | Z. Mainzer | 2.4 | Updated adviser fee analysis matrix with additional allocations at the request of Counsel. |
| 6/1/2018 | Z. Mainzer | 1.3 | Updated professional fee analysis incorporating effect on recoveries for unsecured creditors. |
| 6/4/2018 | R. Wright | 1.5 | Updated recovery waterfall assumptions as requested by counsel. |
| 6/4/2018 | Z. Mainzer | 1.3 | Reviewed professional fee analysis to calculate effects on recoveries to unsecured creditors. |
| 6/5/2018 | R. Wright | 1.2 | Refined recovery waterfall assumptions to reflect more current data. |
| 6/7/2018 | R. Wright | 2.5 | Added new recovery waterfall scenarios. |
| 6/8/2018 | R. Wright | 2.0 | Sensitized recovery waterfall. |
| 6/11/2018 | R. Wright | 1.0 | Updated recovery waterfall scenarios. |
| 6/12/2018 | R. Wright | 0.3 | Analyzed recovery waterfall model. |
| 6/18/2018 | Z. Mainzer | 2.3 | Updated MGI entity solvency analysis incorporating historical bank statement data. |
| 6/19/2018 | Z. Mainzer | 2.9 | Updated Resins bank statement analysis to determine availability of cash to unsecured creditors. |
| 6/19/2018 | R. Wright | 0.8 | Updated MGI recovery analysis. |
| 6/19/2018 | Z. Mainzer | 0.7 | Continued to update Resins bank statement analysis to determine availability of cash to unsecured creditors. |
| 6/19/2018 | C. Kearns | 0.4 | Reviewed recovery scenarios re: Luxembourg. |
| 6/20/2018 | R. Wright | 0.7 | Reviewed Chemtex settlement order. |
| 6/20/2018 | R. Wright | 0.5 | Updated MGI recovery analysis. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 6/22/2018 | R. Wright | 1.8 | Prepared a waterfall of excess Polymers' cash. |
| 6/25/2018 | R. Wright | 2.0 | Prepared a waterfall analysis re: Polymers excess cash. |
| 6/26/2018 | R. Wright | 1.2 | Prepared a waterfall analysis re: Polymers excess cash. |
| 6/27/2018 | Z. Mainzer | 2.6 | Updated matrix of unsecured creditor recoveries to account for Monthly Operating Report. |
| 6/27/2018 | R. Wright | 1.8 | Prepared a waterfall analysis re: Polymers excess cash. |
| 6/27/2018 | Z. Mainzer | 1.7 | Reviewed motion to dismiss Luxembourg entities in preparation for creating schedule of unsecured recoveries at the request of Counsel. |
| **Task Code Total Hours** | | **32.9** | |
| **11. Claim Analysis/Accounting** | | | |
| 6/1/2018 | D. Galfus | 1.6 | Reviewed claims data provided by the Debtors' financial professionals. |
| 6/4/2018 | R. Wright | 1.8 | Updated claims analysis in preparation for call with A&M. |
| 6/4/2018 | R. Wright | 0.5 | Reviewed updated claims analysis from A&M. |
| 6/5/2018 | R. Wright | 1.0 | Reviewed stipulation with union retirees. |
| 6/5/2018 | R. Wright | 0.7 | Reviewed Banco do Brazil stipulation. |
| 6/5/2018 | R. Wright | 0.4 | Participated in a call with A&M (B. Corio) re: claims. |
| 6/6/2018 | R. Wright | 1.8 | Reviewed updated claims analysis from A&M. |
| 6/7/2018 | R. Wright | 1.5 | Reviewed claims database received from A&M. |
| 6/8/2018 | R. Wright | 1.0 | Prepared claims status overview for counsel. |
| 6/11/2018 | D. Galfus | 0.8 | Analyzed the Debtors' claims by Debtor. |
| 6/11/2018 | R. Wright | 0.5 | Updated claims database. |
| 6/12/2018 | R. Wright | 1.6 | Updated recovery waterfall claim base for presentation |
| 6/12/2018 | D. Galfus | 1.1 | Reviewed the Debtors' reporting related to claims administration. |
| 6/15/2018 | R. Wright | 1.6 | Reviewed docket for newly filed administrative claims. |
| 6/18/2018 | R. Wright | 0.8 | Reviewed Cole Schotz letter to Jones Day re: D&O claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 6/20/2018 | R. Wright | 1.8 | Prepared an analysis re: mediation with Bancomext. |
| 6/20/2018 | R. Wright | 1.0 | Reviewed the Bancomext unredacted complaint. |
| **Task Code Total Hours** | | **19.5** | |
| **13. Intercompany Transactions/Balances** | | | |
| 6/1/2018 | D. Galfus | 1.4 | Analyzed potential allocations related to certain professionals fee charges by Debtor. |
| 6/11/2018 | R. Wright | 0.2 | Participated in a call with Milbank (B. Kinney) re: intercompany transactions. |
| 6/12/2018 | R. Wright | 2.2 | Reviewed bank statements received from the Debtors re: postpetition transactions with Luxembourg entities. |
| 6/12/2018 | R. Wright | 1.0 | Reviewed bank statements received from the Debtors re: prepetition transactions with Luxembourg entities. |
| 6/12/2018 | D. Galfus | 0.9 | Analyzed certain claims against certain LuxCo Debtors. |
| 6/13/2018 | R. Wright | 2.9 | Reviewed bank statements received from the Debtors re: postpetition transactions with Luxembourg entities. |
| 6/13/2018 | R. Wright | 1.6 | Continued to review bank statements received from the Debtors re: postpetition transactions with Luxembourg entities. |
| 6/13/2018 | Z. Mainzer | 0.9 | Reviewed Debtor bank statements to incorporate cash movement into M&G International intercompany analysis. |
| 6/14/2018 | Z. Mainzer | 2.8 | Created analysis of M&G International cash movements based off of monthly bank statements received from Debtors. |
| 6/14/2018 | R. Wright | 2.8 | Reviewed bank statements received from the Debtors re: postpetition transactions with Luxembourg entities. |
| 6/15/2018 | R. Wright | 1.5 | Analyzed shared services agreement re: payments to MGI. |
| 6/15/2018 | D. Galfus | 0.5 | Analyzed certain intercompany claims to be asserted by the Debtors. |
| 6/18/2018 | D. Galfus | 0.6 | Reviewed intercompany claims to be asserted by the Debtors. |
| 6/18/2018 | R. Wright | 0.5 | Analyzed shared services agreement re: payments to MGI. |
| **Task Code Total Hours** | | **19.8** | |
| **17. Analysis of Historical Results** | | | |
| 6/5/2018 | R. Wright | 0.4 | Participated in a call with Milbank (J. Jao) re: construction requests. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **17. Analysis of Historical Results** | | | |
| 6/6/2018 | R. Wright | 0.4 | Participated in a call with Milbank (J. Jao) re: construction requests. |
| 6/7/2018 | R. Wright | 0.8 | Drafted letter to A&M (D. Stogsdill) re: construction requests. |
| 6/12/2018 | D. Galfus | 0.5 | Reviewed historical construction issues. |
| 6/15/2018 | D. Galfus | 0.9 | Analyzed certain historical construction related claims. |
| 6/18/2018 | R. Wright | 2.6 | Reviewed construction files re: outstanding requests. |
| 6/18/2018 | R. Wright | 0.9 | Drafted letter to B. Corio of A&M re: outstanding requests. |
| 6/18/2018 | D. Galfus | 0.6 | Analyzed certain litigation claims that can be brought by the Debtors for historical acts. |
| 6/22/2018 | D. Galfus | 0.6 | Reviewed the status of claims associated with historical construction activities. |
| 6/29/2018 | D. Galfus | 0.8 | Analyzed historical movements of the cash in the estate. |
| **Task Code Total Hours** | | **8.5** | |
| **18. Operating and Other Reports** | | | |
| 6/6/2018 | R. Wright | 1.6 | Analyzed April MOR. |
| 6/7/2018 | R. Wright | 0.6 | Analyzed April MOR. |
| 6/29/2018 | R. Wright | 0.8 | Reviewed May MOR. |
| **Task Code Total Hours** | | **3.0** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 6/1/2018 | R. Wright | 0.7 | Reviewed updated weekly cash reporting from A&M. |
| 6/12/2018 | Z. Mainzer | 2.9 | Created analysis of Debtor bank statements in order to track non-permissible cash movements. |
| 6/12/2018 | Z. Mainzer | 1.9 | Continued to create analysis of Debtor bank statements in order to track non-permissible cash movements. |
| 6/13/2018 | R. Cohen | 2.9 | Analyzed bank statements of M&G International. |
| 6/13/2018 | R. Cohen | 2.7 | Continued to analyze bank statements of M&G International. |
| 6/13/2018 | R. Wright | 2.3 | Prepared an analysis of MGI cash receipts and disbursements for Counsel. |
| 6/13/2018 | K. Cho | 1.5 | Reviewed M&G Bank Account reconciliations. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 6/13/2018 | Z. Mainzer | 1.4 | Updated analysis of MOR cash at M&G International entity incorporating March and April data. |
| 6/13/2018 | Z. Mainzer | 1.1 | Updated schedule of cash at M&G International based off additional information from MORs. |
| 6/13/2018 | D. Galfus | 0.9 | Analyzed cash received into international bank accounts during the |
| 6/13/2018 | R. Wright | 0.9 | Reviewed liquidity forecast update package. |
| 6/14/2018 | R. Wright | 1.8 | Prepared a discovery request list for Counsel re: MGI cash accounts. |
| 6/14/2018 | R. Wright | 1.2 | Analyzed liquidity forecast update package. |
| 6/14/2018 | R. Wright | 0.2 | Participated in a call with Milbank (J. Lowy) re: MGI request list. |
| 6/15/2018 | R. Wright | 0.8 | Analyzed liquidity forecast update package. |
| 6/20/2018 | Z. Mainzer | 2.4 | Prepared Luxembourg entity cash balance analysis at the request of Counsel. |
| 6/21/2018 | Z. Mainzer | 2.2 | Updated schedule of bank documents received from Debtors at the request of Counsel. |
| 6/21/2018 | Z. Mainzer | 1.4 | Reviewed Debtor professionals fee applications in order to incorporate into MOR cash bridge analysis. |
| 6/22/2018 | Z. Mainzer | 2.6 | Updated variance report analysis to account for most recent cash information received from Debtors. |
| 6/22/2018 | Z. Mainzer | 1.2 | Updated schedule of received bank documents from the Debtors at the request of Counsel. |
| 6/25/2018 | Z. Mainzer | 2.9 | Reviewed MGI contracts in order to create cash analysis at the request of Counsel. |
| 6/25/2018 | Z. Mainzer | 0.9 | Continued to review MGI contracts in order to create cash analysis at the request of Counsel. |
| 6/26/2018 | Z. Mainzer | 2.3 | Updated schedule of bank documents received from Debtors at the request of Counsel. |
| 6/27/2018 | R. Wright | 1.5 | Reviewed current cash flow variance report. |
| 6/28/2018 | Z. Mainzer | 2.8 | Updated schedule of bank documents received from MGI at the request of Counsel. |
| 6/28/2018 | R. Wright | 0.7 | Summarized cash flow variance report for the committee. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 6/29/2018 | Z. Mainzer | 2.9 | Updated MGI cash bridge analysis upon receipt of latest MOR at request of Counsel. |
| 6/29/2018 | R. Wright | 1.7 | Updated MGI cash analysis based on the May MOR. |
| 6/29/2018 | Z. Mainzer | 1.4 | Continued to update MGI cash bridge analysis upon receipt of latest MOR at request of Counsel. |
| 6/29/2018 | D. Galfus | 0.4 | Reviewed DIP compliance related to cash flows. |
| *Task Code Total Hours* | | *50.5* | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 6/1/2018 | R. Wright | 2.7 | Prepared an analysis of professional fees re: settlement with Luxembourg Debtors. |
| 6/5/2018 | R. Wright | 0.8 | Reviewed motion to dismiss Luxembourg Debtors. |
| 6/5/2018 | R. Wright | 0.6 | Compared the Debtors' motion to dismiss Luxembourg Debtors to analysis previously prepared by BRG. |
| 6/6/2018 | R. Wright | 0.7 | Reviewed Luxembourg Debtors' settlement offer. |
| 6/6/2018 | R. Wright | 0.6 | Reviewed MGI offer re: dismissal from US bankruptcy proceeding. |
| 6/12/2018 | R. Wright | 1.4 | Reviewed request list sent to Debtors re: motion to dismiss Luxembourg entities from bankruptcy. |
| 6/13/2018 | R. Wright | 0.7 | Reviewed the Debtors' answer to the Bancomext's constructive trust claims. |
| 6/13/2018 | R. Wright | 0.5 | Reviewed the Committee's answer to the Bancomext's constructive trust claims. |
| 6/15/2018 | R. Wright | 1.3 | Reviewed supporting documents to settlement stipulation re: USW retirees. |
| 6/18/2018 | R. Wright | 0.7 | Reviewed Milbank 6/15/2018 letter to Judge Shannon re: Luxembourg dismissal. |
| 6/18/2018 | R. Wright | 0.6 | Reviewed Bancomext 6/15/2018 letter to Judge Shannon re: Luxembourg dismissal. |
| 6/18/2018 | R. Wright | 0.6 | Reviewed Milbank letter to Jones Day re: Luxembourg discovery. |
| 6/18/2018 | R. Wright | 0.3 | Reviewed Jones Day 6/15/2018 letter to Judge Shannon re: Luxembourg dismissal. |
| 6/19/2018 | R. Wright | 1.7 | Prepared an analysis re: MGI settlement negotiations. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 6/19/2018 | R. Wright | 1.5 | Updated professional fee analysis re: MGI dismissal. |
| 6/19/2018 | R. Wright | 1.0 | Prepared an analysis re: mediation with Bancomext. |
| 6/20/2018 | R. Wright | 0.8 | Reviewed the Committee's reply to Bancomext adversary. |
| 6/20/2018 | R. Wright | 0.5 | Prepared an analysis re: MGI settlement negotiations. |
| 6/21/2018 | R. Wright | 0.6 | Prepared an analysis re: MGI settlement negotiations. |
| 6/25/2018 | R. Wright | 1.0 | Prepared deposition topics for Marco Ghisolfi re: MGI cash. |
| 6/26/2018 | R. Wright | 1.5 | Prepared deposition topics for Marco Ghisolfi re: commodity swaps. |
| 6/27/2018 | R. Wright | 2.0 | Prepared deposition topics for Marco Ghisolfi re: MGI cash. |
| 6/28/2018 | R. Wright | 2.0 | Prepared deposition topics for Marco Ghisolfi re: MGI cash flow forecast. |
| 6/29/2018 | R. Wright | 2.0 | Reviewed discovery documents received re: MGI dismissal. |
| 6/29/2018 | R. Wright | 0.8 | Confirmed the receipt of a Chemtex settlement from MGI settlement. |
| 6/29/2018 | R. Wright | 0.7 | Considered topics for the deposition of Marco Ghisolfi. |
| 6/30/2018 | R. Wright | 1.5 | Reviewed discovery documents received re: MGI dismissal. |
| **Task Code Total Hours** | | **29.1** | |
| **31. Planning** | | | |
| 6/7/2018 | R. Wright | 0.7 | Reviewed Greenhill retention application. |
| 6/13/2018 | D. Galfus | 0.5 | Reviewed discovery requests for certain litigations as prepared by BRG. |
| 6/14/2018 | D. Galfus | 0.7 | Edited BRG's discovery requests for certain litigation claims. |
| **Task Code Total Hours** | | **1.9** | |
| **39. Overseas/Foreign Entity Proceedings** | | | |
| 6/6/2018 | C. Kearns | 0.6 | Reviewed Debtors' motion to dismiss Luxembourg case and related memo from Milbank. |
| 6/6/2018 | R. Wright | 0.3 | Participated in a call with the Committee re: Luxembourg settlement. |
| 6/6/2018 | C. Kearns | 0.3 | Participated in call with the Committee re: status of discussions regarding Luxembourg entities. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **39. Overseas/Foreign Entity Proceedings** | | | |
| 6/12/2018 | D. Galfus | 0.5 | Reviewed response by Bancomext to Debtors. |
| 6/13/2018 | D. Galfus | 1.1 | Analyzed certain claims asserted by international banks. |
| 6/14/2018 | D. Galfus | 0.8 | Reviewed motions related to Bancomext claims for impact on the Debtors. |
| 6/15/2018 | D. Galfus | 1.1 | Reviewed certain cash management information related to international banks accounts. |
| 6/15/2018 | D. Galfus | 0.5 | Reviewed motion to dismiss certain claims by international banks. |
| 6/18/2018 | D. Galfus | 0.9 | Reviewed motions related to the claims by international banks versus the Debtors. |
| 6/19/2018 | D. Galfus | 1.3 | Reviewed motion related to certain foreign Debtors to withdraw from the Chapter 11 process. |
| 6/19/2018 | D. Galfus | 1.0 | Prepared BRG's report on the impact of the LuxCo Debtors on the bankruptcy case. |
| 6/19/2018 | C. Kearns | 0.7 | Participated in call with Milbank (L. Doyle) and Jefferies (L. Szlezinger) to discuss Luxembourg status and open issue. |
| 6/19/2018 | C. Kearns | 0.1 | Read and replied to emails from Counsel re: Luxembourg entity status from recent hearing. |
| 6/20/2018 | D. Galfus | 1.4 | Evaluated LuxCo mediation process for settlement of their claims. |
| 6/20/2018 | D. Galfus | 1.2 | Reviewed filings related to the LuxCo settlement process. |
| 6/22/2018 | D. Galfus | 1.5 | Developed work plan related to the LuxCo settlement process. |
| 6/29/2018 | D. Galfus | 1.2 | Prepared outlines for upcoming depositions related to the LuxCo entities. |
| 6/29/2018 | D. Galfus | 0.5 | Reviewed the status of the Debtors settlement with Italian affiliates. |
| **Task Code Total Hours** | | **15.0** | |
| **Total Hours** | | **189.4** | |