## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## ORDER GRANTING MOTION TO SHORTEN NOTICE AND SCHEDULE HEARING WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CREDITORS' COMMITTEE REGARDING SETTLEMENT AND AGREEMENT WITH RESPECT TO MOTION TO DISMISS

This Court has considered the *Debtors' Motion to Shorten Notice and Schedule Hearing with Respect to Debtors' Motion for Entry of an Order Approving Stipulation between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss* (the "Motion to Shorten"),[2] the First Day Declaration and the statements of counsel and the evidence adduced with respect to the Motion to Shorten at any hearing before this Court (the "Hearing"). This Court has found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion to Shorten and the Hearing was sufficient under the circumstances. After due deliberation, this Court has determined that the relief requested in the Motion to Shorten is in the

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion to Shorten.

best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1.      The Motion to Shorten is GRANTED as set forth herein.

2.      A hearing to consider the 9019 Motion shall be held on September 13, 2018 at 10:00 a.m. prevailing Eastern Time.

3.      Objections or responses to the 9019 Motion, if any, must be made on or before September 7, 2018, at 4:00 p.m. prevailing Eastern Time.

4.      Within one business day after entry of this Order, the Debtors shall serve a copy of this Order and a notice for the hearing on the 9019 Motion in the manner described in the Motion to Shorten.

5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: _August 27, 2018_
       Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court Judge