EXHIBIT A

Compensation Summary

# EXHIBIT A

## M & G USA CORPORATION, *et al.*

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2018 THROUGH JULY 31, 2018

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 4.30 | $2,302.50 |
| Cash Collateral and DIP Financing | 0.20 | $149.00 |
| Committee Matters and Creditor Meetings | 4.20 | $2,986.50 |
| Fee Application Matters/Objections | 9.30 | $3,737.00 |
| Litigation/General | 70.90 | $51,304.00 |
| Preparation for and Attendance at Hearings | 11.10 | $8,269.50 |
| Retention Matter | 1.50 | $718.50 |
| Litigation Consulting | 0.10 | $39.50 |
| **TOTAL** | **101.60** | **$69,506.50** |



1325 Avenue of the Americas
19th Floor
New York, NY 10019
212.752.8000   212.752.8393  fax
FEDERAL ID# 22-2113414
–
New Jersey
–
Delaware
–
Maryland
–
Texas
–
Florida

M&G USA CORP.

Re:   Client/Matter No. 57321-0001                                         Invoice No. 821141
      **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**                        August 20, 2018

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2018

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | **CASE ADMINISTRATION** | | **4.30** | **$2,302.50** |
| 07/02/18 | REVIEW APPELLATE DEADLINES AND COMMUNICATIONS TO A. LEES ET AL RE: UPCOMING DEADLINES | JKS | 0.20 | 149.00 |
| 07/06/18 | CONFERENCE WITH S. WILLIAMS RE: FILING OF AFFIDAVIT OF SERVICE (.1); REVIEW CASE CALENDAR RE: MEDIATION-RELATED DEADLINES (.1) | JKS | 0.20 | 149.00 |
| 07/06/18 | UPDATE CASE CALENDAR RE: OBJECTION DEADLINE RE: COLE SCHOTZ MAY FEE APPLICATION | PVR | 0.10 | 28.50 |
| 07/12/18 | COMMUNICATIONS WITH J. WOLF RE: PRO HAC MOTIONS FOR APPEAL AND ADVERSARY ACTION (.2); REVIEW AND EXECUTE PRO HAC MOTIONS FOR ATTORNEYS DOYLE, RAVAL AND WOLF (.2); EMAILS TO J. WHITWORTH RE: FILING OF PRO HAC MOTIONS IN DISTRICT AND BANKRUPTCY COURT (.2) | JKS | 0.60 | 447.00 |
| 07/16/18 | REVIEW EMAIL FROM K. STICKLES RE: FILING OF PRO HAC APPLICATIONS (.1); FILE PRO HAC APPLICATIONS FOR 1) D. DUNNE, 2) L. DOYLE AND 3) J. WOLF (1.4) | JCW | 1.50 | 262.50 |
| 07/16/18 | EMAIL EXCHANGE WITH J. WOLF RE: ADMISSIONS (.2); REVIEW AND EXECUTE PRO HAC VICE MOTIONS FOR ATTORNEYS DOYLE, DUNNE, AND WOLF FOR FILING (.1); EMAIL TO J. WHITWORTH RE: PRO HAC VICE MOTIONS FOR FILING IN DISTRICT AND BANKRUPTCY COURT (.1) | JKS | 0.40 | 298.00 |
| 07/17/18 | REVIEW SIGNED ORDER SCHEDULING OMNIBUS HEARINGS AND EMAIL TO J. WHITWORTH RE: CALENDARING OF HEARING DATES AND DEADLINES (.1) | JKS | 0.10 | 74.50 |
| 07/17/18 | EMAIL COMMUNICATION WITH J. ONEILL RE: JULY 18 HEARING (.2); CONFERENCE WITH A. LEES RE: HEARING TIME (.1) | JKS | 0.30 | 223.50 |
| 07/18/18 | COMMUNICATIONS WITH J. O'NEILL RE: NOTICING OF CHANGE IN JULY 19 HEARING TIME | JKS | 0.20 | 149.00 |
| 07/19/18 | COMMUNICATIONS WITH S. ROBERTS RE: HEARING TRANSCRIPT | JKS | 0.20 | 149.00 |
| 07/20/18 | REVIEW EMAIL FROM G. MATTHEWS RE: TRANSCRIPT | JKS | 0.10 | 74.50 |

**COLE SCHOTZ P.C.**

Re: **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**  
**Client/Matter No. 57321-0001**

Invoice No. 821141  
August 20, 2018  
Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/23/18 | REVIEW EMAIL FROM R. BELLO RE: SCHEDULING OF ORAL ARGUMENT (.1); EMAIL TO A. LEES RE: PROPOSED DATES FOR ORAL ARGUMENT (.1) | JKS | 0.20 | 149.00 |
| 07/25/18 | EMAIL TO A. LEES AND L. DOYLE RE: PROPOSED SCHEDULE FOR ORAL ARGUMENT | JKS | 0.10 | 74.50 |
| 07/27/18 | REVIEW NOTICE OF HEARING RE: CLOSING ARGUMENTS | JKS | 0.10 | 74.50 |
| | **CASH COLLATERAL AND DIP FINANCING** | | **0.20** | **$149.00** |
| 07/25/18 | REVIEW AND ANALYZE EMAIL FROM R. WRIGHT RE: PROPOSED DIP EXTENSION BUDGET | JKS | 0.20 | 149.00 |
| | **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | **4.20** | **$2,986.50** |
| 07/02/18 | REVIEW EMAIL FROM P. SPRINGER TO COMMITTEE | JKS | 0.10 | 74.50 |
| 07/11/18 | PREPARE FOR AND ATTEND CALL WITH COMMITTEE AND COMMITTEE PROFESSIONALS RE: STATUS OF VARIOUS CASE MATTERS, NEXT STEPS | DRH | 0.80 | 536.00 |
| 07/11/18 | ATTEND WEEKLY COMMITTEE CONFERENCE CALL RE: CASE STATUS AND STRATEGY | JKS | 0.50 | 372.50 |
| 07/16/18 | REVIEW EMAIL FROM P. SPRINGER RE: COMMITTEE STATUS REPORT | JKS | 0.10 | 74.50 |
| 07/18/18 | ATTEND EMERGENCY MEETING OF COMMITTEE AND ADVISORS RE: RECENT DEVELOPMENTS | DRH | 0.60 | 402.00 |
| 07/18/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: POSSIBLE OBJECTIONS TO PENDING MOTIONS | JKS | 0.20 | 149.00 |
| 07/23/18 | PREPARE FOR AND TELEPHONE CALL WITH COMMITTEE AND COMMITTEE ADVISORS RE: RECENT DEVELOPMENTS | DRH | 0.50 | 335.00 |
| 07/23/18 | ATTEND COMMITTEE MEETING RE: CASE STATUS AND STRATEGY | JKS | 0.40 | 298.00 |
| 07/24/18 | REVIEW M. PRICE EMAIL UPDATE TO COMMITTEE RE: MEDIATION | JKS | 0.10 | 74.50 |
| 07/31/18 | REVIEW AND ANALYZE COMMITTEE STATUS REPORT FROM M. PRICE | JKS | 0.20 | 149.00 |
| 07/31/18 | REVIEW AND ANALYZE BRG REPORT TO COMMITTEE | JKS | 0.70 | 521.50 |
| | **FEE APPLICATION MATTERS/OBJECTIONS** | | **9.30** | **$3,737.00** |
| 07/02/18 | EMAIL EXCHANGE WITH D. HURST RE: FEE APPLICATION (.1); REVIEW NOTICE OF HEARING ON INTERIM FEE APPLICATIONS (.1) | JKS | 0.20 | 149.00 |
| 07/03/18 | REVIEW UPCOMING HEARING DATES | JKS | 0.10 | 74.50 |

# COLE SCHOTZ P.C.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 821141  
August 20, 2018  
Page 3

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/05/18 | REVIEW DOCKET AND REVISE AND EXECUTE CERTIFICATION RE: BRG SECOND INTERIM FEE APPLICATION (.1); REVIEW DOCKET AND REVIEW, REVISE AND EXECUTE CERTIFICATION RE: MILBANK SECOND INTERIM FEE APPLICATION (.1); REVIEW DOCKET AND EXECUTE CERTIFICATION RE: JEFFERIES SECOND INTERIM FEE APPLICATION (.1); REVIEW DOCKET AND REVISE AND EXECUTE CERTIFICATION RE: COLE SCHOTZ SECOND INTERIM FEE APPLICATION (.1); REVIEW DOCKET AND EXECUTE CERTIFICATION RE: GATTAI SECOND INTERIM FEE APPLICATION (.1) | JKS | 0.50 | 372.50 |
| 07/06/18 | EFILE AND SERVE COLE SCHOTZ MAY FEE APPLICATION | PVR | 0.40 | 114.00 |
| 07/06/18 | REVIEW COLE SCHOTZ MAY MONTHLY FEE APPLICATION (.3); DRAFT CORRESPONDENCE TO P. RATKOWIAK RE: SAME (.1); REVIEW JUNE TIME DETAIL FOR PRIVILEGE AND COMPLIANCE WITH LOCAL RULES (.8) | DRH | 1.20 | 804.00 |
| 07/06/18 | REVIEW AND RESPOND TO EMAIL FROM P. SPRINGER RE: INTERIM FEE APPLICATIONS (.1); EMAIL TO AND FROM J. WHITWORTH RE: FILING OF CERTIFICATIONS RE: SECOND INTERIM FEE APPLICATIONS (.1) | JKS | 0.20 | 149.00 |
| 07/06/18 | DRAFT MULTIPLE CORRESPONDENCE TO K. STICKLES RE: PREPARATION OF CERTIFICATES OF NO OBJECTION FOR FEE APPLICATIONS (.2); PREPARE, FINALIZE AND FILE CERTIFICATE OF NO OBJECTION FOR SECOND INTERIM FEE APPLICATIONS OF 1) BERKELEY RESEARCH, 2) COLE SCHOTZ, 3) GATTAI, 4) JEFFRIES AND 5) MILBANK TWEED (1.3) | JCW | 1.50 | 262.50 |
| 07/06/18 | PREPARE COLE SCHOTZ MAY FEE APPLICATION FOR FILING | PVR | 0.20 | 57.00 |
| 07/06/18 | PREPARE AFFIDAVIT OF SERVICE RE: SERVICE OF COLE SCHOTZ MAY FEE APPLICATION | PVR | 0.20 | 57.00 |
| 07/12/18 | PREPARE NOTICE FOR AND EFILE SEVENTH MONTHLY FEE APPLICATION OF BRG | SR | 0.30 | 37.50 |
| 07/12/18 | CONFERENCE WITH S. ROBERTS RE: COLE SCHOTZ FEE APPLICATION AND DRAFT EXHIBITS | JKS | 0.20 | 149.00 |
| 07/12/18 | REVIEW EMAIL FROM P. SPRINGER RE: BRG MAY FEE APPLICATION (.1); REVIEW BRG MAY FEE APPLICATION AND EMAIL TO J. WHITWORTH RE: FILING OF APPLICATION (.1) | JKS | 0.20 | 149.00 |
| 07/17/18 | REVIEW EMAIL FROM K. STICKLES RE: PREPARATION OF CERTIFICATE OF NO OBJECTION (.1); PREPARE, FINALIZE AND FILE CERTIFICATE OF NO OBJECTION RE: SEVENTH MONTHLY FEE APPLICATION OF MILBANK TWEED (.5) | JCW | 0.60 | 105.00 |
| 07/23/18 | REVIEW EMAIL FROM J. MULVIHILL RE: PROPOSED FEE ORDER (.1); REVIEW COMMITTEE PROFESSIONAL APPLICATIONS AND CONFIRM AMOUNTS FOR PROPOSED FEE ORDER (.2); EMAIL EXCHANGE WITH P. SPRINGER RE: COMMITTEE PROFESSIONAL FEES FOR SECOND INTERIM PERIOD (.2); EMAIL TO J. MULVIHILL RE: DRAFT FEE ORDER (.1); REVIEW SIGNED FEE ORDER (.1) | JKS | 0.70 | 521.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 821141  
August 20, 2018  
Page 4

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/25/18 | REVIEW EMAIL FROM K. STICKLES RE: PREPARATION OF CERTIFICATE OF NO OBJECTION (.1); PREPARE, FINALIZE AND FILE CERTIFICATE OF NO OBJECTION RE: GATTAI SEVENTH MONTHLY FEE APPLICATION (.6) | JCW | 0.70 | 122.50 |
| 07/27/18 | REVIEW EMAIL FROM K. STICKLES RE: UPDATES REQUIRED TO CASE CALENDAR FOR FEE APPLICATIONS (.1), FILE MILBANK, TWEED EIGHTH MONTHLY FEE APPLICATION (.6), UPDATE CASE CALENDAR RE: OBJECTION DEADLINE FOR MILBANK, TWEED EIGHTH MONTHLY FEE APPLICATION (.2); COORDINATE SERVICE OF MILBANK, TWEED EIGHT MONTHLY FEE APPLICATION (.1) | JCW | 1.00 | 175.00 |
| 07/27/18 | REVIEW EMAIL FROM P. SPRINGER RE: MILBANK JUNE FEE STATEMENT (.1); REVIEW FEE STATEMENT FOR FILING (.1); EMAIL TO J. WHITWORTH RE: FILING AND SERVICE OF JUNE FEE STATEMENT (.1) | JKS | 0.30 | 223.50 |
| 07/31/18 | REVIEW AND EXECUTE CERTIFICATION RE: COLE SCHOTZ FEE APPLICATION FOR FILING | JKS | 0.10 | 74.50 |
| 07/31/18 | COMMUNICATION WITH K. STICKLES RE: PREPARATION OF CERTIFICATE OF NO OBJECTION RE: COLE SCHOTZ SEVENTH MONTHLY FEE APPLICATION (.1); PREPARE, FINALIZE AND FILE CERTIFICATE OF NO OBJECTION RE: COLE SCHOTZ SEVENTH MONTHLY FEE APPLICATION (.6) | JCW | 0.70 | 140.00 |
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **70.90** | **$51,304.00** |
| 07/02/18 | EMAIL TO AND FROM J. WOLF RE: INFORMATION REQUIRED FOR MEDIATION STATEMENT (.1); CONFERENCE WITH S. KOMROWER RE: BANCOMEXT LITIGATION AND APPEAL (.2) RESEARCH AND ANALYZE DATA FOR MEDIATION STATEMENT (2.6) | JKS | 2.90 | 2,160.50 |
| 07/03/18 | COMMUNICATIONS WITH J. LOWY RE: DISCOVERY AND RESEARCH RE: SAME | JKS | 0.70 | 521.50 |
| 07/03/18 | RESEARCH PROFESSIONAL FEES AND COSTS RE: PREPARATION OF MEDIATION STATEMENT (2.6); CONFERENCE WITH S. LIANG RE: BANCOMEXT APPEAL BRIEF (.4) | JKS | 3.00 | 2,235.00 |
| 07/05/18 | CONFERENCE WITH J. LOWY RE: RESCHEDULING OF DEPOSITIONS, INCLUDING RESEARCH RE: NOTICED DEPOSITIONS | JKS | 0.30 | 223.50 |
| 07/06/18 | RESEARCH RE: MEDIATION STATEMENT (1.4); CONFERENCE WITH CO-COUNSEL RE: MEDIATION (.3) | JKS | 1.70 | 1,266.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 821141  
August 20, 2018  
Page 5

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/06/18 | REVIEW EMAIL FROM D. BENYO REQUESTING LETTER RE: MEDIATION (.1); REVIEW FILE AND FORWARD LETTER TO D. BENYO RE: MEDIATION AND REVIEW EMAIL FROM D. BENYO CONFIRMING RECEIPT (.2) EMAIL EXCHANGE WITH J. LOWY RE: STATUS OF SERVICE OF DISCOVERY (.1); REVIEW EMAIL FROM AND CONFERENCE WITH J. LOWY RE: DISCOVERY (.2); REVIEW AMENDED NOTICES OF RULE 30(B)(6) DEPOSITION OF M&G CAPITAL S.Á.R.L., M&G CHEMICALS S.A., AND M&G INTERNATIONAL S.Á.R.L. RE: PLAN-RELATED ISSUES AND DEBTORS' MOTION TO DISMISS LUXEMBOURG CASES (.6); REVISE DISCOVERY AND FORWARD TO J. LOWY FOR REVIEW (.5); CONFERENCE WITH J. LOWY RE: REVISED NOTICES AND SERVICE OF DISCOVERY (.2); SERVE NOTICE OF DEPOSITION (GHISOLFI) AND COMMITTEE'S SECOND AMENDED NOTICE OF RULE 30(B)(6) DEPOSITION OF M&G CAPITAL S.Á.R.L., M&G CHEMICALS S.A., AND M&G INTERNATIONAL S.Á.R.L. RE: PLAN-RELATED ISSUES AND DEBTORS' MOTION TO DISMISS LUXEMBOURG CASES (.2); PREPARE NOTICE OF SERVICE FOR FILING (.1); EMAIL EXCHANGE WITH J. LOWY AND S. ROBERTS RE: FILING OF NOTICE OF SERVICE (.2); EMAIL TO A. LEES RE: COMMUNICATION RE: MEDIATION (.1) | JKS | 2.50 | 1,862.50 |
| 07/09/18 | REVIEW EMAIL FROM J. WOLF RE: GOEBEL DEPOSITION AND FOLLOW-UP EMAIL EXCHANGE WITH J. SCHLERF RE: SAME (.2); REVIEW EMAIL FROM J. WOLF RE: MEDIATION STATEMENT (.1); REVIEW AND ANALYZE MEDIATION ORDER AND PREPARE TASK LIST (.6); EMAIL TO J. WOLF RE: MEDIATION RULES AND PROCESS (.2); EMAIL EXCHANGE WITH J. WOLF RE: OPPOSITION AND TRANSMITTAL DECLARATION (.3); CONFERENCE WITH J. WOLF RE: MEDIATION STATEMENT AND CONFIDENTIAL INFORMATION AND DOCUMENTS FOR FILING (.5); EMAIL EXCHANGE BETWEEN J. WOLF AND A. LEES RE: CONFIDENTIAL PRODUCTION (.2) | JKS | 2.10 | 1,564.50 |
| 07/10/18 | EMAILS WITH MILBANK RE: STOGSDILL DEPOSITION AND REVIEW DRAFT OBJECTION IN ANTICIPATION OF SAME | DFG | 1.10 | 649.00 |
| 07/10/18 | REVIEW EMAIL FROM J. WOLF RE: MEDIATION (.1) RESEARCH RE: MEDIATION (.6) | JKS | 0.70 | 521.50 |
| 07/11/18 | REVIEW EMAIL FROM A. LEES AND DRAFT OPPOSITION TO MOTION TO DISMISS LUXEMBOURG DEBTORS' CASES (1.8); REVIEW EMAIL FROM J. WOLF RE: PROTOCOL FOR REDACTION OF DOCUMENT (.1); ADDITIONAL RESEARCH RE: MEDIATION STATEMENT (.4); EMAIL EXCHANGE WITH J. WOLF RE: MEDIATION STATEMENT (.4) | JKS | 2.70 | 2,011.50 |
| 07/12/18 | REVIEW EMAIL FROM K. STICKLES RE: FILING OF PRO HAC MOTION FOR A. RAVAL RE: BANCOMEXT APPEAL | JCW | 0.40 | 70.00 |
| 07/12/18 | ADDITIONAL REVIEW OF MOTION TO DISMISS AND DRAFT OBJECTION TO MOTION TO DISMISS LUX DEBTORS (1.1); EMAIL TO A. LEES RE: DRAFT OBJECTION (.1); COMMUNICATIONS WITH J. WOLF RE: EXHIBITS (.3) | JKS | 1.50 | 1,117.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 821141  
August 20, 2018  
Page 6

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 07/13/18 | EFILE REDACTED OBJECTION AND LEES DECLARATION RE: MOTION TO DISMISS LUXEMBOURG CHAPTER 11 CASES AND EMAIL CONFIRMATION OF FILING TO K. STICKLES | SR | 0.50 | 62.50 |
| 07/13/18 | COMMUNICATIONS WITH J. WOLF RE:STATUS OF FILING OF OBJECTION TO MOTION TO DISMISS AND COMPILATION OF EXHIBITS (.3); REVIEW REDACTED AND SEALED DECLARATION AND EXHIBITS (.7); EMAIL EXCHANGE WITH J. WOLF RE: FILING OF OBJECTION AND DECLARATION (.2) REVIEW AND FILE SEALED AND REDACTED OBJECTION AND DECLARATION, INCLUDING COMMUNICATIONS WITH J. WOLF AND S. ROBERTS RE: FILINGS (1.3); EMAIL EXCHANGE WITH A. LEES RE: SERVICE OF SEALED OBJECTION (.1); SERVE SEALED OBJECTION AND DECLARATION (.2); CONFERENCE WITH M. MANNING RE: SEALED OBJECTION (.1); EMAIL EXCHANGE WITH J. O'NEILL RE: ACCESS TO SEALED OBJECTION AND DECLARATION (.2); REVIEW EMAIL FROM N. SEEGOPAUL RE: TRIAL EXHIBITS (.1) MAIL EXCHANGE WITH C. MILLER RE: SEALED DOCUMENT (.1); EMAIL EXCHANGE WITH A. LEES RE: SEALED OBJECTION (.1); CONFERENCE WITH S. ROBERTS RE: UPDATED 2002 SERVICE LIST AND SERVICE OF REDACTED OBJECTION AND DECLARATION (.2); CONFERENCE WITH J. LOWY RE: HEARING PREPARATIONS (.3); REVIEW AND RESPOND TO EMAILS FROM J. WOLF AND A. LEES RE: SCHEDULED DEPOSITIONS RE: MOTION TO DISMISS (.3); REVIEW EMAIL FROM J. WOLF RE: MEDIATION-RELATED TASKS (.1); REVIEW JOINT LETTER RE: MEDIATION (.2); EMAIL EXCHANGES WITH J. WOLF RE: MEDIATION PREPARATIONS (.2); REVIEW BANCOMEXT OBJECTION TO MOTION TO DISMISS AND RELATED DECLARATIONS (1.2) | JKS | 5.90 | 4,395.50 |
| 07/13/18 | COORDINATE SERVICE OF REDACTED OBJECTION AND LEES DECLARATION UPON 2002 SERVICE LIST | SR | 0.20 | 25.00 |
| 07/15/18 | COMMUNICATIONS WITH J. WOLF RE: PREPARATIONS FOR MEDIATION AND CONTESTED HEARING ON MOTION TO DISMISS LUX DEBTORS (.4); PREPARE DOCUMENTS AND FORWARD TO J. WOLF FOR MEDIATION (.3) | JKS | 0.70 | 521.50 |
| 07/16/18 | REVIEW EMAIL FROM AND CONFERENCES WITH A. LEES RE: PROCEDURE (.3); EMAIL EXCHANGE WITH J. WOLF RE: MEDIATION EXHIBITS (.2); REVIEW EMAILS FROM A. COLODNY AND A. LEES RE: GOEBEL DEPOSITION (.2); REVIEW EMAILS FROM A. LEES AND J. SOTILLE RE: HEARING (.2) REVIEW EMAIL FROM J. WOLF AND RESPONSES TO JOINT LETTER RE: MEDIATION (.3); REVIEW EXHIBITS AND MULTIPLE COMMUNICATIONS WITH J. WOLF AND S. ROBERTS RE: PREPARATION OF BINDERS FOR CHAMBERS (.9); REVIEW DRAFT INDEX (.2); CONFERENCE AND EMAIL EXCHANGE WITH J. MULVIHILL RE: SEALED DOCUMENTS (.3); EMAIL EXCHANGE WITH C. MILLER RE: SEALED OBJECTION (.2); REVIEW AND MONITOR MULTIPLE EMAILS FROM N. SEEGOPAUL RE: HEARING DOCUMENTS AND EXHIBIT BINDERS (.4) | JKS | 3.20 | 2,384.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 821141  
August 20, 2018  
Page 7

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/17/18 | COMMUNICATIONS WITH J. WOLF RE: MEDIATION REQUIREMENTS (.3); REVIEW EMAIL FROM J. O'NEILL RE: FAYOT DEPOSITION (.1); PREPARE FOR HEARING ON MOTION TO DISMISS LUX DEBTORS CASES, INCLUDING MEETINGS WITH CO-COUNSEL AND FINALIZING HEARING AND EXHIBIT BINDERS (12.0); | JKS | 12.40 | 9,238.00 |
| 07/18/18 | ATTEND TO HEARING PREPARATIONS, INCLUDING REVIEW OF TRIAL AND WITNESS BINDERS (4.0); COMMUNICATIONS WITH CO-COUNSEL RE: HEARING ON MOTION TO DISMISS LUX DEBTORS AND STRATEGY (1.2); REVIEW AND ANALYZE DRAFT SETTLEMENT TERM SHEET (.9); PREPARE NOTICE OF FILING (.4); COMMUNICATIONS WITH L. DOYLE RE: FORM OF NOTICE AND REVISE NOTICE (.2) | JKS | 6.70 | 4,991.50 |
| 07/19/18 | PREPARE NOTICE AND SETTLEMENT TERM SHEET FOR FILING, INCLUDING MULTIPLE COMMUNICATIONS WITH L. DOYLE, D. MERRETT, A. LEES ET AL. RE: FILING DOCUMENT (1.4); FOLLOW-UP COMMUNICATIONS WITH S. ROBERTS RE: SERVICE OF NOTICE OF FILING (.2) | JKS | 1.60 | 1,192.00 |
| 07/23/18 | REVIEW EMAIL FROM S. LIANG RE: CORPORATE DISCLOSURE (.1); RESEARCH RE: CORPORATE DISCLOSURE AND EMAIL TO S. LIANG RE: SAME (1.2); EMAIL EXCHANGES WITH A. LEES RE: PREPARATIONS FOR MEDIATION (.2); REVIEW PLEADINGS AND PREPARE FOR MEDIATION (2.8); CONFERENCE WITH J. O'NEILL RE: MEDIATION (.2) | JKS | 4.50 | 3,352.50 |
| 07/24/18 | ATTEND MEDIATION RE: BANCOMEXT APPEAL, INCLUDING POST-MEDIATION CONFERENCE WITH CO-COUNSEL | JKS | 9.40 | 7,003.00 |
| 07/25/18 | REVIEW EMAIL FROM K. STICKLES RE: FILING OF REVISED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE (.1); FILE AND TRANSMIT COPIES TO CHAMBERS OF REVISED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE RE: BANCOMEXT ADVERSARY (.5) | JCW | 0.60 | 105.00 |
| 07/25/18 | REVIEW EMAIL FROM A. LEES AND STIPULATION WITH THE REVISED BRIEFING SCHEDULE (.2); MULTIPLE EMAIL EXCHANGES WITH R. KAMPFNER, J. SCHLERF AND J. MULVIHILL RE: STIPULATION (.3); COMMUNICATIONS WITH J. WHITWORTH RE: FILING OF STIPULATION AND TRANSMITTAL TO CHAMBERS (.1) | JKS | 0.60 | 447.00 |
| 07/26/18 | REVIEW EMAIL FROM CHAMBERS RE: SCHEDULING JULY 27 CONFERENCE (.1); EMAIL EXCHANGE WITH L. DOYLE RE: CONTINUED MEDIATION (.1) REVIEW EMAILS FROM J. SCHLERF RE: COMMUNICATION WITH CHAMBERS (.1); REVIEW AND RESPOND TO EMAIL FROM M. PRICE RE: TRANSMITTAL OF TERM SHEET TO CHAMBERS, INCLUDING REVIEW OF CHAMBERS PROCEDURES (.3); REVIEW AND ANALYZE DRAFT MEDIATION TERM SHEET (.8); | JKS | 1.40 | 1,043.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 821141  
August 20, 2018  
Page 8

| Date | Description | Atty | Hours | Amount |
|---|---|---|---:|---:|
| 07/27/18 | REVIEW EMAIL FROM R. KAMPFNER RE: TERM SHEET (.1); REVIEW EMAILS FROM L. DOYLE ET AL RE: PRE-MEDIATION CONFERENCE (.2); COMMUNICATIONS WITH J. SCHLERF AND L. DOYLE RE: MEDIATION CONFERENCE (.2); COMMUNICATIONS WITH J. SCHLERF AND D. BENYO RE: ADJOURNMENT OF MEDIATION CONFERENCE (.3); EMAIL TO L. DOYLE RE: RESCHEDULED CONFERENCE (.1) | JKS | 0.90 | 670.50 |
| 07/30/18 | REVIEW EMAIL FROM K. STICKLES RE: UPDATING CASE CALENDAR (.1); UPDATE CASE CALENDAR RE: APPELLATE BRIEFING AND ORAL ARGUMENT DEADLINES (.5) | JCW | 0.60 | 105.00 |
| 07/30/18 | REVIEW EMAILS FROM D. BENYO RE: MEDIATION AND FORWARD TO L. DOYLE (.1); REVIEW EMAILS FROM J. SCHLERF RE: MEDIATION (.1); CONFERENCE WITH M. PRICE RE: MEDIATION (.1); REVIEW AND ANALYZE DRAFT TERM SHEET (.3); REVIEW EMAILS FROM J. SCHLERF, C. NEFF AND D. BENYO RE: TERM SHEET REVISIONS (.3); CONFERENCE WITH M. PRICE RE: COMMUNICATIONS WITH CHAMBERS RE: TERM SHEET (.1); ATTEND MEDIATION CONFERENCE (.5) | JKS | 1.50 | 1,117.50 |
| 07/31/18 | REVIEW EMAILS FROM L. DOYLE, R. KAMPFNER ET AL. RE: TERM SHEET (.2); REVIEW REVISED DRAFT TERM SHEET (.3); REVIEW EMAIL FROM J. SCHLERF TO JUDGE BURKE'S CHAMBERS RE: TERM SHEET (.1) | JKS | 0.60 | 447.00 |
| | **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | **11.10** | **$8,269.50** |
| 07/16/18 | REVIEW NOTICE OF AGENDA RE: JULY 18 HEARING (.1); CONFERENCE WITH J. O'NEILL RE: TIME ALLOCATED FOR JULY 18 HEARING (.1); EMAIL EXCHANGE WITH M. PRICE RE: JULY 18 HEARING (.1); CONFERENCES WITH J. WOLF AND J. LOWY RE: HEARING PREPARATIONS (.3); MULTIPLE COMMUNICATIONS WITH S. ROBERTS AND J. WHITWORTH RE: HEARING PREPARATIONS (.4); EMAIL EXCHANGE WITH J. WOLF RE: COURT POLICY/ORDER RE: ELECTRONIC EQUIPMENT (.2) | JKS | 1.20 | 894.00 |
| 07/18/18 | PREPARE FOR AND ATTEND HEARING ON MOTION TO DISMISS LUX DEBTORS, INCLUDING POST-HEARING CONFERENCE WITH CO-COUNSEL | JKS | 5.60 | 4,172.00 |
| 07/19/18 | ATTEND CONTINUE HEARING ON MOTION TO DISMISS LUX DEBTORS, INCLUDING POST-HEARING CONFERENCE WITH CO-COUNSEL | JKS | 4.10 | 3,054.50 |
| 07/23/18 | REVIEW AGENDA CANCELING JULY 25 HEARING | JKS | 0.10 | 74.50 |
| 07/31/18 | REVIEW AGENDA RE: AUGUST 2 HEARING | JKS | 0.10 | 74.50 |
| | **RETENTION MATTERS** | | **1.50** | **$718.50** |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice No. 821141 |
| | Client/Matter No. 57321-0001 | August 20, 2018 |
| | | Page 9 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 06/08/18 | REVIEW EMAIL FROM K. KARSTETTER AND DRAFT PRO HAC MOTIONS FOR ATTORNEYS DUNNE, RAVAL AND DOYLE (.2); FOLLOW-UP EMAIL EXCHANGE WITH J. WOLFE AND K. KARSTETTER RE: PRO HAC MOTIONS (.2) | JKS | 0.40 | 298.00 |
| 07/09/18 | REVIEW EMAIL FROM P. SPRINGER RE: RETENTION OF LOYENS & LOEFF (.1); REVIEW CALENDAR AND COMMUNICATION WITH J. WHITWORTH RE: PREPARATION OF CERTIFICATE OF NO OBJECTION (.1); REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION RE: LOYENS & LOEFF RETENTION APPLICATION FOR FILING (.1) | JKS | 0.30 | 223.50 |
| 07/09/18 | REVIEW EMAIL FROM K. STICKLES RE: CERTIFICATION OF NO OBJECTION RE: LOYENS & LOEFF RETENTION APPLICATION (.1); PREPARE, FINALIZE AND FILE CERTIFICATION OF NO OBJECTION RE: LOYENS & LOEFF RETENTION APPLICATION (.6) | JCW | 0.70 | 122.50 |
| 07/23/18 | REVIEW ORDER AUTHORIZING LOYENS AS LUXEMBOURG COUNSEL | JKS | 0.10 | 74.50 |

**LITIGATION CONSULTING**  **0.10**  **$39.50**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/16/18 | REVIEW DATABASE REPORTING AND OPTIMIZE FUNCTIONALITY | AYC | 0.10 | 39.50 |

TOTAL HOURS  101.60

PROFESSIONAL SERVICES:  $  69,506.50

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| J. KATE STICKLES | MEMBER | 87.10 | 745.00 | 64,889.50 |
| DAVID HURST | MEMBER | 3.10 | 670.00 | 2,077.00 |
| DANIEL F. GEOGHAN | MEMBER | 1.10 | 590.00 | 649.00 |
| PAULINE Z. RATKOWIAK | PARALEGAL | 0.90 | 285.00 | 256.50 |
| JOHN WHITWORTH | PARALEGAL | 0.70 | 200.00 | 140.00 |
| JOHN WHITWORTH | PARALEGAL | 7.60 | 175.00 | 1,330.00 |
| SUSAN ROBERTS | LEGAL PRAC ASST | 1.00 | 125.00 | 125.00 |
| ANTHONY CORTEZ | LITIGATION SUPP | 0.10 | 395.00 | 39.50 |

# EXHIBIT B

## Expense Summary

**EXHIBIT B**

**M & G USA CORPORATION,** *et al.*

**EXPENSE SUMMARY**
**JULY 1, 2018 THROUGH JULY 31, 2018**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Conference Call | | $41.73 |
| Depositions Transcript | Reliable (Wilmington) | $85.20 |
| Court Fees | ECF | $60.70 |
| Delivery Services/Couriers | Parcels, Inc. | $135.00 |
| Outside Printing | Parcels, Inc. | $2,132.61 |
| Photocopying/Printing/Scanning (724 pages @ $.10/page) | | $72.40 |
| Postage | | $34.70 |
| Filing Fees | | $25.00 |
| Data Host Fees | Cole Schotz P.C. | $537.00 |
| Meals/Refreshments | | $37.32 |
| **TOTAL** | | **$3,161.66** |

# COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice No. 821141 |
|---|---|---|
| | Client/Matter No. 57321-0001 | August 20, 2018 |
| | | Page 10 |

COSTS ADVANCED

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 05/14/18 | CONFERENCE CALL | 13.20 |
| 05/16/18 | CONFERENCE CALL | 16.87 |
| 05/23/18 | CONFERENCE CALL | 3.91 |
| 05/31/18 | CONFERENCE CALL | 1.91 |
| 05/31/18 | DEPOSITIONS TRANSCRIPT - RELIABLE WILMINGTON | 85.20 |
| 06/01/18 | CONFERENCE CALL | 5.84 |
| 06/04/18 | PACER FEES | 0.20 |
| 06/04/18 | PACER FEES | 0.40 |
| 06/04/18 | PACER FEES | 0.20 |
| 06/07/18 | PACER FEES | 0.50 |
| 06/07/18 | PACER FEES | 0.50 |
| 06/07/18 | PACER FEES | 2.60 |
| 06/08/18 | PACER FEES | 0.20 |
| 06/08/18 | PACER FEES | 0.60 |
| 06/12/18 | PACER FEES | 0.20 |
| 06/12/18 | PACER FEES | 0.20 |
| 06/12/18 | PACER FEES | 0.40 |
| 06/12/18 | PACER FEES | 0.40 |
| 06/12/18 | PACER FEES | 0.50 |
| 06/12/18 | PACER FEES | 0.60 |
| 06/12/18 | PACER FEES | 2.40 |
| 06/12/18 | PACER FEES | 2.30 |
| 06/15/18 | PACER FEES | 0.30 |
| 06/20/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC | 7.50 |
| 06/21/18 | OUTSIDE PRINTING - PARCELS, INC | 143.80 |
| 06/21/18 | PACER FEES | 0.40 |
| 06/21/18 | PACER FEES | 0.40 |
| 06/21/18 | PACER FEES | 0.40 |
| 06/21/18 | PACER FEES | 0.40 |
| 06/21/18 | PACER FEES | 0.10 |
| 06/21/18 | PACER FEES | 0.30 |
| 06/21/18 | PACER FEES | 0.20 |
| 06/21/18 | PACER FEES | 0.40 |
| 06/21/18 | PACER FEES | 0.70 |
| 06/22/18 | OUTSIDE PRINTING - PARCELS, INC | 1,049.92 |
| 06/26/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC | 7.50 |
| 06/26/18 | PACER FEES | 0.10 |

# COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice No. 821141 |
| | Client/Matter No. 57321-0001 | August 20, 2018 |
| | | Page 11 |

| Date | Description | Amount |
|---|---|---|
| 06/26/18 | PACER FEES | 0.50 |
| 06/26/18 | PACER FEES | 0.70 |
| 06/26/18 | PACER FEES | 1.60 |
| 06/27/18 | PACER FEES | 0.20 |
| 06/27/18 | PACER FEES | 0.50 |
| 06/28/18 | PACER FEES | 0.40 |
| 06/28/18 | PACER FEES | 3.00 |
| 06/28/18 | PACER FEES | 0.60 |
| 06/29/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC | 10.00 |
| 06/29/18 | OUTSIDE PRINTING - PARCELS, INC | 46.20 |
| 07/02/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 46 | 4.60 |
| 07/06/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 07/06/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 07/06/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 33 | 3.30 |
| 07/06/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 07/06/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 434 | 43.40 |
| 07/06/18 | POSTAGE | 18.40 |
| 07/09/18 | COURT FEES | 0.40 |
| 07/09/18 | COURT FEES | 0.30 |
| 07/09/18 | COURT FEES | 0.10 |
| 07/09/18 | COURT FEES | 0.20 |
| 07/09/18 | COURT FEES | 0.30 |
| 07/09/18 | COURT FEES | 0.10 |
| 07/09/18 | COURT FEES | 0.30 |
| 07/09/18 | COURT FEES | 0.10 |
| 07/09/18 | COURT FEES | 0.10 |
| 07/09/18 | COURT FEES | 0.30 |
| 07/11/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 31 | 3.10 |
| 07/12/18 | POSTAGE | 16.30 |
| 07/12/18 | COURT FEES | 0.70 |
| 07/12/18 | COURT FEES | 0.20 |
| 07/13/18 | COURT FEES | 2.90 |
| 07/13/18 | COURT FEES | 2.90 |
| 07/13/18 | COURT FEES | 3.00 |
| 07/13/18 | COURT FEES | 0.20 |
| 07/13/18 | COURT FEES | 0.90 |
| 07/14/18 | OUTSIDE PRINTING - PARCELS, INC | 759.59 |
| 07/16/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 9 | 0.90 |
| 07/16/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 9 | 0.90 |
| 07/16/18 | COURT FEES | 0.20 |

# COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice No. 821141 |
| | Client/Matter No. 57321-0001 | August 20, 2018 |
| | | Page 12 |

| Date | Description | Amount |
|---|---|---|
| 07/16/18 | COURT FEES | 0.20 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 10 | 1.00 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 0.60 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 0.60 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 0.60 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 6 | 0.60 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.30 |
| 07/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 17 | 1.70 |
| 07/17/18 | FILING FEES - TD CARD SERVICES - J. WOLF - PRO HAC MOTION | 25.00 |
| 07/17/18 | COURT FEES | 0.10 |
| 07/17/18 | COURT FEES | 0.20 |
| 07/18/18 | COURT FEES | 2.90 |
| 07/18/18 | COURT FEES | 2.90 |
| 07/18/18 | COURT FEES | 2.40 |
| 07/19/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC | 12.50 |
| 07/19/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC | 47.50 |
| 07/19/18 | COURT FEES | 0.50 |
| 07/19/18 | COURT FEES | 0.20 |
| 07/19/18 | DATA HOST | 537.00 |
| 07/23/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC | 42.50 |
| 07/23/18 | COURT FEES | 0.50 |
| 07/23/18 | COURT FEES | 0.40 |
| 07/23/18 | COURT FEES | 0.40 |
| 07/23/18 | COURT FEES | 0.20 |
| 07/23/18 | COURT FEES | 0.60 |
| 07/23/18 | COURT FEES | 0.50 |
| 07/23/18 | COURT FEES | 0.70 |
| 07/23/18 | COURT FEES | 0.10 |
| 07/23/18 | COURT FEES | 0.10 |
| 07/23/18 | COURT FEES | 0.70 |
| 07/23/18 | COURT FEES | 0.30 |
| 07/23/18 | COURT FEES | 0.10 |
| 07/23/18 | COURT FEES | 0.70 |
| 07/23/18 | COURT FEES | 0.40 |
| 07/23/18 | COURT FEES | 0.10 |
| 07/24/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 100 | 10.00 |
| 07/24/18 | REFRESHMENTS MEDIATION CONFERENCE (7 ATTENDESS) J. KATE STICKLES | 37.32 |
| 07/25/18 | COURT FEES | 0.50 |
| 07/25/18 | COURT FEES | 0.30 |
| 07/25/18 | COURT FEES | 0.40 |
| 07/26/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC | 7.50 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice No. 821141 |
| --- | --- | --- |
| | Client/Matter No. 57321-0001 | August 20, 2018 |
| | | Page 13 |

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 07/27/18 | OUTSIDE PRINTING - PARCELS, INC | 133.10 |
| 07/27/18 | COURT FEES | 0.10 |
| 07/27/18 | COURT FEES | 1.10 |
| 07/27/18 | COURT FEES | 0.10 |
| 07/27/18 | COURT FEES | 1.10 |
| 07/27/18 | COURT FEES | 0.10 |
| 07/27/18 | COURT FEES | 1.20 |
| 07/27/18 | COURT FEES | 0.40 |
| 07/27/18 | COURT FEES | 0.20 |
| 07/27/18 | COURT FEES | 1.10 |
| 07/27/18 | COURT FEES | 0.10 |
| 07/27/18 | COURT FEES | 1.10 |
| 07/27/18 | COURT FEES | 0.40 |
| 07/27/18 | COURT FEES | 0.20 |
| 07/27/18 | COURT FEES | 0.20 |
| 07/27/18 | COURT FEES | 0.10 |
| 07/30/18 | COURT FEES | 0.20 |
| | TOTAL COSTS ADVANCED: | $ 3,161.66 |
| | TOTAL SERVICES AND COSTS: | $ 72,668.16 |