# EXHIBIT B

**Disclosure Statement Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |

Hearing Date: October 10, 2018 at 1:00 p.m. (Eastern Time)
Objection Deadline: October 3, 2018 at 4:00 p.m. (Eastern Time)

## NOTICE OF HEARING TO CONSIDER
## APPROVAL OF DISCLOSURE STATEMENT FOR JOINT PLAN OF
## LIQUIDATION OF THE U.S. DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on September 5, 2018, M & G USA Corporation, et al., the above-captioned debtors and debtors in possession (the "Debtors") filed the *Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (including all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan").[2] Concurrently therewith, the Debtors filed the related *Disclosure Statement for Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (as it may be amended, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Disclosure Statement will commence on **October 10, 2018** at **1:00 p.m.** prevailing Eastern time before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801. The hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Disclosure Statement must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **October 3, 2018 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline") and served so as to be received by: (i) counsel to the Debtors, Jones Day,

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449); M & G Resins USA, LLC (3236); M & G Polymers USA, LLC (7593); M & G Finance Corporation (4230); M&G Waters USA, LLC (2195); Mossi & Ghisolfi International S.à r.l. (1270); M&G Chemicals S.A. (N/A); M&G Capital S.à r.l. (7812); M & G USA Holding, LLC (3451); Chemtex International Inc. (7695); Chemtex Far East, Ltd. (2062); and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Unless otherwise defined herein, all capitalized terms shall have the respective meanings ascribed to them in the Plan.

250 Vesey Street, New York, NY 10280, Attn: Scott J. Greenberg, Esq. (sgreenberg@jonesday.com) and Stacey L. Corr-Irvine, Esq. (scorrirvine@jonesday.com), 901 Lakeside Avenue, Cleveland, Ohio 44114, Attn: Carl E. Black, Esq. (ceblack@jonesday.com), 1420 Peachtree Street, N.E., Suite 800, Atlanta, GA 30309-3053, Attn: Daniel J. Merrett, Esq. (dmerrett@jonesday.com) and Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com) and Joseph M. Mulvihill, Esq. (jmulvihill@pszjlaw.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King St., Suite 2207, Wilmington, Delaware 19801, Attn: Hannah McCollum, Esq. (Hannah.McCollum@usdoj.gov); (iii) counsel to the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com) and Lauren Doyle, Esq. (ldoyle@milbank.com) and Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington Delaware 19801, Attn: J. Kate Stickles, Esq. (kstickles@coleschotz); (iv) counsel to the Pre-Petition First Lien Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: Lisa M. Schweitzer, Esq. (lschweitzer@cgsh.com) and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Pauline K. Morgan, Esq. (pmorgan@ycst.com); and (v) counsel to Corpus Christi Polymers LLC, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Alfredo Perez, Esq. (alfredo.perez@weil.com), Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Paul Kizel, Esq. (pkizel@lowenstein.com) and Duane Morris LLP, Suite 5010, 600 Grant Street, Pittsburgh, PA 15219, Attn: Joel M. Walker, Esq. (JMWalker@duanemorris.com).

**PLEASE TAKE FURTHER NOTICE** copies of the Disclosure Statement or the Plan are available upon written request to the Debtors' Notice and Claims Agent, Prime Clerk LLC, by regular mail, hand delivery, or overnight mail at: M&G USA Corporation, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022, or downloading documents from the Notice and Claims Agent's website free of charge at: https://cases.primeclerk.com/mgusa or the Court's website: www.deb.uscourts.gov. Please note that a PACER password and login are needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the Objection Deadline, the Court may approve the Disclosure Statement as adequate without further notice or hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: September 5, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | _____ |
| | Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com<br><br>and<br><br>JONES DAY<br>Scott J. Greenberg<br>Stacey L. Corr-Irvine<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: sgreenberg@jonesday.com<br>scorrirvine@jonesday.com<br><br>and<br><br>Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>Telephone: (216) 586-7035<br>Facsimile: (216) 579-0212<br>Email: ceblack@jonesday.com<br><br>and<br><br>Daniel J. Merrett<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, GA 30309-3053<br>Telephone: (404) 581-8476<br>Facsimile: (404) 581-9330<br>Email: dmerrett@jonesday.com<br><br>Co-Counsel for the Debtors<br>and Debtors in Possession |