# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**Hearing Date: October 10, 2018 at 1:00 p.m. (ET)**
**Obj. Deadline: October 3, 2018 at 4:00 p.m. (ET)**

## NOTICE OF CORRECTED HEARING TIME IN U.S. DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) APPROVING FORM AND MANNER OF SERVICE OF NOTICE THEREOF; (III) ESTABLISHING PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT CHAPTER 11 PLAN OF LIQUIDATION; AND (IV) SCHEDULING HEARING ON CONFIRMATION OF CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE** that on September 5, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *U.S. Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement; (II) Approving Form and Manner of Service of Notice Thereof; (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Liquidation; and (IV) Scheduling Hearing on Confirmation of Chapter 11 Plan of Liquidation* [Docket No. 1814] (the "Motion"). A copy of the Motion was previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that paragraphs 3, 11, and 20 of the Motion inadvertently provided that the Disclosure Statement Hearing was scheduled for October

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

10, 2018 at 10:00 a.m. (Eastern Time). The correct date and time for the Disclosure Statement Hearing is **October 10, 2018 at 1:00 p.m. (Eastern Time).**

| | |
|---|---|
| Dated: September 6, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jmulvihill@pszjlaw.com |
| | and |
| | JONES DAY |
| | Scott J. Greenberg |
| | Stacey L. Corr-Irvine |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Telephone: (212) 326-3939 |
| | Facsimile: (212) 755-7306 |
| | Email: sgreenberg@jonesday.com |
| | scorrirvine@jonesday.com |
| | and |
| | Carl E. Black |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| | Telephone: (216) 586-7035 |
| | Facsimile: (216) 579-0212 |
| | Email: ceblack@jonesday.com |
| | and |
| | Daniel J. Merrett |
| | 1420 Peachtree Street, N.E., Suite 800 |
| | Atlanta, GA 30309-3053 |
| | Telephone: (404) 581-8476 |
| | Facsimile: (404) 581-9330 |
| | Email: dmerrett@jonesday.com |
| | *Co-Counsel for the Debtors and Debtors in Possession* |