# M & G USA Corporation, et al
## Berkeley Research Group, LLC
## Exhibit A: Time Detail



For the Period 7/1/2018 through 7/31/2018

| Date | Professional | Hours | Description |
|---|---|---|---|
| **04. DIP Financing** | | | |
| 7/10/2018 | D. Galfus | 0.9 | Reviewed the Debtors updated DIP budget. |
| 7/18/2018 | D. Galfus | 0.4 | Reviewed updated DIP budget. |
| 7/20/2018 | D. Galfus | 1.2 | Analyzed the Debtors' updated DIP budget. |
| 7/20/2018 | D. Galfus | 0.3 | Prepared BRG findings on the Debtors' DIP budget. |
| 7/23/2018 | D. Galfus | 0.7 | Evaluated the terms of the sale order related to the DIP forecast. |
| 7/23/2018 | D. Galfus | 0.4 | Participated in call with D. Stogsdill, A&M re: status of the DIP forecast extension. |
| 7/24/2018 | D. Galfus | 1.2 | Analyzed the latest DIP forecast. |
| 7/26/2018 | D. Galfus | 1.1 | Prepared BRG's report on the DIP forecast for Counsel. |
| 7/26/2018 | D. Galfus | 0.9 | Analyzed the updated DIP forecast at the request of Counsel. |
| 7/27/2018 | D. Galfus | 0.9 | Compared the updated DIP forecast to recent results at the request of Counsel. |
| 7/27/2018 | D. Galfus | 0.8 | Reviewed BRG's report on the DIP forecast for Counsel. |
| 7/31/2018 | D. Galfus | 1.2 | Edited BRG's report on the updated DIP forecast for Counsel. |
| 7/31/2018 | Z. Mainzer | 0.9 | Continued to create presentation for UCC containing analysis of DIP extension budget. |
| **Task Code Total Hours** | | **10.9** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/2/2018 | D. Galfus | 0.4 | Prepared BRG fee data for upcoming application. |
| 7/6/2018 | D. Galfus | 0.4 | Updated BRG's latest fee information for preparation of monthly statement. |
| 7/9/2018 | D. Galfus | 0.3 | Reviewed BRG's fee summaries for monthly statement. |
| 7/11/2018 | M. Haverkamp | 1.3 | Prepared May fee application. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 7/11/2018 | M. Haverkamp | 0.6 | Prepared June fee application. |
| 7/11/2018 | D. Galfus | 0.4 | Edited BRG's May fee application. |
| 7/12/2018 | M. Haverkamp | 1.1 | Prepared June fee application. |
| 7/12/2018 | R. Wright | 0.3 | Prepared June fee application. |
| 7/23/2018 | D. Galfus | 0.3 | Reviewed June fees for BRG. |
| 7/25/2018 | M. Haverkamp | 0.3 | Prepared June fee application. |
| 7/26/2018 | D. Galfus | 0.5 | Prepared BRG's June fee application. |
| 7/27/2018 | D. Galfus | 0.3 | Edited BRG's June fee application. |
| 7/31/2018 | D. Galfus | 0.2 | Reviewed BRG's June fee application. |
| **Task Code Total Hours** | | **6.4** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 7/3/2018 | Z. Mainzer | 1.9 | Drafted question list for Debtors based on information received regarding proposal for Luxembourg Entities Dismissal. |
| 7/5/2018 | D. Galfus | 0.2 | Emailed Counsel re: the status of the wind down progress after call with the Debtors advisors. |
| 7/9/2018 | D. Galfus | 0.2 | Held call with Counsel (P. Springer) re: upcoming committee call. |
| 7/9/2018 | R. Wright | 0.2 | Participated in a call with Milbank (P. Springer) re: UCC call preparation. |
| 7/10/2018 | D. Galfus | 0.4 | Prepared materials for upcoming Committee call. |
| 7/10/2018 | R. Wright | 0.2 | Participated in a call with Milbank (M. Price) re: Bancomext litigation. |
| 7/11/2018 | D. Galfus | 0.8 | Participated in a call with Counsel (A. Lees) re: upcoming deposition of M. Ghisolfi. |
| 7/11/2018 | D. Galfus | 0.5 | Participated in a call with the Committee and Counsel (L. Doyle) and Jefferies (L. Szlezinger) re: Bancomext claims. |
| 7/11/2018 | R. Wright | 0.5 | Participated in a call with the Committee re: case update, including Bancomext claims. |
| 7/11/2018 | C. Kearns | 0.5 | Participated in Committee call regarding the upcoming mediation of a disputed claim and overall case status. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **08. Interaction/Meetings with Creditors** | | | |
| 7/11/2018 | D. Galfus | 0.4 | Reviewed material from Counsel in advance of the call with the Committee. |
| 7/18/2018 | R. Wright | 0.6 | Participated in a call with the Committee re: Luxembourg Debtors' dismissal. |
| 7/18/2018 | D. Galfus | 0.5 | Participated in a call with the Committee and Counsel (L. Doyle) re: hearing on Luxco Debtor dismissal. |
| 7/18/2018 | D. Galfus | 0.2 | Held call with Committee member (PBGC) re: status of certain claims in the estate. |
| 7/18/2018 | R. Wright | 0.2 | Participated in a call with a Committee member (PBGC) re: information requests. |
| 7/19/2018 | D. Galfus | 0.3 | Emailed Counsel re: Luxco claims. |
| 7/23/2018 | R. Wright | 0.3 | Participated in a call with the Committee re: Bancomext mediation. |
| 7/23/2018 | C. Kearns | 0.3 | Participated in call with the Committee to discuss pending litigation and related issues. |
| **Task Code Total Hours** | | **8.2** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/2/2018 | Z. Mainzer | 2.6 | Created analysis related to proposed Luxembourg entities dismissal based on documents received from Debtor. |
| 7/2/2018 | Z. Mainzer | 1.1 | Analyzed contract between M&G and creditor to determine available recoveries to unsecured creditors. |
| 7/6/2018 | D. Galfus | 1.3 | Reviewed analyses related to the foreign affiliate's motions for dismissal of their cases. |
| 7/9/2018 | Z. Mainzer | 2.9 | Created unsecured creditor claim recovery analysis incorporating additional scenarios with a Bancomext claim as requested by Counsel. |
| 7/9/2018 | Z. Mainzer | 1.1 | Continued to create unsecured creditor claim recovery analysis incorporating additional scenarios with a Bancomext claim as requested by Counsel. |
| 7/9/2018 | D. Galfus | 0.7 | Prepared recovery model for Counsel. |
| 7/10/2018 | Z. Mainzer | 2.9 | Updated recovery analysis model incorporating effect of Bancomext claim on overall unsecured claimants recovery. |
| 7/10/2018 | Z. Mainzer | 2.8 | Updated unsecured recovery model with adjustments for Bancomext claim as requested by Counsel. |
| 7/10/2018 | D. Galfus | 1.2 | Edited BRG's presentation on various recovery models as requested by Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/10/2018 | C. Kearns | 0.5 | Reviewed analysis of possible scenarios requested by Counsel re: upcoming mediation with Bancomext. |
| 7/11/2018 | Z. Mainzer | 1.8 | Reviewed additional swap confirmation documents received from Debtor to create variance analysis to MOR. |
| 7/11/2018 | Z. Mainzer | 0.9 | Updated recovery analysis model with adjustments for Bancomext claims as requested by Counsel. |
| 7/11/2018 | D. Galfus | 0.6 | Reviewed BRG's finalized presentation on recoveries under certain scenarios as requested by Counsel. |
| 7/13/2018 | Z. Mainzer | 2.3 | Updated creditor recovery analysis model with adjustments to scenarios based on Bancomext objection. |
| 7/13/2018 | D. Galfus | 0.8 | Evaluated the impact on recoveries from the dismissal of the Luxco entities. |
| 7/16/2018 | Z. Mainzer | 2.3 | Updated unsecured creditor recovery analysis with adjustments for certain executory contracts. |
| 7/16/2018 | Z. Mainzer | 1.4 | Reviewed new DIP variance report received from Debtors in order to apply adjustments to recovery model. |
| 7/18/2018 | Z. Mainzer | 2.9 | Updated unsecured creditor recovery analysis incorporating Mexico settlement scenario at the request of Counsel. |
| 7/18/2018 | Z. Mainzer | 1.8 | Continued to update unsecured creditor recovery analysis incorporating Mexico settlement scenario, at the request of Counsel. |
| 7/18/2018 | D. Galfus | 1.4 | Analyzed recovery model under various scenarios requested by Counsel. |
| 7/18/2018 | D. Galfus | 0.6 | Reviewed BRG's report on recovery models for Counsel. |
| 7/20/2018 | D. Galfus | 0.5 | Prepared BRG's recovery models. |
| 7/23/2018 | Z. Mainzer | 2.1 | Developed new scenarios within recovery analysis model assessing Bancomext settlement at the request of Counsel. |
| 7/23/2018 | Z. Mainzer | 1.9 | Reviewed Bancomext court filings in order to incorporate details into creditor recovery model. |
| 7/23/2018 | Z. Mainzer | 1.7 | Updated recovery analysis model incorporating adjustments to Bancomext settlement. |
| 7/23/2018 | D. Galfus | 0.8 | Evaluated the impact on recoveries for varying settlement terms related to certain claims. |
| 7/24/2018 | Z. Mainzer | 1.4 | Reviewed Bancomext court filing in order to incorporate into creditor recovery model. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 7/25/2018 | Z. Mainzer | 2.6 | Created recovery analysis for unsecured creditors assuming a Bancomext settlement scenario. |
| 7/25/2018 | D. Galfus | 1.3 | Analyzed the impact of certain settlements on recovery model. |
| 7/25/2018 | Z. Mainzer | 1.3 | Created recovery analysis for unsecured creditors incorporating scenario with updated DIP Budget. |
| 7/26/2018 | Z. Mainzer | 2.3 | Updated recovery analysis model with additional settlement scenarios as requested by Counsel. |
| 7/27/2018 | Z. Mainzer | 2.9 | Updated recovery analysis model with adjustments to unsecured creditor recoveries as requested by Counsel. |
| 7/27/2018 | R. Wright | 2.8 | Updated recovery waterfall analysis to reflect the Bancomext settlement. |
| 7/27/2018 | Z. Mainzer | 2.7 | Continued to update recovery analysis model with adjustments to unsecured creditor recoveries as requested by Counsel. |
| 7/30/2018 | Z. Mainzer | 1.2 | Updated recovery analysis model with additional adjustments related to creditor recoveries. |
| **Task Code Total Hours** | | **59.4** | |
| **11. Claim Analysis/Accounting** | | | |
| 7/2/2018 | D. Galfus | 0.6 | Reviewed the latest claims related data from the Debtors. |
| 7/3/2018 | R. Wright | 1.8 | Reviewed PET sales contract between M&G and creditor re: terms and conditions. |
| 7/3/2018 | Z. Mainzer | 1.4 | Updated claims analysis for claims against MGI in order to incorporate into settlement proposal analysis. |
| 7/3/2018 | D. Galfus | 0.6 | Analyzed the latest claims related data from the Debtors. |
| 7/5/2018 | R. Wright | 1.3 | Reviewed updated claims database. |
| 7/5/2018 | D. Galfus | 0.8 | Reviewed the claims information provided by the Debtors' financial advisors. |
| 7/5/2018 | R. Wright | 0.6 | Participated in a call with A&M (D. Stogsdill) re: Claims. |
| 7/5/2018 | D. Galfus | 0.6 | Participated in a call with the Debtors' advisors (D. Stogsdill) re: claims reconciliation. |
| 7/6/2018 | D. Galfus | 1.2 | Reviewed status update on claims reconciliation process received from the Debtors' financial advisors. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 7/18/2018 | Z. Mainzer | 2.1 | Created model analyzing claims by Mexican entities against the Debtor as support for proposed settlement. |
| 7/18/2018 | R. Wright | 1.3 | Reconciled Mexico intercompany claims re: MGI settlement. |
| 7/19/2018 | Z. Mainzer | 2.9 | Developed analysis of claims by Mexico entities against the Debtor as support for proposed settlement. |
| 7/19/2018 | R. Wright | 2.7 | Reconciled Mexico intercompany claims re: MGI settlement. |
| 7/19/2018 | D. Galfus | 1.7 | Evaluated Luxco claims and related status. |
| 7/19/2018 | Z. Mainzer | 1.2 | Continued to develop analysis of claims by Mexico entities against the Debtor as support for proposed settlement. |
| 7/19/2018 | D. Galfus | 0.5 | Prepared BRG's findings related to Luxco claims. |
| 7/20/2018 | D. Galfus | 0.5 | Reviewed the Debtors latest claims data and status. |
| 7/23/2018 | D. Galfus | 0.3 | Participated in a call with the Committee, Counsel (A. Raval), and Jefferies re: the upcoming hearing on Bancomext claims. |
| 7/24/2018 | Z. Mainzer | 2.2 | Updated claim detail schedule received from Debtors with adjusted claim information for Bancomext. |
| 7/24/2018 | Z. Mainzer | 1.7 | Created schedule of Bancomext claims to incorporate into creditor recovery analysis. |
| 7/25/2018 | D. Galfus | 0.7 | Analyzed the latest updated claims pool for the estate. |
| 7/27/2018 | R. Wright | 1.7 | Adjusted certain claims in the claim database to reflect recent settlements. |
| 7/31/2018 | R. Wright | 2.8 | Analyzed claim base update. |
| **Task Code Total Hours** | | **31.2** | |
| **13. Intercompany Transactions/Balances** | | | |
| 7/2/2018 | R. Cohen | 0.4 | Reviewed documents provided by Milbank re: Bancomext claim. |
| 7/3/2018 | Z. Mainzer | 1.6 | Updated claims analysis incorporating adjustments to international entity claims following discussion with Debtors. |
| 7/9/2018 | D. Galfus | 1.1 | Reviewed documents related to the Bancomext claim. |
| 7/9/2018 | R. Cohen | 0.2 | Reviewed documents provided by Milbank re: Bancomext claim. |
| 7/11/2018 | R. Cohen | 0.4 | Reviewed documents provided by Milbank re: Bancomext claim. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **13. Intercompany Transactions/Balances** | | | |
| 7/12/2018 | Z. Mainzer | 1.1 | Reviewed summary of Marco Ghisolfi deposition in order to update analysis of intercompany transactions. |
| 7/13/2018 | Z. Mainzer | 1.4 | Updated intercompany claims analysis model with receivables between Polymers and MGI. |
| **Task Code Total Hours** | | **6.2** | |
| **14. Executory Contracts/Leases** | | | |
| 7/3/2018 | D. Galfus | 0.8 | Reviewed the Debtors proposed contract rejections. |
| 7/3/2018 | R. Wright | 0.7 | Reviewed the Debtors' 5th motion to reject contracts. |
| **Task Code Total Hours** | | **1.5** | |
| **17. Analysis of Historical Results** | | | |
| 7/2/2018 | Z. Mainzer | 1.3 | Reviewed Monthly Operating Reports in order to create historical exchange rate variance analysis. |
| 7/2/2018 | Z. Mainzer | 1.1 | Updated MOR analysis incorporating additional month-end financial information. |
| 7/9/2018 | Z. Mainzer | 2.7 | Developed analysis of MGI swap positions based on swap settlement documents as requested by Counsel. |
| 7/11/2018 | D. Galfus | 1.2 | Reviewed listing of findings from diligence of key historical discovery documents. |
| 7/12/2018 | Z. Mainzer | 2.8 | Reviewed monthly board meeting transcripts in order to update Debtor swaps analysis. |
| 7/12/2018 | Z. Mainzer | 1.7 | Updated analysis of Monthly Operating Reports based on payments made to MGI from other Debtors. |
| 7/31/2018 | Z. Mainzer | 2.6 | Updated analysis of MORs upon receipt from the Debtors of June financial results. |
| 7/31/2018 | D. Galfus | 1.1 | Reviewed the Debtors recent MOR in comparison to prior periods. |
| **Task Code Total Hours** | | **14.5** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 7/2/2018 | R. Wright | 0.8 | Updated MGI cash analysis based on the May MOR. |
| 7/3/2018 | R. Wright | 0.3 | Updated MGI cash analysis based on the May MOR. |
| 7/9/2018 | K. Cho | 1.3 | Revised MGI Cash Bridge schedule based on Monthly Operating Reports. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 7/10/2018 | K. Cho | 0.2 | Revised MGI Cash Bridge schedule based on Monthly Operating Reports. |
| 7/11/2018 | Z. Mainzer | 2.9 | Developed analysis, at the request of Counsel, of cash flows from swaps trading settlement confirmations. |
| 7/11/2018 | Z. Mainzer | 1.6 | Continued to develop analysis, at the request of Counsel, of cash flows from swaps trading settlement confirmations. |
| 7/16/2018 | Z. Mainzer | 2.9 | Created variance comparison analysis for Polymers entity based on updated report received from Debtors. |
| 7/17/2018 | Z. Mainzer | 2.9 | Created comparison analysis of DIP extension budget against prior budgets as support for receiving approval from lenders. |
| 7/17/2018 | Z. Mainzer | 1.8 | Continued to create comparison analysis of DIP extension budget against prior budgets as support for receiving approval from lenders. |
| 7/17/2018 | R. Wright | 0.9 | Analyzed DIP extension forecast. |
| 7/18/2018 | R. Wright | 0.4 | Analyzed DIP extension forecast. |
| 7/19/2018 | Z. Mainzer | 2.9 | Created DIP Budget variance analysis to support lender extension approval at the request of Counsel. |
| 7/19/2018 | Z. Mainzer | 0.6 | Continued to create DIP Budget variance analysis to support lender extension approval at the request of Counsel. |
| 7/20/2018 | Z. Mainzer | 2.9 | Developed variance analysis at the request of Counsel comparing previous and current DIP Budget. |
| 7/20/2018 | Z. Mainzer | 2.6 | Continued to develop variance analysis at the request of Counsel comparing previous and current DIP Budget. |
| 7/20/2018 | R. Wright | 1.4 | Reviewed the Debtors' DIP extension request budget. |
| 7/20/2018 | R. Wright | 0.8 | Corresponded with A&M re: the Debtors' DIP extension request budget. |
| 7/25/2018 | R. Wright | 2.5 | Reviewed DIP extension request budget. |
| 7/25/2018 | Z. Mainzer | 1.9 | Developed run rate variance analysis for updated DIP budget at the request of Counsel. |
| 7/25/2018 | R. Wright | 1.5 | Analyzed DIP extension budget re: brief in support of the Debtors' request. |
| 7/25/2018 | R. Wright | 0.5 | Reviewed liquidity forecast variance as of 7/20/18. |
| 7/25/2018 | R. Wright | 0.3 | Participated in a call with A&M (B. Corio) re: DIP extension budget. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 7/26/2018 | R. Wright | 2.9 | Continued to prepare an analysis in support of the Debtors' request for additional DIP funding. |
| 7/26/2018 | Z. Mainzer | 2.9 | Created variance analysis model comparing DIP budgets as requested by Counsel. |
| 7/26/2018 | R. Wright | 2.9 | Prepared an analysis in support of the Debtors' request for additional DIP funding. |
| 7/26/2018 | R. Wright | 2.8 | Continued to prepare an analysis in support of the Debtors' request for additional DIP funding. |
| 7/26/2018 | Z. Mainzer | 1.8 | Continued to create variance analysis model comparing DIP budgets as requested by Counsel. |
| 7/30/2018 | R. Wright | 2.8 | Prepared a presentation for the Committee re: DIP extension forecast. |
| 7/30/2018 | Z. Mainzer | 2.2 | Developed presentation for UCC containing analysis of DIP Extension Budget. |
| 7/30/2018 | R. Wright | 2.0 | Analyzed DIP extension forecast. |
| 7/31/2018 | Z. Mainzer | 2.9 | Created presentation for UCC containing analysis of DIP extension budget. |
| 7/31/2018 | R. Wright | 2.9 | Prepared a presentation for the Committee re: DIP extension forecast. |
| 7/31/2018 | R. Wright | 0.9 | Continued to prepare a presentation for the Committee re: DIP extension forecast. |
| **Task Code Total Hours** | | **60.9** | |
| **25. Litigation** | | | |
| 7/3/2018 | D. Galfus | 1.1 | Analyzed the discovery documents related to the foreign Debtors. |
| 7/5/2018 | R. Wright | 2.9 | Reviewed M&G financial statements re: intercompany commodity swaps. |
| 7/5/2018 | R. Wright | 2.4 | Continued to review M&G financial statements re: intercompany commodity swaps. |
| 7/6/2018 | R. Wright | 2.6 | Reviewed M&G International financial statements re: intercompany commodity swaps. |
| 7/6/2018 | R. Wright | 2.1 | Reviewed M&G Polymers financial statements re: intercompany commodity swaps. |
| 7/9/2018 | R. Wright | 2.8 | Prepared a sensitivity re: Bancomext litigation for Counsel. |
| 7/9/2018 | R. Wright | 2.7 | Reviewed discovery documents re: Deposition of Marco Ghisolfi. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **25. Litigation** | | | |
| 7/9/2018 | R. Wright | 1.6 | Drafted areas of deposition inquiry re: Deposition of Marco Ghisolfi. |
| 7/9/2018 | R. Wright | 0.6 | Drafted request for additional documents re: Deposition of Marco Ghisolfi. |
| 7/9/2018 | R. Wright | 0.2 | Participated in a call with Milbank (A. Lees) re: MGI dismissal. |
| 7/9/2018 | R. Wright | 0.1 | Participated in a call with Milbank (J. Lowy) re: MGI dismissal. |
| 7/10/2018 | R. Wright | 2.9 | Prepared a sensitivity re: Bancomext litigation for Counsel. |
| 7/10/2018 | R. Wright | 2.9 | Reviewed discovery documents re: Deposition of Marco Ghisolfi. |
| 7/10/2018 | R. Wright | 2.0 | Continued to review discovery documents re: Deposition of Marco Ghisolfi. |
| 7/10/2018 | R. Wright | 1.8 | Prepared an analysis of MGI cash for Counsel re: deposition of M. Ghisolfi. |
| 7/10/2018 | R. Wright | 1.2 | Prepared an analysis of total case professional fees for Counsel re: deposition of M. Ghisolfi. |
| 7/10/2018 | R. Wright | 1.0 | Continued to prepare a sensitivity re: Bancomext litigation for Counsel. |
| 7/11/2018 | R. Wright | 1.9 | Reviewed discovery documents provided by Counsel in preparation for the deposition of Marco Ghisolfi. |
| 7/11/2018 | R. Wright | 1.8 | Reviewed MGI 2016 audited financial statements in preparation for the deposition of Marco Ghisolfi. |
| 7/11/2018 | R. Wright | 1.2 | Reviewed MGI 2014 audited financial statements in preparation for the deposition of Marco Ghisolfi. |
| 7/11/2018 | R. Wright | 1.0 | Reviewed MGI 2015 audited financial statements in preparation for the deposition of Marco Ghisolfi. |
| 7/11/2018 | R. Wright | 0.9 | Prepared a schedule of swap settlement confirmations in preparation for the deposition of Marco Ghisolfi. |
| 7/11/2018 | R. Wright | 0.8 | Participated in a call with Milbank (A. Lees) re: Marco Ghisolfi deposition. |
| 7/11/2018 | R. Wright | 0.8 | Reviewed November 2017 Polymers trial balance in preparation for the deposition of Marco Ghisolfi. |
| 7/12/2018 | R. Wright | 2.9 | Participated (telephonically) in the deposition of Marco Ghisolfi. |
| 7/12/2018 | R. Wright | 2.9 | Reviewed discovery documents provided by Counsel in preparation for the deposition of Marco Ghisolfi. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **25. Litigation** | | | |
| 7/12/2018 | R. Wright | 2.6 | Continued to review discovery documents provided by Counsel in preparation for the deposition of Marco Ghisolfi. |
| 7/12/2018 | R. Wright | 2.1 | Continued to participate (telephonically) in the deposition of Marco Ghisolfi. |
| 7/13/2018 | R. Wright | 2.3 | Reviewed discovery documents provided by Counsel re: Luxembourg dismissal. |
| 7/16/2018 | R. Wright | 1.7 | Reviewed discovery documents provided by Counsel re: Luxembourg dismissal. |
| 7/16/2018 | R. Wright | 0.9 | Read the Bancomext objection to the Luxembourg entities dismissal motion. |
| 7/16/2018 | R. Wright | 0.8 | Read the UCC objection to the Luxembourg entities dismissal motion. |
| 7/17/2018 | R. Wright | 0.4 | Read the Debtors' reply to the objection to the Debtor's motion for the Luxembourg entities dismissal. |
| 7/17/2018 | R. Wright | 0.3 | Read affidavit in support of the Debtor's motion for the Luxembourg entities dismissal. |
| 7/18/2018 | R. Wright | 2.8 | Prepared recovery sensitivities for Counsel re: Luxembourg Debtors' dismissal motion. |
| 7/18/2018 | R. Wright | 2.5 | Continued to prepare recovery sensitivities for Counsel re: Luxembourg Debtors' dismissal motion. |
| 7/23/2018 | R. Wright | 1.6 | Prepared a recovery analysis re: Bancomext settlement. |
| 7/23/2018 | R. Wright | 1.0 | Updated recovery analysis re: Bancomext settlement. |
| 7/23/2018 | R. Wright | 0.1 | Participated in a call with Milbank (M. Price) re: Bancomext mediation. |
| 7/24/2018 | R. Wright | 2.9 | Continued to participate in Bancomext mediation. |
| 7/24/2018 | R. Wright | 2.9 | Participated in Bancomext mediation. |
| 7/24/2018 | R. Wright | 2.7 | Continued to participate in Bancomext mediation. |
| 7/24/2018 | R. Wright | 2.3 | Prepared for Bancomext mediation by reviewing Bancomext filings including filed claims, the adversary complaint and exhibits. |
| *Task Code Total Hours* | | *75.0* | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 7/2/2018 | R. Wright | 2.9 | Continued to review discovery documents provided by the Debtors re: Luxembourg Debtors' dismissal motion. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 7/2/2018 | R. Wright | 2.9 | Reviewed discovery documents provided by the Debtors re: Luxembourg Debtors' dismissal motion. |
| 7/2/2018 | R. Wright | 1.4 | Continued to review discovery documents provided by the Debtors re: Luxembourg Debtors' dismissal motion. |
| 7/3/2018 | R. Wright | 2.9 | Reviewed discovery documents provided by the Debtors re: Luxembourg Debtors' dismissal motion. |
| 7/3/2018 | R. Wright | 1.9 | Continued to review discovery documents provided by the Debtors re: Luxembourg Debtors' dismissal motion. |
| 7/3/2018 | R. Wright | 1.0 | Participated in a call with Milbank (A. Lees) re: Luxembourg Debtors' dismissal. |
| 7/5/2018 | D. Galfus | 0.9 | Reviewed recent filings related to the foreign affiliate motions for dismissal of their cases. |
| 7/13/2018 | D. Galfus | 1.5 | Reviewed the pleading to dismiss Luxco Debtors from the case. |
| 7/13/2018 | C. Kearns | 0.5 | Reviewed status of Luxembourg settlement issues. |
| 7/16/2018 | D. Galfus | 2.3 | Read objection to the motion to dismiss Luxco Debtors from the case. |
| 7/16/2018 | D. Galfus | 0.9 | Reviewed financial impact from the Luxco Debtors on the Plan. |
| 7/17/2018 | C. Kearns | 0.2 | Reviewed email from Counsel with latest proposed settlement terms re: Luxembourg issue. |
| 7/19/2018 | C. Kearns | 0.7 | Reviewed proposed terms to settle Luxembourg issue and related next steps for Plan process. |
| 7/23/2018 | C. Kearns | 0.3 | Reviewed open issues to Plan process as against pending litigation. |
| 7/24/2018 | D. Galfus | 0.8 | Evaluated open issues in the Plan and status. |
| 7/25/2018 | D. Galfus | 1.2 | Evaluated open issues in the Plan. |
| **Task Code Total Hours** | | **22.3** | |
| **31. Planning** | | | |
| 7/9/2018 | D. Galfus | 0.2 | Updated staffing matrix and related work plan. |
| **Task Code Total Hours** | | **0.2** | |
| **Total Hours** | | **296.7** | |

**M & G USA Corporation, et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**

For the Period 7/1/2018 through 7/31/2018



| Date | Professional | Amount | Description |
|---|---|---|---|
| **02. Travel - Train and Bus** | | | |
| 7/24/2018 | R. Wright | $198.00 | Train from Wilminton, DE to Newark to attend mediation. |
| 7/24/2018 | R. Wright | $194.00 | Train to Wilminton DE from Newark to attend mediation. |
| *Expense Category Total* | | *$392.00* | |
| **03. Travel - Taxi** | | | |
| 7/24/2018 | R. Wright | $45.58 | Taxi home from Newark Penn Station. |
| 7/24/2018 | R. Wright | $46.34 | Taxi to Newark Penn Station. |
| *Expense Category Total* | | *$91.92* | |
| **Total Expenses** | | **$483.92** | |