# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17- 12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref: Docket No. 568, 654, 655 |

## DECLARATION OF DENNIS STOGSDILL IN SUPPORT OF DEBTORS' CONSOLIDATED REPLY IN SUPPORT OF (I) MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CREDITORS' COMMITTEE REGARDING SETTLEMENT AND AGREEMENT WITH RESPECT TO MOTION TO DISMISS AND (II) MOTION OF THE LUXEMBOURG DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION CLAIMS OF FOREIGN CREDITORS

I, Dennis Stogsdill, declare and state as follows:

1. I am the Chief Restructuring Officer ("CRO") of M&G Chemicals S.A. ("MGC") and the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the exception of Chemtex International Inc. and Mossi & Ghisolfi International S.à r.l. In addition to serving as CRO of certain of the Debtors, I am a Managing Director at Alvarez & Marsal North America LLC ("A&M"), the Debtors' financial advisor.

2. I submit this Declaration in support of the relief requested in the (I) *Debtors' Motion for Entry of an Order Approving Stipulation Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss* (Docket No. 1789) and (II) *Motion of the Luxembourg Debtors for Entry of an Order Authorizing Payment of Certain*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

*Prepetition Claims of Foreign Creditors* (Docket No. 1766). Capitalized terms not otherwise defined herein shall have the meanings given to them in the *Debtors' Consolidated Reply in Support of the (I) Motion for Entry of an Order Approving Stipulation Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss and (II) Motion of the Luxembourg Debtors for Entry of an Order Authorizing Payment of Certain Prepetition Claims of Foreign Creditors* filed contemporaneously herewith (the "Reply").

3. Except as otherwise indicated, all statements set forth in this Declaration are based upon: (a) my personal knowledge; (b) information supplied to me by other members of the Debtors' management, a team from A&M that supports me in carrying out my duties or the Debtors' other professionals that I believe in good faith to be reliable; (c) my review of relevant documents; and/or (d) my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration. The Debtors have authorized me to submit this Declaration.

## THE 9019 MOTION

4. The settlement embodied in the Stipulation is the result of comprehensive arms' length negotiations and was reached only after five months' of often-contentious negotiations and litigation among the parties.

5. The Releases provided for in the Stipulation are an integral component of the settlement embodied in the Stipulation. It is my understanding that absent approval of the Releases, the Luxembourg Debtors will not make the significant contributions to the estates of the U.S. Debtors contemplated by the Stipulation.

6. The potential value of the claims that are subject to the Releases, together with the amount of administrative costs that conceivably could be allocated to the Luxembourg Debtors in connection with the Chapter 11 Cases, among various other considerations, factored into the Luxembourg Debtors', U.S. Debtors' and Committee's evaluation of reasonable settlement ranges and the unanimous decisions of the boards of each of the Luxembourg Debtors and U.S. Debtors (in addition to the Committee) to approve the Stipulation.

7. The Schedules accurately reflect, to the best of the Debtors' knowledge and belief, the intercompany liabilities between the Luxembourg Debtors and the U.S. Debtors that are subject to the Releases. Based on the Schedules, the Debtors estimate that the aggregate pool of unsecured claims asserted against the U.S. Debtors including the Mexican Intercompany Claims is approximately $1.8 billion.

8. The fee applications filed in these Chapter 11 Cases to date exceed $43.5 million for fees incurred by the Debtors' and Committee's professionals as of Jul 31, 2018.

## THE LUX CLAIMS MOTION

9. The Luxembourg Debtors have already begun negotiations with the holders of the Mexican Intercompany Claims and are optimistic that they can achieve a settlement of these claims favorable to the U.S. Debtors' estates in the near term. The limited relief requested in the Lux Claims Motion will provide the Luxembourg Debtors with the minimum flexibility necessary to forestall commencement of a Luxembourg insolvency proceeding pending dismissal of their Chapter 11 Cases and will enhance recoveries to all creditors by (a) preserving the intercompany settlements that have already been approved by this Court that could otherwise be jeopardized upon appointment of a Luxembourg trustee and (b) avoiding the costs of duplicate proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 10, 2018  
      New York, New York

*/s/ Dennis Stogsdill*  
Dennis Stogsdill  
Chief Restructuring Officer