# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 1785 |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING DEED OF SETTLEMENT BETWEEN M&G CAPITAL INVESTMENTS S.À R.L, MOSSI & GHISOLFI INTERNATIONAL S.À R.L AND SCULPTOR INVESTMENTS IV S.À R.L

The undersigned counsel for the above captioned debtors and debtors in possession (the "Debtors") hereby certifies the following:

1. On August 23, 2018, the Debtors filed the *Debtors' Motion for Entry of an Order Approving Deed of Settlement Between M&G Capital Investments S.à r.l, Mossi & Ghisolfi International S.à r.l and Sculptor Investments IV S.à r.l* [Docket No. 1785] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 6, 2018, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). The Debtors granted an extension of the Objection Deadline for M&G Mexico Holding S.A. de C.V., M&Ghisolfi de Mexico S.A. de C.V., M&G Polimeros Mexico S.A. de C.V., and Servicios Tamaulipas, S.A. de C.V. (collectively, the "M&G Mexican Entities") to

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

September 7, 2018.

       3.     Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Order") incorporating the comments received from the M&G Mexican Entities. A blackline comparing the Revised Order to the proposed form of order filed with the Motion is attached hereto as **Exhibit B**.

       4.     The parties respectfully request entry of the proposed form of order, attached hereto as Exhibit A.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 10, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY

Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession