# EXHIBIT A

## STATEMENT OF EXPENSES BY CATEGORY

## SUMMARY OF OUT-OF-POCKET EXPENSES

| | | |
|---|---|---|
| Travel | $ | - |
| Taxis/Tolls/Parking | | - |
| Hotel | | - |
| Legal Fees | | 497.50 |
| Miscellaneous | | - |
| Meals | | - |
| Presentation Center | | - |
| Copies | | - |
| Research/Database | | - |
| Telephone/Communications | | - |
| Courier Services | | - |
| **Total** | $ | **497.50** |

# M&G Chemicals S.A.

## Legal Fee Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 07/31/18 | Debevoise & Plimpton (7/1/2018 - 7/31/2018) | New York, NY | $497.50 | Vendor | Various |
| Total | | | **$497.50** | | |

**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

August 17, 2018

Invoice No. : 1392844

Client Matter: 21689.1128

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
Attn: Homer Parkhill

FOR PROFESSIONAL SERVICES AND ADVICE rendered during the
period from July 1, 2018 through July 31, 2018 in connection with the
M&G Chemicals matter.

| | |
|---|---|
| Total Fees ................................................................................................ | $497.50 |
| Document Preparation, Communication, Other Charges and Disbursements ....... | $0.00 |
| Total................................................................................................................ | $497.50 |

| Date | Timekeeper | Hours | Narrative |
|------|-----------|-------|-----------|
| 07/19/18 | Kaluk, Nick S. | 0.20 | Call with C. Bruens re Greenhill and Rothschild fee statements. |
| 07/23/18 | Kaluk, Nick S. | 0.30 | Calls and email with F. London, K. Taylor and C. Bruens re expense reimbursement. |
| | Hours: | 0.50 | |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| NICK S. KALUK | 0.50 | 995.00 | 497.50 |
| Total For ASSOCIATE | 0.50 | | 497.50 |
| MATTER TOTALS | 0.50 | | 497.50 |