**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 13, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)[2]**

**Hearing Location: Before the Honorable Brendan L. Shannon
at the U.S. Bankruptcy Court for the District of Delaware, 824 N. Market Street,
6th Floor, Courtroom #1, Wilmington, DE 19801**

## ADJOURNED/RESOLVED MATTERS:

1. Debtors' Motion for Entry of an Order (I) Waiving the Requirements of Section 345(b) of the Bankruptcy Code with Respect to Foreign Bank Accounts and (II) Granting Related Relief [Filed 6/5/18] (Docket No. 1539)

   Response Deadline: June 19, 2018 at 4:00 p.m.

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: This matter has been adjourned to a date to be determined.

2. Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Employee Information on Certain Debtor Schedules and Statements [Filed 1/31/18] (Docket No. 857)

   Response Deadline: February 14, 2018 at 4:00 p.m.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

Responses Received:

    A. United States Trustee's Response to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact Employee Information on Certain Debtor Schedules and Statements [Filed 2/7/18] (Docket No. 914)

Replies:

    A. Debtors' Reply in Support of Their Motion for an Order Authorizing Debtors to Redact Employee Information on Certain Debtor Schedules and Statements [Filed 3/9/18] (Docket No. 1118)

Related Documents: None.

Status: This matter has been adjourned to a date to be determined.

3. Motion for Relief from Stay to Proceed with Personal Injury Action Filed in Texas. Filed by Ruben Cruz [Filed 8/9/18] (Docket No. 1754)

   Response Deadline: August 23, 2018 at 4:00 p.m.

   Responses Received: Informal comments from the Debtors

   Related Documents:

       A. [Signed] Order Granting Motion of Ruben Cruz for Relief From Stay to Proceed With Personal Injury Action Filed in Texas [Filed 8/27/18] (Docket No. 1791)

   Status: The Court has entered the order on this matter and it is now resolved.

4. Debtors' Amended Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Filed 8/20/18] (Docket No. 1776)

   Response Deadline: September 4, 2018 at 4:00 p.m.

   Responses Received: None.

   Related Documents:

       A. Debtors' Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Filed 6/20/18] (Docket No. 1601)

       B. Certificate of No Objection Regarding Debtors' Amended Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Filed 9/5/18] (Docket No. 1816)

    C. [Signed] Order Granting Debtors' Amended Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Filed 9/6/18] (Docket No. 1820)

Status: The Court has entered the order on this matter and it is now resolved.

**UNCONTESTED MATTER UNDER COC:**

5. Debtors' Motion for Entry of an Order Approving Deed of Settlement Between M&G Capital Investments S.à r.l, Mossi & Ghisolfi International S.à r.l and Sculptor Investments IV S.à r.l [Filed 8/23/18] (Docket No. 1785)

    Response Deadline: September 6, 2018 at 4:00 p.m. Extended for the M&G Mexican Entities to September 7, 2018 at 4:00 p.m.

    Responses Received: Informal comments from the M&G Mexican Entities

    Related Documents:

        A. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Approving Deed of Settlement Between M&G Capital Investments S.à r.l, Mossi & Ghisolfi International S.à r.l and Sculptor Investments IV S.à r.l [Filed 9/10/18] (Docket No. 1837)

    Status: A revised form of order has been filed under certification of counsel and counsel respectfully requests entry of the order at the Court's convenience.

**CONTESTED MATTERS GOING FORWARD:**

6. Motion of the Luxembourg Debtors for Entry of an Order Authorizing Payment of Certain Prepetition Claims of Foreign Creditors [Filed 8/16/18] (Docket No. 1766)

    Response Deadline: August 30, 2018 at 4:00 p.m. Extended to September 7, 2018 for Delta Lloyd

    Responses Received:

        A. Objection to Motion of the Luxembourg Debtors for Entry of an Order Authorizing Payment of Certain Prepetition Claims of Foreign Creditors Filed by Delta Lloyd Levensverzekering N.V., NN Insurance Belgium N.V., NN Investment Partners, B.V. [Filed 9/7/18] (Docket No. 1827)

    Related Documents: None.

    Reply Deadline: September 10, 2018 at 4:00 p.m.

Reply:

    A. Debtors' Consolidated Reply in Support of (I) Motion for Entry of an Order Approving Stipulation Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss and (II) Motion of the Luxembourg Debtors for Entry of an Order Authorizing Payment of Certain Prepetition Claims of Foreign Creditors [Filed 9/10/18] (Docket No. 1835)

    B. Reply Of Official Committee Of Unsecured Creditors To (I) Objection To Motion Of The Luxembourg Debtors For Entry Of An Order Authorizing Payment Of Certain Prepetition Claims Of Foreign Creditors (II) Response And Reservation Of Rights Regarding Debtors' Motion For Entry Of An Order Approving Stipulation Between Debtors And Creditors' Committee Regarding Settlement And Agreement With Respect To Motion To Dismiss, And (III) Limited Objection And Reservation Of Rights Of Banco Mercantil Del Norte, Sociedad Anonima, Institution De Banca Multiple, Grupo Financiero Banorte To Debtors' Motion For Entry Of An Order Approving Stipulation Between Debtors And Creditors' Committee Regarding Settlement And Agreement With Respect To Motion To Dismiss [Filed 9/10/18] (Docket No. 1836)

Status: This matter will be going forward.

7. Motion of Debtors M&G Capital S.A.R.L., M&G Chemicals, S.A. and Mossi & Ghisolfi International S.A.R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed 6/5/18] (Docket No. 1537)

Response Deadline: June 19, 2018 at 4:00 p.m. Extended for the Official Committee of Unsecured Creditors and Bancomext to July 13, 2018 at 4:00 p.m.

Responses Received:

    A. Response of Jeff Taylor (Not Docketed)

    B. Response of John Mills (Not Docketed)

    C. Response of Tamer Crandall Smith (Not Docketed)

    D. Response of Danny Loy King to Motion to Dismiss [Filed 6/20/18] (Docket No. 1595)

    E. Objection of Bancomext to Motion of Debtors M&G Capital S.A R.L., M&G Chemicals S.A. and Mossi & Ghisolfi International S.A R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed

7/13/18] (SEALED Version, Docket No. 1673; Redacted Version, Docket No. 1674)

   i. Declaration of Franz Fayot in Support of Objection of Bancomext to Motion of Debtors M&G Capital S.A R.L., M&G Chemicals S.A. and Mossi & Ghisolfi International S.A R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed 7/13/18] (Docket No. 1676)

   ii. Declaration of Aaron Colodny in Support of Objection of Bancomext to Motion of Debtors M&G Capital S.A R.L., M&G Chemicals S.A. and Mossi & Ghisolfi International S.A R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed 7/13/18] (SEALED Version, Docket No. 1678; Redacted Version, Docket No. 1679)

F. Objection of The Official Committee of Unsecured Creditors to the Motion to Dismiss the Luxembourg Debtors Chapter 11 Cases [Filed 7/13/18] (SEALED Version, Docket No. 1675; Redacted Version, Docket No. 1681)

   i. Declaration in Support of Alexander B. Lees in Support of the Objection of The Official Committee of Unsecured Creditors to the Motion to Dismiss the Luxembourg Debtors Chapter 11 Cases [Filed 7/13/18] (SEALED Version, Docket No. 1677; Redacted Version, Docket No. 1682)

<u>Reply Deadline</u>: July 17, 2018 at 12:00 p.m.

<u>Reply</u>:

A. Reply of Debtors M&G Capital S.A.R.L., M&G Chemicals, S.A. and Mossi & Ghisolfi International S.A.R.L. in Support of Motion for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed 7/17/18] (SEALED Version, Docket No. 1690; Redacted Version, Docket No. 1693)

B. Declaration of Oliver S. Zeltner in Support of the Motion of Debtors M&G Capital S.A R.L., M&G Chemicals S.A. and Mossi & Ghisolfi International S.A R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed 7/17/18] (SEALED Version, Docket No. 1691; Redacted Version, Docket No. 1694)

C. Supplemental Declaration of Marianne Goebel in Support of the Motion of Debtors M&G Capital S.A R.L., M&G Chemicals S.A. and Mossi & Ghisolfi International S.A R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed 7/17/18] (Docket No. 1692)

    D.  Supplemental Declaration of Peter S. Saba in Support of the Motion of Debtors M&G Capital S.A R.L., M&G Chemicals S.A. and Mossi & Ghisolfi International S.A R.L. for an Order Dismissing Their Chapter 11 Cases and Granting Related Relief [Filed 7/17/18] (SEALED Version, Docket No. 1699; Redacted Version, Docket No. 1700)

Related Documents:

    A.  [Signed] Order Approving Stipulation and Joint Proposed Briefing Schedule [Filed 6/27/18] (Docket No. 1637)

    B.  Notice of Filing of (I) Revised Proposed Form of Order Regarding Luxembourg's Debtors' Motion to Dismiss and (II) Proposed Order Granting Stipulation Regarding Related Resolution with Bancomext [Filed 8/20/18] (Docket No. 1777)

Status: Oral argument on this Motion was held on July 18-19, 2018. The Debtors filed a revised proposed form of order at docket no. 1777, which resolves the objections of the Committee and Bancomext. This matter will be considered in conjunction with matter 8, listed below.

8.  Debtors' Motion for Entry of an Order Approving Stipulation Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss [Filed 8/24/18] (Docket No. 1789)

Response Deadline: September 7, 2018 at 4:00 p.m.

Responses Received:

    A.  Response and Reservation of Rights Regarding Debtors' Motion for Entry of an Order Approving Stipulation Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss Filed by Delta Lloyd Levensverzekering N.V., NN Insurance Belgium N.V., NN Investment Partners, B.V. [Filed 9/7/18] (Docket No. 1828)

    B.  Limited Objection and Reservation of Rights of Banco Mercantil Del Norte, Sociedad Anonima, Institution de Banca Multiple, Grupo Financiero Banorte to Debtors' Motion for Entry of an Order Approving Stipulation Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss [Filed 9/7/18] (Docket No. 1831)

Related Documents:

    A.  [Signed] Order Granting Motion to Shorten Notice and Schedule Hearing With Respect to Debtors' Motion for Entry of an Order Approving Stipulation

Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss [Filed 8/27/18] (Docket No. 1792)

Reply Deadline: September 10, 2018 at 4:00 p.m.

Reply:

    A. Debtors' Consolidated Reply in Support of (I) Motion for Entry of an Order Approving Stipulation Between Debtors and Creditors' Committee Regarding Settlement and Agreement with Respect to Motion to Dismiss and (II) Motion of the Luxembourg Debtors for Entry of an Order Authorizing Payment of Certain Prepetition Claims of Foreign Creditors [Filed 9/10/18] (Docket No. 1835)

    B. Reply Of Official Committee Of Unsecured Creditors To (I) Objection To Motion Of The Luxembourg Debtors For Entry Of An Order Authorizing Payment Of Certain Prepetition Claims Of Foreign Creditors (II) Response And Reservation Of Rights Regarding Debtors' Motion For Entry Of An Order Approving Stipulation Between Debtors And Creditors' Committee Regarding Settlement And Agreement With Respect To Motion To Dismiss, And (III) Limited Objection And Reservation Of Rights Of Banco Mercantil Del Norte, Sociedad Anonima, Institution De Banca Multiple, Grupo Financiero Banorte To Debtors' Motion For Entry Of An Order Approving Stipulation Between Debtors And Creditors' Committee Regarding Settlement And Agreement With Respect To Motion To Dismiss [Filed 9/10/18] (Docket No. 1836)

Status: This matter will be going forward.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  September 11, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Joseph M. Mulvihill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Joseph M. Mulvihill (DE Bar No. 6061) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone:    (302) 652-4100 |
| | Facsimile:    (302) 652-4400 |
| | Email:    ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jmulvihill@pszjlaw.com |
| | |
| | and |
| | |
| | JONES DAY |
| | |
| | Scott J. Greenberg |
| | Stacey L. Corr-Irvine |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Telephone:    (212) 326-3939 |
| | Facsimile:    (212) 755-7306 |
| | Email:    sgreenberg@jonesday.com |
| | scorrirvine@jonesday.com |
| | |
| | and |
| | |
| | Carl E. Black |
| | 901 Lakeside Avenue |
| | Cleveland, Ohio 44114 |
| | Telephone:    (216) 586-7035 |
| | Facsimile:    (216) 579-0212 |
| | Email:    ceblack@jonesday.com |
| | |
| | Co-Counsel for the Debtors and Debtors in Possession |