# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 2, 2018 at 4:00 p.m. (ET) |

## SUMMARY OF TENTH MONTHLY APPLICATION OF CRAIN CATON & JAMES FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018

| | |
|---|---|
| Name of Applicant: | Crain, Caton & James, P.C. |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Period for which compensation and reimbursement are sought: | August 1, 2018 through August 31, 2018 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $92,724.40 (80% of $115,905.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $267.05 |
| Date of Order Approving Retention: | December 7, 2017 *nunc pro tunc* to October 31, 2017 |

This is a(n): _X_ monthly ___ interim ___ final application

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

The total time expended for fee application preparation is approximately 13.70 hours and the corresponding compensation requested is $4,037.00.

Prior Applications Filed:

| Date / Docket | Month Covered | Fees | Expenses |
|---|---|---|---|
| December 22, 2017<br>[Docket No. 539]<br>First Monthly Fee Application | October 31, 2017 – November 30, 2017 | $97,938.80 | $40.70 |
| January 18, 2018<br>[Docket No. 705]<br>Second Monthly Fee Application | December 1, 2017 – December 31, 2017 | $121,062.40 | $2,417.95 |
| February 13, 2018<br>[Docket No. 958]<br>Third Monthly Fee Application | January 1, 2018 – January 31, 2018 | $156,820.80 | $2,242.25 |
| March 5, 2018<br>[Docket No. 1084]<br>Fourth Monthly Fee Application | February 1, 2018 – February 28, 2018 | $181,285.60 | $618.31 |
| March 15, 2018<br>[Docket No. 1169]<br>First Interim Application | October 31, 2017 – January 31, 2018 | $464,038.50 | $4,700.90 |
| April 10, 2018<br>[Docket No. 1354]<br>Fifth Monthly Fee Application | March 1, 2018 – March 31, 2018 | $127,218.40 | $244.70 |
| May 10, 2018<br>[Docket No. 1453]<br>Sixth Monthly Fee Application | April 1, 2018 – April 30, 2018 | $38,726.40 | $11.20 |
| June 7, 2018<br>[Docket No. 1542]<br>Seventh Monthly Fee Application | May 1, 2018 – May 31, 2018 | $51,109.20 | $276.54 |
| June 14, 2018<br>[Docket No. 1573]<br>Second Interim Application | February 1, 2018 – April 30, 2018 | $434,038.00 | $874.21 |
| July 13, 2018<br>[Docket No. 1672]<br>Eighth Monthly Fee Application | June 1, 2018 – June 30, 2018 | $71,016.00 | $6.71 |
| August 10, 2018<br>[Docket No. 1756]<br>Ninth Monthly Fee Application | July 1, 2018 – July 31, 2018 | $109,565.20 | $820.16 |

003946.000001
143 - 5090260.2

# SUMMARY OF COMPENSATION REQUESTED BY TIMEKEEPER FOR THE COMPENSATION PERIOD

| Name | Title/Group/Bar Year | Billing Rate | Hours Billed | Total Fees |
|---|---|---|---|---|
| | | 2018 | Aug-18 | |
| | ***Shareholder*** | | | |
| J. Davis | Shareholder/Corporate, Business Transactional and Tax & Real Estate/2002 | $550.00 | 143.20 | $78,760.00 |
| C. Kollenberg | Shareholder/Commercial Litigation & Appellate/1976 | $560.00 | 18.90 | $10,584.00 |
| A. Kotch | Shareholder/Real Estate, Corporate, Business, Transactions/1981 | $500.00 | 1.30 | $650.00 |
| M. Riseden | Shareholder/Commercial Litigation/2003 | $500.00 | 44.50 | $22,250.00 |
| | **Total Shareholders** | | 207.90 | $112,244.00 |
| | ***Paralegal*** | | | |
| M. Hartman | Paralegal/Litigation | $210.00 | 24.90 | $5,229.00 |
| | **Total Paralegal** | | 24.90 | $5,229.00 |
| R. Ward | Legal Assistant | $175.00 | 2.20 | $385.00 |
| | **Total Legal Assistant** | | 2.20 | $385.00 |

| | |
|---|---|
| Total Hours/Fees: | $117,858.00 |
| Less: 50% Non-Working Travel | $1,952.50 |
| Grand Total: | $115,905.50 |

## COMPENSATION BY PROJECT CATEGORY

|  | Hours | Fees |
|---|---|---|
| Case Administration | 0.00 | 0.00 |
| Employment and Fee Application | 13.70 | 4,037.00 |
| Lienholder Claims | 209.80 | 107,640.00 |
| Litigation/Arbitration | 4.40 | 2,276.00 |
| Real Estate Agreements and Related Port and Construction Agreements | 0.00 | 0.00 |
| Nonworking Travel | 7.10 | 3,905.00 |
| Fee |  | 117,858.00 |
| Less 50% Non-Working Travel |  | (1,952.50) |
| Total Fees |  | 115,905.50 |
| Total Disbursements & Charges |  | 267.05 |
| **Total** |  | **116,172.55** |

# EXPENSE SUMMARY

|  | Aug.-18 |
|---|---:|
| Travel - Mileage | $267.05 |
| **Total** | **$267.05** |

003946.000001
143 - 5090260.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: October 2, 2018 at 4:00 p.m. (ET)** |

## TENTH MONTHLY APPLICATION
## OF CRAIN CATON & JAMES FOR ALLOWANCE OF
## COMPENSATION FOR SERVICES RENDERED AND FOR
## REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE DEBTORS
## FOR THE PERIOD FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018

Crain Caton & James, special counsel to the above-captioned debtors (collectively, the "Debtors"), makes its tenth monthly fee statement (this "Monthly Fee Statement") for allowance of compensation of $92,724.40 (80% of $115,905.50) and reimbursement of expenses of $267.05 for the period from August 1, 2018 through August 31, 2018 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308) (the "Interim Compensation Order"). In support of this Monthly Fee Statement, Crain Caton & James respectfully represents as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

003946.000001
143 - 5090260.2

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2. On October 24, 2017 (the "Polymers Petition Date"), Debtor M&G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and, thereafter, on October 30, 2017 (the "Petition Date"), each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M&G Polymers, the "Cases"). The Debtors are continuing in possession of their properties and are managing their businesses, as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. An Official Committee of Unsecured Creditors (the "Committee") was appointed in these Cases on November 13, 2017 (Docket No. 146). Additional information regarding the Debtors and these Cases, including the Debtors' businesses, corporate structure and financial condition, is set forth in the Declaration of Dennis Stogsdill in Support of First Day Pleadings (Docket No. 3) (the "First Day Declaration"), filed on October 31, 2017 and incorporated herein by reference.

## Crain Caton & James's Retention

4. On November 20, 2017, the Debtors filed the *Application of The Debtors For An Order Authorizing Them to Retain and Employ Crain Caton & James, P.C. as Special Counsel, Nunc Pro Tunc as of the Petition Date* (Docket No. 215) (the "Retention Application"), by which the Debtors sought to retain and employ Crain Caton & James as their special counsel in these Cases. On December 7, 2017, this Court entered the *Order Authorizing*

- 2 -

003946.000001
143 - 5090260.2

*the Debtors to Retain and Employ Crain Caton & James as Special Counsel, Nunc Pro Tunc as of the Petition Date* (Docket No. 409) (the "Retention Order"), authorizing the retention of Crain Caton & James as the Debtors' special counsel.

### The Interim Compensation Order

5. On November 10, 2017, the Debtors filed the *Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Docket No. 141) (the "Interim Compensation Procedures Motion"), which sought to establish procedures for the compensation and reimbursement of professionals whose retentions are approved by the Court pursuant to sections 327 or 1103 of the Bankruptcy Code on a monthly basis and on terms comparable to the procedures established in other large chapter 11 cases. On December 1, 2017, this Court entered the Interim Compensation Order, which approved the relief sought in the Interim Compensation Procedures Motion and authorized the implementation of the interim compensation procedures contemplated therein.

6. Specifically, the Interim Compensation Order provides that "[e]ach Professional seeking monthly compensation must prepare monthly fee applications (each, a "Monthly Fee Application") in accordance with Local Rules 2016-2(c)(i) and (ii), which shall include (i) the information required by Local Forms 101 and 102 and (ii) a monthly invoice that contains the fee and expense detail that describes the fees and expenses incurred by such Professional." Interim Compensation Order, ¶ 2(a). The Interim Compensation Order further provides that Monthly Fee Applications shall be filed no sooner than the 5th day following the month for which fees are sought (*id.* at ¶ 2(b)).

# CRAIN CATON & JAMES'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

## Compensation Paid and Its Sources

7. Crain Caton & James has received no payment for services rendered in any capacity in connection with the matters covered in this Monthly Fee Statement, nor has it received any promises for payment for matters covered by this Monthly Fee Statement, from any source other than from the Debtors. There is no agreement or understanding between Crain Caton & James and any other person other than shareholders of Crain Caton & James for the sharing of compensation to be received from the services rendered in these Cases.

## Itemization of Services Rendered and Disbursements Incurred

8. Attached hereto as Exhibit A are the time records of Crain Caton & James, which provide a daily summary of the time spent by each Crain Caton & James attorney[2] and paraprofessional[3] during the Compensation Period by project category. The blended hourly billing rate of attorneys for all services provided during the Compensation Period is $539.89.[4] The blended hourly billing rate of paraprofessionals for all services provided during the Compensation Period is $207.16.[5]

9. Attached hereto as Exhibit B is a detailed itemization of expenses for which Crain Caton & James seeks reimbursement. Crain Caton & James maintains the following policies with respect to Expenses:

---

[2] Attorneys include shareholders and associates, as applicable during the Compensation Period.

[3] Paraprofessionals include paralegals, legal support personnel, project assistants and staff members, as applicable during the Compensation Period.

[4] The blended hourly billing rate of $539.89 for attorneys is derived by dividing the total fees for attorneys of $112,244.00 by the total hours of 207.90 for those same attorneys, not taking into account any discounts for non-working travel.

[5] The blended hourly billing rate of $207.16 for paraprofessionals is derived by dividing the total fees for paraprofessionals of $5,614.00 by the total hours of 27.10 for those same paraprofessionals, not taking into account any discounts for non-working travel.

- 4 -

(a) No amortization of the cost of any investment, equipment or capital outlay is included in the expenses. In addition, for those items or services that Crain Caton & James purchased from or contracted with a third party (such as outside copy services), Crain Caton & James seeks reimbursement only for the exact amount billed to Crain Caton & James by the third party vendor and paid by Crain Caton & James to the third party vendor.

(b) Photocopying by Crain Caton & James was charged at 10 cents per page.

(c) Charges for airline and train travel include the cost of each airline or train ticket used in connection with the provisions of service to the Debtors.

(d) Meals charged to the Debtors were associated with out-of-town travel.

10. Crain Caton & James believes that the time entries set forth in the exhibit attached hereto are in compliance with the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

### Total Fees and Expenses Sought for the Compensation Period

11. The total amount sought for fees for professional services rendered and the reimbursement of expenses incurred for the Compensation Period are as follows:

| Total Fees | $115,905.50 |
|---|---|
| Total Disbursements | $267.05 |
| **TOTAL** | **$116,172.55** |

Pursuant to the Interim Compensation Order, Crain Caton & James seeks payment from the Debtors in the amount of $92,991.45 which represents (a) 80% of Crain Caton & James's total fees for services rendered during the Compensation Period and (b) 100% of the expenses incurred by Crain Caton & James during the Compensation Period.

003946.000001
143 - 5090260.2

### Billing Adjustments

12. The total fees requested in this Monthly Fee Statement reflect reductions totaling $1,952.50 which is comprised of a 50% reduction of $3,905.00 for time spent on nonworking travel.

### CONCLUSION

13. Crain Caton & James attorneys and paraprofessionals expended a total of 235.00 hours in connection with their representation of the Debtors during the Compensation Period. Employing Crain Caton & James's normal hourly rates for work of this character, the reasonable value of the services rendered by Crain Caton & James for the Debtors during the Compensation Period is $115,905.50. During the Compensation Period, Crain Caton & James also incurred expenses of $267.05. Pursuant to the Interim Compensation Order, by this Monthly Fee Statement, Crain Caton & James seeks payment from the Debtors in the amount of $92,991.45 which amount represents (a) 80% of Crain Caton & James's total fees for services rendered during the Compensation Period and (b) 100% of the total disbursements incurred from the Compensation Period (the "Requested Payment").

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Crain Caton & James respectfully submits that the amount requested is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services and (e) the costs of comparable services rendered in a case outside the Bankruptcy Code. Moreover, Crain Caton & James has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Monthly Fee Statement complies with such Local Rule and Order.

003946.000001
143 - 5090260.2

## NOTICE

15. Crain Caton & James will serve this Monthly Fee Statement in accordance with the Interim Compensation Order and the Local Rules. Pursuant to the Interim Compensation Order, objections to this Monthly Fee Statement, if any, must be in writing and filed with the Court and served upon Crain Caton & James so as to be received no later than October 2, 2018 (the "<u>Objection Deadline</u>"). If no objections to this Monthly Fee Statement are received by the Objection Deadline, Crain Caton & James is authorized to receive the Requested Payment pursuant to the terms of the Interim Compensation Order and the Retention Order.

003946.000001
143 - 5090260.2

Dated: September 11, 2018
Wilmington, Delaware

/s/ *Melinda M. Riseden*
CRAIN CATON & JAMES
Melinda M. Riseden
C. Henry Kollenberg
1401 McKinney, Suite 1700
Houston, Texas, 77010
Telephone: (713) 658-2323
Facsimile: (713) 658-1921
Email: mriseden@craincaton.com
hkollenberg@craincaton.com

Special Counsel for the Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |

## CERTIFICATION OF MELINDA M. RISEDEN

Melinda M. Riseden, under penalty of perjury, certifies as follows:

1. I am a shareholder with the law firm of Crain Caton & James and have been admitted to appear before this Court. I make this certification in accordance with Local Rule 2016-2 regarding the contents of applications for compensation and expenses. I have read the Monthly Fee Statement and am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals of Crain Caton & James.

2. The facts set forth in the foregoing Monthly Fee Statement are true and correct to my knowledge, information and belief. I have reviewed Local Rule 2016-2 and the Interim Compensation Order and submit that the Monthly Fee Statement substantially complies with such Local Rule and the Interim Compensation Order.

Dated: September 11, 2018

/s/ *Melinda M. Riseden*
Melinda M. Riseden

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.