# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
:
In re : Chapter 11
: Case No. 17-12307 (BLS)
M & G USA Corporation, *et al.*[1] :
: Jointly Administered
Debtors. :
: **Objection Deadline: Oct. 5, 2018 at 4:00 p.m. (ET)**
: **Hearing Date: TBD**
---------------------------------------------------------X

## THIRD INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM MAY 1, 2018 THROUGH JULY 31, 2018

| | |
|---|---|
| **Name of Applicant:** | Berkeley Research Group LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "Committee") |
| Date of Retention: | January 5, 2018 *nunc pro tunc* to November 13, 2017 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2018 through July 31, 2018 |
| Actual Amount of Compensation Sought as Actual, Reasonable and Necessary: | $546,145.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $552.16 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$546,697.66** |

This is a(n): __ Monthly Application _X_ Interim Application ___ Final Application

---

[1] Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).

**Attachment A: Summary of Monthly Fee Applications Filed**

| Application | | Requested | | Paid | | CNO |
|---|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses | Date Filed/ Docket No. |
| 2/6/2018 Dkt No. 909 | 11/13/2017- 11/30/2017 | $335,128.00 | $45.00 | $335,128.00 | $45.00 | 3/5/2018 Dkt No. 1081 |
| 3/15/2018 Dkt No. 1173 | 12/1/2017- 12/31/2017 | $326,611.50 | $1,153.21 | $326,611.50 | $1,153.21 | 4/6/2018 Dkt No. 1339 |
| 3/15/2018 Dkt No. 1174 | 1/1/2018- 1/31/2018 | $318,787.00 | $829.99 | $318,787.00 | $829.99 | 4/6/2018 Dkt No. 1341 |
| 4/2/2018 Dkt No. 1323 | 2/1/2018- 2/28/2018 | $268,594.00 | $4,551.11 | $268,594.00 | $4,551.11 | 4/25/2018 Dkt No. 1400 |
| 5/29/2018 Dkt No. 1514 | 3/1/2018- 3/31/2018 | $350,947.00 | $11,502.84 | $350,947.00 | $11,502.84 | 6/20/2018 Dkt No. 1598 |
| 5/30/2018 Dkt No. 1520 | 4/1/2018- 4/30/2018 | $210,449.50 | $0.00 | $210,449.50 | $0.00 | 6/21/2018 Dkt No. 1604 |
| 7/12/2018 Dkt No. 1670 | 5/1/2018- 5/31/2018 | $222,533.00 | $68.24 | $178,026.40 | $68.24 | 8/9/2018 Dkt No. 1751 |
| 8/23/2018 Dkt No. 1783 | 6/1/2018- 6/30/2018 | $128,495.50 | $0.00 | $0.00 | $0.00 | |
| 9/7/2018 Dkt No. 1830 | 7/1/2018- 7/31/2018 | $195,117.00 | $483.92 | $0.00 | $0.00 | |

[*Remainder of this Page Intentionally Left Blank*]

**Relief Requested**

This is Berkeley Research Group's ("BRG") third interim fee application for compensation (the "Fee Application") for the period May 1, 2018 through July 31, 2018 (the "Fee Period") filed pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308) (the "Interim Compensation Order"). BRG requests: (a) allowance of compensation in the amount of $546,145.50 for actual, reasonable and necessary professional services rendered to the Committee by BRG and (b) reimbursement of actual, reasonable and necessary costs and expenses in the amount of $552.16 incurred by BRG.

**Services Rendered and Disbursements Incurred**

Incorporated herein by reference are BRG's seventh through ninth monthly fee applications as shown in **Attachment A** above. Attached as **Attachment B** is the schedule of professionals who rendered services to the Committee during the Fee Period, including each person's billing rate and the blended rate and **Attachment C** shows the schedule of fees expended during the Fee Period by task code. **Attachment D** shows the summary totals for each category of expense incurred during the Fee Period.

**Notice and Objection Procedures**

BRG provided notice of this Fee Application to: (a) the Debtors; (b) counsel for the Debtors; (c) the Office of the U.S. Trustee; (d) counsel to Banco Inbursa S.A., Institución De Banca Multiple, Group Financiero Inbursa, and (e) counsel to the Commitee. In light of the nature of the relief requested herein, BRG submits that no further or other notice is required.

Wherefore, BRG respectfully requests that the Court enter an order (a) granting on an interim basis allowance of: (i) fees in the amount of $546,145.50 for services rendered to and on behalf of the Committee during the Fee Period and (ii) reimbursement of $552.16 for reasonable, actual, and necessary expenses incurred during the Fee Period; (b) authorizing the Debtors to immediately pay to BRG the sum of the unpaid fees and expenses incurred during the Fee Period; and (c) granting such other and further relief as the Court may deem just and proper.

Date: 9-14-18

Berkeley Research Group, LLC

By _____
David Galfus
Managing Director
250 Pehle Avenue, Suite 301
Saddle Brook, NJ 07663
201-587-7117

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| | : | Chapter 11 |
| In re | : | |
| | : | Case No. 17-12307 (BLS) |
| M & G USA Corporation, *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Objection Date: October 5, 2018 at 4:00 p.m.** |
| | : | **Hearing Date: TBD** |

## NOTICE OF FEE APPLICATION

PLEASE TAKE NOTICE that, on September 14, 2018, the **Third Interim Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from May 1, 2018 Through July 31, 2018** (the "Application"), which seeks approval of an interim fee application for professional services rendered to the Official Committee of Unsecured Creditors in the amount of $546,145.50, together with reimbursement of expenses in the amount of $552.16, was filed with the Court.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the following, so as to be **received no later than 4:00 p.m. on October 5, 2018** (the "Objection Deadline"):  (i) counsel to the Debtors, (a) Jones Day, 250 Vesey Street, New York, NY 10281 (Attn: Scott J. Greenberg, Esq.), sgreenberg@jonesday.com, and (b) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones, Esq.), ljones@pszjlaw.com; (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Hannah M. McCollum, Esq.), hannah.mccollum@usdoj.gov; (iii) counsel for the Pre-Petition First Lien Lender, (a) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: Lisa M. Schweitzer, Esq.), lschweitzer@cgsh.com, and (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801 (Attn: Pauline K. Morgan, Esq.), pmorgan@ycst.com; (iv) counsel to the Pre-Petition Second Lien Secured Party, (a) Weil, Gotshal & Manges LLP, 700 Louisiana, Suite 1700, Houston, TX 77002 (Attn: Alfredo R. Perez, Esq.) alfredo.perez@weil.com, and (b) Morris, Nichols, Arsht and Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, DE 19801 (Attn: Curtis S. Miller, Esq.), cmiller@mnat.com; (v) counsel to Comerica Bank (a) Miller, Canfield, Paddock and Stone, P.L.C., 150 West Jefferson, Suite 2500, Detroit, MI 48226 (Attn: Jonathan S. Green, Esq.)

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC  (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

green@millercanfield.com, and (b) Connolly Gallagher LLP, 1000 West Street, Suite 1400, Wilmington, DE 19801, (Attn: Karen C. Bifferato, Esq.) kbifferato@connollygallagher.com; and (vi) counsel to the Official Committee of Unsecured Creditors, (a) Milbank Tweed Hadley & McCoy LLP, 28 Liberty Street, New York, NY 10005-1413 (Attn: Dennis F. Dunne, Esq.), ddunne@milbank.com, and (b) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801 (Attn: J. Kate Stickles, Esq.), kstickles@coleschotz.com.

A HEARING ON THE APPLICATION WILL BE HELD, ONLY IF AN OBJECTION IS TIMELY FILED, OR THE COURT DIRECTS OTHERWISE, AT A DATE AND TIME TO BE SCHEDULED BEFORE THE HONORABLE BRENDAN L. SHANNON, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Dated: September 14, 2018

Respectfully submitted,

/s/ J. Kate Stickles
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: kstickles@coleschotz.com
         dhurst@coleschotz.com

-and-

Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
28 Liberty St.
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
Email: ddunne@milbank.com
         araval@milbank.com
         ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*

**M & G USA Corporation, et al**

**Berkeley Research Group, LLC**

**Attachment B: Fees By Professional**



For the Period 5/1/2018 through 7/31/2018

| Professional | Title | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| A. Soltesz | Associate Director | $330.00 | 23.1 | $7,623.00 |
| B. Wolf | Managing Director | $350.00 | 3.0 | $1,050.00 |
| C. Kearns | Managing Director | $995.00 | 13.9 | $13,830.50 |
| D. Galfus | Managing Director | $995.00 | 117.8 | $117,211.00 |
| K. Cho | Consultant | $390.00 | 3.0 | $1,170.00 |
| M. Haverkamp | Case Assistant | $195.00 | 17.3 | $3,373.50 |
| M. Little | Associate | $175.00 | 0.3 | $52.50 |
| R. Cohen | Associate | $295.00 | 8.6 | $2,537.00 |
| R. Wright | Managing Director | $740.00 | 374.1 | $276,834.00 |
| Z. Mainzer | Managing Consultant | $430.00 | 284.8 | $122,464.00 |
| **Total** | | | **845.9** | **$546,145.50** |
| **Blended Rate** | | | | **$645.64** |

Berkeley Research Group, LLC
Invoice for the 5/1/2018 - 7/31/2018 Period

# M & G USA Corporation, et al
## Berkeley Research Group, LLC
### Attachment C: Fees By Task Code

For the Period 5/1/2018 through 7/31/2018



| Task Code | Hours | Fees |
|---|---|---|
| 04. DIP Financing | 10.9 | $10,337.00 |
| 05. Professional Retention/ Fee Application Preparation | 27.0 | $12,770.00 |
| 07. Interaction/Meetings with Debtors/Counsel | 1.1 | $814.00 |
| 08. Interaction/Meetings with Creditors | 23.3 | $20,612.50 |
| 10. Recovery/SubCon/Lien Analysis | 242.7 | $139,119.50 |
| 11. Claim Analysis/Accounting | 103.3 | $70,673.00 |
| 13. Intercompany Transactions/Balances | 39.2 | $25,460.50 |
| 14. Executory Contracts/Leases | 1.5 | $1,314.00 |
| 17. Analysis of Historical Results | 84.7 | $49,483.50 |
| 18. Operating and Other Reports | 3.0 | $2,220.00 |
| 19. Cash Flow/Cash Management Liquidity | 113.1 | $60,922.50 |
| 25. Litigation | 75.0 | $55,780.50 |
| 27. Plan of Reorganization/Disclosure Statement | 103.2 | $79,083.00 |
| 31. Planning | 2.9 | $2,707.00 |
| 39. Overseas/Foreign Entity Proceedings | 15.0 | $14,848.50 |
| **Total** | **845.9** | **$546,145.50** |
| **Blended Rate** | | **$645.64** |

**M & G USA Corporation, et al**
**Berkeley Research Group, LLC**
Attachment D: Expenses By Category
For the Period 5/1/2018 through 7/31/2018



| Expense Category | Amount |
|---|---:|
| 02. Travel - Train and Bus | $392.00 |
| 03. Travel - Taxi | $91.92 |
| 11. Telephone, Fax and Internet | $4.99 |
| 14. Express Messenger/Shipping | $63.25 |
| **Total Expenses for the Period 5/1/2018 through 7/31/2018** | **$552.16** |