# EXHIBIT A

## COMPENSATION BY PROFESSIONAL

| NAME OF PROFESSIONAL | POSITION[1] | HOURLY BILLING RATE[2] | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|
| Dennis Dunne | Financial Restructuring Partner at Milbank for 20 years; admitted in 1991. | $1,465 | .80 | $1,172.00 |
| Russell Kestenbaum | Tax Partner at Milbank for 11 years; admitted in 1999. | $1,465 | 4.90 | $7,178.50 |
| Joel Krasnow | Tax Partner at Milbank for 10 years; admitted in 1990. | $1,465 | 2.20 | $3,223.00 |
| Abhilash Raval | Financial Restructuring Partner at Milbank for 11 years; admitted in 1998. | $1,465 | 130.60 | $191,329.00 |
| Alan Stone | Litigation Partner at Milbank for 11 years; admitted in 1988. | $1,465 | 10.20 | $14,943.00 |
| Lauren Doyle | Financial Restructuring Partner for 2 years; admitted in 2006. | $1,160<br>$580* | 297.60<br>13.00 | $345,216.00<br>$7,540.00 |
| Brian Kinney | Financial Restructuring Special Counsel at Milbank for 4 years; admitted in 2004. | $1,065<br>$532.5* | 259.60<br>8.00 | $276,474.00<br>$4,260.00 |
| Alexander Lees | Litigation Special Counsel at Milbank for 2 years; admitted in 2007. | $1,065<br>$532.5* | 330.10<br>10.40 | $351,556.50<br>$5,538.00 |
| Lena Mandel | Financial Restructuring Senior Attorney at Milbank for 16 years; admitted in 1991. | $1,030 | 45.00 | $46,350.00 |
| Jacob Jou | Litigation Associate at Milbank for 8 years; admitted in 2010. | $995 | 95.70 | $95,221.50 |

---

[1] The years of service listed in this column reflects years of service at Milbank as of the date of the professional's last time billed to the matter.

[2] All non-working travel time is billed at 50% of regular hourly rates pursuant to Local Rule 2016-2(d)(ix) and is indicated by an asterisk (*).

| Name | Role | Rate | Hours | Amount |
|---|---|---|---|---|
| Michael Price | Financial Restructuring Associate at Milbank for 7 years; admitted in 2011. | $970<br>$485* | 166.20<br>5.80 | $161,214.00<br>$2,813.00 |
| Shirley Liang | Litigation Associate at Milbank for 5 years; admitted in 2013. | $875 | 55.10 | $48,212.50 |
| Brian Zucco | Financial Restructuring Associate at Milbank for 4 years; admitted in 2015. | $835 | 18.00 | $15,030.00 |
| Julie Wolf | Litigation Associate at Milbank for 3 years; admitted in 2016. | $790<br>$395* | 341.60<br>6.30 | $269,864.00<br>$2,488.50 |
| Jenna Lowy | Litigation Associate at Milbank for 2 years; admitted in 2017. | $700<br>$350* | 230.10<br>4.30 | $161,070.00<br>$1,505.00 |
| Paul Springer | Financial Restructuring Associate at Milbank for 2 years; admitted in 2016. | $700 | 170.20 | $119,140.00 |
| Stephen Robert Marsters | Litigation Associate at Milbank for 1 year; admitted in 2018. | $565<br>$282.5* | 188.50<br>5.30 | $106,502.50<br>$1,497.25 |
| Alexander Miller | Financial Restructuring Associate at Milbank for 1 year; admitted in 2018. | $565<br>$282.5* | 81.30 | $45,934.50 |
| Zanda Bembeeva | Staff Attorney | $265 | 11.50 | $3,047.50 |
| Betul Diskaya | Staff Attorney | $265 | 16.90 | $4,478.50 |
| Michael Fistul | Staff Attorney | $265 | 14.20 | $3,763.00 |
| Cynthia Markham | Staff Attorney | $265 | 16.10 | $4,266.50 |
| Stephanie Sherry | Staff Attorney | $265 | 14.40 | $3,816.00 |
| Philip Thomas | Staff Attorney | $265 | 15.40 | $4,081.00 |
| Eugene Weber | Staff Attorney | $265 | 13.60 | $3,604.00 |
| Angel Anderson | Case Manager | $340 | 24.30 | $8,262.00 |
| Brijranie Nelly Seegopaul | Case Manager | $340 | 106.30 | $36,142.00 |
| Greg Holland | Legal Assistant | $305<br>$152.5* | 31.80<br>3.90 | $9,699.00<br>$594.75 |
| Charmaine Thomas | Legal Assistant | $280 | 5.80 | $1,624.00 |
| Jacqueline Brewster | Legal Assistant | $265 | 22.50 | $5,962.50 |
| Melissa Benerofe | Legal Assistant | $210 | 7.20 | $1,512.00 |
| Ugochi Ihenatu | Legal Assistant | $200 | 23.90 | $4,780.00 |
| Marcin Grabysz | Specialist | $350 | 16.20 | $5,670.00 |
| Sachin Chandani | Specialist | $295 | 25.80 | $7,611.00 |
| | | **Grand Total** | **2,850.60** | **$2,394,186.50** |
| | | **Attorney Compensation** | | **$2,285,272.75** |

| Total Attorney Hours | 2,480.80 |
|---|---|
| Blended Attorney Rate[3] | $921.18 |

---

[3] The blended attorney rate (as well as "Attorney Compensation" and "Total Attorney Hours") is exclusive of staff attorneys, case managers, and other paraprofessionals.

# EXHIBIT B

# COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Adversary Proceedings | 58.10 | $56,997.00 |
| Asset Sales | 322.30 | $304,161.50 |
| Cash Management | 42.60 | $37,245.50 |
| Claims Analysis / Estimation / Objections / Reconciliations | 81.40 | $74,605.00 |
| Committee Meetings | 38.80 | $41,528.50 |
| Communications with Committee Advisors | 1.00 | $1,160.00 |
| Communications with Committee Members | 19.90 | $18,819.50 |
| Communications with Creditors | .70 | $774.00 |
| Communications with Debtors | 3.20 | $3,455.50 |
| Communications with U.S. Trustee | 1.00 | $1,112.50 |
| Communications with Other Constituencies | .80 | $776.00 |
| Court Hearings / Communications | 114.50 | $105,102.50 |
| DIP Financing | 23.90 | $22,935.50 |
| Disclosure Statement / Solicitation / Voting | 9.30 | $10,524.50 |
| Employee / Severance Issues | .70 | $812.00 |
| Exclusivity | 48.30 | $42,546.00 |
| Executory Contracts / Unexpired Leases | 2.20 | $1,540.00 |
| Fee Statements / Applications – Milbank | 72.60 | $60,309.50 |
| Fee Statements / Applications – Other | 21.50 | $15,953.50 |
| File / Docket / Calendar Maintenance | 19.90 | $5,423.50 |
| General Case Administration | 36.70 | $27,074.50 |
| General Case Strategy | 87.30 | $112,601.00 |
| Intercompany Issues | .20 | $113.00 |
| International Issues | 1,116.40 | $871,662.00 |
| Litigation & Rule 2004 Examinations | 503.20 | $391,870.50 |
| Non-Working Travel Time | 57.00 | $26,236.50 |

| | | |
|---|---:|---:|
| Pension / Retiree Issues | 7.90 | $9,303.00 |
| Plan-Related Issues | 135.50 | $130,665.50 |
| Retention of Professionals – Committee | 17.70 | $11,980.50 |
| Retention of Professionals – Other | 1.60 | $1,258.00 |
| Secured Creditor Issues | 1.10 | $954.00 |
| Tax Issues | 3.30 | $4,686.00 |
| **TOTAL** | **2,850.60** | **$2,394,186.50** |

**EXHIBIT C**

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Cab Fares / Local Transportation | $2,307.57 |
| Committee Website Services – Epiq | $82.50 |
| Computerized Database Research | $53,560.95 |
| Express Mail / Messenger | $40.78 |
| Lodging | $3,364.50 |
| Loyens & Loeff Advisor Fees (Special Luxembourg Counsel) | $20,196.02 |
| Meals | $1,976.28 |
| Photocopies / Printing | $6,262.80 |
| Rail | $1,731.00 |
| Saltbox Partners LLC | $10,425.00 |
| Telephone | $890.78 |
| Transcript Expenses | $2,621.65 |
| **TOTAL** | **$103,459.83** |

**EXHIBIT D**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide for preceding Fiscal year (FY2017)[1]** | **Billed May 1, 2018 through July 31, 2018** |
| Partner | $1,197.83 | $1,242.33 |
| Counsel | $944.27 | $1,048.89 |
| Associate | $703.44 | $761.88 |
| Paralegal[2] | $263.47 | $294.52 |
| Aggregated | $781.06 | $839.89 |

---

[1] As requested in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, the calculations in this column exclude members of Milbank's Financial Restructuring Group.

[2] For purposes of this Exhibit D, the term "paralegal" also includes certain other staff attorneys, case managers, and related specialists.

13

**EXHIBIT E**

**BUDGET AND STAFFING PLAN**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                  :

In re                                 :       Chapter 11

M & G USA CORPORATION, *et al.*,       :       Case No. 17-12307 (BLS)

                      Debtors.[1]       :       (Jointly Administered)

------------------------------------------------------------ x

**BUDGET FOR MILBANK, TWEED, HADLEY & McCLOY LLP,
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF MAY 1, 2018 THROUGH JULY 31, 2018**

Date Retention Approved:    December 28, 2017 *nunc pro tunc* to November 13, 2017

Date Budget Approved by Client:    June 13, 2018

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[2] |
|---|---|---|
| Adversary Proceedings | 200 | $160,000.00 |
| Asset Sales | 25 | $20,000.00 |
| Claims Analysis / Estimation / Objections / Reconciliations | 400 | $320,000.00 |
| Committee Meetings | 150 | $120,000.00 |
| Communications with Committee Advisors | 5 | $4,000.00 |

---

[1]    The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2]    The Estimated Fees set forth herein are calculated by multiplying the Estimated Hours by $800 (the estimated average blended rate of the Milbank professionals (exclusive of paraprofessionals) working on these cases).

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[2] |
|---|---|---|
| Communications with Committee Members | 100 | $80,000.00 |
| Communications with Creditors | 5 | $4,000.00 |
| Communications with Debtors | 25 | $20,000.00 |
| Communications with U.S. Trustee | 8 | $6,400.00 |
| Court Hearings / Communications | 150 | $120,000.00 |
| Executory Contracts / Unexpired Leases | 5 | $4,000.00 |
| Fee Statements / Applications – Milbank | 125 | $100,000.00 |
| Fee Statements / Applications – Other | 50 | $40,000.00 |
| File / Docket / Calendar Maintenance | 25 | $20,000.00 |
| General Case Administration | 150 | $120,000.00 |
| General Case Strategy | 150 | $120,000.00 |
| Intellectual Property | 5 | $4,000.00 |
| Intercompany Issues | 5 | $4,000.00 |
| International Issues | 50 | $40,000.00 |
| Litigation & Rule 2004 Examinations | 400 | $320,000.00 |
| Non-Working Travel Time | 50 | $40,000.00 |
| Plan-Related Issues | 650 | $520,000.00 |
| Regulatory Issues | 5 | $4,000.00 |
| Retention of Professionals – Committee | 25 | $20,000.00 |
| Secured Creditor Issues | 25 | $20,000.00 |
| Tax Issues | 25 | $20,000.00 |

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[2] |
|---|---|---|
| **Total** | **2,813** | **$2,250,400.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*, | : | Case No. 17-12307 (BLS) |
| Debtors.[1] | : | (Jointly Administered) |

## STAFFING PLAN FOR MILBANK, TWEED, HADLEY & McCLOY LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2018 THROUGH JULY 31, 2018

Date Retention Approved:  December 28, 2017 *nunc pro tunc* to November 13, 2017

Date Staffing Plan Approved by Client:  June 13, 2018

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partners | 5 | $1,404.00 |
| Counsel | 3 | $1,065.00 |
| Sr. Associates (7+ years experience) | 2 | $982.50 |
| Associates (4-6 years experience) | 1 | $875.00 |
| Jr. Associates (1-3 years experience) | 7 | $635.71 |
| Paralegals / Staff Attorneys | 15 | $283.33 |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

# EXHIBIT F

## SUMMARY OF FEES AND HOURS
## BUDGETED COMPARED TO FEES AND HOURS BILLED

| PROJECT CATEGORY | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Adversary Proceedings | 200 | 58.10 | $160,000.00 | $56,997.00 |
| Asset Sales | 25 | 322.30 | $20,000.00 | $304,161.50 |
| Cash Management | 0 | 42.60 | $0.00 | $37,245.50 |
| Claims Analysis / Estimation / Objections / Reconciliations | 400 | 81.40 | $320,000.00 | $74,605.00 |
| Committee Meetings | 150 | 38.80 | $120,000.00 | $41,528.50 |
| Communications with Committee Advisors | 5 | 1.00 | $4,000.00 | $1,160.00 |
| Communications with Committee Members | 100 | 19.90 | $80,000.00 | $18,819.50 |
| Communications with Creditors | 5 | .70 | $4,000.00 | $774.00 |
| Communications with Debtors | 25 | 3.20 | $20,000.00 | $3,455.50 |
| Communications with U.S. Trustee | 8 | 1.00 | $6,400.00 | $1,112.50 |
| Communications with Other Constituencies | 0 | .80 | $0.00 | $776.00 |
| Court Hearings / Communications | 150 | 114.50 | $120,000.00 | $105,102.50 |
| DIP Financing | 0 | 23.90 | $0.00 | $22,935.50 |
| Disclosure Statement / Solicitation / Voting | 0 | 9.30 | $0.00 | $10,524.50 |
| Employee / Severance Issues | 0 | .70 | $0.00 | $812.00 |
| Exclusivity | 0 | 48.30 | $0.00 | $42,546.00 |
| Executory Contracts / Unexpired Leases | 5 | 2.20 | $4,000.00 | $1,540.00 |
| Fee Statements / Applications – Milbank | 125 | 72.60 | $100,000.00 | $60,309.50 |

| PROJECT CATEGORY | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Fee Statements / Applications – Other | 50 | 21.50 | $40,000.00 | $15,953.50 |
| File / Docket / Calendar Maintenance | 25 | 19.90 | $20,000.00 | $5,423.50 |
| General Case Administration | 150 | 36.70 | $120,000.00 | $27,074.50 |
| General Case Strategy | 150 | 87.30 | $120,000.00 | $112,601.00 |
| Intellectual Property | 5 | 0 | $4,000.00 | $0.00 |
| Intercompany Issues | 5 | .20 | $4,000.00 | $113.00 |
| International Issues | 50 | 1,116.40 | $40,000.00 | $871,662.00 |
| Litigation & Rule 2004 Examinations | 400 | 503.20 | $320,000.00 | $391,870.50 |
| Non-Working Travel Time | 50 | 57.00 | $40,000.00 | $26,236.50 |
| Pension / Retiree Issues | 0 | 7.90 | $0.00 | $9,303.00 |
| Plan-Related Issues | 650 | 135.50 | $520,000.00 | $130,665.50 |
| Regulatory Issues | 5 | 0 | $4,000.00 | $0.00 |
| Retention of Professionals – Committee | 25 | 17.70 | $20,000.00 | $11,980.50 |
| Retention of Professionals – Other | 0 | 1.60 | $0.00 | $1,258.00 |
| Secured Creditor Issues | 25 | 1.10 | $20,000.00 | $954.00 |
| Tax Issues | 25 | 3.30 | $20,000.00 | $4,686.00 |
| **TOTAL** | **2,813** | **2,850.60** | **$2,250,400** | **$2,394,186.50** |

# EXHIBIT G

## ADDITIONAL INFORMATION RELATED TO INTERIM FEE APPLICATION

| | |
|---|---|
| Are Rates in Interim Fee Application Higher than those Approved or Disclosed at Retention? | Yes, due to a rate change that occurred at the beginning of the 2018 calendar year. |
| Total Compensation Requested: | $2,394,186.50 (fees) <br><br> $103,459.83 (expenses) |
| Compensation Sought in this Interim Application Approved to Date Pursuant to the Interim Compensation Order: | $1,915,349.20 (fees) <br><br> $103,459.83 (expenses) |
| Compensation Sought in this Interim Application Already Paid Pursuant to the Interim Compensation Order: | $560,124.20 (fees) <br><br> $20,263.31 (expenses) |
| Compensation Sought in this Interim Application Not Yet Paid: | $1,834,062.30 (fees) <br><br> $83,196.52 (expenses) |
| Number of Professionals[1] Included in this Interim Application: | 35 |
| If Applicable, Number of Professionals in this Interim Application Not Included in Staffing Plan Approved by Client: | 2 |
| If Applicable, Difference Between Fees Budgeted and Fees Incurred for the Interim Compensation Period: | $143,786.50 |

---

[1] For purposes of this Exhibit G, the term "Professionals" also includes staff attorneys, case managers, and related specialists.

**EXHIBIT H**

**CERTIFICATION REGARDING INTERIM FEE APPLICATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*, | : | Case No. 17-12307 (BLS) |
| Debtors.[1] | : | (Jointly Administered) |
| | : | **Objection Deadline: Oct. 5, 2018 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: TBD** |

**CERTIFICATION REGARDING THIRD INTERIM APPLICATION OF MILBANK, TWEED, HADLEY & McCLOY LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM MAY 1, 2018 THROUGH JULY 31, 2018**

1.  I am a partner in the Financial Restructuring Group of the firm Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), counsel to the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases. I am admitted to the bar in the State of New York, and *pro hac vice* in this Court for these chapter 11 cases.

2.  I make this certification regarding the *Third Interim Application of Milbank, Tweed, Hadley & McCloy LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2018 through July 31, 2018* (the "Interim Fee Application") to certify

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

23

to certain matters addressed in the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 30, 2017 [Docket No. 308] (the "Interim Compensation Order").

3. Specifically, I have reviewed the Interim Fee Application and hereby certify that it complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Additionally, I hereby certify that, in accordance with the Interim Compensation Order, and in connection with preparing this Interim Fee Application, Milbank has made a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "U.S. Trustee Guidelines"). To that end, Milbank specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

> Question 1: Did Milbank agree to any variations from, or alternatives to, Milbank's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.
>
> Answer: No.
>
> Question 2: If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did Milbank discuss the reasons for the variation with the client?
>
> Answer: The fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Interim Fee Application are not higher by 10% or more.
>
> Question 3: Have any of the professionals included in the Interim Fee Application varied their hourly rate based on geographic location of the bankruptcy case?
>
> Answer: No.

Question 4: Does the Interim Fee Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

Answer: The Interim Fee Application includes a small amount of time and fees related to reviewing or revising time records or preparing, reviewing or revising invoices in connection with the preparation of Monthly Fee Statements relating to the period covered by this Interim Fee Application.

Question 5: Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information?

Answer: No.

Question 6: Does the Interim Fee Application include any rate increases since retention in these cases:

Answer: Yes. There was a rate change effective January 1, 2018, which was noticed at Docket No. 821. The client received notice of and signed off on the rate change.

Question 7: Did the client agree when retaining Milbank to accept all future rate increases? If not, did Milbank inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer: The client did not prospectively approve such rate increases but was notified at the outset of the engagement that Milbank's hourly rates are reviewed and revised from time to time. In accordance with ABA Formal Ethics Opinion 11-458, Milbank also notified the Committee at the outset of the representation that it need not agree to any modified rates or terms in order to have Milbank continue its representation of the Committee.

*/s/ Abhilash M. Raval*
Abhilash M. Raval