# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
|  | : Case No. 17-12307 (BLS) |
| M & G USA Corporation, *et al.*,[1] | : |
|  | : Jointly Administered |
| Debtors. | : |
|  | : Objection Date: October 5, 2018 at 4:00 p.m. (ET) |
|  | : Hearing Date: TBA |
|  | : Related to Docket Nos. 1654, 1768, 1802 |

## SUMMARY OF THIRD INTERIM FEE APPLICATION OF COLE SCHOTZ P.C., DELAWARE CO-COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2018 THROUGH JULY 31, 2018

| | |
|---|---|
| Name of Applicant: | **Cole Schotz P.C.** |
| Authorized to provide professional services to: | **The Official Committee of Unsecured Creditors** |
| Effective Date of Retention: | **January 2, 2018** *nunc pro tunc* to November 13, 2017 |
| Period for which Compensation and Reimbursement is sought: | **May 1, 2018 through July 31, 2018** |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | **$293,747.00** |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$10,511.79** |
| This is an: | **Interim Fee Application** |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

## SUMMARY OF FEES AND EXPENSES REQUESTED IN THIS APPLICATION

| Monthly Fee Application Filing Date DI No. | Fee Period | Requested Fees | Requested Expenses | Authorized Fees | Authorized Expenses | Amount of Holdback of Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 7/6/18 D.I. 1654 | 5/1/18-5/31/18 | $179,046.50 | $5,500.37 | $143,237.20 | $5,500.37 | $35,809.30 |
| 8/17/18 D.I. 1768 | 6/1/18-6/30/18 | $45,194.00 | $1,849.76 | $36,155.20 | $1,849.76 | $9,038.80 |
| 8/29/18 D.I. 1802 | 7/1/18-7/31/18 | $69,506.50 | $3,161.66 | $55,605.20 (*Pending*) | $3,161.66 | $13,901.30 |
| **TOTAL** | | **$293,747.00** | **$10,511.79** | **$234,997.60** | **$10,511.79** | **$58,749.40** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| M & G USA Corporation, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Objection Date: October 5, 2018 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: TBA** |
| | : | **Related to Docket Nos. 1654, 1768, 1802** |

## THIRD INTERIM FEE APPLICATION OF COLE SCHOTZ P.C., DELAWARE CO-COUNSEL AND CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2018 THROUGH JULY 31, 2018

Cole Schotz P.C. (the "Applicant" or "Cole Schotz"), Delaware co-counsel and conflicts counsel to the Official Committee of Unsecured Creditors (the "Committee") of M & G USA Corporation and each of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, submits this third interim fee application (the "Interim Fee Application") for allowance of compensation for professional services provided to the Committee in the amount of $293,747.00 and reimbursement of actual and necessary expenses in the amount of $10,511.79 for the period from May 1, 2018 through July 31, 2018 (the "Fee Period"). In support of this Interim Fee Application, Applicant respectfully represents as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

## JURISDICTION AND VENUE

1.  The Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicates for the relief sought herein are sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").  Such relief also is warranted under Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

**A.  The Chapter 11 Cases**

3.  On October 24, 2017 (the "Polymers Petition Date"), Debtor M&G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and, thereafter, on October 30, 2017 (the "Petition Date"), each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M&G Polymers, the "Chapter 11 Cases").

4.  The Debtors are continuing in possession of their properties and are managing their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.  An Official Committee of Unsecured Creditors (the "Committee") was appointed in these Chapter 11 Cases on November 13, 2017 [Docket No. 146].

2

**B.     The Retention of Cole Schotz**

6.     On December 13, 2017, the Committee applied [Docket No. 480] to the Court for an order authorizing it to retain and employ Cole Schotz as its counsel and conflicts counsel, *nunc pro tunc* to November 13, 2017.  On January 2, 2018, the Court entered an order [Docket No. 588] authorizing such retention.

7.     All services for which compensation is requested by Cole Schotz were performed for or on behalf of the Committee.

**C.     The Interim Compensation Order**

8.     On December 1, 2017, the Court entered an Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 308] (the "<u>Interim Compensation Order</u>"),[2] which sets forth the procedures for interim compensation and reimbursement of expenses in these cases.  Specifically, the Interim Compensation Order provides that a Professional may file and serve a Monthly Fee Application on or after the fifth day of each month following the month for which compensation is sought.  Provided that there are no objections to the Monthly Fee Application filed within twenty-one (21) days after the service of a Monthly Fee Application, the Professional may file a certificate of no objection with the Court, after which the Debtors are authorized to pay such Professional eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in such Monthly Fee Application.  If an objection is filed to the Monthly Fee Application, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject to objection.  In addition, the Interim Compensation Order provides that each professional may file with the Court an interim fee application for compensation and reimbursement of expenses at three-month

---

[2]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

57321/0001-16310888v2

intervals. Applicant files this Interim Fee Application pursuant to the Interim Compensation Order.

## THE INTERIM FEE APPLICATION
## AND COMPLAINCE WITH GUIDELINES

9. This Interim Fee Application was prepared in accordance with (a) Local Rule 2016-2, (b) the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, adopted on June 11, 2013* (the "UST Guidelines"), and (c) the Interim Compensation Order (collectively with Local Rule 2016-2 and the UST Guidelines, the "Guidelines").

10. Annexed hereto are various schedules required by the Guidelines, as applicable.

11. Applicant provides the following responses to the questions set forth under ¶ C.5 of Appendix B of the UST Guidelines:

> Question: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain.
>
> Response: No.
>
> Question: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?
>
> Response: The fees sought in this Interim Fee Application are not more than 10% of what was budgeted.
>
> Question: Have any of the professionals included in this fee application varied their hourly rates based on the geographic location of the bankruptcy case.
>
> Response: No

57321/0001-16310888v2

Question: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? If so, please quantify by hours and fees.

Response: This Interim Fee Application does not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

Question: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees.

Response: This Interim Fee Application includes approximately 3.20 hours with a value of $2,144.00 spent by Applicant to ensure that time entries comply with the Local Rules and do not disclose privileged or confidential information. The review and any revision associated therewith was a necessary component of Applicant's preparation of each monthly fee application.

Question: Does this fee application include rate increases since retention?

Response: Yes. John Whitworth's rate was adjusted effective July 30, 2018, to reflect his elevation from Paralegal Clerk to Paralegal.

## **REASONABLE AND NECESSARY SERVICES**

12. The services for which Applicant seeks compensation were, at the time rendered, necessary for, beneficial to, and in the best interests of, the Committee and the Debtors' estates. The services rendered were consistently performed in a timely manner commensurate with the complexity, importance and nature of the issues involved. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Applicant is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, Cole Schotz respectfully requests the Court enter an order (a) approving the Interim Fee Application; (b) awarding Cole Schotz compensation for the Fee Period in the amount of $293,747.00 and reimbursement for actual and necessary expenses in the amount of $10,511.79; (c) directing that such sums be paid to Cole Schotz pursuant to the Interim Compensation Order; and (d) granting such other and further relief as the Court may deem just and proper.

Dated: Wilmington, Delaware
September 14, 2018

**COLE SCHOTZ P.C.**

/s/ David R. Hurst
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

*Counsel for the Official Committee of Unsecured Creditors*

## M & G USA CORPORATION, *et al.*

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

The aggregate hourly rate for all Cole Schotz Delaware and New York non-bankruptcy timekeepers (including both attorneys and paralegals) (the "Non-Bankruptcy Blended Rate") for the year-ending December 31, 2017 (the "Comparable Period") was $486.67 per hour[1]; and the aggregate hourly rate for all Cole Schotz Delaware and New York bankruptcy timekeepers (including both attorneys and paralegals) (the "Bankruptcy Blended Rate") for the Comparable Period was $509.95 per hour.

The blended hourly rate for all Cole Schotz timekeepers (including both attorneys and paralegals) who provided services to the Committee during the Application Period was approximately $614.54 per hour.

| Category of Cole Schotz Timekeeper | 2017 Bankruptcy Blended Rate | 2017 Non-Bankruptcy Blended Rate | Application Period Blended Rate |
|---|---|---|---|
| Partner | $614.32 | $578.97 | $647.50 |
| Special Counsel | $453.04 | $453.04 | N/A |
| Associate | $319.84 | $317.15 | $285.00 |
| Paralegal | $272.69 | $282.52 | $227.50 |
| Aggregated | $509.95 | $486.67 | $614.54[2] |

---

[1] In calculating the Non-Bankruptcy Blended Rate, Cole Schotz excluded all billing data of Cole Schotz's timekeepers that practice in the Bankruptcy and Corporate Restructuring Department. Cole Schotz calculated the Non-Bankruptcy Blended Rates by dividing the total dollar amount billed by Cole Schotz timekeepers during the Comparable Period by the total number of hours billed by Cole Schotz timekeepers during the Comparable Period.

[2] The blended rate is the actual blended rate during the Application Period and includes "other" timekeepers specifically categorized in the Summary of Timekeepers.

# M & G USA CORPORATION, *et al.*

# SUMMARY OF TIMEKEEPERS INCLUDED IN INTERIM FEE APPLICATION
# MAY 1, 2018 THROUGH JULY 31, 2018

| Name of Professional and Position | Department and Office | Date of Bar Admission | Hourly Billing Rate[1] | Total Billed Hours | Total Fees Billed | Total Fees Requested |
|---|---|---|---|---|---|---|
| David R. Hurst, Member | Bankruptcy Delaware | 1998 | $670.00 | 46.60 | $31,222.00 | $31,222.00 |
| Stuart Komrower, Member | Bankruptcy New Jersey | 1984 | $775.00 | 6.10 | $4,727.50 | $4,727.50 |
| J. Kate Stickles, Member | Bankruptcy Delaware | 1990 | $745.00 | 180.30 | $134,323.50 | $134,323.50 |
| Warren Usatine, Member | Bankruptcy New Jersey | 1995 | $735.00 | 12.40 | $9,114.00 | $9,114.00 |
| James W. Walker, Member | Bankruptcy Texas | 1985 | $645.00 | 11.60 | $7,482.00 | $7,482.00 |
| Daniel F. Geoghan, Member | Bankruptcy New York | 1999 | $590.00 | 131.20 | $77,408.00 | $77,408.00 |
| Ryan T. Jareck, Member | Bankruptcy New Jersey | 2008 | $510.00 | 33.60 | $17,136.00 | $17,136.00 |
| Felice R. Yudkin, Member | Bankruptcy New Jersey | 2005 | $510.00 | 8.50 | $4,335.00 | $4,335.00 |
| Rebecca W. Hollander, Associate | Bankruptcy New Jersey | 2014 | $285.00 | 3.20 | $912.00 | $912.00 |
| Pauline Z. Ratkowiak, Paralegal | Bankruptcy Delaware | N/A | $285.00 | 1.40 | $399.00 | $399.00 |
| Kimberly A. Karstetter, Paralegal | Bankruptcy Delaware | N/A | $250.00 | 17.10 | $4,275.00 | $4,275.00 |
| John Whitworth, Paralegal Clerk | Bankruptcy Delaware | N/A | $200.00 | 0.70 | $140.00 | $140.00 |
| John Whitworth, Paralegal Clerk | Bankruptcy Delaware | N/A | $175.00 | 20.40 | $3,570.00 | $3,570.00 |
| Anthony Cortez, Litigation Support | Information Technology New Jersey | N/A | $395.00 | 1.70 | $671.50 | $671.50 |
| Susan Roberts, Legal Practice Assistant | Bankruptcy Delaware | N/A | $125.00 | 3.2 | $400.00 | $400.00 |
| **TOTALS** | | | **Blended Hourly Rate: $614.54** | **478.00** | **$293,747.00** | **$293,747.00** |

---

[1] The rate represents the regular hourly rate for each attorney and paraprofessional who rendered legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis and such adjustment typically occurs on September 1. With the exception of the adjustment of John Whitworth's rate noted herein, the last such adjustment occurred on September 1, 2017.

**BUDGET FOR FEE PERIOD PERIOD
MAY 1, 2018 THROUGH JULY 31, 2018**

*All Figures Are Estimates (Total Rounded)*

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Analysis and Recovery | | |
| Asset Disposition | | |
| Assumption and Rejection of Leases and Contracts | | |
| Automatic Stay | 10 | 4,600 |
| Avoidance Action Analysis | | |
| Budgeting (Case) | 10 | 4,600 |
| Business Operations | | |
| Case Administration | 50 | 23,000 |
| Claims Administration and Objections | 100 | 46,000 |
| Corporate Governance and Board Matters | | |
| Employee Benefits and Pensions | | |
| Fee Application Matters/Objections | 100 | 46,000 |
| Retention Application Matters/ Objections | 10 | 4,600 |
| Financing and Cash Collateral | 30 | 13,800 |
| Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) | 300 | 138,000 |
| Meetings and Communications with Creditors (including Committee Matters) | 40 | 18,000 |
| Non-Working Travel | 30 | 13,800 |
| Plan and Disclosure Statement | 300 | 138,000 |
| Real Estate | | |
| Relief from Stay and Adequate Protection | 10 | 4,600 |
| Reporting | | |
| Tax | | |
| Valuation | | |
| Vendor Matters | | |
| Omnibus Court Hearings (include Hearing Preparation) | 50 | 23,000 |
| Other Investigative Matters | 40 | 18,400 |
| U.S. Trustee Matters and Meetings | 10 | 4,600 |
| **TOTAL** | **1090** | **$501,400** |

# STAFFING PLAN FOR FEE PERIOD
# PERIOD MAY 1, 2018 THROUGH JULY 31, 2018

*All Figures Are Estimates*

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Members | 8 | $690.00 |
| Special Counsel | 1 | $465.00 |
| Associates | 7 | $335.00 |
| Paralegals | 4 | $276.00 |
| Other – Litigation Support | 2 | $345.00 |
| Blended Hourly Rate | 22 | $460.00 |

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY
## MAY 1, 2018 THROUGH JULY 31, 2018

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 10.30 | $5,581.00 |
| Cash Collateral and DIP Financing | 2.00 | $1,490.00 |
| Committee Matters and Creditor Meetings | 23.50 | $15,357.00 |
| Fee Application Matters/Objections | 34.10 | $13,982.50 |
| Litigation/General | 350.40 | $222,944.50 |
| Non-Working Travel Time 50% ($4,737.00/2) | 8.30 | $2,368.50 |
| Preparation for and Attendance at Hearings | 35.60 | $23,568.00 |
| Reorganization Plan | 6.00 | $4,034.00 |
| Other Investigative Matters | 2.00 | $1,140.00 |
| Retention Matter | 4.10 | $2,221.50 |
| Budgeting (Case) | 1.40 | $1,020.50 |
| Litigation Consulting | 0.10 | $39.50 |
| **Total Incurred:** | **477.80** | **$293,747.00** |
| **Total Requested:** | **477.80** | **$293,747.00** |

# SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY
# MAY 1, 2018 THROUGH JULY 31, 2018

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Photocopying/Printing/Scanning (5,051pages @ $.10/page) | | $505.10 |
| Conference Calls | | $231.84 |
| Court Fees | ECF | $239.80 |
| Data Host Fees | Cole Schotz P.C. | $2,134.00 |
| Legal Research | Westlaw | $227.49 |
| Delivery Services/Couriers | Parcels, Inc. | $142.50 |
| Outside Printing | Parcels, Inc. | $2,803.36 |
| Transcripts | Reliable | $2,273.47 |
| Travel | | $1,831.31 |
| Working Meals | | $18.55 |
| Postage | | $42.05 |
| Filing Fees | | $25.00 |
| Meals/Refreshments | | $37.32 |
| **TOTAL** | | **$10,511.79** |

# SUMMARY OF INTERIM FEE APPLICATION

| SUMMARY OF INTERIM FEE APPLICATION | |
|---|---|
| Name of Applicant | Cole Schotz P.C. |
| Name of Client | Official Committee of Unsecured Creditors of M & G USA Corporation, *et al.* |
| Fee period covered by Interim Fee Application | May 1, 2018 through July 31, 2018 |
| Total compensation sought during Fee Period | $293,747.00 |
| Total expenses sought during Fee Period | $10,511.79 |
| Petition Date | October 24, 2017 |
| Retention Date | January 2, 2018 *nunc pro tunc* to November 13, 2017 |
| Date of order approving employment | January 2, 2018 |
| Total compensation approved by interim order to date | $950,516.50 |
| Total expenses approved by interim order to date | $58,769.30 |
| Total allowed compensation paid to date | $906,207.14[1] |
| Total allowed expenses paid to date | $59,978.64 |
| Blended rate in Interim Fee Application for all Attorneys | $661.26 |
| Blended rate in Interim Fee Application for all Timekeepers | $614.54 |
| Compensation sought in this Interim Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $143,237.20 |
| Expenses sought in this Interim Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $5,500.37 |
| Number of professionals included in this Interim Fee Application | 14 |
| If applicable, number of professionals in this Interim Fee Application not included in staffing plan | 0 |
| If applicable, difference between fees budgeted and compensation sought for this Fee Period | Budgeted: $501,400.00<br>Actual: $293,747.00 |
| Number of professionals billing fewer than 15 hours to the case during this Fee Period: | 9 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this Interim Fee Application using the rates originally disclosed in the retention application: | Yes. As noted, John Whitworth's rate was adjusted effective July 30, 2018. Assuming the rate originally disclosed, the total compensation sought in this Interim Fee Application would be $293,729.50. |

---

[1] Total amount of compensation received for the First and Second Interim Fee Periods. Additional amounts remain owing pursuant to the Omnibus Order Approving Second Interim/Quarterly Fee Applications of Professionals [Docket No. 1719].