IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 5, 2018 at 4:00 p.m. (ET) |

## SUMMARY OF THIRD INTERIM APPLICATION OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2018 THROUGH JULY 31, 2018

| | |
|---|---|
| Name of Applicant: | Rothschild Inc. and Rothschild S.p.A. (collectively "Rothschild") |
| Authorized to Provide Professional Services to: | The above-captioned Debtors |
| Period for which compensation and reimbursement are sought: | May 1, 2018 through July 31, 2018 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $0.00[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $226,657.50[3] |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] In accordance with the *Order Approving Stipulation Regarding Settlement and Agreement with Respect to Sale of Corpus Christi Assets and Related Matters* [Docket No. 1299] (the "Sale Stipulation"), Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. As such, no allowance for compensation is sought in this Interim Fee Application. Rothschild reserves the right to seek payment for expenses incurred during the month of April 2018 and subsequent periods in subsequent monthly and interim fee applications.

[3] The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications. Rothschild seeks $93.66 for expense reimbursement that was incurred in the period from February 1, 2018 through and including February 28, 2018, $1,011.83 for expense reimbursement that was incurred in the period from March 1, 2018

| | |
|---|---|
| Petition Date: | October 30, 2017[4] |
| Date of Order Approving Retention: | December 1, 2017, *nunc pro tunc* to October 31, 2017 |
| Total Compensation Approved by Interim Order to Date: | $1,506,451.61 |
| Total Expenses Approved by Interim Order to Date: | $102,766.98 |
| Compensation Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $0.00 |
| Expenses Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed: | $0.00 |

This is a(n): ___ monthly   _X_ interim   ___ final application

The total time expended for this fee application preparation is approximately 2 hours, with no corresponding compensation requested as Rothschild is compensated on a monthly, rather than an hourly, basis.

---

through and including March 31, 2018 and $132.01 for expense reimbursement that was incurred in the period from April 1, 2018 through and including April 30, 2018, but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Interim Fee Application.

[4] On October 24, 2017, Debtor M & G Polymers USA, LLC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. All other Debtors commenced their chapter 11 cases on October 30, 2017.

Prior Applications Filed[5]:

| Date / Docket | Month Covered | Fees[6] | Expenses |
|---|---|---|---|
| January 11, 2018 [Docket No. 660] Amended Monthly Fee Application[7] | October 31, 2017 – November 30, 2017 | $565,161.29 | $74,367.77 |
| February 26, 2018 [Docket No. 1042] Monthly Fee Application | December 1, 2017 – December 31, 2017 | $160,000.00 | $5,935.44[8] |
| March 12, 2018 [Docket No. 1143] Monthly Fee Application | January 1, 2018 – January 31, 2018 | $160,000.00 | $7,349.33[9] |
| March 15, 2018 [Docket No. 1181] Interim Fee Application | October 31, 2017 – January 31, 2018 | $1,106,451.61 | $87,652.54 |
| April 3, 2018 [Docket No. 1333] Monthly Fee Application | February 1, 2018 – February 28, 2018 | $160,000.00 | $8,393.08 |
| May 16, 2018 [Docket No. 1478] Monthly Fee Application | March 1, 2018 – March 31, 2018 | $160,000.00 | $6,721.36 |
| June 14, 2018 [Docket No. 1572] Interim Fee Application | February 1, 2018 – April 30, 2018 | $400,000.00 | $15,114.44 |
| September 7, 2018 [Docket No. 1832] Monthly Fee Application | May 1, 2018 – May 31, 2018 | $0.00[10] | $92,958.45 |
| September 7, 2018 | June 1, 2018 – June 30, 2018 | $0.00[11] | $133,201.55 |

---

[5] In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. Rothschild reserves the right to seek payment for expenses incurred during the month of April 2018 and subsequent periods in subsequent monthly and interim fee applications.

[6] Fees shown represent the amount sought at the time of filing the corresponding application. For Monthly Fee Applications this was 80% of Rothschild's total fees for services rendered during the applicable period while for the Interim Fee Application this was 100% of Rothschild's total fees for services rendered during the applicable period.

[7] Amended the monthly application filed previously on January 3, 2018 at Docket No. 617.

[8] Rothschild requested expense reimbursement of $6,249.26 in its Second Monthly Fee Application. Informal comments related to the Second Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild reduced its expenses by $313.82 in connection with the Second Monthly Fee Application, and sought approval of $5,935.44 in total expense reimbursement on account of its Second Monthly Fee Application.

[9] Rothschild requested expense reimbursement of $8,608.19 in its Third Monthly Fee Application. Informal comments related to the Third Monthly Fee Application were received by Rothschild from the U.S. Trustee. As a result, Rothschild reduced its expenses by $1,258.86 in connection with the Third Monthly Fee Application, and sought approval of $7,349.33 in total expense reimbursement on account of its Third Monthly Fee Application.

[10] In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. As such, no allowance for compensation was sought in this Monthly Fee Application.

| [Docket No. 1833] Monthly Fee Application | | | |
|---|---|---|---|
| September 10, 2018 [Docket No. 1840] Monthly Fee Application | July 1, 2018 – July 31, 2018 | $0.00[12] | $497.50 |

---

[11] Ibid.

[12] Ibid.

## SUMMARY OF OUT-OF-POCKET EXPENSES[13]

| | |
|---|---:|
| Travel | $ - |
| Taxis/Tolls/Parking | 746.91 |
| Hotel | - |
| Legal Fees | 225,420.00 |
| Miscellaneous | - |
| Meals | 419.82 |
| Presentation Center | - |
| Copies | - |
| Research/Database | - |
| Telephone/Communications | 70.77 |
| Courier Services | - |
| **Total** | **$ 226,657.50** |

---

[13] The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications. Rothschild seeks $93.66 for expense reimbursement that was incurred in the period from February 1, 2018 through and including February 28, 2018, $1,011.83 for expense reimbursement that was incurred in the period from March 1, 2018 through and including March 31, 2018 and $132.01 for expense reimbursement that was incurred in the period from April 1, 2018 through and including April 30, 2018, but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Interim Fee Application.

# INFORMATION REGARDING PRIOR INTERIM FEE APPLICATIONS

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| Date Filed & Docket No. | Period Covered | Fees and Expenses Requested | | Fees and Expenses Approved | | Approved Fees and Expenses Paid | | Approved Fees and Expenses Remaining Unpaid | | Date(s) of Orders on Interim Compensation or Reimbursement of Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses | |
| 3/15/2018 [Docket No. 1181] | 10/31/2017 – 1/31/2018 | $1,106,451.61 | $87,652.54 | $1,106,451.61 | $87,652.54 | $1,106,451.61 | $87,652.54 | $0.00 | $0.00 | 4/23/2018 |
| 6/14/2018 [Docket No. 1572] | 2/1/2018 – 4/30/2018 | $400,000.00 | $15,114.44 | $400,000.00 | $15,114.44 | $400,000.00 | $15,114.44 | $0.00 | $0.00 | 7/23/2018 |

## CUMULATIVE FEE AND EXPENSE TOTALS SINCE CASE INCEPTION

| Fees and Expenses Requested | | Fees and Expenses Approved | | Approved Fees and Expenses Paid | | Approved Fees and Expenses Remaining Unpaid | | Fees and Expenses Disallowed or Withdrawn | |
|---|---|---|---|---|---|---|---|---|---|
| Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| $1,506,451.61 | $102,766.98 | $1,506,451.61 | $102,766.98 | $1,506,451.61 | $102,766.98 | $0.00 | $0.00 | $0.00 | $1,572.68[14] |

---

[14] The withdrawn expense reimbursements were done in connection with monthly fee applications filed prior to the First Interim Fee Application, and thus approval for such withdrawn expenses were not included / sought in the First Interim Fee Application.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 5, 2018 at 4:00 p.m. (ET) |

## THIRD INTERIM APPLICATION OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS
## FOR THE PERIOD FROM MAY 1, 2018 THROUGH JULY 31, 2018

Rothschild Inc. and Rothschild S.p.A. (collectively "Rothschild"), financial advisors and investment bankers to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), make their third interim fee application (this "Interim Fee Application") for allowance of compensation of $0.00 and reimbursement of expenses of $226,657.50[2] for the period from May 1, 2018 through July 31, 2018 (the "Compensation Period"), in accordance with the *Order Authorizing Procedures for Interim Compensation and*

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications. Rothschild seeks $93.66 for expense reimbursement that was incurred in the period from February 1, 2018 through and including February 28, 2018, $1,011.83 for expense reimbursement that was incurred in the period from March 1, 2018 through and including March 31, 2018 and $132.01 for expense reimbursement that was incurred in the period from April 1, 2018 through and including April 30, 2018, but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Interim Fee Application.

NAI-1503505704v1

*Reimbursement of Expenses of Professionals* (Docket No. 308) (the "Interim Compensation Order"). In support of this Interim Fee Application, Rothschild respectfully represents as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue for this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. On October 24, 2017 (the "Polymers Petition Date"), Debtor M & G Polymers USA, LLC ("M&G Polymers") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and, thereafter, on October 30, 2017 (the "Petition Date"), each of the other Debtors commenced chapter 11 cases before this Court (together with the chapter 11 case of M&G Polymers, the "Cases"). The Debtors are continuing in possession of their properties and are managing their businesses, as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. An Official Committee of Unsecured Creditors (the "Committee") was appointed in these Cases on November 13, 2017 (Docket No. 146). Additional information regarding the Debtors and these Cases, including the Debtors' businesses, corporate structure and financial condition, is set forth in the *Declaration of Dennis Stogsdill in Support of First Day Pleadings* (Docket No. 3) (the "First Day Declaration"), filed on October 31, 2017 and incorporated herein by reference.

### Rothschild's Retention

4. On November 16, 2017, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild*

*S.p.A. as Financial Advisors and Investment Bankers to the Debtors effective <u>Nunc Pro Tunc</u> to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waving Certain Time - Keeping Requirements and (IV) Granting Related Relief* (Docket No. 184) (the "<u>Retention Application</u>"), by which the Debtors sought to retain and employ Rothschild as their financial advisors and investment bankers in these Cases. On December 1, 2017, this Court entered the *Order Approving Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A. as Financial Advisors and Investment Bankers to the Debtors <u>Nunc Pro Tunc</u> to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving certain Time-Keeping requirements and (IV) Granting Related Relief* (Docket No. 307) (the "Retention Order"), authorizing the retention of Rothschild as Debtors' financial advisors and investment bankers.

### The Interim Compensation Order

5. On November 10, 2017, the Debtors filed the *Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Docket No. 141) (the "<u>Interim Compensation Procedures Motion</u>"), which sought to establish procedures for the compensation and reimbursement of professionals whose retentions are approved by the Court pursuant to sections 327 or 1103 of the Bankruptcy Code on a monthly basis and on terms comparable to the procedures established in other large chapter 11 cases. On December 1, 2017, this Court entered the Interim Compensation Order, which approved the relief sought in the Interim Compensation Procedures Motion and authorized the implementation of the interim compensation procedures contemplated therein.

6. In relevant part, the Interim Compensation Order provides that "commencing with the period ending January 31, 2018, at each three-month intervals . . . each of the [p]rofessionals will file with the Court . . . an application pursuant to section 331 of the

Bankruptcy Code for interim Court approval and allowance of the compensation and reimbursement of expenses sought by the [p]rofessional" in its monthly fee applications. Interim Comp. Order., ¶ 2(f). The Interim Compensation Order further provides that interim fee applications "must be filed on or before the 45th day after the end of the [i]nterim [f]ee [p]eriod . . . for which the application seeks allowance of fees and reimbursement of expenses" and that interim fee applications "must identify the [m]onthly [f]ee [a]pplications that are the subject of the request and any information requested by the Court and the Local Rules." *Id.*

### The Monthly Fee Applications

7. On September 7, 2018, Rothschild filed its *Sixth Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from May 1, 2018 through May 31, 2018* (Docket No. 1832) (the "Sixth Monthly Fee Application"). In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. As such, no allowance for compensation is sought in this Monthly Fee Application. No objections have been received to date with respect to the Sixth Monthly Fee Application. The deadline to file objections with respect to the Sixth Monthly Fee Application is September 28, 2018.

8. On September 7, 2018, Rothschild filed its *Seventh Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from June 1, 2018 Through June 30, 2018* (Docket No. 1833) (the "Seventh Monthly Fee Application"). In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. As such, no allowance for compensation is sought in this Monthly Fee Application. No objections have been

received to date with respect to the Seventh Monthly Fee Application. The deadline to file objections with respect to the Seventh Monthly Fee Application is September 28, 2018.

9. On September 10, 2018, Rothschild filed its *Eighth Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period from July 1, 2018 Through July 31, 2018* (Docket No. 1840) (the "Eighth Monthly Fee Application"). In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. As such, no allowance for compensation is sought in this Monthly Fee Application. No objections have been received to date with respect to the Eighth Monthly Fee Application. The deadline to file objections with respect to the Eighth Monthly Fee Application is October 1, 2018.

## ROTHSCHILD'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Sources

10. Rothschild has received no payment for services rendered in any capacity in connection with the matters covered in this Interim Fee Application, nor has it received any promises for payment for matters covered by this Interim Fee Application, from any source other than from the Debtors. Except as set forth in this paragraph and in the Antinelli Declaration (as defined below), there is no agreement or understanding between Rothschild and any other person for the sharing of compensation to be received for the services rendered during the Compensation Period. As previously disclosed in the *Declaration of Stephen Antinelli in Support of the Debtors' Application for Entry of an Order (I) Authorizing Them to Employ and Retain Rothschild Inc. and Rothschild S.p.A. as Financial Advisors and Investment Bankers to the*

*Debtors Effective Nunc Pro Tunc to the Petition Date, (II) Approving the Terms of the Engagement Letter, (III) Waiving Certain Time-Keeping Requirements and (IV) Granting Related Relief* (Docket No. 845) (the "Antinelli Declaration"), Neil Augustine ("Augustine") departed from Rothschild on March 15, 2018. As set forth in the Antinelli Declaration, of the fees payable by the Debtors to Rothschild under the Retention Order, it is currently estimated that Rothschild Inc. will be allocated 80% (the "Rothschild Inc. Share") and Rothschild S.p.A. will be allocated 20%. Rothschild Inc. and Augustine have agreed that Augustine shall be entitled to 30% of the Rothschild Inc. Share (net of unreimbursed expenses, if any) earned after January 1, 2018 and paid by the Debtors pursuant to the Retention Order.

11. As of the Petition Date, Rothschild held $25,000 as the balance of its prepetition expense reserve. Rothschild is continuing to settle its accounts with respect to such expenses and will apply this reserve against such expenses once complete, with any excess to be credited against fees and expenses payable to Rothschild after the Petition Date. Rothschild will not apply any portion of the expense reserve to fees and expenses incurred from and after the Petition Date unless and until authorized to do so by further order of this Court.

**Itemization of Services**

**Rendered and Disbursements Incurred**

12. Attached hereto as <u>Exhibit A</u> is a detailed itemization of expenses for which Rothschild seeks reimbursement. Rothschild has followed its general internal policies with respect to out-of-pocket expenses billed to the Debtors as set forth below, with any exceptions fully explained:

    (a) Rothschild's general policy permits its employees to bill lunch or dinner meals to a client if the employee is required to provide services to the client during such

mealtime due to extreme time constraints. Rothschild's employees are permitted to order meals in the office if Rothschild's employee is required to work after 8:00 p.m. on weekdays or more than five (5) consecutive hours on weekends or holidays. Meal expenses incurred during meetings which employees and other meeting participants are required to attend are billed at cost;

(b) Messengers and couriers are used by Rothschild to deliver hard copy documents relating to a client matter, which require receipt on an expedited basis; otherwise, Rothschild uses the regular postal system. Any charges for either messengers or couriers are billed to the client at cost;

(c) All airfare and other transportation charges incurred by Rothschild's employees directly in connection with services to the client are billed to the client at cost;

(d) The research/database category consists of the cost of using databases (e.g., Capital IQ, ThomsonOne, Factiva, etc.) to which Rothschild subscribes to search for and obtain information used in Rothschild's financial analyses. Rothschild pays the vendor's standard rate for such database services. In certain instances, Rothschild has determined that paying a flat annual or monthly fee for such services is less costly than contracting for such services on a per use basis. Such annual or monthly services are allocated to clients based on the use of each service on behalf of a client. The research category also consists of charges from outside services, which supply, for a fee, financial documents from regulatory agencies, which cannot be obtained from databases subscribed to by Rothschild;

(e) Rothschild bills photocopying charges at the rate of $0.10 per page for black and white copies and $0.80 per page for color copies;

(f) With respect to local travel, Rothschild's general policy enables employees to travel by taxi or, in certain circumstances, by private car service, to and from meetings while rendering services to a client on a client related matter, for which the client is charged. This policy is based on Rothschild's determination that travel by taxi or private car service is the most efficient use of a professional's time. Rothschild's employees are not permitted to charge personal commuting expenses to a client unless the employee is traveling after 9:00 p.m. and has been required to work late as a result of the time exigencies of that client's matters;

(g) Telephone expenses are charged based on Rothschild's actual cost of telephone charges with respect to client matters. Cellular phone charges are based on vendors' actual invoices; and

(h) Word processing and presentation charges represent actual costs incurred by Rothschild's in-house vendor and actual cost of overtime secretarial support in connection with client matters.

**Total Fees and Expense
Sought for the Compensation Period**

13. By this Interim Fee Application, Rothschild requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Rothschild during the Compensation Period. The total fees and reimbursement of expense are summarized in the following chart:

| | |
|---|---|
| *Monthly Fee – May 2018[3]* | *0.00* |
| *Monthly Fee – June 2018[3]* | *0.00* |
| *Monthly Fee – July 2018[3]* | *0.00* |
| Total Fees | 0.00 |
| *Disbursements – Sixth Monthly Application[4]* | *92,958.43* |
| *Disbursements – Seventh Monthly Application[4]* | *133,201.55* |
| *Disbursements – Eighth Monthly Application[4]* | *497.50* |
| Total Disbursements[5,6] | $226,657.50 |
| **TOTAL** | **$226,657.50** |

## **REQUESTED COMPENSATION SHOULD BE ALLOWED**

14. Section 330(a)(1) of the Bankruptcy Code provides that the Court may award a professional person employed under section 327 and 1103 of the Bankruptcy Code:

(A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

---

[3] In accordance with the Sale Stipulation, Rothschild has agreed to waive entitlements to monthly fees for April 2018 and onwards. Rothschild reserves the right to seek payment for expenses incurred during the month of April 2018 and subsequent periods in subsequent monthly and interim fee applications.

[4] The expenses included in Rothschild's Monthly Fee Applications are only those that had been entered into Rothschild's accounting systems as of the filing date of such Monthly Fee Application and did not include all expenses incurred by Rothschild during the applicable compensation period. Rothschild reserves the right to seek allowance and payment for any expenses incurred for any monthly period in monthly fee applications for subsequent monthly periods. Rothschild included $93.66 for expense reimbursement in its Sixth Monthly Fee Application that was incurred in the period from February 1, 2018 through and including February 28, 2018, $1,011.83 for expense reimbursement that was incurred in the period from March 1, 2018 through and including March 31, 2018, and $132.01 for expense reimbursement that was incurred in the period from April 1, 2018 through and including April 30, 2018 but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its previous Monthly Fee applications.

[5] As described in the Retention Application, the Debtors paid Rothschild prior to the Petition Date a $25,000 reserve on account of anticipated expenses. Rothschild is continuing to settle its accounts with respect to expenses incurred prior to the Petition Date and will apply this reserve against such expenses once complete, with any excess to be credited against fees and expenses payable to Rothschild after the Petition Date.

[6] The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications and may not include all expenses incurred by Rothschild during the Compensation Period. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications.

(B)  reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1). Section 330(a)(3)(A) further provides the following standards for the Court's review of a fee application:

> In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)  the time spent on such services;
>
> (B)  the rates charged for such services;
>
> (C)  whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)  whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)  with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A).

15. Rothschild respectfully submits that it has satisfied the requirements of section 330 of the Bankruptcy Code for the allowance of compensation and reimbursement of expenses sought herein. The services described above were necessary to the administration of these Cases and were beneficial to the Debtors and parties in interest. Rothschild's services were often performed in a minimum amount of time and commensurate with the complexity of the matters facing the Debtors. Further, the compensation sought by Rothschild is reasonable because it is based on the customary compensation charged by comparably skilled practitioners outside of bankruptcy.

## **CONCLUSION**

16. During the Compensation Period, Rothschild incurred expenses of $226,657.50[7]. Pursuant to the Interim Compensation Order, by this Interim Fee Application Rothschild seeks the final allowance of fees and expenses incurred during the Compensation Period in the sum of $226,657.50 (the "Requested Interim Payment").

---

[7] The expenses included in this Interim Fee Application are only those that have been entered into Rothschild's accounting system as of the date hereof and included in Rothschild's previously filed Monthly Fee Applications, and may not include all expenses incurred by Rothschild during the Compensation Period. In accordance with the Sale Stipulation, Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. Rothschild reserves the right to seek allowance and payment for any expenses incurred during the Compensation Period that have not been included in this Interim Fee Application in subsequent Interim Fee Applications. Rothschild seeks $93.66 for expense reimbursement that was incurred in the period from February 1, 2018 through and including February 28, 2018, $1,011.83 for expense reimbursement that was incurred in the period from March 1, 2018 through and including March 31, 2018 and $132.01 for expense reimbursement that was incurred in the period from April 1, 2018 through and including April 30, 2018, but had not yet been processed by Rothschild's internal expense accounting system at the time Rothschild filed its prior Interim Fee Application.

17. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Rothschild respectfully submits that the amount requested in this Interim Fee Application is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of services rendered, (d) the value of such services and (e) the cost of comparable services rendered in a case outside the Bankruptcy Code. Moreover, Rothschild has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Interim Fee Application complies with such Local Rule and Order.

## **NOTICE**

18. Rothschild will service this Interim Fee Application in accordance with the Interim Compensation Order and the Local Rules. Pursuant to the Interim Compensation Order, objections to this Interim Fee Application, if any, must be in writing and filed with the Court and served upon Rothschild so as to be received no later than October 5, 2018 (the "<u>Objection Deadline</u>"). If no objections to this Interim Fee Application are received by the Objection Deadline, Rothschild is authorized to receive the Requested Interim Payment upon entry of the Order.

## NO PRIOR REQUEST

19. No prior request for the relief sought in this Interim Fee Application has been made to this or any other court.

Dated: September 14, 2018  
       New York, New York

*/s/ Homer Parkhill*  
Homer Parkhill  
Rothschild  
Global Partner  
1251 Ave. of the Americas  
New York, NY 10020  
Telephone: (212) 403-3677  
Email: homer.parkhill@rothschild.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M & G USA CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |

## CERTIFICATION OF HOMER PARKHILL

Homer Parkhill, under penalty of perjury, certifies as follows:

1. I am a Global Partner at Rothschild Inc. I make this certification in accordance with Local Rule 2016-2 regarding the contents of applications for compensation and expenses. I have read the Interim Fee Application and am familiar with the work performed on behalf of the Debtors by the professionals of Rothschild.

2. The facts set forth in the foregoing Interim Fee Application are true and correct to my knowledge, information and belief. I have reviewed Local Rule 2016-2 and the Interim Compensation Order and submit that the Interim Fee Application substantially complies with such Local Rule and the Interim Compensation Order.

Dated: September 14, 2018

                                                                               */s/ Homer Parkhill*
                                                                               Homer Parkhill

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.