# **EXHIBIT B**

**Detailed Itemization of Expenses**

| Date | Description | | Amount |
|---|---|---|---|
| **CONFERENCE CHARGES** | | | |
| 05/01/18 | Long Distance Telephone Calls; 13618825521 | | 2.60 |
| 05/01/18 | Long Distance Telephone Calls; 19735972500 | | 1.40 |
| 05/01/18 | Long Distance Telephone Calls; 14045818476 | | 1.60 |
| 05/02/18 | Long Distance Telephone Calls; 14096261523 | | 0.20 |
| 05/07/18 | Long Distance Telephone Calls; 19727746923 | | 1.00 |
| 05/10/18 | Long Distance Telephone Calls; 13027786406 | | 0.60 |
| 05/10/18 | Long Distance Telephone Calls; 19727746923 | | 0.60 |
| 05/24/18 | Long Distance Telephone Calls; 14045818476 | | 0.40 |
| | | **Total** | **8.40** |

| Date | Description | | Amount |
|---|---|---|---|
| **TRAVEL – OTHER** | | | |
| 05/31/18 | Mileage Reimbursement; 492 miles round trip to and from Houston to Corpus Christi for Site Visit 54.5 cents a mile total of $268.14; Jason Davis | | 268.14 |
| | | **Total** | **268.14** |
| | **GRAND TOTAL** | | **276.54** |

M&G Resins USA, LLC, et al                                                                                        Page 1
                              DISBURSEMENT DETAIL – June 30, 2018

**Date**     **Description**                                                                              **Amount**
**CONFERENCE CHARGES**
06/13/18     Teleconference Expense; 05/09; Global Conferencing Solutions LLC                                   3.81
                                                                                         **Total**         **3.81**

**Date**     **Description**                                                                              **Amount**
**FILING FEES**
06/08/18     Records; Pacer - 01/01-03/31/2018; American Express                                                2.90

                                                                                         **Total**         **2.90**


             **GRAND TOTAL**                                                                               **6.71**

DISBURSEMENT DETAIL – July 31, 2018

| Date | Description | Amount |
|---|---|---|
| | **TRAVEL – TRANSPORTATION** | |
| 07/24/18 | Travel Expenses; Travel to/from Corpus Christi - Transportation; Mindy Riseden and Jason Davis | 805.00 |
| | **Total** | **805.00** |

| Date | Description | Amount |
|---|---|---|
| | **TRAVEL - FOOD AND BEVERAGE** | |
| 07/24/18 | Travel Expenses; Starbucks - Jason and Mindy (food and beverage in Corpus) | 15.16 |
| | **Total** | **15.16** |

**TOTAL**                                                                                                                                                   **820.16**

** - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 15.16

**GRAND TOTAL**                                                                                                                                **820.16**

** - Food, beverage and entertainment expenses as defined by I.R.C. Sect. 274(n), included in this amount is USD 15.16