# EXHIBIT C

# Budget

**EXHIBIT C-1**

During the Compensation Period, Crain Caton was subject to the budget approved in connection with *Final Order Granting Debtors' Motion to (1) Authorize Certain Debtors in Possession to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364; (2) Grant Liens and Superpriority Administrative Expense Claims to DIP Lender Pursuant to 11 U.S.C. §§ 364 and 507; (3) Provide Adequate Protection to the Pre-Petition First Lien Lender and the Pre-Petition Second Lien Secured Party; (4) Modify Automatic Stay Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507; and (5) Granting Related Relief* [Docket No. 479] (the "DIP Budget"). The DIP Budget was negotiated and agreed to by the Debtors, the Official Committee of Unsecured Creditors and certain of the Debtors' secured lenders. The DIP Budget has estimated weekly amounts for professionals, but fees paid and expenses reimbursed based on monthly fee statements are based on a consolidated budget for all professionals, subject to and in accordance with, any order by the Court with respect to interim allowance of fees and expenses.

# EXHIBIT C-2
# CRAIN, CATON & JAMES STAFFING PLAN
# FOR THE INTERIM PERIOD MAY 1, 2018 THROUGH JULY 31, 2018

| CATEGORY OF TIMEKEEPER (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---:|---:|
| Shareholders | 4 | $527.50 |
| Paralegals | 2 | $215.00 |

**Case Name:** M&G USA Corporation, *et al.*
**Case Number:** 17-12307 (BLS)
**Applicant's Name:** Crain, Caton & James
**Date of Application:** September 14, 2018
**Interim or Final:** Interim