# **EXHIBIT D**
**Comparable Rates Disclosure**

**Exhibit D**
**BLENDED RATE OF PROFESSIONALS – TOTAL**

| Category of Timekeeper | **Billed** Comparable Non-Bankruptcy Invoices Issued in 2018[1] | **Billed** This Compensation Period[2] |
|---|---|---|
| Shareholder | $432.00 | $536.78 |
| Associate | $312.00 | $0.00 |
| Law Clerk | $65.00 | $0.00 |
| Paralegal | $165.00 | $210.79 |
| Staff/Legal Support | $107.00 | $0.00 |
| **Total:** | **$1,081.00** | **$747.57** |

---

[1] Pursuant to ¶ C.3.a.i.a of the Guidelines, "Comparable Non-Bankruptcy Invoices Issued in 2018" provides the blended hourly rate during this Compensation Period for the aggregate of "[a]"ll of [Crain, Caton & James. P.C.'s] domestic timekeepers," Crain, Caton & James calculated the blended hourly rate for Comparable Non-Bankruptcy Invoices Issued in 2018 by dividing the total dollar amount billed by each class of timekeepers during the Compensation Period (May 2018 – July 2018) by the total amount of hours billed by such timekeepers during the Compensation Period.

[2] Crain, Caton & James calculated the blended hourly rate for timekeepers who billed the Debtors by dividing the total dollar amount billed by each class of timekeepers by the total number of hours billed by such timekeepers during the Compensation Period (May 2018 – July 2018). The blended hourly rates do not take into account adjustments made by Crain, Caton & James, including: (i) the 50% write-off of non-working travel.