**EXHIBIT B**

**STOGSDILL DECLARATION**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17- 12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## DECLARATION OF DENNIS STOGSDILL
## IN SUPPORT OF DEBTORS' MOTION FOR ENTRY
## OF AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN
## M & G POLYMERS USA, LLC AND MOSSI&GHISOLFI FINANZIARIA S.P.A.

I, Dennis Stogsdill, declare and state as follows:

1. I am the Chief Restructuring Officer ("CRO") of M & G Polymers USA, LLC ("Polymers") and the above-captioned debtors and debtors in possession (collectively, the "Debtors"), with the exception of Chemtex International Inc. and Mossi & Ghisolfi International S.à r.l. In addition to serving as CRO of certain of the Debtors, I am a Managing Director at Alvarez & Marsal North America LLC ("A&M"), the Debtors' financial advisor.

2. I submit this Declaration in support of the relief requested in the *Debtors' Motion for Entry of an Order Approving Settlement Agreement by and between M & G Polymers USA, LLC and Mossi&Ghisolfi Finanziaria S.p.A.* (the "Motion"). Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. Except as otherwise indicated, all statements set forth in this Declaration are based upon: (a) my personal knowledge; (b) information supplied to me by other members of the Debtors' management, a team from A&M that supports me in carrying out my duties or the Debtors' other professionals that I believe in good faith to be reliable; (c) my review of relevant documents; and/or (d) my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If called upon to testify, I could and would testify competently to the facts set forth in this Declaration. The Debtors have authorized me to submit this Declaration.

## THE SETTLEMENT AGREEMENT

4. The Settlement Agreement is the result of arms'-length negotiations between Polymers and Mossi&Ghisolfi Finanziaria S.p.A. Based upon the information regarding MGF's financial condition available to me, absent entry into the Settlement Agreement, I do not expect that Polymers would be able to recover in excess of 10% from MGF on account of the Polymers Claim. Therefore, I believe the Settlement Agreement is in the best interests of, and is beneficial to, the U.S. Debtors' estates because it increases the likelihood that the Italian Court will confirm MGF's proposed Arrangement of Creditors.

5. If MGF confirms its Arrangement of Creditors, I understand that MGI will receive an approximately $15.7 million payment in connection with the closing of the Fibras Acquisition. I believe that Polymers will benefit from MGI's receipt of these amounts because (a) MGI's receipt of such amounts increases the consideration that the U.S. Debtors will retain under the Dismissal Stipulation, subject to any reduction resulting from resolution of the Mexican Intercompany Claims and (b) such amounts will be used to fund the Och-Ziff Settlement, which effectuates a release in favor of Polymers. On the other hand, in the event that MGF does not confirm an Arrangement of Creditors, I understand that MGF may be forced into

a liquidation in Italy, and if such an event were to occur, I believe that Polymers would receive little to no recovery on account of its claims against MGF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 19, 2018  
      New York, New York

*/s/ Dennis Stogsdill*
Dennis Stogsdill
Chief Restructuring Officer