# EXHIBIT A

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>M&G USA CORPORATION., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 17-12307 (BLS)<br><br>(Jointly Administered) |

## THIRD ORDER EXTENDING THE PERIOD
## WITHIN WHICH THE DEBTORS MAY REMOVE
## ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND BANKRUPTCY RULE 9027

This Court has considered the *Debtors' Third Motion for Entry of an Order Extending the Period Within Which They May Remove Actions Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027* (the "Motion")[2] and the statements of counsel and the evidence adduced with respect to the Motion at any hearing before this Court (the "Hearing"). This Court has found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing was sufficient under the circumstances and (iv) cause exists under Bankruptcy Rule 9006(b)(1) to grant an extension of the removal periods established under Bankruptcy Rule 9027(a). After due deliberation, this Court has determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

---

[1]     The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Motion.

1. The Motion is GRANTED as set forth herein.

2. The time period provided under Bankruptcy Rule 9027(a)(2) and (a)(3) within which the Debtors have to file notices of removal of any and all civil actions is extended to and including December 21, 2018 to the extent that the time period for filing any such notices of removal expires on or before such date.

3. This Order shall be without prejudice to (a) any position that the Debtors or their successors in interest may take regarding whether 362 of the Bankruptcy Code applies to stay any given action pending against the Debtors and (b) the rights of the Debtors or their successors in interest to seek further extensions of the Removal Deadline pursuant to Bankruptcy Rule 9027

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____
      Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Court Judge