# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA Corporation, Inc. *et al.*[1] | Case No. 17-12307 (BLS) |
| Debtors. | Jointly Administered |

### RESPONSE OF JACOBS FIELD SERVICES NORTH AMERICA, INC. IN OPPOSITION TO DEBTORS' FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS AND (II) DUPLICATE CLAIMS

Jacobs Field Services North America, Inc., ("Jacobs"), a creditor and party in interest in the above-captioned matter, files this Response in Opposition (the "Opposition") to the Debtors' First Omnibus Objection (Non-Substantive) to Certain (I) Amended and Superseded Claims and (II) Duplicate Claims (the "Objection"). Jacobs files this Opposition to the Objection only insofar as the Objection relates to the secured claim of Jacobs, which appears on Exhibit 2, no. 25 to the Order attached to the Objection.

Jacobs has filed a mechanics' lien claim relating to the Corpus Christi project and is in the process of resolving its claim with the Debtors. To date, Jacobs has entered into a stipulation with the Debtors relating to the resolution of the claim. Jacobs has executed the stipulation and awaits the Debtors' signature.

However, if (a) the stipulation is not executed by the Debtors, (b) there is a dispute regarding whether the claim is in fact a properly-secured mechanics' lien claim (which potential

---

[1] The Debtors in these cases, along with the last four digits of their respective employer identification numbers, are: M & G USA Corporation (3449); M & G Resins USA, LLC (3236); M & G Polymers USA, LLC (7593); M & G Finance Corporation (4230); M & G Waters USA, LLC (2195); Mossi & Ghisolfi International S.a r.l. (1270); M & G Chemicals S.A. (N/A); M & G Capital S.a r.l. (7812); M & G USA Holding, LLC (3451); Chemtex International Inc. (7695); Chemtex Far East, Ltd. (2062); and Indo American Investments, Inc. (9208).

dispute is unlikely), or (c) the Court does not approve the stipulation, Jacobs hereby reserves its rights and preserve its claims filed with this Court.

Dated: September 24, 2018

**BLOOM & BLOOM, LLC**

***/s/ Nella Moses Bloom***
Nella M. Bloom, Esquire
1528 Walnut Street, Suite 511
Philadelphia, PA 19102
Telephone: (267) 630-2466
Email: nella@bloomandbloom.net

*Counsel for Jacobs Field Services North America, Inc.*