# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*[1], | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: 10/10/18 at 1 p.m.<br>Objection Deadline: 9/24/18 at 4 p.m. |
| | Re: D.I. 1839 |

## BAY LTD'S RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION (SUBSTANTIVE) TO RECLASSIFY CERTAIN MISCLASSIFIED CLAIMS

BERRY CONTRACTING, L.P. d/b/a BAY, LTD. ("Bay"), by and through the undersigned counsel, hereby files this Response to the *Debtors' Second Omnibus Objection (Substantive) to Reclassify Certain Misclassified Claims* [D.I. 1839] (the "Objection"), and in support thereof respectfully states as follows:

1. Pursuant to the requirements of Paragraph 17 of the Objection, Bay provides the following information:

   a. Name of Claimant: Berry Contracting, L.P., d/b/a/ Bay Ltd, Administrative Claim No. 935;

   b. Description and basis for claim: Master Construction Agreement (the "MCA") by and between Chemtex International and Bay Ltd., and corresponding

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067

purchase orders, including purchase orders by and between Bay Ltd. and M&G Resins USA, LLC;

    c. Factual basis and legal argument supporting the claim: Generally, Bay provides as follows: The MCA provides that Bay is entitled to demobilization charges. Further, the parties' course of dealing supports the administrative expense claim. The charges were actual and necessary to the administration and preservation of the Corpus Christi project, mitigated against further material and mechanic lien claims being filed against property of the estates, were unavoidable costs of operating and protecting the assets of the estates, the expenses benefitted the creditors of the estate, and, in light of the circumstances, were cost effective.

    d. Supporting documents: See MCA and Claim No. 935.

    e. Name of representative: T. Josh Judd, Andrews Myers, PC, 713-850-8218, jjudd@andrewsmyers.com.

2. Bay expressly reserves all of its rights, claims, counterclaims, defenses and remedies under the Bankruptcy Code, the parties' contractual terms and other applicable law. Bay additionally reserves the right to assert additional claims of any nature for any other amounts and to amend, modify and/or supplement this Response or Administrative Claim No. 935. Pursuant to Local Bankr. Rule 9013-1(h), Bay does not consent to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3. A copy of the foregoing response is being served on the following:(i) counsel to the Debtors, Jones Day, 250 Vesey Street, New York, NY 10280, Attn: Stacey L. Corr-Irvine, Esq.

(scorrirvine@jonesday.com), 901 Lakeside Avenue, Cleveland, Ohio 44114, Attn: Carl E. Black, Esq. (ceblack@jonesday.com), 1420 Peachtree Street, N.E., Suite 800, Atlanta, GA 30309-3053, Attn: Daniel J. Merrett, Esq. (dmerrett@jonesday.com) and Pachulski Stang Ziehl &Janes LLP, 919 North Market St., 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com) and Joseph M. Mulvihill, Esq. (jmulvihill@pszjlaw.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King St., Suite 2207, Wilmington, Delaware 19801, Attn: Hannah McCollum, Esq. (Hannah.McCollum@usdoj.gov); and (iii) counsel to the Committee, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbanlc.com) and Lauren Doyle, Esq. (ldoyle@milbank.com) and Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington Delaware 19801, Attn: J. Kate Suckles, Esq. kstickles@coleschotz).

WHEREFORE, Berry Contracting, L.P. d/b/a Bay, Ltd., requests that the Court issue and Order denying the Objection, and for all other relief that Bay may be entitled in law or equity.

Dated: September 24, 2018

       Respectfully submitted,

       **THE ROSNER LAW GROUP LLC**

       */s/ Scott J. Leonhardt*
       Scott J. Leonhardt (No. 4885)
       Jason A. Gibson (No. 6091)
       824 Market Street, Suite 810
       Wilmington, DE 19801
       Telephone: (302) 319-6301
       Email: leonhardt@teamrosner.com

       -and-

**ANDREWS MYERS, PC**

*/s/ T. Josh Judd*
T. Josh Judd
Texas Bar No.: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com
*Admitted Pro Hac Vice*

*Counsel for Bay Ltd.*