# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | ) ) ) | Case No. 17-12307 (BLS) |
| Debtors. | ) ) ) ) | Jointly Administered |
| | ) | **Obj. Deadline: October 18, 2018 at 4:00 p.m. (ET)** |

## NOTICE OF COMBINED MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM (I) MAY 1, 2018 THROUGH MAY 31, 2018 AND (II) AUGUST 1, 2018 THROUGH AUGUST 31, 2018

**PLEASE TAKE NOTICE** that, in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] (the "**Interim Compensation Order**"), Prime Clerk LLC filed the attached *Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Periods from (i) May 1, 2018 through May 31, 2018 and (ii) August 1, 2018 through August 31, 2018* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the Application seeks allowance and approval of fees in the aggregate amount of $2,493.00 (of which Prime Clerk LLC seeks payment of 80% or $1,994.40) and reimbursement of expenses in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **October 18, 2018 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (a) the Notice Parties (as defined in the Interim Compensation Order); and (i) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely made in accordance with the procedures set forth in the Interim Compensation Order will a hearing be held on the Application.

Dated: September 27, 2018
New York, New York

                                          PRIME CLERK LLC

                              By:    */s/ Shira D. Weiner*
                                          Shira D. Weiner
                                          General Counsel
                                          Prime Clerk LLC
                                          830 Third Avenue, 9th Floor
                                          New York, New York 10022
                                          Phone: (212) 257-5450
                                          sweiner@primeclerk.com

                                          *Administrative Advisor to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | ) Case No. 17-12307 (BLS) |
| Debtors. | ) Jointly Administered |
| | ) **Obj. Deadline: October 18, 2018 at 4:00 p.m. (ET)** |

## SUMMARY OF COMBINED MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM (I) MAY 1, 2018 THROUGH MAY 31, 2018 AND (II) AUGUST 1, 2018 THROUGH AUGUST 31, 2018

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 30, 2017 *nunc pro tunc* to October 30, 2017 |
| Period for which compensation and reimbursement is sought: | (i) May 1, 2018 through May 31, 2018 and (ii) August 1, 2018 through August 31, 2018 (together, the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $2,493.00 (of which Prime Clerk LLC seeks payment of 80% or $1,994.40) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a: __X__ monthly _____ final application.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 3.00 hours. The corresponding compensation is not included herein but will be requested in a future application.

## Prior Monthly Applications

No prior monthly applications have been filed.

## Prior Interim Applications

No prior interim applications have been filed.

## Summary of Hours Billed by Prime Clerk Employees During the Fee Period

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 4.20 | $210.00 | $882.00 |
| Pullo, Christina | Director of Solicitation | 1.30 | $210.00 | $273.00 |
| Brown, Mark M | Solicitation Consultant | 0.80 | $190.00 | $152.00 |
| Liu, Calvin L | Solicitation Consultant | 1.60 | $190.00 | $304.00 |
| Lonergan, Senan L | Solicitation Consultant | 5.30 | $190.00 | $1,007.00 |
| Orchowski, Alex T | Solicitation Consultant | 0.80 | $190.00 | $152.00 |
| | **Total:** | **14.00** | | **$2,770.00**[2] |
| | **Blended Rate** | | **$197.86** | |

## Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Solicitation | 14.00 | $2,770.00 |
| | **14.00** | **$2,770.00**[3] |

## Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| N/A | N/A |

---

[2, 3] This amount has been discounted to $2,493.00 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $178.07.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| M & G USA CORPORATION, *et al.*,[1] | ) Case No. 17-12307 (BLS) |
|  | ) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) **Obj. Deadline: October 18, 2018 at 4:00 p.m. (ET)** |

## COMBINED MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM (I) MAY 1, 2018 THROUGH MAY 31, 2018 AND (II) AUGUST 1, 2018 THROUGH AUGUST 31, 2018

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to M & G USA Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this combined monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the periods from (i) May 1, 2018 through May 31, 2018 and (ii) August 1, 2018

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

through August 31, 2018 (together, the "**Fee Period**"). In support of the Application, Prime Clerk respectfully represents as follows:

**Preliminary Statement**

1. Pursuant to the Application, Prime Clerk seeks allowance and approval of aggregate fees in the amount of $2,493.00 (of which Prime Clerk seeks payment of 80% or $1,994.40) and reimbursement of expenses in the amount of $0.00.

2. On November 30, 2017, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor <u>Nunc Pro Tunc</u> to the Petition Date* [Docket No. 298], which authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to the Petition Date (as defined below). In addition, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file the Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3. Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in the Application; or (b) 80% of the fees and 100% of the expenses requested in the Application that are not subject to an Objection (as defined in the Interim Compensation Order).

4. During the Fee Period, Prime Clerk worked on, among other things, preparing and reviewing the Debtors' schedules of assets and liabilities and statements of financial affairs, solicitation matters and retention matters.

### Jurisdiction

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

### Background

8. On October 30, 2017 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

### Relief Requested

9. By the Application, Prime Clerk requests (a) allowance and approval of aggregate fees in the amount of $2,493.00 (of which Prime Clerk LLC seeks payment of 80% or $1,994.40) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk, and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

### Compliance with the Interim Compensation Order

10. Prime Clerk has prepared the Application in accordance with the procedures set forth in the Interim Compensation Order. During the Fee Period, Prime Clerk professionals billed a total of 14.00 hours for which compensation is requested. Prime Clerk seeks allowance and approval of (a) fees in the aggregate amount of $2,493.00 (of which Prime Clerk LLC seeks

payment of 80% or $1,994.40) for reasonable and necessary professional services rendered by Prime Clerk, and (b) $0.00 for actual and necessary costs and expenses.

11. Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

12. Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

**Summary of Professional Services Rendered**

13. The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Solicitation

    Fees: $2,770.00; Hours: 14.00

    Solicitation services provided included: (i) reviewing the solicitation documents in preparation for the solicitation of the Debtors' plan and providing comments to Debtors' counsel with respect thereto; (ii) reviewing and responding to inquiries from Debtors' counsel regarding the solicitation process, including plan classifications, balloting, and solicitation mechanics; and (iii) coordinating among the Prime Clerk case team regarding solicitation timing and comments to the solicitation documents.

**Summary of Expenses Incurred**

14.      In rendering the services described herein, Prime Clerk did not incur any actual or necessary expenses during the Fee Period.

**Representations and Reservation of Rights**

15.      The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

16.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in the Application due to delays caused by accounting and processing during the Fee Period. Prime Clerk reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

17.      Prime Clerk has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order. In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests: (a) allowance and approval of fees in the aggregate amount of $2,493.00 (of which Prime Clerk LLC seeks payment of 80% or $1,994.40) on account of reasonable and necessary professional services

*[Remainder of page intentionally left blank]*

rendered to the Debtors by Prime Clerk; and (b) reimbursement of actual and necessary costs and expenses in the amount of $0.00.

Dated:  September 27, 2018
 New York, New York                             */s/ Shira D. Weiner*
                                                Shira D. Weiner
                                                General Counsel
                                                Prime Clerk LLC
                                                830 Third Avenue, 9th Floor
                                                New York, New York 10022
                                                Phone: (212) 257-5450
                                                sweiner@primeclerk.com

                                                *Administrative Advisor to the Debtors*

# VERIFICATION

STATE OF NEW YORK        )
                         )  SS:
COUNTY OF NEW YORK       )

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1. I am the General Counsel of Prime Clerk LLC.

2. I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 27th day of September, 2018.

_____
Notary Public

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 20 21

# Exhibit A

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through May 2018

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| MMB | Brown, Mark M | SA - Solicitation Consultant | 0.80 | $190.00 | $152.00 |
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 0.80 | $190.00 | $152.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 4.20 | $210.00 | $882.00 |
| | | **TOTAL:** | **5.80** | | **$1,186.00** |

## Hourly Fees by Task Code through May 2018

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOLI | Solicitation | 5.80 | $1,186.00 |
| | **TOTAL:** | **5.80** | **$1,186.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 05/23/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.10 |
| 05/25/18 | ATO | SA | Review solicitation documents in preparation for upcoming solicitation and provide comments thereto | Solicitation | 0.80 |
| 05/25/18 | CJ | DS | Review solicitation documents in preparation for upcoming solicitation and provide comments thereto | Solicitation | 2.10 |
| 05/25/18 | CJ | DS | Review solicitation documents in preparation for upcoming solicitation and provide comments thereto | Solicitation | 2.10 |
| 05/25/18 | MMB | SA | Review solicitation documents in preparation for upcoming solicitation and provide comments thereto | Solicitation | 0.60 |
| 05/25/18 | MMB | SA | Review correspondence related to upcoming solicitation | Solicitation | 0.10 |
| | | | | **Total Hours** | **5.80** |



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

**Hourly Fees by Employee through August 2018**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 1.60 | $190.00 | $304.00 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 5.30 | $190.00 | $1,007.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 1.30 | $210.00 | $273.00 |
| | | **TOTAL:** | **8.20** | | **$1,584.00** |

**Hourly Fees by Task Code through August 2018**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOLI | Solicitation | 8.20 | $1,584.00 |
| | **TOTAL:** | **8.20** | **$1,584.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 08/22/18 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation update and debtors' counsel's request for ballot samples | Solicitation | 0.20 |
| 08/23/18 | CP | DS | Coordinate with Prime Clerk case team regarding update on solicitation document drafts | Solicitation | 0.10 |
| 08/27/18 | CP | DS | Review email from Jones Day regarding plan classifications | Solicitation | 0.10 |
| 08/28/18 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.60 |
| 08/29/18 | CP | DS | Review and provide comments on solicitation motion in coordination with Prime Clerk case team | Solicitation | 0.90 |
| 08/29/18 | SLL | SA | Review and respond to inquiry from Peter Saba related to solicitation | Solicitation | 1.90 |
| 08/29/18 | SLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.40 |
| | | | | **Total Hours** | **8.20** |