# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1833** |

## CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING SEVENTH MONTHLY APPLICATION OF ROTHSCHILD INC. AND ROTHSCHILD S.P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS AND INVESTMENT BANKERS TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2018 THROUGH JUNE 30, 2018

The undersigned counsel for the above captioned debtors (the "Debtors") hereby certifies that:

1.      On September 7, 2018, Rothschild Inc. and Rothschild S.p.A. (collectively, "Rothschild"), as financial advisors and investment bankers to Debtors, filed the *Seventh Monthly Application of Rothschild Inc. and Rothschild S.p.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisors and Investment Bankers to the Debtors for the Period From June 1, 2018 Through June 30, 2018* (Docket No. 1833) (the "Application") with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

2.      Pursuant to the Notice of the Application, objections to the Application were to be filed and served no later than September 28, 2018, at 5:00 p.m. prevailing Eastern Time.

---

[1]    The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3.     The undersigned further certifies that a review of the Court's docket in these cases shows no answer, objection, or other responsive pleading to the Application.

4.     Pursuant to the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on December 1, 2017 (Docket No. 308), the Debtors are authorized to pay Rothschild $133,201.55[2], which represents 100% of the expenses requested in the Application for the period June 1, 2018 through June 30, 2018, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated:  October 4, 2018                                      PACHULSKI STANG ZIEHL & JONES LLP


                                                                          */s Joseph M. Mulvihill*
                                                                          Laura Davis Jones (DE Bar No. 2436)
                                                                          James E. O'Neill (DE Bar No. 4042)
                                                                          Joseph M. Mulvihill (DE Bar No. 6061)
                                                                          919 N. Market Street, 17th Floor
                                                                          P.O. Box 8705
                                                                          Wilmington, DE 19899-8705 (Courier 19801)
                                                                          Telephone:     (302) 652-4100
                                                                          Facsimile:      (302) 652-4400
                                                                          Email:          ljones@pszjlaw.com
                                                                                           joneill@pszjlaw.com
                                                                                           jmulvihill@pszjlaw.com

                                                                          and

---

[2] In accordance with the *Order Approving Stipulation Regarding Settlement and Agreement with Respect to Sale of Corpus Christi Assets and Related Matters* [Docket No. 1299] (the "Sale Stipulation"), Rothschild has agreed to waive any entitlement to monthly fees for April 2018 and onwards. As such, no allowance for compensation was sought in the Application.

JONES DAY

Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:      (212) 326-3939
Facsimile:      (212) 755-7306
Email:          sgreenberg@jonesday.com
                scorrirvine@jonesday.com

and


Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:      (216) 586-7035
Facsimile:      (216) 579-0212
Email:          ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in
Possession