**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Ref. Docket No. 1867** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING
TENTH MONTHLY APPLICATION OF JONES DAY FOR ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND FOR
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM AUGUST 1, 2018 THROUGH AUGUST 31, 2018**

The undersigned hereby certifies that, as of the date hereof, other than as set forth below, he has received no answer, objection, or other responsive pleading to the *Tenth Monthly Application of Jones Day for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors for the Period from August 1, 2018 Through August 31, 2018* (Docket No. 1867) (the "Application") filed on September 14, 2018 with the U.S. Bankruptcy Court for the District of Delaware (the "Court").

Pursuant to the Notice of the Application (Docket No. 1867-1), objections to final approval of the Application were to be filed and served no later than October 5, 2018, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

The undersigned further certifies that he has caused the review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Application

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

appears thereon.

In accordance with the Court's *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket No. 308), the Debtors are authorized to pay Jones Day $556,998.00, which represents 80% of the fees ($696,247.50), and $6,699.49, which represents 100% of the expenses requested in the Application for the period August 1, 2018 through August 31, 2018, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: October 8, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY

Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

-2-

DOCS_DE:217088.10 54032/001

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession