**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| M & G USA Corporation, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
|  | : | Jointly Administered |
| Debtors. | : |  |
|  | : | **Related to Docket No. 1862** |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD INTERIM FEE APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM MAY 1, 2017 THROUGH JULY 31, 2018**

The undersigned, counsel to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee"), hereby certifies as follows:

1. On September 14, 2018, the Third Interim Fee Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period from May 1, 2018 through July 31, 2018 [Docket No. 1862] (the "Interim Fee Application") was filed with the Court.

2. Objections, if any, to the Interim Fee Application were required to have been filed with the Court and served no later than 4:00 p.m. on October 5, 2018 (the "Objection Deadline").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

3. The Objection Deadline has passed and the undersigned certifies that a review of the Court's docket in these cases shows no answer, objection, or other responsive pleading to the Interim Fee Application.

Dated: October 9, 2018

COLE SCHOTZ P.C.

 /s/ J. Kate Stickles
J. Kate Stickles (No. 2917)
David R. Hurst (No. 3743)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
kstickles@coleschotz.com
dhurst@coleschotz.com

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP
Dennis F. Dunne (admitted *pro hac vice*)
Abhilash M. Raval (admitted *pro hac vice*)
Lauren C. Doyle (admitted *pro hac vice*)
28 Liberty St.
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 822-5846
ddunne@milbank.com
araval@milbank.com
ldoyle@milbank.com

*Counsel for the Official Committee of Unsecured Creditors*