# EXHIBIT 1

## MISCLASSIFIED ADMINISTRATIVE EXPENSE CLAIMS

# In re M & G USA Corporation (17-12307)
## Second Omnibus Objection—Exhibit 1 - Misclassified Administrative Expense Claims

| NAME | CLAIM# | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 ARKADIN INC<br>ATTN: TONYA BOOKER<br>1301 E. WOODFIELD ROAD<br>SCHAUMBURG, IL 60173 | 899 | M & G Polymers USA, LLC | Administrative | $1,648.00 | M & G Polymers USA, LLC<br>M & G Polymers USA, LLC | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$1,648.00<br>$1,648.00 |
| Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 2 LEWIS CONCRETE RESTORATION<br>ATTN: SHERRY LEWIS<br>405 WARE DR.<br>BUDA, TX 78610 | 884 | Chemtex International Inc. | Administrative | $13,700.00 | Chemtex International Inc.<br>Chemtex International Inc. | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$13,700.00<br>$13,700.00 |
| Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 3 YOKOGAWA INDIA LIMITED<br>#96, ELECTRONIC CITY<br>HOSUR ROAD<br>BANGALORE, 560100<br>INDIA | 900 | Chemtex International Inc. | Administrative | $5,807.00 | Chemtex International Inc.<br>Chemtex International Inc. | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$5,807.00<br>$5,807.00 |
| Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| | | TOTAL | | $21,155.00 | TOTAL | | $21,155.00 |