# EXHIBIT 2

**OBJECTION TO MISCLASSIFIED ADMINISTRATIVE EXPENSE CLAIMS ADJOURNED TO NOVEMBER 7, 2018 HEARING**

# In re M & G USA Corporation (17-12307)
## Second Omnibus Objection—Exhibit 2 - Misclassified Administrative Expense Claims - Adjourned to November 7, 2018 Hearing

| | NAME | CLAIM# | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | CITAL US, LLC<br>DLA PIPER LLP (US)<br>C/O STUART M. BROWN, ESQ.<br>1201 NORTH MARKET, SUITE 2100<br>WILMINGTON, DE 19801-1147 | 936 | M & G USA Corporation | Administrative | Undetermined* | M & G USA Corporation<br>M & G USA Corporation | Administrative<br>Unsecured<br>Sub Total | $0.00<br>Undetermined*<br>Undetermined* |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 2 | CITAL US, LLC<br>DLA PIPER LLP (US)<br>C/O STUART M. BROWN, ESQ.<br>1201 NORTH MARKET STREET, SUITE 2100<br>WILMINGTON, DE 19801-1147 | 938 | M & G USA Holding, LLC | Administrative | Undetermined* | M & G USA Holding, LLC<br>M & G USA Holding, LLC | Administrative<br>Unsecured<br>Sub Total | $0.00<br>Undetermined*<br>Undetermined* |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 3 | CITAL US, LLC<br>DLA PIPER LLP (US)<br>C/O STUART M. BROWN, ESQ.<br>1201 NORTH MARKET STREET, SUITE 2100<br>WILMINGTON, DE 19801-1147 | 939 | M & G Resins USA, LLC | Administrative | Undetermined* | M & G Resins USA, LLC<br>M & G Resins USA, LLC | Administrative<br>Unsecured<br>Sub Total | $0.00<br>Undetermined*<br>Undetermined* |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 4 | CITAL US, LLC<br>DLA PIPER LLP (US)<br>C/O STUART M. BROWN, ESQ.<br>1201 NORTH MARKET STREET, SUITE 2100<br>WILMINGTON, DE 19801-1147 | 942 | Chemtex International Inc. | Administrative | Undetermined* | Chemtex International Inc.<br>Chemtex International Inc. | Administrative<br>Unsecured<br>Sub Total | $0.00<br>Undetermined*<br>Undetermined* |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

# In re M & G USA Corporation (17-12307)
## Second Omnibus Objection—Exhibit 2 - Misclassified Administrative Expense Claims - Adjourned to November 7, 2018 Hearing

| | NAME | CLAIM# | ASSERTED | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | D&C FENCE CO., INC.<br>TIMOTHY P. DOWLING<br>1001 THIRD STREET, SUITE 1<br>CORPUS CHRISTI, TX 78404 | 870 | Chemtex International Inc.<br>Chemtex International Inc. | Administrative<br>Secured<br>Sub Total | Undetermined*<br>$61,240.02*<br>$61,240.02* | Chemtex International Inc.<br>Chemtex International Inc.<br>Chemtex International Inc. | Administrative<br>Secured<br>Unsecured<br>Sub Total | $0.00<br>$61,240.02*<br>Undetermined*<br>$61,240.02* |

Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status.

| 6 | PEPSI-COLA ADVERTISING AND MARKETING, INC.<br>FRANKGECKER LLP<br>JOSEPH D. FRANK<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 | 920 | M & G Polymers USA, LLC | Administrative | $13,370,000.00* | M & G Polymers USA, LLC<br>M & G Polymers USA, LLC | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$13,370,000.00*<br>$13,370,000.00* |

Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status.

| 7 | PEPSI-COLA ADVERTISING AND MARKETING, INC.<br>FRANKGECKER LLP<br>JOSEPH D. FRANK<br>325 NORTH LASALLE STREET<br>SUITE 625<br>CHICAGO, IL 60654 | 924 | M & G Resins USA, LLC | Administrative | $13,370,000.00* | M & G Resins USA, LLC<br>M & G Resins USA, LLC | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$13,370,000.00*<br>$13,370,000.00* |

Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status.

| | | | | TOTAL | $26,801,240.02* | | TOTAL | $26,801,240.02* |

\* indicates claim contains unliquidated and/or undetermined amounts