# EXHIBIT 3

**OBJECTION TO MISCLASSIFIED ADMINISTRATIVE EXPENSE CLAIMS
ADJOURNED TO DECEMBER 17, 2018 HEARING**

| | NAME | CLAIM# | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | BERRY CONTRACTING L.P. D/B/A BAY, LTD<br>ANDREWS MYERS, P.C.<br>T. JOSH JUDD<br>1885 SAINT JAMES PLACE, 15TH FLOOR<br>HOUSTON, TX 77056 | 935 | M & G Resins USA, LLC | Administrative | $73,741.04 | M & G Resins USA, LLC | Administrative | $0.00 |
| | | | | | | M & G Resins USA, LLC | Unsecured | $73,741.04 |
| | | | | | | | Sub Total | $73,741.04 |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 2 | FLEX FILMS (USA), INC.<br>CKR LAW LLP<br>EDWARD SCHNITZER, ESQ.<br>1330 AVENUE OF THE AMERICAS<br>14TH FLOOR<br>NEW YORK, NY 10019 | 671 | M & G Resins USA, LLC | Administrative | $1,477,771.45 | M & G Resins USA, LLC | Administrative | $0.00 |
| | | | M & G Resins USA, LLC | Secured | $7,029,646.29 | M & G Resins USA, LLC | Secured | $7,029,646.29 |
| | | | | Sub Total | $8,507,417.74 | M & G Resins USA, LLC | Unsecured | $1,477,771.45 |
| | | | | | | | Sub Total | $8,507,417.74 |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 3 | FLEX FILMS (USA), INC.<br>CKR LAW LLP<br>EDWARD SCHNITZER, ESQ.<br>1330 AVENUE OF THE AMERICAS<br>14TH FLOOR<br>NEW YORK, NY 10019 | 767 | M & G Polymers USA, LLC | Administrative | $1,477,771.45* | M & G Polymers USA, LLC | Administrative | $0.00 |
| | | | M & G Polymers USA, LLC | Unsecured | $7,739,430.29* | M & G Polymers USA, LLC | Unsecured | $9,217,201.74* |
| | | | | Sub Total | $9,217,201.74* | | Sub Total | $9,217,201.74* |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 4 | MEITEC, INC.<br>REBECCA G. MOSS<br>3410 FAR WEST BOULEVARD, SUITE 210<br>AUSTIN, TX 78731 | 703 | M&G Waters USA, LLC | Administrative | $5,060.72 | M&G Waters USA, LLC | Administrative | $0.00 |
| | | | M&G Waters USA, LLC | Secured | $1,492,108.30 | M&G Waters USA, LLC | Secured | $1,492,108.30 |
| | | | | Sub Total | $1,497,169.02 | M&G Waters USA, LLC | Unsecured | $5,060.72 |
| | | | | | | | Sub Total | $1,497,169.02 |
| | Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

| | | ASSERTED CLAIMS | | | MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 5 | MMR CONSTRUCTORS, INC.<br>WOMBLE BOND DICKINSON (US) LLP<br>ATTN: MATTHEW P. WARD, ESQ.<br>222 DELAWARE AVE., SUITE 1501<br>WILMINGTON, DE 19801 | 911 | M & G Resins USA, LLC | Administrative | $97,500.55 | M & G Resins USA, LLC<br>M & G Resins USA, LLC | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$97,500.55<br>$97,500.55 |
| Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 6 | MMR CONSTRUCTORS, INC.<br>WOMBLE BOND DICKINSON (US) LLP<br>ATTN: MATTHEW P. WARD, ESQ.<br>222 DELAWARE AVE., SUITE 1501<br>WILMINGTON, DE 19801 | 912 | Chemtex International Inc. | Administrative | $97,500.55 | Chemtex International Inc.<br>Chemtex International Inc. | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$97,500.55<br>$97,500.55 |
| Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 7 | SUNBELT RENTALS, INC.<br>RONALD MATLEY, DIRECTOR OF CREDIT SERVICES<br>1275 WEST MOUND STREET<br>COLUMBUS, OH 43223 | 913 | Chemtex International Inc. | Administrative | $3,687,271.58* | Chemtex International Inc.<br>Chemtex International Inc. | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$3,687,271.58*<br>$3,687,271.58* |
| Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| 8 | SUNBELT RENTALS, INC.<br>RONALD MATLEY, DIRECTOR OF CREDIT SERVICES<br>1275 WEST MOUND STREET<br>COLUMBUS, OH 43223 | 926 | M & G Resins USA, LLC | Administrative | $3,687,271.58* | M & G Resins USA, LLC<br>M & G Resins USA, LLC | Administrative<br>Unsecured<br>Sub Total | $0.00<br>$3,687,271.58*<br>$3,687,271.58* |
| Reason: The holder of the claim has failed (a) to demonstrate how it provided a benefit to, or preserved the assets of, the Debtors' estates and/or (b) to identify a postpetition transaction with the Debtors that would give rise to an Administrative Claim. Because the claim – to the extent valid – does not arise from any postpetition transactions with the Debtors, and the holder provided no benefit to the Debtors' estates postpetition, the claim is not entitled to administrative expense status. | | | | | | | |
| | | TOTAL | | $ 26,865,073.80* | TOTAL | | $ 26,865,073.80* |

\* indicates claim contains unliquidated and/or undetermined amounts