# EXHIBIT A

## Compensation Summary

# EXHIBIT A

## M & G USA CORPORATION, *et al.*

## COMPENSATION BY PROJECT CATEGORY
### AUGUST 1, 2018 THROUGH AUGUST 31, 2018

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.50 | $936.00 |
| Committee Matters and Creditor Meetings | 0.50 | $365.00 |
| Fee Application Matters/Objections | 20.70 | $7,807.50 |
| Litigation/General | 16.10 | $10,685.50 |
| Preparation for and Attendance at Hearings | 0.40 | $298.00 |
| Reorganization Plan | 0.30 | $223.50 |
| Retention Matters | 0.90 | $289.00 |
| **TOTAL** | **41.40** | **$20,604.50** |



```
                                                              1325 Avenue of the Americas
                                                                       19th Floor
                                                                   New York, NY 10019
                                                             212.752.8000   212.752.8393 fax
                                                                 FEDERAL ID# 22-2113414
                                                                              —
                                                                        New Jersey
                                                                              —
                                                                         Delaware
                                                                              —
                                                                         Maryland
                                                                              —
                                                                           Texas
                                                                              —
                                                                          Florida
```

M&G USA CORP.

Re:   Client/Matter No. 57321-0001                                Invoice No. 823169
      **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**                October 3, 2018

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2018

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | **CASE ADMINISTRATION** | | **2.50** | **$936.00** |
| 08/09/18 | CONFERENCE WITH J. WHITWORTH RE: CERTIFICATION AND COMMUNICATIONS WITH CLERK'S OFFICE | JKS | 0.10 | 74.50 |
| 08/16/18 | REVIEW LUXEMBOURG DEBTORS MOTION TO PAY CERTAIN PREPETITION CLAIMS OF FOREIGN CREDITORS | JKS | 0.30 | 223.50 |
| 08/16/18 | EMAIL EXCHANGE WITH J. WHITWORTH RE: CASE CALENDARING | JKS | 0.10 | 74.50 |
| 08/17/18 | SEND CALENDAR INVITES RE: THIRD INTERIM FEE APPLICATION DEADLINE | JCW | 0.20 | 40.00 |
| 08/17/18 | SEND CALENDAR INVITES RE: JOINT PROPOSED BRIEFING SCHEDULE (BANCOMEXT) | JCW | 0.20 | 40.00 |
| 08/20/18 | SEND CALENDAR INVITES RE: SEPTEMBER 13 HEARING | JCW | 0.20 | 40.00 |
| 08/20/18 | SEND CALENDAR INVITES RE: OCTOBER 10 HEARING | JCW | 0.30 | 60.00 |
| 08/21/18 | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES AND CONFERENCE WITH J. WHITWORTH RE: SCHEDULING | JKS | 0.10 | 74.50 |
| 08/22/18 | SEND CALENDAR INVITES RE: RESPONSE OR OBJECTION DEADLINE TO SECOND AMENDED EXCLUSIVE FILING PERIOD MOTION (.1); SEND CALENDAR INVITES RE: EXCLUSIVE FILING PERIOD DEADLINE (.2) | JCW | 0.30 | 60.00 |
| 08/22/18 | SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO DEBTORS' SECOND AMENDED MOTION RE: EXCLUSIVITY FILING PERIODS | JCW | 0.20 | 40.00 |
| 08/27/18 | REVIEW EMAIL FROM K. STICKLES RE: CALENDAR INVITES RE: NOTICE OF HEARING FOR SEPTEMBER 13, AND OBJECTION DEADLINE TO MOTION FOR ENTRY OF ORDER APPROVING STIPULATION RE: SETTLEMENT AND AGREEMENT TO MOTION TO DISMISS | JCW | 0.30 | 60.00 |
| 08/31/18 | REVIEW CASE DOCKET AND UPDATE CASE CALENDAR | JKS | 0.20 | 149.00 |
| | **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | **0.50** | **$365.00** |
| 08/07/18 | REVIEW EMAIL FROM M. PRICE TO COMMITTEE RE: STATUS | JKS | 0.10 | 74.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 823169  
October 3, 2018  
Page 2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 08/14/18 | REVIEW COMMITTEE STATUS REPORT FROM M. PRICE RE: MOTION TO DISMISS LUXEMBOURG DEBTORS' CASES | JKS | 0.10 | 74.50 |
| 08/21/18 | REVIEW AND ANALYZE P. SPRINGER'S STATUS REPORT TO COMMITTEE | JKS | 0.20 | 149.00 |
| 08/29/18 | REVIEW RECENT CORRESPONDENCE TO COMMITTEE | DRH | 0.10 | 67.00 |
| | **FEE APPLICATION MATTERS/OBJECTIONS** | | **20.70** | **$7,807.50** |
| 08/06/18 | REVIEW EMAILS FROM P. SPRINGER AND J. WHITWORTH RE: FEE APPLICATION(.1); REVIEW EIGHTH MONTHLY FEE APPLICATION OF GATTAI, MINOLI, AGOSTINELLI, PARTNERS FOR FILING, AND CONFERENCE WITH J. WHITWORTH RE: FILING AND SERVICE OF APPLICATION (.1) | JKS | 0.20 | 149.00 |
| 08/06/18 | REVIEW EMAIL FROM P. SPRINGER RE: FILE GATTAI EIGHTH MONTHLY FEE APPLICATION (.1); FILE GATTAI EIGHTH MONTHLY FEE APPLICATION (.4); UPDATE CASE CALENDAR RE: OBJECTION DEADLINE OF GATTAI EIGHTH MONTHLY FEE APPLICATION (.2); COORDINATE SERVICE OF GATTAI EIGHTH MONTHLY FEE APPLICATION (.3) | JCW | 1.00 | 200.00 |
| 08/07/18 | REVIEW EMAIL FROM P. SPRINGER RE: BRG APPLICATION (.1); REVIEW AND EXECUTE CERTIFICATION RE: BRG 7TH FEE APPLICATION (.1); REVIEW EMAIL FROM P. SPRINGER RE: JEFFERIES APPLICATION (.1); CONFERENCE WITH J. WHITWORTH RE: OUTSTANDING CNOS (.1) | JKS | 0.40 | 298.00 |
| 08/07/18 | REVIEW EMAIL FROM K. STICKLES AND P. SPRINGER RE: CERTIFICATE OF NO OBJECTION FOR JEFFRIES SECOND CONSOLIDATED FEE APPLICATION (.1); PREPARE, FINALIZE, AND FILE CERTIFICATE OF NO OBJECTION RE: JEFFRIES SECOND CONSOLIDATED FEE APPLICATION (.5) | JCW | 0.60 | 120.00 |
| 08/07/18 | REVIEW DOCKET RE: OUTSTANDING CNOS AND EMAIL TO P. SPRINGER RE: CNOS | JKS | 0.20 | 149.00 |
| 08/07/18 | REVIEW EMAILS FROM K. STICKLES AND P. SPRINGER RE: CERTIFICATE OF NO OBJECTION FOR BERKELEY RESEARCH MAY FEE APPLICATION (.2); PREPARE, FINALIZE, AND FILE CERTIFICATE OF NO OBJECTION RE: BERKELEY RESEARCH MAY FEE APPLICATION (.4) | JCW | 0.60 | 120.00 |
| 08/09/18 | REVIEW AND EXECUTE NOTICE OF WITHDRAWAL AND CERTIFICATION RE: BRG 7TH FEE APPLICATION | JKS | 0.10 | 74.50 |
| 08/12/18 | REVIEW TIME DETAIL FOR PRIVILEGE AND COMPLIANCE WITH LOCAL RULES | DRH | 0.90 | 603.00 |

# COLE SCHOTZ P.C.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 823169  
October 3, 2018  
Page 3

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 08/15/18 | REVIEW EMAIL FROM P. SPRINGER AND K. STICKLES RE: NINTH MONTHLY FEE APPLICATION OF MILBANK TWEED (.2); FILE AND COORDINATE SERVICE OF NINTH MONTHLY FEE APPLICATION OF MILBANK TWEED (.8); SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO NINTH MONTHLY FEE APPLICATION OF MILBANK TWEED (.2) | JCW | 1.20 | 240.00 |
| 08/15/18 | REVIEW EMAIL FROM P. SPRINGER RE: MILBANK JULY FEE APPLICATION (.1); REVIEW MILBANK APPLICATION FOR FILING (.1); CONFERENCE WITH J. WHITWORTH RE: FILING AND SERVICE OF APPLICATION (.1) | JKS | 0.30 | 223.50 |
| 08/16/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: MILBANK'S 8TH INTERIM FEE APPLICATION | JKS | 0.10 | 74.50 |
| 08/17/18 | REVIEW AND REVISE COLE SCHOTZ JUNE MONTHLY FEE APPLICATION (.6); DRAFT MULTIPLE CORRESPONDENCE TO K. STICKLES, P. RATKOWIAK RE: SAME (.2) | DRH | 0.80 | 536.00 |
| 08/17/18 | EMAIL TO H. MCCOLLUM AND E. SERRANO RE: LEDES FILE AND FILED COLE SCHOTZ JUNE FEE APPLICATION | PVR | 0.20 | 57.00 |
| 08/17/18 | EMAIL TO J. WHITWORTH RE: PROFESSIONAL FEES (.1): EMAIL EXCHANGE WITH P. SPRINGER RE: COLE SCHOTZ JUNE FEE APPLICATION (.2); REVIEW AND REVISE EXHIBIT TO COLE SCHOTZ FEE APPLICATION RE: PRIVILEGE, CONFIDENTIALITY AND COMPLIANCE WITH LOCAL RULES (1.1); REVIEW, REVISE AND EXECUTE CNO RE: MILBANK 8TH FEE APPLICATION FOR FILING, INCLUDING CONFERENCE WITH J. WHITWORTH RE: FILING (.1) | JKS | 1.50 | 1,117.50 |
| 08/17/18 | EMAIL EXCHANGE WITH D. HURST RE: INTERIM FEE APPLICATIONS | JKS | 0.10 | 74.50 |
| 08/17/18 | PREPARE, FINALIZE AND FILE CERTIFICATE OF NO OBJECTION RE: MILBANK 8TH MONTHLY FEE APPLICATION | JCW | 0.60 | 120.00 |
| 08/17/18 | MEETING WITH K. STICKLES RE: FILING CERTIFICATE OF NO OBJECTIONS FOR FEE APPLICATIONS | JCW | 0.20 | 40.00 |
| 08/17/18 | EMAIL FROM AND TO. D. HURST RE: COLE SCHOTZ JUNE FEE APPLICATION | PVR | 0.10 | 28.50 |
| 08/17/18 | REVIEW AND REVISE COLE SCHOTZ JUNE FEE APPLICATION | PVR | 0.30 | 85.50 |
| 08/17/18 | EMAIL FROM K. STICKLES AND REVISE COLE SCHOTZ FEE STATEMENT | PVR | 0.10 | 28.50 |
| 08/17/18 | EMAIL FROM AND TO D. HURST RE: REVISION TO AND APPROVAL TO FILE COLE SCHOTZ FEE APPLICATION | PVR | 0.10 | 28.50 |
| 08/17/18 | EFILE AND COORDINATE SERVICE OF COLE SCHOTZ JUNE FEE APPLICATION | PVR | 0.30 | 85.50 |
| 08/17/18 | EMAIL TO D. HURST RE: FILED COLE SCHOTZ JUNE FEE APPLICATION AND UPDATE CASE CALENDAR RE: OBJECTION DEADLINE | PVR | 0.10 | 28.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 823169  
October 3, 2018  
Page 4

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 08/17/18 | EMAIL FROM AND TO D. HURST RE: OMNIBUS ORDER APPROVING SECOND INTERIM FEE APPLICATIONS | PVR | 0.10 | 28.50 |
| 08/17/18 | EMAIL FROM K. STICKLES AND TO AND FROM T. PUIG RE: LEDES FILE RE: COLE SCHOTZ JUNE FEE APPLICATION | PVR | 0.10 | 28.50 |
| 08/21/18 | COMMUNICATION WITH K. STICKLES REGARDING PREPARING COLE SCHOTZ NINTH MONTHLY FEE APPLICATION | JCW | 0.50 | 100.00 |
| 08/23/18 | REVIEW JULY INVOICE AND PREPARE COLE SCHOTZ NINTH (JULY) FEE APPLICATION | JCW | 2.10 | 420.00 |
| 08/23/18 | REVIEW EMAIL FROM P. SPRINGER RE: BRG'S JUNE FEE STATEMENT (.1); REVIEW, REVISE AND EXECUTE NOTICE RE: BRG'S JUNE FEE STATEMENT FOR FILING (.1); EMAIL EXCHANGE WITH J. WHITWORTH RE: FILING AND SERVICE OF BRG'S JUNE FEE STATEMENT (.1) | JKS | 0.30 | 223.50 |
| 08/23/18 | PREPARE COLE SCHOTZ NINTH MONTHLY FEE APPLICATION | JCW | 1.00 | 200.00 |
| 08/23/18 | REVIEW EMAIL FROM P. SPRINGER RE: MILBANK MONTHLY FEE APPLICATION (.1); FILE AND SERVE MILBANK MONTHLY FEE APPLICATION (.6); SEND CALENDAR INVITES RE: OBJECTION DEADLINE FOR MILBANK MONTHLY FEE APPLICATION (.2) | JCW | 0.90 | 180.00 |
| 08/23/18 | REVIEW EMAIL FROM K. STICKLES RE: NOTICE RE: COLE SCHOTZ MONTHLY FEE APPLICATION (.1); PREPARE NOTICE RE: SAME (.3) | JCW | 0.40 | 80.00 |
| 08/24/18 | EMAIL TO J. WHITWORTH RE: REVISIONS TO COLE SCHOTZ NINTH MONTHLY FEE APPLICATION | JKS | 0.10 | 74.50 |
| 08/24/18 | EMAIL TO D. HURST RE: REVIEW OF MONTHLY FEE APPLICATION | JKS | 0.10 | 74.50 |
| 08/24/18 | REVIEW AND REVISE DRAFT OF COLE SCHOTZ NINTH MONTHLY FEE APPLICATION | JKS | 0.70 | 521.50 |
| 08/27/18 | CONFERENCE WITH J. WHITWORTH RE: FINALIZING COLE SCHOTZ FEE APPLICATION | JKS | 0.10 | 74.50 |
| 08/27/18 | REVIEW DRAFT FEE APPLICATION, AND DRAFT COMMENTS RE: SAME (.3); MEETINGS WITH K. STICKLES, J. WHITWORTH RE: SAME (.1) | DRH | 0.40 | 268.00 |
| 08/28/18 | REVIEW FURTHER REVISED APPLICATION (.2); EMAIL TO D. HURST RE: COLE SCHOTZ FEE APPLICATION (.1); EMAIL EXCHANGE WITH P. SPRINGER AND J. WHITWORTH RE: GATTAI FEE APPLICATION (.1); REVIEW AND EXECUTE CERTIFICATION RE: EIGHTH MONTHLY FEE STATEMENT OF GATTAI, MINOLI, AGOSTINELLI, PARTNERS (.1) | JKS | 0.50 | 372.50 |
| 08/28/18 | PREPARE COLE SCHOTZ NINTH MONTHLY FEE APPLICATION | JCW | 1.10 | 220.00 |
| 08/28/18 | REVIEW EMAILS FROM P. SPRINGER AND K. STICKLES RE: CERTIFICATE OF NO OBJECTION RE: GATTAI EIGHTH MONTHLY FEE APPLICATION (.1); PREPARE, FINALIZE, AND FILE CERTIFICATE OF NO OBJECTION RE: GATTAI EIGHTH MONTHLY FEE APPLICATION (.5) | JCW | 0.60 | 120.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 823169  
October 3, 2018  
Page 5

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 08/29/18 | COMMUNICATION WITH K. STICKLES RE: COLE SCHOTZ NINTH MONTHLY FEE APPLICATION (.1); FINALIZE COLE SCHOTZ NINTH MONTHLY FEE APPLICATION (.5); FILE AND COORDINATE SERVICE OF COLE SCHOTZ NINTH MONTHLY FEE APPLICATION (.9) | JCW | 1.50 | 300.00 |
| 08/30/18 | SEND CALENDAR INVITES RE: OBJECTION DEADLINE FOR COLE SCHOTZ NINTH MONTHLY FEE APPLICATION | JCW | 0.20 | 40.00 |
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **16.10** | **$10,685.50** |
| 08/01/18 | REVIEW EMAIL FROM JUDGE BURKE RE: MEDIATION (.1); REVIEW BANCOMEXT'S RESPONSE TO REVISED DRAFT TERM SHEET (.3); REVIEW EMAIL FROM J. SCHLERF TO JUDGE RE: MEDIATION (.1); REVIEW EMAIL FROM AND CONFERENCE WITH A. LEES RE: RESCHEDULING ORAL ARGUMENT (.2); COMMUNICATIONS WITH J. MULVIHILL AND C. NEFF RE: RESCHEDULING ORAL ARGUMENT (.1); REVIEW FURTHER REVISED DRAFT TERM SHEET (.4); REVIEW MULTIPLE EMAILS FROM J. SOTILE, R. KAMPFNER, AND M. PRICE RE: FINALIZING TERM SHEET AND COMMUNICATIONS WITH MEDIATOR (.2); EMAIL EXCHANGE WITH M. PRICE RE: COMMITTEE REVIEW OF TERM SHEET (.2); REVIEW EMAIL FROM J. SCHLERF TO JUDGE BURKE RE: STATUS OF MEDIATION (.1); REVIEW NOTICE OF CANCELED HEARING ON ORAL ARGUMENT (.1); REVIEW EMAIL FROM JUDGE BURKE RE: MEDIATION (.1) | JKS | 1.90 | 1,415.50 |
| 08/02/18 | COORDINATE SUBMISSION OF FILED LETTER TO JUDGE STARK REQUESTING NEW DATE FOR ORAL ARGUMENT | PVR | 0.10 | 28.50 |
| 08/02/18 | EMAIL TO L. DOYLE, ET AL., RE: COMMUNICATION FROM JUDGE BURKE (.1); REVIEW AND RESPOND TO EMAIL FROM A. LEES RE: ORAL ARGUMENT (.1); CONFERENCE WITH C. NEFF AND J. MULVIHILL AND CHAMBERS (IN PART) RE: RESCHEDULING ORAL ARGUMENT (.3); CONFERENCE WITH A. LEES RE: COMMUNICATION WITH CHAMBERS (.1); REVIEW DRAFT REQUEST AND COMMENT TO A. LEES RE: SAME (.2); REVIEW AND RESPOND TO M. PRICE RE: EXECUTING TERM SHEET (.1); REVIEW FILED NOTICE OF FILING TERM SHEET (.1); REVIEW EMAILS FROM A. LEES, R. KAMPFNER AND J. SOTTILE RE: REQUEST TO COURT TO RESCHEDULE ORAL ARGUMENT (.2); FINALIZE LETTER REQUESTING RESCHEDULING OF ORAL ARGUMENT FOR FILING AND SERVE FILED LETTER (.3) | JKS | 1.50 | 1,117.50 |
| 08/02/18 | CONFERENCE WITH K. STICKLES AND EFILE LETTER TO JUDGE STARK REQUESTING NEW DATE FOR ORAL ARGUMENT | PVR | 0.30 | 85.50 |
| 08/02/18 | EMAIL TO K. STICKLES RE: FILED LETTER TO JUDGE STARK REQUESTING NEW DATE FOR ORAL ARGUMENT | PVR | 0.10 | 28.50 |
| 08/06/18 | EMAIL FROM AND TO K. STICKLES RE: LETTER TO JUDGE STARK RE: REQUEST FOR NEW DATE FOR ORAL ARGUMENT | PVR | 0.10 | 28.50 |
| 08/06/18 | CASE RESEARCH RE: APPEAL | JKS | 4.90 | 3,650.50 |
| 08/09/18 | REVIEW ORDER FROM JUDGE STARK AND UPDATE CASE CALENDAR RE: RESCHEDULED ORAL ARGUMENTS | PVR | 0.10 | 28.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 823169  
October 3, 2018  
Page 6

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 08/09/18 | REVIEW ORDER FROM JUDGE STARK RESCHEDULING ORAL ARGUMENT (.1); EMAIL TO A. LEES, ET AL., RE: RESCHEDULED ORAL ARGUMENT (.1) | JKS | 0.20 | 149.00 |
| 08/10/18 | REVIEW FILE MATERIALS AND RECENT COMMUNICATIONS REGARDING NOTICE OF D&O CLAIMS AND RELATED ISSUES GOVERNING PARENT ENTITIES AND EXCHANGE COMMUNICATIONS WITH D. GEOGHAN REGARDING SAME | JWW | 0.80 | 516.00 |
| 08/14/18 | REVIEW AND RESPOND TO EMAIL FROM A. LEES AND PROPOSED BRIEFING SCHEDULE | JKS | 0.20 | 149.00 |
| 08/15/18 | REVIEW EMAIL FROM K. STICKLES RE: FILING OF REVISED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE (.1); FILE REVISED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE (.7); TRANSMIT COPY OF JOINT PROPOSED BRIEFING SCHEDULE TO CHAMBERS (.2) | JCW | 1.00 | 200.00 |
| 08/15/18 | REVIEW EMAIL FROM A. LEES RE: STIPULATION (.1); REVIEW DRAFT STIPULATION RE: APPELLATE BRIEFING SCHEDULE (.2); REVIEWS EMAILS RE: R. KAMFNER RE: STIPULATION (.1); EMAIL EXCHANGE WITH J. SCHLERF RE: STIPULATION (.1); REVIEW EMAIL FROM J. MULVIHILL RE: STIPULATION (.1); REVISE AND FINALIZE STIPULATION FOR FILING (.1); COMMUNICATIONS WITH J. WHITWORTH RE: FILING OF STIPULATION AND TRANSMITTAL TO CHAMBERS (.1) | JKS | 0.80 | 596.00 |
| 08/16/18 | REVIEW DOCKET ENTRY SO ORDERING REVISED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE AND COMMUNICATION WITH J. WHITWORTH RE: CALENDARING (.1); EMAIL TO A. LEES, ET AL., RE: BRIEFING SCHEDULE (.1) | JKS | 0.20 | 149.00 |
| 08/20/18 | REVIEW DATABASE REPORTING AND OPTIMIZE FUNCTIONALITY | AYC | 0.10 | 39.50 |
| 08/20/18 | REVIEW NOTICE OF FILING OF REVISED PROPOSED ORDER RE: LUXEMBOURG DEBTORS' MOTION TO DISMISS | JKS | 0.20 | 149.00 |
| 08/24/18 | REVIEW 9019 MOTION TO APPROVE STIPULATION RE: SETTLEMENT AND AGREEMENT AND CORRESPONDING MOTION TO SHORTEN | JKS | 0.50 | 372.50 |
| 08/24/18 | EMAIL TO B. KINNEY AND M. PRICE RE: SETTLEMENT STIPULATION | JKS | 0.10 | 74.50 |
| 08/24/18 | CONFERENCE WITH B. KINNEY RE: STIPULATION | JKS | 0.10 | 74.50 |
| 08/24/18 | REVIEW NN INVESTMENT PARTNERS OBJECTION TO COMMITTEE SETTLEMENT AND REVISED PROPOSED ORDER | JKS | 0.30 | 223.50 |
| 08/24/18 | REVIEW EMAIL FROM M. PRICE RE: STIPULATION | JKS | 0.10 | 74.50 |
| 08/24/18 | REVIEW AND ANALYZE STIPULATION RE: SETTLEMENT AND AGREEMENT WITH RESPECT TO MOTION TO DISMISS | JKS | 0.60 | 447.00 |
| 08/27/18 | REVIEW ORDER AND NOTICE SCHEDULING HEARING ON 9019 MOTION | JKS | 0.10 | 74.50 |

| Date | Description | TK | Hours | Amount |
|---|---|---|---:|---:|
| 08/28/18 | CONFERENCE WITH A. LEES RE: BANCOMEXT APPEAL (.2); REVIEW AND REVISE THIRD REVISED STIPULATION RE: BRIEFING SCHEDULE, INCLUDING COMMUNICATIONS WITH A. LEES RE: STIPULATION (.5); EMAIL TO P. SABA ET AL RE: PROPOSED DRAFT REVISED STIPULATION (.1); REVIEW EMAILS FROM P. SABA, R. KAMPFNER, J. SCHLERF AND J. O'NEIL; RE: STIPULATION (.1) FINALIZE STIPULATION FOR FILING (.1); EMAIL TO A. LEES CONFIRMING FILING OF STIPULATION (.1); EMAIL EXCHANGE WITH J. SCHLERF RE: COMMUNICATIONS WITH CHAMBERS (.1) | JKS | 1.20 | 894.00 |
| 08/28/18 | REVIEW EMAIL FROM K. STICKLES RE: REVISED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE (.1); FILE REVISED STIPULATION AND JOINT PROPOSED BRIEFING SCHEDULE (.5) | JCW | 0.60 | 120.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**     0.40     $298.00

| Date | Description | TK | Hours | Amount |
|---|---|---|---:|---:|
| 08/07/18 | CONFERENCE WITH J. MULVIHILL RE: COURT INQUIRY RE: SCHEDULING ORAL ARGUMENT (.1); EMAIL EXCHANGE WITH A. LEES RE: RESCHEDULING ORAL ARGUMENT (.1); CONFERENCE WITH J. MULVIHILL RE: FOLLOW-UP COMMUNICATION WITH COURT RE: ARGUMENT (.1) | JKS | 0.30 | 223.50 |
| 08/17/18 | REVIEW CALENDAR RE: OMNIBUS HEARING AND FEE HEARING | JKS | 0.10 | 74.50 |

**REORGANIZATION PLAN**     0.30     $223.50

| Date | Description | TK | Hours | Amount |
|---|---|---|---:|---:|
| 08/20/18 | REVIEW AMENDED MOTION TO EXTEND EXCLUSIVITY PERIODS | JKS | 0.30 | 223.50 |

**RETENTION MATTERS**     0.90     $289.00

| Date | Description | TK | Hours | Amount |
|---|---|---|---:|---:|
| 08/08/18 | REVIEW EMAIL FROM P. SPRINGER RE: SUPPLEMENTAL DECLARATION (.1); REVIEW THIRD SUPPLEMENTAL DECLARATION RE: MILBANK RETENTION APPLICATION FOR FILING (.1) | JKS | 0.20 | 149.00 |
| 08/08/18 | REVIEW EMAIL FROM P. SPRINGER RE: THIRD SUPPLEMENTAL DECLARATION OF A. RAVAL (.1); FILE THIRD SUPPLEMENTAL DECLARATION OF A. RAVAL (.6) | JCW | 0.70 | 140.00 |

TOTAL HOURS     41.40

PROFESSIONAL SERVICES:     $ 20,604.50

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| J. KATE STICKLES | MEMBER | 19.70 | 745.00 | 14,676.50 |
| DAVID HURST | MEMBER | 2.20 | 670.00 | 1,474.00 |
| JAMES W. WALKER | MEMBER | 0.80 | 645.00 | 516.00 |
| PAULINE Z. RATKOWIAK | PARALEGAL | 2.10 | 285.00 | 598.50 |
| JOHN WHITWORTH | PARALEGAL | 16.50 | 200.00 | 3,300.00 |
| ANTHONY CORTEZ | LITIGATION SUPP | 0.10 | 395.00 | 39.50 |

EXHIBIT B

Expense Summary

## EXHIBIT B

## M & G USA CORPORATION, *et al.*

## EXPENSE SUMMARY
## AUGUST 1, 2018 THROUGH AUGUST 31, 2018

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Fees | ECF | $6.40 |
| Data Host Fees | Cole Schotz P.C. | $537.00 |
| Delivery Services/Couriers | Parcels, Inc. | $37.50 |
| Outside Printing | Parcels, Inc. | $352.70 |
| Photocopying/Printing/Scanning (34 pages @ $.10/page) | | $3.40 |
| **TOTAL** | | **$ 937.00** |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 823169  
October 3, 2018  
Page 8

COSTS ADVANCED

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---:|
| 07/26/18 | PACER | 0.20 |
| 07/26/18 | PACER | 0.50 |
| 07/26/18 | PACER | 0.20 |
| 07/26/18 | PACER | 1.70 |
| 07/27/18 | PACER | 0.30 |
| 07/27/18 | PACER | 0.20 |
| 07/27/18 | PACER | 0.20 |
| 07/30/18 | PACER | 0.20 |
| 07/30/18 | PACER | 0.20 |
| 08/02/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 08/03/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC. | 22.50 |
| 08/06/18 | OUTSIDE PRINTING - PARCELS, INC. | 47.10 |
| 08/14/18 | PACER | 0.10 |
| 08/15/18 | OUTSIDE PRINTING - PARCELS, INC. | 150.80 |
| 08/15/18 | PACER | 0.30 |
| 08/15/18 | PACER | 0.20 |
| 08/15/18 | PACER | 0.20 |
| 08/15/18 | PACER | 0.20 |
| 08/15/18 | PACER | 0.50 |
| 08/16/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC. | 7.50 |
| 08/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 08/17/18 | OUTSIDE PRINTING - PARCELS, INC. | 54.20 |
| 08/20/18 | PACER | 0.10 |
| 08/21/18 | DATA HOST FEES | 537.00 |
| 08/23/18 | OUTSIDE PRINTING - PARCELS, INC. | 48.10 |
| 08/23/18 | PACER | 0.30 |
| 08/28/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 30 | 3.00 |
| 08/28/18 | PACER | 0.20 |
| 08/28/18 | PACER | 0.60 |
| 08/29/18 | DELIVERY SERVICES/COURIERS - PARCELS, INC. | 7.50 |
| 08/29/18 | OUTSIDE PRINTING - PARCELS, INC. | 52.50 |
| | TOTAL COSTS ADVANCED: | $ 937.00 |