EXHIBIT A

Compensation Summary

# EXHIBIT A

## M & G USA CORPORATION, *et al.*

### COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Case Administration | 2.10 | $766.50 |
| Cash Collateral and DIP Financing | 0.20 | $153.00 |
| Committee Matters and Creditor Meetings | 1.10 | $819.00 |
| Disclosure Statement/Voting Issues | 3.70 | $2,662.50 |
| Fee Application Matters/Objections | 23.20 | $7,511.00 |
| Litigation/ General (Except Automatic Stay Relief) | 5.60 | $3,808.00 |
| Preparation for and Attendance at Hearings | 7.00 | $4,011.00 |
| Reorganization Plan | 3.60 | $2,754.00 |
| Retention Matters | 1.30 | $602.50 |
| Budgeting (Case) | 0.30 | $229.50 |
| **TOTAL** | **48.10** | **$23,317.00** |



1325 Avenue of the Americas
19th Floor
New York, NY 10019
212.752.8000   212.752.8393  fax
FEDERAL ID# 22-2113414
–
New Jersey
–
Delaware
–
Maryland
–
Texas
–
Florida

M&G USA CORP.

Re:   Client/Matter No. 57321-0001                        Invoice No. 824199
      **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**          October 10, 2018

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2018

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | **CASE ADMINISTRATION** | | 2.10 | $766.50 |
| 09/06/18 | REVIEW NOTICE OF CORRECTED HEARING TIME RE: DISCLOSURE STATEMENT AND FOLLOW-UP WITH J. WHITWORTH RE: SCHEDULING | JKS | 0.10 | 76.50 |
| 09/07/18 | SEND CALENDAR INVITES FOR NOVEMBER 27 HEARING | JCW | 0.10 | 20.50 |
| 09/07/18 | SEND CALENDAR INVITES RE: EXCLUSIVE SOLICITATION PERIOD DEADLINE | JCW | 0.30 | 61.50 |
| 09/11/18 | REVIEW NOTICE OF AGENDA RE: SEPTEMBER 13 HEARING | JKS | 0.10 | 76.50 |
| 09/11/18 | EMAIL TO AND CONFERENCE WITH J. WHITWORTH RE: PREPARATION OF HEARING BINDER | JKS | 0.10 | 76.50 |
| 09/13/18 | FINALIZE AND FILE AFFIDAVITS OF SERVICE RE: REPLY RE: RESERVATION OF RIGHTS AND NINTH (JULY) MONTHLY FEE APPLICATION OF BERKELEY RESEARCH | JCW | 0.80 | 164.00 |
| 09/18/18 | REVIEW UPCOMING HEARING DEADLINES RE: CASE MANAGEMENT | JKS | 0.10 | 76.50 |
| 09/19/18 | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES RE: CASE MANAGEMENT | JKS | 0.10 | 76.50 |
| 09/20/18 | COMMUNICATIONS WITH J. WHITWORTH RE: CASE CALENDARING | JKS | 0.10 | 76.50 |
| 09/20/18 | SEND CALENDAR INVITES RE: OMNIBUS HEARING DATES | JCW | 0.30 | 61.50 |
| | **CASH COLLATERAL AND DIP FINANCING** | | 0.20 | $153.00 |
| 09/30/18 | EMAIL EXCHANGE WITH A. LEES RE: DIP FINANCING | JKS | 0.20 | 153.00 |
| | **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | 1.10 | $819.00 |
| 09/05/18 | REVIEW COMMITTEE STATUS UPDATE FROM P. SPRINGER | JKS | 0.10 | 76.50 |
| 09/13/18 | REVIEW P. SPRINGER COMMITTEE STATUS UPDATE, INCLUDING ATTACHMENTS | JKS | 0.30 | 229.50 |
| 09/14/18 | REVIEW RECENT CORRESPONDENCE TO COMMITTEE, INCLUDING REVIEW OF RELATED PLEADINGS | DRH | 0.30 | 207.00 |
| 09/18/18 | ATTEND WEEKLY COMMITTEE PROFESSIONALS CONFERENCE CALL RE: CASE STATUS AND STRATEGY | JKS | 0.20 | 153.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 824199  
October 10, 2018  
Page 2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---:|---:|
| 09/28/18 | REVIEW AND ANALYZE EMAIL FROM P. SPRINGER TO COMMITTEE RE: CASE STATUS AND STRATEGY | JKS | 0.20 | 153.00 |
| | **DISCLOSURE STATEMENT/VOTING ISSUES** | | **3.70** | **$2,662.50** |
| 09/06/18 | REVIEW NOTICE OF FILING OF CERTAIN EXHIBITS TO DISCLOSURE STATEMENT | JKS | 0.30 | 229.50 |
| 09/06/18 | SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO MOTION TO APPROVE DISCLOSURE STATEMENT | JCW | 0.30 | 61.50 |
| 09/18/18 | REVIEW MOTION TO APPROVE DISCLOSURE STATEMENT (.4); REVIEW AND ANALYZE DISCLOSURE STATEMENT (2.7) | JKS | 3.10 | 2,371.50 |
| | **FEE APPLICATION MATTERS/OBJECTIONS** | | **23.20** | **$7,511.00** |
| 09/04/18 | REVIEW SECOND INTERIM FEE APPLICATION OF COLE SCHOTZ AND PREPARE THIRD INTERIM FEE APPLICATION | JCW | 0.60 | 123.00 |
| 09/05/18 | EMAIL EXCHANGE WITH J. WHITWORTH AND P. SPRINGER RE: MILBANK 9TH FEE APPLICATION (.1); REVIEW AND EXECUTE CNO RE: MILBANK 9TH FEE APPLICATION (.1) | JKS | 0.20 | 153.00 |
| 09/05/18 | PREPARE CERTIFICATE OF NO OBJECTION RE: MILBANK NINTH MONTHLY FEE APPLICATION (.2); SEND CERTIFICATE OF NO OBJECTION RE: MILBANK NINTH MONTHLY FEE APPLICATION TO K. STICKLES FOR REVIEW (.1) | JCW | 0.30 | 61.50 |
| 09/06/18 | FILE CERTIFICATE OF NO OBJECTION RE: MILBANK NINTH MONTHLY FEE APPLICATION | JCW | 0.30 | 61.50 |
| 09/06/18 | REVIEW AND EXECUTE CERTIFICATION RE: MILBANK 9TH FEE APPLICATION FOR FILING | JKS | 0.10 | 76.50 |
| 09/07/18 | REVIEW AUGUST TIME DETAIL FOR PRIVILEGE AND COMPLIANCE WITH LOCAL RULES | DRH | 0.60 | 414.00 |
| 09/07/18 | PREPARE NOTICE FOR BERKELEY RESEARCH NINTH MONTHLY FEE APPLICATION | JCW | 0.40 | 82.00 |
| 09/07/18 | REVIEW BRG'S JULY FEE STATEMENT FOR FILING, INCLUDING EXECUTION OF NOTICE AND COMMUNICATION WITH J. WHITWORTH RE: FILING AND SERVICE OF APPLICATION (.2); CONFERENCE WITH P. SPRINGER RE: INTERIM FEE APPLICATIONS (.2); COMMUNICATIONS WITH J. WHITWORTH RE: PREPARATION OF INTERIM FEE APPLICATION (.1) | JKS | 0.50 | 382.50 |
| 09/07/18 | PREPARE CERTIFICATE OF NO OBJECTION RE: COLE SCHOTZ EIGHTH MONTHLY FEE APPLICATION | JCW | 0.20 | 41.00 |
| 09/07/18 | FILE AND SERVE NINTH MONTHLY FEE APPLICATION OF BERKELEY RESEARCH (.9) SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO NINTH MONTHLY FEE APPLICATION OF BERKELEY RESEARCH (.1) | JCW | 1.00 | 205.00 |
| 09/11/18 | PREPARE COLE SCHOTZ THIRD INTERIM FEE APPLICATION | JCW | 7.60 | 1,558.00 |

# COLE SCHOTZ P.C.

| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice No. 824199 |
| --- | --- | --- | --- |
| | Client/Matter No. 57321-0001 | | October 10, 2018 |
| | | | Page 3 |

| Date | Description | Atty | Hours | Amount |
| --- | --- | --- | --- | --- |
| 09/11/18 | EMAIL EXCHANGE WITH J. MULVIHILL RE: SCHEDULING OF INTERIM FEE HEARING | JKS | 0.10 | 76.50 |
| 09/11/18 | CONFERENCE WITH J. WHITWORTH RE: PREPARATION OF INTERIM FEE APPLICATION (.1); REVIEW AND EXECUTE CERTIFICATION RE: COLE SCHOTZ 8TH FEE APPLICATION FOR FILING (.1) | JKS | 0.20 | 153.00 |
| 09/11/18 | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION RE: COLE SCHOTZ EIGHTH FEE APPLICATION | JCW | 0.40 | 82.00 |
| 09/12/18 | REVIEW AND RESPOND TO EMAIL FROM P. SPRINGER RE: INTERIM FEE APPLICATION AND BUDGET | JKS | 0.20 | 153.00 |
| 09/12/18 | PREPARE AND FINALIZE AFFIDAVIT OF SERVICE RE: BERKELEY RESEARCH NINTH (JULY) MONTHLY FEE APPLICATION | JCW | 0.20 | 41.00 |
| 09/12/18 | REVIEW AND REVISE COLE SCHOTZ THIRD INTERIM FEE APPLICATION | JKS | 1.00 | 765.00 |
| 09/12/18 | CONFERENCE WITH J. WHITWORTH RE: MODIFICATIONS TO INTERIM FEE APPLICATION | JKS | 0.20 | 153.00 |
| 09/12/18 | CONFERENCE WITH D. HURST RE: INTERIM FEE APPLICATION | JKS | 0.10 | 76.50 |
| 09/12/18 | COMMUNICATIONS WITH K. STICKLES RE: COLE SCHOTZ THIRD INTERIM FEE APPLICATION | JCW | 0.30 | 61.50 |
| 09/13/18 | PREPARE AFFIDAVIT OF SERVICE RE: THIRD INTERIM FEE APPLICATIONS OF 1) COLE SCHOTZ, 2) BERKELEY RESEARCH, 3) JEFFRIES, 4) GATTAI, AND 5) MILBANK TWEED | JCW | 1.50 | 307.50 |
| 09/13/18 | PREPARE CERTIFICATE OF NO OBJECTION RE: BERKELEY RESEARCH EIGHTH (JULY) MONTHLY FEE APPLICATION | JCW | 0.80 | 164.00 |
| 09/14/18 | REVIEW EMAIL FROM P. SPRINGER RE: MILBANK'S AUGUST FEE STATEMENT (.1); REVIEW MILBANK AUGUST FEE STATEMENT FOR FILING, INCLUDING EMAIL EXCHANGE WITH J. WHITWORTH RE: FILING AND SERVICE OF APPLICATION (.2); FINALIZE COLE SCHOTZ THIRD INTERIM FEE APPLICATION FOR FILING (.2); CONFERENCE WITH P. SPRINGER RE: MODIFICATION TO COLE SCHOTZ INTERIM FEE APPLICATION (.1); REVISE AND FINALIZE NOTICE OF RATE CHANGE FOR FILING (.1); REVIEW GATTAI, BRG AND MILBANK INTERIM FEE APPLICATIONS FOR FILING (.3); EMAIL EXCHANGE WITH J. WHITWORTH RE: NOTICE FOR INTERIM FEE APPLICATIONS (.1); REVIEW AND REVISE NOTICE RE: BRG THIRD INTERIM FEE APPLICATION (.1); EMAIL EXCHANGE WITH P. SPRINGER RE: FILING OF INTERIM FEE APPLICATIONS (.2); COMMUNICATIONS WITH J. WHITWORTH RE: FILING AND SERVICE OF INTERIM FEE APPLICATIONS (.2); EMAIL TO P. SPRINGER CONFIRMING FILING OF APPLICATIONS (.1) | JKS | 1.70 | 1,300.50 |
| 09/14/18 | FILE CERTIFICATE OF NO OBJECTION RE: BERKELEY RESEARCH EIGHTH (JUNE) MONTHLY FEE APPLICATION | JCW | 0.20 | 41.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 824199  
October 10, 2018  
Page 4

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 09/14/18 | UPDATE AND PREPARE AFFIDAVIT OF SERVICE RE: THIRD INTERIM FEE APPLICATIONS OF 1) COLE SCHOTZ, 2) BERKELEY RESEARCH, 3) GATTAI, 4) MILBANK TWEED, AND 5) TENTH (AUGUST) MONTHLY FEE APPLICATION OF MILBANK TWEED | JCW | 0.50 | 102.50 |
| 09/14/18 | REVIEW EMAIL FROM P. SPRINGER RE: FILING AND SERVICE OF TENTH (AUGUST) MONTHLY FEE APPLICATION OF MILBANK TWEED (.1); FILE TENTH (AUGUST) MONTHLY FEE APPLICATION OF MILBANK TWEED (.2); SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO TENTH (AUGUST) MONTHLY FEE APPLICATION OF MILBANK TWEED (.2) | JCW | 0.50 | 102.50 |
| 09/14/18 | PREPARE NOTICE RE: BERKELEY RESEARCH THIRD (MAY - JULY) INTERIM FEE APPLICATION | JCW | 0.30 | 61.50 |
| 09/14/18 | FILE AND COORDINATE SERVICE OF THIRD (MAY - JULY) INTERIM FEE APPLICATIONS OF 1) BERKELEY RESEARCH, 2) COLE SCHOTZ, 3) MILBANK TWEED, AND 4) GATTAI (1.0); SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO THIRD (MAY - JULY) INTERIM FEE APPLICATIONS OF 1) BERKELEY RESEARCH, 2) COLE SCHOTZ, 3) MILBANK TWEED, AND 4) GATTAI (.2) | JCW | 1.20 | 246.00 |
| 09/17/18 | FINALIZE AND FILE AFFIDAVIT OF SERVICE RE: 1) MILBANK TWEED TENTH (AUGUST) MONTHLY FEE APPLICATION, 2) BERKELEY RESEARCH, 3) GATTAI, 4) MILBANK TWEED, AND 5) COLE SCHOTZ THIRD INTERIM FEE APPLICATIONS | JCW | 0.80 | 164.00 |
| 09/20/18 | REVIEW AND EXECUTE CERTIFICATION RE: COLE SCHOTZ 9TH FEE APPLICATION FOR FILING | JKS | 0.10 | 76.50 |
| 09/20/18 | PREPARE CERTIFICATE OF NO OBJECTION RE: COLE SCHOTZ TENTH (AUGUST) MONTHLY FEE APPLICATION (.6); FINALIZE AND FILE CERTIFICATE OF NO OBJECTION RE: COLE SCHOTZ TENTH (AUGUST) MONTHLY FEE APPLICATION (.2) | JCW | 0.80 | 164.00 |
| 09/28/18 | PREPARE CERTIFICATE OF NO OBJECTION RE: BERKELEY RESEARCH NINTH MONTHLY FEE APPLICATION | JCW | 0.30 | 61.50 |
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **5.60** | **$3,808.00** |
| 09/05/18 | REVIEW EMAIL FROM A. COLODNY RE: STIPULATION DISMISSING BANCOMEXT'S APPEAL (.1); REVIEW STIPULATION OF DISMISSAL (.2); EMAIL TO A. COLODNY RE: EXECUTION OF STIPULATION FOR FILING (.1); REVIEW FOLLOW-UP EMAILS FROM A. LEES AND A. COLODNY RE: STIPULATION (.1) | JKS | 0.50 | 382.50 |
| 09/06/18 | REVIEW DOCKETED NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE (.1); REVIEW VOLUNTARY DISMISSAL OF APPEAL (.1); REVIEW EMAIL FROM A. LEES RE: DISMISSALS (.1) | JKS | 0.30 | 229.50 |
| 09/07/18 | REVIEW BANCO MERCANTIL DEL NORTE LIMITED OBJECTION AND RESERVATION OF RIGHTS RE: SETTLEMENT AND AGREEMENT WITH RESPECT TO MOTION TO DISMISS | JKS | 0.20 | 153.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 824199  
October 10, 2018  
Page 5

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 09/07/18 | REVIEW ECF NOTICE OF CLOSING BANCOMEXT ADVERSARY AND FOLLOW-UP WITH J. WHITWORTH RE: SAME | JKS | 0.10 | 76.50 |
| 09/07/18 | REVIEW DELTA LLOYD OBJECTION TO LUXEMBOURG DEBTORS MOTION TO PAY CERTAIN PREPETITION CLAIMS OF FOREIGN CREDITORS | JKS | 0.30 | 229.50 |
| 09/07/18 | REVIEW DELTA LLOYD RESPONSE AND RESERVATION OF RIGHTS RE: MOTION TO APPROVE STIPULATION BETWEEN DEBTORS AND COMMITTEE RE: SETTLEMENT AND AGREEMENT RE: MOTION TO DISMISS | JKS | 0.20 | 153.00 |
| 09/10/18 | PREPARE AND EFILE REPLY OF CREDITORS COMMITTEE TO MOTION OF LUXEMBOURG DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT | FP | 0.30 | 88.50 |
| 09/10/18 | REVIEW AND RESPOND TO EMAIL FROM B. KINNEY RE: REPLY TO OBJECTIONS TO LUXEMBOURG DEBTORS SETTLEMENT MOTION (.1); REVIEW DRAFT REPLY AND EMAIL TO M. KINNEY RE: SAME (.3); EMAIL EXCHANGE WITH B. KINNEY RE: REPLY (.1); REVIEW DEBTORS' OMNIBUS REPLY (.6); FINALIZE COMMITTEE REPLY FOR FILING, INCLUDING COMMUNICATIONS WITH F. PISANO RE: FILING (.3); COORDINATE MAIL SERVICE AND COORDINATE ESERVICE FILED REPLY (.2); | JKS | 1.60 | 1,224.00 |
| 09/12/18 | PREPARE AND FINALIZE AFFIDAVIT OF SERVICE OF REPLY TO OBJECTION TO MOTION, RESPONSE AND RESERVATION OF RIGHTS | JCW | 0.40 | 82.00 |
| 09/19/18 | REVIEW DEBTORS' MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN M & G POLYMERS USA, LLC AND MOSSI&GHISOLFI FINANZIARIA S.P.A | JKS | 0.40 | 306.00 |
| 09/25/18 | REVIEW DATABASE REPORTING AND OPTIMIZE FUNCTIONALITY | AYC | 0.10 | 40.50 |
| 09/28/18 | REVIEW EMAILS FROM P. SPRINGER AND D. HURST RE: POLYMERS SETTLEMENT AND ANALYZE PROPOSED LANGUAGE | JKS | 0.20 | 153.00 |
| 09/28/18 | TELEPHONE CALL WITH P. SPRINGER RE: PROPOSED ORDER APPROVING M&G FINANZIARIA-POLYMERS SETTLEMENT AGREEMENT | DRH | 0.20 | 138.00 |
| 09/29/18 | REVIEW AND ANALYZE M&G FINANZIARIA-POLYMERS SETTLEMENT AGREEMENT (.5); DRAFT CORRESPONDENCE TO S. CORR-IRVINE RE: PROPOSED REVISION TO ORDER APPROVING SETTLEMENT (.3) | DRH | 0.80 | 552.00 |
| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **7.00** | **$4,011.00** |
| 09/12/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: SEPTEMBER 13 HEARING PREPARATIONS | JKS | 0.20 | 153.00 |
| 09/12/18 | REVIEW PLEADINGS RE: PREPARATION FOR CONTESTED SEPTEMBER 13 HEARING | JKS | 2.40 | 1,836.00 |
| 09/12/18 | REVIEW AGENDA AND PREPARE COUNSEL PLEADING BINDER FOR SEPTEMBER 13 HEARING | JCW | 2.40 | 492.00 |

# COLE SCHOTZ P.C.

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 824199  
October 10, 2018  
Page 6

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 09/13/18 | ATTEND OMNIBUS HEARING, INCLUDING POST-HEARING CONFERENCE WITH CO-COUNSEL | JKS | 2.00 | 1,530.00 |
| | **REORGANIZATION PLAN** | | **3.60** | **$2,754.00** |
| 09/07/18 | REVIEW SIGNED ORDER EXTENDING EXCLUSIVE PERIODS AND FOLLOW-UP WITH J. WHITWORTH RE: SCHEDULING | JKS | 0.10 | 76.50 |
| 09/14/18 | CONFERENCE WITH J. WAXMAN RE: PLAN ISSUES | JKS | 0.30 | 229.50 |
| 09/19/18 | REVIEW AND ANALYZE PLAN OF LIQUIDATION | JKS | 3.20 | 2,448.00 |
| | **RETENTION MATTERS** | | **1.30** | **$602.50** |
| 09/07/18 | REVIEW 2018 RATES AND PREPARE NOTICE OF COLE SCHOTZ RATE CHANGE | JKS | 0.30 | 229.50 |
| 09/07/18 | EMAIL EXCHANGE WITH D. HURST RE: FILING OF NOTICE OF RATE CHANGE | JKS | 0.10 | 76.50 |
| 09/07/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: PROPOSED NOTICE OF COLE SCHOTZ RATE CHANGE AND TRANSMITTAL TO COMMITTEE FOR APPROVAL | JKS | 0.20 | 153.00 |
| 09/14/18 | FILE AND COORDINATE SERVICE OF NOTICE OF RATE CHANGE | JCW | 0.40 | 82.00 |
| 09/17/18 | PREPARE, FINALIZE AND FILE AFFIDAVIT OF SERVICE RE: NOTICE OF RATE CHANGE FOR COLE SCHOTZ P.C. | JCW | 0.30 | 61.50 |
| | **BUDGETING (CASE)** | | **0.30** | **$229.50** |
| 09/12/18 | FURTHER REVISION OF CASE BUDGET AND STAFFING PLAN | JKS | 0.30 | 229.50 |

TOTAL HOURS 48.10

PROFESSIONAL SERVICES: $ 23,317.00

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| J. KATE STICKLES | MEMBER | 22.30 | 765.00 | 17,059.50 |
| DAVID HURST | MEMBER | 1.90 | 690.00 | 1,311.00 |
| FRANCES PISANO | PARALEGAL | 0.30 | 295.00 | 88.50 |
| JOHN WHITWORTH | PARALEGAL | 23.50 | 205.00 | 4,817.50 |
| ANTHONY CORTEZ | LITIGATION SUPP | 0.10 | 405.00 | 40.50 |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**M & G USA CORPORATION,** *et al.*

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Data Host Fees | Cole Schotz P.C. | $537.00 |
| Outside Printing | Parcels, Inc. | $356.11 |
| Photocopying/Printing/Scanning (6 pages @ $.10/page) | | $0.60 |
| **TOTAL** | | **$ 893.71** |

COSTS ADVANCED

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 09/08/18 | OUTSIDE PRINTING - PARCELS, INC | 55.20 |
| 09/10/18 | OUTSIDE PRINTING - PARCELS, INC | 300.91 |
| 09/13/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 09/13/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.10 |
| 09/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 09/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.10 |
| 09/25/18 | DATA HOST FEES | 537.00 |
|  | TOTAL COSTS ADVANCED: | $ 893.71 |