IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, et al.,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |
|  | Ref. Docket No. 1994 + 1995 |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE
AND SCHEDULE HEARING ON DEBTORS' MOTION FOR ENTRY OF
AN ORDER APPROVING SETTLEMENT AGREEMENT BY AND
BETWEEN DEBTORS, MEXICAN AFFILIATES, MAGNATE S.A R.L.,
BRAZILIAN AFFILIATES, ITALIAN AFFILIATES AND M&G CAPITAL 2 S.A R.L.**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice of the Motion filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having considered the Motion to Shorten; the Court finding that (i) the Court has jurisdiction for a hearing pursuant to 28 U.S.C. §§ 157 and 1334, (ii) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (iii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not defined herein shall have the meanings attributed in the Motion to Shorten or Motion, as applicable.

DOCS_DE:221585.1
NAI-1505157332v2

2. A hearing to consider the relief requested in the Motion shall be held on November 5, 2018, at 10:00 a.m. prevailing Eastern Time.

3. Objections or responses, if any, to the relief requested in the Motion shall be filed by ~~October 30~~ Nov. 1, 2018, at 4:00 p.m. prevailing Eastern Time. [BLS]

4. This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

Dated: Oct 22, 2018
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

2