# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | Case No. 17-12307 (BLS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 23rd day of October 2018, Pepsi-Cola Advertising and Marketing, Inc., by and through its undersigned counsel, caused a copy of *Pepsi-Cola Advertising and Marketing, Inc.'s First Set of Interrogatories, Requests for Production of Documents and Requests for Admission* to be served on the following parties via email:

    Laura Davis Jones, Esquire
    *Pachulski Stang Ziehl & Jones LLP*
    919 North Market Street, 17th Floor
    Wilmington, DE 19801

    Peter S. Saba, Esquire
    *Jones Day*
    250 Vesey Street
    New York, NY 10281-1047

    Daniel J. Merrett, Esquire
    *Jones Day*
    1420 Peachtree Street, N.E.
    Suite 800
    Atlanta, Georgia 30309-3053

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230); M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à.r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à.r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695).

and on the following party via hand-delivery:

>   Laura Davis Jones, Esquire
>   James E. O'Neill, Esquire
>   Joseph M. Mulvihill, Esquire
>   *Pachulski Stang Ziehl & Jones LLP*
>   919 North Market Street, 17th Floor
>   Wilmington, DE 19801

Dated: October 24, 2018
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

    */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    chipman@chipmanbrown.com
          olivere@chipmanbrown.com

*Counsel for Pepsi-Cola Advertising and Marketing, Inc.*

**CERTIFICATE OF SERVICE**

I, William E. Chipman, Jr., hereby certify that on the 24th day of October 2018, I caused copies of (i) *Notice of Service of Pepsi-Cola Advertising and Marketing, Inc.'s First Set of Interrogatories, Requests for Production of Documents* and (ii) this *Certificate of Service* to be served upon the parties listed below via first class mail:

>Laura Davis Jones, Esquire
>James E. O'Neill, Esquire
>Joseph M. Mulvihill, Esquire
>*Pachulski Stang Ziehl & Jones LLP*
>919 North Market Street, 17th Floor
>Wilmington, DE 19801
>
>Peter S. Saba, Esquire
>*Jones Day*
>250 Vesey Street
>New York, NY 10281-1047
>
>Daniel J. Merrett, Esquire
>*Jones Day*
>1420 Peachtree Street, N.E.
>Suite 800
>Atlanta, Georgia 30309-3053

>>*/s/ William E. Chipman, Jr.*
>>William E. Chipman, Jr. (No. 3818)