# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| M & G USA CORPORATION, *et al.*,[1] | ) Case No. 17-12307 (BLS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Obj. Deadline: November 16, 2018 at 4:00 p.m. (ET)** |

## NOTICE OF MONTHLY FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

**PLEASE TAKE NOTICE** that, in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] (the "**Interim Compensation Order**"), Prime Clerk LLC filed the attached *Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from September 1, 2018 through September 30, 2018* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that the Application seeks allowance and approval of fees in the aggregate amount of $1,477.35 (of which Prime Clerk LLC seeks payment of 80% or $1,181.88) and reimbursement of expenses in the amount of $86.15.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be filed on or before **November 16, 2018 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (a) the Notice Parties (as defined in the Interim Compensation Order); and (i) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

**PLEASE TAKE FURTHER NOTICE** that only if an objection is properly and timely made in accordance with the procedures set forth in the Interim Compensation Order will a hearing be held on the Application.

Dated: October 26, 2018
      New York, New York

                        PRIME CLERK LLC

                        By:    */s/ Shira D. Weiner*
                                Shira D. Weiner
                                General Counsel
                                Prime Clerk LLC
                                830 Third Avenue, 9th Floor
                                New York, New York 10022
                                Phone: (212) 257-5450
                                sweiner@primeclerk.com

                                *Administrative Advisor to the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| M & G USA CORPORATION, *et al.*,[1] | ) Case No. 17-12307 (BLS) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Obj. Deadline: November 16, 2018 at 4:00 p.m. (ET)** |

## SUMMARY OF MONTHLY FEE APPLICATION OF
## PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD FROM SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 30, 2017 *nunc pro tunc* to October 30, 2017 |
| Period for which compensation and reimbursement is sought: | September 1, 2018 through September 30, 2018 (the "**Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary: | $1,477.35 (of which Prime Clerk LLC seeks payment of 80% or $1,181.88) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $86.15 |

This is a:  __X__ monthly _____ final application.

The total time expended for the preparation of Prime Clerk LLC's monthly fee application is approximately 3.00 hours. The corresponding compensation is not included herein but will be requested in a future application.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

### Prior Monthly Applications

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 9/27/18; ECF No. 1900 | 5/1/18 – 5/31/18; 8/1/18 – 8/31/18 | $2,493.00 (payment of 80% or $1,994.40) | $0.00 | $1,994.40 (80% of $2,493.00) | $0.00 | $498.60 |

### Prior Interim Applications

No prior interim applications have been filed.

### Summary of Hours Billed by Prime Clerk Employees During the Fee Period

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Pullo, Christina | Director of Solicitation | 0.90 | $210.00 | $189.00 |
| Adler, Adam M | Director | 0.30 | $195.00 | $58.50 |
| Weiner, Shira D | Director | 1.60 | $195.00 | $312.00 |
| Labissiere, Pierre | Solicitation Consultant | 0.40 | $190.00 | $76.00 |
| Lonergan, Senan L | Solicitation Consultant | 5.00 | $190.00 | $950.00 |
| Pagan, Chanel C | Consultant | 0.40 | $140.00 | $56.00 |
| | **Total:** | **8.60** | | **$1,641.50**[2] |
| | **Blended Rate** | | **$190.87** | |

### Summary of Fees Billed by Subject Matter During the Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Retention / Fee Application | 2.30 | $426.50 |
| Solicitation | 6.30 | $1,215.00 |
| | **8.60** | **$1,641.50**[3] |

### Summary of Expenses Incurred During the Fee Period

| Description | Total Expenses Requested |
|---|---|
| After Hours Transportation | $66.15 |
| Overtime Meals | $20.00 |
| **Total** | **$86.15** |

---

[2, 3] This amount has been discounted to $1,477.35 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $171.78.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| M & G USA CORPORATION, *et al.*,[1] | ) | Case No. 17-12307 (BLS) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Obj. Deadline: November 16, 2018 at 4:00 p.m. (ET)** |

## MONTHLY FEE APPLICATION OF
## PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD FROM SEPTEMBER 1, 2018 THROUGH SEPTEMBER 30, 2018

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to M & G USA Corporation and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this monthly fee application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (as may be amended, modified, or supplemented, the "**Local Bankruptcy Rules**") and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] (the "**Interim Compensation Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for the period from September 1, 2018 through September 30, 2018 (the "**Fee Period**"). In support of the Application, Prime Clerk respectfully represents as follows:

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

**Preliminary Statement**

1. Pursuant to the Application, Prime Clerk seeks allowance and approval of aggregate fees in the amount of $1,477.35 (of which Prime Clerk seeks payment of 80% or $1,181.88) and reimbursement of expenses in the amount of $86.15.

2. On November 30, 2017, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authusing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 298], which authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to the Petition Date (as defined below). In addition, pursuant to the Interim Compensation Order, the Court authorized Prime Clerk to file the Application for monthly compensation and authorized the Debtors to compensate Prime Clerk in accordance with the procedures set forth therein, in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court.

3. Pursuant to the Interim Compensation Order, upon the expiration of the Objection Deadline (as defined in the Interim Compensation Order), the Debtors are authorized and directed to pay Prime Clerk an amount equal to the lesser of: (a) 80% of the fees and 100% of the expenses requested in the Application; or (b) 80% of the fees and 100% of the expenses requested in the Application that are not subject to an Objection (as defined in the Interim Compensation Order).

4. During the Fee Period, Prime Clerk worked on, among other things, preparing and reviewing the Debtors' schedules of assets and liabilities and statements of financial affairs, solicitation matters and retention matters.

## Jurisdiction

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Background

8. On October 30, 2017 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).

## Relief Requested

9. By the Application, Prime Clerk requests (a) allowance and approval of aggregate fees in the amount of $1,477.35 (of which Prime Clerk LLC seeks payment of 80% or $1,181.88) on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk, and (b) reimbursement of actual and necessary costs and expenses in the amount of $86.15.

## Compliance with the Interim Compensation Order

10. Prime Clerk has prepared the Application in accordance with the procedures set forth in the Interim Compensation Order. During the Fee Period, Prime Clerk professionals billed a total of 8.60 hours for which compensation is requested. Prime Clerk seeks allowance and approval of (a) fees in the aggregate amount of $1,477.35 (of which Prime Clerk LLC seeks

payment of 80% or $1,181.88) for reasonable and necessary professional services rendered by Prime Clerk, and (b) $86.15 for actual and necessary costs and expenses.

11. Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

12. Further, **Exhibit A** hereto: (a) identifies each individual that rendered services by subject matter; (b) describes each activity or service that such individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by such individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Professional Services Rendered

13. The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Retention / Fee Application

    Fees: $426.50; Hours: 2.30

    Retention / Fee Application services provided included drafting, revising and finalizing Prime Clerk's combined monthly fee application for the periods (i) May 1, 2018 through May 31, 2018 and (ii) August 1, 2018 through August 31, 2018.

- Solicitation

    Fees: $1,215.00; Hours: 6.30

    Solicitation services provided included: (i) reviewing and analyzing the solicitation materials and procedures to be implemented in connection with the upcoming solicitation of the

Debtors' plan; and (ii) coordinating among the Prime Clerk case team and Debtors' counsel regarding comments to the draft forms of ballots to be used in connection with the solicitation.

**Summary of Expenses Incurred**

14. In rendering the services during the Fee Period described herein, Prime Clerk incurred actual and necessary expenses in the aggregate amount of $86.15 during the Fee Period for after-hours transportation and overtime meals. Attached hereto as **Exhibit B** is a list of expense incurred by each Prime Clerk employee during the Fee Period.

**Representations and Reservation of Rights**

15. The undersigned has reviewed the requirements of Local Bankruptcy Rule 2016-2 and hereby attests that this Application conforms to such requirements.

16. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in the Application due to delays caused by accounting and processing during the Fee Period. Prime Clerk reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.

**Notice**

17. Prime Clerk has provided notice of this Application to all parties required to receive such notice under the Interim Compensation Order. In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order, Prime Clerk requests: (a) allowance and approval of fees in the aggregate amount of $1,477.35 (of which Prime Clerk LLC seeks payment of 80% or $1,181.88) on account of reasonable and necessary professional services

rendered to the Debtors by Prime Clerk; and (b) reimbursement of actual and necessary costs and expenses in the amount of $86.15.

Dated: October 26, 2018
      New York, New York

                                                 */s/ Shira D. Weiner*
                                                 Shira D. Weiner
                                                 General Counsel
                                                 Prime Clerk LLC
                                                 830 Third Avenue, 9th Floor
                                                 New York, New York 10022
                                                 Phone: (212) 257-5450
                                                 sweiner@primeclerk.com

                                                 *Administrative Advisor to the Debtors*

## VERIFICATION

STATE OF NEW YORK )
              ) SS:
COUNTY OF NEW YORK )

I, Shira D. Weiner, after being duly sworn according to law, depose and say:

1. I am the General Counsel of Prime Clerk LLC.

2. I am generally familiar with the work performed on behalf of the Debtors by Prime Clerk professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_/s/ Shira Weiner_
Shira D. Weiner

SWORN TO AND SUBSCRIBED before me this 26th day of October, 2018.

_____
Notary Public

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2023

# Exhibit A

**Fee Detail**



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through September 2018

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| CCP | Pagan, Chanel C | CO - Consultant | 0.40 | $140.00 | $56.00 |
| PL | Labissiere, Pierre | SA - Solicitation Consultant | 0.40 | $190.00 | $76.00 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 5.00 | $190.00 | $950.00 |
| AMA | Adler, Adam M | DI - Director | 0.30 | $195.00 | $58.50 |
| SW | Weiner, Shira D | DI - Director | 1.60 | $195.00 | $312.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 0.90 | $210.00 | $189.00 |
| | | **TOTAL:** | **8.60** | | **$1,641.50** |

## Hourly Fees by Task Code through September 2018

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| RETN | Retention / Fee Application | 2.30 | $426.50 |
| SOLI | Solicitation | 6.30 | $1,215.00 |
| | **TOTAL:** | **8.60** | **$1,641.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---:|
| 09/04/18 | SLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.10 |
| 09/05/18 | CP | DS | Coordinate with Jones Day and Prime Clerk case team regarding comments to draft ballots | Solicitation | 0.90 |
| 09/05/18 | PL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.40 |
| 09/05/18 | SLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.90 |
| 09/18/18 | SW | DI | Draft combined monthly fee application | Retention / Fee Application | 1.60 |
| 09/27/18 | AMA | DI | Review and revise monthly fee application | Retention / Fee Application | 0.30 |
| 09/27/18 | CCP | CO | Filed combined monthly fee application | Retention / Fee Application | 0.40 |
| | | | | **Total Hours** | **8.60** |

## Expense Detail

| Description | Units | Rate | Amount |
|---|---:|---:|---:|
| After Hours Transportation | | 0.00 | $66.15 |
| Overtime Meals | | 0.00 | $20.00 |
| | | **Total Expenses** | **$86.15** |

## Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Lonergan, Senan | 8/29/2018 | After Hours Transportation | $66.15 |
| Lonergan, Senan | 8/29/2018 | Overtime Meal | $20.00 |
| **Total** | | | **$86.15** |