# M & G USA Corporation, et al
## Berkeley Research Group, LLC
## Exhibit A: Time Detail

For the Period 8/1/2018 through 9/30/2018



| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 8/20/2018 | M. Haverkamp | 1.2 | Prepared June fee application. |
| 8/20/2018 | D. Galfus | 0.5 | Reviewed BRG's June fee statement. |
| 8/21/2018 | D. Galfus | 0.6 | Reviewed BRG's June fee statement. |
| 8/21/2018 | M. Haverkamp | 0.2 | Edited June fee statement. |
| 8/22/2018 | D. Galfus | 0.2 | Reviewed BRG's June fee statement. |
| 8/23/2018 | M. Haverkamp | 0.4 | Edited June fee application for filing. |
| 8/23/2018 | D. Galfus | 0.2 | Edited BRG's June fee statement. |
| 8/24/2018 | D. Galfus | 0.3 | Reviewed BRG's fee statement information. |
| 8/27/2018 | M. Haverkamp | 1.2 | Prepared July fee application. |
| 8/28/2018 | R. Wright | 0.6 | Prepared July fee application. |
| 9/6/2018 | M. Haverkamp | 1.2 | Prepared July fee app for filing. |
| 9/6/2018 | M. Haverkamp | 0.2 | Prepared third interim fee application. |
| 9/7/2018 | D. Galfus | 0.7 | Prepared BRG's July fee statement. |
| 9/7/2018 | M. Haverkamp | 0.3 | Edited ninth monthly fee application. |
| 9/7/2018 | M. Haverkamp | 0.1 | Prepared 3rd interim fee application. |
| 9/14/2018 | D. Galfus | 0.3 | Finalized BRG's 3rd Interim application. |
| 9/14/2018 | M. Haverkamp | 0.1 | Edited third interim application for filing. |
| **Task Code Total Hours** | | **8.3** | |
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 8/6/2018 | R. Wright | 0.4 | Reviewed requested document lists from A&M for completeness. |

Berkeley Research Group, LLC
Invoice for the 8/1/2018 - 9/30/2018 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **07. Interaction/Meetings with Debtors/Counsel** | | | |
| 9/28/2018 | D. Galfus | 0.7 | Held call with the Debtors' advisors re: the status of the updated budget. |
| 9/28/2018 | R. Wright | 0.7 | Participated in a call with A&M (D. Stogsdill) re: proposed DIP extension budget. |
| **Task Code Total Hours** | | **1.8** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 8/6/2018 | D. Galfus | 0.6 | Held call with M. Price re: Plan and next steps. |
| 8/14/2018 | R. Wright | 0.4 | Participated in a call with Milbank (M. Price) re: next steps. |
| 8/20/2018 | R. Wright | 0.1 | Participated in a call with Milbank (M. Price) re: recent claim settlements. |
| 8/21/2018 | D. Galfus | 0.4 | Reviewed notes from Counsel on recent events impacting the Debtors. |
| 9/21/2018 | D. Galfus | 0.2 | Emailed with a Committee member re: recovery modeling. |
| 9/24/2018 | D. Galfus | 0.3 | Emailed with Committee Counsel re: latest recovery estimates. |
| 9/28/2018 | D. Galfus | 0.7 | Held call with B. Kinney, Milbank Re: the DIP funding needs of the Debtors. |
| 9/28/2018 | D. Galfus | 0.7 | Participated in call with Committee Counsel (M. Price, B. Kinney) re: the conference call with the Debtors on the updated DIP budget. |
| 9/28/2018 | C. Kearns | 0.3 | Participated in call with Milbank (M. Price) re: DIP extension budget and next steps. |
| 9/29/2018 | C. Kearns | 1.0 | Participated in call with Milbank (L. Doyle) to debrief re: our call with PJT and discuss status/ next steps of DIP extension process. |
| 9/29/2018 | C. Kearns | 0.5 | Participated in conference call with J. Singh (PJT - advising DAK) regarding status of DIP extension discussions. |
| **Task Code Total Hours** | | **5.2** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/1/2018 | Z. Mainzer | 0.9 | Updated recovery analysis model adjusting recoveries to unsecured creditors based on Bancomext term sheet. |
| 8/2/2018 | Z. Mainzer | 1.9 | Updated recovery analysis model incorporating additional scenarios based on adjustments to total claim amounts. |
| 8/2/2018 | R. Wright | 1.6 | Reviewed DIP order re: Polymers cash waterfall. |
| 8/14/2018 | Z. Mainzer | 2.9 | Created recovery analysis for unsecured creditors incorporating the recent claim settlement scenario at the request of Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/14/2018 | Z. Mainzer | 2.7 | Continued to create recovery analysis for unsecured creditors incorporating recent claim settlement scenario at the request of Counsel. |
| 8/15/2018 | Z. Mainzer | 2.9 | Updated unsecured creditor recovery analysis with adjustments for the potential claim settlement. |
| 8/15/2018 | Z. Mainzer | 1.2 | Continued to update unsecured creditor recovery analysis with adjustments for the proposed claim settlement. |
| 8/16/2018 | Z. Mainzer | 2.3 | Updated recovery analysis to unsecured creditors for recent claim settlement. |
| 8/20/2018 | D. Galfus | 0.8 | Reviewed creditor settlement terms with certain Debtor entities to determine impact on creditor recoveries. |
| 8/21/2018 | Z. Mainzer | 2.9 | Created schedule of recoveries for unsecured creditors incorporating adjustments for the recent claims settlement at the request of Counsel. |
| 8/21/2018 | Z. Mainzer | 2.6 | Updated schedule of recoveries for unsecured creditors incorporating adjustments for the recent claims settlement at the request of Counsel. |
| 8/21/2018 | D. Galfus | 0.7 | Evaluated creditor settlement deal with certain Debtor entities. |
| 8/22/2018 | Z. Mainzer | 2.9 | Created analysis of Debtor claims adjusting for new information received from Debtor. |
| 8/22/2018 | Z. Mainzer | 1.7 | Updated schedule of recoveries for unsecured creditors incorporating adjustments for the recent claims settlement at the request of Counsel. |
| 8/22/2018 | Z. Mainzer | 1.4 | Continued to create analysis of intercompany claims adjusting for new data. |
| 8/22/2018 | D. Galfus | 0.8 | Reviewed creditor settlement terms with certain Debtor entities to determine impact on creditor recoveries. |
| 8/22/2018 | D. Galfus | 0.7 | Reviewed the latest recovery modeling prepared by BRG. |
| 8/23/2018 | D. Galfus | 0.8 | Reviewed the disclosed term of certain creditor settlements with the Debtors and affiliates. |
| 8/23/2018 | D. Galfus | 0.6 | Revised the recent recovery modeling prepared by BRG. |
| 8/24/2018 | D. Galfus | 1.1 | Reviewed LuxCo creditors objections. |
| 8/27/2018 | Z. Mainzer | 2.2 | Updated schedule of secured debt by entity at the request of Counsel. |
| 8/27/2018 | Z. Mainzer | 1.7 | Developed schedule of secured debt by entity at the request of Counsel. |
| 8/28/2018 | Z. Mainzer | 2.4 | Developed analysis of settlement between Debtors and Sculptor Bonds at the request of Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 8/28/2018 | Z. Mainzer | 1.7 | Updated schedule of secured claims for unsecured creditor at the request of Counsel. |
| 8/29/2018 | Z. Mainzer | 2.2 | Developed recovery analysis of Sculptor bonds proposed settlement at the request of Counsel. |
| 9/4/2018 | Z. Mainzer | 2.7 | Developed liquidation analysis variance model in order to compare to model received from Debtor advisors. |
| 9/5/2018 | Z. Mainzer | 2.9 | Reviewed Debtor liquidation model in order to compare to internal analysis at the request of Counsel. |
| 9/5/2018 | R. Wright | 1.9 | Prepared comments on the Debtors' liquidation analysis for Milbank. |
| 9/5/2018 | Z. Mainzer | 0.8 | Continued to review Debtor liquidation model in order to compare to internal analysis at the request of Counsel. |
| 9/7/2018 | D. Galfus | 0.5 | Reviewed the Debtors' recovery levels for unsecured creditors. |
| 9/12/2018 | Z. Mainzer | 2.8 | Updated creditor recovery model with adjustments for recoveries as requested by Counsel. |
| 9/12/2018 | D. Galfus | 1.1 | Analyzed a reconciliation of the recoveries in the Plan versus BRG's analysis. |
| 9/12/2018 | D. Galfus | 0.6 | Reviewed the Debtors' Plan disclosures related to recoveries to creditors. |
| 9/13/2018 | Z. Mainzer | 2.9 | Created slides detailing adjustments to claims recoveries for Committee presentation. |
| 9/13/2018 | Z. Mainzer | 2.9 | Updated creditor recovery analysis model with adjustments for proposed settlements as requested by Counsel. |
| 9/13/2018 | Z. Mainzer | 0.8 | Continued to create slides detailing adjustments to claims recoveries for Committee presentation. |
| 9/13/2018 | Z. Mainzer | 0.6 | Continued to update creditor recovery analysis model with adjustments for proposed settlements as requested by Counsel. |
| 9/14/2018 | Z. Mainzer | 2.9 | Created claims objection schedule analysis upon receipt from Debtors of filed objection schedules. |
| 9/14/2018 | Z. Mainzer | 2.7 | Updated presentation to Committee with additional slides detailing claim recoveries. |
| 9/14/2018 | Z. Mainzer | 0.9 | Continued to create claims objection schedule analysis upon receipt from Debtors of filed objection schedules. |
| 9/17/2018 | Z. Mainzer | 2.6 | Reviewed Polymers settlement agreement to determine effect on creditor recoveries as requested by Counsel. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/18/2018 | Z. Mainzer | 2.9 | Updated creditor analysis recovery model with adjustments for Polymers settlement. |
| 9/18/2018 | Z. Mainzer | 2.3 | Reviewed Polymers settlement agreement to determine effect on creditor recoveries as requested by Counsel. |
| 9/18/2018 | R. Wright | 1.7 | Reviewed MGF recovery estimates prior to call with A&M. |
| 9/18/2018 | Z. Mainzer | 1.1 | Continued to update creditor analysis recovery model with adjustments for Polymers settlement. |
| 9/18/2018 | R. Wright | 0.8 | Reviewed Polymers settlement with MGF re: recoveries. |
| 9/18/2018 | R. Wright | 0.4 | Reviewed Luxembourg Debtors' dismissal final order. |
| 9/18/2018 | R. Wright | 0.3 | Participated in a call with A&M (B. Corio) re: Polymers MGF settlement. |
| 9/20/2018 | R. Wright | 2.8 | Prepared a report for the UCC re: waterfall. |
| 9/21/2018 | Z. Mainzer | 2.9 | Updated creditor recovery model with additional adjustments for proposed settlements. |
| 9/21/2018 | R. Wright | 2.8 | Prepared a report for the UCC re: claims waterfall. |
| 9/21/2018 | Z. Mainzer | 1.8 | Continued to update creditor recovery model with additional adjustments for proposed settlements. |
| 9/21/2018 | D. Galfus | 1.5 | Analyzed the latest recovery estimates for a Committee member. |
| 9/24/2018 | D. Galfus | 0.9 | Analyzed the latest recovery estimates for Counsel to the Committee. |
| 9/24/2018 | R. Wright | 0.2 | Participated in a call with Milbank (P. Springer) re: recoveries. |
| 9/25/2018 | D. Galfus | 0.6 | Reviewed the updated recovery modeling prepared by BRG. |
| 9/26/2018 | Z. Mainzer | 1.7 | Updated creditor recovery model with changes for proposed creditor settlements. |
| 9/26/2018 | Z. Mainzer | 1.7 | Updated variance analysis model upon receipt from Debtors of latest variance report. |
| 9/28/2018 | Z. Mainzer | 2.9 | Created presentation for Committee detailing recoveries to creditors for DIP Extension Budget. |
| 9/28/2018 | Z. Mainzer | 2.7 | Updated creditor recovery analysis model with adjustments for DIP Extension Budget. |
| 9/28/2018 | Z. Mainzer | 2.1 | Continued to create presentation for Committee detailing recoveries to creditors for DIP Extension Budget. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 9/29/2018 | C. Kearns | 0.4 | Analyzed the impact on UCC recoveries after DIP extension negotiations. |
| **Task Code Total Hours** | | **107.7** | |
| **11. Claim Analysis/Accounting** | | | |
| 8/1/2018 | C. Kearns | 0.4 | Reviewed draft term sheet re: Bancomext proposed settlement. |
| 8/2/2018 | Z. Mainzer | 2.6 | Created claims analysis detailing reclassified unsecured claims. |
| 8/2/2018 | D. Galfus | 1.1 | Reviewed the latest settlement term sheet with creditor. |
| 8/2/2018 | D. Galfus | 0.8 | Reviewed the latest claims summary data for purposes of recovery. |
| 8/3/2018 | Z. Mainzer | 2.9 | Developed claims analysis variance schedule detailing by entity difference in unsecured claim amounts. |
| 8/3/2018 | Z. Mainzer | 1.4 | Continued to develop claims analysis variance schedule detailing by entity difference in unsecured claim amounts. |
| 8/6/2018 | Z. Mainzer | 2.3 | Created matrix schedule of difference in unsecured claim amounts by Debtor from April to July. |
| 8/6/2018 | Z. Mainzer | 1.7 | Developed claims variance analysis to determine difference in overall claim numbers from April to July. |
| 8/6/2018 | D. Galfus | 0.8 | Reviewed the latest settlement term sheet with creditor. |
| 8/6/2018 | R. Wright | 0.5 | Reviewed claim adjustments as compared to the initial claims database. |
| 8/6/2018 | R. Wright | 0.4 | Reviewed filed Bancomext settlement. |
| 8/7/2018 | Z. Mainzer | 2.9 | Developed claims reconciliation bridge analysis for unsecured claims from April to latest July report. |
| 8/7/2018 | Z. Mainzer | 2.1 | Continued to develop claims reconciliation bridge analysis for unsecured claims from April to latest July report. |
| 8/7/2018 | R. Wright | 1.0 | Reviewed claim adjustments as compared to the initial claims database. |
| 8/8/2018 | Z. Mainzer | 2.1 | Developed claims bridge schedule for changes in unsecured claims at the request of Counsel. |
| 8/8/2018 | Z. Mainzer | 1.6 | Developed claims bridge schedule for changes in priority & admin claims at the request of Counsel. |
| 8/9/2018 | Z. Mainzer | 2.8 | Developed roll-forward analysis of administrative claims to be included in presentation to Committee. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 8/9/2018 | R. Wright | 1.5 | Reviewed claim adjustments as compared to the initial claims database. |
| 8/13/2018 | R. Wright | 1.5 | Reviewed claim adjustments as compared to the initial claims database. |
| 8/14/2018 | R. Wright | 0.5 | Reviewed recent claim settlement. |
| 8/15/2018 | Z. Mainzer | 1.7 | Developed analysis of unsecured claims for potential challenge. |
| 8/15/2018 | R. Wright | 1.7 | Prepared an analysis of recoveries to certain Debtor entities incorporating recent claims settlements. |
| 8/16/2018 | Z. Mainzer | 2.2 | Developed bridge for unsecured claims incorporating changes from filing to current at the request of Counsel. |
| 8/16/2018 | R. Wright | 1.5 | Prepared an analysis of recoveries to certain Debtor entities re: recent claim settlements. |
| 8/17/2018 | R. Wright | 1.8 | Prepared an analysis of recoveries to creditors related to recent claim settlements. |
| 8/17/2018 | R. Wright | 0.3 | Participated in a call with A&M (B. Corio) re: claim settlement. |
| 8/20/2018 | Z. Mainzer | 2.9 | Updated analysis of potentially objectionable unsecured claims incorporating additional trade claims. |
| 8/20/2018 | R. Wright | 2.2 | Prepared analysis for Counsel re: recent claims settlement agreement. |
| 8/20/2018 | Z. Mainzer | 1.6 | Continued to update analysis of potentially objectionable unsecured claims incorporating additional trade claims. |
| 8/20/2018 | R. Wright | 0.8 | Analyzed recent claim settlement agreement presentation. |
| 8/21/2018 | R. Wright | 1.4 | Prepared an analysis for the Committee re: recent claims settlement. |
| 8/21/2018 | R. Wright | 1.3 | Reviewed claims for potential objection. |
| 8/21/2018 | R. Wright | 0.3 | Participated in a call with Milbank (M. Price) re: the recent proposed claims settlement. |
| 8/22/2018 | R. Wright | 2.4 | Evaluated Mexico intercompany claims misclassified re: amended settlement amount. |
| 8/22/2018 | R. Wright | 1.3 | Reviewed claims for potential objection. |
| 8/23/2018 | Z. Mainzer | 1.9 | Created schedule of potentially objectionable unsecured claims to be presented to Debtor. |
| 8/23/2018 | D. Galfus | 0.7 | Analyzed the recent claims data from the Debtors. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 8/24/2018 | R. Wright | 1.5 | Evaluated Mexico intercompany claims misclassified re: amended settlement amount. |
| 8/24/2018 | R. Wright | 1.1 | Prepared an analysis to reconcile priority claims. |
| 8/24/2018 | R. Wright | 0.4 | Reviewed objection from Luxembourg creditors to the dismissal of the Luxembourg Debtors. |
| 8/27/2018 | R. Wright | 1.8 | Prepared a schedule of total expected secured claims at the effective date for a Committee member. |
| 8/28/2018 | R. Wright | 2.6 | Prepared a schedule of total expected secured claims at the effective date for a Committee member. |
| 8/29/2018 | Z. Mainzer | 2.6 | Updated analysis schedule of potentially objectionable claims incorporating additional unsecured claims at the request of Counsel. |
| 8/29/2018 | R. Wright | 1.7 | Prepared a schedule of total expected secured claims at the effective date for a Committee member. |
| 8/29/2018 | R. Wright | 0.7 | Reviewed Luxembourg Debtors' dismissal motion. |
| 8/30/2018 | Z. Mainzer | 2.3 | Updated analysis of secured claims incorporating changes to credit extension schedule at the request of Counsel. |
| 8/30/2018 | Z. Mainzer | 1.8 | Updated schedule of total unsecured claims incorporating change to Banco do Brasil claim from court stipulation. |
| 8/30/2018 | Z. Mainzer | 1.7 | Developed schedule of potentially objectionable unsecured claims to be presented to Committee at the request of Counsel. |
| 9/4/2018 | Z. Mainzer | 2.4 | Created claims schedule detailing comparison for admin claims. |
| 9/5/2018 | Z. Mainzer | 1.8 | Updated claims analysis model with further adjustments to admin claims. |
| 9/5/2018 | D. Galfus | 0.7 | Analyzed the Debtor's proposed terms of a settlement with certain creditors. |
| 9/6/2018 | Z. Mainzer | 2.6 | Updated admin claims schedule analysis for adjustments to certain claims. |
| 9/7/2018 | Z. Mainzer | 2.9 | Updated admin claims schedule with additional adjustments received from Debtor advisors. |
| 9/7/2018 | Z. Mainzer | 0.8 | Continued to update admin claims schedule with additional adjustments received from Debtor advisors. |
| 9/7/2018 | R. Wright | 0.7 | Reviewed draft claims objection. |
| 9/7/2018 | C. Kearns | 0.2 | Reviewed Luxembourg settlement status. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 9/8/2018 | R. Wright | 0.8 | Reviewed draft claim objection. |
| 9/9/2018 | R. Wright | 0.6 | Reviewed employee administrative claims. |
| 9/10/2018 | R. Wright | 0.2 | Participated in a call with A&M (T. Sherman) re: claims objections. |
| 9/12/2018 | Z. Mainzer | 2.9 | Created claims analysis model at the request of Counsel based on Debtors first omnibus objection. |
| 9/12/2018 | Z. Mainzer | 1.4 | Continued to create claims analysis model at the request of Counsel based on Debtors' first omnibus objection. |
| 9/14/2018 | R. Wright | 1.6 | Reviewed claims objections in preparation for call with A&M. |
| 9/14/2018 | R. Wright | 1.0 | Updated claims schedules after call with A&M. |
| 9/14/2018 | D. Galfus | 0.9 | Reviewed the Debtors' presentation related to certain Debtors' claims. |
| 9/14/2018 | R. Wright | 0.5 | Reviewed MGF settlement doc in preparation for call with A&M. |
| 9/14/2018 | R. Wright | 0.3 | Participated in a call with A&M (T. Sherman) re: claims. |
| 9/17/2018 | Z. Mainzer | 2.9 | Updated analysis of objectionable claims with additional detail from schedule received from Debtors. |
| 9/17/2018 | Z. Mainzer | 1.1 | Continued to update analysis of objectionable claims with additional detail from schedule received from Debtors. |
| 9/19/2018 | R. Wright | 0.8 | Analyzed updated claim register received from the Debtors. |
| 9/20/2018 | Z. Mainzer | 2.9 | Updated admin claims analysis schedule with additional claim detail received from the Debtor advisors. |
| 9/20/2018 | Z. Mainzer | 2.4 | Continued to update admin claims analysis schedule with additional claim detail received from the Debtor advisors. |
| 9/20/2018 | D. Galfus | 0.8 | Reviewed the Debtors' latest update. |
| 9/20/2018 | R. Wright | 0.5 | Participated in a call with A&M (T. Sherman) re: claims. |
| 9/20/2018 | R. Wright | 0.1 | Participated in a call with Milbank (P. Springer) re: claims. |
| 9/21/2018 | Z. Mainzer | 1.4 | Updated admin claims analysis upon receipt from Debtors of claims reconciliation. |
| 9/25/2018 | D. Galfus | 0.4 | Reviewed the current claim estimates. |
| 9/26/2018 | Z. Mainzer | 2.1 | Updated claims analysis model with adjustments for second omnibus objection to claims. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **11. Claim Analysis/Accounting** | | | |
| 9/27/2018 | D. Galfus | 0.5 | Evaluated the status of claims reconciliation process and related next steps. |
| 9/27/2018 | R. Wright | 0.2 | Reviewed stipulation with DC fence. |
| **Task Code Total Hours** | | **113.5** | |
| **13. Intercompany Transactions/Balances** | | | |
| 8/23/2018 | Z. Mainzer | 2.3 | Updated intercompany claims analysis to account for change in Mexico entity claims as requested by Counsel. |
| 8/24/2018 | D. Galfus | 0.6 | Reviewed the intercompany claims in the estate. |
| **Task Code Total Hours** | | **2.9** | |
| **17. Analysis of Historical Results** | | | |
| 9/28/2018 | M. Yastrebova | 0.5 | Analyzed trends in PET prices. |
| 9/28/2018 | R. Wright | 0.5 | Reviewed research re: PET price trends. |
| **Task Code Total Hours** | | **1.0** | |
| **18. Operating and Other Reports** | | | |
| 8/1/2018 | Z. Mainzer | 1.9 | Updated analysis of MOR incorporating June MGI entity net cash flow. |
| 8/1/2018 | R. Wright | 0.7 | Reviewed June MOR. |
| 8/2/2018 | D. Galfus | 0.9 | Analyzed the Debtors' June MOR. |
| 9/4/2018 | Z. Mainzer | 2.1 | Updated MOR schedule analysis with recently received July results. |
| 9/6/2018 | R. Wright | 0.8 | Prepared an analysis of the expected cash proceeds available for unsecured creditors based on the July MOR. |
| 9/7/2018 | Z. Mainzer | 1.6 | Developed analysis at the request of Counsel detailing monthly MOR adjustments. |
| 9/7/2018 | R. Wright | 1.6 | Prepared an analysis of the expected cash proceeds available for unsecured creditors based on the July MOR. |
| **Task Code Total Hours** | | **9.6** | |
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/1/2018 | R. Wright | 1.8 | Prepared an analysis of M&G Polymers cash on emergence. |
| 8/1/2018 | Z. Mainzer | 1.2 | Reviewed DIP Extension Budget presentation to UCC incorporating final edits related to variance analysis. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 8/1/2018 | Z. Mainzer | 1.2 | Updated DIP Extension Budget model upon receipt from the Debtors of the most recent Polymers DIP Variance Report. |
| 8/1/2018 | R. Wright | 0.5 | Prepared an analysis of M&G Polymers cash on emergence. |
| 8/1/2018 | C. Kearns | 0.3 | Reviewed DIP extension budget and liquidity. |
| 8/3/2018 | R. Wright | 1.0 | Prepared an analysis re: Polymers ending cash balance. |
| 8/6/2018 | D. Galfus | 0.6 | Reviewed recent liquidity usage by the Debtors. |
| 8/8/2018 | Z. Mainzer | 2.7 | Updated cash flow forecast variance model upon the receipt from Debtors of updated company variance report. |
| 8/10/2018 | Z. Mainzer | 2.7 | Updated Resins AR schedule analysis following receipt of updated information from the Debtors. |
| 9/5/2018 | Z. Mainzer | 2.3 | Developed analysis for Committee detailing overall fees in the case. |
| 9/6/2018 | Z. Mainzer | 2.3 | Updated overall fee schedule analysis for Committee presentation at the request of Counsel. |
| 9/6/2018 | Z. Mainzer | 1.7 | Developed variance analysis upon receipt from Debtors of most recent cash flow variance report. |
| 9/12/2018 | R. Wright | 0.4 | Reviewed liquidity variance report. |
| 9/25/2018 | D. Galfus | 0.7 | Analyzed the updated budget for the Debtors' operations. |
| 9/27/2018 | Z. Mainzer | 2.8 | Created analysis of Debtor cash position based on bank account information received from Debtors. |
| 9/27/2018 | D. Galfus | 0.9 | Reviewed the status of uploaded DIP budget for the Debtors' operations. |
| 9/28/2018 | R. Wright | 2.2 | Reviewed proposed DIP extension budget. |
| 9/28/2018 | R. Wright | 1.8 | Prepared a report for the Committee re: proposed DIP extension budget. |
| 9/28/2018 | D. Galfus | 1.4 | Analyzed the most recent DIP budget presentation provided by the Debtors. |
| 9/28/2018 | R. Wright | 1.1 | Prepared information for Counsel re: DIP extension budget. |
| 9/28/2018 | D. Galfus | 0.7 | Prepared an outline of open issues with respect to the DIP budget. |
| 9/28/2018 | R. Wright | 0.6 | Participated in a call with Milbank (B. Kinney) re: DIP extension budget. |
| 9/28/2018 | C. Kearns | 0.2 | Review DIP budget update. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 9/29/2018 | R. Wright | 2.8 | Prepared a report for the Committee re: proposed DIP extension budget. |
| 9/30/2018 | R. Wright | 2.1 | Prepared a report for the Committee re: proposed DIP extension budget. |
| **Task Code Total Hours** | | **36.0** | |
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 8/1/2018 | R. Wright | 2.2 | Reviewed Plan draft. |
| 8/1/2018 | R. Wright | 1.0 | Prepared an analysis to isolate changes to the updated claim base. |
| 8/2/2018 | R. Wright | 2.4 | Prepared an analysis to isolate changes to the updated claim base. |
| 8/3/2018 | R. Wright | 1.4 | Prepared an analysis to isolate changes to the updated claim base. |
| 8/6/2018 | R. Wright | 2.0 | Reviewed latest redline of the Plan. |
| 8/6/2018 | R. Wright | 1.2 | Prepared an analysis to isolate changes to the updated claim base. |
| 8/6/2018 | R. Wright | 0.6 | Participated in a call with Milbank (M. Price) re: Plan negotiations. |
| 8/7/2018 | R. Wright | 2.3 | Reviewed latest redline of the draft disclosure statement. |
| 8/20/2018 | D. Galfus | 0.9 | Reviewed various aspects of the draft Plan provisions impacting creditors. |
| 8/21/2018 | D. Galfus | 0.8 | Reviewed various aspects of the draft Plan. |
| 9/5/2018 | D. Galfus | 1.3 | Analyzed the Debtor's liquidation analysis. |
| 9/5/2018 | R. Wright | 0.1 | Participated in a call with Milbank (B. Kinney) re: liquidation analysis. |
| 9/6/2018 | C. Kearns | 0.8 | Reviewed draft Plan. |
| 9/6/2018 | C. Kearns | 0.6 | Reviewed draft Disclosure Statement. |
| 9/7/2018 | D. Galfus | 1.2 | Reviewed the Debtors' Plan filing for treatment of creditors. |
| 9/7/2018 | C. Kearns | 0.4 | Reviewed Disclosure Statement exhibits. |
| 9/7/2018 | C. Kearns | 0.2 | Reviewed recovery matrix per Disclosure Statement. |
| 9/8/2018 | R. Wright | 1.5 | Reviewed filed Plan of Liquidation. |
| 9/8/2018 | R. Wright | 1.3 | Reviewed M&G disclosure statement. |
| 9/9/2018 | R. Wright | 0.8 | Reviewed M&G disclosure statement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **27. Plan of Reorganization/Disclosure Statement** | | | |
| 9/10/2018 | R. Wright | 1.2 | Reviewed Plan of Liquidation. |
| 9/10/2018 | C. Kearns | 0.2 | Reviewed analysis of estimates recovery range per Disclosure Statement. |
| 9/12/2018 | R. Wright | 0.7 | Reviewed Holding Perimeter restructuring proposal provided by A&M. |
| *Task Code Total Hours* | | **25.1** | |
| **31. Planning** | | | |
| 8/22/2018 | D. Galfus | 1.3 | Updated post-sale work plan. |
| 9/25/2018 | D. Galfus | 0.6 | Reviewed status of the sales process. |
| *Task Code Total Hours* | | **1.9** | |
| **Total Hours** | | **313.0** | |

**M & G USA Corporation, et al**

**Berkeley Research Group, LLC**

**Exhibit B: Expense Detail**

For the Period 8/1/2018 through 9/30/2018



| Date | Professional | Amount | Description |
|---|---|---|---|
| **07. Travel - Parking** | | | |
| 9/27/2018 | D. Galfus | $49.00 | Parking in NYC for M&G on 7/16/2018. |
| *Expense Category Total* | | *$49.00* | |
| **Total Expenses** | | **$49.00** | |