# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**NOTICE OF FILING BLACKLINE VERSIONS OF:
(I) DISCLOSURE STATEMENT FOR AMENDED JOINT PLAN OF LIQUIDATION
OF U.S. DEBTORS AND DEBTORS IN POSSESSION; AND (II) AMENDED JOINT
PLAN OF LIQUIDATION OF THE U.S. DEBTORS AND DEBTORS IN POSSESSION**

**PLEASE TAKE NOTICE** that on September 5, 2018, the U.S. Debtors[2] filed (i) the *Disclosure Statement for Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (Docket No. 1813) (the "Original Disclosure Statement") and (ii) *Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (Docket No. 1812) (the "Original Plan").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the U.S. Debtors filed: (i) the *Disclosure Statement for Amended Joint Plan of Liquidation Proposed by the U.S. Debtors and Debtors in Possession* (the "Amended Disclosure Statement") and (ii) *Amended Joint Plan of Liquidation Proposed by the U.S. Debtors and Debtors in Possession* (the "Amended Plan").

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] The "U.S. Debtors" refer to all Debtors other than Debtors Mossi & Ghisolfi International S.à r.l., M&G Chemicals S.A. and M&G Capital S.à r.l.

NAI-1505306668v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 3016-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), attached hereto (i) as Annex A is a blackline showing the changes made to the Amended Disclosure Statement from the Original Disclosure Statement and (ii) as Annex B is a blackline showing the changes made to the Amended Plan from the Original Plan.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Amended Disclosure Statement (the "Disclosure Statement Hearing") will be held before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), located at 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on November 5, 2018 at 10:00 a.m. (prevailing Eastern Time). Please be advised that the Disclosure Statement Hearing may be continued from time to time by the Bankruptcy Court without further notice other than by such adjournment being announced in open court or by a notice of adjournment being filed with the Bankruptcy Court and served on the parties entitled to notice under Bankruptcy Rule 2002 and the Local Rules or otherwise.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| Dated: October 31, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | /s/ Joseph M. Mulvihill |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:        ljones@pszjlaw.com
                joneill@pszjlaw.com
                jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-3939
Facsimile:   (212) 755-7306
Email:        sgreenberg@jonesday.com
                scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, OH 44114
Telephone:  (216) 586-7035
Facsimile:   (216) 579-0212
Email:        ceblack@jonesday.com

and

Daniel J. Merrett
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone:   (404) 581-8476
Facsimile:    (404) 581-8330
Email: dmerrett@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession