# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF FILING BLACKLINE VERSIONS OF SOLICITATION VERSIONS OF (I) DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT PLAN OF LIQUIDATION OF THE U.S. DEBTORS AND DEBTORS IN POSSESSION; AND (II) SECOND AMENDED JOINT PLAN OF LIQUIDATION OF THE U.S. DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on October 31, 2018, the U.S. Debtors[2] filed: (i) the *Disclosure Statement for Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (Docket No. 2020) (the "Amended Disclosure Statement"); and (ii) the *Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (Docket No. 2019) (the "Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, at a hearing held on November 5, 2018 (the "Hearing") the Court approved the Amended Disclosure Statement, as further amended by the Debtors prior to the Hearing, and subject to certain revisions, as instructed by the Court on the record at the Hearing.

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] The "U.S. Debtors" refer to all Debtors other than Debtors Mossi & Ghisolfi International S.à r.l., M&G Chemicals S.A. and M&G Capital S.à r.l.

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the U.S. Debtors filed solicitation versions of: (i) the *Disclosure Statement for Second Amended Joint Plan of Liquidation Proposed by the U.S. Debtors and Debtors in Possession*, reflecting the changes approved or ordered by the Court at the Hearing (the "Second Amended Disclosure Statement"); and (ii) the *Second Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (the "Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 3016-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), attached hereto (i) as Annex A is a blackline showing the changes made to the Second Amended Disclosure Statement from the Amended Disclosure Statement and (ii) as Annex B is a blackline showing the changes made to the Second Amended Plan from the Amended Plan.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| Dated: November 6, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | /s/ Joseph M. Mulvihill |
| | Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>jmulvihill@pszjlaw.com |
| | and |
| | JONES DAY<br>Scott J. Greenberg<br>Stacey L. Corr-Irvine<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br>Email: sgreenberg@jonesday.com<br>scorrirvine@jonesday.com |
| | and |
| | Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-7035<br>Facsimile: (216) 579-0212<br>Email: ceblack@jonesday.com |
| | and |
| | Daniel J. Merrett<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309-3053<br>Telephone: (404) 581-8476<br>Facsimile: (404) 581-8330<br>Email: dmerrett@jonesday.com |
| | Co-Counsel for the Debtors and Debtors in Possession |