# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M&G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF NON-VOTING STATUS FOR
## IMPAIRED CLASSES UNDER SECOND AMENDED JOINT PLAN
## OF LIQUIDATION OF U.S. DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Certain of the above-captioned debtors and debtors in possession (collectively, the "U.S. Debtors")[2] filed: (a) the *Second Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (Docket No. 2049) (as the same may be amended or modified, the "Plan") on November 6, 2018; and (b) the related *Disclosure Statement for Second Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (Docket No. 2050) (as the same may be amended or modified, the "Disclosure Statement") on November 6, 2018.[3]

2. Pursuant to an order of the Bankruptcy Court dated November 6, 2018 (the "Disclosure Statement Order") (Docket No. 2047), the Disclosure Statement and certain related materials (collectively, the "Solicitation Package") have been approved for solicitation of votes to accept or reject the Plan.

3. **UNDER THE TERMS OF THE PLAN, CLAIMS AGAINST OR INTERESTS IN THE U.S. DEBTORS IN CLASSES 9 AND 10 ARE IMPAIRED AND DEEMED TO REJECT THE PLAN BECAUSE THEY ARE RECEIVING NO**

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M&G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these Cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] The U.S. Debtors are M & G USA Corporation, M & G Resins USA, LLC, M & G Polymers USA, LLC, M&G Finance Corporation, M&G Waters USA, LLC, M & G USA Holding, LLC, Chemtex International Inc., Chemtex Far East, Ltd. and Indo American Investments, Inc.

[3] References to Exhibits and capitalized terms not otherwise defined in this Notice have the meanings given to them in the *U.S. Debtors' Motion for an Order (I) Approving Disclosure Statement; (II) Approving Form and Manner of Service of Notice Thereof; (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Liquidation; and (IV) Scheduling Hearing on Confirmation of Chapter 11 Plan of Liquidation* (the "Motion"), filed by the Debtors on September 5, 2018, or, if not defined therein, in the Plan. Copies of the Motion are available upon request from the Debtors' counsel.

**PROPERTY UNDER THE PLAN, AND THUS ARE NOT ENTITLED TO VOTE ON THE PLAN.** Accordingly, pursuant to the Solicitation Procedures approved at paragraph 6 of the Disclosure Statement Order, you are receiving this Notice in lieu of a Solicitation Package.

4. A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, Wilmington, Delaware 19801 on **December 17, 2018 at 11:00 a.m. (prevailing Eastern Time)**.

5. Requests for copies of the Disclosure Statement and the Plan (excluding certain voluminous exhibits thereto) by parties in interest may be made by writing to M&G USA Corporation *et al*. Ballot Processing, c/o Prime Clerk LLC, 830 3rd Avenue, 3rd Floor, New York, NY 10022. Copies of the Disclosure Statement and the Plan (along with exhibits to each as they are filed with the Bankruptcy Court) and the Motion are available for review, without charge, via the internet at https://cases.primeclerk.com/mgusa. Any Plan Supplement Documents will be filed with the Bankruptcy Court on or before November 26, 2018.

6. **Any objection to the Plan must: (a) be in writing; (b) conform to the Bankruptcy Rules and the Local Rules; (c) state the name, address, telephone number and email address of the objecting party and the amount and nature of the Claim or Interest of such entity, if any; (d) state with particularity the basis and nature of any objection to the Plan and, if practicable, a proposed modification to the Plan that would resolve such objection; and (e) be filed, contemporaneously with a proof of service, with the Bankruptcy Court and served so that it is actually received by the following notice parties set forth below no later than December 7, 2018 at 5:00 p.m. (prevailing Eastern Time):** (i) counsel to the Debtors, Jones Day, 250 Vesey Street, New York, NY 10280, Attn: Scott J. Greenberg, Esq. (sgreenberg@jonesday.com) and Stacey L. Corr-Irvine, Esq. (scorrirvine@jonesday.com), 901 Lakeside Avenue, Cleveland, Ohio 44114, Attn: Carl E. Black, Esq. (ceblack@jonesday.com), 1420 Peachtree Street, N.E., Suite 800, Atlanta, GA 30309-3053, Attn: Daniel J. Merrett, Esq. (dmerrett@jonesday.com) and Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com) and Joseph M. Mulvihill, Esq. (jmulvihill@pszjlaw.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King St., Suite 2207, Wilmington, Delaware 19801, Attn: Hannah McCollum, Esq. (Hannah.McCollum@usdoj.gov); (iii) counsel to the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com) and Lauren Doyle, Esq. (ldoyle@milbank.com) and Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington Delaware 19801, Attn: J. Kate Stickles, Esq. (kstickles@coleschotz); (iv) counsel to the Pre-Petition First Lien Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: Lisa M. Schweitzer, Esq. (lschweitzer@cgsh.com) and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Pauline K. Morgan, Esq. (pmorgan@ycst.com); and (v) counsel to Corpus Christi Polymers LLC, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attn: Alfredo Perez (alfredo.perez@weil.com), Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Paul Kizel, Esq. (pkizel@lowenstein.com)

and Duane Morris LLP, Suite 5010, 600 Grant Street, Pittsburgh, PA 15219, Attn: Joel M. Walker, Esq. (JMWalker@duanemorris.com).

7. Pursuant to Bankruptcy Rule 3017(d) and the Disclosure Statement Order, the U.S. Debtors: (a) are required to provide Solicitation Packages to all Holders of Claims or Interests entitled to vote on the Plan; and (b) are not required to provide Solicitation Packages to Holders of Claims or Interests in Classes under the Plan that are conclusively presumed to either accept or reject the Plan.

8. If you wish to challenge the U.S. Debtors' classification of your Claim, you must file a motion, pursuant to Rule 3018(a) of the Federal Rules of Bankruptcy Procedure (a "Rule 3018 Motion"), for an order temporarily allowing your Claim in a different classification or amount for purposes of voting to accept or reject the Plan and serve such Rule 3018 Motion on the U.S. Debtors so that it is received on or before **5:00 p.m. (prevailing Eastern Time) on the later of (a) December 3, 2018** or (b) the fifth business day after the Debtors file an objection to such claimant's claim (if applicable), with any response by the U.S. Debtors due on **December 12, 2018 at 5:00 p.m. (prevailing Eastern Time)**. In accordance with Bankruptcy Rule 3018, as to any creditor filing a Rule 3018 Motion, such creditor's Ballot will be governed by the Tabulation Rules (as defined in the Disclosure Statement Order) until such Rule 3018 Motion is adjudicated by the Bankruptcy Court after a notice and a hearing. Rule 3018 Motions that are not timely filed and served in the manner as set forth above will not be considered.

**[Remainder of page intentionally left blank.]**

9. The Confirmation Hearing may be continued from time to time without further notice other than the announcement of the adjourned date at the Confirmation Hearing or any continued hearing.

Dated: November 7, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
jmulvihill@pszjlaw.com

and

JONES DAY
Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Email: sgreenberg@jonesday.com
scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-7035
Facsimile: (216) 579-0212
Email: ceblack@jonesday.com

and

Daniel J. Merrett
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 581-8476
Facsimile: (404) 581-9330
Email: dmerrett@jonesday.com

*Co-Counsel for the Debtors and Debtors in Possession*