# **Exhibit A**

**43466.00600 M&G Creditors Committee -Cash Collateral/Adequate Protection**

| | Date | Description | Hours | Name |
|---|------|-------------|-------|------|
| 22610306 | 10/2/2018 | Correspondence with internal team re cash collateral issues. | 0.50 | Doyle, Lauren C. |
| 22727801 | 10/22/2018 | Call with Jones Day team re cash collateral account. | 0.30 | Doyle, Lauren C. |

**43466.00800 M&G Creditors Comm. - Claims Analysis/Estimation/Objections/ Reconciliations**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22632501 | 10/8/2018 | Correspondence w/ S. Corr-Irvine (Jones Day) re: claim stipulation (.1); review same (.4); correspondence w/ R. Wright (BRG) re analysis of same (.2). | 0.70 | Springer, Paul J. |
| 22678679 | 10/19/2018 | Correspondence w/ internal team re Comerica/M&G Brazil claims. | 0.20 | Doyle, Lauren C. |
| 22713821 | 10/23/2018 | Research re status of unsecured claim (.5); prepare internal summary re same (.3); correspondence w/ B. Kinney re same (.1). | 0.90 | Springer, Paul J. |
| 22713946 | 10/24/2018 | Correspondence w/ L. Doyle re claim analysis (.3); corr. w/ A. Miller re same (.2). | 0.50 | Springer, Paul J. |

# MILBANK, TWEED, HADLEY & McCLOY LLP
Description of Legal Services
Ending October 31, 2018

## 43466.00900 M&G Creditors Committee - Committee Meetings

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22613809 | 10/1/2018 | Prepare for (.5) and attend (.4) UCC call. | 0.90 | Kinney, Brian |
| 22723506 | 10/1/2018 | Prepare for (.6) and attend (.4) UCC update call. | 1.00 | Raval, Abhilash M. |
| 22595439 | 10/1/2018 | Attend Committee update call (.4); prepare for same (.4). | 0.80 | Springer, Paul J. |

**43466.01000 M&G Creditors Comm.- Communications with Committee Members**

| | Date | Description | Hours | Name |
|---|------|-------------|-------|------|
| 22610295 | 10/3/2018 | Call with Committee co-chair re case status (.3); review email update to committee (.4). | 0.70 | Doyle, Lauren C. |
| 22613958 | 10/3/2018 | Call with Committee Co-Chair re: status update. | 0.30 | Kinney, Brian |
| 22650604 | 10/7/2018 | Draft detailed update email for Committee regarding DIP financing negotiations (.7); internal emails re same (.2). | 0.90 | Price, Michael |
| 22644720 | 10/10/2018 | Call with Committee member re case status. | 0.30 | Doyle, Lauren C. |
| 22660381 | 10/17/2018 | Call with Committee member re status update. | 0.30 | Doyle, Lauren C. |
| 22673117 | 10/19/2018 | Corr. w/ B. Kinney re research question from Committee member (.2); correspondence w/ same Committee member re research issue (.2). | 0.40 | Springer, Paul J. |
| 22673300 | 10/21/2018 | Correspondence w/ Committee member and L. Doyle re update call. | 0.10 | Springer, Paul J. |
| 22713721 | 10/22/2018 | Research re Committee member inquiry (.5); prepare research summary email to Committee member re same (.4). | 0.90 | Springer, Paul J. |
| 22732910 | 10/25/2018 | Call w/ UCC member re claims process (.5); emails w/ L. Doyle re same (.3). | 0.80 | Price, Michael |
| 22714374 | 10/25/2018 | Correspondence w/ B. Kinney and L. Doyle re general inquiry from Committee member. | 0.20 | Springer, Paul J. |
| 22764105 | 10/29/2018 | Emails w/ UCC member re status of case. | 0.30 | Price, Michael |
| 22737861 | 10/29/2018 | Draft committee update email (1.4); confer w/ B. Kinney re same (.4); revise committee update email (.8); call w/ R. Wright (BRG) re presentation materials for same (.3). | 2.90 | Springer, Paul J. |
| 22737885 | 10/30/2018 | Review revised Committee presentation materials from BRG (.3); revise Committee update email re case status (.5). | 0.80 | Springer, Paul J. |

**43466.01002 M&G Creditors Comm.- Communications with Creditors**

| | Date | Description | Hours | Name |
|---|------|-------------|-------|------|
| 22687415 | 10/19/2018 | Call w/ counsel to mechanic lien holder re status. | 0.50 | Price, Michael |
| 22733238 | 10/25/2018 | Call with unsecured creditor re status of case. | 0.60 | Price, Michael |

**43466.01100 M&G Creditors Comm.- Communications with Debtors**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22644716 | 10/10/2018 | Call with C. Black (Jones Day) re status of case. | 0.20 | Doyle, Lauren C. |

**43466.01500 M&G Creditors Committee - Court Hearings/Communications**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22610288 | 10/3/2018 | Prepare for DIP financing extension hearing (1.3); attend hearing re same (.5). | 1.80 | Doyle, Lauren C. |
| 22723509 | 10/3/2018 | Prepare for (.4) and attend (.5) hearing on DIP financing extension. | 0.90 | Kinney, Brian |
| 22723511 | 10/3/2018 | Corr with FRG team re preparation for hearing on DIP financing extension (.4); attend same (.5); emails w/ team re same (.3). | 1.20 | Lees, Alexander |

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22613800 | 10/1/2018 | Call with C. Black (Jones Day) re: DIP financing extension status (.1); emails w/ internal team re: same (.4); conf. w/ A. Lees and M. Price re: same (.2). | 0.70 | Kinney, Brian |
| 22608150 | 10/1/2018 | Discussion with w/ B. Kinney and M. Price re DIP financing extension. | 0.20 | Lees, Alexander |
| 22565954 | 10/1/2018 | Review email to local counsel re DIP financing extension. | 0.10 | Marsters, Stephen Robert |
| 22723505 | 10/1/2018 | Conf. w/ B. Kinney and A. Lees re DIP financing issues. | 0.20 | Price, Michael |
| 22609358 | 10/1/2018 | Review issues re DIP financing extension (.8); review correspondence re same (.3). | 1.10 | Raval, Abhilash M. |
| 22610309 | 10/2/2018 | Call with team re DIP financing extension status update (.5); prepare for same (.2). | 0.70 | Doyle, Lauren C. |
| 22613880 | 10/2/2018 | Call with C. Black (Jones Day) re: DIP financing extension status (.2); call w/ L. Doyle re: same (.5); review draft DIP financing amendment (.4); review draft motion to amend (.6); emails w/ internal team re: same (.4); email w/ Cole Schotz team re: hearing on DIP financing amendment (.1); emails w/ BRG re: same (.2); review letter to CCP from Debtors (.2). | 2.60 | Kinney, Brian |
| 22608263 | 10/2/2018 | Call with FRG team re DIP financing issues (.5); prepare for same (.5). | 1.00 | Lees, Alexander |
| 22592217 | 10/2/2018 | Review issues re DIP financing extension (1.5) and budget (.3); multiple internal emails re same (.7). | 2.50 | Raval, Abhilash M. |

Description of Legal Services

Ending October 31, 2018

**43466.01700 M&G Creditors Committee - DIP Financing**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22777540 | 10/3/2018 | Multiple internal emails re DIP financing extension and hearing (1.5); conf. w/ C. Black (Jones Day) and B. Kinney re: DIP financing extension order (.3); discussion with Milbank team re DIP financing extension status (.5). | 2.30 | Doyle, Lauren C. |
| 22613951 | 10/3/2018 | Update call with internal team re: DIP financing status (.5); emails re: DIP financing extension order (.4); email update to committee re: same (.4); conf. w/ C. Black (Jones Day) and L. Doyle re: same (.3). | 1.60 | Kinney, Brian |
| 22615597 | 10/3/2018 | Conf w/ team re status of DIP post-hearing. | 0.50 | Price, Michael |
| 22592214 | 10/3/2018 | Review proposed DIP financing amendment order (.9); corr. with L. Doyle re same (.5). | 1.40 | Raval, Abhilash M. |
| 22723986 | 10/3/2018 | Review issues to discuss /raise at hearing re DIP financing. | 1.10 | Raval, Abhilash M. |
| 22610525 | 10/4/2018 | Correspond with A. Lees re: DIP financing issue (.1); review letter to Debtors re same (.1). | 0.20 | Glaser, Emily |
| 22615785 | 10/4/2018 | Multiple calls w/ Jones Day re status of DIP financing negotiations (1.5); multiple emails w/ L. Doyle and B. Kinney re same (1.2). | 2.70 | Price, Michael |
| 22592208 | 10/4/2018 | Review DIP financing/APA open issues (.7); internal correspondence re next steps (.3). | 1.00 | Raval, Abhilash M. |
| 22610369 | 10/5/2018 | Call with C. Black (Jones Day) re DIP financing extension (.3); call with A&M, Jones Day and BRG teams re same (.7); draft email re same to A. Raval (.2); internal follow up discussions re same (.5). | 1.70 | Doyle, Lauren C. |
| 22614014 | 10/5/2018 | Conf. w/ C. Black (Jones Day) re: DIP financing proposal (.3); conf. w/ C. Black and D. Stogsdill (A&M) re: same (.3); confs. w/ internal team re: same (.5). | 1.10 | Kinney, Brian |

# MILBANK, TWEED, HADLEY & McCLOY LLP

Description of Legal Services

Ending October 31, 2018

**43466.01700 M&G Creditors Committee - DIP Financing**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22615633 | 10/5/2018 | Call w/ D. Galfus (BRG) re DIP financing extension (.5); corresp w/ L. Doyle re same (.5); draft update email re same (.1); call w/ C. Black (Jones Day) re negotiations re same (.3); call with Jones Day, A&M and BRG re DIP financing extension (.7). | 2.10 | Price, Michael |
| 22725986 | 10/5/2018 | Review correspondences re latest proposal on DIP financing from CCP (.6) consider proposed response re same (.4). | 1.00 | Raval, Abhilash M. |
| 22615677 | 10/6/2018 | Corresp w/ L. Doyle and B. Kinney re status of DIP extension negotiations. | 0.80 | Price, Michael |
| 22595977 | 10/6/2018 | Review correspondence from M. Price re DIP financing update. | 0.20 | Springer, Paul J. |
| 22593685 | 10/7/2018 | Review latest open issues re DIP financing/APA. | 0.50 | Raval, Abhilash M. |
| 22644738 | 10/8/2018 | Call with C. Black (Jones Day) re DIP financing negotiations (.4); multiple follow up corr. with FRG team re same (1.3). | 1.70 | Doyle, Lauren C. |
| 22651178 | 10/8/2018 | Conf. w/ C. Black (Jones Day) re: DIP extension status (.4) conf. w/ L. Doyle and M. Price re: same (.3). | 0.70 | Kinney, Brian |
| 22651312 | 10/8/2018 | Call w/ C. Black (Jones Day) re status of negotiations re DIP financing (.4); corr. with team re same (.5). | 0.90 | Price, Michael |
| 22610799 | 10/8/2018 | Review DIP financing open issues (.8); review internal correspondence re same (.2). | 1.00 | Raval, Abhilash M. |
| 22644845 | 10/9/2018 | Multiple corr. with team re DIP financing extension issue (1.6); review term sheet in connection with same (1.1). | 2.70 | Doyle, Lauren C. |
| 22651338 | 10/9/2018 | Continue negotiations of DIP financing extension. | 1.30 | Price, Michael |

## MILBANK, TWEED, HADLEY & McCLOY LLP
Description of Legal Services

Ending October 31, 2018

**43466.01700 M&G Creditors Committee - DIP Financing**

| Date | Description | Hours | Name |
|------|-------------|-------|------|
| 22614308  10/9/2018 | Corresp with L. Doyle on APA/DIP financing extension issues (.2); review correspondence (.2) and term sheet (.6) i/c/w/ same. | 1.00 | Raval, Abhilash M. |
| 22644714  10/10/2018 | Call with C. Black (Jones Day) re DIP financing extension term sheet (.2); internal correspondence re same (.3) review (.3) and revise (.5) term sheet; provide comments to Debtors re same (.5); call with C. Black re same (.5) meeting with FRG team re same (.4). | 2.70 | Doyle, Lauren C. |
| 22651215  10/10/2018 | Revise extension term sheet (.6); further revise same (.4); conf. w/ FRG team re: same (.4); review budget re: roll-forward numbers (.9). | 2.30 | Kinney, Brian |
| 22620986  10/10/2018 | Meet with FRG team on DIP financing extension term sheet (.4) review correspondence on latest bid/ask on DIP financing/APA issues (.6). | 1.00 | Raval, Abhilash M. |
| 22644712  10/11/2018 | Review proposal from CCP (.3) corr. re same with team (.5); call with Lit and FRG teams re letter to Debtors (.5); call with C. Black (Jones Day) and Debtors re CCP proposal (.4); multiple follow up corr. with FRG team re next steps w/r/t DIP financing (.7). | 2.40 | Doyle, Lauren C. |
| 22635550  10/11/2018 | Meet with A. Lees re: DIP financing extension (.3); correspond with Jones Day re: same (.2); correspond with L. Doyle, A. Lees, B. Kinney and M. Price re: same (.3); draft letter to Jones Day re: same (4.7); meet with R. Marsters re: draft document requests to Debtors and Consortium Bidders re: DIP financing extension (.4); revise UCC document requests (.3); correspond with R. Marsters re: same (.1). | 6.30 | Glaser, Emily |
| 22651273  10/11/2018 | Call with Jones Day team re: DIP financing extension (.4); multiple corr. w/ team re: same (.5). | 0.90 | Kinney, Brian |

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22636282 | 10/11/2018 | Call with Debtors re DIP financing extension (.4); call with FRG team re letter to Debtors (.5); meet with E. Glaser re DIP extension and letter (.3); internal correspondence re same (.4). | 1.60 | Lees, Alexander |
| 22627570 | 10/11/2018 | Meet with E. Glaser re document requests (.4); review precedent requests and other background material (.8); draft document requests (1.8); draft emails to E. Glaser re letter to Debtors re DIP financing negotiations (.2). | 3.20 | Marsters, Stephen Robert |
| 22651390 | 10/11/2018 | Calls w/ FRG team re drafting letter re DIP financing negotiations (.5); follow up internal emails re same (.6). | 1.10 | Price, Michael |
| 22633447 | 10/11/2018 | Internal discussions re open issues re DIP financing (.5); correspond with FRG team re same (.2); review recently filed pleadings (.3). | 1.00 | Raval, Abhilash M. |
| 22632686 | 10/11/2018 | Research re DIP financing issues (.8); correspondence w/ B. Kinney, L. Doyle, and A. Lees re same (.2). | 1.00 | Springer, Paul J. |
| 22643544 | 10/12/2018 | Multiple calls with C. Black (Jones Day) re DIP financing amendment proposals (.9); multiple follow up corr. with FRG team (1.2); multiple email correspondence with A. Raval re same (.6); review letter to Debtors re same (.8); correspondence with A. Lees re same (.3); review term sheet markup (.3). | 4.10 | Doyle, Lauren C. |
| 22635551 | 10/12/2018 | Draft letter to Jones Day re: DIP financing extension (3.2); edit same (3.4); edit UCC document requests to Debtors and Consortium bidders (1.6); corr. with A. Lees re: document requests (.3); correspondence with M. Price and B. Kinney re: letter to Jones Day (.3). | 8.80 | Glaser, Emily |
| 22651249 | 10/12/2018 | Review DIP financing extension construct (.2); revise same (.2). | 0.40 | Kinney, Brian |

# MILBANK, TWEED, HADLEY & McCLOY LLP

Description of Legal Services

Ending October 31, 2018

## 43466.01700 M&G Creditors Committee - DIP Financing

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22640991 | 10/12/2018 | Revise letter to debtors re DIP financing extension (2.9); emails w/ team re DIP financing extension (.5); revise document requests re DIP financing extension (.9). | 4.30 | Lees, Alexander |
| 22632748 | 10/12/2018 | Revise document requests (2.2); draft emails to E. Glaser re same (.2); research bankruptcy and FRCP discovery rules for document requests i/c/w DIP financing (.3). | 2.70 | Marsters, Stephen Robert |
| 22651643 | 10/12/2018 | Continue negotiation of DIP financing extension. | 4.40 | Price, Michael |
| 22633665 | 10/12/2018 | Review issues re DIP financing extension (.8); review documentation re same (.7). | 1.50 | Raval, Abhilash M. |
| 22687311 | 10/13/2018 | Review DIP and APA extension terms (.6); emails w/ A. Raval, L. Doyle, B. Kinney, C. Black (Jones Day) and D. Merrett (Jones Day) re same (1.1). | 1.70 | Price, Michael |
| 22633661 | 10/13/2018 | Review issues re DIP financing amendment (.6); review correspondence re same (.3). | 0.90 | Raval, Abhilash M. |
| 22685320 | 10/14/2018 | Review (.3) and revise (.4) stipulation; review (.3) and revise (.7) amended BSTS in connection with DIP financing. | 1.70 | Kinney, Brian |
| 22687314 | 10/14/2018 | Continue to negotiate on DIP extension. | 0.60 | Price, Michael |
| 22633697 | 10/14/2018 | Further review issues re DIP financing amendment (.6); internal emails with FRG team re same (.2). | 0.80 | Raval, Abhilash M. |
| 22678897 | 10/15/2018 | Call w/ team re DIP financing extension (.3); review multiple drafts re same (1.4). | 1.70 | Doyle, Lauren C. |

**43466.01700 M&G Creditors Committee - DIP Financing**

| | Date | Description | Hours | Name |
|---|------|-------------|-------|------|
| 22686027 | 10/15/2018 | Review comments to DIP financing documents (1.2); revise same (.6); confs. w/ D. Merrett (Jones Day) re: same (.4); emails w/ internal team re: same (.3); call w/ team re: same (.3); conf. w/ R. Wright (BRG) re: same (.3). | 3.10 | Kinney, Brian |
| 22687340 | 10/15/2018 | Draft comments to revised APA and DIP documents (.8); multiple revisions to same (.9); emails w/ L. Doyle and B. Kinney re same (.4). | 2.10 | Price, Michael |
| 22634723 | 10/15/2018 | Correspond with L. Doyle re: DIP financing extension documentation (.2); review same (.8). | 1.00 | Raval, Abhilash M. |
| 22638049 | 10/15/2018 | Review remaining open issues re DIP financing amendment and release (.8); internal correspondence re same (.3). | 1.10 | Raval, Abhilash M. |
| 22658464 | 10/16/2018 | Review changes to DIP financing related documents (.7); corr. re same with FRG team (.3). | 1.00 | Doyle, Lauren C. |
| 22687506 | 10/16/2018 | Finalize documents for DIP financing extensions. | 2.10 | Price, Michael |
| 22643598 | 10/16/2018 | Review open issues re: DIP financing extension. | 0.50 | Raval, Abhilash M. |

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22608157 | 10/3/2018 | Review disclosure statement objections. | 0.70 | Lees, Alexander |
| 22614703 | 10/3/2018 | Summarize recent Disclosure Statement objections for internal circulation. | 0.60 | Miller, Alexander E. |
| 22587799 | 10/3/2018 | Review disclosure statement objections and joinders (.8); correp w/ A. Miller re same (.3); prepare chart summarizing same (2.7). | 3.80 | Springer, Paul J. |
| 22589085 | 10/4/2018 | Update Disclosure Statement objection summary chart (.6); correspondence w/ L. Doyle re same (.2). | 0.80 | Springer, Paul J. |
| 22644735 | 10/9/2018 | Review Disclosure Statement insert language. | 0.30 | Doyle, Lauren C. |
| 22673107 | 10/18/2018 | Review disclosure statement objection chart (.5); revise same (1.1). | 1.60 | Springer, Paul J. |
| 22727799 | 10/22/2018 | Disclosure Statement discussion call with J. Waxman (Duane Morris) and B. Kinney (.4); follow up internal corr. re same (.2). | 0.60 | Doyle, Lauren C. |
| 22698753 | 10/22/2018 | Call w/ J. Waxman (Duane Morris) and L. Doyle re: Disclosure Statement (partial). | 0.20 | Kinney, Brian |
| 22732308 | 10/22/2018 | Corr. w/ L. Doyle and B. Kinney re next steps re Disclosure Statement. | 0.30 | Price, Michael |
| 22727200 | 10/29/2018 | Correspondence with FRG team re Debtors' Omnibus Reply to objections to the Disclosure Statement | 0.30 | Doyle, Lauren C. |
| 22771471 | 10/30/2018 | Review Construction Lienholder Group objection to Disclosure Statement (.4) and Debtors' omnibus Reply to DS objections (.5). | 0.90 | Doyle, Lauren C. |
| 22731314 | 10/30/2018 | Review Debtors' Omnibus Reply to objections to the Disclosure Statement (.6); internal correspondence re same (.1). | 0.70 | Raval, Abhilash M. |

**43466.01800 M&G Creditors Comm.-Disclosure Statement/Solicitation/Voting**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22737881 | 10/30/2018 | Prepare UCC joinder to Debtors' reply to Disclosure Statement objections (2.4); research re same (1.1); corr. w/ L. Mandel and L. Doyle re same (.1). | 3.60 | Springer, Paul J. |
| 22761765 | 10/31/2018 | Review (.4) and revise (.6) UCC joinder to Debtors' reply to Disclosure Statement objections; multiple correspondence with B. Kinney and A. Lees re argument for UCC joinder (.7). | 1.70 | Doyle, Lauren C. |
| 22760618 | 10/31/2018 | Calls with D. Merrett (Jones Day) re: Disclosure Statement comments (.2); review same (.2); revise UCC joinder to Disclosure Statement reply (.3); corr. with L. Mandel and A. Lees re same (.4). | 1.10 | Kinney, Brian |
| 22738648 | 10/31/2018 | Revise UCC joinder to reply in support of disclosure statement (1.4); corr. re same with B. Kinney and L. Mandel (.4). | 1.80 | Lees, Alexander |
| 22737916 | 10/31/2018 | Further revise joinder to Debtors' Disclosure Statement Reply (1.7); correspondence w/ L. Doyle, B. Kinney, and A. Lees re same (.4). | 2.10 | Springer, Paul J. |
| 22771478 | 10/31/2018 | Review revised disclosure statement (.9); corr. w/ B. Kinney re same (.3); corr. w/ D. Merrett (Jones Day) re comments to same (.2). | 1.40 | Springer, Paul J. |

# MILBANK, TWEED, HADLEY & McCLOY LLP

Description of Legal Services

Ending October 31, 2018

**43466.02600 M&G Creditors Committee-Fee Statements/Applications- Milbank**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22595763 | 10/1/2018 | Prepare Eleventh Monthly Fee Statement. | 1.00 | Springer, Paul J. |
| 22614707 | 10/4/2018 | Prepare September fee application (1.1); corr. w/ I Taylor-Kamara re same (.1). | 1.20 | Miller, Alexander E. |
| 22589093 | 10/4/2018 | Revise September fee statement. | 0.70 | Springer, Paul J. |
| 22595996 | 10/5/2018 | Prepare eleventh monthly fee statement (.8); correspondence w/ I. Taylor-Kamara re same (.2). | 1.00 | Springer, Paul J. |
| 22632498 | 10/8/2018 | Correspondence w/ B. Kinney and I. Taylor-Kamara re preparation of September fee statement. | 0.30 | Springer, Paul J. |
| 22651183 | 10/9/2018 | Revise September Fee Application. | 4.20 | Kinney, Brian |
| 22633117 | 10/9/2018 | Correspondence w/ B. Kinney re expenses for September fee statement (.3); correspondence w/ I. Taylor-Kamara regarding time detail for same (.2). | 0.50 | Springer, Paul J. |
| 22651196 | 10/10/2018 | Further revisions to September Fee Statement. | 1.20 | Kinney, Brian |
| 22632687 | 10/10/2018 | Prepare eleventh monthly fee statement. | 2.10 | Springer, Paul J. |
| 22632680 | 10/11/2018 | Finalize September fee statement. | 1.80 | Springer, Paul J. |
| 22633002 | 10/12/2018 | Correspondence w/ K. Stickles (Cole Schotz) and A. Raval re filing of September fee statement. | 0.20 | Springer, Paul J. |
| 22733378 | 10/22/2018 | Begin preparing October fee application (1.4); corr. w/ I. Taylor-Kamara re same (.2). | 1.60 | Miller, Alexander E. |
| 22733513 | 10/23/2018 | Prepare October fee application (1.3); corr. w/ I. Taylor-Kamara re same (.2). | 1.50 | Miller, Alexander E. |
| 22713817 | 10/23/2018 | Revise October monthly fee statement. | 1.10 | Springer, Paul J. |

**43466.02600 M&G Creditors Committee-Fee Statements/Applications- Milbank**

| | Date | Description | Hours | Name |
|---|------|-------------|-------|------|
| 22764187 | 10/31/2018 | Review revised omnibus interim fee app order (.7); corr. w/ P. Springer re same (.2). | 0.90 | Miller, Alexander E. |

# MILBANK, TWEED, HADLEY & McCLOY LLP

Description of Legal Services

Ending October 31, 2018

**43466.02700 M&G Creditors Committee-Fee Statements/Applications- Other**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22595751 | 10/1/2018 | Update CNO/payment chart for Committee advisors (.4); correspondence w/ K. Stickles (Cole Schotz) re same (.2). | 0.60 | Springer, Paul J. |
| 22595989 | 10/5/2018 | Correspondence w/ D. Galfus (BRG) and R. Wright (BRG) re fee statements (.2); correspondence w/ K. Stickles (Cole Schotz) re same (.1). | 0.30 | Springer, Paul J. |
| 22632499 | 10/8/2018 | Correspondence w/ R. Sgro (Gattai) re final fee statement (.3); correspondence w/ D. Galfus (BRG) and R. Wright (BRG) re August fees and expenses (.2); correspondence w/ K. Stickles (Cole Schotz) re filing CNOs (.2). | 0.70 | Springer, Paul J. |
| 22632496 | 10/9/2018 | Prepare August fee allocation chart (.3); correspondence w/ D. Galfus (BRG) and R. Wright (BRG) re same (.2); correspondence w/ M. Haverkamp (BRG) re fee statements (.1). | 0.60 | Springer, Paul J. |
| 22632549 | 10/10/2018 | Correspondence w/ K. Stickles (Cole Schotz) re fee statement (.1); review same (.4). | 0.50 | Springer, Paul J. |
| 22633004 | 10/12/2018 | Correspondence w/ T. Lohest (L&L) re invoices. | 0.20 | Springer, Paul J. |
| 22673022 | 10/17/2018 | Review Cole Schotz monthly fee statement (.4); correspondence w/ K. Stickles (Cole Schotz) re same (.1). | 0.50 | Springer, Paul J. |
| 22737863 | 10/29/2018 | Review BRG tenth monthly fee statement (.5); correspondence w/ D. Galfus (BRG) re same (.2). | 0.70 | Springer, Paul J. |
| 22737877 | 10/30/2018 | Review revised BRG tenth monthly fee statement (.3); correspondence w/ D. Galfus (BRG) and K. Stickles (Cole Schotz) re same (.1). | 0.40 | Springer, Paul J. |
| 22737907 | 10/31/2018 | Review proposed order re interim fee applications (.3); confer w/ A. Miller re same (.2); correspondence w/ K. Stickles (Cole Schotz) re same (.2). | 0.70 | Springer, Paul J. |

# MILBANK, TWEED, HADLEY & McCLOY LLP

Description of Legal Services

Ending October 31, 2018

**43466.02800 M&G Creditors Committee - File/Docket/Calendar Maintenance**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22582804 | 10/1/2018 | Update pleading files. | 0.20 | Brewster, Jacqueline |
| 22598207 | 10/2/2018 | Review docket for new filings (.1); circulate same to internal group (.1); upload same to case shared drive (.1). | 0.30 | Brewster, Jacqueline |
| 22598382 | 10/3/2018 | Review court docket re recent filings. | 0.40 | Brewster, Jacqueline |
| 22598223 | 10/4/2018 | Review PACER for new docket filings (.2); update internal files re same (.2). | 0.40 | Brewster, Jacqueline |
| 22635814 | 10/8/2018 | Upload new docket filings to case shared drive. | 0.30 | Brewster, Jacqueline |
| 22635620 | 10/9/2018 | Review docket for new filings (.3); circulate same to internal group (.1); upload same to case shared drive (.1). | 0.50 | Brewster, Jacqueline |
| 22635658 | 10/10/2018 | Review court docket re recent filings. | 0.20 | Brewster, Jacqueline |
| 22635655 | 10/11/2018 | Review PACER for new docket filings (.2); update internal files re same (.2). | 0.40 | Brewster, Jacqueline |
| 22635642 | 10/12/2018 | Upload newly filed pleadings (.2); circulate same to internal group (.1). | 0.30 | Brewster, Jacqueline |
| 22662208 | 10/15/2018 | Update pleading files. | 0.20 | Brewster, Jacqueline |
| 22662217 | 10/16/2018 | Review docket for new filings (.2); circulate filings to internal group (.1). | 0.30 | Brewster, Jacqueline |
| 22673674 | 10/17/2018 | Review court docket re recent filings. | 0.20 | Brewster, Jacqueline |
| 22673683 | 10/18/2018 | Review PACER for new docket filings (.2); update internal files re same (.1). | 0.30 | Brewster, Jacqueline |
| 22673695 | 10/19/2018 | Upload newly filed pleadings (.2); circulate same to internal group (.2). | 0.40 | Brewster, Jacqueline |
| 22719943 | 10/22/2018 | Update pleading files. | 0.30 | Brewster, Jacqueline |

### 43466.02800 M&G Creditors Committee - File/Docket/Calendar Maintenance

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22719953 | 10/23/2018 | Review docket for new filings (.2); circulate same to internal group (.1). | 0.30 | Brewster, Jacqueline |
| 22719961 | 10/24/2018 | Review court docket re recent filings. | 0.20 | Brewster, Jacqueline |
| 22720005 | 10/25/2018 | Review PACER for new docket filings (.1); update internal files re same (.1). | 0.20 | Brewster, Jacqueline |
| 22719976 | 10/26/2018 | Upload newly filed pleadings (.2); circulate same to internal group (.2). | 0.40 | Brewster, Jacqueline |
| 22750759 | 10/29/2018 | Review docket for new filings (.2) circulate same to internal team (.1). | 0.30 | Brewster, Jacqueline |
| 22750768 | 10/30/2018 | Review docket for new filings (.1); circulate same to internal group (.1). | 0.20 | Brewster, Jacqueline |
| 22750779 | 10/31/2018 | Review court docket re recent filings. | 0.20 | Brewster, Jacqueline |

**43466.03000 M&G Creditors Committee - General Case Administration**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22595752 | 10/1/2018 | Update internal team on day's relevant docket filings. | 0.30 | Springer, Paul J. |
| 22579108 | 10/2/2018 | Summarize recent docket filings for internal team. | 0.50 | Miller, Alexander E. |
| 22595559 | 10/2/2018 | Update internal team on day's relevant docket filings (.5); update case calendar (.2). | 0.70 | Springer, Paul J. |
| 22587790 | 10/3/2018 | Update internal team re day's relevant docket filings (.5); update case calendar (.3); update task list (.2). | 1.00 | Springer, Paul J. |
| 22614715 | 10/4/2018 | Summarize recent docket filings for internal circulation. | 0.60 | Miller, Alexander E. |
| 22589086 | 10/4/2018 | Review relevant docket filings (.3); update task list (.2). | 0.50 | Springer, Paul J. |
| 22614725 | 10/5/2018 | Summarize recent docket filings for internal circulation. | 0.60 | Miller, Alexander E. |
| 22595986 | 10/5/2018 | Update internal team re relevant docket filings (.6); update case calendar (.3); update task list (.3). | 1.20 | Springer, Paul J. |
| 22632497 | 10/9/2018 | Update internal team on relevant docket filings (.5); update task list (.2). | 0.70 | Springer, Paul J. |
| 22633010 | 10/12/2018 | Update internal team on relevant docket filings. | 0.50 | Springer, Paul J. |
| 22673113 | 10/18/2018 | Update internal team on relevant docket filings (.3); update task list (.1). | 0.40 | Springer, Paul J. |
| 22673108 | 10/19/2018 | Update internal team on day's relevant docket filings (.7); update case calendar (.3). | 1.00 | Springer, Paul J. |
| 22713722 | 10/22/2018 | Update internal team on day's relevant docket filings (.3); update case calendar (.2). | 0.50 | Springer, Paul J. |

**43466.03000 M&G Creditors Committee - General Case Administration**

| | Date | Description | Hours | Name |
|---|------|-------------|-------|------|
| 22713948 | 10/24/2018 | Update task list (.2); update case calendar (.2). | 0.40 | Springer, Paul J. |
| 22737879 | 10/30/2018 | Update internal team on day's relevant docket filings. | 0.30 | Springer, Paul J. |
| 22737914 | 10/31/2018 | Update internal team on relevant docket filings. | 0.80 | Springer, Paul J. |

**43466.03001 M&G Creditors Committee - General Case Strategy**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22592204 | 10/5/2018 | Review recently filed pleadings re strategy. | 0.50 | Raval, Abhilash M. |
| 22659618 | 10/17/2018 | Review recently filed pleadings w/r/t general case strategy. | 0.20 | Raval, Abhilash M. |
| 22721443 | 10/29/2018 | Corr. with L. Doyle re various open issues in case (.3); review status of same re strategy (.7). | 1.00 | Raval, Abhilash M. |
| 22737720 | 10/31/2018 | Review case open issues re strategy. | 0.50 | Raval, Abhilash M. |

**43466.03400 M&G Creditors Committee - International Issues**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22595556 | 10/2/2018 | Correspondence w/ D. Hurst (Cole Schotz) re proposed order for settlement (.2); correspondence w/ B. Kinney re Italian proceedings (.1). | 0.30 | Springer, Paul J. |
| 22587789 | 10/3/2018 | Correspondence w/ D. Hurst (Cole Schotz) re proposed order language for settlement motion. | 0.20 | Springer, Paul J. |
| 22658466 | 10/16/2018 | Review settlement agreement with M&G Brazil. | 0.40 | Doyle, Lauren C. |
| 22672886 | 10/16/2018 | Correspondence w/ S. Corr-Irvine (Jones Day) and L. Doyle re review of Mexican entities settlement agreement. | 0.20 | Springer, Paul J. |
| 22660383 | 10/17/2018 | Call with Jones Day re proposed settlement with M&G Mexico (.3); review settlement agreement (.8). | 1.10 | Doyle, Lauren C. |
| 22686107 | 10/17/2018 | Conf. w/ S. Corr-Irvine (Jones Day) and C. Black (Jones Day) re: Mexico settlement (.3); corr. w/ L. Doyle and M. Price re: same (.4). | 0.70 | Kinney, Brian |
| 22687380 | 10/17/2018 | Conf. w/ Jones Day re Mexico settlement (.3); prep for same (.4). | 0.70 | Price, Michael |
| 22726822 | 10/17/2018 | Review Mexico settlement agreement (.6); internal correspondence re same (.2). | 0.80 | Raval, Abhilash M. |
| 22672934 | 10/17/2018 | Review proposed Mexico settlement (.4); call w/ C. Black (Jones Day) re same (.3); call w/ R. Wright (BRG) re same (.3). | 1.00 | Springer, Paul J. |
| 22686650 | 10/18/2018 | Corr. w/ L. Doyle re: Mexico settlement (.2); emails w/ A. Lees re: same (.1). | 0.30 | Kinney, Brian |
| 22726823 | 10/18/2018 | Comment on Mexico settlement. | 0.50 | Lees, Alexander |
| 22673309 | 10/18/2018 | Review comments to draft Mexico settlement agreement (.2); correspondence w/ B. Kinney and A. Lees re same (.1). | 0.30 | Springer, Paul J. |

**43466.03400 M&G Creditors Committee - International Issues**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22673293 | 10/19/2018 | Review 9019 settlement motion re Mexican entities (.3); correspondence w/ B. Kinney and R. Wright (BRG) re same (.2). | 0.50 | Springer, Paul J. |
| 22713726 | 10/22/2018 | Call w/ S. Corr-Irvine (Jones Day) re settlement motion for Mexico entities (.2); correspondence w/ B. Kinney re same (.1). | 0.30 | Springer, Paul J. |
| 22713947 | 10/24/2018 | Review correspondence from S. Corr-Irvine (Jones Day) re Mexican entities settlement. | 0.20 | Springer, Paul J. |
| 22714577 | 10/26/2018 | Call w/ R. Wright (BRG) re Mexico settlement. | 0.10 | Springer, Paul J. |
| 22737864 | 10/29/2018 | Review BRG analysis of Mexican entities settlement. | 0.40 | Springer, Paul J. |

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22615585 | 10/1/2018 | Emails w/ A. Lees re status of litigation matters. | 0.40 | Price, Michael |
| 22723507 | 10/2/2018 | Emails with Cole Schotz and Jones Day re Polymers answer. | 0.20 | Lees, Alexander |
| 22674719 | 10/18/2018 | Internal emails re Polimeros litigation. | 0.30 | Lees, Alexander |

**43466.03900 M&G Creditors Committee - Plan-Related Issues**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22761755 | 10/30/2018 | Review plan changes (.4); corr. w/ team re same (.4); call with D. Merrett (Jones Day) re same (.3). | 1.10 | Doyle, Lauren C. |
| 22737906 | 10/31/2018 | Review revised plan. | 0.60 | Springer, Paul J. |

**43466.04300 M&G Creditors Comm. - Retention of Professionals - Committee**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22595557 | 10/2/2018 | Prepare fourth Milbank supplemental declaration (.9); correspondence w/ B. Kinney re same (.1). | 1.00 | Springer, Paul J. |
| 22587791 | 10/3/2018 | Review new case memos re potential Milbank connections (.2), correspondence w/ A. Raval and K. Stickles (Cole Schotz) re filing fourth Milbank supplemental declaration (.2). | 0.40 | Springer, Paul J. |
| 22589082 | 10/4/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22632500 | 10/8/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22633067 | 10/10/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22633129 | 10/11/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22633014 | 10/12/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22672786 | 10/15/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22672889 | 10/16/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22673021 | 10/17/2018 | Review new case memos for potential Milbank connections. | 0.30 | Springer, Paul J. |
| 22673114 | 10/18/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22673435 | 10/19/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22713741 | 10/22/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |

**43466.04300 M&G Creditors Comm. - Retention of Professionals - Committee**

| | Date | Description | Hours | Name |
|---|---|---|---|---|
| 22713945 | 10/24/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22714388 | 10/25/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22714323 | 10/26/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |
| 22737915 | 10/31/2018 | Review new case memos for potential Milbank connections. | 0.20 | Springer, Paul J. |

## Exhibit B

# MILBANK, TWEED, HADLEY & McCLOY  LLP

Ending October 31, 2018

## COLOR COPIES

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37656358 | 10/15/2018 | COLOR COPIES | 36.75 | Doyle, Lauren C. |
| 37683308 | 10/28/2018 | COLOR COPIES | 21.50 | Kinney, Brian |

# MILBANK, TWEED, HADLEY & McCLOY  LLP

Ending October 31, 2018

## COURT SEARCH

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37649530 | 10/17/2018 | COURT SEARCH - - VENDOR: PACER SERVICE CENTER 7/1/18-9/30/18 - PACER QUARTERLY BILL | 587.20 | Dunne, Dennis F. |
| 37649531 | 10/17/2018 | COURT SEARCH - - VENDOR: PACER SERVICE CENTER 7/1/18-9/30/18 - PACER QUARTERLY BILL | 48.90 | Dunne, Dennis F. |
| 37649532 | 10/17/2018 | COURT SEARCH - - VENDOR: PACER SERVICE CENTER 7/1/18-9/30/18 - PACER QUARTERLY BILL | 15.20 | Dunne, Dennis F. |
| 37660715 | 10/23/2018 | COURT SEARCH - - VENDOR: PACER SERVICE CENTER COURT SEARCH | 47.60 | Gelfand, David R. |
| 37661527 | 10/23/2018 | COURT SEARCH - - VENDOR: PACER SERVICE CENTER COURT SEARCH | 1.90 | Prudenti, Paula M. |

| | Date | Description | Amount | Name |
|---|------|-------------|--------|------|
| 37675009 | 8/21/2018 | GROUND TRANSPORTATION - LOCAL CONCORD:119845/808210/901 - 08/21/18 11:51PM From:1 CHASE PLAZA To:245 E. 63 ST | 29.46 | Price, Michael |
| 37677686 | 10/9/2018 | GROUND TRANSPORTATION - LOCAL Uber / Rideshare: Expense Date: 10/09/2018, Business Purpose: travel from meeting to home, From / To: 7 Dutch, NY, : Uber | 47.57 | Doyle, Lauren C. |

## LEXIS

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37643058 | 10/11/2018 | LEXIS | 6.00 | Wolf, Julie M. |

# MILBANK, TWEED, HADLEY & McCLOY  LLP

### Ending October 31, 2018

### MEAL, OVERTIME

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37660266 | 10/10/2018 | MEAL, OVERTIME Seamless Web - OT Meal | 20.00 | Kinney, Brian |
| 37643591 | 10/11/2018 | MEAL, OVERTIME Dinner: Expense Date: 10/11/2018, Business Purpose: Continue work on matter, Merchant: Blackfinn Ameripub, Guest(s): Marsters, Stephen Robert | 20.00 | Marsters, Stephen Robert |
| 37686438 | 10/29/2018 | MEAL, OVERTIME Dinner: Expense Date: 10/29/2018, Business Purpose: Overtime meal during work in M&G matter, Merchant: City Acres Market, Guest(s): Springer, Paul J. | 20.00 | Springer, Paul J. |
| 37686440 | 10/30/2018 | MEAL, OVERTIME Dinner: Expense Date: 10/30/2018, Business Purpose: Overtime meal during work in M&G matter, Merchant: CVS, Guest(s): Springer, Paul J. | 20.00 | Springer, Paul J. |

# MILBANK, TWEED, HADLEY & McCLOY  LLP

Ending October 31, 2018

**PHOTOCOPIES**

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37656357 | 10/15/2018 | PHOTOCOPIES | 23.70 | Doyle, Lauren C. |

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37621345 | 10/1/2018 | PRINTING | 1.30 | Taylor-Kamara, Ishmael |
| 37635238 | 10/3/2018 | PRINTING | 0.10 | Springer, Paul J. |
| 37635239 | 10/3/2018 | PRINTING | 1.90 | Taylor-Kamara, Ishmael |
| 37635240 | 10/4/2018 | PRINTING | 4.00 | Taylor-Kamara, Ishmael |
| 37641173 | 10/9/2018 | PRINTING | 1.10 | Esposito, Debra |
| 37641174 | 10/10/2018 | PRINTING | 8.60 | Springer, Paul J. |
| 37641175 | 10/10/2018 | PRINTING | 7.10 | Taylor-Kamara, Ishmael |
| 37651399 | 10/11/2018 | PRINTING | 0.50 | Glaser, Emily |
| 37651400 | 10/12/2018 | PRINTING | 1.90 | Marsters, Stephen Robert |
| 37656359 | 10/12/2018 | PRINTING | 0.50 | Taylor-Kamara, Ishmael |
| 37656360 | 10/17/2018 | PRINTING | 0.70 | Taylor-Kamara, Ishmael |
| 37656361 | 10/17/2018 | PRINTING | 13.10 | Springer, Paul J. |
| 37664779 | 10/18/2018 | PRINTING | 1.00 | Taylor-Kamara, Ishmael |
| 37664780 | 10/21/2018 | PRINTING | 2.20 | Taylor-Kamara, Ishmael |
| 37664781 | 10/22/2018 | PRINTING | 3.40 | Taylor-Kamara, Ishmael |
| 37683306 | 10/25/2018 | PRINTING | 0.80 | Taylor-Kamara, Ishmael |
| 37683307 | 10/29/2018 | PRINTING | 3.20 | Springer, Paul J. |
| 37690534 | 10/31/2018 | PRINTING | 0.60 | Lees, Alexander |
| 37690537 | 10/31/2018 | PRINTING | 30.40 | Springer, Paul J. |
| 37690538 | 10/31/2018 | PRINTING | 0.30 | Taylor-Kamara, Ishmael |

# MILBANK, TWEED, HADLEY & McCLOY LLP

Ending October 31, 2018

## TELEPHONE

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37674497 | 9/13/2018 | TELEPHONE LOOPUP | 5.78 | Springer, Paul J. |
| 37674496 | 9/26/2018 | TELEPHONE LOOPUP | 1.73 | Kinney, Brian |
| 37628969 | 9/28/2018 | TELEPHONE WASHINGTON  DC SCHAEFFER,FIONA A 5651 | 7.89 | Schaeffer, Fiona |
| 37674495 | 9/28/2018 | TELEPHONE LOOPUP | 2.86 | Kinney, Brian |
| 37636278 | 10/1/2018 | TELEPHONE SOUNDPATH | 21.77 | Kopacz, Gregory A. |
| 37631378 | 10/2/2018 | TELEPHONE CLEVELAND  OH              8287 | 5.24 | Misc. Atty'S,Temps, E |
| 37631380 | 10/2/2018 | TELEPHONE CLEVELAND  OH PRICE,MICHAEL       5577 | 6.29 | Price, Michael |
| 37631381 | 10/2/2018 | TELEPHONE CLEVELAND  OH PRICE,MICHAEL       5577 | 0.35 | Price, Michael |
| 37631382 | 10/2/2018 | TELEPHONE CLEVELAND  OH PRICE,MICHAEL       5577 | 1.05 | Price, Michael |
| 37636276 | 10/2/2018 | TELEPHONE SOUNDPATH | 1.81 | Kinney, Brian |
| 37631379 | 10/3/2018 | TELEPHONE CLEVELAND  OH KINNEY,BRIAN       5392 | 4.90 | Kinney, Brian |
| 37636275 | 10/3/2018 | TELEPHONE SOUNDPATH | 1.44 | Kinney, Brian |
| 37636277 | 10/3/2018 | TELEPHONE SOUNDPATH | 1.55 | Kinney, Brian |
| 37636016 | 10/9/2018 | TELEPHONE - - VENDOR: COURTCALL LLC 10/3/18 - US BANKRUPTCY COURT-DELAWARE - M&G USA CORPORATION/17-12307 | 30.00 | Doyle, Lauren C. |
| 37636018 | 10/9/2018 | TELEPHONE - - VENDOR: COURTCALL LLC 10/3/18 - US BANKRUPTCY COURT-DELAWARE - M&G USA CORPORATION/17-12307 | 30.00 | Springer, Paul J. |
| 37636019 | 10/9/2018 | TELEPHONE - - VENDOR: COURTCALL LLC 10/3/18 - US BANKRUPTCY COURT-DELAWARE - M&G USA CORPORATION/17-12307 | 30.00 | Kinney, Brian |
| 37647342 | 10/10/2018 | TELEPHONE CLEVELAND  OH DOYLE,LAUREN C.      5053 | 12.94 | Doyle, Lauren C. |
| 37647343 | 10/10/2018 | TELEPHONE CLEVELAND  OH DOYLE,LAUREN C.      5053 | 0.69 | Doyle, Lauren C. |
| 37657039 | 10/10/2018 | TELEPHONE SOUNDPATH | 1.18 | Kinney, Brian |
| 37657055 | 10/11/2018 | TELEPHONE SOUNDPATH | 1.20 | Doyle, Lauren C. |
| 37675062 | 10/17/2018 | TELEPHONE SOUNDPATH | 1.24 | Kinney, Brian |
| 37675063 | 10/18/2018 | TELEPHONE SOUNDPATH | 0.30 | Price, Michael |

## TELEPHONE

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37685601 | 10/22/2018 | TELEPHONE SOUNDPATH | 1.42 | Kinney, Brian |

# MILBANK, TWEED, HADLEY & McCLOY  LLP

Ending October 31, 2018

## TRANSCRIPT/DEPOSITION FEES

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37641450 | 10/11/2018 | TRANSCRIPT/DEPOSITION FEES - - VENDOR: RELIABLE WILMINGTON 7/18/18 - HEARING TRANSCRIPT | 303.60 | Thomas, Charmaine |
| 37657627 | 10/19/2018 | TRANSCRIPT/DEPOSITION FEES - - VENDOR: Depo Holding DBA Nextgen Reporting, A Lexitas Company VIDEOGRAPHY AND CONVERSION TO DVD/MPF. VIDEOSYNC OF MARCO GHISOLFI ON 2/28/18 | 2105.00 | Stone, Alan J. |
| 37657630 | 10/19/2018 | TRANSCRIPT/DEPOSITION FEES - - VENDOR: Depo Holding DBA Nextgen Reporting, A Lexitas Company TRANSCRIPT & VIDEOTAPED TESTIMONY OF MARCO GHISOLFI ON 2/28/18 | 9951.69 | Stone, Alan J. |

# MILBANK, TWEED, HADLEY & McCLOY LLP

Ending October 31, 2018

## TRANSPORTATION REIMBURSEMENT VOUCHER

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37643590 | 10/11/2018 | TRANSPORTATION REIMBURSEMENT VOUCHER Transportation Reimbursement Allowance: Expense Date: 10/11/2018, Business Purpose: Continue work on matter City Limits: Out of the City | 35.00 | Marsters, Stephen Robert |
| 37659303 | 10/15/2018 | TRANSPORTATION REIMBURSEMENT VOUCHER Transportation Reimbursement Allowance: Expense Date: 10/15/2018, Business Purpose: Worked past 8:30 City Limits: In the City | 20.00 | Kinney, Brian |
| 37686442 | 10/29/2018 | TRANSPORTATION REIMBURSEMENT VOUCHER Transportation Reimbursement Allowance: Expense Date: 10/29/2018, Business Purpose: Taxi home following work in M&G matter City Limits: In the City | 20.00 | Springer, Paul J. |
| 37686443 | 10/30/2018 | TRANSPORTATION REIMBURSEMENT VOUCHER Transportation Reimbursement Allowance: Expense Date: 10/30/2018, Business Purpose: Taxi home following work in M&G matter City Limits: In the City | 20.00 | Springer, Paul J. |

# MILBANK, TWEED, HADLEY & McCLOY  LLP

Ending October 31, 2018

**WESTLAW**

| | Date | Description | Amount | Name |
|---|---|---|---|---|
| 37692396 | 10/30/2018 | WESTLAW | 388.68 | Springer, Paul J. |

**<u>Exhibit C</u>**



OFFICE ADDRESS    18-20, rue Edward Steichen

L-2540 LUXEMBOURG

Luxembourg - Kirchberg

TELEPHONE    +352 46 62 30

FAX    +352 46 62 34

INTERNET    www.loyensloeff.lu

AVOCATS À LA COUR

The Official Committee of Unsecured Creditors of M & G USA CORP et al.

Attn. Mr Alex Miller

C/o Milbank, Tweed, Hadley & McCloy LLP

28 Liberty Street

NEW YORK NY 10005

United States of America

## Statement of fees and disbursements

| | |
|---|---|
| DATE | 12 October 2018 |
| CLIENT/ INVOICE NUMBER | 00134998 / 400094778 |
| MATTER CODE | 70123381 |
| RE | M&G USA Corporation et al. / Bankruptcy - Chapter 11 |

For our services rendered in the period of September 2018

| | | |
|---|---|---|
| Fee | USD | 1,720.00 |
| Disbursements | | 103.20 |
| Amount due | USD | 1,823.20 |

This invoice for the specified services is issued without VAT based on article 44/59 sub c. of the VAT Directive 2006/112/EC.

s & Loeff Luxembourg S.à r.l., a private limited liability company (société à responsabilité limitée) having its registered office at 18-20, rue Edward Steichen, L-2540 Luxembourg, Luxembourg, registered with the Luxembourg Register of Commerce and Companies Luxembourg (Registre de Commerce et des Sociétés, Luxembourg) under number B 174.248. All its services are governed by its General Terms and Conditions, which include a limitation of liability, the applicability of Luxembourg law and the competence of the Luxembourg courts. These General Terms and Conditions may be consulted via www.loyensloeff.lu.

AMSTERDAM   •   BRUSSELS   •   HONG KONG   •   LONDON   •   LUXEMBOURG

NEW YORK   •   PARIS   •   ROTTERDAM   •   SINGAPORE   •   TOKYO   •   ZURICH



**Invoiced disbursements matter code 70123381 M&G USA Corporation et al. / Bankruptcy - Chapter 11**

| | | |
|---|---|---|
| office surcharge | USD | 103.20 |
| **Total** | USD | 103.20 |



**Specification of services matter code 70123381 M&G USA Corporation et al. / Bankruptcy - Chapter 11**

| Date | Name | Description work |
|------|------|------------------|
| 14/09/2018 | Lohest T. | 43466.01400 Review court orders and comments re: assignment of insurance policies - M&G (1.0). |
| 17/09/2018 | Lohest T. | 43466.01400 Emails to and from P. Springer (Milbank) re: shares under insurance policies - M&G (1.0). |