# EXHIBIT A

# Compensation Summary

# EXHIBIT A

## M & G USA CORPORATION, *et al.*

### COMPENSATION BY PROJECT CATEGORY
### OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.30 | $565.00 |
| Cash Collateral and DIP Financing | 1.90 | $1,453.50 |
| Committee Matters and Creditor Meetings | 0.90 | $636.00 |
| Disclosure Statement/Voting Issues | 4.00 | $3,060.00 |
| Fee Application Matters/Objections | 14.90 | $5,436.00 |
| Litigation/ General (Except Automatic Stay Relief) | 0.60 | $355.50 |
| Preparation for and Attendance at Hearings | 1.30 | $714.50 |
| Reorganization Plan | 2.10 | $1,606.50 |
| Retention Matters | 1.30 | $477.50 |
| Budgeting (Case) | 0.10 | $76.50 |
| **TOTAL** | **28.40** | **$14,381.00** |



1325 Avenue of the Americas
19th Floor
New York, NY 10019
212.752.8000   212.752.8393  fax
FEDERAL ID# 22-2113414
–
New Jersey
–
Delaware
–
Maryland
–
Texas
–
Florida

M&G USA CORP.

Re:   Client/Matter No. 57321-0001                                            Invoice No. 826254
      OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                November 12, 2018

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2018

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|---|---|---|---|---|
| | **CASE ADMINISTRATION** | | **1.30** | **$565.00** |
| 10/02/18 | DRAFT MULTIPLE CORRESPONDENCE TO S. CORR-IRVINE RE: PROPOSED REVISION TO ORDER APPROVING M&G FINANZIARIA-POLYMERS SETTLEMENT AGREEMENT (.3); DRAFT CORRESPONDENCE TO P. SPRINGER RE: SAME (.1) | DRH | 0.40 | 276.00 |
| 10/03/18 | DRAFT MULTIPLE CORRESPONDENCE TO L. DOYLE, P. SPRINGER, ET AL., RE: PROPOSED REVISION TO ORDER APPROVING M&G FINANZIARIA-POLYMERS SETTLEMENT AGREEMENT | DRH | 0.10 | 69.00 |
| 10/08/18 | SEND CALENDAR INVITES RE: OCTOBER 10 HEARING, ADJOURNED TO COMMENCE ON OCTOBER 23 | JCW | 0.70 | 143.50 |
| 10/15/18 | REVIEW DOCKET RE: HEARING DATES AND CASE MANAGEMENT | JKS | 0.10 | 76.50 |
| | **CASH COLLATERAL AND DIP FINANCING** | | **1.90** | **$1,453.50** |
| 10/03/18 | REVIEW DEBTORS' EMERGENCY MOTION AND MOTION TO SHORTEN RE: AMENDMENT OF CEC DIP LOAN AGREEMENT | JKS | 0.70 | 535.50 |
| 10/18/18 | REVIEW EMAILS FROM D. MERRITT, ET AL. RE: STIPULATION EXTENDING APA MILESTONES AND AMENDING FINANCING | JKS | 0.30 | 229.50 |
| 10/18/18 | REVIEW DRAFT CERTIFICATION, AND STIPULATION AND PROPOSED ORDER EXTENDING APA MILESTONES AND AMENDING FINANCING AND RELATED DOCUMENTS | JKS | 0.70 | 535.50 |
| 10/18/18 | EMAILS TO D. MERETT, ET AL. RE: STIPULATION | JKS | 0.10 | 76.50 |
| 10/19/18 | REVIEW SIGNED ORDER APPROVING STIPULATION RE: EXTENSION OF MILESTONES UNDER APA AND AMENDMENT OF FINANCING | JKS | 0.10 | 76.50 |
| | **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | **0.90** | **$636.00** |
| 10/01/18 | PREPARE FOR AND ATTEND CALL WITH COMMITTEE AND ADVISORS RE: RECENT DEVELOPMENTS, INCLUDING REVIEW AND ANALYSIS OF MATERIALS TO BE PRESENTED | DRH | 0.60 | 414.00 |
| 10/03/18 | REVIEW EMAIL FROM B. KINNEY TO COMMITTEE RE: DIP LOAN | JKS | 0.10 | 76.50 |
| 10/16/18 | REVIEW EMAIL FROM M. PRICE TO COMMITTEE RE: DIP LOAN STATUS | JKS | 0.10 | 76.50 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 826254  
November 12, 2018  
Page 2

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/16/18 | REVIEW UPDATE TO COMMITTEE REGARDING DIP FINANCING NEGOTIATIONS | DRH | 0.10 | 69.00 |
| **DISCLOSURE STATEMENT/VOTING ISSUES** | | | **4.00** | **$3,060.00** |
| 10/05/18 | REVIEW NOTICE OF RESCHEDULED HEARING ON DISCLOSURE STATEMENT | JKS | 0.10 | 76.50 |
| 10/05/18 | REVIEW AND ANALYZE OBJECTIONS TO DISCLOSURE STATEMENT FILED BY CONSTRUCTION LIENHOLDERS | JKS | 2.20 | 1,683.00 |
| 10/31/18 | EMAIL EXCHANGE WITH P. SPRINGER AND J. WHITWORTH RE: REPLY TO DISCLOSURE STATEMENT OBJECTION | JKS | 0.20 | 153.00 |
| 10/31/18 | REVIEW EMAIL FROM L. DOYLE RE: JOINDER IN DEBTORS' REPLY RE: DISCLOSURE STATEMENT | JKS | 0.10 | 76.50 |
| 10/31/18 | REVIEW DEBTORS' OMNIBUS REPLY IN SUPPORT OF DISCLOSURE STATEMENT | JKS | 0.50 | 382.50 |
| 10/31/18 | EMAIL WITH P. SPRINGER, ET AL., RE: FILING OF JOINDER | JKS | 0.20 | 153.00 |
| 10/31/18 | REVIEW COMMITTEE JOINDER IN DEBTORS' OMNIBUS REPLY TO DISCLOSURE STATEMENT OBJECTIONS FOR FILING AND SERVICE | JKS | 0.40 | 306.00 |
| 10/31/18 | COMMUNICATIONS WITH J. WHITWORTH RE: FILING AND SERVICE OF COMMITTEE'S JOINDER IN DEBTORS' OMNIBUS REPLY | JKS | 0.30 | 229.50 |
| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **14.90** | **$5,436.00** |
| 10/01/18 | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION RE: MILBANK TWEED NINTH MONTHLY FEE APPLICATION | JCW | 0.30 | 61.50 |
| 10/02/18 | REVIEW AND REVISE EXHIBIT TO AUGUST FEE APPLICATION RE: COMPLIANCE WITH LOCAL RULES | JKS | 0.50 | 382.50 |
| 10/08/18 | REVIEW AND EXECUTE CNO RE: MILBANK'S THIRD INTERIM FEE APPLICATION FOR FILING | JKS | 0.10 | 76.50 |
| 10/08/18 | REVIEW AND EXECUTE CNO RE: COLE SCHOTZ'S THIRD INTERIM FEE APPLICATION FOR FILING | JKS | 0.10 | 76.50 |
| 10/08/18 | REVIEW AND EXECUTE CNO RE: GATTAI'S THIRD INTERIM FEE APPLICATION FOR FILING | JKS | 0.10 | 76.50 |
| 10/08/18 | REVIEW AND EXECUTE CNO RE: BRG'S THIRD INTERIM FEE APPLICATION FOR FILING | JKS | 0.10 | 76.50 |
| 10/08/18 | REVIEW, REVISE AND EXECUTE CNO RE: MILBANK'S 10TH FEE APPLICATION FOR FILING | JKS | 0.10 | 76.50 |
| 10/08/18 | PREPARE COLE SCHOTZ TENTH MONTHLY FEE APPLICATION | JCW | 0.80 | 164.00 |
| 10/08/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: PENDING MONTHLY AND INTERIM FEE APPLICATIONS | JKS | 0.10 | 76.50 |

# COLE SCHOTZ P.C.

| | | |
|---|---|---|
| Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | Invoice No. 826254 |
| Client/Matter No. 57321-0001 | | November 12, 2018 |
| | | Page 3 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/08/18 | PREPARE, FINALIZE, AND FILE CERTIFICATES OF NO OBJECTION FOR 1) BERKELEY RESEARCH, 2) GATTAI, 3) MILBANK TWEED, 4) COLE SCHOTZ THIRD INTERIM FEE APPLICATION AND S. MILBANK'S TENTH MONTHLY APPLICATION | JCW | 0.80 | 164.00 |
| 10/09/18 | PREPARE COLE SCHOTZ TENTH MONTHLY FEE APPLICATION | JCW | 1.90 | 389.50 |
| 10/10/18 | REVIEW COLE SCHOTZ TENTH MONTHLY FEE APPLICATION (.4); DRAFT MULTIPLE CORRESPONDENCE TO K. STICKLES, J. WHITWORTH RE: SAME (.2) | DRH | 0.60 | 414.00 |
| 10/10/18 | FINALIZE DRAFT OF TENTH MONTHLY FEE APPLICATION (.5); FINALIZE, FILE, AND COORDINATE SERVICE OF TENTH MONTHLY FEE APPLICATION OF COLE SCHOTZ (.5); SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO COLE SCHOTZ TENTH MONTHLY FEE APPLICATION (.1) | JCW | 1.10 | 225.50 |
| 10/11/18 | PREPARE COLE SCHOTZ ELEVENTH MONTHLY FEE APPLICATION | JCW | 0.40 | 82.00 |
| 10/11/18 | REVIEW EMAIL FROM J. MULVIHILL RE: OMNIBUS FEE HEARING AND PROPOSED NOTICE | JKS | 0.20 | 153.00 |
| 10/12/18 | REVIEW EMAIL FROM P. SPRINGER AND PREPARE MILBANK TWEED ELEVENTH FEE APPLICATION FOR FILING AND SERVICE (.1); FILE AND COORDINATE SERVICE OF MILBANK TWEED ELEVENTH MONTHLY FEE APPLICATION FOR FILING AND SERVICE (.4); SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO MILBANK TWEED ELEVENTH MONTHLY FEE APPLICATION (.1) | JCW | 0.60 | 123.00 |
| 10/12/18 | REVIEW EMAIL FROM P. SPRINGER RE: MILBANK FEE APPLICATION | JKS | 0.10 | 76.50 |
| 10/12/18 | REVIEW MILBANK SEPTEMBER FEE APPLICATION AND EMAIL EXCHANGE WITH J. WHITWORTH RE: FILING AND SERVICE OF SAME | JKS | 0.20 | 153.00 |
| 10/15/18 | PREPARE, FINALIZE AND FILE AFFIDAVIT OF SERVICE OF MILBANK TWEED ELEVENTH MONTHLY FEE APPLICATION | JCW | 0.20 | 41.00 |
| 10/15/18 | EMAIL EXCHANGE WITH J. WHITWORTH RE: COLE SCHOTZ SEPTEMBER FEE APPLICATION | JKS | 0.20 | 153.00 |
| 10/15/18 | PREPARE COLE SCHOTZ ELEVENTH MONTHLY FEE APPLICATION | JCW | 1.70 | 348.50 |
| 10/16/18 | REVIEW AND REVISE COLE SCHOTZ FEE APPLICATION, INCLUDING COMMUNICATION WITH J. WHITWORTH RE: REVISIONS | JKS | 0.60 | 459.00 |
| 10/16/18 | CORRESPONDENCE WITH K. STICKLES RE: COLE SCHOTZ ELEVENTH MONTHLY FEE APPLICATION | JCW | 0.20 | 41.00 |
| 10/17/18 | COMMUNICATION WITH D. HURST RE: COLE SCHOTZ ELEVENTH MONTHLY FEE APPLICATION (.1); REVISE FEE APPLICATION TO REFLECT COMMENTS (.3) | JCW | 0.40 | 82.00 |
| 10/17/18 | REVIEW COLE SCHOTZ ELEVENTH MONTHLY FEE APPLICATION, AND DRAFT COMMENTS RE: SAME (.4); DRAFT CORRESPONDENCE TO J. WHITWORTH RE: SAME (.1) | DRH | 0.50 | 345.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 826254  
November 12, 2018  
Page 4

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 10/17/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: COLE SCHOTZ FEE APPLICATION | JKS | 0.20 | 153.00 |
| 10/17/18 | FILE AND COORDINATE SERVICE OF COLE SCHOTZ ELEVENTH FEE APPLICATION (.6); SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO COLE SCHOTZ ELEVENTH MONTHLY FEE APPLICATION (.1) | JCW | 0.70 | 143.50 |
| 10/30/18 | REVIEW EMAIL FROM P. SPRINGER RE: BERKELEY RESEARCH TENTH (COMBINED) MONTHLY FEE APPLICATION (.1); PREPARE NOTICE AND AFFIDAVIT OF SERVICE FOR BERKELEY RESEARCH TENTH (COMBINED) MONTHLY FEE APPLICATION (.5); FILE AND COORDINATE SERVICE OF BERKELEY RESEARCH TENTH (COMBINED) MONTHLY FEE APPLICATION (.6); SEND CALENDAR INVITES RE: OBJECTION DEADLINE TO BERKELEY RESEARCH TENTH (COMBINED) MONTHLY FEE APPLICATION (.2) | JCW | 1.40 | 287.00 |
| 10/31/18 | EMAIL EXCHANGE WITH J. MULVIHILL RE: PROPOSED REVISION TO DRAFT PROPOSED FEE ORDER | JKS | 0.20 | 153.00 |
| 10/31/18 | REVIEW EMAIL FROM J. MULVIHILL AND DRAFT PROPOSED INTERIM FEE ORDER | JKS | 0.30 | 229.50 |
| 10/31/18 | EMAIL EXCHANGE WITH P. SPRINGER RE: DRAFT FEE ORDER | JKS | 0.20 | 153.00 |
| **LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** | | | **0.60** | **$355.50** |
| 10/16/18 | REVIEW AND RESPOND TO EMAILS RE: STATUS OF COMERICA LITIGATION | DFG | 0.50 | 315.00 |
| 10/24/18 | REVIEW DATABASE REPORTING AND OPTIMIZE FUNCTIONALITY | AYC | 0.10 | 40.50 |
| **PREPARATION FOR AND ATTENDANCE AT HEARINGS** | | | **1.30** | **$714.50** |
| 10/02/18 | REVIEW EMAIL FROM J. O'NEILL RE: POTENTIAL TELEPHONIC HEARING RE: DIP FINANCING (.1); EMAIL EXCHANGE WITH B. KINNEY RE TELECONFERENCE HEARING ON FINANCING (.1) | JKS | 0.20 | 153.00 |
| 10/03/18 | EMAIL EXCHANGE WITH J. MULVIHILL RE: TELEPHONIC HEARING AND FOLLOW-UP EMAIL TO L. DOYLE, ET AL. | JKS | 0.20 | 153.00 |
| 10/03/18 | REVIEW NOTICE RE: TELEPHONIC HEARING | JKS | 0.10 | 76.50 |
| 10/03/18 | ATTEND TELEPHONIC HEARING | JKS | 0.30 | 229.50 |
| 10/19/18 | SEND CALENDAR INVITES RE: NOVEMBER 13 HEARING | JCW | 0.20 | 41.00 |
| 10/22/18 | SEND UPDATED CALENDAR INVITES RE: ADJOURNED OCTOBER 23 HEARING TO NOVEMBER 5 RE: APPROVAL OF DISCLOSURE STATEMENT | JCW | 0.10 | 20.50 |
| 10/23/18 | RETRIEVE NOTICE OF HEARING RE: MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AGREEMENT AND SEND CALENDAR INVITES RE: NOVEMBER 5 HEARING AND NOVEMBER 1 OBJECTION DEADLINE | JCW | 0.20 | 41.00 |
| **REORGANIZATION PLAN** | | | **2.10** | **$1,606.50** |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITTEE OF UNSECURED CREDITORS  
Client/Matter No. 57321-0001

Invoice No. 826254  
November 12, 2018  
Page 5

| Date | Description | TK | Hours | Amount |
|---|---|---|---|---|
| 10/17/18 | CONFERENCE WITH J. WAXMAN RE: PLAN AND FOLLOW-UP EMAIL EXCHANGE WITH L. DOYLE RE: SAME | JKS | 0.30 | 229.50 |
| 10/18/18 | FURTHER REVIEW AND ANALYSIS OF PLAN | JKS | 1.80 | 1,377.00 |
| | **RETENTION MATTERS** | | **1.30** | **$477.50** |
| 10/03/18 | REVIEW EMAIL FROM P. SPRINGER RE: FOURTH SUPPLEMENTAL DECLARATION OF ABHILASH M. RAVAL | JKS | 0.10 | 76.50 |
| 10/03/18 | REVIEW FOURTH SUPPLEMENTAL RAVAL DECLARATION AND EMAIL EXCHANGE WITH P. RATKOWIAK RE: FILING AND SERVICE OF SAME | JKS | 0.10 | 76.50 |
| 10/03/18 | EMAIL FROM K. STICKLES RE: FILING 4TH SUPPLEMENTAL DECLARATION OF A. RAVAL | PVR | 0.10 | 29.50 |
| 10/03/18 | EFILE 4TH SUPPLEMENTAL DECLARATION OF A. RAVAL | PVR | 0.10 | 29.50 |
| 10/03/18 | EMAIL TO K. STICKLES RE: FILED 4TH SUPPLEMENTAL DECLARATION OF A. RAVAL AND SERVICE OF SAME | PVR | 0.10 | 29.50 |
| 10/03/18 | PREPARE AFFIDAVIT OF SERVICE AND RESEARCH CLAIMS AGENT WEB SITE RE: UPDATED 2002 SERVICE LIST RE: SERVICE OF 4TH SUPPLEMENTAL DECLARATION OF A. RAVAL | PVR | 0.60 | 177.00 |
| 10/03/18 | COORDINATE SERVICE OF 4TH SUPPLEMENTAL DECLARATION OF A. RAVAL | PVR | 0.10 | 29.50 |
| 10/04/18 | EFILE AFFIDAVIT OF SERVICE RE: SERVICE OF 4TH SUPPLEMENTAL DECLARATION OF A. RAVAL | PVR | 0.10 | 29.50 |
| | **BUDGETING (CASE)** | | **0.10** | **$76.50** |
| 10/05/18 | REVIEW AND RESPOND TO EMAIL FROM P. SPRINGER RE: AUGUST FEES/BUDGET | JKS | 0.10 | 76.50 |

TOTAL HOURS   28.40

PROFESSIONAL SERVICES:   $ 14,381.00

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| J. KATE STICKLES | MEMBER | 12.70 | 765.00 | 9,715.50 |
| DAVID HURST | MEMBER | 2.30 | 690.00 | 1,587.00 |
| DANIEL F. GEOGHAN | MEMBER | 0.50 | 630.00 | 315.00 |
| PAULINE Z. RATKOWIAK | PARALEGAL | 1.10 | 295.00 | 324.50 |
| JOHN WHITWORTH | PARALEGAL | 11.70 | 205.00 | 2,398.50 |
| ANTHONY CORTEZ | LITIGATION SUPP | 0.10 | 405.00 | 40.50 |

EXHIBIT B

Expense Summary

**EXHIBIT B**

**M & G USA CORPORATION,** *et al.*

**EXPENSE SUMMARY**
**OCTOBER 1, 2018 THROUGH OCTOBER 31, 2018**

| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
|---|---|---|
| Court Conference Call | CourtCall | $30.00 |
| Court Fees | | $1.40 |
| Data Host Fees | Cole Schotz P.C. | $537.00 |
| Deposition Transcripts | Reliable | $303.60 |
| Outside Printing | Parcels, Inc. | $662.98 |
| Photocopying/Printing/Scanning (10 pages @ $.10/page) | | $1.00 |
| **TOTAL** | | **$1,535.98** |

**COLE SCHOTZ P.C.**

| | | |
|---|---|---|
| Re: | OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice No. 826254 |
| | Client/Matter No. 57321-0001 | November 12, 2018 |
| | | Page 6 |

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/26/18 | DEPOSITIONS TRANSCRIPT - RELIABLE WILMINGTON | 303.60 |
| 09/10/18 | COURT FEES | 1.10 |
| 09/14/18 | COURT FEES | 0.30 |
| 09/17/18 | OUTSIDE PRINTING | 125.87 |
| 09/17/18 | OUTSIDE PRINTING | 187.10 |
| 10/03/18 | COURTCALL CONFERENCE US BANKRUPTCY COURT-DELAWARE-HON. BRENDAN L SHANNON | 30.00 |
| 10/03/18 | OUTSIDE PRINTING | 163.31 |
| 10/10/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 10/10/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 10/10/18 | OUTSIDE PRINTING | 45.10 |
| 10/15/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 10/15/18 | OUTSIDE PRINTING | 97.50 |
| 10/17/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| 10/18/18 | OUTSIDE PRINTING | 44.10 |
| 10/26/18 | DATA HOST | 537.00 |
| 10/30/18 | PHOTOCOPYING / PRINTING / SCANNING Qty: 2 | 0.20 |
| | TOTAL COSTS ADVANCED: | $ 1,535.98 |