# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 30, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of (A) Deadline for Casting Votes to Accept or Reject Plan of Liquidation, (B) Hearing to Consider Confirmation of Plan of Liquidation and (C) Related Matters [Docket No. 2052]

On November 30, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Notice of Dismissal of Chapter 11 Cases of Mossi & Ghisolfi International S.a r.l., M&G Chemicals S.A. and M&G Capital S.a r.l. [Docket No. 2072]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

2

Dated: December 5, 2018

_____
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 5, 2018, by Asir U. Ashraf, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018 22

SRF 29261

2

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 4916073 | EVANS INTERIORS, INC. | 1225 S MAIN ST STE 102 | | | GRAPEVINE | TX | 76051-5647 |
| 4881637 | EVOQUA WATER TECHNOLOGIES LLC | 219 6TH AVE STE 3300 | | | PITTSBURGH | PA | 15222-2603 |
| 4916026 | PIPING TECHNOLOGY & PRODUCTS, INC. | 1225 S MAIN ST STE 102 | | | GRAPEVINE | TX | 76051-5647 |
| 4916011 | TOLUNAY-WONG ENGINEERS, INC. | LOVEIN RIBMAN PC | 1225 S Main St | Ste 102 | Grapevine | TX | 76051-5647 |
| 4918787 | WARD, RANDALL | Address on File | | | | | |

**Exhibit B**

Exhibit B
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 6688069 | Austin, Cody W | Address on File | | | | | |
| 4915915 | DELISI COMMUNICATIONS | ATTN: NA | 1108 LAVACA ST | SUITE 110 | AUSTIN | TX | 78701-2110 |
| 4919420 | DL STEVENSON | Address on File | | | | | |
| 5716920 | HANER, SETH B | Address on File | | | | | |
| 4916061 | HERC RENTALS | ATTN: ROTHA GIESE | 27500 RIVERVIEW CENTER BLVD | SUITE 100 | BONITA SPRINGS | FL | 34134-4328 |
| 4919147 | JOANNA NIBERT | Address on File | | | | | |
| 4916770 | NEW CENTURY FINANCIAL | 1780 HUGHES LANDING BLVD STE 675 | | | SPRING | TX | 77380-4024 |
| 6687657 | Noyola, Aaron | Address on File | | | | | |
| 4918810 | PETE L GARCIA | Address on File | | | | | |
| 6687600 | Pradera, Uilses F | Address on File | | | | | |
| 4963902 | SMBC RAIL SERVICES/AMERICAN RAILCAR | 5600 MEXICO RD | SUITE 2 | | SAINT PETERS | MO | 63376-1660 |
| 5716941 | THELEN, VALERIE C | Address on File | | | | | |
| 5716757 | U.S. BELLOWS, INC. | C/O LOVEIN RIBMAN | ATTN: HAVEN MASSEY | 1225 S MAIN ST STE 102 | GRAPEVINE | TX | 76051-5647 |
| 4918787 | WARD, RANDALL | Address on File | | | | | |
| 4918488 | WILLIAM TOMLINSON | Address on File | | | | | |