# M & G USA Corporation, et al
## Berkeley Research Group, LLC
## Exhibit A: Time Detail

For the Period 10/1/2018 through 10/31/2018



| Date | Professional | Hours | Description |
|---|---|---|---|
| **04. DIP Financing** | | | |
| 10/1/2018 | C. Kearns | 0.4 | Reviewed presentation requested by Counsel for the Committee re: status of business/ ask on DIP extension. |
| 10/2/2018 | D. Galfus | 0.7 | Reviewed the Debtors' current deal status re: emergency DIP motion. |
| 10/3/2018 | D. Galfus | 0.6 | Reviewed the Debtors' emergency DIP motion. |
| 10/3/2018 | R. Wright | 0.4 | Reviewed DIP extension budget. |
| 10/4/2018 | C. Kearns | 0.3 | Reviewed interim DIP terms. |
| 10/15/2018 | R. Wright | 0.3 | Participated in a call with Milbank (M. Price) re: DIP extension budget. |
| 10/18/2018 | R. Wright | 2.1 | Analyzed DIP extension budget. |
| 10/19/2018 | R. Wright | 2.8 | Compared DIP extension budget to historical run rate. |
| **Task Code Total Hours** | | **7.6** | |
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 10/9/2018 | M. Haverkamp | 1.2 | Prepared August/ September application. |
| 10/17/2018 | M. Haverkamp | 0.7 | Prepared September fee application. |
| 10/17/2018 | R. Wright | 0.6 | Reviewed August/September fee application. |
| 10/22/2018 | M. Haverkamp | 0.7 | Edited August- September fee application. |
| 10/22/2018 | R. Wright | 0.5 | Reviewed July/ August fee application. |
| 10/23/2018 | M. Haverkamp | 0.3 | Edited August- September fee application. |
| 10/24/2018 | R. Wright | 0.5 | Prepared tenth monthly fee application. |
| 10/24/2018 | M. Haverkamp | 0.2 | Edited August- September fee application. |
| 10/26/2018 | M. Haverkamp | 0.5 | Edited August-September fee app. |
| 10/26/2018 | D. Galfus | 0.4 | Prepared BRG's 10th monthly fee application. |

Berkeley Research Group, LLC
Invoice for the 10/1/2018 - 10/31/2018 Period

| Date | Professional | Hours | Description |
|---|---|---|---|
| **05. Professional Retention/ Fee Application Preparation** | | | |
| 10/29/2018 | M. Haverkamp | 0.9 | Edited August-September fee application for Counsel comments. |
| **Task Code Total Hours** | | **6.5** | |
| **08. Interaction/Meetings with Creditors** | | | |
| 10/1/2018 | D. Galfus | 0.4 | Participated in a call with the Committee and Counsel (L. Doyle) related to the status of the deal and funding issues. |
| 10/1/2018 | R. Wright | 0.4 | Participated in a call with the Committee re: proposed DIP extension budget. |
| 10/1/2018 | C. Kearns | 0.3 | Participated in a portion of a call with the Committee re: status of bid extension negotiations. |
| 10/1/2018 | D. Galfus | 0.2 | Emailed with Counsel re: case matters. |
| 10/5/2018 | D. Galfus | 0.9 | Participated in a call with the Debtors (D. Stogsdill) and Counsel (L. Doyle) re: state of negotiations with the purchasers and lenders. |
| 10/5/2018 | R. Wright | 0.7 | Participated in a portion of a call with Milbank (L. Doyle) and the Debtors re: DIP extension budget. |
| 10/5/2018 | D. Galfus | 0.2 | Prepared a fee estimate for Counsel. |
| 10/17/2018 | R. Wright | 0.2 | Participated in a call with Milbank (P. Springer) re: Debtor requests and Mexico Settlement. |
| **Task Code Total Hours** | | **3.3** | |
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 10/5/2018 | D. Galfus | 0.5 | Updated BRG's recovery model. |
| 10/8/2018 | Z. Mainzer | 2.4 | Reviewed claimant stipulation from Debtors to incorporate into recovery model. |
| 10/17/2018 | R. Wright | 2.6 | Analyzed proposed settlement with Mexico re: recoveries. |
| 10/18/2018 | Z. Mainzer | 2.4 | Updated creditor recovery analysis model incorporating the Mexico Settlement. |
| 10/18/2018 | R. Wright | 1.4 | Analyzed proposed settlement with Mexico re: recoveries. |
| 10/18/2018 | R. Wright | 1.4 | Analyzed recoveries under the Mexico settlement re: $600 million in claim relief. |
| 10/23/2018 | R. Wright | 2.7 | Prepared an analysis of recoveries including the Mexico settlement. |
| 10/23/2018 | R. Wright | 1.8 | Prepared an analysis of claims after incorporating the Mexico settlement. |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **10. Recovery/SubCon/Lien Analysis** | | | |
| 10/23/2018 | Z. Mainzer | 1.7 | Developed recovery analysis slides for Committee presentation. |
| 10/24/2018 | R. Wright | 2.0 | Prepared an analysis of recoveries including the Mexico settlement. |
| 10/24/2018 | Z. Mainzer | 1.8 | Updated presentation with additional recovery analysis slides for creditor Committee. |
| 10/30/2018 | R. Wright | 1.5 | Incorporated Milbank comments to waterfall update for the Committee. |
| 10/30/2018 | Z. Mainzer | 1.4 | Updated recovery analysis slides in presentation to Committee at the request of Counsel. |
| 10/30/2018 | Z. Mainzer | 0.6 | Updated recovery analysis model incorporating additional scenarios. |
| 10/31/2018 | R. Wright | 1.2 | Reviewed administrative claims re: recoveries. |
| **Task Code Total Hours** | | **25.4** | |
| **11. Claim Analysis/Accounting** | | | |
| 10/8/2018 | R. Wright | 0.9 | Analyzed claims-related stipulation. |
| 10/17/2018 | R. Wright | 0.1 | Participated in a call with Milbank (P. Springer) re: Mexico Settlement. |
| 10/19/2018 | R. Wright | 2.2 | Prepared an analysis for Counsel re: Mexico settlement. |
| 10/24/2018 | R. Wright | 2.9 | Prepared a presentation for the Committee re: Mexico settlement. |
| 10/24/2018 | R. Wright | 1.7 | Continued to prepare a presentation for the Committee re: Mexico settlement. |
| 10/24/2018 | R. Wright | 0.7 | Reviewed proposed Mexico settlement. |
| 10/31/2018 | R. Wright | 0.8 | Reviewed stipulation re: claim settlement. |
| **Task Code Total Hours** | | **9.3** | |
| **18. Operating and Other Reports** | | | |
| 10/3/2018 | Z. Mainzer | 1.4 | Updated MOR analysis model upon receipt of latest MOR from Debtors. |
| 10/16/2018 | R. Wright | 1.5 | Reviewed August MOR. |
| 10/29/2018 | R. Wright | 1.7 | Reviewed M&G Mexico analysis prepared by Rothschild. |
| 10/31/2018 | R. Wright | 1.6 | Reviewed September MOR. |
| **Task Code Total Hours** | | **6.2** | |

| Date | Professional | Hours | Description |
|---|---|---|---|
| **19. Cash Flow/Cash Management Liquidity** | | | |
| 10/1/2018 | R. Wright | 1.6 | Prepared a schedule of the DIP cash flow savings, period to date. |
| 10/1/2018 | R. Wright | 0.9 | Participated in a call with A&M (A. Rapacki) re: cash flow variance. |
| 10/1/2018 | D. Galfus | 0.7 | Reviewed the latest cash flow forecast. |
| 10/1/2018 | D. Galfus | 0.6 | Reviewed BRG reporting on the Debtors' updated cash flows and recovery modeling. |
| 10/5/2018 | D. Galfus | 0.7 | Analyzed the updated budget for financing needs. |
| 10/19/2018 | Z. Mainzer | 2.6 | Developed run rate variance schedule based on Debtors latest DIP budget forecast. |
| **Task Code Total Hours** | | **7.1** | |
| **Total Hours** | | **65.4** | |