# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| M & G USA CORPORATION, *et al.*1, | § | Case No. 17-12307 (BLS) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**THE PORT OF CORPUS CHRISTI AUTHORITY'S RESPONSE TO THE SECOND AMENDED JOINT PLAN OF LIQUIDATION OF THE U.S. DEBTORS AND DEBTORS IN POSSESSION**

THE PORT OF CORPUS CHRISTI AUTHORITY (the "Port"), by and through the undersigned counsel, hereby files this Response to the Second Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession (the "Plan") [Docket No. 2049], and in support thereof respectfully states as follows:

1. On March 12, 2018, the Debtors filed their Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale (the "Notice"). [Docket No. 1142].

2. Pursuant to the Notice, the Debtors provided certain parties, including the Port, with notice of the Debtors' intent to assume and assign their contracts in relation to the sale transaction contemplated in the Notice.

3. The Port is the non-debtor counter party to leases and agreements listed on Exhibit C to the Notice relating to the Debtors' property located at 7001 Joe Fulton International Corridor, Corpus Christi, Nueces County, Texas 78409.

4. The Port agrees that the amounts listed in Exhibit C to the Notice are the correct pre-petition amounts due and owing under the Debtors' leases and agreements with the Port.

5. Since the filing of the Notice, certain additional amounts have accrued and remain unpaid under the Debtors' leases and agreements with the Port in the total amount of $1,368,540.00. Attached hereto as **Exhibit A** is the Port's accounts receivable analysis indicating the additional amounts that remain unpaid under the Debtors' leases and agreements with the Port.

6. On November 30, 2018, Port's counsel conferred with Debtors' counsel and financial advisor, and Port's counsel was advised that all pre-petition and post-petition amounts due and owing to cure the Debtors' executory contacts with the Port will be paid upon closing of the sale transaction.

7. Accordingly, the Port does not object to confirmation of the Debtors' Plan to the extent that the Debtors cure the amounts due and owing under the Debtors' leases and agreements with the Port upon closing of the sale transaction, including those amounts listed in the Notice and the amount of $1,368,540.00 that has accrued since the filing of the Notice.

WHEREFORE, the Port of Corpus Christi Authority requests that any objection of the Port to confirmation of the Plan be reserved until such time as the amounts owed to the Port as described herein are paid pursuant to the parties' agreement, and that all other and further relief as the Court deems just and proper be awarded.

Date: December 7, 2018.

Respectfully submitted,

Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 226-7318 (fax)

By: /s/ Lynn Hamilton Butler
　　Lynn Hamilton Butler
　　Texas Bar No. 03527350
　　lynn.butler@huschblackwell.com

**ATTORNEYS FOR PORT OF CORPUS CHRISTI AUTHORITY**

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing pleading was forwarded via this Courts CM/ECF notification system to the parties registered for such service on December 7, 2018, including the following:

(i) counsel to the Debtors, Jones Day, 250 Vesey Street, New York, NY 10280, Attn: Scott J. Greenberg, Esq. (sgreenberg@jonesday.com) and Stacey L. Corr-Irvine, Esq. (scorrirvine@jonesday.com), 901 Lakeside Avenue, Cleveland, Ohio 44114, Attn: Carl E. Black, Esq. (ceblack@jonesday.com), 1420 Peachtree Street, N.E., Suite 800, Atlanta, GA 30309-3053, Attn: Daniel J. Merrett, Esq. (dmerrett@jonesday.com) and Pachulski Stang Ziehl & Jones LLP, 919 North Market St., 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), James E. O'Neill, Esq. G oneill@pszjlaw.com) and Joseph M. Mulvihill, Esq. Gmulvihill@pszjlaw.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King St., Suite 2207, Wilmington, Delaware 19801, Attn: Hannah McCollum, Esq. (Hannah.McCollum@usdoj.gov); (iii) counsel to the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com) and Lauren Doyle, Esq. (ldoyle@milbank.com) and Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington Delaware 19801, Attn: J. Kate Stickles, Esq. (kstickles@coleschotz); (iv) counsel to the Pre¬ Petition First Lien Lender and CEC, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, Attn: Lisa M. Schweitzer, Esq. (lschweitzer@cgsh.com) and Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Pauline K. Morgan, Esq. (pmorgan@ycst.com); and (v) counsel to Corpus Christi Polymers LLC, Weil, Gotshal & Manges LLP, 700 Louisiana, Suite 1700, Houston, TX 77002, Attn: Alfredo Perez, Esq. (alfredo.perez@weil.com), Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020, Attn: Paul Kizel, Esq. (pkizel@lowenstein.com) and Duane Morris LLP, Suite 5010, 600 Grant Street, Pittsburgh, PA 15219, Attn: Joel M. Walker, Esq. (JMWalker@duanemorris.com).

*/s/ Lynn H. Butler*
Lynn H. Butler