M&G Acounts Receivable Analysis - December 5, 2018

| Outstanding: | | Pre-Petition | Post-Petition | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lease ID | Description | Total Pre- | July billings | July Pmnt 8/8 | November billings | November Pmnt 11/29 | November Pmnt 12/5 | Total Post- | Total |
| | Minimum Guaranteed Throughput on 58.47 ac Rail Yard Lease | $ 1,140,000.00 | $ 1,160,340.00 | $ - | $ - | $ - | $ - | $ 1,160,340.00 | $ 2,300,340.00 |
| | Guaranteed Minimum Throughput over OD 14 | $ 33,500.00 | $ 208,200.00 | $ - | $ - | $ - | $ - | $ 208,200.00 | $ 241,700.00 |
| 21795 | Mossi & Ghisolfi Logistics - 27.84 acre construction easement | $ 105,813.75 | $ 35,281.25 | $ (35,281.25) | $ 35,281.25 | $ (35,281.25) | $ - | $ - | $ 105,813.75 |
| | Rail Car Storage | $ 184,000.00 | $ 62,000.00 | $ (62,000.00) | $ 60,000.00 | $ - | $ (60,000.00) | $ - | $ 184,000.00 |
| | BMD Storage | $ 3,124.80 | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,124.80 |
| 21768 | Monthly lease on 8 acre construction laydown site | $ 9,000.00 | $ 18,000.00 | $ (18,000.00) | $ 18,000.00 | $ (18,000.00) | $ - | $ - | $ 9,000.00 |
| 21806 | Monthly lease on 6 acre construction laydown west of ADM | $ 12,000.00 | $ 12,000.00 | $ (12,000.00) | $ 12,000.00 | $ (12,000.00) | $ - | $ - | $ 12,000.00 |
| 21805 | Monthly lease on 10 acre construction laydown at Rincon | $ 12,500.00 | $ 12,500.00 | $ (12,500.00) | $ 12,500.00 | $ (12,500.00) | $ - | $ - | $ 12,500.00 |
| 21809 | Monthly lease of West Transfer Facility | $ 15,000.00 | $ - | $ - | $ 16,914.43 | $ (16,914.43) | $ - | $ - | $ 15,000.00 |
| 21853 | Cargo Dock 14 warehouse, 27,372 sf | $ 68,940.45 | $ 18,111.60 | $ (18,111.60) | $ 18,111.60 | $ (18,111.60) | $ - | $ - | $ 68,940.45 |
| | Cargo Dock 14 warehouse, insurance | $ 1,354.64 | $ 355.88 | $ (355.88) | $ 444.16 | $ (444.16) | $ - | $ - | $ 1,354.64 |
| | Cargo Dock 14 warehouse, south side billed at tariff | $ 9,009.00 | $ 3,657.75 | $ (3,657.75) | $ 3,657.75 | $ - | $ (3,657.75) | $ - | $ 9,009.00 |
| | 2018 Annual FTZ Project Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | Chemtex - Additional Work Costs reimbursement for Oil Dock 14 | $ 491,749.81 | $ - | $ - | $ - | $ - | $ - | $ - | $ 491,749.81 |
| | Passthru billing of SecOps Security Guard Services | $ 852.88 | $ - | $ - | $ - | $ - | $ - | $ - | $ 852.88 |
| | Catch-Up Billing Feb 2017 - Oct 2017 Transfer Facility | $ 13,500.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,500.00 |
| | Passthru billing of SecOps Security Guard Services | $ 643.68 | $ - | $ - | $ - | $ - | $ - | $ - | $ 643.68 |
| | Passthru billing of SecOps Security Guard Services | $ 965.52 | $ - | $ - | $ - | $ - | $ - | $ - | $ 965.52 |
| | Passthru billing of SecOps Security Guard Services | $ 965.52 | $ - | $ - | $ - | $ - | $ - | $ - | $ 965.52 |
| | **Total** | **$ 2,102,920.05** | **$ 1,530,446.48** | **$ (161,906.48)** | **$ 176,909.19** | **$ (113,251.44)** | **$ (63,657.75)** | **$ 1,368,540.00** | **$ 3,471,460.05** |

| Total by Company | Total Pre- | July | July | November | November | November | Total Post- | Total |
|---|---|---|---|---|---|---|---|---|
| Mossi & Ghisolfi Logistics | $ 105,813.75 | $ 35,281.25 | $ (35,281.25) | $ 35,281.25 | $ (35,281.25) | $ - | $ - | $ 105,813.75 |
| M&G Resins USA LLC | $ 1,997,106.30 | $ 1,495,165.23 | $ (126,625.23) | $ 141,627.94 | $ (77,970.19) | $ (63,657.75) | $ 1,368,540.00 | $ 3,365,646.30 |
| **Total** | **$ 2,102,920.05** | **$ 1,530,446.48** | **$ (161,906.48)** | **$ 176,909.19** | **$ (113,251.44)** | **$ (63,657.75)** | **$ 1,368,540.00** | **$ 3,471,460.05** |

EXHIBIT A