**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

## FIRST OMNIBUS ORDER AUTHORIZING THE ASSUMPTION
## OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

This Court has considered the *Debtors' First Omnibus Motion for Entry of an Order Authorizing Them to Assume Certain Executory Contracts and Unexpired Leases* (the "Motion")[2] and the statements of counsel and the evidence adduced with respect to the Motion at any hearing before this Court (the "Hearing").  This Court has found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances.  After due deliberation, this Court has determined that (i) the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; (ii) the Debtors have exercised reasonable business judgment in determining that the Assumed Contracts should be assumed pursuant to sections 105 and 365 of the Bankruptcy Code; (iii) the Debtors have satisfied the requirement under sections 365(b) of the Bankruptcy Code that the assignee provide

---

[1]      The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208).  The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2]      Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

adequate assurance of future performance to each applicable Counterparty; and (iv) good and sufficient cause having been shown;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED as set forth herein.

2.  Pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, effective as of the closing of the sale of the Corpus Christi Assets to CCP, the Debtors are authorized to assume and assign the Assumed Contracts identified on Exhibit 1 attached hereto to CCP.  In the event that the sale of the Corpus Christi Assets to CCP does not close, the Assumed Contracts shall not be assumed.

3.  Within two business days after entry of this Order, the Debtor shall serve this Order on the Counterparties to the Assumed Contracts.

4.  Notwithstanding the relief granted herein and any actions taken hereunder, nothing in the Motion or this Order shall be deemed or construed to constitute an admission that any Assumed Contract is an executory contract or unexpired lease.

5.  For the avoidance of doubt, the inclusion of any contract or lease on Exhibit 1 hereto and/or entry of this Order shall be without prejudice to the rights of CCP, pursuant to the terms of the CCP APA, to subsequently exclude any such contracts or leases from (or not include any such contracts or leases on) the Purchased Contracts listed on Schedule 2.1(b)(vii) to the CCP APA prior to the closing of the sale pursuant to the CCP APA, and any such contracts or leases excluded from Schedule 2.1(b)(vii) to the CCP APA (as such schedule may be amended or modified by CCP in accordance with the CCP APA) shall not be assumed and shall be deemed rejected in the event that the sale of the Corpus Christi Assets to CCP closes.

NAI-1505590395v4

6.      The assumption of the Assumed Contracts authorized by this Order complies with the requirements of Bankruptcy Rules 6006(e) and (f).

7.      Notwithstanding any provision in the Bankruptcy Rules to the contrary: (a) this Order shall be effective immediately and enforceable upon its entry; (b) the Debtors are not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order; and (c) the Debtors are authorized and empowered, and may in their discretion and without further delay, take any action necessary or appropriate to implement this Order.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.


Dated: _____         _____
       Wilmington, Delaware            The Honorable Brendan L. Shannon
                                       United States Bankruptcy Court Judge

## EXHIBIT 1

**Assumed Contracts**

| DEBTOR | COUNTERPARTY NAME AND ADDRESS | CONTRACT DESCRIPTION[1] | TOTAL CURE AMOUNT |
|---|---|---|---|
| M & G Resins USA, LLC | Abbott Informatics Corporation Attn: Magda Alexandrescu 4000 Hollywood Blvd Suite 333 Hollywood, FL 33021 | Purchase Order for Starlims QA/QC System | $0 |
| M & G Resins USA, LLC | AEP Texas Central Company P.O. Box 2121 Corpus Christi, TX 78403 | Contribution Agreement in aid of constriction of substation needed to power plant dated January 1, 2008 | $0 |
| M & G Resins USA, LLC | AEP Texas Central Company P.O. Box 2121 Corpus Christi, TX 78403 | Contribution Agreement in aid of constriction of substation needed to power plant dated April 9, 2014 | $0 |
| M & G Resins USA, LLC | AEP Texas Central Company P.O. Box 2121 Corpus Christi, TX 78403 | Letter Agreement for AEP to begin process of constructing facilities to supply electricity to Corpus Christi Plant | $0 |
| M & G Resins USA, LLC | AmGUARD Insurance Co. – A Stock Company P.O. Box A-H 16 S. River Street Wilkes-Barre, PA 18703 | Commercial Auto Insurance Policy effective June 6, 2018 | $0 |
| M & G Resins USA, LLC | Berkley Assurance Company 7233 E. Butherus Drive Scottsdale, AZ 8526 | Commercial General Liability Insurance Policy covering 410 acres of vacant land at 7001 Joe Fulton Intl. Trade Corridor, Corpus Christi, TX 78409 | $0 |

---

[1]     The inclusion of any contract and/or lease on this list shall not be construed as an admission that any such contract and/or lease is an executory contract.  The Debtors reserve the right to raise any defense to, or otherwise dispute, the Cure Amounts listed herein or asserted by the Counterparties.  Unless otherwise noted, all Assumed Contracts listed on this Exhibit 1 include any and all amendments, modifications, addendums, schedules, riders or other ancillary documents with respect thereto.

| DEBTOR | COUNTERPARTY NAME AND ADDRESS | CONTRACT DESCRIPTION[1] | TOTAL CURE AMOUNT |
|---|---|---|---|
| M & G Resins USA, LLC | City of Corpus Christi c/o City Attorney's Office PO Box 9277 Corpus Christi, TX 78469  With a copy to: City of Corpus Christi c/o City Attorney's Office 1201 Leopard Street Corpus Christi, TX 78401 | Industrial District Affidavit describing the water meters and backflow prevention devices at 7001 Joe Fulton Intl. Trade Corridor | $0 |
| M & G Resins USA, LLC | Coastal Bend Bays & Estuaries Program 1305 N. Shoreline Blvd., Suite 2015 Corpus Christi, TX 78401 | Option and Wetlands Mitigation Agreement  First Amendment to Option and Wetlands Mitigation Agreement | $0 |
| M & G Resins USA, LLC | Coastal Bend Bays & Estuaries Program, Inc. 1305 Shoreline, Suite 205 Corpus Christi, TX 78401 | Letter of Intent for Proposed Mitigation at the CBBEP Nueces Delta Preserve | $0 |
| M & G Resins USA, LLC | David and Barbara Quackenbush 1537 Nevada Street Houston, TX 77006 | 1202 Ripple Creek Drive Lease and Assumption | $0 |
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Declaration of Restrictions prohibiting residential use of the property at 1118 Vernon Dr., Corpus Christi, TX 78407 | $0 |
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Declaration of Restrictions prohibiting residential use of the property at 1214 Vernon Dr., Corpus Christi, TX 78407 | $0 |
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Declaration of Restrictions prohibiting residential use of the property at 1226 Dona Dr., Corpus Christi, TX 78407 | $0 |

NAI-1505590395v4

| DEBTOR | COUNTERPARTY NAME AND ADDRESS | CONTRACT DESCRIPTION[1] | TOTAL CURE AMOUNT |
|---|---|---|---|
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Declaration of Restrictions prohibiting residential use of the property at 1106 Dona Dr., Corpus Christi, TX 78407 | $0 |
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Declaration of Restrictions prohibiting residential use of the property at 1134 Manchester Ave, Corpus Christi, TX 78407 | $0 |
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Declaration of Restrictions prohibiting residential use of the property at 1101 Golla Dr., Corpus Christi, TX 78407 | $0 |
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Declaration of Restrictions prohibiting residential use of the property at 1109 Golla Dr., Corpus Christi, TX 78407 | $0 |
| M & G Resins USA, LLC | Environmental Justice Housing Fund c/o Environmental Clinic 727 E. Dean Keeton Austin, TX 78705 | Escrow Agreement effective November 19, 2014 | $0 |
| M & G Resins USA, LLC | Hudson Insurance Company 100 William St. New York, NY 10038 | Fiduciary Liability Insurance Policy effective November 8, 2018 | $0 |

NAI-1505590395v4

| DEBTOR | COUNTERPARTY NAME AND ADDRESS | CONTRACT DESCRIPTION[1] | TOTAL CURE AMOUNT |
|---|---|---|---|
| Chemtex International Inc. | Johnson Controls Fire Protection f/k/a Simplex Grinnell LP 1125 East Collins Boulevard, Richardson, TX 75080 | Construction Contract for a fire protection system, public address system and access control system with fence and CCTV | $0[2] |
| M & G Resins USA, LLC | OSIsoft LLC Creekside Plaza Building A 1100 San Leandro Blvd, 2nd Floor Suite 200 San Leandro, CA 94577 | Corporate Family Software License and Services Agreement dated October 12, 2015 | $0 |
| M & G Resins USA, LLC | Port Of Corpus Christi Authority 222 Power Street Corpus Christi, TX  78401 | Stormwater Discharge License Agreement dated December 13, 2016 | $0 |
| M & G Resins USA, LLC | Refinery Terminal Fire Company PO Box 4162 Corpus Christi, TX 78469 | Letter Acknowledgement of Acceptance of Application to Become an Emergency Response Participating Member | $0 |
| M & G Resins USA, LLC | Satellite Shelters 1903 FM 1516 N Converse, TX 78109 | Rental Order Agreement for lease of a mobile office | $0 |
| M & G Resins USA, LLC | Spectrum 6021 Katella Ave Cypress, CA 90630 | Customer Service Order for internet service at 121 44th St., Suite 137, Corpus Christi, TX 78405 | $0 |

---

[2]       Assumption of contract and cure amount may be resolved in connection with resolution of mechanics' lien claim asserted by Tyco Simplex Grinnell LP.

NAI-1505590395v4

| DEBTOR | COUNTERPARTY NAME AND ADDRESS | CONTRACT DESCRIPTION[1] | TOTAL CURE AMOUNT |
|---|---|---|---|
| Chemtex International Inc. | ThyssenKrupp Elevator Corp. 2801 Network Blvd., Suite 700 Frisco, TX 75034 | Elevator Installation for PET building | $0[3] |
| M & G Resins USA, LLC | Time Warner Cable Enterprises LLC 60 Columbus Circle New York, NY 10023 | Customer Service Order for internet service at Corpus Christi Plant | $0 |
| M & G Resins USA, LLC | U.S. Risk, LLC Attn: Nick Langham 8401 North Central Expressway Suite 1000 Dallas, TX 75225

With a copy to: Wortham Insurance & Risk Management Attn: John L. Robertson 2727 Allen Parkway Houston, TX 77019 | Environmental Liability Insurance Policy | $0 |
| Chemtex International Inc. | Wholesale Electric 4040 Gulf Freeway Houston, TX 77004

With a copy to: Carl Dore, Jr. Dore Law Group, P.C. 17171 Park Row, Suite 160 Houston, TX 77084 | Purchase Order No. CT0034.0191 dated as of June 10, 2016, as revised

Purchase Order No. CT0034.0198 issued as of June 29, 2016, as revised | $0[4] |

---

3    Assumption of contract and cure amount may be resolved in connection with resolution of mechanics' lien claim asserted by ThyssenKrupp Elevator Corporation.

4    Assumption of contract and cure amount may be resolved in connection with resolution of mechanics' lien claim asserted by Wholesale Electric.

-5-