## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| M & G USA CORPORATION, *et al.,* [1] | : | Case No. 17-12307 (BLS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Hearing Date: December 17, 2018 at 11:00 a.m. (ET)** |
|  | : | **Obj. Deadline: December 17, 2018 at 11:00 a.m. (ET)** |
|  | : | **Ref. Docket No. 2110 & 2106** |

## NOTICE OF HEARING ON DEBTORS' FIRST OMNIBUS MOTION
## FOR ENTRY OF AN ORDER AUTHORIZING THEM
## TO ASSUME CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on December 10, 2018, the above-captioned

debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' First Omnibus*

*Motion for Entry of an Order Authorizing Them to Assume Certain Executory Contracts and*

*Unexpired Leases* [Docket No. 2106] (the "Motion") with the United States Bankruptcy Court

for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the

"Bankruptcy Court"). A copy of the Motion was previously served on you.

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2018, the

Bankruptcy Court entered the *Order Granting Motion to Shorten Notice and Schedule Hearing*

*with Respect to Debtors' First Omnibus Motion for Entry of an Order Authorizing Them to*

*Assume Certain Executory Contracts and Unexpired Leases* [Docket No. 2110] (the "Order"). A

copy of the Order is attached hereto as **Exhibit 1**.

---

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067. On November 20, 2018, the chapter 11 cases of the following three entities were dismissed: Mossi & Ghisolfi International S.à r.l. (Case No. 17-12315 (BLS)), M&G Chemicals S.A. (Case No. 17-12316 (BLS)) and M&G Capital S.à r.l. (Case No. 17-12317 (BLS)).

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of a final order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **December 17, 2018 at 11:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors, (a) Jones Day, 250 Vesey Street, New York, NY 10025 (Attn: Scott J. Greenberg, Esq.), sgreenberg@jonesday.com, and (b) Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones, Esq.), ljones@pszjlaw.com; (ii) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: Hannah M. McCollum, Esq.), Hannah.mccollum@usdoj.gov; (iii) counsel for the Pre-Petition First Lien Lender and the DIP Lender, (a) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (Attn: Lisa M. Schweitzer, Esq.), lschweitzer@cgsh.com, and (b) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801 (Attn: Pauline K. Morgan, Esq.), pmorgan@ycst.com; (iv) counsel to the Pre-Petition Second Lien Secured Party, (a) Weil, Gotshal & Manges LLP, 700 Louisiana, Suite 1700, Houston, TX 77002 (Attn: Alfredo R. Perez, Esq.) alfredo.perez@weil.com, and (b) Morris, Nichols, Arsht and Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, DE 19801 (Attn: Curtis S. Miller, Esq.), cmiller@mnat.com; and (v) counsel to the Official Committee of Unsecured Creditors, (a) Milbank Tweed Hadley & McCoy LLP, 28 Liberty Street, New York, New York 10005-1413 (Attn: Dennis F. Dunne), ddunne@milbank.com, and (b) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: J. Kate Stickles), kstickles@coleschotz.com.

DOCS_DE:222262.1 54032/001

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **DECEMBER 17, 2018 AT 11:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 11, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Joseph M. Mulvihill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Joseph M. Mulvihill (DE Bar No. 6061)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:      ljones@pszjlaw.com
            joneill@pszjlaw.com
            jmulvihill@pszjlaw.com

and

JONES DAY

Scott J. Greenberg
Stacey L. Corr-Irvine
250 Vesey Street
New York, NY 10281
Telephone:   (212) 326-3939
Facsimile:   (212) 755-7306
Email:       sgreenberg@jonesday.com
             scorrirvine@jonesday.com

and

Carl E. Black
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone:   (216) 586-7035
Facsimile:   (216) 579-0212
Email:       ceblack@jonesday.com

Co-Counsel for the Debtors and Debtors in Possession