# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |

### DECLARATION OF CRAIG E. JOHNSON OF PRIME CLERK LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE SECOND AMENDED JOINT PLAN OF LIQUIDATION OF THE U.S. DEBTORS AND DEBTORS IN POSSESSION

I, Craig E. Johnson, declare, under the penalty of perjury:

1. I am a Director, Solicitation and Public Securities at Prime Clerk LLC ("**Prime Clerk**"), located at 830 Third Avenue, 9th Floor, New York, New York 10022. I am over the age of eighteen years and not a party to the above-captioned cases.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the *Second Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession*, dated November 6, 2018 (Docket No. 2049) (the "**Second Amended Plan**" and, as amended, modified and supplemented, the **"Plan"**).[2] Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on

---

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & GPolymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan.

behalf of Prime Clerk.  If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. This Court authorized Prime Clerk's retention as the (a) claims and noticing agent to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") pursuant to the *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date*, dated November 1, 2017 (Docket No. 65) and (b) administrative advisor pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date*, dated November 30, 2017 (Docket No. 298) (collectively, the "**Retention Orders**").  The Retention Orders authorize Prime Clerk to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Second Amended Plan.  Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. Pursuant to the *Order (I) Approving Disclosure Statement, (II) Approving Form and Manner of Service of Notice Thereof; (III) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Chapter 11 Plan of Liquidation; and (IV) Scheduling Hearing on Confirmation of Chapter 11 Plan of Liquidation*, dated November 6, 2018 (Docket No. 2047) (the "**Disclosure Statement Order**"), the Court (a) established certain procedures to solicit votes on and tabulate Ballots submitted by Holders of Claims entitled to vote on the Plan (the "**Solicitation Procedures**") and (b) authorized the Debtors to send Holders of Claims entitled to vote on the Second Amended Plan certain materials in connection therewith (collectively, the "**Solicitation Materials**").  The Disclosure Statement Order further established

November 5, 2018, as the record date (the "**Voting Record Date**") for determining which Holders of Claims were entitled to vote on the Plan. Prime Clerk adhered to the Solicitation Procedures outlined in the Disclosure Statement Order and distributed Ballots and Solicitation Packages to Holders of Claims in the following classes, which were the only classes entitled to vote on the Second Amended Plan pursuant to the Disclosure Statement Order (collectively, the "**Voting Classes**"):

| Plan Class | Class Description |
|---|---|
| 2 | Secured Pre-Petition First Lien Claims |
| 3 | Pre-Petition Second Lien Claims |
| 4 | Secured Corpus Christi Mechanics' Lien Reserve Claims |
| 8 | General Unsecured Claims |

5. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors and their advisors to identify the Holders of Claims in the Voting Classes entitled to vote on the Second Amended Plan and to coordinate the distribution of the Solicitation Packages to these Holders of Claims. A detailed description of Prime Clerk's distribution of Solicitation Packages is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials*, dated November 14, 2018 (Docket No. 2065), which is incorporated herein by reference.

6. Further, in accordance with the Solicitation Procedures, Prime Clerk received, reviewed, determined the validity of, and tabulated the Ballots submitted by Holders of Claims in the Voting Classes voting on the Second Amended Plan. Each Ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database, and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant Holder of a Claim in a Voting Class entitled to vote on the Second Amended Plan (or such Holder's authorized representative), (c) returned to Prime Clerk

via an approved method of delivery set forth in the Solicitation Procedures and (d) received by Prime Clerk by 5:00 p.m. (prevailing Eastern Time) on December 6, 2018 (the "**Voting Deadline**"), unless such Voting Deadline was extended by the Debtors after consultation with the Creditors' Committee.[3]

7. Unless otherwise noted, all valid Ballots cast by Holders of Claims in the Voting Classes entitled to vote on the Second Amended Plan and received by Prime Clerk on or before the Voting Deadline were tabulated pursuant to the Solicitation Procedures. The final tabulation of timely and properly completed Ballots received by Prime Clerk is attached hereto as **Exhibit A**. A report of all Ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such Ballots, is attached hereto as **Exhibit B**.

**Potential Supplemental Voting Declaration with Respect to Class 4 Ballots**

8. I have been informed that the Debtors, in consultation with the Creditors' Committee, may agree to extend the Voting Deadline for Holders of Claims in Class 4. As soon as reasonably practicable following such extended voting deadline, Prime Clerk will submit a supplemental declaration tabulating any additional votes.

---

[3] Pursuant to the direction of Debtors' counsel, Prime Clerk accepted and tabulated the following two (2) Ballots voting in Class 8 to accept the Second Amended Plan which were received by Prime Clerk after the Voting Deadline: (i) ALCOF II NUBT. L.P. (Ballot No. 289) voting in the amount of $59,997,195.69 and (ii) ALCOF II NUBT. L.P. (Ballot No. 290) voting in the amount of $11,796,059.02.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Second Amended Plan is true and correct.

Dated: December 11, 2018

_____
Craig E. Johnson
Director, Solicitation and Public Securities
Prime Clerk LLC