# Exhibit A

**M & G USA Corporation, *et al.***
**Exhibit A- Tabulation Summary**

| Class | Class Description | Number Accepting | Percentage of Number Accepting | Amount Accepting | Percentage of Amount Accepting | Number Rejecting | Percentage of Number Rejecting | Amount Rejecting | Percentage of Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Secured Pre-Petition First Lien Claims | 1 | 100.00% | $423,800,000.00 | 100.00% | 0 | 0.00% | $0.00 | 0.00% | Accept |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | 6 | 14.63% | $2,286,794.03 | 0.99% | 35 | 85.37% | $227,568,051.04 | 99.01% | Reject |
| 8 | General Unsecured Claims | 161 | 87.03% | $774,729,232.03 | 86.98% | 24 | 12.97% | $115,981,519.58 | 13.02% | Accept |