**Exhibit B**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Received Date | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | AC Plastiques USA, LLC | $169,778.98 | Reject | 11/29/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Apache Industrial Painting, Inc. | $1,815,441.41 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Butting Canada, Ltd. | $1,173,643.64 | | 12/6/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Butting Canada, Ltd. | $1,173,643.64 | | 12/6/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN,SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Dawkins On-Site Concrete, LLC | $4,592,824.65 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Fagioli Inc. | $15,455,692.33 | Reject | 12/5/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Fluor | $5,198,819.71 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Lexicon, Inc. | $13,536,697.34 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Mirage Industrial Group | $5,015,113.53 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Montcalm USA, Inc. | $2,131,622.33 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | MSI Supply | $142,008.11 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | N&A Project Management USA, Inc. | $417,070.19 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Owl Creek Investments III, LLC as Transferee of CCC Group, Inc. | $596,872.02 | Reject | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Rabalais Constructors, LLC | $487,930.01 | Accept | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Repcon, Inc. | $261,593.34 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | TCI Business Capital, Inc. | $52,934,351.12 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | TNT Crane & Rigging | $610,583.00 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | W.T. Byler Co., Inc. | $300,000.00 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 4 | Secured Corpus Christi Mech Lien Reserve Claims | Wholesale Electric Supply Co. of Houston, Inc | $4,320,444.94 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | ADAP, Sharad Narayan | $17,713.00 | | 11/21/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Air Liquide Large Industries US LP | $46,536,252.97 | | 12/6/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN,SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Air Liquide Large Industries US LP | $46,536,252.97 | | 12/6/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Air Products and Chemicals, Inc. | $20,167.34 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Alcof II Nubt. L.P. As Transferee of Aloke Empreendimentos e Participacoes Ltda | $59,997,195.69 | Accept | 12/7/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Alfredo Ortiz | $980.58 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |

M & G USA Corporation, et al.
Exhibit B - Report of Non-Securities Ballots Excluded from Tabulation

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Received Date | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| 8 | General Unsecured Claims | Allen, Richard L | $1,672.87 | | 12/4/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN,SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Allen, Richard L | $1,672.87 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 8 | General Unsecured Claims | Amanda M Garcia | $446.89 | Accept | 12/6/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 8 | General Unsecured Claims | Arkadin Inc | $1,648.00 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE,SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Arkadin Inc | $1,648.00 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | BlackRock Financial Management, Inc. or an affiliate, on behalf of funds and accounts under management | $240,230.81 | Accept | 12/4/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Blue Moon Entertainment | $4,135.00 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 8 | General Unsecured Claims | Close Jr, William P | $2,091.09 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 8 | General Unsecured Claims | Controls And Instrumentation Company, Inc. | $8,970.82 | Accept | 11/28/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Dawkins On Site Concrete | $5,841,246.71 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Earhart, Neal J | $6,337.76 | | 11/21/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Fitch, Teresa L | $2,083.85 | | 11/26/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Hammack, Christopher P | $2,019.17 | Accept | 11/14/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Hendee Enterprises Inc | $2,580.00 | Accept | 11/14/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Hogan Lovells US LLP | $815,682.80 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Intergraph Corporation | $98,470.00 | Accept | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Joshua Pina | $1,215.42 | Accept | 12/5/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | M & G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |

M & G USA Corporation, et al.
Exhibit B - Report of Non-Securities Ballots Excluded from Tabulation

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Received Date | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Chemicals Brazil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Polimeros Brasil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Polimeros Brasil S.A. | $1.00 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | M&G Polimeros Brasil S.A. | $16,427,295.81 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Montcalm USA, Inc. | $1,171,061.90 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | MSC Industrial Supply | $552.28 | | 11/16/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN,SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | MSI Supply, Inc. | $20,854.48 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | N&A Project Management USA, Inc. | $232,070.19 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Nationwide Industrial Supply | $47,079.03 | Accept | 12/3/2018 | NOT ENTITLED TO VOTE ON PLAN |
| 8 | General Unsecured Claims | Ortiz, Alfredo | $3,614.15 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 8 | General Unsecured Claims | Pinnacle Environmental Consultants | $504.19 | Accept | 12/10/2018 | BALLOT RECEIVED AFTER VOTING DEADLINE |
| 8 | General Unsecured Claims | Plaintiffs and class members in Tackett v. M&G Polymers USA, LLC | $44,034,000.00 | Accept | 11/20/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Professional Services of America | $12,085.13 | Accept | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Reimel Machine | $55,983.00 | | 11/13/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN,SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Sanders, Zachary A | $877.58 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | Saunders, Russell A | $2,091.09 | Accept | 11/19/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Sims, Loretta J | $2,244.21 | | 12/5/2018 | DID NOT VOTE TO ACCEPT OR REJECT THE PLAN |
| 8 | General Unsecured Claims | TCI Business Capital, Inc. | $25,764,124.13 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |

**M & G USA Corporation, et al.**
**Exhibit B - Report of Non-Securities Ballots Excluded from Tabulation**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Received Date | Reason(s) for Exclusion |
|---|---|---|---|---|---|---|
| 8 | General Unsecured Claims | TCI Business Capital, Inc. | $4,206,178.19 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | TCI Business Capital, Inc. | $4,206,178.19 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | TCI Business Capital, Inc. | $4,206,178.19 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | Unicredit Factoring Spa | $5,586,889.15 | Reject | 12/5/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |
| 8 | General Unsecured Claims | W. T. Byler Co., Inc. | $300,000.00 | Reject | 12/6/2018 | SUPERSEDED BY LATER RECEIVED VALID BALLOT |