# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| M & G USA CORPORATION, *et al.*,[1] | : | Case No. 17-12307 (BLS) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF FILING OF BLACKLINE VERSION OF THIRD AMENDED JOINT PLAN OF LIQUIDATION OF THE DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on November 6, 2018, the Debtors filed the *Second Amended Joint Plan of Liquidation of the U.S. Debtors and Debtors in Possession* (Docket No. 2049) (the "Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed the *Third Amended Joint Plan of Liquidation of the Debtors and Debtors in Possession* (as may be amended, modified and/or supplemented, the "Third Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 3016-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), attached hereto as Annex A is a blackline showing the changes made to the Third Amended Plan from the Second Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider confirmation of the Third Amended Plan (the "Confirmation Hearing") will be held before the Honorable Brendan L.

---

[1] The Debtors are the following nine entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Shannon, United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware, 19801, on December 17, 2018, at 11:00 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be adjourned or continued from time to time without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Court and served on parties requesting service pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| Dated: December 11, 2018 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Joseph M. Mulvihill*  _____<br>Laura Davis Jones (DE Bar No. 2436)<br>James E. O'Neill (DE Bar No. 4042)<br>Joseph M. Mulvihill (DE Bar No. 6061)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone:  (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>          joneill@pszjlaw.com<br>          jmulvihill@pszjlaw.com<br><br>and<br><br>JONES DAY<br>Scott J. Greenberg<br>Stacey L. Corr-Irvine<br>250 Vesey Street<br>New York, NY 10281<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br>Email:  sgreenberg@jonesday.com<br>          scorrirvine@jonesday.com<br><br>and<br><br>Carl E. Black<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone:  (216) 586-7035<br>Facsimile:  (216) 579-0212<br>Email:  ceblack@jonesday.com<br><br>and<br><br>Daniel J. Merrett<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309-3053<br>Telephone:  (404) 581-8476<br>Facsimile:  (404) 581-8330<br>Email: dmerrett@jonesday.com<br><br>Co-Counsel for the Debtors and Debtors in Possession |