## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
**In re:** : **Chapter 11**
: 
**M & G USA CORPORATION**, *et al.*,[1] : Case No. 17-12307 (BLS)
: Jointly Administered
**Debtors.** : 
: Obj. Deadline: January 4, 2019 at 4:00 p.m. (ET)
: Hearing Date: To be Determined
---------------------------------------------------------- x

### NOTICE OF FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM OCTOBER 30, 2017 THROUGH AND INCLUDING OCTOBER 31, 2018

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; (III) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (IV) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 308] (the "**Interim Compensation Order**"), Prime Clerk LLC hereby applies for interim quarterly allowance of compensation and reimbursement of expenses for all monthly fee applications covering the period from October 30, 2017 through and including October 31, 2018 (the "**Application**"). A summary of the fees and expenses subject to this fee request is provided in the attachment hereto.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, the Debtors were authorized to pay on an interim basis eighty percent (80%) of the amount of compensation requested and one hundred percent (100%) of the reimbursable expenses requested without further order from the Court upon the expiration of a 21-day objection period.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **January 4, 2019 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (a) the Notice Parties (as defined in the Interim Compensation

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

Order); and (b) Prime Clerk LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, on **a date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS ARE TIMELY FILED TO THE INTERIM FEE APPLICATION, THE COURT MAY ENTER AN ORDER GRANTING THE INTERIM FEE APPLICATION WITHOUT A HEARING.**

Dated: December 14, 2018
      New York, New York

    PRIME CLERK LLC

    */s/ Shira D. Weiner*
    Shira D. Weiner
    General Counsel
    Prime Clerk LLC
    830 Third Avenue, 9th Floor
    New York, New York 10022
    Phone: (212) 257-5450
    sweiner@primeclerk.com
    *Administrative Advisor to the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
**In re:** : **Chapter 11**
:
**M & G USA CORPORATION, *et al.*,**[1] : Case No. 17-12307 (BLS)
: Jointly Administered
**Debtors.** :
: Obj. Deadline: January 4, 2019 at 4:00 p.m. (ET)
: Hearing Date: To be Determined
------------------------------------------------------- x

## FIRST INTERIM FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR THE PERIOD FROM OCTOBER 30, 2017 THROUGH AND INCLUDING OCTOBER 31, 2018

Name of Applicant: Prime Clerk LLC

Authorized to Provide Professional Services to: The above-captioned Debtors and Debtors-in-Possession

Date of Order Approving Retention: November 30, 2017, *nunc pro tunc* to October 30, 2017

Period for which compensation and
reimbursement is sought: October 30, 2017 through October 31, 2018[2]

| Monthly Fee Period; Date Filed; ECF No. | Total Fees Requested | Total Expenses Requested | Cert. of No Objection Filing Date, ECF No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid (100%) | Amount of Holdback Fees (20%) |
|---|---|---|---|---|---|---|
| 5/1/18 – 5/31/18; 8/1/18 – 8/31/18; Filed 9/27/18; ECF No. 1900 | $2,493.00 | $0.00 | 10/26/18; ECF No. 2009 | $1,994.40 | N/A | $498.60 |
| 9/1/18 – 9/30/18; Filed 10/26/18; ECF No. 2008 | $1,477.35 | $86.15 | 12/11/18; ECF No. 2109 | $1,181.88 | $86.15 | $295.47 |
| **Total:** | **$3,970.35** | **$86.15** | | **$3,176.28** | **$86.15** | **$794.07** |

---

[1] The Debtors are the following twelve entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): M & G USA Corporation (3449), M & G Resins USA, LLC (3236), M & G Polymers USA, LLC (7593), M & G Finance Corporation (4230), M&G Waters USA, LLC (2195), Mossi & Ghisolfi International S.à r.l. (1270), M&G Chemicals S.A. (N/A), M&G Capital S.à r.l. (7812), M & G USA Holding, LLC (3451), Chemtex International Inc. (7695), Chemtex Far East, Ltd. (2062) and Indo American Investments, Inc. (9208). The Debtors' noticing address in these chapter 11 cases is 450 Gears Road, Suite 240, Houston, Texas 77067.

[2] Prime Clerk did not incur any fees or expenses in its capacity as Administrative Advisor during 2017 or during the months of January through April 2018 and July 2018. Additionally, Prime Clerk incurred a de minimis amount of fees during the month of October, 2018, for which it has not yet requested approval and therefore has not included in this interim fee application. Prime Clerk reserves the right to seek approval of such fees in a subsequent monthly, interim and/or final fee application.